IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jose Juan Maysonet, Jr.,** | Case No. 18 C 2342 |
| Plaintiff, | Hon. Mary M. Rowland, District Judge |
| v. | |
| **Reynaldo Guevara et al.,** | **Non-Party Alfredo Gonzalez's Motion to Quash Subpoena** |
| Defendants. | |

# NOTICE OF MOTION

To: Counsel of Record

Please take notice that on Tuesday, January 7, 2020 at 9:45 a.m., counsel for non-party Alfredo Gonzalez shall appear before Judge Rowland in the courtroom usually occupied by her at 219 South Dearborn St., Chicago, Illinois, and then and there present Non-Party Alfredo Gonzalez's Motion to Quash Subpoena.

RESPECTFULLY SUBMITTED:

/s/ John Hazinski

*Attorney for Alfredo Gonzalez*

John Hazinski
LOEVY & LOEVY
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
(312) 243-5900
hazinski@loevy.com
*Attorney for Alfredo Gonzalez*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certify that on December 20, 2019, I served the foregoing on all counsel of record via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ John Hazinski
*Attorney for Alfredo Gonzalez*