## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jose Juan Maysonet, Jr. v. Reynaldo Guevara et al.

Case Number: 18 C 2342

An appearance is hereby filed by the undersigned as attorney for:
Non-party Alfredo Gonzalez

Attorney name (type or print): Steven Art

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen St.

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6302319
(See item 3 in instructions)

Telephone Number: (312) 243-5900

Email Address: steve@loevy.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 6, 2020

Attorney signature: S/ Steve Art
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015