# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Jose Juan Maysonet, Jr.
                      Plaintiff,

v.                                          Case No.: 1:18−cv−02342
                                                        Honorable Mary M. Rowland

Reynaldo Guevara, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Non−party Alfredo Gonzalez's motion to quash subpoena [96] and Non−party Justino Cruz's motion to quash subpoena [98]. For the reasons stated on the record, the motions are granted in part. The Court narrows the documents subject to subpoena to: (1) contact deletion/addition determinations; (2) visitor logs; (3) visitor requests; (4) telephone call logs and (5) telephone contact lists. This applies to all institutes within the IDOC and includes documents dating back to 1/1/1995. Status hearing set for 2/5/20 is stricken and reset to 3/19/20 at 9:00am. The court notes fact discovery is set to close on 3/27/20. Parties should be prepared to report whether that is a firm date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.