IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | Case No. 18-cv-02342 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Honorable Mary M. Rowland |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, EDWARD MINGEY | ) | JURY DEMAND |
| LEE EPPLEN, FERNANDO MONTILLA, | ) | |
| ROLAND PAULNITSKY, FRANK | ) | |
| DIFRANCO, CITY OF CHICAGO, and | ) | |
| COOK COUNTY | ) | |
| | ) | |
| Defendants, | ) | |

## STATUS REPORT REGARDING *MONELL* DISCOVERY

NOW COME all parties, by their respective counsel, and state the following:

A. The parties have worked out some of Plaintiff's discovery demands related to *Monell* discovery with the exception of Plaintiff's request for:

   a. the production of CPD Area Five homicide investigative files, and
   b. materials related to conduct of and/or records involving investigations of Former Chicago Police Officer Joseph Miedzianowski by the Chicago Police Department.

B. Plaintiff has narrowed down his request for specific Chicago Police Department Policies and the City is in the process of obtaining these policies. The City anticipates it will be able to produce these materials within 21 days.

C. Defendant City is still investigating what, if any, training materials exist from the timeframe Plaintiff requested. A more formal response is anticipated by March 5.

D. The parties have agreed that Defendant City will produce CR files initiated against non-party Area Five detectives between 1988-1990.

E. Plaintiff has sought materials related to the conduct of and/or records involving investigations of Former Chicago Police Officer Joseph Miedzianowski by the Chicago Police Department. The parties have had extensive discussions about these requests and

1

the City objects to the production of these materials. Plaintiff is still in the process of determining whether to seek these materials from the Department of Justice and/or the City of Chicago or both. Plaintiff reserves the right to compel the City to produce these requested materials.

F. Despite our best efforts, the parties cannot reach an agreement on if or how many homicide files the City should produce in discovery. For those reasons, the parties request a briefing schedule related to these matters and propose the following:

   a. Plaintiff's Motion to Compel filed on or before March 26, 2021
   b. Defendants' Opposition due on or before April 16, 2021
   c. Plaintiff's Reply Brief due April 23, 2021

Respectfully Submitted,

PLAINTIFF JOSE MAYSONET

By: /s/*Ashley Cohen*
One of Plaintiff's attorneys
Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
467 St. Johns Place
Brooklyn, New York. 11238
718-875-1850

Steve Greenberg
GREENBERG TRIAL LAWYERS
Attorneys and Counselors
53 W. Jackson Blvd., Suite 1260
Chicago, IL 60604
(312) 399-2711

Celia Meza
Acting Corporation Counsel of the City of Chicago

By: /s/ *Eileen E. Rosen*
Special Assistant Corporation Counsel
for Defendant City of Chicago
Eileen E. Rosen
Austin G. Rahe
Catherine M. Barber
Theresa Berousek Carney

By: /s/ *Josh M. Engquist*
Special Assistant Corporation Counsel for Defendants Halvorsen, Paulnitsky, Epplen, Halvorsen, and Mingey
James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
David A. Brueggen

2

Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
erosen@rfclaw.com

Caroline Golden
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. , Suite 1240A
Chicago, Illinois 60604
630.735.3300
jengquist@jsotoslaw.com

REYNALDO GUEVARA

By: /s/ Justin Leinenweber
Special Assistant Corporation Counsel
for Defendant Guevara
Thomas Leinenweber
James V. Daffada
Kevin Zibolski
Justin Leinenweber
Leinenweber Baroni & Daffada
120 N. LaSalle St. Ste 2000
Chicago, Illinois 60602
312.663-3003
thomas@ilesq.com

COOK COUNTY

By:     /s/ David Adelman
One of their attorneys
Edward M. Brener
David Adelman
Cook County State's Attorney's Office
500 Richard J. Daley Center
5th Floor
Chicago, Illinois 60602
312.603.5971
312.603.3151
edward.brener@cookcountyil.gov
david.adelman@cookcountyil.gov

FRANK DiFRANCO

By:*/s/Michael C. Stephenson*
Robert T. Shannon
James M. Lydon
Michael C. Stephenson
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
312-704-3000
rshannon@hinshawlaw.com
jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com

3