# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY,
ILLINOIS COUNTY DEPARTMENT,
CRIMINAL DIVISION

---

**PEOPLE OF THE STATE OF ILLINOIS,**)
)
                     Respondent,       )
)
-vs-                                 )
)
**ALFREDO GONZALEZ,**         )
)
                     Petitioner.       )

---

## AFFIDAVIT OF FRANCISCO VERAS

I, Francisco Veras, of age and under penalty of perjury, attest as follows:

1. My name is Francisco Veras. Some people know me as Cisco.
2. I was born on July 12, 1966.
3. I reside in Chicago, IL.
4. I know Alfredo, Gonzalez, Justino Cruz, Efrain Cruz, and Jose Maysonet because we were all lived in the same neighborhood together.
5. In the evening of May 24, 1990, I went to the visitation for my friend Santiago Sanchez. The visitation was at a funeral home on North Avenue.
6. After the visitation and I and Efrain Cruz were arrested for disorderly conduct at Spunky's, a Chinese restaurant on North Avenue.
7. We taken to the 14th district on Shakespeare.
8. When we got to the 14th District a bunch of Latin Kings from the north side were in the lockup. There were between 15 to 20 already there.
9. It appeared that the police had done a sweep of North Avenue and had picked up as many Latin Kings that night as possible. All of the people in lockup were in for what we termed as petty misdemeanors—basically made up crimes like mob action and disorderly conduct. In retrospect the sweep may have been because Macho's visitation was that night and his burial was the next morning.
10. After I was processed, and while in lockup, a Hispanic Police Officer whom I know as "Red" (but whose full legal name I can find out), told me that two people had been killed at St. Louis and North Avenue. We both assumed that these were Latin Kings. I told this to everyone in lockup.

1

MAYSONET 9932

11. A few hours later, just before we were let out, Red came back and told me that the two people killed were black and not Latin Kings. I told this to everyone in lockup as well.
12. We got out early in the morning. I do not even remember being told a court date. I went home and took a nap and then went to Macho's burial, which was at 9:30 that morning.
13. A few weeks after we were arrested at Spunky's, Efrain Cruz and I were arrested by Detective Guevara and his partner in the area around Lemoyne and Spaulding. I know Officer Guevara because he spent a lot of time in the neighborhood stopping and arresting my friends. We all knew Guevara.
14. Detective Guevara and his partner brought us to Grand and Central and took us up to the detectives' area on the second floor of the police station on Grand and Central, and separated us immediately. He then brought me into an interrogation room. I waited in that interrogation room for several hours.
15. All I knew at the time was that we were waiting for a lineup. I was not interrogated much during this time. I was finally brought to a lineup along with Efrain and three or four other Hispanic men.
16. During the lineup we were asked to come forward and turn to each side. When both Efrain and I came forward I heard a knock on the window. I took this to mean that both Efrain and I were identified.
17. I believe that there were one or two lineups, I cannot recall for sure.
18. After the lineups, I was interrogated several times by two or three detectives (they would come in and out)
19. Detective Guevara showed me pictures of two dead black men and told me that I had killed them. His partner mentioned that the murders happened near the Donald Duk's.
20. He said that he was going to charge me, Efrain and Jeffrey Watts. He said that they had witnesses that I was the shooter that Efrain was the lookout and that Jeffrey was the get away driver.
21. The detectives said that if I gave a statement that Efrain was the shooter than that would be better for me and that I still had time to do that before Efrain identified me as the shooter.
22. The Detectives also said that they had physical evidence linking us to the murders.
23. During the interrogation I realized that they were talking about the murders that Red had told me about that had occurred when Efrain and I (and a bunch of other Latin Kings) were in the lockup at the 14th District police station.
24. At that point I told the detectives to "check to records at Shakespeare" because I knew I was in lockup. I was feeling a little cocky because I knew they had messed up.
25. I waited about an hour and then the detectives came back, along with an officer in a white shirt (whom I knew because of his dress was a commanding officer of some type).
26. The officer in the white shirt was tall and he had a name that I believed to be Polish that ended with "ski". He apologized and said that he would have the detectives drive us

2

MAYSONET 9933

back to our neighborhood. The same two detectives that picked us up drove us to Homan and Pearce. On the way they stopped and bought us cigarettes.

27. When I got back to the neighborhood I told multiple people about this incident.

28. I have not seen Efrain Cruz recently and I do not hang out with him. We are Facebook friends, however.

29. I have not had any conversations with Alfredo Gonzalez or Jose Maysonet since they were arrested for the murders at Donald Duk's.

30. I have not been a gang member for more than two decades, and I currently work full time.

FURTHER AFFIANT SAYETH NOT

Francisco Veras          Date  1/21/18

Subscribed, sworn to, and acknowledged before me on _____, 2018.

_____
Notary Public

3

MAYSONET 9934