UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Juan Maysonet, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CV-2342 |
| | ) | |
| Reynaldo Guevara, et. al. | ) | District Judge Mary M. Rowland |
| | ) | Magistrate Judge Keri L. Holleb |
| Defendants. | ) | |

## STATUS REPORT

The City of Chicago, by and through its respective undersigned counsel, and pursuant to this Court's Minute Order dated April 23, 2024 (Dkt. 322), submit the following Status Report:

1. The undersigned has conferred with Ms. Felker, who believes a settlement conference could be productive, pursuant to the parameters discussed by the Court with the parties at the April 23, 2024 status (which includes not requiring the City to make an offer at this time), if Plaintiff is willing to make a reasonable demand and meaningfully negotiate.

DATED: May 1, 2023

Respectfully Submitted,

DEFENDANT CITY OF CHICAGO

By: /s/ *Eileen E. Rosen*

*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com