# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Jose Juan Maysonet, Jr., ) | |
| ) | |
| Plaintiff, ) | Case No. 18-CV-2342 |
| ) | |
| v. ) | District Judge Mary M. Rowland |
| ) | Magistrate Keri L. Holleb Hotaling |
| Reynaldo Guevara, et. al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

NOW COME all parties, by their respective counsel, and pursuant to this Court's Minute Order dated May 2, 2024, (Dkt. 325), state as follows:

1. This matter is currently set for trial on February 3, 2025. (Dkt. 322). Motions for Summary Judgment are due on June 28, 2024 (Dkt. 322).

2. On May 20, 2024, the parties had a telephone conference to discuss whether they believed a settlement conference with the Court would be productive. At this time, the parties do not believe that a settlement conference would be productive.

DATED: May 20, 2024

Respectfully Submitted,

PLAINTIFF JOSE MAYSONET

By: /s/*Steven Greenberg*
*One of Plaintiff's attorneys*
Steve Greenberg
GREENBERG TRIAL LAWYERS
Attorneys and Counselors
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 399-2711

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022

| DEFENDANT GUEVARA | DEFENDANTS MINGEY, EPPLEN, MONTILLA, PAULNITSKY, & HALVORSEN |
|---|---|
| By: /s/ *Thomas Leinenweber* <br> *Special Assistant Corporation Counsel* <br> *for Defendant Guevara* <br><br> Thomas Leinenweber <br> James V. Daffada <br> Leinenweber Baroni & Daffada <br> 120 N. LaSalle St. Ste 2000 <br> Chicago, Illinois 60602 <br> 312.663-3003 <br> mkm@ilesq.com | By:     /s/ *Josh Engquist* <br> *Special Assistant Corporation Counsel* <br> *for Defendants Mingey, Epplen, Montilla,* <br> *Paulnitsky, & Halvorsen* <br><br> James G. Sotos <br> Josh M. Engquist <br> David A. Brueggen <br> Caroline Golden <br> The Sotos Law Firm, P.C. <br> 141 W. Jackson Blvd., Suite 1240A <br> Chicago, Illinois 60604 <br> 630.735.3300 |

DEFENDANT CITY OF CHICAGO

By:*/s/ Eileen Rosen*
*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com