IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | Case No. 18 CV 02342 |
| Plaintiff, | ) | |
| | ) | Hon. Mary M. Rowland |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST HALVORSEN, EDWARD MINGEY, EPPLEN, FERNANDO MONTILLA, ROLAND PAULNITSKY, FRANK DIFRANCO, CITY OF CHICAGO, and COOK COUNTY | ) | JURY DEMAND |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION TO REOPEN DISCOVERY FOR A LIMITED PURPOSE AND STRIKE THE CURRENT SUMMARY JUDGMENT DEADLINES**

**Exhibit List**

Exhibit 1    April 29, 2024, Disclosure and Notice of Deposition

Exhibit 2    May 15, 2024, Disclosure

Exhibit 3    Amended Notice of Deposition

Exhibit 4    Second Amended Notice of Deposition

Exhibit 5    May 21 and 22, 2024, Correspondence