*Maysonet v. Guevara, et al.*
Case No. 18 CV 2342
Our File No. 4088

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALFREDO GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 C 6496 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | Magistrate Judge |
| Defendants. | ) | Heather McShain |

JURY TRIAL DEMANDED

**PLAINTIFF ALFREDO GONZALEZ'S FOURTH SUPPLEMENTAL
RULE 26(a)(1) DISCLOSURES**

Plaintiff Alfredo Gonzalez, by undersigned attorneys, pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby supplements his initial disclosures:

1. Upon information and belief the following people are likely to have discoverable information regarding other acts of misconduct by the Defendant Officers:

**Eduardo Ramirez**
6311 Starr Grass Lane
Naples, FL 34116

Mr. Ramirez is believed to have information about the misconduct of Defendant Guevara including as it relates to former Chicago Police officer Joseph Miedzianoski and Plaintiff's co-defendant, Jose Maysonet.

. .

Plaintiffs' investigation continues. Plaintiffs also reserve the right to call any witnesses disclosed by Defendants.

1

**RESPECTFULLY SUBMITTED,**

*/s/ Sean Starr*
*Counsel for Alfredo Gonzalez*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen, 3rd floor
Chicago, IL 60607
(312) 243-5900

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certify that on April 29, 2024 I served the foregoing on all counsel of record via electronic mail.

/s/ Sean Starr
*One of Plaintiff's Attorneys*

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ, ) | |
| ) | Case No. 1:22-CV-06496 |
| Plaintiff, ) | |
| ) | Judge John F. Kness |
| v. ) | |
| ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VIDEOTAPED DEPOSITION

To: All Counsel of Record

PLEASE TAKE NOTICE THAT the depositions of the following individual will be taken on the following date and time, and at the following place, at which you may appear if you so desire. The deposition will be recorded by stenography and by video. As to counsel of record for the Deponent, this is a demand upon to you to produce said Deponent:

| Name | Date | Time | Location |
|---|---|---|---|
| Eduardo Ramirez | May 30, 2024 | 10:00 a.m. CST/ 11:00 a.m. EST | Via Zoom |

RESPECTFULLY SUBMITTED,

/s/ Sean Starr
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steven Art
Anand Swaminathan
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

(312) 243-5900
sean@loevy.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certify that on April 29, 2024 I served the foregoing on all counsel of record via electronic mail.

/s/ Sean Starr

*One of Plaintiff's Attorneys*