*Maysonet v. Guevara, et al.*
Case No. 18 CV 2342
Our File No. 4088

# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JOSE JUAN MAYSONET, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18-CV-002342 |
| v. ) | |
| ) | |
| **REYNALDO GUEVARA, ERNEST** ) | Honorable Mary M. Rowland |
| **HALVORSEN, EDWARD MINGEY,** ) | |
| **LEE EPPLEN, FERNANDO** ) | |
| **MONTILLA, ROLAND PAULNITSKY,** ) | |
| **FRANK DIFRANCO, CITY OF** ) | **JURY TRIAL DEMANDED** |
| **CHICAGO and COOK COUNTY.** ) | |
| Defendants. | |

### PLAINTIFF MAYSONET'S 11th SUPPLEMENTAL 26(a)(1)(A) DISCLOSURES

TO: ALL COUNSEL OF RECORD

Now comes Plaintiff Jose Juan Maysonet Jr., by and through his attorneys, Bonjean Law Group, and makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff's investigation continues, and they reserve the right to supplement these disclosures.

(A) In addition to the documents produced by Plaintiff in his initial disclosures on August 27, 2018, 1st Supplemental Disclosures from May 1, 2020, 2nd Supplemental Disclosures from April 21, 2021, 3rd Supplemental Disclosures from June 24, 2021, 4th Supplemental Disclosures from June 29, 2021, 5th Supplemental Disclosures from August 19, 2021, and 6th Supplemental Disclosures from September 8, 2021, 7th Supplemental Disclosures from September 30, 2021, 8th

Supplemental Disclosures from March 30, 2023, 9th Supplemental Disclosures from September 15, 2023, and 10th Supplemental Disclosures from December 6, 2023 Plaintiff is producing the following documents that may be used to support Plaintiff's claims.

| BATESTAMP: | DESCRIPTION OF DOCUMENTS: |
|---|---|
| MAYSONET 23001-23003 | 2024.04.25 – Affidavit of Eduardo Ramirez |

(B) Plaintiff further identifies all documents and individuals with discoverable information identified by Defendants' initial and supplemental disclosures.

Dated: New York, New York
      May 15, 2024

                              Respectfully Submitted,

                              /s/JENNIFER BONJEAN
                              *Attorney for Jose Juan Maysonet, Jr.*

                              Bonjean Law Group, PLLC
                              750 Lexington Avenue, 9th Floor
                              New York, NY 10022
                              718-875-1850

## **CERTIFICATE OF SERVICE**

    I, HALEY COOLBAUGH, a paralegal of Bonjean Law Group, PLLC hereby certify that a copy of Plaintiff's 11th Supplemental Rule 26(a) disclosures has been served upon all counsel of record via ELECTRONIC MAIL on May 15, 2024.

                                      /s/ HALEY COOLBAUGH