*Maysonet v. Guevara, et al.*
Case No. 18 CV 2342
Our File No. 4088

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ, ) | |
| ) | Case No. 1:22-CV-06496 |
| Plaintiff, ) | |
| ) | Judge John F. Kness |
| v. ) | |
| ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION

To: All Counsel of Record

    PLEASE TAKE NOTICE THAT the depositions of the following individual will be taken on the following date and time, and at the following place, at which you may appear if you so desire. The deposition will be recorded by stenography and by video. As to counsel of record for the Deponent, this is a demand upon to you to produce said Deponent:

| Name | Date | Time | Location |
|---|---|---|---|
| Eduardo Ramirez | May 30, 2024 | 10:00 a.m. CST/ 11:00 a.m. EST | **Premier Executive Center 1415 Panther Lane Naples FL 34109** |

RESPECTFULLY SUBMITTED,

/s/ Sean Starr
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Steven Art
Anand Swaminathan
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607

(312) 243-5900

sean@loevy.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certify that on May 20, 2024 I served the foregoing on all counsel of record via electronic mail.

/s/ Sean Starr

*One of Plaintiff's Attorneys*