*Maysonet v. Guevara, et al.*
Case No. 18 CV 2342
Our File No. 4088

# EXHIBIT 5

Re: Maysonet v. Guevara, et. al.

Jennifer Bonjean <jennifer@bonjeanlaw.com>
Wed 5/22/2024 4:31 PM

To: Allison L. Romelfanger <ARomelfanger@jsotoslaw.com>
Cc: Steve Greenberg <steve@greenbergcd.com>; Ashley Cohen <ashley@bonjeanlaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Michael Schalka <mjs@ilesq.com>; Stephenson, Michael <mstephenson@hinshawlaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Haley Coolbaugh <Haley@bonjeanlaw.com>; Kara Hutson <khutson@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Lydon, James M. <jlydon@hinshawlaw.com>; Shannon, Robert <rshannon@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Thomas Leinenweber <thomas@ilesq.com>; Jim Daffada <jim@ilesq.com>; Bensinger, Brette <bbensinger@hinshawlaw.com>

CAUTION: This email originated from outside of your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Not sure how you can claim surprise when we literally pled the facts about Yuma in our complaint 6 years ago. And obviously our client has testified about it more than once. We just couldn't find him without a real name which we now have. Consistent with our continuing duty to disclose, we have identified him now as a witness (which you always knew). And you clearly will have the opportunity to participate in his deposition. Not sure why you would bar us. But that's fine, you can attempt to bar him 8 months from now when we are going to trial. I don't think you will be successful particularly since I suspect you will be present at his deposition.

Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3482
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On May 22, 2024, at 3:25 PM, Allison L. Romelfanger <ARomelfanger@jsotoslaw.com> wrote:

Counsel,

I think Plaintiff is misunderstanding our position. Our position is that we believe Mr. Ramirez is a fact witness, who was not disclosed until well over a year after fact discovery had closed. While we understand that Plaintiff takes the position that he was not aware of Mr. Ramirez's real name and could not track him down, we don't believe the late disclosure is harmless because of the prejudice to Defendants. There is a prejudice to Defendants if Mr. Ramirez were permitted to testify in *Maysonet* at deposition/trial without the City Defendants being permitted a fair opportunity to investigate and defend against any claims made by Mr. Ramirez. While Mr. Ramirez's declaration has been disclosed, the City Defendants have not been able to investigate his claims. This is why we believe a limited reopening of fact discovery would be necessary.

To be clear, we would object to Maysonet participating in Mr. Ramirez's deposition in the Gonzalez case without leave of Court. Previously Mr. Maysonet opposed consolidation of the cases to avoid delay and now it appears that Plaintiff would like to consolidate for purposes of this deposition without considering the impact it has on other deadlines in this case. Please let us know if you plan to file a motion in front of Judge Rowland so we can get this resolved prior to the deposition proceeding and the parties filing summary judgment.

**From:** Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Sent:** Tuesday, May 21, 2024 4:49:32 PM
**To:** Allison L. Romelfanger <ARomelfanger@jsotoslaw.com>
**Cc:** Steve Greenberg <steve@greenbergcd.com>; Ashley Cohen <ashley@bonjeanlaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Michael Schalka <mjs@ilesq.com>; Stephenson, Michael <mstephenson@hinshawlaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Haley Coolbaugh <Haley@bonjeanlaw.com>; Kara Hutson <khutson@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Lydon, James M. <jlydon@hinshawlaw.com>; Shannon, Robert <rshannon@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Thomas Leinenweber <thomas@ilesq.com>; Jim Daffada <jim@ilesq.com>; Bensinger, Brette <bbensinger@hinshawlaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Mehr,

Stephen <smehr@hinshawlaw.com>; Ulrich, Kenneth <Kenneth.Ulrich@goldbergkohn.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Subject:** Re: Maysonet v. Guevara, et. al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

To the extent any of you or any member of your firm anticipates being at his deposition when Loevy deposes him in the Gonzalez, I assume you will not object to my participation. You can't object and then attempt to get a litigation advantage. Is that your position? I want to make sure I correct state it to Judge Rowland.

Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3483
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd, Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Date:** Tuesday, May 21, 2024 at 5:47 PM
**To:** Allison L. Romelfanger <ARomelfanger@jsotoslaw.com>
**Cc:** Steve Greenberg <steve@greenbergcd.com>, Ashley Cohen <ashley@bonjeanlaw.com>, Theresa B. Carney <tcarney@rfclaw.com>, Eileen E. Rosen <ERosen@rfclaw.com>, Michael Schalka <mjs@ilesq.com>, Stephenson, Michael <mstephenson@hinshawlaw.com>, Josh M. Engquist <JEngquist@jsotoslaw.com>, Haley Coolbaugh <Haley@bonjeanlaw.com>, Kara Hutson <khutson@rfclaw.com>, Catherine M. Barber <cbarber@rfclaw.com>, David A. Brueggen <DBrueggen@jsotoslaw.com>, Austin Rahe <arahe@rfclaw.com>, Katelyn Salek <ksalek@jsotoslaw.com>, Caroline P. Golden <CGolden@jsotoslaw.com>, Lydon, James M. <jlydon@hinshawlaw.com>, Shannon, Robert <rshannon@hinshawlaw.com>, Rizzo, Vincent M. <vrizzo@hinshawlaw.com>, Thomas Leinenweber <thomas@ilesq.com>, Jim Daffada <jim@ilesq.com>, Bensinger, Brette <bbensinger@hinshawlaw.com>, Elizabeth R. Fleming <efleming@jsotoslaw.com>, Mehr, Stephen <smehr@hinshawlaw.com>, Ulrich, Kenneth <Kenneth.Ulrich@goldbergkohn.com>, Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Subject:** Re: Maysonet v. Guevara, et. al.

You actually do know what his anticipated testimony would be because we provided an affidavit and Plaintiff testified about him at his deposition. We don't have to reopen discovery necessarily but be advised we do intend to call him at trial. Consistent with our ongoing duty to disclose; we will amend our rule 26a disclosures to include his name.
Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3482
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

> On May 21, 2024, at 5:40 PM, Allison L. Romelfanger <ARomelfanger@jsotoslaw.com> wrote:
>
> Counsel,

City Defendants do not agree to conduct additional fact discovery outside the close of fact discovery due to the late posture in the case and the fact that we are now briefing summary judgment. Given that we do not know what Mr. Ramirez is going to testify to, we do not know what additional discovery may be needed based on his testimony, and whether it would affect any summary judgment briefings. Therefore, we believe a motion is necessary for fact discovery to be reopened and a pause on the current SJ briefing would also be necessary.

**Allison L. Romelfanger**
**The Sotos Law Firm, P.C.**
141 W. Jackson Blvd. #1240A
Chicago, IL 60604
Direct Line 630-735-3315

*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

---

**From:** Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Sent:** Friday, May 17, 2024 3:50 PM
**To:** Steve Greenberg <steve@greenbergcd.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Allison L. Romelfanger <ARomelfanger@jsotoslaw.com>; Michael Schalka <mjs@ilesq.com>; Stephenson, Michael <mstephenson@hinshawlaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Haley Coolbaugh <Haley@bonjeanlaw.com>; Kara Hutson <khutson@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; Austin Rahe <arahe@rfclaw.com>; Katelyn Salek <ksalek@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Lydon, James M. <jlydon@hinshawlaw.com>; Shannon, Robert <rshannon@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Thomas Leinenweber <thomas@ilesq.com>; Jim Daffada <jim@ilesq.com>; Bensinger, Brette <bbensinger@hinshawlaw.com>; Elizabeth R. Fleming <efleming@jsotoslaw.com>; Mehr, Stephen <smehr@hinshawlaw.com>; Ulrich, Kenneth <Kenneth.Ulrich@goldbergkohn.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Subject:** Re: Maysonet v. Guevara, et. al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

We have disclosed an affidavit from Eduardo Ramirez "Yuma" who our colleagues at Loevy located. He is obviously an important witness. We are supplementing our disclosures with him and understand that his deposition has been noticed in the Gonzalez matter. We intend to seek leave to participate in the dep and would like to know if you have an objection. Obviously fact discovery has closed but as you know my client did not know his real name and despite our best efforts we could not track him down. But now that we know his real name we do seek to participate in the deposition. Let us know your position on this.

Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3482
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

> On May 17, 2024, at 1:25 PM, Steve Greenberg <steve@greenbergcd.com> wrote:
>
> I am free all day, except for 1:30-2.
>
> Steve Greenberg
> Attorney & Counselor
> GREENBERG TRIAL LAWYERS
> 53 W. Jackson Blvd., Suite 315
> Chicago, IL  60604
> (312) 399-2711