IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-CV-2342 |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT ON SETTLEMENT**

Plaintiff Jose Juan Maysonet, Jr. and Defendant Frank DiFranco jointly notify the Court that Plaintiff and Cook County reached a settlement in principle to resolve his claims against Defendant DiFranco and Cook County, subject to Cook County Board approval. Based on the settlement in principle, Defendant DiFranco will not be filing a motion for summary judgment.

Date: July 11, 2024

Respectfully submitted,

**Plaintiff Jose Juan Maysonet, Jr.**

/s/ *Steven Greenberg*
*Counsel for Plaintiff Maysonet*

Jennifer Bonjean
Ashley Cohen
Gabriella Orozco
Bonjean Law Group
303 Van Brunt Street, 1st Floor
New York, New York 11231

Steven Greenberg
Greenberg Trial Lawyers
53 West Jackson Boulevard, Suite 315
Chicago, Illinois 60604

**Defendant Frank DiFranco**

/s/ *Stephen Mehr*
*Counsel for Defendant DiFranco*

Robert T. Shannon
James M. Lydon
Michael F. Iasparro
Michael C. Stephenson
Stephen D. Mehr
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 11, 2024, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Stephen Mehr*