IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JUAN MAYSONET, JR., | ) |
| | ) Case No. 18 CV 02342 |
| Plaintiff, | ) |
| | ) Hon. Judge Mary M. Rowland |
| vs. | ) |
| | ) |
| REYNALDO GUEVARA, ERNEST HALVORSEN, EDWARD MINGEY, EPPLEN, FERNANDO MONTILLA, ROLAND PAULNITSKY, FRANK DIFRANCO, CITY OF CHICAGO, and COOK COUNTY, | ) JURY DEMAND |
| Defendants. | ) |

**DEFENDANTS HALVORSEN, MINGEY, MONTILLA AND PAULNITSKY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants JoAnn Halvorsen as Special Representative of Ernest Halvorsen (deceased), Mingey, Montilla and Paulnitsky ("Movants"), by their attorneys, The Sotos Law Firm, P.C., submit under Federal Rule of Civil Procedure 56 and Local Rule 56.1 this motion for partial summary judgment and state:

1. This lawsuit arises from Maysonet's arrest, prosecution, and conviction for the May 25, 1990, murder of Torrence and Kevin Wiley that occurred near 3428 West North Avenue in Chicago.

2. Maysonet alleges that Movants coerced his confession (Count I), fabricated evidence (Count II), and withheld evidence (Count III) in violation of his fair trial rights. He also asserts malicious prosecution claims under the Fourth Amendment and state law (Counts IV and VIII), failure to intervene claim (Count V), federal and state civil conspiracy claims (Counts V

and IX), and a state intentional infliction of emotional distress claim (Count X).

3. Maysonet has been unable to develop admissible evidence that creates a dispute of fact to support any of his claims against Movants except his claim that Movant Montilla coerced and fabricated his confession under Count I and II, and any derivative claims thereto.

4. Accordingly, Movants Halvorsen, Mingey and Paulnitsky seek summary judgment on all of Maysonet's claims.

5. Movant Montilla moves for partial summary judgment on all of Maysonet's claims except for Maysonet's coerced confession claim (Count I), fabricated confession claim (Count II) and the derivative claims of failure to intervene (Count IV) and intentional infliction of emotional distress (Count X).

6. In support of this motion, Movants rely on their Memorandum of Law in Support of Partial Summary Judgment and Rule 56.1 Statement of Material Facts.

WHEREFORE, Movants respectfully request the Court to enter an order granting them partial summary judgment and for further relief as the Court deems appropriate.

Dated: July 15, 2024         Respectfully submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Attorney No. 06242849
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Caroline P. Golden
David A. Brueggen
Jeffrey R. Kivetz
Kyle T. Christie
Allison L. Romelfanger
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
630-735-3300
jengquist@jsotoslaw.com

**CERTIFICATE OF SERVICE**

      I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Monday, July 15, 2024,** I electronically filed the foregoing **Defendants Mingey, Montilla and Paulnitsky's Motion for Partial Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jennifer A. Bonjean
Ashley B. Cohen
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
(718) 875-1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

Steven A. Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 315
Chicago, IL 60604
(312)879-9500
steve@greenergcd.com

*Attorneys for Defendant DiFranco:*

Michael Stephenson
James Lydon
Robert Shannon
Michael F. Iasparro
Stephen Mehr
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com
jlydon@hinshawlaw.com
rshannon@hinshawlaw.com
miasparro@hinshawlaw.com
smehr@hinshawlaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Patrick Moran
Stacy Benjamin
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
lferrise@rfclaw.com

***Attorneys for Cook County:***

Kenneth S. Ulrich
W. Kyle Walther
Goldberg Kohn, Ltd.
550 E. Monroe, Suite 3300
Chicago, IL 60603
Kenneth.ulrich@goldbergkohn.com
Kyle.walther@goldbergkohn.com

/s/ Josh M. Engquist
Josh M. Engquist