IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JUAN MAYSONET, JR., ) | |
| ) | Case No. 18 CV 02342 |
| Plaintiff, ) | |
| ) | Hon. Judge Mary M. Rowland |
| vs. ) | |
| ) | |
| REYNALDO GUEVARA, ERNEST ) | |
| HALVORSEN, EDWARD MINGEY, ) | |
| EPPLEN, FERNANDO MONTILLA, ROLAND ) | JURY DEMAND |
| PAULNITSKY, FRANK DIFRANCO, CITY OF ) | |
| CHICAGO, and COOK COUNTY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS HALVORSEN, MINGEY, MONTILLA AND PAULNITSKY'S
UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL
STATEMENTS OF FACT IN SUPPORT OF SUMMARY JUDGMENT**

Defendants JoAnn Halvorsen as Special Representative of Ernest Halvorsen (deceased), Mingey, Montilla and Paulnitsky ("Movants"), by their attorneys, The Sotos Law Firm, P.C., move under Local Rule 56.1(d)(5) to file 58 additional facts for a total of 138 numbered paragraphs of facts for their Rule 56.1 Statements of Material Facts in support of their Partial Motion for Summary Judgment, and state:

1. This lawsuit arises from Maysonet's arrest, prosecution, and conviction for the May 25, 1990, murder of Torrence and Kevin Wiley that occurred near 3428 West North Avenue in Chicago.

2. Maysonet alleges that Movants coerced his confession (Count I), fabricated evidence (Count II), and withheld evidence (Count III) in violation of his fair trial rights. He also asserts malicious prosecution claims under the Fourth Amendment and state law (Counts IV and

VIII), failure to intervene (Count V), federal and state civil conspiracy (Counts V and IX), and intentional infliction of emotional distress claim (Count X).

3. In support of their Partial Motion for Summary Judgment, Movants prepared a Rule 56.1 Statement of Material Facts that includes 138 numbered paragraphs of facts, attached as Exhibit A.

4. Local Rule 56.1(d)(5) provides that a "statement of material facts must not exceed 80 numbered paragraphs," and "a party must seek the Court's permission before exceeding these limits." LR 56(d)(5).

5. Movants request for 58 additional facts is reasonable to provide the Court with a fulsome Rule 56.1 statement of facts considering the numerous claims at issue and the breadth of discovery that took place, including that the parties produced tens of thousands of pages of records, exchanged numerous sets of written discovery, and deposed approximately three dozen witnesses.

6. On July 10 and 11, 2024, counsel for Movants, Allison Romelfanger, and counsel for Maysonet, Ashley Cohen, conferred, and Maysonet's counsel indicated that they do not oppose Movants' request for 58 additional facts.

7. Accordingly, Movants request leave to file their Rule 56.1 Statements of Material Fact, up to 138 statements of fact.

WHEREFORE, Movants respectfully request the Court to enter an order granting them leave to file 58 additional statements of fact for a total of 138 numbered paragraphs of facts for their Rule 56.1 Statements of Material Facts in support of their Motion for Partial Summary Judgment.

Dated: July 15, 2024                                Respectfully submitted,

/s/ Josh M. Engquist
Josh M. Engquist, Attorney No. 06242849
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Caroline P. Golden
David A. Brueggen
Jeffrey R. Kivetz
Kyle T. Christie
Allison L. Romelfanger
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
630-735-3300
jengquist@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

I, Josh M. Engquist, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Monday, July 15, 2024,** I electronically filed the foregoing **Defendants Halvorsen, Mingey, Montilla and Paulnitsky's Unopposed Motion for Leave to File Additional Statements of Fact in Support of Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jennifer A. Bonjean
Ashley B. Cohen
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
(718) 875-1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

Steven A. Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 315
Chicago, IL 60604
(312)879-9500
steve@greenergcd.com

*Attorneys for Defendant DiFranco:*

Michael Stephenson
James Lydon
Robert Shannon
Michael F. Iasparro
Stephen Mehr
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com
jlydon@hinshawlaw.com
rshannon@hinshawlaw.com
miasparro@hinshawlaw.com
smehr@hinshawlaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan

Timothy P Scahill
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Patrick Moran
Stacy Benjamin
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
lferrise@rfclaw.com

4

***Attorneys for Cook County:***

Kenneth S. Ulrich
W. Kyle Walther
Goldberg Kohn, Ltd.
550 E. Monroe, Suite 3300
Chicago, IL 60603
Kenneth.ulrich@goldbergkohn.com
Kyle.walther@goldbergkohn.com

/s/ Josh M. Engquist
Josh M. Engquist