IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSE JUAN MAYSONET, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **No.: 18 cv 02342** |
| | ) | **District Judge Mary M. Rowland** |
| **REYNALDO GUEVARA, et al.,** | ) | **Magistrate Judge Keri L. Holleb Hotaling** |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT GUEVARA'S COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT, TO JOIN PORTIONS OF CO-DEFENDANT OFFICERS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND TO JOIN CO-DEFENDANTS OFFICERS' RULE 56.1 STATEMENT**

NOW COMES Defendant, REYNALDO GUEVARA, by and though his attorneys, BORKAN & SCAHILL, LTD., and hereby moves this Court for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56, to join portions of Co-Defendant Officers' Motion for Partial Summary Judgment, and to join Co-Defendant Officers' Rule 56.1 Statement of Material Facts. In support thereof, Defendant GUEVARA states as follows:

1. Plaintiff Juan Jose Maysonet, Jr. filed this lawsuit on April 1, 2018 against Guevara and several other individual and municipal Defendants, including five other former Chicago Police Officers: Joann Halvorsen as Special Administrator for the Estate of Ernest Halvorsen, Edward Mingey, Lee Epplen, Fernando Monilla, and Roland Paulnitsky ("Defendant Officers").

2. For the reasons set forth in Defendant Guevara's contemporaneously-filed Memorandum of Law in Support of Motion for Partial Summary Judgment, Defendant Guevara is entitled to summary judgment.

3. Defendant Guevara further adopts and incorporates certain arguments asserted in Defendant Officers' Motion for Partial Summary Judgment as set forth in Defendant Guevara's Memorandum of Law in Support of Motion for Partial Summary Judgment.

4. For purposes of this Motion, Defendant Guevara hereby adopts Defendant Officers' Local Rule 56.1 Statement of Material Facts.

WHEREFORE, Defendant GUEVARA prays this Honorable Court grant him summary judgment, permit him to join and adopt Defendant Officers' Motion for Partial Summary Judgment, to join and adopt Defendant Officers Rule 56.1 Statement of Material Facts, and for whatever additional relief this Court deems just.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ Timothy P. Scahill
Timothy P. Scahill

Steven B. Borkan
Timothy P. Scahill
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030
*Attorneys for Reynaldo Guevara*