UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JUAN MAYSONET, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CV-2342 |
| ) | |
| REYNALDO GUEVARA, ET. AL. ) | District Judge Mary M. Rowland |
| ) | Magistrate Judge Keri L. Holleb |
| Defendants. ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S
LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Stipulation on *Monell* Theories at Trial (Dkt. 347) |
| 2 | Plaintiff's Responses to Defendant City of Chicago's First Set of Interrogatories to Plaintiff |
| 3 | Deposition of James Hickey, *Kluppelberg v. Burge,* N.D. Ill., 13-CV-03963 (part I dated 7/29/14) |
| 4 | Deposition of James Hickey, *Rivera v. Guevara,* N.D. Ill, 12-CV-4428 (part II dated 6/10/14) |
| 5 | Deposition of Commander Eric Winstrom, *Solache v. Guevara,* N.D. Ill., 18-CV-2312, and *DeLeon-Reyes v. Guevara,* N.D. Ill., 18-CV-1028 (dated 12/17/21) |
| 6 | Detective Division Notice 82-2 (RFC-Maysonet 48320) |
| 7 | Deposition of James Hickey in *Rivera* (part I dated 5/6/14) |
| 8 | S.O. 83-1 (RFC-Maysonet 49080-81) |
| 9 | SO 83-2 (NF-L 8746) |
| 10 | S.O. 86-3 (RFC-Maysonet 49090) |
| 11 | CPD General Order 83-5 (RFC-Maysonet 14457-14536) |
| 12 | Deposition of Lt. Robert Flores (dated 10/17/22) |
| 13 | Complaint Category Tables (RFC- Maysonet 50214-15) |
| 14 | CPD General Order 83-3 (RFC-Maysonet 48432-35) |
| 15 | Tiderington Report in *Maysonet* (with exhibits) |
| 16 | Tiderington Deposition from *Maysonet* (dated 4/28/23) |
| 17 | Tiderington Dep from *Solache/Reyes* (dated 10/6/22) |
| 18 | Tiderington Deposition from *Sierra* (dated 12/8/22) |
| 19 | Tiderington Invoice from *Sierra* dated 9/18/22 (TIDERINGTON 002475-76) |
| 20 | Tiderington Deposition from *Iglesias* dated 2/13/23 |
| 21 | Tiderington Invoice from *Iglesias* dated 11/19/22 |
| 22 | Tiderington Invoice from *Maysonet* dated 1/18/23 |

| | |
|---|---|
| 23 | Tiderington Report in *Sierra* (with exhibits) |
| 24 | Bernie Murray's Expert Report in *Maysonet* |
| 25 | Hickey Dep in *Rivera* N.D. Ill, 12-CV-4428 (part I dated 5/6/14) |
| 26 | *Filed Under Seal* CCSAO 874-881 |
| 27 | Dr. Shane's Report dated 1/13/23 |
| 28 | Dr. Shane's deposition dated 3/10/23 |
| 29 | Dr. Shane's deposition dated 5/26/23 |
| 30 | Jeff Noble's Report dated 10/23/23 |
| 31 | STANDARDS AND GUIDELINES FOR INTERNAL AFFAIRS: Recommendations from a Community of Practice (2012) |
| 32 | Plaintiff's Fourth Request for Production of Documents to the City |
| 33 | Plaintiff's First Request for Production of Documents to the City |
| 34 | *Filed Under Seal* CR File 152902 |
| 35 | *Filed Under Seal* CR File 150473 |
| 36 | *Filed Under Seal* CR File 168160 |
| 37 | *Filed Under Seal* CR File 152612 |
| 38 | *Filed Under Seal* CR File 157627 |
| 39 | *Filed Under Seal* CR File 123850 |
| 40 | *Filed Under Seal* CR File 146819 |
| 41 | *Filed Under Seal* CR File 163692 |
| 42 | *Filed Under Seal* CR File 152507 |
| 43 | *Filed Under Seal* CR File 155500 |
| 44 | *Filed Under Seal* CR File 170855 |
| 45 | *Filed Under Seal* CR File 171220 |
| 46 | *Filed Under Seal* CR File 171841 |
| 47 | *Filed Under Seal* CR File 172123 |
| 48 | *Filed Under Seal* Officer Disciplinary History, at RFC-Maysonet 993 |
| 49 | Tiderington Dep from *Johnson* (dated 9/20/23) – Paragraph 38, 41 |
| 50 | GPR (CCSAO 53316) |
| 51 | Lease (CCSAO 53426) |
| 52 | Deposition of Paulnitsky |
| 53 | *Filed Under Seal* Mingey Personnel File (RFC-Maysonet 1080, 1084-85) |
| 54 | Deposition of Montilla |
| 55 | *Filed Under Seal* Guevara's Personnel File (RFC-Maysonet 1235-37) |
| 56 | *Filed Under Seal* Halvorsen's Personnel File (RFC-Maysonet 1375, 1397-1400) |