# Exhibit 1

Case: 1:18-cv-02342 Document #: 597 Filed: 07/15/24 Page 2 of 3 PageID #:4591

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Jose Juan Maysonet, Jr., ) | |
| ) | |
| Plaintiff, ) | Case No. 18-CV-2342 |
| ) | |
| v. ) | District Judge Mary M. Rowland |
| ) | |
| Reynaldo Guevara, et. al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION ON *MONELL* THEORIES AT TRIAL

Plaintiff, Jose Juan Maysonet, Jr., and the City of Chicago, by and through their respective undersigned counsel, hereby stipulate to the following:

1. The parties agree that Plaintiff intends to pursue only certain *Monell* theories pled in Count VII of his Amended Complaint (Dkt. 136) including:

    a. That the Chicago Police Department ("CPD") maintained a policy, custom, or practice of systemically suppressing, concealing, and/or withholding exculpatory and/or impeaching material;

    b. That CPD failed to train detectives on how to document, maintain, and preserve impeaching or exculpatory material and/or how to conduct investigations free from tunnel vision;

    c. That CPD operated a dysfunctional, sham and deficient disciplinary, internal affairs and/or police accountability system; and

    d. That CPD failed to supervise, monitor, and/or discipline CPD officers who engaged in misconduct.

2. The parties agree, and the Court has determined (Dkt. 322), that Plaintiff *will not* pursue *Monell* theories relevant to Count VII of his Amended Complaint (Dkt. 136) other than those listed in paragraph 1 of this stipulation.

| | |
|---|---|
| DATED: July 11, 2024 | Respectfully Submitted, |
| DEFENDANT CITY OF CHICAGO | PLAINTIFF JOSE MAYSONET |

By:*/s/ Eileen Rosen*
*Special Assistant Corporation Counsel for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

By: /s/*JENNIFER BONJEAN*
*One of Plaintiff's attorneys*

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
303 Van Brunt Street
Brooklyn, New York 11231
718-875-1850

Steve Greenberg
GREENBERG TRIAL LAWYERS
Attorneys and Counselors
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 399-2711