# Exhibit 9

| DETECTIVE DIVISION SPECIAL ORDER NO | | 2 May 1983 | 2 May 1983 | NO. 83-2 |
|---|---|---|---|---|
| SUBJECT INVESTIGATIVE FILES | | | DISTRIBUTION | AMENDS |
| RELATED DIRECTIVES | | | | RESCINDS DETECTIVE DIVISION SPECIAL ORDER NO. 83-1 |

I. INTRODUCTION

This order is designed to institutionalize the control of all violent crimes field investigation documents and files, which previously may have been referred to as street files, working files, running files, or detective's personal files and notes.

This order also provides for the maintenance and preservation of these documents by Detective Division field units.

II. PURPOSE

This order provides:

A. guidelines for the proper retention of official Department reports, notes, memoranda, and miscellaneous documents of potential evidentiary value, accumulated during the course of a particular violent crime field investigation.

B. guidelines for the proper preparation of a supplementary report.

C. for the proper maintenance of Investigative Files and "R.D." numerical sequence files at the unit level by Detective Division personnel assigned to violent crime field investigations.

D. specific instructions for the development and proper assemblage of all documents placed into a violent crime Investigative File.

E. instructions for the inventory of all documents placed into an Investigative File Case Folder.

F. guidelines to Violent Crimes Unit supervisors for the proper maintenance, storage and retention of Investigative Files.

G. instructions for the use of the Investigative File Folder.

H. instructions for the use of the Miscellaneous Document Repository.

I. instructions for the use of the General Progress Report (CPD-23.122).

J. instructions for the use of the Investigative File Inventory Sheet.

K. instructions for the use of the Investigative File Control Card (CPD 23-124(1/83).

III. POLICY

It is the policy of the Chicago Police Department to conduct all criminal investigations in an impartial and objective manner and to maintain the integrity of its investigative files to ensure that the due process rights of the accused are not compromised during the subject investigation, initial court hearing or any subsequent review. Additionally, it is the policy of the Chicago Police Department to record

NF-L 008746

CITY-KLUP_003149

and preserve <u>any</u> relevant information obtained by <u>any</u> detective during the course of a violent crime field investigation.

When assigned to violent crime field investigations, detectives will preserve and record information and materials obtained in the course of the investigation to assure not only that information and materials indicating the possible guilt of the accused are preserved, but also that any information and materials that may tend to show his possible innocence or aid in his defense are preserved.

Deviation from this policy adversely impacts on the goals and objectives of the Chicago Police Department and may result in disciplinary action against that Department member.

IV. DEFINITIONS

    A. Investigative File

       An Investigative File is a criminal case file pertaining to a violent crime field investigation which contains official Department reports, notes, memoranda and miscellaneous documents generated by or received by any detective during the course of such investigation. This investigative file is designed to provide all parties engaged in a criminal proceeding including the judge, State's Attorney, Defense Attorney and the assigned Department members with a comprehensive account of the subject criminal case.

    B. Investigative File Case Folder

       An Investigative File Case Folder is an 8½" x 11" case folder complete with two (2) two-hole metal punch fasteners designed to secure all documents relating to the subject criminal case.

    C. Miscellaneous Document Repository

       A Miscellaneous Document Repository is an 8½" x 11" envelope which will be utilized as a receptacle for all items and documents which are not 8½" x 11" in size. This envelope will be fastened with a two-prong metal fastener to the right hand side of the Investigative File Case Folder. It will be the first (bottom) document on the right hand side.

    D. Investigative File Inventory Sheet

       An Investigative File Inventory Sheet is a multi-lined 8½" x 11" sheet of paper with columns to identify each investigative document that is palced in the investigative file case folder. This form functions as the case index for all documents within the investigative file case folder.

       A copy of the form will be forwarded to the Records Division whenever felony charges are placed against a person(s) to ensure proper notice of all existing documents pertaining to the subject investigation can be made to the State's Attorney's Office, the Courts, and the defense counsel.

NF-L 008747                                                                                                                              CITY-KLUP_003150

E. General Progress Report

A General Progress Report is a Department form, 8½" x 11" in size, which will be utilized by all detectives assigned to violent crime field investigations. This document is designed to standardize the recording of handwritten notes and memoranda (the investigative work-product) including: inter-watch memoranda (whether handwritten or typewritten), witness or suspect interview notes, on-scene canvass notes, and any other handwritten personal notes normally generated by investigating detectives during the course of a violent crime field investigation.

F. Investigative File Control Card

The Investigative File Control Card is a Department form designed to document the temporary removal of investigative files from the file repository.

V. RESPONSIBILITIES AND PROCEDURES

A. The Violent Crimes Unit supervisors will ensure that:

1. an Investigative File Case Folder is initiated immediately in all violent crime field investigations.

