# Exhibit 13

## COMPLAINT CATEGORY TABLES - INTERNAL AFFAIRS DIVISION/CHICAGO POLICE

### COMPLAINT CATEGORIES

**Group 1 - VERBAL ABUSE**
- 01A Use of Profanity
- 01B Racial/Ethnic, etc.
- 01C Miscellaneous

**Group 02 - ALCOHOL ABUSE**
- 02A Intoxicated On Duty
- 02B Intoxicated Off Duty
- 02C D.U.I. - On Duty
- 02D D.U.I. - Off Duty
- 02E Possession/Drinking Alcohol - On Duty
- 02G Miscellaneous

**Group 03 - CIVIL RIGHTS VIOLATIONS**
- 03A First Amendment
- 03B Search of Person Without Warrant
- 03C Search of Premise/Vehicle Without Warrant
- 03D Illegal Arrest
- 03E Injury/Death (Under color of law)
- 03F Failure to Insure
- 03G Miscellaneous

**Group 04 - ARREST/LOCKUP PROCEDURES**
- 04A Bonding/Booking/Processing
- 04B Arrest, Improper
- 04C Excessive Detention
- 04D Search, Person/Property
- 04E Prisoner's Property - Inventory/Receipt
- 04F Escape
- 04G Telephone - Attorney/Relative Privileges
- 04H Proper Care, Injury/Death
- 04J Miscellaneous

**Group 05 - EXCESSIVE FORCE**
- 05A Arrestee - During Arrest
- 05B Arrestee - After Arrest, Prior to Lockup
- 05C Arrestee - Lockup/Detention
- 05D No Arrest
- 05E Traffic
- 05F Domestic
- 05G Weapon, Use/Display of
- 05H Miscellaneous
- 05J "U" Converted to C.R. (Records Keeping Only, Initial Complaint Category)

**Group 06 - BRIBERY/OFFICIAL CORRUPTION**
- 06A Solicit/Accept Bribe (Non-Traffic)
- 06B Solicit/Accept Bribe (Traffic)
- 06C Extortion
- 06D Bribe, Failure to Report
- 06E Gratuity
- 06F Recommend Professional Service
- 06G Use Official Position
- 06H An Act to Circumvent Criminal Prosecution
- 06J Miscellaneous

**Group 07 - TRAFFIC (Not Bribery/Excessive Force)**
- 07A Misconduct During Issuance of Citation
- 07B Improper Processing/Reporting/Procedures
- 07C Violation (other than D.U.I.) - On Duty
- 07D Parking Complaints
- 07E Fail to Enforce Traffic Regulations
- 07F Miscellaneous

**Group 08 - COMMISSION OF CRIME**
- 08A Murder/Manslaughter, etc.
- 08B Assault/Battery, etc.
- 08C Rape/Sex Offenses
- 08D Burglary
- 08E Auto Theft
- 08F Theft
- 08G Shoplifting
- 08H Robbery
- 08J Drugs/Contr. Sub., Possession or Sale
- 08K Damage/Trespassing Property
- 08L Arson
- 08M Other Felony
- 08N Miscellaneous

**Group 09 - CONDUCT UNBECOMING VIOLATIONS (Off Duty)**
- 09A Altercation/Disturbance - Domestic
- 09B Altercation/Disturbance - Neighbor
- 09C Altercation/Disturbance - Traffic
- 09D Traffic Violation (Other than D.U.I.)
- 09E Misdemeanor Arrest
- 09F Sexual Misconduct
- 09G Abuse of Authority
- 09H Judicial Process/Directive - Contempt
- 09J Miscellaneous

**Group 10 - OPERATION/PERSONNEL VIOLATIONS**
- 10A Absent Without Permission
- 10B Medical Roll
- 10C Compensatory Time
- 10D Communication Operations Procedures
- 10E Secondary/Special Employment
- 10F Court Irregularities
- 10G Unfit for Duty
- 10H Leaving Assignment (District, Beat, Sector, Court)
- 10J Neglect of Duty/Conduct Unbecoming - On Duty
- 10K Late - Roll Call/Assignment/Court
- 10L Weapon/Ammunition/Uniform Deviation
- 10M Insubordination
- 10N Lunch/Personal Violations
- 10P Misuse of Department Equipment/Supplies
- 10Q Misuse Department Records
- 10R Residency
- 10S Sexual Harassment
- 10T Reports - Failed to Submit/Improper
- 10U Inadequate/Failure to Provide Service
- 10V Inventory Procedures
- 10W Vehicle Licensing - City
- 10X Vehicle Licensing - State
- 10Y Act to Circumvent Proper Administrative Action
- 10Z Miscellaneous

**Group 12 - SUPERVISORY RESPONSIBILITIES**
- 12A Proper Action, Initiate
- 12B Proper Direction - Subordinate
- 12C Proper Action Review/Inspect - Subordinate
- 12D Fail to Obtain a Complaint Register Number
- 12E Improper/Inadequate Investigation
- 12F Miscellaneous

**Group 14 - CIVIL SUITS**
- 14A State Civil Suit
- 14B Federal Civil Suit

**Group 15 - DRUG/SUBSTANCE ABUSE**
- 15A Use/Abuse Drugs / Contr. Substance - On Duty
- 15B Use/Abuse Drugs / Contr. Substance - Off Duty
- 15C D.U.I., Drugs/ Contr. Sub. - On Duty
- 15D D.U.I., Drugs/ Contr. Sub. - Off Duty
- 15E Positive Drug Screen-Originated from Complaint
- 15F Positive Drug Screen - Recruit
- 15G Positive Drug Screen - Promotion Physical
- 15H Positive Drug Screen - Other Physical Exam
- 15J Refusal of Direct Order to Provide Drug Screen Specimen
- 15K Miscellaneous

CPD-44.248 (Rev. 12/88)

## I.A.D. PREMISE/LOCATION CODES

| | |
|---|---|
| 01 | Food Sales, Restaurant |
| 02 | Tavern, Liquor Store |
| 03 | Other Business Establishment |
| 04 | Police Building |
| 05 | Lockup Facility |
| 06 | Police Maintenance Facility |
| 07 | CPD Automotive Pound Facility |
| 08 | Other Police Property |
| 09 | Police Communications System |
| 10 | Court Room |
| 11 | Public Transportation Vehicle/Facility |
| 12 | Park District Property |
| 13 | Airport |
| 14 | Public Property - Other |
| 15 | Other Private Premise |
| 16 | Expressway/Interstate System |
| 17 | Public Way - Other |
| 18 | Waterway (Including Park District) |
| 19 | Private Residence |
| 20 | Unknown at This Time |

## I.A.D. PHYSICAL CONDITION CODES

| | |
|---|---|
| 01 | No Visible Injury - Apparently Normal |
| 02 | No Visible Injury - Under Influence |
| 03 | Injured, Not Hospitalized |
| 04 | Injured, Not Hospitalized - Under Influence |
| 05 | Injured, Hospitalized |
| 06 | Injured, Hospitalized - Under Influence |
| 07 | Injured, Refused Medical Aid |
| 08 | Injured, Refused Medical Aid - Under Influence |
| 09 | Deceased |
| 10 | Deceased - Under Influence |

## I.A.D. CASE STATUS

| | |
|---|---|
| ACT | Active |
| ADD | Additional Investigation |
| CLO | Closed |
| HOA | Hold For - Alcohol Program |
| HOD | Hold For - Disability Pension |
| HOM | Hold For - Extended Medical Roll |
| HOP | Hold For - Psychiatric Evaluation |
| HOS | Hold For Investigation |

RFC-Maysonet 050215