# Exhibit 14

| GENERAL ORDER | DATE OF ISSUE | EFFECTIVE DATE | NO. |
|---|---|---|---|
| | 8 March 1983 | 9 March 1983 | 83-3 |

| SUBJECT | DISTRIBUTION | AMENDS |
|---|---|---|
| PERSONNEL CONCERNS | C | |

| RELATED DIRECTIVES | RESCINDS |
|---|---|
| General Orders: Complaint and Disciplinary Procedures; Summary Punishment; Social Service Assistance and Referral Program<br>Department Notice: Performance Ratings | RESCINDED by G.O. 97-10 28 NOV 97 |

I. PURPOSE

   This order:

   A. establishes the Personnel Concerns Program for Department members.

   B. defines specific terms that pertain to the Personnel Concerns Program.

   C. states Department policy relating to personnel concerns.

   D. identifies general and specific responsibilities associated with the program.

   E. establishes the positions of Personnel Concerns Supervisor and Personnel Concerns Program Manager.

II. DEFINITIONS

   A. <u>Behavioral Alert System</u> - A systematic review of a Department member's behavior pattern to alert supervisors to the need for intervention.

   B. <u>Personnel Concerns Program</u> - A program of intensive supervision of Department members who have been designated as personnel concerns.

   C. <u>Personnel Concern</u> - A Department member who has a history of unacceptable performance and who has not been responsive to repeated corrective efforts of supervisory members. This is a formal designation of a Department member which is applied by the Director of Personnel.

   D. <u>Personnel Concerns Supervisor</u> - A specially trained supervisor who has the responsibility to closely monitor, evaluate, guide and improve the performance of an assigned personnel concern.

   E. <u>Personnel Concerns Program Manager</u> - A sworn supervisor designated by the Director of Personnel to coordinate and oversee the Personnel Concerns Program.

   F. <u>Personnel Concerns Conference</u> - A meeting involving the unit commander of exempt rank, the watch/unit commanding officer, the Personnel Concerns Program Manager, a personnel concerns supervisor, and the member designated as a personnel concern. The Personnel Concerns Program Manager will present a written notification to the member designated as a personnel concern informing him of his deficiencies, status, and the fact that his future performance will be closely supervised in an attempt to assist the member to correct his problems. If improvement does not result, the necessary documentation will be provided for presentation to the Police Board.

III. POLICY

   An essential element of an effective personnel management system is the early identification of members who engage in conduct which is contrary to the goals of the Department. Routine review of various Department records provides an effective means by which problem members can be identified. Once a member is identified as exhibiting unacceptable behavior, the available resources of the Department can then be directed toward correcting the problem behavior. As each individual will exhibit different behavioral problems, the strategy to address the member's shortcomings must be tailored to the specific problems he (she) is experiencing. The Behavioral Alert System and the Personnel Concerns Program are vehicles by which the Department can address these issues. THESE PROGRAMS ARE NOT INTENDED TO BE USED AS A SUBSTITUTE FOR DISCIPLINARY ACTION.

IV. GENERAL RESPONSIBILITIES

   A. The Personnel Division is responsible for overseeing the Behavioral Alert System and Personnel Concerns Program and maintaining liaison with all Department units involved in dealing with Department members exhibiting unacceptable behavior.

   B. The Administrators of the Office of Professional Standards will:

      1. review investigations conducted by their office for patterns of behavior which would warrant concern.

      2. notify the unit commander of exempt rank when a member of his command receives an excessive force complaint.

RFC-Maysonet 048432

3. notify the Personnel Concerns Program Manager when their review of investigations identifies a member who has an unacceptable pattern of behavior.

C. The Internal Affairs Division will review disciplinary records to identify those members who display a pattern of behavior that requires further evaluation by the Personnel Concerns Program Manager.

D. The Traffic Safety and Training Section will review the Department's fleet accident experience to identify patterns of member involvement that should be brought to the attention of the Personnel Concerns Program Manager.

