# Exhibit 19

**Thomas Sierra**
**Case No. 1:18-CV-03029**

*Thomas J. Tiderington & Associates-LLC*

ttiderington@aol.com

734 231-2305
*10844 Millwood
Drive*
Plymouth, MI  48170

INVOICE #:   22-9-18

DATE:   **9/17/2022**

Project #:   **Expert
Witness**

Project Description:   *Sierra v. City of Chicago*

**SUBMITTED VIA EMAIL TO:**
**Anand Swaminathan**
anand@loevy.com

| Date | Hours | DESCRIPTION | Rate | LINE TOTAL |
|---|---|---|---|---|
| | | | | |
| | | **6/24/2022 - 9/16/2022** | | |
| | | | | |
| | | Retainer Received | | 0.00 |
| | | | | |
| 6/24/2022 | 2.45 | Review of documents & Draft Report | 325.00 | 796.25 |
| 6/27/2022 | 3.45 | Review of documents & Draft Report | 325.00 | 1,121.25 |
| 7/5/2022 | 2.60 | Review of documents & Draft Report | 325.00 | 845.00 |
| 7/7/2022 | 1.90 | Review of documents & Draft Report | 325.00 | 617.50 |
| 7/8/2022 | 2.85 | Review of documents & Draft Report | 325.00 | 926.25 |
| 7/9/2022 | 1.70 | Review of documents & Draft Report | 325.00 | 552.50 |
| 7/11/2022 | 2.70 | Review of documents & Draft Report | 325.00 | 877.50 |
| 7/15/2022 | 2.45 | Review of documents & Draft Report | 325.00 | 796.25 |
| 7/20/2022 | 2.30 | Review of documents & Draft Report | 325.00 | 747.50 |
| 7/22/2022 | 3.40 | Review of documents & Draft Report | 325.00 | 1,105.00 |
| 7/24/2022 | 1.95 | Review of documents & Draft Report | 325.00 | 633.75 |
| 8/3/2022 | 2.45 | Review of documents & Draft Report | 325.00 | 796.25 |
| 8/09/200 | 1.75 | Review of documents & Draft Report | 325.00 | 568.75 |
| 8/12/2022 | 1.35 | Review of documents & Draft Report | 325.00 | 438.75 |
| 8/26/2022 | 1.70 | Review of documents & Draft Report | 325.00 | 552.50 |

**EXHIBIT**

6 Tiderington 120822

exhibitsticker.com

**Tiderington 002475**

| | | | | |
|---|---|---|---|---|
| 8/30/2022 | 4.50 | Review of documents & Draft Report | 325.00 | 1,462.50 |
| 8/31/2022 | 1.80 | Review of documents & Draft Report | 325.00 | 585.00 |
| 9/2/2022 | 3.50 | Review of documents & Draft Report | 325.00 | 1,137.50 |
| 9/3/2022 | 2.90 | Review of documents & Draft Report | 325.00 | 942.50 |
| 9/7/2022 | 2.10 | Review of documents & Draft Report | 325.00 | 682.50 |
| 9/9/2022 | 3.70 | Review of documents & Draft Report | 325.00 | 1,202.50 |
| 9/13/2022 | 2.85 | Review of documents & Draft Report | 325.00 | 926.25 |
| 9/14/2022 | 3.90 | Review of documents & Draft Report | 325.00 | 1,267.50 |
| 9/15/2022 | 2.85 | Review of documents & Draft Report | 325.00 | 926.25 |
| 9/16/2022 | 2.65 | Review of documents & Finalize Report | 325.00 | 861.25 |
| | | | | |
| | | | | |
| TOTAL HOURS | 65.75 | | | 21,368.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | Amount Due | 21,368.75 |

**Tiderington 002476**