# Exhibit 21

**Thomas J. Tiderington & Associates-LLC**

Thomas J. Tiderngton  
ttiderington@aol.com  
734 231-2305  
10844 Millwood Drive  
Plymouth, MI  48170

INVOICE #: 22-11009  
DATE: 11/19/2022  
Project #: **Expert Witness**  
Project Description: Iglesias v.Chicago Police

**SUBMITTED VIA EMAIL TO:**

**Anand Swaminathan**

anand@loevy.com

Loevy & Loevy

| Date | Hours | DESCRIPTION | Rate | LINE TOTAL |
|---|---|---|---|---|
| | | 9/19/2022 - 11/09/2022 | | |
| | | Retainer Received | | 0.00 |
| 9/19/2022 | 1.20 | Review of documents & Draft Report | 325.00 | 390.00 |
| 9/20/2022 | 1.80 | Review of documents & Draft Report | 325.00 | 585.00 |
| 9/23/2022 | 3.85 | Review of documents & Draft Report | 325.00 | 1,251.25 |
| 9/25/2022 | 2.00 | Review of documents & Draft Report | 325.00 | 650.00 |
| 9/26/2022 | 3.45 | Review of documents & Draft Report | 325.00 | 1,121.25 |
| 9/27/2022 | 4.10 | Review of documents & Draft Report | 325.00 | 1,332.50 |
| 10/10/2022 | 4.80 | Review of documents & Draft Report | 325.00 | 1,560.00 |
| 10/12/2022 | 5.80 | Review of documents & Draft Report | 325.00 | 1,885.00 |
| 10/13/2022 | 6.30 | Review of documents & Draft Report | 325.00 | 2,047.50 |
| 10/14/2022 | 4.70 | Review of documents & Draft Report | 325.00 | 1,527.50 |
| 10/15/2022 | 2.85 | Review of documents & Draft Report | 325.00 | 926.25 |
| 10/17/2022 | 3.70 | Review of documents & Draft Report | 325.00 | 1,202.50 |
| 10/18/2022 | 5.70 | Review of documents & Draft Report | 325.00 | 1,852.50 |
| 10/19/2022 | 7.90 | Review of documents & Finalize Report | 325.00 | 2,567.50 |
| **TOTAL HOURS** | 58.15 | | | |
| | | | **Amount Due** | 18,898.75 |

EXHIBIT  
6 Tiderington 021323