# Exhibit 22

**Thomas J. Tiderington & Associates-LLC**

ttiderington@aol.com
734 231-2305
10844 Millwood Drive
Plymouth, MI  48170

INVOICE #: 23-00018
DATE: 1/18/2023
Project #: **Expert Witness Report**
Project Description: *JOSE JUAN MAYSONET, JR.*

**SUBMITTED VIA EMAIL TO:**
Ashley Cohen, Esq.    Ashley@bonjeanlaw.com
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
**New York, New York 10022**

| Date | Hours | DESCRIPTION | Rate | LINE TOTAL |
|---|---|---|---|---|
| | | 7/12/2022 - 01-14-2023 | | |
| 8/5/2022 | | Retainer Received | | 4,500.00 |
| 8/5/2022 | 1.90 | File review and report draft | 350.00 | 665.00 |
| 8/6/2022 | 1.20 | File review and report draft | 350.00 | 420.00 |
| 8/7/2022 | 1.65 | File review and report draft | 350.00 | 577.50 |
| 8/9/2022 | 2.30 | File review and report draft | 350.00 | 805.00 |
| 8/11/2022 | 1.70 | File review and report draft | 350.00 | 595.00 |
| 9/14/2022 | 1.40 | File review and report draft | 350.00 | 490.00 |
| 9/18/2022 | 2.30 | File review and report draft | 350.00 | 805.00 |
| 10/10/2022 | 1.60 | File review and report draft | 350.00 | 560.00 |
| 10/14/2022 | 2.50 | File review and report draft | 350.00 | 875.00 |
| 10/16/2022 | 2.75 | File review and report draft | 350.00 | 962.50 |
| 10/17/2022 | 1.80 | File review and report draft | 350.00 | 630.00 |
| 10/20/2022 | 3.40 | File review and report draft | 350.00 | 1,190.00 |
| 10/25/2022 | 2.90 | File review and report draft | 350.00 | 1,015.00 |
| 10/26/2022 | 3.40 | File review and report draft | 350.00 | 1,190.00 |
| 10/27/2022 | 2.70 | File review and report draft | 350.00 | 945.00 |
| 10/28/2022 | 3.65 | File review and report draft | 350.00 | 1,277.50 |
| 10/31/2022 | 1.60 | File review and report draft | 350.00 | 560.00 |
| 12/13/2022 | 3.90 | Review & Analysis of INV/RDF files 1987-1990 | 350.00 | 1,365.00 |
| 12/14/2022 | 4.20 | Review & Analysis of INV/RDF files 1987-1991 | 350.00 | 1,470.00 |
| 12/15/2022 | 3.75 | Review & Analysis of INV/RDF files 1987-1992 | 350.00 | 1,312.50 |
| 12/16/2022 | 2.70 | Review & Analysis of INV/RDF files 1987-1993 | 350.00 | 945.00 |
| 12/18/2022 | 3.50 | Review & Analysis of INV/RDF files 1987-1994 | 350.00 | 1,225.00 |
| 12/19/2022 | 4.50 | Review & Analysis of INV/RDF files 1987-1995 | 350.00 | 1,575.00 |
| 12/26/2022 | 3.10 | File review and report draft | 350.00 | 1,085.00 |
| 12/27/2022 | 2.20 | File review and report draft | 350.00 | 770.00 |
| 12/29/2022 | 2.85 | File review and report draft | 350.00 | 997.50 |
| 1/3/2023 | 3.50 | File review and report draft | 350.00 | 1,225.00 |
| 1/5/2022 | 2.65 | File review and report draft | 350.00 | 927.50 |
| 1/7/2022 | 3.80 | File review and report draft | 350.00 | 1,330.00 |
| 1/11/2023 | 1.9 | File review and report draft | 350.00 | 665.00 |
| 1/12/2023 | 2.85 | File review and report draft | 350.00 | 997.50 |
| 1/13/2023 | 3.50 | File review and report | 350.00 | 1,225.00 |
| **TOTAL HOURS** | **87.65** | | 350.00 | 30,677.50 |
| | | retainer applied: | | 4,500.00 |
| | | | **Amount Due** | **26,177.50** |