# Exhibit 34

# FILED UNDER SEAL

# Exhibit 35

# FILED UNDER SEAL

# Exhibit 36

# FILED UNDER SEAL

# Exhibit 37

# FILED UNDER SEAL

# Exhibit 38

# FILED UNDER SEAL

# Exhibit 39

# FILED UNDER SEAL

# Exhibit 40

# FILED UNDER SEAL

Exhibit 41

FILED UNDER SEAL

# Exhibit 42

# FILED UNDER SEAL

Exhibit 43

FILED UNDER SEAL

# Exhibit 44

# FILED UNDER SEAL

# Exhibit 45

# FILED UNDER SEAL

# Exhibit 46

# FILED UNDER SEAL

# Exhibit 47

# FILED UNDER SEAL

# Exhibit 48

# FILED UNDER SEAL