# Exhibit 50



From her work)

~~PASHA~~ CHERNYSEV M/B

Sister — seeing her

PAVEL ALEKANDER CHERNYSEV

2017

Z475 236

24286_97_CCSAO_00053316