Exhibit 51

# LEASE APPLICATION

Property address: ███████████ (1st floor)   Date: 5-31-98

## APPLICANT (please print clearly)

Name: Nyree D. Johnson

Address: ███████████

How long? 6 yrs

Present landlord and address: Genevieve Wright (grandmother)

Previous landlord and address: Mr. & Mrs. Silveneau (left due to Domestic Violence)

## OTHER PERSON(S) TO OCCUPY APARTMENT

| Full legal name | Age | Relationship |
|---|---|---|
| Erika Brianne I'mani Meeks | 4 mos | daughter |

## EMPLOYMENT HISTORY

Current employer: Ray Graham
Address: 30 W 570 Mulberry Dr., West Chicago, IL
Monthly Salary: 1200
Position/Title: 1:1 Aide/CCW
Phone: 708-231-1303
Contact Person: Marcy Williams
From/To: 8/92 — now

Previous Employer: Signature Group
Address: 119 N York Rd., Elmhurst, IL
Monthly Salary: 900
Position/Title: Telemarketer
Phone: (708) 833-0691
From/To: 6/90 — 6/92

## OTHER INCOME/ASSETS

## BANK/MONEY MARKET ACCOUNTS

## CREDIT, LOAN AND CHARGE ACCOUNT REFERENCES

Account: Ford Motor

Describe any judgments, garnishments, bankruptcies, etc.: — none —

## AUTO

Year, Make, Model: 96 Nissan Sentra
Monthly Payment $: 339
Paid to: GE Credit Corp.

## PERSONAL REFERENCES (no relatives please)

Name, Address, Phone: Genevieve S. Wright

Name, Address, Phone: Pearlie Newborn

Sandra Brown

## IN CASE OF EMERGENCY, PLEASE CONTACT

Name, Address, Phone: Genevieve Wright   Relationship: grandmother

(Application must be signed on reverse side)

©1992. All rights reserved. Real Estate Profile, 1532 N. Wells Chicago, IL 60610. (312) 943-3411

24286_97_CCSAO_00053426