# Exhibit 55

FILED UNDER SEAL

# Exhibit 56

# FILED UNDER SEAL