IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JOSE JUAN MAYSONET, JR ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REYNALDO GUEVARA, ERNEST ) <br> HALVORSEN, EDWARD MINGEY, LEE ) <br> EPPLEN, FERNANDO MONTILLA, ) <br> ROLAND PAULNITSKY, FRANK ) <br> DIFRANCO, CITY OF CHICAGO, and COOK ) <br> COUNTY, ) <br> ) <br> Defendants. ) | Case No. 18-CV-02342 <br><br> District Judge Mary M. Rowland <br> Magistrate Judge Maria Valdez |

**EXHIBIT INDEX TO THE CITY OF CHICAGO'S**
***DAUBERT* MOTION TO BAR OPINIONS OF JON M. SHANE**

| Exhibit No. | Description |
|---|---|
| A | Expert report from Jon Shane |
| B | Deposition of Jon Shane |
| C | CV of Jon Shane |
| D | Data Collection Protocol |
| E | Plaintiff's Fourth Request for Production to the City |
| F | Plaintiff's First Request for Production to the City |
| G | RFC-Maysonet 048306-48318 |
| H | RFC-Maysonet 048266-48291 |
| I | RFC Maysonet 050214 |
| J | DOJ Office of Community Oriented Policing Services, Standards and Guidelines for Internal Affairs |