# Exhibit D

| Data Collection Protocol ||
|---|---|
| Field | Data Validation Values and Definition |
| Officer Name | Name of the officer under investigation |
| Other Officers | Names of other officers under investigation |
| Complaint Register (CR) Number | CR number assigned to the investigation |
| Date of Incident | Date the incident occurred |
| Date complaint reported | Date the complaint was lodged |
| Date investigation completed | Date the investigation was completed by the investigator |
| Type of Complaint 1 | Identify the complaint; excessive force is for a lawful police objective. Assault is for an unlawful act |
| Type of Complaint 2 | Identify the complaint; excessive force is for a lawful police objective. Assault is for an unlawful act |
| Type of Complaint 3 | Identify the complaint; excessive force is for a lawful police objective. Assault is for an unlawful act |
| Type of Complaint 4 | Identify the complaint; excessive force is for a lawful police objective. Assault is for an unlawful act |
| Type of Complaint 5 | Identify the complaint; excessive force is for a lawful police objective. Assault is for an unlawful act |
| Complainant source | External; Internal |
| Complainant's Name | Name of person making complaint of misconduct |
| Victim's Name | Name of the person who was the victim |
| Final Disposition | Sustained; Not Sustained; Unfounded; Exonerated; No disposition rendered |
| Punishment Assessed | Reprimand; Suspension; Termination; N/A |
| Days Suspended | Number of days suspended |
| Victim contacted | Yes-by phone; Yes-In Person; No-Contact established |
| In person interview victim | Yes; No; N/A |
| Statement from victim | Yes; No |
| Witness Contacted | Yes-by phone; Yes-In Person; No-Contact established; Incomplete-some but not all witnesses were contacted. |
| In person interview witness | Yes; No; N/A |
| Statement from witness | Yes; No |
| Canvass at scene | Yes; No; N/A |
| Cameras located at scene | Yes; No; N/A |
| Arrest photos of victim/complainant | Yes; No; N/A |
| Photos of victim taken by IAD | Yes; No; N/A |
| Photos of scene obtained | Yes; No; N/A |
| Incident report | Yes; No; N/A |
| Investigative reports | Yes; No; N/A |
| Did victim/complainant require medical attention | Yes; No; N/A |
| Was the officer on duty/off duty | Yes; No |
| CPD medical form describe complaint of pain or injuries | Yes; No; N/A |
| Cook County medical form describe complaint of pain or injuries | Yes; No; N/A |

EXHIBIT

13 Shane 031023

exhibitsticker.com

| Data Collection Protocol ||
|---|---|
| **Field** | **Data Validation Values and Definition** |
| Arrest report of the complainant | Yes; No; N/A |
| Communication tapes from Chicago Police Department | Yes; No; N/A |
| District phone tapes | Yes; No; N/A |
| Desk blotter | Yes; No; N/A |
| Duty rosters/assignment records | Yes; No; N/A |
| Log sheets | Yes; No; N/A |
| Overtime records | Yes; No; N/A |
| Target letter | Yes; No; N/A |
| Officer IDd by victim/witness | Yes; No; N/A |
| Officer administrative report submitted | Yes; No; N/A |
| Officer statement taken | Yes; No; N/A |
| Referred to Prosecutor's Office | Yes; No; N/A |
| Synopsis and Notes | Brief synopsis of the incident; free-hand text field |

#