IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | Case No. 18-cv-02342 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Honorable Mary M. Rowland |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| REYNALDO GUEVARA, et. al | ) | |
| Defendants, | ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S *DAUBERT* MOTION TO BAR OPINIONS OF THOMAS J. TIDERINGTON**

| Exhibit No. | Description |
|---|---|
| A | Expert Report of Thomas Tiderington. *Maysonet v. City et al* |
| B | Deposition of Thomas Tiderington, *Maysonet v. City et al* |
| C | Expert Report of Thomas TIderington, *Solache/Reyes v. City et al* |
| D | Deposition of Thomas Tiderington, *Iglesias v. City et al* |
| E | Deposition of Thomas Tiderington, *Sierra v. City et al* |
| F | CCPDO's Reply Brief in *Velez v. City of Chicago* |