# EXHIBIT 1

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 009
     PEOPLE OF THE STATE OF ILLINOIS

                 VS                    NUMBER 92CR1014601

     JOSE       MAYSONET

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/08/95 PRISONER DATA SHEET TO ISSUE
     MORGAN, LORETTA HALL
08/08/95 JURY IMPANELED AND SWORN
     MORGAN, LORETTA HALL
08/08/95 WITNESSES ORDERED TO APPEAR                  08/08/95
     MORGAN, LORETTA HALL
08/08/95 CONTINUANCE BY AGREEMENT                     08/09/95
     MORGAN, LORETTA HALL
08/09/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
08/09/95 WITNESSES ORDERED TO APPEAR                  08/09/95
     MORGAN, LORETTA HALL
08/09/95 CONTINUANCE BY ORDER OF COURT                08/10/95
     MORGAN, LORETTA HALL
08/10/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
08/10/95 CONTINUANCE BY ORDER OF COURT                08/11/95
     MORGAN, LORETTA HALL
08/10/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
08/10/95 WITNESSES ORDERED TO APPEAR
     MORGAN, LORETTA HALL
08/10/95 CONTINUANCE BY ORDER OF COURT                08/11/95
     MORGAN, LORETTA HALL
08/11/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
08/11/95 PRISONER DATA SHEET TO ISSUE
     MORGAN, LORETTA HALL
08/11/95 FINDING OF GUILTY                   C001
     MORGAN, LORETTA HALL
08/11/95 FINDING OF GUILTY                   C002
     MORGAN, LORETTA HALL
08/11/95 FINDING OF GUILTY                   C003
     MORGAN, LORETTA HALL
08/11/95 FINDING OF GUILTY                   C004
     MORGAN, LORETTA HALL
08/11/95 PRE-SENT INVEST. ORD, CONTD TO               08/11/95
     MORGAN, LORETTA HALL
```

RFC-Maysonet 000138

```
                IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 010
        PEOPLE OF THE STATE OF ILLINOIS

                         VS              NUMBER 92CR1014601

        JOSE        MAYSONET

                  CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/11/95 BAIL REVOKED
     MORGAN, LORETTA HALL
08/11/95 CONTINUANCE BY ORDER OF COURT                09/08/95
     MORGAN, LORETTA HALL
09/08/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
09/08/95 PRISONER DATA SHEET TO ISSUE
     MORGAN, LORETTA HALL
09/08/95 MOTION DEFENDANT - NEW TRIAL                            E        2
     MORGAN, LORETTA HALL
09/08/95 CONTINUANCE BY AGREEMENT                     09/28/95
     MORGAN, LORETTA HALL
09/28/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
09/28/95 PRISONER DATA SHEET TO ISSUE
     MORGAN, LORETTA HALL
09/28/95 CONTINUANCE BY AGREEMENT                     10/06/95
     MORGAN, LORETTA HALL
10/06/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
10/06/95 PRISONER DATA SHEET TO ISSUE
     MORGAN, LORETTA HALL
10/06/95 CONTINUANCE BY AGREEMENT                     10/16/95
     MORGAN, LORETTA HALL
10/16/95 DEFENDANT IN CUSTODY
     MORGAN, LORETTA HALL
10/16/95 MOTION DEFENDANT - NEW TRIAL                            D        2
     MORGAN, LORETTA HALL
10/16/95 DEF SENT TO LIFE IMPRISONMENT       C001
     LIFE IMPRISONMENT
     MORGAN, LORETTA HALL
10/16/95 DEF SENT TO LIFE IMPRISONMENT       C003
     LIFE IMPRISONMENT
     MORGAN, LORETTA HALL
10/16/95 LET MITTIMUS ISSUE/MITT TO ISS
     MORGAN, LORETTA HALL
10/16/95 DEF ADVISED OF RIGHT TO APPEAL
     MORGAN, LORETTA HALL
```

RFC-Maysonet 000139

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 022
     PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 92CR1014601

   JOSE         MAYSONET

             CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/15/16 DEFENDANT IN CUSTODY
      JONES, RICKEY
09/15/16 CONTINUANCE BY AGREEMENT                  10/26/16 1702
      JONES, RICKEY
10/19/16 REQ EXT MEDIA COVERAGE - FILED            10/26/16 1799
10/14/16 NOTICE OF MOTION/FILING                   10/26/16 1702
10/26/16 DEFENDANT IN CUSTODY
      JONES, RICKEY
10/26/16 M/D VACATE PLEA, FNDG, VRDCT                       S        2
      JONES, RICKEY
10/26/16 VACATE ORDER
      STATE ADMITS TO DEF S POST CONVICTION CLAIM OF INEFFECTIVE ASSISTANCE OF
      JONES, RICKEY
10/26/16 VACATE ORDER
      COUNCIL DUE TO PER SE CONFLICT OF INTEREST; WHEREFORE THE FINDING OF GUIL
      JONES, RICKEY
10/26/16 VACATE ORDER
      JUDGEMENT AND SENTENCE IS VACATED. DEF GRANTED POST CONVICTION RELIEF
      JONES, RICKEY
10/26/16 DEF REM CUST CC SHERIF
      DEF REMANDED TO CCJ; NO BAIL; MITT TO HOSPITAL; MITT TO REFLECT DEF TO BE
      JONES, RICKEY
10/26/16 DEF REM CUST CC SHERIF
      HELD IN PROTECTIVE CUSTODY
      JONES, RICKEY
10/26/16 NO BAIL
      JONES, RICKEY
10/26/16 CONTINUANCE BY AGREEMENT                  11/02/16 1702
      JONES, RICKEY
11/02/16 DEFENDANT IN CUSTODY
      JONES, RICKEY
11/02/16 BAIL AMOUNT SET                                    D    $ 500000
      JONES, RICKEY
11/02/16 CONTINUANCE BY AGREEMENT                  11/15/16 1702
      JONES, RICKEY
11/02/16 MOTION FOR DISCOVERY                               F        2
11/02/16 HEARING DATE ASSIGNED                     11/15/16 1702
```