# EXHIBIT 2

```
 1  STATE OF ILLINOIS )
                      ) SS.
 2  COUNTY OF C O O K )

 3
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 4           COUNTY DEPARTMENT - CRIMINAL DIVISION

 5  PEOPLE OF THE                )
    STATE OF ILLINOIS,            )
 6                                )
              Plaintiff,          )
 7       vs.                      )No. 92 CR 10146-01
                                  )
 8  JOSE MAYSONET,                )
              Defendant.          )
 9

10                    REPORT OF PROCEEDINGS had at the

11  Hearing of the above-entitled cause, before the

12  HONORABLE TIMOTHY J. JOYCE, Judge of said court, on the

13  15th day of November, 2017.

14                APPEARANCES:
                  HON. KIMBERLY M. FOXX,
15                    State's Attorney of Cook County, by:
                  MESSRS. ERIC SUSSMAN, JEFFREY ALLEN and
16                JAMES PAPA,
                      Assistant State's Attorneys,
17                    appeared on behalf of the People;

18                MS. JENNIFER BONJEAN, MS. ASHLEY COHEN
                  and MR. STEVEN GREENBERG,
19                    Attorneys at Law,
                      appeared on behalf of the Defendant.
20

21

22
    Annette Cesario
23  Official Court Reporter
    Criminal Division
24  CSR #84-2529
```

—1—

```
 1        THE CLERK:  Jose Maysonet.
 2            (Enter defendant.)
 3        THE COURT:  Good afternoon everyone.
 4        THE DEFENDANT:  Good afternoon.
 5        MS. BONJEAN:  Good afternoon, Your Honor, Jennifer
 6   Bonjean on behalf of the defendant Jose Maysonet.
 7        MS. COHEN:  Ashley Cohen on behalf of the
 8   defendant Jose Maysonet.
 9        MR. GREENBERG:  Steve Greenberg on behalf of the
10   Mr. Maysonet.
11        MR. SUSSMAN:  Eric Sussman, Jeff Allen and Jim
12   Papa on behalf of the State of Illinois.
13        THE COURT:  Good afternoon, everybody.
14            The matter is set for hearing on some pretrial
15   motions?
16        MS. BONJEAN:  Yes, Your Honor.
17        MR. SUSSMAN:  Your Honor, if I may, I appreciate
18   it.  As Your Honor knows, the State's Attorney's Office
19   has consistently maintained and continues to maintain
20   that Mr. Maysonet is guilty of the murder of the Wiley
21   brothers consistent with the jury's verdict in August
22   of 1995.  The State also maintains as you've see
23   through the pleadings that Mr. Maysonet's numerous
24   statements were not the result of any abuse or improper
```

```
 1  police conduct.
 2          Nevertheless, we have been advised over the
 3  last several days, including just now, by counsel for
 4  the former police detectives that each detective will
 5  invoke their 5th Amendment right not to incriminate
 6  themselves and will refuse to testify.
 7          Without the cooperation and the testimony of
 8  the Chicago police detectives, the State is unable to
 9  meet our burden at this hearing or at the underlying
10  case.
11          So it is with deep regret and sadness for the
12  families of the victims in this case that we request
13  that the Court nolle the case against the defendant,
14  Mr. Maysonet.
15      THE COURT:  Thank you, Mr. Sussman.  I will note,
16  I don't know that I have any discretion in this regard
17  in any event; but I will grant the State's motion for
18  nolle pros.
19      MS. BONJEAN:  Thank you, Your Honor, defendant
20  demands trial.
21      THE COURT:  For some reason I have two cases, a
22  1990 case and a 1992 case, I thought it was only the
23  '92 case.
24      MS. BONJEAN:  It's the same case, Judge, it was
```

—3—

```
 1  reindicted.
 2       THE COURT:  I will note both motion State nolle
 3  pros, for the record.
 4       MS. BONJEAN:  Thank you, Your Honor.
 5       THE COURT:  Release this case only.  Thank you
 6  very much.  Quiet please, court is in session.
 7       THE DEFENDANT:  Thank you.
 8       THE COURT:  Good luck, Mr. Maysonet.
 9              (Which were all the proceedings had on
10               the above-entitled cause, this date.)
```

-4-

JGS_MAYSONET 02522

```
 1  STATE OF ILLINOIS )
 2  COUNTY OF C O O K )
 3
 4              I, ANNETTE C. CESARIO, Official Shorthand
 5  Reporter of the Circuit Court of Cook County, County
 6  Department-Criminal Division, do hereby certify that I
 7  reported in shorthand the proceedings had in the
 8  above-entitled cause; that I thereafter caused the
 9  foregoing to be transcribed on a computer, which I
10  hereby certify to be a true and accurate transcript of
11  all the evidence heard.
12
13
14
15            _____
16            Certified Shorthand Reporter
              Circuit Court of Cook County
17            County Department-Criminal Division
18
              Date: _____
19
20
21
22
23
24
```

—5—

JGS_MAYSONET 02523