2. an Investigative File Case Folder is initiated for all violent crime field investigations which culminate with the arrest of the offender(s) and the approval of felony charges.

3. all submitted documents are reviewed and inserted into the Investigative File Case Folder and logged on the Investigative File Inventory Sheet when an Investigative File Case Folder exists.

4. in those cases wherein an Investigative File Case Folder has not been prepared, all submitted documents presented with each supplementary report are reviewed and that those documents are attached to the photocopy of the original case report in the unit's R.D. numerical sequence file.

B. Detectives are required to:

1. record and preserve all relevant information as fully and accurately as possibly, take and maintain complete notes of all relevant matters during the course of their investigation. (This requirement is intended to serve the purposes of Department directives to assure ... only that information and materials indicating the possible guilt of the accused are preserved, but also that the accused may ultimately be granted access to any information and materials that may tend to show his possible innocence or aid in his defense.)

2. transcribe relevant information which initially had been recorded upon General Progress Reports, Violent Crimes Major Incident Worksheets, and other miscellaneous investigative documents, on an official Department Case Report form (Supplementary, General Offense, etc.) consistent with the Detective Division Violent Crimes reporting format.

-3-

NF-L 008748

CITY-KLUP_003151

3. promptly (normally at the end of each tour of duty) submit all handwritten notes and investigative documents generated or received to the unit supervisor for review and inclusion in the Investigative File Case Folder whenever an Investigative File Case Folder has been initiated.

4. preserve all handwritten notes and investigative documents generated or received and submit them to the unit supervisor with each supplementary report submitted whenever an Investigative File Case Folder has not been initiated.

5. assume responsibility for the contents of the Investigative File Case Folder and any documents placed within the folder during his tour of duty. Whenever a member of the Division removes the Investigative File Case Folder from the Watch Commander's office, the member will sign the Investigative File Control Card before removing the subject file from the Watch Commander's office.

6. Any detective who has or receives information relating to a violent crime field investigation not assigned to him will promptly forward the information to the assigned detective for investigation and inclusion in the Investigative File Case Folder.

Whenever a subpoena or discovery motion is received in any case, two copies of the Investigative File Inventory Sheet will be forwarded to the Office of Legal Affairs of the Department in the case of a subpoena, or to the Criminal Division of the State's Attorney's Office in the case of a discovery motion, so that one of such copies may be transmitted to the attorney for the defendant.

Whenever a member of the Division removes the Investigative File Case Folder from the Watch Commander's office, the member will complete the Investigative File Control Card indicating the date and time that the subject file was removed and returned. The Investigative File Control Card will be inserted in the place of the removed file for the duration of the file's absence. The Investigative File Case Folder will not be handed over to another Division member without recording this exchange in the File Control Card. Upon return of the file, the Investigative File Control Card will, itself, become part of the Investigative File.

C. The Violent Crimes Unit Commanding Officer will ensure that:

1. the proper maintenance of the unit's R.D. numerical sequence files and direct administrative control of all Investigative File Case Folders are achieved.

2. a copy of the completed Investigative File Inventory Sheet is forwarded to the Records Processing/Case Report Unit (164) whenever a violent crime field investigation results in a person(s) being charged with a felony.

3. all related documents, except original copies of supplementary case reports, are retained in unit files.

-4-

NF-L 008749

CITY-KLUP_003152

    4. all notes, memoranda, and miscellaneous documents of potential evidentiary value are retained in the Violent Crimes Unit's Investigative File Case Folders.

## VI. VIOLENT CRIMES FILE RETENTION

The retention schedule for Violent Crimes Units' files is as follows:

A. Non-criminal incidents: . . . . . . . . . . . . . . . . . . . . . . One (1) year/Purged

B. Cleared Misdemeanor incidents: . . . . . . . . . . . . . . . . One (1) year/Purged

C. Unfounded incidents: . . . . . . . . . . . . . . . . . . . . . . . One (1) year/Purged

D. Exceptionally Cleared incidents: . . . . . . . . . . . . . . . One (1) year/Purged

E. Suspended incidents (except when warrants have been issued):

    1. Misdemeanors: . . . . . . . . . . . . . . . . . . . . . . . 18 months/Purged
    2. Felonies: . . . . . . . . . . . . . . . . . . . . . . . . . . 3 years/Purged

F. Cleared Felony: Unit final court disposition/Purged

G. Cleared/Closed Homicides: Until final court disposition and then forwarded to Records Division for permanent retention.

H. Unsolved Homicides: Ten (10) years at Violent Crimes Unit and then forwarded to Records Division for permanent retention.

I. Cleared/Open Homicides: Ten (10) years at the Violent Crimes Unit and then forwarded to Records Division for permanent retention.

*Chief William [signature]*

NF-L 008750
CITY-KLUP_003153