E. The exempt unit commanding officer is responsible for monitoring the performance of all members of his command. In addition, he will direct and support the efforts of his supervisory subordinates in dealing with the problem member. He is further responsible for identifying those members who have not responded to the efforts of supervisory personnel and bringing them to the attention of the Personnel Concerns Program Manager. Exempt members will also be cognizant of the additional responsibilities of personnel concerns supervisors when making unit assignments.

F. Watch/unit commanding officers and supervisory members are responsible for the performance of their subordinates. The performance of all personnel will be continually monitored for both positive and negative aspects. Command and supervisory members are required to take the necessary actions to resolve unacceptable levels of performance. They will ensure that all available Department resources are utilized in this endeavor. The formal designation of a unit supervisor as a personnel concerns supervisor does not relieve other supervisory personnel of exercising their responsibility of taking proper action on transgressions they observe or which are brought to their attention. As future needs arise for personnel concerns supervisors, additional unit supervisors will be selected and trained.

G. The Training Division is responsible for the development of specific training programs to address the needs of the Personnel Concerns Program.

V. BEHAVIORAL ALERT SYSTEM

A. The purpose of the Behavioral Alert System is to:

1. identify Department members whose behavior indicates that future disciplinary or performance problems may result unless corrective action is taken.

2. assist command/supervisory personnel in developing and implementing strategies for corrective action.

3. standardize a system for documenting and maintaining records of corrective action taken.

B. The following performance data are behavioral alert indicators:

1. all excessive force complaints.

2. complaint and disciplinary history.

3. repeated incidents of medical roll use.

4. repeated instances of minor transgressions within a twelve month period.

5. a significant reduction in a member's performance.

6. poor Department traffic safety record.

7. significant deviations from the member's normal behavior.

VI. THE PERSONNEL CONCERNS PROGRAM

The Personnel Concerns Program:

A. is an alternative for dealing fairly and impartially with members who have not responded to routine corrective action or the increased supervisory attention that results from Behavioral Alert System indicators.

B. causes a review to be made of members with a poor performance history.

C. requires the development of strategies to address the problems exhibited by an individual member.

D. ensures documentation of the member's progress towards improved performance/behavior.

E. ensures that all Department resources necessary to correct the problem are made available to the personnel concerns supervisor.

F. provides necessary documentation for the Police Board to administratively address those members who cannot or will not perform to acceptable standards.

VII. SPECIFIC RESPONSIBILITIES - BEHAVIORAL ALERT SYSTEM

A. Watch/unit commanding officers will monitor members of their command for behavioral alert system indicators. When a member is identified by such indicators the watch/unit commanding officer will:

RFC-Maysonet 048433

1. review all relevant unit records concerning the member's past work performance and disciplinary history.

2. consult with other unit supervisors concerning the member's behavior.

3. meet with the member to discuss the apparent problem. The purpose of the meeting is to:

   a. inform the member of the behavior that has been identified as unacceptable.

   b. attempt to identify the causes of the member's behavior.

   c. provide guidance to prevent recurrence of undesirable behavior.

   d. advise the member of Department resources to assist him (e.g., Professional Counseling Service, Chaplain's Unit, Voluntary Medical Program).

   e. determine if other action is warranted (i.e., change of partner, change of watch, change of duties).

   f. advise the member that his future performance will be closely monitored and continued unacceptable behavior will not be tolerated.

4. prepare a written record of the meeting. A copy will be kept in a file maintained by the unit commander of exempt rank for one year from the date of last entry, and a copy will be sent through channels to the Personnel Concerns Program Manager. The report will be prepared in a To-From-Subject format to the unit commander of exempt rank and will include a brief synopsis of the problem behavior, a summary of the member's explanation, and the plan or action taken to correct the problem.

5. ensure that the member's semi-annual performance rating is consistent with the member's performance.

6. if there is a recurrence of a behavioral alert system indicator within a twelve month period:

   a. repeat the steps in Items VII-A-1 through 4 of this order, and

   b. bring the matter to the attention of the unit commander of exempt rank.

B. The unit commander of exempt rank will:

1. ensure that the behavioral alert system is implemented within his command.

2. review reports submitted by watch/unit commanding officers to ensure that plans or actions taken are sufficient to correct the problem.

3. when the problem behavior persists, follow the procedure set forth in Item VII-A-3 and prepare a To-From-Subject report through channels to the Director of Personnel, Attention: Personnel Concerns Program Manager. The report will include a brief synopsis of the problem behavior, a summary of the member's explanation, and the plan or action taken to correct the problem.

4. recommend that a member be designated a personnel concern when all efforts to resolve the behavioral problem are unsuccessful.

C. The Personnel Concerns Program Manager will:

1. forward behavioral alert system indicators that come to his attention to the appropriate unit commander of exempt rank.

2. maintain a file on each member identified by the behavioral alert system for twelve months from date of last entry.

3. ensure that all available Department resources are being utilized by unit personnel to resolve behavioral problems.

4. bring to the attention of the Director of Personnel those members who should be designated personnel concerns.

VIII. SPECIFIC RESPONSIBILITIES – PERSONNEL CONCERNS PROGRAM

A. The personnel concerns supervisor will:

1. review the performance profile (which will include both complimentary and negative performance information) of the member designated as a personnel concern assigned to him.

2. consult with the watch/unit commanding officer and unit supervisors to discuss their previous efforts to deal with the member's behavioral problem.

3. participate in the Personnel Concerns Conference.

4. provide intensive supervision, guidance and counseling to the member designated as a personnel concern to assist him in overcoming his deficiencies.

RFC-Maysonet 048434

   5. document the personnel concern's performance through submission of periodic reports on critical incidents, counseling and performance.

   6. make recommendations as to the future status of personnel concerns.

B. The watch/unit commanding officer will:

   1. provide command guidance and support to the personnel concerns supervisor.

   2. be cognizant of the additional responsibilities of the personnel concerns supervisor.

   3. review all reports submitted by the personnel concerns supervisor and comment on the personnel concern's progress.

   4. review the semi-annual performance rating of members of their watch/unit designated as personnel concerns, and ensure that the assigned rating is consistent with the member's performance.

C. The unit commander of exempt rank will:

   1. if he perceives a need, recommend members of his command for consideration as personnel concerns supervisors. Such recommendations will be made in a To-From-Subject report submitted through channels to the Director of Personnel.

   2. ensure that the member designated as a personnel concern is continually under the direct supervision of the personnel concerns supervisor and that they are assigned to the same day-off group.

   3. provide command guidance and support to the personnel concerns supervisor.

   4. periodically consult with supervisors and the member designated as a personnel concern to determine progress being made.

   5. review all reports submitted by the personnel concerns supervisor and provide comments on the progress of the member designated as a personnel concern.

   6. forward all reports submitted by the personnel concerns supervisor through channels to the Director of Personnel, Attention: Personnel Concerns Program Manager.

D. The Personnel Concerns Program Manager:

   1. reports to the Director of Personnel.

   2. exerts staff supervision over the Personnel Concerns Program.

   3. develops, in cooperation with the Training Division, curricula for the Personnel Concerns Program.

   4. reviews evaluation reports and other Department records relating to members designated as personnel concerns.

   5. makes recommendations to the Director of Personnel concerning a member's designation as a personnel concern.

   6. arranges and attends Personnel Concerns Conferences for each member designated as a personnel concern.

   7. maintains a file on each member designated as a personnel concern for a period of twelve months from the date of last entry.

   8. recommends that members designated as personnel concerns who have achieved an acceptable level of performance be removed from the program and returned to normal supervision.

   9. assists the Office of Legal Affairs in preparing cases for presentation to the Police Board when efforts to correct the behavioral problems have failed.

E. The Director of Personnel will:

   1. oversee the activities of the Personnel Concerns Program Manager.

   2. select personnel concerns supervisors based upon the recommendations of unit commanders of exempt rank.

   3. be responsible for determining a member's status as a personnel concern.

147-82 DVR

Superintendent of Police

RFC-Maysonet 048435