# EXHIBIT 7

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DIST. OF ILLINOIS
 2                   EASTERN DIVISION
 3  JOSE JUAN MAYSONET, JR.,
         Plaintiff,
 4
    v.                        Civil Action
 5                            No. 2018 CV 02342
    REYNALDO GUEVARA, ERNEST HALVORSEN,
 6  EDWARD MINGEY, EPPLEN, FERNANDO
    MONTILLA, ROLAND PAULNITSKY, FRANK
 7  DIFRANCO, CITY OF CHICAGO, and
    COOK COUNTY,
 8       Defendants.
 9

10       ***********************************

11            VIDEOTAPED DEPOSITION OF

12               REYNALDO GUEVARA

13               OCTOBER 25, 2019

14       ***********************************

15       VIDEOTAPED DEPOSITION OF REYNALDO GUEVARA, produced
16  as a witness at the instance of the Plaintiffs, was duly
17  sworn and was taken in the above-styled and numbered cause
18  on the 25th day of October, 2019, from 10:15 a.m. to
19  5:22 p.m., by Lydia L. Hardison, Certified Shorthand
20  Reporter, in and for the State of Texas, reported by machine
21  shorthand at the office of Koole Court Reporters of Texas,
22  8000 IH-10 West, Suite 600, San Antonio, Texas 78230,
23  pursuant to the Federal Rules of Civil Procedure (and the
24  provisions stated on the record or attached hereto);
25  signature having been requested.
```

Page 2

```
 1        A P P E A R A N C E S
 2  FOR THE PLAINTIFF:
 3    Ms. Jennifer Bonjean
      -and-
 4    Ms. Ashley Cohen
      BONJEAN LAW GROUP, PLLC
 5    467 Saint Johns Place
      Brooklyn, NY 11238
 6    (718) 875-1850
      (718) 230-0582 Fax
 7    Jennifer@bonjeanlaw.com
 8
 9  FOR THE DEFENDANT REYNALDO GUEVARA:
10    Mr. Justin L. Leinenweber
      LEINENWEBER BARONI & DAFFADA LLC
11    120 N. LaSalle Street, Suite 2000
      Chicago, Illinois 60602
12    (312) 380-6635
      (800) 896-2193 Fax
13    justin@ilesq.com
14
15  FOR THE DEFENDANTS ERNEST HALVORSEN, EDWARD MINGEY, EPPLEN,
    FERNANDO MONTILLA AND ROLAND PAULNITSKY:
16
      Mr. Josh M. Engquist (via telephone)
17    THE SOTOS LAW FIRM, P.C.
      141 W. Jackson Blvd., Suite 1240A
18    Chicago, Illinois 60604
      (630) 735-3300
19    JEngquist@jsotoslaw.com
20
21  FOR THE DEFENDANT THE CITY OF CHICAGO:
22    Mr. Austin G. Rahe (via telephone)
      ROCK, FUSCO & CONNELLY, LLC
23    321 N. Clark Street, Suite 2200
      Chicago, Illinois 60654
24    (312) 494-1000
      (312) 494-1001 Fax
25    arahe@rfclaw.com
```

Page 3

```
 1        A P P E A R A N C E S
              (Cont'd.)
 2
 3  FOR THE DEFENDANT COOK COUNTY:
 4    Mr. Edward Brener (via telephone)
      ASSISTANT STATE'S ATTORNEY
 5    Complex Litigation Unit
      Cook County State's Attorney's Office
 6    50 W. Washington Street
      Chicago, Illinois 60602
 7    (312) 603-5971
      Edward.Brener@cookcountyil.gov
 8
 9  ALSO PRESENT:
10    Mr. Mario Koole, videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX
 2  Appearances........................     2
 3  Examination by Ms. Bonjean..............     5
 4  Witness' Corrections and Signature..........  344
 5  Reporter's Certificate..................   346
 6
              EXHIBITS
 7
    NO.    DESCRIPTION             MARKED
 8
    Exhibit 1   Federal Bureau of Investigation
 9            Transcription dated 6/20
              and 6/21/01 ......................  129
10
    Exhibit 2   Investigative File Produced
11            by The City of Chicago ............  224
12
    Exhibit 3   Statement of Rosa Bello
13            taken 8/23/90 ....................  260
14  Exhibit 4   Statement of Jose Maysonet
              dated 8/23/90 ....................  279
15
    Exhibit 5   Transcript of Motion to
16            Suppress Statement dated 1/31/95 ..  297
17
    Exhibit 6   Official Record of Jury Trial
18            of Jose Maysonet dated 8/10/95 ....  311
19
20
21
22
23
24
25
```

Page 5

1    THE VIDEOGRAPHER: This marks the start of the
2  deposition. Today's date is October 25th, 2019. We're
3  going on the record at 10:15. Would counsel please state
4  your name and whom you represent, and then the witness will
5  be sworn in.
6    MS. BONJEAN: Jennifer Bonjean, B-O-N-J-E-A-N,
7  on behalf of the plaintiff, Jose Maysonet.
8    MS. COHEN: Ashley Cohen, C-O-H-E-N, on behalf
9  of the plaintiff, Jose Maysonet.
10    MR. LEINENWEBER: Justin Leinenweber on behalf
11  of the defendant and the deponent, Reynaldo Guevara.
12    MR. ENGQUIST: Josh Engquist on behalf of
13  Defendants Halvorsen, Mingey, Epplen, Montilla, and
14  Paulnitsky.
15    MR. RAHE: Austin Rahe on behalf of the City
16  of Chicago.
17    MR. BRENER: Edward Brener on behalf of
18  Defendant Frank DiFranco and Cook County.
19    REYNALDO GUEVARA,
20  having been first duly sworn, testified as follows:
21    EXAMINATION
22  BY MS. BONJEAN:
23    Q. Good morning, Mr. Guevara.
24    A. Good morning.
25    Q. My name is Jennifer Bonjean, and I represent the

Page 6

1  plaintiff, Jose Maysonet, in this lawsuit, Maysonet v.
2  Guevara, et al., in which you are a named defendant. I
3  suspect at this point you are familiar with the deposition
4  process, but I'd like to go over some ground rules so that
5  we can be on the same page. Is that okay by you?
6    A. Yes, ma'am.
7    Q. Do you understand, sir, that you are under oath
8  today?
9    A. Yes, ma'am.
10    Q. And you have testified under oath previously,
11  correct?
12    A. Yes, ma'am.
13    Q. What does it mean to take the oath, Mr. Guevara?
14    MR. LEINENWEBER: Say what -- what was the
15  question?
16    Q. (BY MS. BONJEAN) What does it mean to you to take
17  the oath, Mr. Guevara?
18    MR. LEINENWEBER: Objection to form.
19    A. To remain silent.
20    Q. (BY MS. BONJEAN) So for you taking the oath means
21  that you are going to remain silent, correct?
22    MR. LEINENWEBER: Objection to form.
23    A. Yes.
24    MR. LEINENWEBER: Just let me get my objection
25  in. Objection to form and foundation.

Page 7

1    Q. (BY MS. BONJEAN) Is that correct?
2    A. Yes, ma'am.
3    Q. So you are not swearing to tell the truth today; is
4  that right?
5    MR. LEINENWEBER: Objection to form.
6  Argumentative.
7    A. I'm going to take the Fifth.
8    Q. (BY MS. BONJEAN) Okay. So you're going to
9  exercise your Fifth Amendment right in response to whether
10  or not you are going to testify truthfully when you do
11  choose to answer a question; is that correct?
12    MR. LEINENWEBER: Objection to form.
13    A. Yes.
14    Q. (BY MS. BONJEAN) You do understand that if you
15  willfully make false statements that you could subject
16  yourself to the penalties of perjury, right?
17    A. Yes.
18    Q. If you do choose to answer one of my questions and
19  you have trouble understanding it, will you let me know?
20    A. Yes.
21    Q. And if you need a break, you are at liberty to take
22  one, but I'd ask that you please answer any question that's
23  pending before we break. Okay?
24    A. Yes, ma'am.
25    Q. Now, what did you do to prepare for your deposition

Page 8

1  here today?
2    A. Just come over here.
3    Q. Have you read the complaint that was filed in
4  Federal Court in connection with this lawsuit?
5    A. No, ma'am.
6    Q. So you don't even know what the allegations are
7  that have been lodged against you in this particular case?
8    MR. LEINENWEBER: Objection to form,
9  foundation.
10    A. No, ma'am.
11    Q. (BY MS. BONJEAN) Is there a reason you aren't
12  interested in knowing what the allegations are that have
13  been lodged against you in connection with this lawsuit?
14    MR. LEINENWEBER: Objection to form and
15  foundation. And, Jennifer, I just forgot. I meant to say
16  on the record that an objection that I assert is going to be
17  an objection on behalf of all defendants, as we've
18  discussed.
19    MS. BONJEAN: Sure. No problem.
20    A. What was that again.
21    MS. BONJEAN: Could you read back the
22  question?
23    (Requested testimony read back.)
24    A. No.
25    Q. (BY MS. BONJEAN) You are a named defendant in a

Page 9

1  number of different lawsuits pending currently in the
2  Northern District of Illinois; isn't that right, sir?
3      A.  I'm going to take the Fifth on that.
4      Q.  Okay.  Have you read any of the lawsuits or
5  complaints that have been filed against you in connection
6  with the lawsuits that name you as a defendant?
7      A.  No, ma'am.
8      Q.  And why haven't you read the complaints that have
9  been filed in cases in which you are accused of misconduct?
10         MR. LEINENWEBER:  Objection to form and
11  foundation.
12     A.  I take the Fifth.
13     Q.  (BY MS. BONJEAN)  So you are exercising your Fifth
14  Amendment right to remain silent.  Sir, do -- what -- what
15  crimes do you fear you will be prosecuted for if you answer
16  questions in connection with these case -- this case today?
17         MR. LEINENWEBER:  Same objections.
18     A.  I take the Fifth.
19         MR. BRENER:  Jennifer, if I could interrupt
20  for one second.  Sara Dixon Spivy from my office just
21  joined.  She's also on the phone with me.
22         THE COURT REPORTER:  Okay.  Who -- who was
23  that, please?
24         MS. BONJEAN:  Sara Spivy.
25         THE COURT REPORTER:  No.  Who --

Page 10

1          MR. BRENER:  Oh, Edward, Brener.  I apologize.
2          THE COURT REPORTER:  No problem.
3          MR. BRENER:  For DiFranco and Cook County.
4          MR. LEINENWEBER:  Ms. Spivy's from his office
5  and representing.
6      Q.  (BY MS. BONJEAN)  Mr. Guevara, you said in -- that
7  all you did to prepare for your deposition here today was to
8  show up, right?
9          MR. LEINENWEBER:  Objection to form.
10     A.  Yes, ma'am.
11     Q.  (BY MS. BONJEAN)  Is that correct?
12         Have you looked at any documents apart from
13  the complaint related to Mr. Maysonet's arrest and
14  subsequent prosecution?
15     A.  No, ma'am.
16     Q.  Did you meet with your attorneys prior to coming
17  here this morning in preparation for giving testimony here
18  today?
19     A.  No, I did not.
20     Q.  And have you had an opportunity to meet with your
21  clients prior to -- the last couple of days specific to
22  Mr. Maysonet's case?
23         MR. LEINENWEBER:  Objection to the form of the
24  question.  I think you said "meet with his clients."
25     Q.  (BY MS. BONJEAN)  Yes.  I apologize.  I misspoke.

Page 11

1          Have -- have you had an opportunity to confer
2  or meet with your lawyers in connection with the allegations
3  that Mr. Maysonet has made against you prior to today or
4  yesterday or this week?
5      A.  No, ma'am.
6      Q.  When did you find out you were being sued by Jose
7  Maysonet?
8      A.  Take the Fifth.
9      Q.  And, sir, you were -- in -- in November of 2017,
10  you were subpoenaed to give testimony at a pretrial hearing
11  in the retrial of Mr. Maysonet for the murders of Torrence
12  and Kevin Wiley.  Do you recall that?
13     A.  I'm going to take the Fifth.
14     Q.  And you had an attorney who represented you in
15  connection with that subpoena or those proceedings; isn't
16  that right?
17     A.  I'm going to take the Fifth, ma'am.
18     Q.  Was -- were you represented by Mr. Fahy?
19     A.  I'm going to take the Fifth.
20     Q.  And prior to receiving the subpoena for
21  Mr. Maysonet's retrial for the murders of the Wiley
22  brothers, were you aware that his double-murder convictions
23  had been vacated?
24     A.  I'm going to take the Fifth.
25     Q.  Okay.  Had you been aware that there was a pending

Page 12

1  post-conviction petition filed by Mr. Maysonet in which he
2  lodged claims against you of misconduct, claims of
3  misconduct against you?
4          MR. LEINENWEBER:  Objection on form.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  Did you actually show up at the
7  Cook County State's Attorney's Office in connection with the
8  subpoena that you received related to the retrial of
9  Mr. Maysonet?
10     A.  Take the Fifth.
11     Q.  You were represented by Mr. Fahy; isn't that
12  correct?
13         MR. LEINENWEBER:  Objection, form.  Asked and
14  answered.
15     A.  I take the Fifth.
16     Q.  (BY MS. BONJEAN)  Okay.  And you indicated to
17  Mr. Fahy that you were going to -- strike that.
18         You indicated through your counsel that you
19  were going to exercise your Fifth Amendment right to remain
20  silent if you were called as a witness in the reprosecution
21  or retrial of Mr. Maysonet; isn't that right?
22     A.  I take the Fifth.
23     Q.  And the reason that you exercised your Fifth
24  Amendment right is because the answers that you would have
25  been provided during -- in that pretrial or trial

Page 13

1 proceedings, Mr. Maysonet -- would have been -- would have
2 implicated you in crimes, correct?
3          MR. LEINENWEBER: Objection to form.
4    A. I take the Fifth.
5    Q. (BY MS. BONJEAN) If you had testified truthfully
6 at Mr. Maysonet's retrial, you would have been implicating
7 yourself in a number of crimes including perjury, correct?
8          MR. LEINENWEBER: Same objection. Also calls
9 for a legal conclusion.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) You would have been implicating
12 yourself in crimes related to conspiracy to frame someone
13 for a murder he -- he or she did not commit, correct?
14         MR. LEINENWEBER: Same objections.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) If you had testified at
17 Mr. Maysonet's pretrial or trial hearings truthfully, you
18 would have been forced to admit that you were extorting
19 Mr. Maysonet for money in connection with his drug-dealing
20 activities, right?
21         MR. LEINENWEBER: Same objections.
22   A. Take the Fifth.
23         DEFENSE COUNSEL: Objection, foundation.
24   Q. (BY MS. BONJEAN) You would have had to admit, sir,
25 if you testified truthfully at Mr. Maysonet's pretrial or

Page 14

1 trial hearings that you had been receiving payments from him
2 in exchange for providing protection to him so that he would
3 not be arrested in connection with his drug-dealing
4 activities, correct?
5          MR. LEINENWEBER: Objection to form and
6 foundation.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) And you pled the Fifth because
9 you were fearful that your honest questions -- or honest
10 answers to my questions would have in- -- incriminated you
11 in crimes and you feared prosecution for those crimes,
12 correct?
13         MR. LEINENWEBER: Objection to form and
14 foundation. Already asked and answered as well.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) Why are you -- strike that.
17         Who advised you to plead the Fifth Amendment
18 at the criminal proceedings?
19         MR. LEINENWEBER: Same objections. Also
20 potentially calls for the divulgence of privileged
21 information.
22   A. Take the Fifth.
23   Q. (BY MS. BONJEAN) Were you advised by your
24 attorney, Mr. Fahy, to exercise your Fifth Amendment rights
25 when you were subpoenaed to give testimony at Mr. Maysonet's

Page 15

1 retrial?
2          MR. LEINENWEBER: Same objections.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) When was the last time you
5 communicated with any of the other defendants in this case?
6    A. Take the Fifth.
7    Q. Do you even know who the other defendants are in
8 this case, sir?
9    A. Take the Fifth.
10   Q. All right. Now, you have been sued in a number of
11 other cases in which there have been allegations lodged
12 against you for violating the constitutional rights of
13 individuals who you have arrested, correct?
14         MR. LEINENWEBER: Objection -- Objection, form
15 and foundation.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) Let's start with Freddy and
18 Concepcion Santiago. You were sued by the Santiago
19 brothers; isn't that true?
20   A. Take the Fifth.
21   Q. And the Santiago brothers accused you of
22 essentially framing them for crimes they did not commit,
23 correct?
24         MR. LEINENWEBER: Objection to form and
25 foundation.

Page 16

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) Or attempting to frame them for
3 crimes they did not commit, right?
4          MR. LEINENWEBER: Same objections.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) And, in fact, the case of
7 Concepcion and Freddy Santiago was settled; isn't that
8 right?
9          MR. LEINENWEBER: Same objections.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) You were also sued, sir, by Juan
12 Johnson in connection with allegations that you framed him
13 for the murder of -- I think the name is "Little Rook." Is
14 that -- is that familiar to you, sir?
15         MR. LEINENWEBER: Same objections. Also
16 acompound question.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) So you were sued by Juan Johnson,
19 right?
20   A. Take the Fifth.
21   Q. Because you gave false testimony at Juan Johnson's
22 criminal trial that resulted in his wrongful conviction;
23 isn't that right?
24         MR. LEINENWEBER: Objection to form.
25   A. Take the Fifth.

Page 17

1  Q. (BY MS. BONJEAN) And after you were sued by Juan
2  Johnson, a Federal jury returned a verdict against you
3  finding that you had violated Mr. Johnson's constitutional
4  rights; isn't that correct?
5      MR. LEINENWEBER: Same objection.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) And a Federal jury returned a
8  verdict to the tune of $20 million against -- against you
9  and against the City of Chicago; isn't that right?
10     MR. LEINENWEBER: Same objection.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) You were also sued by an
13 individual by the name of Jacques Rivera; isn't that right?
14 A. Take the Fifth.
15 Q. And you were accused by Jacques Rivera of framing
16 him for a murder he did not commit, correct?
17     MR. LEINENWEBER: Objection to form and
18 foundation.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) You were accused of violating a
21 number of Mr. Rivera's constitutional rights that resulted
22 in his wrongful conviction, correct?
23     MR. LEINENWEBER: Same objections.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) And you actually pled -- strike

Page 18

1  that.
2      You exercised your Fifth Amendment rights
3  during the trial of that Jacques Rivera -- where Jacques
4  Rivera -- let me start over. Strike that.
5      During Jacques Rivera's civil trial, you
6  exercised your Fifth Amendment rights to remain silent,
7  correct?
8  A. Take the Fifth.
9  Q. You refused to testify at Jacques Rivera's -- at
10 the -- Jacques Rivera's civil trial; isn't that correct?
11 A. Take the Fifth.
12 Q. And that's because your truthful answers would have
13 incriminated you in crimes; isn't that right?
14     MR. LEINENWEBER: Objection to form and
15 foundation.
16 A. Take the Fifth.
17 Q. (BY MS. BONJEAN) If you had testified truthfully
18 at the Federal civil trial in which Jacques Rivera was the
19 plaintiff, you would have been incriminating yourself in a
20 number of different Federal crimes for which you could have
21 been charged, convicted, gone to prison; isn't that right?
22     MR. LEINENWEBER: Same objections. Also calls
23 for a legal conclusion and compound question.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) Well, at least that's what you

Page 19

1  feared. You feared you could be prosecuted at least for
2  crimes of perjury, right?
3      MR. LEINENWEBER: Object -- same objections.
4  A. Take the Fifth.
5  Q. (BY MS. BONJEAN) And as a result, you exercised
6  your Fifth Amendment rights at Jacques Rivera's civil trial,
7  correct?
8      MR. LEINENWEBER: Objection, asked and
9  answered.
10 A. Take the Fifth.
11 Q. (BY MS. BONJEAN) And that a Federal jury returned
12 a verdict against you in the Jacques Rivera trial and
13 Mr. Rivera was awarded $17 million, correct?
14 A. Take the Fifth.
15 Q. Now, after the Jacques Rivera trial, isn't it true
16 you reached out to Sergeant -- or former Sergeant Edward
17 Mingey?
18     MR. LEINENWEBER: Objection to form and
19 foundation.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) And you wanted to talk to him
22 about whether or not you were going to have to pay or
23 whether you had heard -- he had heard any information about
24 whether or not you both were going to have to pay a judgment
25 that had been awarded against you for punitive damages,

Page 20

1  right?
2      MR. LEINENWEBER: Same objection.
3  A. Take the Fifth.
4  Q. (BY MS. BONJEAN) In fact, you have a judgment that
5  is against you specifically for punitive damages, right?
6  A. Take the Fifth.
7  Q. Again, just to be clear, that's in the Jacques
8  Rivera case, correct?
9  A. Take the Fifth.
10 Q. Mr. Guevara, you are also a named defendant in a
11 number of other civil -- Federal civil lawsuits in which you
12 have been accused of misconduct, right?
13     MR. LEINENWEBER: Objection to form and
14 foundation.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) You were a defendant in the
17 matter of Armando Serrano v. Guevara, et al., correct?
18 A. Take the Fifth.
19 Q. And in this case Mr. Serrano has accused you of
20 framing him for the murder of Rodrigo Vargas, right?
21 A. Take the Fifth.
22     MR. LEINENWEBER: Sorry. I meant to object to
23 form and foundation on that one.
24     MS. BONJEAN: Sure.
25 Q. (BY MS. BONJEAN) That lawsuit accuses you of

Page 21

1 forcing Francisco Vicente to give false testimony against
2 Mr. Serrano and Mr. Montanez that resulted in their wrongful
3 convictions, correct?
4          MR. LEINENWEBER: Same objection.
5      A. Take the Fifth.
6      Q. (BY MS. BONJEAN) You are a named defendant in the
7 companion case of -- brought by Jose Montanez; isn't that
8 right?
9          MR. LEINENWEBER: Same objection.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) Jose Montanez also accuses you of
12 violating his constitutional rights and that those
13 violations resulted in his wrongful conviction for the
14 murder of Rodrigo Vargas, right?
15         MR. LEINENWEBER: Same objection.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) You are a named defendant in the
18 matter of Roberto Almodovar v. Guevara, et al., correct?
19     A. Take the Fifth.
20     Q. And in that lawsuit, you have also been accused of
21 violating the constitutional rights of Mr. Almodovar and
22 causing his wrongful conviction; isn't that correct?
23         MR. LEINENWEBER: Same objections.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) You have been accused in the

Page 22

1 matter of William Negron v. Guevara, et al., for violating
2 the constitutional rights of Mr. Negron and causing his
3 wrongful conviction; isn't that right?
4      A. Take the --
5          MR. LEINENWEBER: Same objections.
6      A. Take the Fifth.
7      Q. (BY MS. BONJEAN) You are also a named defendant in
8 a -- two lawsuits that have been brought by individuals by
9 the name of Arturo DeLeon-Reyes and Gabriel Solache,
10 correct?
11     A. Take the Fifth.
12     Q. Both of those individuals accuse of you coercing
13 confessions from them that resulted in their wrongful
14 convictions and wrongful imprisonment, correct?
15         MR. LEINENWEBER: Same objections.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) You've been sued in those cases
18 and you have asserted your Fifth Amendment right to remain
19 silent in response to any questions related to the
20 matters -- the investigation you conducted into that case,
21 correct?
22         MR. LEINENWEBER: Objection to form.
23     A. Take the Fifth.
24     Q. (BY MS. BONJEAN) You've also been named as a
25 defendant in the civil case of Thomas Sierra, correct?

Page 23

1      A. Take the Fifth.
2      Q. Thomas Sierra has also accused you of framing him
3 for a murder that he did not commit; isn't that right?
4          MR. LEINENWEBER: Objection, form and
5 foundation.
6      A. Take the Fifth.
7      Q. (BY MS. BONJEAN) He alleges that you violated his
8 constitutional rights in a number of ways that resulted in
9 his wrongful conviction, correct?
10         MR. LEINENWEBER: Same objections.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) You have also been named as a
13 defendant in the Federal civil action brought by Ariel Gomez
14 v. Guevara, et al., correct?
15     A. Take the Fifth.
16     Q. Ariel Gomez accuses you of violating his
17 constitutional rights in a number of ways that resulted in
18 his wrongful conviction; isn't that correct?
19         MR. LEINENWEBER: Same objection.
20     A. Take the Fifth.
21     Q. (BY MS. BONJEAN) You have been sued in a Federal
22 civil action brought by Ricardo Rodriquez, sir; isn't that
23 right?
24     A. Take the Fifth.
25     Q. Ricardo Rodriquez accuses you of violating his

Page 24

1 constitutional rights in a number of ways that resulted in
2 his wrongful conviction; isn't that correct?
3          MR. LEINENWEBER: Same objections.
4      A. Take the Fifth.
5      Q. (BY MS. BONJEAN) You have been named as a
6 defendant in a civil prosecution -- strike that -- in a
7 civil action -- I'll start over.
8          You have been named as a defendant in a
9 Federal civil action brought by Robert Bouto in which he
10 accuses you of violating his constitutional rights; is that
11 right?
12         MR. LEINENWEBER: Same objections.
13     A. Take the Fifth.
14     Q. (BY MS. BONJEAN) Robert Bouto accuses you of
15 manufacturing evidence against him that resulted in his
16 wrongful conviction and wrongful incarceration; isn't that
17 right?
18         MR. LEINENWEBER: Same objections.
19     A. Take the Fifth.
20     Q. (BY MS. BONJEAN) You've also been named as a
21 defendant in a Federal civil action brought by Geraldo
22 Iglesias; isn't that right?
23     A. Take the Fifth.
24     Q. Mr. Iglesias accuses you of violating his
25 constitutional rights by fabricating evidence against him

Page 25

1 and causing his wrongful conviction; isn't that correct?
2      MR. LEINENWEBER: Same objections.
3   A.  Take the Fifth.
4   Q.  (BY MS. BONJEAN)  You've also been sued by a
5 Graciela Flores; isn't that correct?
6   A.  Take the Fifth.
7   Q.  She accused you of physically assaulting her and
8 injuring her in connection with your arrest of her brother,
9 Mario Flores; isn't that right?
10      MR. LEINENWEBER: Objection to form and
11 foundation.
12   A.  Take the Fifth.
13   Q.  (BY MS. BONJEAN)  Are you being sued in any other
14 cases presently?
15   A.  Take the Fifth.
16   Q.  And -- and, sir, what crimes do you fear you will
17 be prosecuted for if you answer truthfully to my questions
18 regarding the lawsuits that have been brought against you?
19      MR. LEINENWEBER: Same objections.  Also asked
20 and answered.
21   A.  Take the Fifth.
22   Q.  (BY MS. BONJEAN)  Sir, you filed for bankruptcy in
23 2015?
24   A.  Take the Fifth.
25   Q.  Why are you exercising your Fifth Amendment right

Page 26

1 in response to my question about whether you filed for
2 bankruptcy in 2015?
3   A.  Take the Fifth.
4   Q.  You've had financial problems your entire life;
5 isn't that correct?
6      MR. LEINENWEBER: Objection to form and
7 foundation.
8   A.  Take the Fifth.
9   Q.  (BY MS. BONJEAN)  In fact, you presently do receive
10 at least one or two pensions from the City of Chicago,
11 correct?
12   A.  Take the Fifth.
13   Q.  And, nonetheless, you are -- you filed for
14 bankruptcy.  Why do you have so many -- why do -- why do --
15 why do you have -- why did you have to file for bankruptcy?
16      MR. LEINENWEBER: Objection to form and
17 foundation.  Also a compound question.
18   A.  I take the Fifth.
19   Q.  (BY MS. BONJEAN)  How old are you, Mr. Guevara?
20   A.  75 years old.
21   Q.  And what is your present marital status?
22   A.  Take the Fifth.
23   Q.  What crime do you fear you will be prosecuted for
24 if you answer whether you're married or not?
25      MR. LEINENWEBER: Objection to form and

Page 27

1 foundation.  Also argumentative.
2   A.  I take the Fifth.
3   Q.  (BY MS. BONJEAN)  So if you answer truthfully about
4 whether you're married, you fear prosecution; is that right?
5      MR. LEINENWEBER: Same objections.
6   A.  I take the Fifth.
7   Q.  (BY MS. BONJEAN)  Are you concerned you're going to
8 be prosecuted for bigamy, polygamy, something like that?
9      MR. LEINENWEBER: Same objections.  Also
10 harassment.
11   A.  I take the Fifth.
12   Q.  (BY MS. BONJEAN)  How many times have you been
13 married, sir?
14   A.  Take the Fifth.
15   Q.  Again, what crime do you fear you'll be prosecuted
16 for by answering the question about whether -- about the
17 number of times you've been married?
18      MR. LEINENWEBER: Same objections.  Also
19 harassment.  What's the possible relevance of how many times
20 he's been married?
21      MS. BONJEAN:  Well, there's -- I -- I -- I
22 could connect those dots, but I'm not going to do that right
23 now because it is, I think, a pretty fair question.
24   A.  Take the Fifth.
25   Q.  (BY MS. BONJEAN)  What are the names of your wives

Page 28

1 that you've had either presently or in the past?
2      MR. LEINENWEBER: Same objections.
3   A.  I take the Fifth.
4   Q.  (BY MS. BONJEAN)  How many children do you have,
5 sir?
6   A.  I take the Fifth.
7   Q.  So the number of your children you fear prosecution
8 by -- strike that.
9      What crimes do you fear prosecution for by
10 answering how many children you have?
11      MR. LEINENWEBER: Same objections.  Also
12 harassment.
13   A.  I take the Fifth.
14   Q.  (BY MS. BONJEAN)  Most people would not find it
15 harassing if you ask how many children they have.  Why do
16 you find it problematic to answer that question?
17      MR. LEINENWEBER: Same objections.
18      DEFENSE COUNSEL: Objection, form.  Harassing.
19      MR. LEINENWEBER: Okay.  Sorry -- just to
20 interrupt for one second.  Are you able to hear my
21 objections?  I just want to make sure.  I can speak up if
22 not.
23      DEFENSE COUNSEL: I can sometimes hear, and
24 sometimes I can't.
25      MR. LEINENWEBER: Okay.  Yeah, I'm going to

Page 29

1  turn it a little bit more just in between both of us, and
2  then that way hopefully it'll be a little bit more clear.
3  Thank you.
4          MS. BONJEAN: Yeah, thank you.
5          MR. LEINENWEBER: I forgot that I was speaking
6  into a speakerphone as well as my mic. So I'm sorry about
7  that.
8      Q.  (BY MS. BONJEAN) Are you willing to provide me the
9  ages of your children?
10         MR. LEINENWEBER: Same objections.
11     A.  I take the Fifth.
12     Q.  (BY MS. BONJEAN) Do you know how many children you
13  have?
14         MR. LEINENWEBER: Same objections. Also
15  harassment again.
16     A.  I take the Fifth.
17     Q.  (BY MS. BONJEAN) You have a son, though, here in
18  San Antonio; isn't that right?
19     A.  I take the Fifth.
20     Q.  Why -- when did you move to San Antonio, Texas?
21     A.  I take the Fifth.
22     Q.  Why did you move to San Antonio, Texas?
23     A.  I take the Fifth.
24     Q.  Did you move to San Antonio to make it more
25  difficult for all of the individuals who are suing you and

Page 30

1  their attorneys to question you about your involvement in
2  their wrongful convictions?
3          MR. LEINENWEBER: Objections to form and
4  foundation.
5      A.  I take the Fifth.
6      Q.  (BY MS. BONJEAN) Where were you born, Mr. Guevara?
7      A.  I take the Fifth.
8      Q.  And Spanish was -- Spanish is your first language;
9  isn't that correct?
10     A.  Take the Fifth.
11     Q.  You were married to Ava Maldonado, right, at one
12  time?
13     A.  I take the Fifth.
14     Q.  Are you still married to Ava Maldonado?
15     A.  I take the Fifth.
16     Q.  What about Meg Nesette?
17         MR. LEINENWEBER: We're just going to insert
18  an objection to the entire line of questioning about his
19  prior wives as to form, foundation, irrelevance, and
20  harassment.
21         MS. BONJEAN: It's -- I certainly am not
22  trying to harass, but when Mr. Beuke represented his wives
23  in different cases, it's relevant in this case.
24         MR. LEINENWEBER: I'm just going to state my
25  objection.

Page 31

1          MS. BONJEAN: Sure. No problem. I just
2  didn't -- it's just not -- our position is that it's not
3  harassment; there is a purpose behind it.
4          MR. LEINENWEBER: I'm sure you have a
5  different position.
6      Q.  (BY MS. BONJEAN) Where did you attend grade
7  school?
8      A.  Take the Fifth.
9      Q.  Did you graduate from grade school?
10     A.  I take the Fifth.
11     Q.  You went to high school?
12     A.  I take the Fifth.
13     Q.  Did you attend high school in the City of Chicago?
14     A.  I take the Fifth.
15     Q.  Sir, you did grow up in -- in Chicago; isn't that
16  right?
17     A.  I take the Fifth.
18     Q.  And what part of the City of Chicago did you grow
19  up in?
20     A.  I take the Fifth.
21     Q.  Did you grow up in Humboldt Park -- the Humboldt
22  Park area?
23     A.  I take the Fifth.
24     Q.  You were certainly familiar with the Humboldt Park
25  area when you were in your teens; isn't that correct?

Page 32

1          MR. LEINENWEBER: Objection to form and
2  foundation.
3      A.  Take the Fifth.
4      Q.  (BY MS. BONJEAN) In fact, you spent some time on
5  the streets in the Humboldt Park area as a teenager; isn't
6  that right?
7          MR. LEINENWEBER: Objection to form and
8  foundation.
9      A.  Take the Fifth.
10     Q.  (BY MS. BONJEAN) You were a member of a street
11  gang as a teenager in the Humboldt Park area?
12         MR. LEINENWEBER: Same objections.
13     A.  Take the Fifth.
14     Q.  (BY MS. BONJEAN) And you associated with gang
15  members as a teenager in -- and young -- young adult when
16  you were living in Chicago; is that right?
17         MR. LEINENWEBER: Same objections.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN) What gangs were prevalent in the
20  area where you grew up?
21         MR. LEINENWEBER: Objection to form.
22  Foundation.
23     A.  I take the Fifth.
24     Q.  (BY MS. BONJEAN) And you associated with members
25  of Latin King -- the Latin King gang, correct?

Page 33

1      MR. LEINENWEBER: Same objections.
2   A. Take the Fifth.
3   Q. (BY MS. BONJEAN) You were associated with the --
4   strike that.
5      You were a member of the Latin Kings street
6   gang; is that right?
7      MR. LEINENWEBER: Same objections.
8   A. Take the Fifth.
9   Q. (BY MS. BONJEAN) Spanish Cobras, you were familiar
10  with that street gang, correct?
11     MR. LEINENWEBER: Same objections.
12  A. Take the Fifth.
13  Q. (BY MS. BONJEAN) And other Latin gangs; isn't that
14  right?
15  A. Take the Fifth.
16  Q. The Disciples as well, correct?
17     MR. LEINENWEBER: Same objections.
18  A. Take the Fifth.
19  Q. (BY MS. BONJEAN) As well as the -- The Dragons,
20  correct?
21     MR. LEINENWEBER: Same objections.
22  A. Take the Fifth.
23  Q. (BY MS. BONJEAN) You have an intimate knowledge of
24  the Latin street gangs that operated in the Humboldt Park
25  area; isn't that right?

Page 34

1      MR. LEINENWEBER: Same objections.
2   A. Take the Fifth.
3   Q. (BY MS. BONJEAN) And one of the reasons that you
4   have an intimate knowledge of the street gangs that operated
5   in the Humboldt Park area, is because you, as a young
6   person, ran with those gangs, correct?
7      MR. LEINENWEBER: Same objections.
8   A. Take the Fifth.
9   Q. (BY MS. BONJEAN) You were a Chicago police officer
10  for over 30 years, correct?
11  A. Take the Fifth.
12  Q. And you retired on June 15th, 2006; isn't that
13  correct?
14  A. Take the Fifth.
15  Q. Why did you retire from the Chicago Police
16  Department?
17  A. Take the Fifth.
18  Q. Do you collect a pension from the City of Chicago
19  in connection with your work as a Chicago police officer?
20  A. Take the Fifth.
21  Q. After you retired from the Chicago Police
22  Department, you also continued to work for the City in the
23  parks district; isn't that right?
24  A. Take the Fifth.
25     MR. LEINENWEBER: Objection to the form of

Page 35

1   that question.
2   Q. (BY MS. BONJEAN) Well, you worked security for the
3   Chicago Parks District; isn't that correct?
4      MR. LEINENWEBER: Same objection.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) That took you all over the city
7   in your capacity as a security person; isn't that right?
8      MR. LEINENWEBER: Objection to form and
9   foundation.
10  A. Take the Fifth.
11  Q. (BY MS. BONJEAN) How long did you work in security
12  for the Chicago Park District after you retired from the
13  Chicago Police Department?
14  A. Take the Fifth.
15  Q. You receive a pension from your employment with the
16  City of Chicago Park Districts in addition to the pension
17  you received in connection to your employment with the
18  Chicago Police Department?
19  A. Take the Fifth.
20  Q. You were hired by the Chicago Police Department in
21  approximately 1973; isn't that right?
22  A. Take the Fifth.
23  Q. And am I correct that you worked as a patrol
24  officer after your hiring by the Chicago Police Department
25  in '73?

Page 36

1   A. Take the Fifth.
2   Q. And you worked in different parts of the city,
3   including the 17th and the 23rd districts while you were in
4   patrol; is that right?
5      MR. LEINENWEBER: Objection to form and
6   foundation.
7   A. Take the Fifth.
8   Q. (BY MS. BONJEAN) What other assignments did you
9   hold prior to becoming a homicide detective?
10     MR. LEINENWEBER: Same objections.
11  A. Take the Fifth.
12  Q. (BY MS. BONJEAN) Mr. Guevara, you also worked in
13  the tactical unit or division for the Chicago Police
14  Department; isn't that right?
15  A. Take the Fifth.
16  Q. And you also were a member of the Gang Crimes
17  North -- Gang Crimes in the 25th district; isn't that right?
18     MR. LEINENWEBER: Same objection.
19  A. Take the Fifth.
20  Q. (BY MS. BONJEAN) What years did you work as a gang
21  crimes specialist in Gang Crimes North?
22  A. Take the Fifth.
23  Q. Mr. Guevara, what is a gang crime specialist?
24     MR. LEINENWEBER: Same objection.
25  A. Take the Fifth.

Page 37

1  Q. (BY MS. BONJEAN) What crime do you fear you'll be
2  prosecuted for if you testify to what the role or duties
3  were of a gang crime specialist?
4      MR. LEINENWEBER: Same objection.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) Well, as a gang crime specialist,
7  that's -- that's a position you had to apply for, right?
8  A. Take the Fifth.
9  Q. It's an assignment that you sought and actually
10 interviewed for with a commander of the division; isn't that
11 right?
12     MR. LEINENWEBER: Objection to form and
13 foundation.
14 A. Take the Fifth.
15 Q. (BY MS. BONJEAN) And one of the attributes that
16 are sought for in a gang crime specialist is someone who has
17 intimate knowledge of gangs, correct?
18     MR. LEINENWEBER: Objection, form and
19 foundation.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) In fact, you had to have
22 knowledge of the gangs to get that position or at least a
23 desire to have knowledge of the gangs, correct?
24     MR. LEINENWEBER: Same objections.
25 A. Take the Fifth.

Page 38

1  Q. (BY MS. BONJEAN) And you were an ideal or strong
2  candidate for the position of gang crimes specialist because
3  you already had a significant amount of knowledge about
4  gangs prior to seeking that assignment, right?
5      MR. LEINENWEBER: Same objections.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) And, again, your knowledge came
8  from your own personal involvement in the street gangs prior
9  to becoming a Chicago police officer; isn't that correct?
10     MR. LEINENWEBER: Same objections.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) You also had a number of
13 associates who ran in these gangs, correct?
14     MR. LEINENWEBER: Same objections.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) You used to hang out with the
17 fathers and family members of people who had loved ones that
18 were participating in gangs, correct?
19     MR. LEINENWEBER: Same objections.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) You yourself had a stepson who
22 was involved in the gangs; isn't that right?
23     MR. LEINENWEBER: Same objections.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) Essentially growing up in the

Page 39

1  streets of Chicago, you became extremely knowledgeable about
2  the Latin gangs; isn't that right?
3      MR. LEINENWEBER: Same objections.
4  A. Take the Fifth.
5  Q. (BY MS. BONJEAN) Where was Gang Crimes North
6  located when you became a gang crimes officer?
7  A. Take the Fifth.
8  Q. Now, as a gang crimes officer, you investigated
9  gang activity, of course, correct?
10     MR. LEINENWEBER: Same objections.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) You executed search warrants of
13 gang members' homes or wherever they were residing, correct?
14     MR. LEINENWEBER: Same objections.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) You were looking for things like
17 drugs and guns; isn't that right?
18     MR. LEINENWEBER: Same objections.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) But you also assisted in homicide
21 investigations as a gang crime specialist, right?
22     MR. LEINENWEBER: Same objections, form and
23 foundation.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) In fact, in some ways when you

Page 40

1  were a gang crimes specialist you were frequently involved
2  in homicide investigations, if -- particularly if they were
3  gang-related homicide investigations, right?
4      MR. LEINENWEBER: Same objections. Also
5  compound question.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) Well, in the Humboldt Park in
8  the, let's say, mid to late Eighties, there were a number of
9  gangs operated -- operating in that area, correct?
10     MR. LEINENWEBER: Same objections.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) And there were high rates of
13 homicides in that time frame in the Humboldt Park area,
14 correct?
15 A. Take the Fifth.
16 Q. And many of those homicides were gang related,
17 correct?
18     MR. LEINENWEBER: Same objections.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) And because of your intimate
21 knowledge of the gangs that were operating in that area, you
22 were often called on to get involved in these homicide
23 investigations, right?
24     MR. LEINENWEBER: Same objections.
25 A. Take the Fifth.

Page 41

1    Q. (BY MS. BONJEAN) And gang crime specialists
2  frequently worked with the area detectives to solve
3  homicides, correct?
4        MR. LEINENWEBER: Same objections.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) Not just to have gang crimes
7  officers make arrests, but you also actually were involved
8  in the investigating of homicides, even while you were a
9  gang crime specialist, correct?
10       MR. LEINENWEBER: Same objections. Also a
11 compound question.
12   A. Take the Fifth.
13   Q. (BY MS. BONJEAN) In fact, gang crime specialists
14 worked hand in hand with detectives who were working
15 homicide cases; isn't that correct?
16       MR. LEINENWEBER: Same objections.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) And you also shared information
19 with detectives who were investigating violent crimes and
20 specifically homicides when -- when you were a gang crime
21 specialist, correct?
22   A. Take the --
23       MR. LEINENWEBER: Same objections.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) The Gang Crimes North in Area 5

Page 42

1  worked very closely together in investigating homicides that
2  were gang related; isn't that right?
3        MR. LEINENWEBER: Same objections.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) And Gang Crimes was a resource of
6  information for homicide detectives who were investigating
7  homicides in Area 5 from 1985 through the Nineties, correct?
8        MR. LEINENWEBER: Objection to form and
9  foundation.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) The Gang Crimes Unit, or Gang
12 Crimes North, had an intelligence component, correct?
13       MR. LEINENWEBER: Objection to form and
14 foundation.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) They kept files on alleged gang
17 members; isn't that right?
18       MR. LEINENWEBER: Same objections.
19   A. Take the Fifth.
20   Q. (BY MS. BONJEAN) When you were a gang crime
21 specialist between, let's say, 1985 to 1990, the year in
22 which you became a detective, you -- you were -- you were
23 familiar with the -- how Gang Crimes North operated, right?
24   A. Take the --
25       MR. LEINENWEBER: Same objections.

Page 43

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) They had a filing system of
3  alleged gang members, correct?
4    A. Take the Fifth.
5        MR. LEINENWEBER: Same objections.
6    Q. (BY MS. BONJEAN) Those filing systems maintained
7  information about gang members such as their nicknames,
8  right?
9        MR. LEINENWEBER: Same objections.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) Those filing systems contained
12 information about, for instance, what cars they drove,
13 correct?
14       MR. LEINENWEBER: Same objections.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) That those file -- that filing
17 system maintained information about the locations where
18 alleged gang members hung out, correct?
19       MR. LEINENWEBER: Same objections.
20   A. Take the Fifth.
21   Q. (BY MS. BONJEAN) Who they hung out with; isn't
22 that right?
23       MR. LEINENWEBER: Same objections.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) Who their girlfriends were,

Page 44

1  correct?
2        MR. LEINENWEBER: Same objections.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) Who their allies were and their
5  enemies were, right?
6        MR. LEINENWEBER: Same objections.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) And all that information was
9  gathered by gang crime specialists and accessible to not
10 only gang crime specialists but detectives in Area 5, right?
11       MR. LEINENWEBER: Same objections.
12   A. Take the Fifth.
13   Q. (BY MS. BONJEAN) You also -- as a gang crime
14 specialist, it was also important to get photographs of gang
15 members, correct?
16       MR. LEINENWEBER: Same objections.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) And when a gang member was
19 arrested for even a petty offense, they would have their
20 Polaroid photo taken, correct?
21       MR. LEINENWEBER: Same objections.
22   A. Take the Fifth.
23   Q. (BY MS. BONJEAN) And maintaining Polaroid photos
24 of individuals who were alleged gang members was a practice
25 of Gang Crimes North, right?

Page 45

1    MR. LEINENWEBER: Same objection.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) And it was also a practice of you
4  specifically to make sure that all of the alleged gang
5  members in Humboldt Park had a Polaroid on file; isn't that
6  correct?
7    MR. LEINENWEBER: Same objections.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) You also made synoptic reports
10  related to whatever information you were able to gather
11  about a gang member, correct?
12    MR. LEINENWEBER: Objection to form and
13  foundation.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) And those reports were maintained
16  in the Gang Crimes North office, right?
17    MR. LEINENWEBER: Same objections.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) And these are reports that were
20  accessible to other gang crime specialists and detectives
21  for use in investigating crimes, correct?
22    MR. LEINENWEBER: Same objections.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) And in those reports, you would
25  put down what you've learned from a particular gang member

Page 46

1  about -- about a gang member, right?
2    MR. LEINENWEBER: Same objections.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) And where were they organized?
5  Did they -- were they organized in -- in filing cabinets?
6    MR. LEINENWEBER: Same objections.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) Were they alphabetized by
9  nickname or by real legal name?
10    MR. LEINENWEBER: Same objections.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) Were they cross-referenced in
13  some way against another parallel filing system?
14    MR. LEINENWEBER: Same objections.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) I mean, Gang Crimes had a
17  nickname file; isn't that right?
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) So that if one of your sources on
20  the street told you that a -- guy named "Chino" did the
21  crime, you would be able to go to the nickname file and look
22  up "Chino" and see what all the possibilities are of who
23  that "Chino" might be, correct?
24    MR. LEINENWEBER: Same objections.
25    A. Take the Fifth.

Page 47

1    Q. (BY MS. BONJEAN) You also maintained candida
2  files, right?
3    MR. LEINENWEBER: Objection, form and
4  foundation.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) Or candida photos, I think is
7  maybe the more accurate -- you would collect photos, candid
8  photos, of gang members, right?
9    A. Take the Fifth.
10    MR. LEINENWEBER: Objection, form and
11  foundation.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) So when you raided someone's home
14  and one thing that you would look for in addition to drugs
15  or guns or any type of contraband were actual photos that
16  were in the home of the subject of the raid, correct?
17    MR. LEINENWEBER: Objection, form and
18  foundation.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) And those photos sometimes
21  depicted individuals with their friends, maybe other gang
22  members, correct?
23    MR. LEINENWEBER: Same objections.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) And it was a practice of yourself

Page 48

1  and your colleagues to confiscate those photos and maintain
2  those photos so that they could be used in investigating
3  cases, right?
4    MR. LEINENWEBER: Same objections.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) And you kept gang books, correct?
7    MR. LEINENWEBER: Same objections.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) These were books that had a
10  collection of photographs of members of the gangs, correct?
11    MR. LEINENWEBER: Same objections.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) So there would be like a Spanish
14  Cobra book, Imperial Ganster book, Latin King book, that
15  type of thing, right?
16    A. Take the Fifth.
17    Q. And those books would contain arrest photos or
18  maybe Polaroids -- contain photos of individuals who you had
19  contact with or had been arrested that you believed were
20  part of that gang, right?
21    MR. LEINENWEBER: Same objections. Also a
22  compound question.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) So that if a crime happened in
25  Latin King territory and you suspected it was a rival

Page 49

1 gang -- it was, for instance, a Spanish Cobra who had
2 committed the crime -- you could have a witness look at the
3 Spanish Cobra gang books, right?
4      MR. LEINENWEBER: Same objections.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) And, again, as a gang crime
7 specialist, you would routinely arrest gang members for
8 crimes such as mob action or gang loitering or a rather
9 minor offense for the sole purpose of getting their
10 photographs; isn't that right?
11      MR. LEINENWEBER: Same objections.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) You knew that they were going to
14 be released, the case would be SOL'd, but the real purpose
15 was to make sure that their photograph was made part of the
16 intelligence record that was maintained by the Gang Crimes
17 office, right?
18      MR. LEINENWEBER: Same objections. Also a
19 compound question.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) And one of the reasons that you
22 did that was so that if you later wanted to frame that
23 person for a crime that he did not commit, it would be
24 easier to do so because you'd have a picture of him,
25 correct?

Page 50

1      MR. LEINENWEBER: Same objections.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) And when you became a homicide
4 detective, you relied on some of the data that was collected
5 and maintained by the Gang Crimes office, right?
6      MR. LEINENWEBER: Same objections.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) Now, you were considered a -- a
9 top gang crime specialist; isn't that right?
10      MR. LEINENWEBER: Objection to form and
11 foundation.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And a top -- as a top gang crime
14 specialist, that means you made more arrests than the
15 average bird, right?
16      MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) You developed a number of
19 significant confidential sources, right?
20      MR. LEINENWEBER: Same objections.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) You had a reputation as having a
23 Rolodex full of confidential informants on which you could
24 rely in order to solve cases that no other detective could
25 crack; isn't that correct?

Page 51

1      MR. LEINENWEBER: Same objections.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) You were highly knowledgeable
4 about the inner workings of these gangs, correct?
5      MR. LEINENWEBER: Same objections.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) You knew who called it for each
8 gang, right?
9      MR. LEINENWEBER: Same objections.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) You knew who the soldiers were,
12 right?
13      MR. LEINENWEBER: Same objections.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) You knew who the shooters were;
16 isn't that right?
17      MR. LEINENWEBER: Same objections.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) And you had regular
20 individuals -- strike that.
21      You -- you had regular sources in the gang
22 that you could rely on to get information, correct?
23      MR. LEINENWEBER: Same objections.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) And that made you a top gang

Page 52

1 crimes specialist, right?
2      MR. LEINENWEBER: Same objections. Also asked
3 and answered.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) Or you were considered as such.
6 I mean, all of your fellow colleagues talk about what a
7 great, great gang crimes specialist you were?
8      MR. LEINENWEBER: Same objections.
9    A. Take the -- take the Fifth.
10    Q. (BY MS. BONJEAN) You know who else was a good gang
11 crimes specialist or a top gang crimes specialist was Joe
12 Miedzianowski; isn't that right?
13      MR. LEINENWEBER: Same objections.
14    A. Take the Fifth.
15    Q. Joe Miedzianowski had a Rolodex full of
16 confidential sources that he relied on to solve crimes and
17 make arrests that no one else could, right?
18      MR. LEINENWEBER: Objection to form and
19 foundation.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) He had an inner working of the
22 gangs, much like you did, right?
23      MR. LEINENWEBER: Same objections.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) He was someone who was considered

Page 53

1 highly knowledgeable about the inner workings of the gangs,
2 right?
3 　　　　MR. LEINENWEBER: Same objections.
4 　　A. Take the Fifth.
5 　　Q. (BY MS. BONJEAN) And he was able to gather
6 information that no one else could, except maybe yourself,
7 right?
8 　　　　MR. LEINENWEBER: Same objections.
9 　　A. Take the Fifth.
10 　　　　DEFENSE COUNSEL: Calls for speculation, also.
11 　　Q. (BY MS. BONJEAN) And he had -- also like yourself,
12 had a roster of valuable informants, right?
13 　　　　MR. LEINENWEBER: Same objections.
14 　　A. Take the Fifth.
15 　　Q. (BY MS. BONJEAN) And like Miedzianowski, you --
16 strike that.
17 　　　　Like yourself, Miedzianowski used his street
18 contacts and intricate knowledge of the gang underworld to
19 extort money from drug dealers, right?
20 　　　　MR. LEINENWEBER: Same objections.
21 　　A. Take the Fifth.
22 　　Q. (BY MS. BONJEAN) Well, we know Joseph
23 Miedzianowski has been convicted of using his intricate
24 knowledge of the gang underworld to extort money from drug
25 dealers, right?

Page 54

1 　　　　MR. LEINENWEBER: Same objections.
2 　　A. Take the Fifth.
3 　　Q. (BY MS. BONJEAN) And you, like your colleague Joe
4 Miedzianowski, used your street contacts and intimate
5 knowledge of the drug underworld to extort money from drug
6 dealers, right?
7 　　　　MR. LEINENWEBER: Same objections.
8 　　A. Take the Fifth.
9 　　Q. (BY MS. BONJEAN) And you also worked with
10 Mr. Miedzianowski from time to time in order to enrich
11 yourself financially, correct?
12 　　　　MR. LEINENWEBER: Same objections.
13 　　A. Take the Fifth.
14 　　Q. (BY MS. BONJEAN) You and Mr. Miedzianowski agreed
15 to and then carried out certain crimes in connection with
16 your work as Chicago police officers so that you could
17 enrich yourself financially; isn't that right?
18 　　　　MR. LEINENWEBER: Same objections.
19 　　A. Take the Fifth.
20 　　Q. (BY MS. BONJEAN) And these crimes that you and
21 Mr. Miedzianowski did together involved things such as
22 shaking down or extorting drug dealers, right?
23 　　　　MR. LEINENWEBER: Same objections.
24 　　A. Take the Fifth.
25 　　Q. (BY MS. BONJEAN) They also involved committing

Page 55

1 robberies or stealing from people who were engaged in
2 narcotics activity, correct?
3 　　　　MR. LEINENWEBER: Objection to form and
4 foundation and also a compound question.
5 　　A. Take the Fifth.
6 　　Q. (BY MS. BONJEAN) And one thing that Miedzianowski
7 relied on you for was to help frame people who he believed
8 were undermining his drug business, right?
9 　　　　MR. LEINENWEBER: Same objections.
10 　　A. Take the Fifth.
11 　　Q. (BY MS. BONJEAN) If Joe Miedzianowski wanted
12 someone off the streets, he would call on you to help
13 accomplish that, right?
14 　　　　MR. LEINENWEBER: Same objections.
15 　　A. Take the Fifth.
16 　　Q. (BY MS. BONJEAN) And two of you worked together in
17 order to carry out these crimes primarily because you --
18 strike that.
19 　　　　Your interest in doing this is that you would
20 get paid to do it, right?
21 　　　　MR. LEINENWEBER: Same objections.
22 　　A. Take the Fifth.
23 　　Q. (BY MS. BONJEAN) Joe Miedzianowski would pay you
24 money to help him frame someone for a crime that they did
25 not commit, correct?

Page 56

1 　　　　MR. LEINENWEBER: Same objection.
2 　　A. Take the Fifth.
3 　　Q. (BY MS. BONJEAN) And you were willing to assist
4 him because you would be compensated for doing so, right?
5 　　　　MR. LEINENWEBER: Same objection. Also asked
6 and answered.
7 　　A. Take the Fifth.
8 　　Q. (BY MS. BONJEAN) Okay. Well, I want to ask you
9 some questions about the murder investigations that you
10 participated in as a gang crimes specialist. How many
11 murder investigations do you think you helped with or
12 assisted with as a gang crimes specialist?
13 　　　　MR. LEINENWEBER: Objection to form.
14 　　A. Take the Fifth.
15 　　Q. (BY MS. BONJEAN) Well, you participated in the
16 investigation of the murder of Gilbert Perez that occurred
17 in January of 1984, right?
18 　　　　MR. LEINENWEBER: Objection to form.
19 Foundation.
20 　　A. Take the Fifth.
21 　　Q. (BY MS. BONJEAN) You were not a detective at that
22 point. You were a -- a police officer or a gang crimes
23 specialist as of January 1984, right?
24 　　A. Take the Fifth.
25 　　Q. And Perez's body was found in an alley on West

Page 57

1 St. Paul Avenue, correct?
2   A. Take --
3      MR. LEINENWEBER: Objection to form and
4 foundation.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) And you, despite not being a
7 police detective, cracked that case, correct?
8      MR. LEINENWEBER: Same objections.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) You received an anonymous call
11 that gave you a lead to help you solve the case, correct?
12      MR. LEINENWEBER: Same objection. Also a
13 compound question.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) Someone allegedly tipped you off
16 about -- about a witness to the crime, correct?
17      MR. LEINENWEBER: Same objections.
18   A. Take the Fifth.
19   Q. (BY MS. BONJEAN) And you are someone that receives
20 a lot of anonymous calls that lead to arrests of suspects in
21 cases, right?
22      MR. LEINENWEBER: Same objections.
23   A. Take the Fifth.
24   Q. (BY MS. BONJEAN) And when these anonymous callers
25 call you, do they call -- do they just call you at the Gang

Page 58

1 Crimes office? Is that how it worked?
2      MR. LEINENWEBER: Objection to form and
3 foundation.
4   A. Take the Fifth.
5   Q. (BY MS. BONJEAN) Anyway, Mario Flores was
6 ultimately charged and later convicted for the -- for the
7 murder of Gilbert Perez, right?
8      MR. LEINENWEBER: Objection to form.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) In fact, you framed Mario Flores
11 for the murder of Gilbert Perez, right?
12      MR. LEINENWEBER: Objection, form and
13 foundation.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) And that was a case in which you
16 weren't a detective yet. So you were still either a gang
17 crime specialist or a Chicago police officer at -- at that
18 time, right?
19      MR. LEINENWEBER: Same objections.
20   A. Take the Fifth.
21   Q. (BY MS. BONJEAN) Another murder case in which you
22 were actively involved was the investigation -- I'm sorry.
23 Hold on one second.
24      MS. BONJEAN: Let me know if you need a break.
25 One second.

Page 59

1   Q. (BY MS. BONJEAN) Okay. You arrested Daniel Pena
2 or Pena on January 22nd, 1986; isn't that right?
3      MR. LEINENWEBER: Objection, form and
4 foundation.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) You were a gang crime specialist
7 on January 22, 1986; isn't that right?
8   A. Take the Fifth.
9   Q. And you arrested him in the 5400 block of West
10 Bloomingdale, correct?
11      MR. LEINENWEBER: Same objections.
12   A. Take the Fifth.
13   Q. (BY MS. BONJEAN) And you were with another gang
14 crime specialist by the name of McCarthy?
15      MR. LEINENWEBER: Objection to form and
16 foundation.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) And he was arrested for a drug
19 offense, correct?
20      MR. LEINENWEBER: Objection to form and
21 foundation.
22   A. Take the Fifth.
23   Q. (BY MS. BONJEAN) And you brought him to Grand and
24 Central. Do you remember that?
25      MR. LEINENWEBER: Objection to form and

Page 60

1 foundation.
2   A. Take the Fifth.
3   Q. (BY MS. BONJEAN) Why did you bring Mr. Pena to
4 Grand and Central after you arrested him for a drug case?
5      MR. LEINENWEBER: Same objections.
6   A. Take the Fifth.
7   Q. (BY MS. BONJEAN) And once you got him to Grand and
8 Central, you brought him up to the second floor detective's
9 division, correct?
10      MR. LEINENWEBER: Same objections.
11   A. Take the Fifth.
12   Q. (BY MS. BONJEAN) And, in fact, you were not a
13 detective at that time, correct?
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) But you sure acted like a
16 detective, didn't you?
17      MR. LEINENWEBER: Same objections.
18   A. Take the Fifth.
19   Q. (BY MS. BONJEAN) And when you brought him up
20 there, you began questioning him about a murder that had
21 occurred in 1984, correct?
22      MR. LEINENWEBER: Same objections.
23   A. Take the Fifth.
24   Q. (BY MS. BONJEAN) So this was not an uncommon
25 practice of yours, correct?

Page 61

1      MR. LEINENWEBER:  Same objections.
2      A.  Take the Fifth.
3      Q.  (BY MS. BONJEAN)  You would close old cases by
4  framing people for murders that had gone unsolved, right?
5      MR. LEINENWEBER:  Same objections.
6      A.  Take the Fifth.
7      Q.  (BY MS. BONJEAN)  So the victim in that case was a
8  fellow by the name of Angel Velez, who was murdered in
9  October of 1984, right?
10      MR. LEINENWEBER:  Same objections.
11      A.  Take the Fifth.
12      Q.  (BY MS. BONJEAN)  And on January of 1986 you
13  arrested Daniel Pena, allegedly for a drug offense, correct?
14      A.  Take the Fifth.
15      MR. LEINENWEBER:  Same objections.  Also asked
16  and answered.
17      Q.  (BY MS. BONJEAN)  But instead you -- but instead
18  you brought him to area -- Area 5 in order to question him
19  about the Velez murder, right?
20      MR. LEINENWEBER:  Same objections.
21      A.  Take the Fifth.
22      Q.  (BY MS. BONJEAN)  And by questioning, I mean you
23  interrogated him by using physical violence against him,
24  right?
25      MR. LEINENWEBER:  Same objections.

Page 62

1      A.  Take the Fifth.
2      Q.  (BY MS. BONJEAN)  You and Gang Crime Specialist
3  McCarthy together physically abused Mr. Pena repeatedly in
4  order to try to get him to confess to the murder of Angel
5  Valez, right?
6      MR. LEINENWEBER:  Same objections.  Also a
7  compound question.
8      A.  Take the Fifth.
9      Q.  (BY MS. BONJEAN)  You -- you smacked him around in
10  the face, correct?  And by "him," I mean Daniel Pena,
11  correct?
12      MR. LEINENWEBER:  Objection to form and
13  foundation.
14      A.  Take the Fifth.
15      Q.  (BY MS. BONJEAN)  You hit him on the side of his
16  ribs, correct?
17      MR. LEINENWEBER:  Same objections.
18      A.  Take the Fifth.
19      Q.  (BY MS. BONJEAN)  And most importantly, you hit him
20  repeatedly between the legs with a flashlight, right?
21      MR. LEINENWEBER:  Same objections.
22      A.  Take the Fifth.
23      Q.  (BY MS. BONJEAN)  You have used your flashlight on
24  a number of occasions, including with Daniel Pena in order
25  to coerce inculpatory statements from people that you want

Page 63

1  to frame for crimes, right?
2      MR. LEINENWEBER:  Same objections.
3      A.  Take the Fifth.
4      Q.  (BY MS. BONJEAN)  And after you beat him for a
5  period of time, you took him to the lockup for a couple
6  hours or let him go into the lockup for a couple hours,
7  right?
8      MR. LEINENWEBER:  Same objections.
9      A.  Take the Fifth.
10      Q.  (BY MS. BONJEAN)  And then you would bring him back
11  for another beating, right?
12      MR. LEINENWEBER:  Same objections.
13      A.  Take the Fifth.
14      Q.  (BY MS. BONJEAN)  And during your interrogation or
15  beating of Mr. Pena, you told him repeatedly that the
16  beating would stop if he cooperated and confessed to the
17  murder of Angel Velez, right?
18      MR. LEINENWEBER:  Same objections.
19      A.  Take the Fifth.
20      Q.  (BY MS. BONJEAN)  You told him that you wanted him
21  to make a statement and -- a statement that would inculpate
22  himself, correct?
23      MR. LEINENWEBER:  Same objections.  Also a
24  compound question.
25      A.  Take the Fifth.

Page 64

1      Q.  (BY MS. BONJEAN)  You wanted him to confess to the
2  murder of Angel Velez, right?
3      MR. LEINENWEBER:  Same objections.
4      A.  Take the Fifth.
5      Q.  (BY MS. BONJEAN)  And at some point another
6  individual came in who you told Mr. Velez was a public
7  defender, right?
8      MR. LEINENWEBER:  Same objection.
9      A.  Take the Fifth.
10      Q.  (BY MS. BONJEAN)  Who was it that you brought in to
11  help facilitate getting a statement from Mr. Pena that would
12  result in him being charged with murder?
13      MR. LEINENWEBER:  Same objections.  Also a
14  compound question.
15      A.  Take the Fifth.
16      Q.  (BY MS. BONJEAN)  Was it another police officer or
17  was it a Cook County State's Attorney or who -- who was it
18  that came in to take the statement of Daniel Pena?
19      MR. LEINENWEBER:  Same objections.
20      A.  Take the Fifth.
21      Q.  (BY MS. BONJEAN)  Regardless, Mr. Pena did confess
22  in a court-reported statement to a crime to -- to the murder
23  of Angel Velez, right?
24      A.  Take the Fifth.
25      Q.  (BY MS. BONJEAN)  And this was after you had

Page 65

1 repeatedly beat him, correct?
2        MR. LEINENWEBER:  Objection to form and
3 foundation.
4        A.  Take the Fifth.
5        Q.  (BY MS. BONJEAN)  But something happened during
6 that court-reported statement that created a problem for
7 you, correct?  Do you remember that?
8        MR. LEINENWEBER:  Objection to form and
9 foundation.
10        A.  Take the Fifth.
11        Q.  (BY MS. BONJEAN)  During the taking of Mr. Pena's
12 court-reported statement, he actually stated on the record
13 that he had been assaulted by you, right?
14        MR. LEINENWEBER:  Same objection.
15        A.  Take the Fifth.
16        Q.  (BY MS. BONJEAN)  And that actually got
17 memorialized in his court-reported statement, correct?
18        MR. LEINENWEBER:  Same objections.
19        A.  Take the Fifth.
20        Q.  (BY MS. BONJEAN)  He also had physical injuries to
21 his face, both bruising and cutting -- cuts on his face,
22 right?
23        MR. LEINENWEBER:  Same objections.
24        A.  Take the Fifth.
25        Q.  (BY MS. BONJEAN)  And that's because you had

Page 66

1 physically assaulted him in a manner that left marks on his
2 face, correct?
3        MR. LEINENWEBER:  Same objections.
4        A.  Take the Fifth.
5        Q.  (BY MS. BONJEAN)  Which is a pretty rookie move,
6 isn't it, Mr. Guevara?
7        MR. LEINENWEBER:  Same objections.  Also
8 argumentative.
9        A.  Take the Fifth.
10        Q.  (BY MS. BONJEAN)  I know this was early on in your
11 framing days, but you knew, of course, that leaving marks on
12 the face of a suspect was something that might raise
13 questions by defense attorneys or judges at a later point,
14 correct?
15        MR. LEINENWEBER:  Same objections.
16        A.  Take the Fifth.
17        DEFENSE COUNSEL:  Objection, argumentative.
18        Q.  (BY MS. BONJEAN)  Now, it was also problematic that
19 Mr. Pena had stated on the record that he was assaulted by
20 you and other officers, right?
21        MR. LEINENWEBER:  Same objections.  Also asked
22 and answered.
23        A.  Take the Fifth.
24        Q.  (BY MS. BONJEAN)  So you had a plan, didn't you,
25 to -- to solve this, correct?

Page 67

1        MR. LEINENWEBER:  Objection to form and
2 foundation.
3        A.  Take the Fifth.
4        Q.  (BY MS. BONJEAN)  And your plan was to call a Cook
5 County State's Attorney who could help you with all of this,
6 right?
7        MR. LEINENWEBER:  Same objections.
8        A.  Take the Fifth.
9        Q.  And that Cook County State's Attorney you reached
10 out to was Richard Beuke, right?
11        MR. LEINENWEBER:  Same objections.
12        Q.  (BY MS. BONJEAN)  Yes?
13        A.  Take the Fifth.
14        Q.  You did reach out to Richard Beuke, right?
15        MR. LEINENWEBER:  Same objections.
16        A.  Take the Fifth.
17        Q.  (BY MS. BONJEAN)  And you told Richard Beuke you
18 had a problem because you had beaten a suspect, correct?
19        MR. LEINENWEBER:  Same objections.
20        A.  Take the Fifth.
21        Q.  (BY MS. BONJEAN)  There was medical evidence that
22 was going to corroborate that beating, correct?
23        MR. LEINENWEBER:  Same objections.
24        A.  Take the Fifth.
25        Q.  (BY MS. BONJEAN)  And the guy had said it on the

Page 68

1 record when a court reporter was there, right?
2        MR. LEINENWEBER:  Same objections.  Also asked
3 and answered.
4        A.  Take the Fifth.
5        Q.  (BY MS. BONJEAN)  And, in fact, you took Mr. Pena
6 to the 13th floor of the Cook County State's Attorney's
7 office to meet with Mr. Beuke, right?
8        MR. LEINENWEBER:  Same objections.
9        A.  Take the Fifth.
10        Q.  (BY MS. BONJEAN)  And the reason you brought him to
11 meet with Mr. Beuke was because Mr. Beuke told you to bring
12 him there, correct?
13        MR. LEINENWEBER:  Same objections.
14        A.  Take the Fifth.
15        Q.  (BY MS. BONJEAN)  And by documenting that you
16 brought him there, Mr. Beuke could then say that he had a
17 conversation with Mr. Pena, right?
18        MR. LEINENWEBER:  Same objections.
19        A.  Take the Fifth.
20        Q.  (BY MS. BONJEAN)  Mr. Beuke could help you out by
21 falsely saying that Mr. Pena made certain admissions to him,
22 correct?
23        MR. LEINENWEBER:  Same objections.
24        A.  Take the Fifth.
25        Q.  (BY MS. BONJEAN)  What on earth would be the

Page 69

1 purpose of bringing Mr. Pena to see Mr. Beuke at -- at the
2 Cook County State's Attorney's office after he had been
3 charged with the murder of Angel Velez?
4     MR. LEINENWEBER: Same objections.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) And, by the way, during the
7 interrogation of Mr. Pena, he urinated on himself, right?
8     MR. LEINENWEBER: Same objections.
9     A. Take the Fifth.
10    Q. (BY MS. BONJEAN) And he also, again, had markings
11 on his face that was consistent with being hit in the face,
12 right?
13    MR. LEINENWEBER: Objection to form. Also
14 asked and answered.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) So you and Beuke came up with a
17 plan where you would bring Mr. Pena to his offices, right?
18    MR. LEINENWEBER: Same objection.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) And the plan was that Beuke would
21 interview him, correct?
22    MR. LEINENWEBER: Same objection. Also asked
23 and answered.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) And then Beuke could lie about

Page 70

1 what Mr. Pena told him in order to help save you so that you
2 were not -- it was concealed that you had beaten Mr. Pena,
3 right?
4     MR. LEINENWEBER: Objection to form,
5 foundation. Also a compound question. Also asked and
6 answered.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) So it is true that you brought
9 Pena to speak with Beuke, right?
10    MR. LEINENWEBER: Same objections. Also asked
11 and answered.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And, in fact, Pena told Beuke and
14 I believe Assistant State's Attorney Gamboney that he had
15 been physically assaulted by you and other officers, right?
16    MR. LEINENWEBER: Objection to form and
17 foundation.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) But Beuke agreed to lie for you,
20 right?
21    MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) And, in fact, Beuke falsely
24 testified at Mr. Pena's either pretrial or trial proceedings
25 that he interviewed Mr. Pena, right?

Page 71

1     MR. LEINENWEBER: Objection to form and
2 foundation.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) And that Mr. Pena told him that
5 he got the injuries during the arrest when he was trying to
6 flee, right?
7     MR. LEINENWEBER: Same objections.
8     A. Take the Fifth.
9     Q. (BY MS. BONJEAN) And you and Beuke had discussed
10 the fact that Beuke was going to falsely testify that Pena
11 told him, "Oh, I got these injuries when I tried to flee,
12 and I was arrested," right?
13    MR. LEINENWEBER: Same objections.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) And Beuke also testified that
16 Pena admitted to him that the injuries occurred during a
17 struggle, and he was hit in the nose or the forehead somehow
18 during this attempt to flee, right?
19    MR. LEINENWEBER: Same objections.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) And that was a lie, correct?
22    MR. LEINENWEBER: Same objections.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) It was a lie that you and Beuke
25 agreed to prior to Mr. Pena's trial, right?

Page 72

1     MR. LEINENWEBER: Same objections.
2     A. Take the Fifth.
3     Q. (BY MS. BONJEAN) And this was all designed to try
4 to explain away the physical injuries as well as Mr. Pena's
5 statement during the court-reported statement that he had
6 been abused by you, right?
7     MR. LEINENWEBER: Objection to form and
8 foundation. Compound question and argumentative.
9     A. Take the Fifth.
10    Q. (BY MS. BONJEAN) Beuke even testified that Pena
11 admitted to him that he lied to the court reporter, right?
12    MR. LEINENWEBER: Same objection.
13    A. Take the Fifth.
14    Q. (BY MS. BONJEAN) And the reason Beuke got on the
15 stand and perjured himself was to cover for you because you
16 had beaten Pena, right?
17    MR. LEINENWEBER: Same objections. Also
18 argumentative.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) And you and Beuke worked together
21 to make sure that Mr. Pena would be convicted for the murder
22 of Angel Velez, right?
23    MR. LEINENWEBER: Same objections.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) And you worked together so that

Page 73

1  you would not be exposed as a detective or -- strike that.
2         You and Beuke together agreed to this plan so
3  that it would be a secret that you had beaten Mr. Pena,
4  right?
5         MR. LEINENWEBER: Same objections.
6     A. Take the Fifth.
7     Q. (BY MS. BONJEAN) And, again, when you brought Pena
8  to the 13th floor of the Cook County State's Attorney's
9  Office to meet with Beuke, he clearly had injuries to his
10 face, right?
11        MR. LEINENWEBER: Objection, form. Also asked
12 and answered.
13    A. Take the Fifth.
14    Q. (BY MS. BONJEAN) And, in fact, Mr. Pena was
15 ultimately convicted for this murder, right?
16    A. Take the Fifth.
17        MR. LEINENWEBER: Same objections.
18    Q. (BY MS. BONJEAN) All based on an uncorroborated
19 confession that you physically abused -- or physically
20 coerced from him, correct?
21        MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) In fact, there was --
24        DEFENSE COUNSEL: Also compound.
25    Q. (BY MS. BONJEAN) There was not a single piece of

Page 74

1  corroborating evidence that Mr. Pena committed this murder,
2  correct?
3         MR. LEINENWEBER: Objection to form and
4  foundation.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) The only evidence that was
7  admitted against Mr. Pena was the confession that you
8  physically coerced from him, right?
9         MR. LEINENWEBER: Same objection.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) And even though there was
12 contemporaneous evidence that supported his defense that it
13 was a physically coerced confession, he was still convicted,
14 right?
15        MR. LEINENWEBER: Objection to form and
16 foundation. Also a compound question.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) And the reason that he was
19 convicted is because Beuke came in and saved the day by
20 lying to help get a conviction, right?
21        MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) And also to help you out, right?
24        DEFENSE COUNSEL: Objection, argumentative.
25        MR. LEINENWEBER: Same objections.

Page 75

1     A. Take the Fifth.
2     Q. (BY MS. BONJEAN) And you're -- you already had a
3  pretty strong relationship with Richard Beuke prior to
4  January of 1986, right?
5         MR. LEINENWEBER: Objection, form and
6  foundation.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) You became friends in the early
9  Eighties, around 1980; is that right?
10        MR. LEINENWEBER: Same objection.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) Beuke was a Cook County State's
13 Attorney during the period of time in which you -- you
14 developed a friendship, right?
15        MR. LEINENWEBER: Same objections.
16    A. Take the Fifth.
17    Q. (BY MS. BONJEAN) And he was one of those Cook
18 County State's Attorneys that would support any misconduct
19 that you might want to engage in in order to close a case,
20 right?
21        MR. LEINENWEBER: Objection to form,
22 foundation, and also argumentative.
23        DEFENSE COUNSEL: Join.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) Well, he turned a blind eye when

Page 76

1  he knew you were beating people, correct?
2         MR. LEINENWEBER: Same objections.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) In fact, Beuke was the type of
5  guy that stayed in the room while you were beating people,
6  right?
7         MR. LEINENWEBER: Objection to form,
8  foundation. Also argumentative.
9     A. Take the Fifth.
10    Q. (BY MS. BONJEAN) You didn't -- you didn't even
11 have to leave Beuke -- strike it.
12        You didn't even have to ask Beuke to leave
13 when you were going to physically coerce someone because you
14 knew he was the type of Cook County State's Attorney who was
15 never going to disclose that anyway, right?
16        MR. LEINENWEBER: Objection to form and
17 foundation. Also argumentative.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) And also Richard Beuke helped you
20 out in a number of legal matters you had faced during the
21 course of your life, right?
22        MR. LEINENWEBER: Objection to form and
23 foundation.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) In fact, even before Mr. Pena's

Page 77

1 arrest, you represented -- strike that.
2     Even before Mr. Pena's arrest, Richard Beuke
3 represented you in connection with some motorcycle incident,
4 correct?
5     A. Take the Fifth.
6     MR. LEINENWEBER: Read that question back.
7 I'm sorry, I missed it.
8     (Requested testimony read back.)
9     MR. LEINENWEBER: In -- in -- before whose
10 arrest that.
11     MS. BONJEAN: Pena's.
12     MR. LEINENWEBER: Pena's. Objection to form
13 and foundation. I think he already answered it but --
14     MS. BONJEAN: It's okay.
15     Q. (BY MS. BONJEAN) Well, you told an Assistant
16 State's Attorney Shlifka that in 1985, around, Richard Beuke
17 had represented you in connection with some motorcycle
18 incident. An accident. I -- I don't know what it was, but
19 it was some type of incident involving a motorcycle, right?
20     MR. LEINENWEBER: Objection to form and
21 foundation. Also a compound question.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) And Mr. Beuke represented you
24 maybe as many as ten times since -- between 1985 and 1995,
25 right? Or -- strike that.

Page 78

1     He -- he represented you maybe as many as ten
2 times between 1985 and 1997, right?
3     MR. LEINENWEBER: Objection to form and
4 foundation.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) Richard Beuke is a person that
7 you would call up to help you with any legal issue you might
8 have, right?
9     MR. LEINENWEBER: Same objection.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And during the trial of Juan
12 Hernandez and Rosendo Hernandez, you told Assistant State's
13 Attorney Shlifka about your long friendship with Richard
14 Beuke, right?
15     MR. LEINENWEBER: Objection to form and
16 foundation.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) Because you were a -- a police
19 officer -- strike that.
20     You were one of the detectives in the
21 Hernandez brothers case, right?
22     MR. LEINENWEBER: Objection to form and
23 foundation.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) And, in fact, you were the

Page 79

1 detective who secured all of the identifications that were
2 used to convict Juan and Rosendo Hernandez, correct?
3     MR. LEINENWEBER: Same objections.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) And Richard Beuke was
6 representing the Hernandez -- Juan Hernandez during these --
7 during his trial, right?
8     A. Take the Fifth.
9     Q. Did you and Rich -- Rick Beuke have a falling out?
10 Why did you -- why did you give him up to ASA Shlifka back
11 in '90? What was it -- I guess it was '99 at that point.
12     MR. LEINENWEBER: Same objections.
13     A. I take the Fifth.
14     DEFENSE COUNSEL: Yeah, argumentative.
15     Q. (BY MS. BONJEAN) But you told Shlifka that you
16 were -- had a 15- to 20-year friendship with -- with Rick
17 Beuke, right?
18     MR. LEINENWEBER: Same objections.
19     A. Take the Fifth.
20     Q. (BY MS. BONJEAN) And he had represented you in a
21 child support matter that occurred in and around '92; is
22 that right?
23     MR. LEINENWEBER: Same objections.
24     A. Take the Fifth.
25     MR. LEINENWEBER: Can we take a break when --

Page 80

1 in the next several minutes, I guess?
2     MS. BONJEAN: We can take it right now.
3     MR. LEINENWEBER: Is that all right?
4     MS. BONJEAN: Yeah, sure.
5     THE VIDEOGRAPHER: Time off record is 11:30.
6     (Break taken from 11:30 a.m. to 11:38 a.m.)
7     THE VIDEOGRAPHER: We are now back on the
8 record at 11:38.
9     Q. (BY MS. BONJEAN) I wanted to go back, Mr. Guevara,
10 and just ask you two questions related to Daniel Pena. And
11 I apologize if they seem repetitive, but it's true, sir,
12 that you and Richard Beuke together agreed to frame Daniel
13 Pena, right?
14     MR. LEINENWEBER: Objection to form and
15 foundation. And also asked and answered.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) You testified falsely at Pena's
18 trial, correct?
19     MR. LEINENWEBER: Objection to form and
20 foundation.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) And you testified falsely by
23 testifying that he voluntarily gave a confession to the
24 murder -- murder of Angel Velez, right?
25     MR. LEINENWEBER: Same objections.

Page 81

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) And you also know, of course,
3  that Beuke testified falsely as well, correct?
4       MR. LEINENWEBER: Same objections.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) And Mr. Beuke testified falsely
7  related to what -- what statements Mr. Pena made to him
8  after you brought him to be interviewed by Mr. Beuke, right?
9       MR. LEINENWEBER: Same objections.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) And you claimed that you brought
12  Mr. Pena to meet with Mr. Beuke because Pena might be a
13  witness in some other murder case, right?
14       MR. LEINENWEBER: Same objections.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) That was a pretense in order to
17  bring Pena to Mr. Beuke to be interviewed, correct?
18       MR. LEINENWEBER: Same objection. Also
19  argumentative.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) Meaning that was a bogus reason
22  to bring him there. You had to have -- you had to have a --
23  a reason to bring him to -- to Beuke because Beuke wasn't
24  the felony review ASA, right?
25       MR. LEINENWEBER: Objection to form,

Page 82

1  foundation. Also compound question and argumentative.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) Okay. And going back to your
4  friendship with Mr. Beuke, in addition to him having
5  represented you in connection with a 1985 incident, you
6  either retained him or -- well, strike that.
7       In addition to the 1985 motorcycle incident in
8  which he represented you, he represented you in a number of
9  other matters as well, correct?
10       MR. LEINENWEBER: Objection, form and
11  foundation.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And when I say "represented,"
14  that could mean that he represented you in natural
15  litigation by filing an appearance on -- on your behalf,
16  right? Would you agree with that?
17       MR. LEINENWEBER: Objection to form.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) But even cases that didn't
20  ultimately result in any type of litigation, you consulted
21  with Mr. Beuke on, right?
22       MR. LEINENWEBER: Same objection.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) For instance, there were times
25  when you wanted to sue people, and you would consult with

Page 83

1  Mr. Beuke about whether you could bring a lawsuit against
2  certain people, correct?
3       MR. LEINENWEBER: Same objection.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) He was like your personal lawyer
6  almost, right?
7       MR. LEINENWEBER: Same objection.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) Like a lawyer that you would call
10  up if you ever had a legal question or any inquiry that you
11  needed to make about legal matters, he was the guy you went
12  to, right?
13       MR. LEINENWEBER: Same objections.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) And in fact, Mr. Beuke
16  represented you in connection with a child support matter
17  back in the early Nineties, right?
18       MR. LEINENWEBER: Objection, form, foundation.
19  Also asked and answered.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) And at the same time that Mr.
22  Beuke was representing you, he was also representing Jose
23  Maysonet in the prosecution for the Torrence brothers'
24  murders, right?
25       MR. LEINENWEBER: Objection to form and

Page 84

1  foundation.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) You, of course, knew that
4  Mr. Beuke was representing Jose Maysonet at the time that
5  you asked Mr. Beuke to represent you on your child support
6  matters, right?
7       MR. LEINENWEBER: Same objections.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) And, of course, Mr. Beuke knew
10  that he was representing Jose Maysonet at the time that you
11  asked him to represent you on those child support matters,
12  right?
13       MR. LEINENWEBER: Objection to form and
14  foundation. Calls for speculation.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) And together you agreed that you
17  would keep that information a secret, that -- from
18  Mr. Maysonet, right?
19       MR. LEINENWEBER: Same objections.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) You agreed that -- together you
22  and Mr. Beuke agreed that it would remain a secret that he
23  was representing you at the same time he was representing
24  Maysonet, correct?
25       MR. LEINENWEBER: Objection to form and

Page 85

1  foundation. Also asked and answered.
2  A. Take the Fifth.
3  Q. (BY MS. BONJEAN) And again, just to be clear, you
4  were the -- you were the detective who allegedly heard
5  Mr. Maysonet confess to the crime of murdering Torrence and
6  Kevin Wiley, right?
7  MR. LEINENWEBER: Same objections.
8  A. Take the Fifth.
9  Q. (BY MS. BONJEAN) All right. You also were
10  represented by Mr. Beuke in connection with an incident that
11  occurred in 1995, right?
12  MR. LEINENWEBER: Objection to form and
13  foundation.
14  A. Take the Fifth.
15  Q. (BY MS. BONJEAN) You, I believe, also sued some
16  individuals who may have jumped you in the early Nineties,
17  right?
18  MR. LEINENWEBER: Objection to form and
19  foundation.
20  A. Take the Fifth.
21  Q. (BY MS. BONJEAN) And you were either represented
22  by Mr. Beuke or consulted with Mr. Beuke in connection with
23  bringing a lawsuit against those people, correct?
24  MR. LEINENWEBER: Objection to form and
25  foundation.

Page 86

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) You also handled -- strike that.
3  Sorry.
4  Mr. Beuke also handled your wife's personal
5  injury accident that occurred in the -- sometime in the
6  latter part of the 1990s, correct?
7  MR. LEINENWEBER: Objection to form and
8  foundation.
9  A. Take the Fifth.
10  Q. (BY MS. BONJEAN) You had a number of domestic
11  relations-type of legal issues with your various wives,
12  correct?
13  MR. LEINENWEBER: Objection to form and
14  foundation.
15  A. Take the Fifth.
16  DEFENSE COUNSEL: Argumentative, also.
17  Q. (BY MS. BONJEAN) Well, you have been sued for not
18  paying child support, right?
19  MR. LEINENWEBER: Objection to form and
20  foundation. Also has been asked and answered.
21  A. Take the Fifth.
22  Q. (BY MS. BONJEAN) You've also contested paternity
23  on some of your kids, right?
24  MR. LEINENWEBER: Objection to form and
25  foundation. Also relevance.

Page 87

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) And -- and Mr. Beuke was the
3  attorney that helped you navigate those legal issues, right?
4  MR. LEINENWEBER: Objection to form and
5  foundation.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) You also were looking to file a
8  lawsuit against the community group that had assembled in
9  Humboldt Park that were trying to bring your misdeeds to
10  light, right?
11  MR. LEINENWEBER: Objection to form and
12  foundation and also argumentative.
13  A. Take the Fifth.
14  Q. (BY MS. BONJEAN) That community group -- strike
15  that.
16  That community group became known as Eno The
17  Man Justice, right?
18  MR. LEINENWEBER: Objection to form and
19  foundation.
20  A. Take the Fifth.
21  Q. (BY MS. BONJEAN) And it was a group that was
22  started by mothers and sisters of men in Humboldt Park who
23  you had framed for murders, right?
24  MR. LEINENWEBER: Same objections.
25  A. Take the Fifth.

Page 88

1  Q. (BY MS. BONJEAN) And all of these mothers and
2  sisters and family members had come together and pieced it
3  together that you were behind framing a number of their
4  loved ones for murders they did not commit, correct?
5  MR. LEINENWEBER: Objection to form and
6  foundation and argumentative.
7  A. Take the Fifth.
8  Q. (BY MS. BONJEAN) And they started trying to bring
9  this discovery of your involvement in framing their loved
10  ones to the media, right?
11  MR. LEINENWEBER: Objection to form,
12  foundation. Also argumentative.
13  A. Take the Fifth.
14  Q. (BY MS. BONJEAN) And, again, this would have been
15  in the Nineties, mid to late Nineties, correct?
16  MR. LEINENWEBER: Objection to form and
17  foundation.
18  A. Take the Fifth.
19  Q. (BY MS. BONJEAN) They started protesting, right?
20  MR. LEINENWEBER: Objection to form and
21  foundation.
22  A. Take the Fifth.
23  Q. (BY MS. BONJEAN) They even went to the FBI, right?
24  MR. LEINENWEBER: Same objections.
25  A. Take the Fifth.

Page 89

1  Q.  (BY MS. BONJEAN)  They met with a USA Brian Netols
2  to try to get the FBI to investigate your misconduct,
3  correct?
4      MR. LEINENWEBER:  Objection to form and
5  foundation.  Also argumentative.
6  A.  Take the Fifth.
7  Q.  (BY MS. BONJEAN)  And you, of course, knew that you
8  were under some scrutiny because this activists group had
9  been trying to bring your misconduct to light, right?
10      MR. LEINENWEBER:  Same objections.
11  A.  Take the Fifth.
12  Q.  (BY MS. BONJEAN)  And you contemplated hitting back
13  with a libel suit, right?
14      MR. LEINENWEBER:  Same objections.
15  A.  Take the Fifth.
16  Q.  (BY MS. BONJEAN)  And the attorney that you
17  consulted with about bringing this lawsuit was, once again,
18  Richard Beuke, right?
19      MR. LEINENWEBER:  Same objections.
20  A.  Take the Fifth.
21  Q.  (BY MS. BONJEAN)  But you ultimately did not bring
22  a -- a liable suit; isn't that correct?
23  A.  Take the Fifth.
24  Q.  Did you have a falling out with Rick Beuke at some
25  point?

Page 90

1      MR. LEINENWEBER:  Objection, form and
2  foundation.  It's also been asked and answered.
3  A.  Take the Fifth.
4  Q.  (BY MS. BONJEAN)  Okay.  Another murder case that
5  you were involved in investigating as a gang crime
6  specialist was Jacques Rivera's case, right?
7      MR. LEINENWEBER:  Objection to form.
8  A.  Take the Fifth.
9  Q.  (BY MS. BONJEAN)  You weren't actually a homicide
10  detective at the time Jacques Rivera was arrested, correct?
11      MR. LEINENWEBER:  Objection, form, foundation.
12  A.  Take the Fifth.
13  Q.  (BY MS. BONJEAN)  And yet, you played a lead role
14  in allegedly solving that case, correct?
15      MR. LEINENWEBER:  Same objections.
16  A.  Take the Fifth.
17  Q.  (BY MS. BONJEAN)  And that was a case that you
18  ultimately were found to have violated Mr. Rivera's
19  constitutional rights, right?
20      MR. LEINENWEBER:  Same objections.
21  A.  Take the Fifth.
22  Q.  (BY MS. BONJEAN)  Another murder case that you were
23  involved in as a gang crime specialist was the murder of
24  Anthony Bruno, right?
25  A.  Take the Fifth.

Page 91

1  Q.  That murder happened in September of 1988.  You
2  were still a gang crime specialist then, correct?
3      MR. LEINENWEBER:  Objection to form,
4  foundation.
5  A.  Take the Fifth.
6  Q.  (BY MS. BONJEAN)  And Anthony Bruno was stabbed on
7  a CTA bus.  Do you remember that?
8      MR. LEINENWEBER:  Objection to form and
9  foundation.
10  A.  Take the Fifth.
11  Q.  (BY MS. BONJEAN)  And you had the idea initially
12  that you might want to frame an individual by the name of
13  George Laureano for that crime, right?
14      MR. LEINENWEBER:  Objection to form,
15  foundation, compound question.
16  A.  Take the Fifth.
17  Q.  (BY MS. BONJEAN)  You know who George Laureano is,
18  right?
19      MR. LEINENWEBER:  Objection to form.
20  A.  Take the Fifth.
21  Q.  (BY MS. BONJEAN)  You know George and Alex
22  Laureano, who were both Spanish Cobras, right?
23      MR. LEINENWEBER:  Same objections.
24  A.  Take the Fifth.
25  Q.  (BY MS. BONJEAN)  In fact, you would consider

Page 92

1  George Laureano one of your sources; isn't that right?
2      MR. LEINENWEBER:  Same objections.
3  A.  Take the Fifth.
4  Q.  (BY MS. BONJEAN)  In fact, you charged George
5  Laureano as a juvenile for a murder when he was 15 years
6  old, right?
7      MR. LEINENWEBER:  Same objections.
8  A.  Take the Fifth.
9  Q.  (BY MS. BONJEAN)  You've known George Laureano
10  since he was a middle schooler, correct?
11      MR. LEINENWEBER:  Same objections.
12  A.  Take the Fifth.
13  Q.  (BY MS. BONJEAN)  In any event, you brought George
14  Laureano into police custody because you wanted him -- you
15  wanted to talk to him in connection with this CTA bus
16  stabbing, right?
17      MR. LEINENWEBER:  Objection to form and
18  foundation.
19  A.  Take the Fifth.
20  Q.  (BY MS. BONJEAN)  And he told you that you weren't
21  going to be able to catch him on this one because he had an
22  airtight alibi.  Remember?
23      MR. LEINENWEBER:  Objection to form and
24  foundation.
25  A.  Take the Fifth.

Page 93

1    Q.   (BY MS. BONJEAN)  You were going to try to put him
2    in a lineup and get an ID from one of the witnesses against
3    him because you wanted -- you wanted to frame him, right?
4          MR. LEINENWEBER:  Same objections.
5    A.   Take the Fifth.
6    Q.   (BY MS. BONJEAN)  But he told you that he had been
7    at the Vienna Correctional facility that whole day and there
8    was just no way that you would be able to frame him because
9    of his alibi, right?
10         MR. LEINENWEBER:  Same objections.
11   A.   Take the Fifth.
12   Q.   (BY MS. BONJEAN)  And, in fact, two of the
13   witnesses who viewed the stabbing actually saw Mr. Laureano
14   coming into a lineup room and they said, "We know him.
15   That's Fro.  He -- he wasn't it."  Right?
16         MR. LEINENWEBER:  Objection --
17   Q.   (BY MS. BONJEAN)  Remember that happening?
18         MR. LEINENWEBER:  Objection to form and
19   foundation.  Also a compound question.
20   A.   Take the Fifth.
21   Q.   (BY MS. BONJEAN)  And then you had -- you had to
22   release George Laureano on that one, right?
23         MR. LEINENWEBER:  Same objections.
24   A.   Take the Fifth.
25   Q.   (BY MS. BONJEAN)  Now, you also know, of course,

Page 94

1    that an individual by the name of Ibrahim Omar was brought
2    in for questioning in connection with the murder of Anthony
3    Bruno, right?
4          MR. LEINENWEBER:  Objection to form and
5    foundation.
6    A.   Take the Fifth.
7    Q.   (BY MS. BONJEAN)  And Ibrahim Omar was placed in a
8    lineup and -- that was viewed by two witnesses to the
9    stabbing, correct?
10         MR. LEINENWEBER:  Same objections.
11   A.   Take the Fifth.
12   Q.   (BY MS. BONJEAN)  And, in fact, one of the
13   witnesses identified Ibrahim Omar as the person who stabbed
14   Anthony Bruno, right?
15   A.   Take the Fifth.
16   Q.   (BY MS. BONJEAN)  And another witness made a
17   tentative ID, saying it looked like him but she couldn't say
18   for sure, right?
19         MR. LEINENWEBER:  Objection to form and
20   foundation.
21   A.   Take the Fifth.
22   Q.   (BY MS. BONJEAN)  So certainly when there's an ID
23   of Ibrahim Omar, you had probable cause to charge him for
24   the murder, right?
25   A.   Take the Fifth.

Page 95

1    Q.   (BY MS. BONJEAN)  But Ibrahim Omar hired -- or his
2    family hired Rick Beuke, right?
3          MR. LEINENWEBER:  Objection to form and
4    foundation.
5    A.   Take the Fifth.
6    Q.   (BY MS. BONJEAN)  And Rick Beuke called you up and
7    told you that he had just been retained by Ibrahim Omar's
8    family, correct?
9          MR. LEINENWEBER:  Objection to form and
10   foundation.
11   A.   Take the Fifth.
12   Q.   (BY MS. BONJEAN)  And you discussed with Rick Beuke
13   that Ibrahim Omar's family had some resources and that they
14   could pay to make sure he was released from police custody,
15   right?
16         MR. LEINENWEBER:  Same objections.
17   A.   Take the Fifth.
18   Q.   (BY MS. BONJEAN)  And, in fact, you agreed to
19   ensure that Ibrahim Omar was released from police custody
20   even though he had already been identified as an offender,
21   in exchange for money, right?
22         MR. LEINENWEBER:  Objection to form and
23   foundation.  And argumentative.
24   A.   Take the Fifth.
25   Q.   (BY MS. BONJEAN)  It was not uncommon for you to

Page 96

1    allow people to buy their way out of trouble, right?
2          MR. LEINENWEBER:  Objection to form,
3    foundation.  Also argumentative.
4    A.   Take the Fifth.
5    Q.   (BY MS. BONJEAN)  And, in fact, Ibrahim Omar was
6    one of those individuals who was able to pay to get out of
7    jail, right?
8          MR. LEINENWEBER:  Objections to form and
9    foundation.
10   A.   Take the Fifth.
11   Q.   (BY MS. BONJEAN)  And he was able to do it, in
12   part, by hiring Rick Beuke, who had a direct line to you,
13   correct?
14         MR. LEINENWEBER:  Objection to form and
15   foundation.
16   A.   Take the Fifth.
17   Q.   (BY MS. BONJEAN)  And, in fact, Ibrahim Omar's
18   family paid Rick Beuke a sizeable sum of money, right?
19         MR. LEINENWEBER:  Objection to for- -- form
20   and foundation.
21   A.   Take the Fifth.
22   Q.   (BY MS. BONJEAN)  And you knew this because Rick
23   Beuke told you Ibrahim Omar's father was going to pay him a
24   sizeable sum of money, right?
25         MR. LEINENWEBER:  Same objections.

Page 97

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) And then Ibrahim Omar was
3 released from custody at your direction, correct?
4         MR. LEINENWEBER: Objection to form and
5 foundation.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) And Rick Beuke then compensated
8 you for making sure that Omar got released from custody,
9 right?
10         MR. LEINENWEBER: Same objections.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) How much money did Rick Beuke pay
13 you for making sure that Ibrahim Omar was not charged and
14 was released from custody?
15         MR. LEINENWEBER: Objection to form,
16 foundation. Also argumentative.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) As a gang crime specialist, you
19 also were involved in the murder investigation of Ricardo
20 Fernandez, correct?
21         MR. LEINENWEBER: Objection to form and
22 foundation.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) That's "Little Rook," right?
25    A. Take the Fifth.

Page 98

1    Q. Again, this is before you became a homicide
2 detective. You were intimately involved in solving the
3 death or the murder of Ricardo Fernandez, right?
4         MR. LEINENWEBER: Objection to form and
5 foundation.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) And you framed both Juan and
8 Henry Johnson for the murder of Ricardo -- Ricardo
9 Fernandez, right?
10         MR. LEINENWEBER: Objection to form and
11 foundation. And also argumentative.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And a Federal jury ultimately
14 found that you had framed Juan Johnson, correct, and awarded
15 a judgment against you, right?
16         MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) And, again, this is while you
19 were a gang crime specialist, not a detective, right?
20         MR. LEINENWEBER: Objection to form and
21 foundation. Also asked and answered.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) Now, we touched on this, but it's
24 true, of course, that you conspired with Joseph
25 Miedzianowski on a number of occasions to commit crimes from

Page 99

1 which you benefited financially, right?
2         MR. LEINENWEBER: Objection to form,
3 foundation, argumentative. Also asked and answered.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) You helped Miedzianowski carry --
6 carry out shakedown schemes from drug dealers, and you were
7 compensated for doing so, correct?
8         MR. LEINENWEBER: Same objections. Also asked
9 and answered.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) You also framed or attempted to
12 frame individuals in exchange for money, correct?
13         MR. LEINENWEBER: Objection to form,
14 foundation, argumentative. Also asked and answered.
15    A. Take the Fifth.
16    Q. And this would have been at the direction or
17 request of Joe Miedzianowski, right?
18         MR. LEINENWEBER: Objection to form and
19 foundation. Also argumentative.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) All right. And some of these
22 conspiracies that you carried out with Joe -- Joe
23 Miedzianowski also involved Rick Beuke, right?
24         MR. LEINENWEBER: Objection to form,
25 foundation, argumentative. Also calls for a legal

Page 100

1 conclusion.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) In the late Eighties, you were
4 involved in the investigation of a case that resulted in an
5 arrest of Marcos Gonzalez. Do you recall that?
6         MR. LEINENWEBER: Objection to foundation.
7    A. Take the Fifth.
8         MR. LEINENWEBER: What was that name again?
9         MS. BONJEAN: Marcos Gonzalez.
10         MR. LEINENWEBER: Thank you.
11         MS. BONJEAN: Give me one second.
12    Q. (BY MS. BONJEAN) Yes. That was the -- that was
13 the murder of Angel Collazo, who was the victim in the case
14 who died -- was murdered on November 15th of 1989. Do you
15 remember that investigation?
16         MR. LEINENWEBER: Objection to form and
17 foundation. Also compound question.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) Why were you investigating the
20 murder of Angel Collazo as a gang crime specialist in the
21 late 1980s?
22         MR. LEINENWEBER: Objection to form and
23 foundation.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) And Marcos Gonzalez was arrested

Page 101

1  for that crime, correct?
2        MR. LEINENWEBER: Same objections.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN) And he hired Rick Beuke to
5  represent him, right?
6        MR. LEINENWEBER: Same objections.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN) That case was tried at a bench
9  trial before Judge John Morrissey, right?
10       MR. LEINENWEBER: Same objections.
11   A.  Take the Fifth.
12   Q.  (BY MS. BONJEAN) And Marcos Gonzalez managed to
13 beat that case, right?
14       MR. LEINENWEBER: Same objections.
15   A.  Take the Fifth.
16   Q.  (BY MS. BONJEAN) And, in fact, Rick Beuke
17 discussed with you how Marcos Gonzalez was going to pay him
18 money in order to beat the case, right?
19       MR. LEINENWEBER: Objection to form,
20 foundation. Also argumentative.
21   A.  Take the Fifth.
22   Q.  (BY MS. BONJEAN) And some of that money flowed to
23 you so Marcos Gonzalez could beat the case, correct?
24       MR. LEINENWEBER: Same objections.
25   A.  Take the Fifth.

Page 102

1    Q.  (BY MS. BONJEAN) And do you know if any of that
2  money flowed to Judge Morrissey so that Mr. Gonzalez could
3  beat that case?
4        MR. LEINENWEBER: Same objections.
5    A.  Take the Fifth.
6    Q.  (BY MS. BONJEAN) We've discussed Ibrahim Omar who
7  was released from custody by you at the request of Rick
8  Beuke, correct?
9        MR. LEINENWEBER: Objection to form,
10 foundation, argumentative, and asked and answered.
11   A.  Take the Fifth.
12   Q.  (BY MS. BONJEAN) Now, Joe Miedzianowski asked you
13 to help him frame Robert Ramos in early or -- early 1982;
14 isn't that right?
15       MR. LEINENWEBER: Objection to form,
16 foundation, and argumentative.
17   A.  Take the Fifth.
18   Q.  (BY MS. BONJEAN) Robert Ramos was the right-hand
19 man of someone who was moving a significant amount of
20 narcotics in the area, correct?
21       MR. LEINENWEBER: Objection to form,
22 foundation. Also compound question.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN) And Joe Miedzianowski had some
25 interest in placing pressure on the person who was moving

Page 103

1  all of that weight of narcotics, right?
2        MR. LEINENWEBER: Sorry. Can you read that
3  back?
4        (Requested testimony read back.)
5        MR. LEINENWEBER: Objection to form and
6  foundation. Also compound question.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN) I think the supplier was a guy
9  who either had the nickname or the real name "Will." Does
10 that sound familiar?
11       MR. LEINENWEBER: Objection to form and
12 foundation.
13   A.  Take the Fifth.
14   Q.  (BY MS. BONJEAN) And either Joe Miedzianowski
15 wanted some cut of this narcotics activity or felt that Will
16 was undermining his own drug profits, right?
17       MR. LEINENWEBER: Objection to form,
18 foundation.
19   A.  Take the Fifth.
20   Q.  (BY MS. BONJEAN) And Robert Ramos worked with
21 Will, right?
22       MR. LEINENWEBER: Objection to form and
23 foundation.
24   A.  Take the Fifth.
25   Q.  (BY MS. BONJEAN) And Joe Miedzianowski wanted your

Page 104

1  assistance in framing Robert Ramos for a murder that he did
2  not commit, correct?
3        MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5    A.  Take the Fifth.
6    Q.  (BY MS. BONJEAN) And you agreed to help frame
7  Robert Ramos, correct?
8        MR. LEINENWEBER: Objection to form and
9  foundation.
10   A.  Take the Fifth.
11   Q.  (BY MS. BONJEAN) Now, you knew who Sam Perez was,
12 right?
13       MR. LEINENWEBER: Objection to form and
14 foundation.
15   A.  Take the Fifth.
16   Q.  (BY MS. BONJEAN) Sam Perez went by the nickname
17 "Spanky," correct?
18   A.  Take the Fifth.
19   Q.  And he worked pretty closely with Joe
20 Miedzianowski, working both against and for the gangs,
21 right?
22       MR. LEINENWEBER: Objection to form,
23 foundation. Also compound question.
24   A.  Take the Fifth.
25   Q.  (BY MS. BONJEAN) And Sam Perez was also going to

Page 105

1 help in this scheme to frame Robert Ramos for -- for this
2 murder. I think the victim's name was Jimenez, right?
3     MR. LEINENWEBER: Objection to form,
4 foundation. Also argumentative.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) A young man with the name Jimenez
7 was shot down in -- in Latin King territory, correct?
8     MR. LEINENWEBER: Objection to form,
9 foundation.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And that crime had not been
12 solved, right?
13     MR. LEINENWEBER: Objection to form and
14 foundation.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) So Joe Miedzianowski came up with
17 the idea that he would use the opportunity to frame
18 someone -- frame Robert Ramos for this crime that had been
19 unsolved, right?
20     MR. LEINENWEBER: Objection to form,
21 foundation, argumentative.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) And Miedzianowski conveyed to you
24 that he was going to get Sam Perez to find some "shorties,"
25 some young kids, to identify Robert Ramos as the shooter,

Page 106

1 right?
2     MR. LEINENWEBER: Objection to form and
3 foundation. Also argumentative.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) And, in fact, Sam Perez did bring
6 two young people into Area 2 who allegedly had witnessed the
7 murder of Mr. Jimenez, correct?
8     MR. LEINENWEBER: Objection to form and
9 foundation.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) Okay. The victim's name was
12 Joseph Jimenez, correct?
13     MR. LEINENWEBER: Objection to form and
14 foundation.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) And Joseph Jimenez was murdered
17 on December 19th, 1991, correct?
18     A. Take the Fifth.
19     Q. And Robert Ramos was arrested on January 23rd of
20 1992?
21     MR. LEINENWEBER: Objection to foundation.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) And you knew that Joe
24 Miedzianowski had engaged "Spanky," or Sam Perez, to get two
25 young people to falsely identify Robert Ramos as the

Page 107

1 offender in Jimenez's murder, right?
2     MR. LEINENWEBER: Objection to form and
3 foundation. Also argumentative.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) And one of those young people
6 that he got was actually his own cousin, correct?
7     MR. LEINENWEBER: Same objections.
8     A. Take the Fifth.
9     Q. (BY MS. BONJEAN) And those young people's names
10 were Ferdinand Vargas and Jonathan Nelson, correct?
11     MR. LEINENWEBER: Same objections.
12     A. Take the Fifth.
13     Q. (BY MS. BONJEAN) And prior to Ferdinand Vargas and
14 Jonathan Nelson coming into Area 5 to view a lineup, they
15 had been told who to identify as the offender, correct?
16     MR. LEINENWEBER: Objection to form and
17 foundation.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) In fact, I -- I think I misspoke.
20 They were originally brought in to look at a photo array,
21 correct?
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) And prior to their arrival at
24 Area 5, Sam Perez had instructed them to identify Robert
25 Ramos from that photo array, right?

Page 108

1     MR. LEINENWEBER: Objection to form and
2 foundation.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) And you and Joe Miedzianowski and
5 Sam Perez had all been in communication about the fact that
6 these two young people were going to come in and falsely
7 identify Robert Ramos from a photo array, right?
8     MR. LEINENWEBER: Objection to form and
9 foundation, argumentative.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And, in fact, Sam Perez had to
12 show those young people photographs of Robert Ramos so they
13 would know who to pick out from the photo array, correct?
14     MR. LEINENWEBER: Same objections.
15     A. Take the Fifth.
16     Q. And, in fact, Sam Perez actually brought Vargas and
17 Nelson to Area 5 for the photo array, right?
18     MR. LEINENWEBER: Objection to foundation.
19     A. Take the Fifth.
20     Q. (BY MS. BONJEAN) And you were present at Area 5
21 when Spanky brought Vargas and Nelson there to make this
22 false identification, correct?
23     MR. LEINENWEBER: Objection to form and
24 foundation. Also compound.
25     A. Take the -- take the Fifth.

Page 109

1    Q.   (BY MS. BONJEAN)  And you knew, of course, that
2  this was going to be -- strike that.
3         You knew, of course, that Vargas and Nelson
4  had not actually witnessed any murder of Mr. Jimenez, right?
5         MR. LEINENWEBER:  Objection to form and
6  foundation.  Also argumentative.
7    A.   Take the Fifth.
8    Q.   (BY MS. BONJEAN)  And you also in the process had
9  to dupe other detectives who were not in on the scheme,
10  correct?
11         MR. LEINENWEBER:  Objection to form.
12    A.   Take the Fifth.
13    Q.   (BY MS. BONJEAN)  Because you yourself were a gang
14  crime specialist at the time.  So you wouldn't necessarily
15  be able to execute the lineup or photo array without the
16  presence of a detective, right?
17         MR. LEINENWEBER:  Objection to form.  Compound
18  question.
19    A.   Take the Fifth.
20    Q.   (BY MS. BONJEAN)  And that one of the individuals
21  who came in to view the photo array was struggling to figure
22  out who Robert Ramos was, right?
23         MR. LEINENWEBER:  Objection to form.
24    A.   Take the Fifth.
25    Q.   (BY MS. BONJEAN)  And you indicated to him who he

Page 110

1  should pick out by pointing to the photo of Robert Ramos,
2  right?
3         MR. LEINENWEBER:  Objection to form.
4    A.   Take the Fifth.
5    Q.   (BY MS. BONJEAN)  And you knew that those two
6  individuals had actually been compensated financially by Joe
7  Miedzianowski to falsely identify Robert Ramos in that photo
8  array, right?
9         MR. LEINENWEBER:  Objection to form.
10  Argumentative.
11    A.   Take the Fifth.
12    Q.   (BY MS. BONJEAN)  And, again, the whole purpose
13  behind this was that Robert Ramos was somehow interfering in
14  Joe Miedzianowski's drug profits, correct?
15         MR. LEINENWEBER:  Same objections.
16    A.   Take the Fifth.
17    Q.   (BY MS. BONJEAN)  Or that Robert Ramos was working
18  with someone or working for someone who had not been
19  cooperative in helping Joe Miedzianowski carry out his drug
20  activities, right?
21         MR. LEINENWEBER:  Objection to form.  Also
22  compound question.
23    A.   Take the Fifth.
24    Q.   (BY MS. BONJEAN)  And the other young person who
25  was brought in to look at the photo array was unable to

Page 111

1  identify Robert Ramos as the shooter, right?
2    A.   Take the Fifth.
3    Q.   And you were not in the room during that photo
4  array.  You weren't -- right?
5         MR. LEINENWEBER:  Objection to foundation.
6    A.   Take the Fifth.
7    Q.   (BY MS. BONJEAN)  And you were unable to indicate
8  to him which he should pick out from the photo array, correct?
9         MR. LEINENWEBER:  Objection to form,
10  foundation.  Also argumentative.
11    A.   Take the Fifth.
12    Q.   (BY MS. BONJEAN)  Was the street name of Robert
13  Ramos "Pretty Boy C"?
14         MR. LEINENWEBER:  Objection to foundation.
15    A.   Take the Fifth.
16    Q.   (BY MS. BONJEAN)  Was it your understanding that
17  the reason that Joe Miedzianowski wanted to put pressure
18  on -- strike that.
19         Was it -- was it your understanding that the
20  reason that Joe Miedzianowski wanted to arrest Robert Ramos
21  was to try to use it as leverage to get this drug supplier
22  to come onboard with his drug operation?
23         MR. LEINENWEBER:  Objection.  Sorry.
24  Objection to form and foundation.
25    A.   Take the Fifth.

Page 112

1    Q.   (BY MS. BONJEAN)  Isn't it true that Miedzianowski
2  told you that he wanted this guy Will as one of his drug
3  suppliers?  Right?
4         MR. LEINENWEBER:  Objection to foundation.
5    A.   Take the Fifth.
6    Q.   (BY MS. BONJEAN)  And Will didn't want to work with
7  a dirty cop, right?
8         MR. LEINENWEBER:  Objection to form,
9  foundation.  Also argumentative.
10    A.   Take the Fifth.
11    Q.   (BY MS. BONJEAN)  So Joe Miedzianowski thought
12  that -- that he would put some pressure on Will by arresting
13  his right-hand man, who was Robert Ramos, right?
14         MR. LEINENWEBER:  Same objections.
15    A.   Take the Fifth.
16    Q.   (BY MS. BONJEAN)  And by "arresting," I mean trying
17  to frame him for a murder he did not commit, correct?
18         MR. LEINENWEBER:  Same objections.
19    A.   Take the Fifth.
20    Q.   (BY MS. BONJEAN)  And when Spanky got to Area 5,
21  Grand and Central, he brought the two boys up to the
22  detective floor on the second floor, right?
23         MR. LEINENWEBER:  Objection to form,
24  foundation.
25    A.   Take the Fifth.

Page 113

1    Q.  (BY MS. BONJEAN)  And he met with you specifically,
2  right?
3        MR. LEINENWEBER:  Same objection.
4    A.  Take the Fifth.
5    Q.  (BY MS. BONJEAN)  And you took those two boys into
6  the detective division and Spanky stayed up there in the
7  detective vision -- division, too, correct?
8        MR. LEINENWEBER:  Same objections.
9    A.  Take the Fifth.
10   Q.  (BY MS. BONJEAN)  And he waited for them, right?
11   A.  Take the Fifth.
12   Q.  And then when the boys had looked at the photo
13  array, one of them having identified Robert Ramos at your
14  direction, you then returned them to Mr. Perez, who left
15  with them, correct?
16       MR. LEINENWEBER:  Same objection.
17   A.  Take the Fifth.
18   Q.  (BY MS. BONJEAN)  Now, that was one of the cases
19  that you helped Mr. Miedzianowski on.  There were others,
20  though, as well, correct?
21       MR. LEINENWEBER:  Objection to form.  Compound
22  question.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN)  In and around 1993, Joe
25  Miedzianowski wanted to frame an individual by the name of

Page 114

1  Hector Hernandez, otherwise known as "Chino," right?
2        MR. LEINENWEBER:  Objection to form and
3  foundation.  Also calls for speculation.
4    A.  Take the Fifth.
5    Q.  (BY MS. BONJEAN)  Hector Hernandez was involved in
6  the drug underworld with Mr. Miedzianowski, correct?
7        MR. LEINENWEBER:  Objection to form and
8  foundation.
9    A.  Take the Fifth.
10   Q.  (BY MS. BONJEAN)  And there was a shooting in 1993
11  over by Keystone and Cortland, right?
12   A.  Take the Fifth.
13   Q.  And George Laureano was a witness to that shooting,
14  correct?
15   A.  Take the Fifth.
16   Q.  The victim's name was, I think, Freddie.  Do you
17  remember that?
18   A.  Take the Fifth.
19   Q.  And you and your partner Ernest Halvorsen and Joe
20  Miedzianowski sat down with George Laureano and told him
21  that you-all wanted him to implicate Chino in this murder,
22  right?
23       MR. LEINENWEBER:  Objection to form,
24  foundation.  Also compound question.
25   A.  Take the Fifth.

Page 115

1    Q.  (BY MS. BONJEAN)  Well, do you remember being in
2  Area 5 in 1993 with Ernest Halvorsen, Joe Miedzianowski, and
3  George Laureano?
4        MR. LEINENWEBER:  Objection to form and
5  foundation.
6    A.  Take the Fifth.
7    Q.  (BY MS. BONJEAN)  That the four of you were in some
8  type of conference room or interview room together.  Do you
9  recall that?
10       MR. LEINENWEBER:  Same objections.
11   A.  Take the Fifth.
12   Q.  (BY MS. BONJEAN)  And George Laureano was, of
13  course, the Spanish Cobra that you knew quite well, right?
14       MR. LEINENWEBER:  Objection to form and
15  foundation.
16   A.  Take the Fifth.
17   Q.  (BY MS. BONJEAN)  And you asked him or told him
18  that you wanted him to implicate Chino or say Chino
19  committed this shooting of Freddie that had occurred over on
20  Keystone and Cortland, right?
21       MR. LEINENWEBER:  Objection.  Form,
22  foundation.  Also compound question.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN)  And that's because Joe
25  Miedzianowski wanted to hook up Chino with the -- with the

Page 116

1  murder, right?
2        MR. LEINENWEBER:  Objection to form.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN)  And this motivation had to do
5  with -- strike that.
6        Joe Miedzianowski's motivation related to
7  Hector Hernandez's role in narcotics activity, correct?
8        MR. LEINENWEBER:  Objection to form,
9  foundation.  Calls for speculation.
10   A.  Take the Fifth.
11   Q.  (BY MS. BONJEAN)  In fact, Joe Miedzianowski
12  thought that Hernandez was somehow "fucking up" his drug
13  profits, right?
14       MR. LEINENWEBER:  Excuse me.  Objection to
15  form, foundation.  And argumentative.
16       Were you quoting, or are you using that as a
17  term of art?
18       MS. BONJEAN:  Well, I wouldn't usually just
19  use it as a term of art unless I had a good-faith basis to
20  believe that somebody had said that.  So I would say
21  quoting.
22       MR. LEINENWEBER:  I would -- I would assume
23  you're not using it for just the general --
24       MS. BONJEAN:  Theatrics of it.
25       MR. LEINENWEBER:  Exactly.  So --

**Page 117**

1    MS. BONJEAN: Al- -- although --
2    MR. LEINENWEBER: I wouldn't put it past you.
3    MS. BONJEAN: It rings true, right?
4    MR. LEINENWEBER: Yeah. No, it's okay.
5    MS. BONJEAN: Okay.
6    MR. LEINENWEBER: I think I -- did I state my
7  objection or --
8    MS. BONJEAN: Yeah.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) So did George -- George
11  Laureano -- strike that.
12    Sorry. Back up.
13    Joe Miedzianowski told George Laureano, you,
14  and Ernest Halvorsen -- he admitted during this meeting that
15  he thought that Hector Hernandez was a problem, right?
16    MR. LEINENWEBER: Objection to form and
17  foundation.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) And that Hector Hernandez was
20  interfering with his drug activities, correct?
21    MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) And he wanted him hooked up, and
24  he wanted you to do it, right?
25    MR. LEINENWEBER: Objection to form and

**Page 118**

1  foundation.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) And your idea was, "Let's get
4  George Laureano to say it was him," because George Laureano
5  was someone that you could put weight on, right?
6    MR. LEINENWEBER: Same objections.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) But Laureano didn't go along,
9  correct?
10    MR. LEINENWEBER: Same objections.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) And ultimately Chino was released
13  from custody; isn't that right?
14    A. Take the Fifth.
15    Q. Now, did you want George -- strike that.
16    Did you ask George Laureano to help you and
17  Joe Miedzianowski frame Chino because you felt that George
18  Laureano owed you because he had beat a murder case?
19    MR. LEINENWEBER: Objection to --
20    DEFENSE COUNSEL: Objection. Argumentative,
21  foundation.
22    MR. LEINENWEBER: You beat me to it.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) Well, you recall that you
25  arrested George Laureano and Daniel Rodriguez for the murder

**Page 119**

1  of Junito, right?
2    MR. LEINENWEBER: Objection to form,
3  foundation.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) And this was a case you
6  investigated along with your partner Ernest Halvorsen,
7  right?
8    MR. LEINENWEBER: Same objections.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) And George Laureano hired who to
11  represent him in connection with this case, with the case
12  with the murder of Junito?
13    MR. LEINENWEBER: Objection to form and
14  foundation.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) George Laureano hired Richard
17  Beuke to represent him in connection with a murder case that
18  you put on him related to the murder of Junito, right?
19    MR. LEINENWEBER: Objection to form and
20  foundation.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) And, again, Rick Beuke beat the
23  case at a bench trial, right, in front of Judge Reyna?
24    A. Take the Fifth.
25    Q. And did you receive financial benefits from that

**Page 120**

1  case as well in order to make sure that George Laureano beat
2  the case?
3    MR. LEINENWEBER: Objection to form and
4  foundation.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) Did you -- well, strike that.
7    You and Rick Beuke agreed that you would make
8  sure that George Laureano was not convicted for the murder
9  of Junito, right?
10    MR. LEINENWEBER: Objection to form.
11  Argumentative.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And, in fact, George Laureano
14  paid Rick Beuke a sizeable sum of money to be ensured or
15  guaranteed that he would beat the case, right?
16    MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    DEFENSE COUNSEL: Foundation.
19    Q. (BY MS. BONJEAN) And some of that money flowed to
20  you, right?
21    MR. LEINENWEBER: Objection to form,
22  foundation. Also argumentative.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) Did some of that money flow to
25  Judge Reyna as well?

Page 121

1    MR. LEINENWEBER:  Same objections.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  But poor Daniel Rodriguez was
4 convicted, correct?
5    A.  Take the Fifth.
6    Q.  (BY MS. BONJEAN)  I guess he didn't have the money
7 to buy his way out of that murder case, right?
8    MR. LEINENWEBER:  Objection to form,
9 foundation.  Also argumentative.
10    A.  Take the Fifth.
11    Q.  (BY MS. BONJEAN)  So was it your view that George
12 Laureano sort of owed you?  Is that why you wanted to use
13 him to frame Chino or Hector Hernandez for this murder that
14 happened on Keystone and Cortland?
15    MR. LEINENWEBER:  Objection to form,
16 foundation.  Also asked and answered.
17    A.  Take the Fifth.
18    Q.  (BY MS. BONJEAN)  Now, you also tried to get George
19 Laureano to be a witness in a murder that happened over on
20 Keystone and Bloomingdale.  Do you remember that murder?
21    MR. LEINENWEBER:  Objection to form,
22 foundation.  Also compound question.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN)  The victim went by the nickname
25 "Snoopy," and I believe his real name was Matias maybe?

Page 122

1 Does that sound familiar?
2    MR. LEINENWEBER:  Objection to form.  Compound
3 question.
4    A.  Take the Fifth.
5    Q.  (BY MS. BONJEAN)  And there was a young girl who
6 had witnessed the murder of Snoopy.  It was his girlfriend,
7 a girl by the name of Jessica Rivera, correct?
8    A.  Take the Fifth.
9    Q.  (BY MS. BONJEAN)  And you told Laureano that you
10 wanted to hook up a guy named Diego with the murder of
11 Snoopy, right?
12    MR. LEINENWEBER:  Objection to form,
13 foundation.  Also argumentative.
14    A.  Take the Fifth.
15    Q.  (BY MS. BONJEAN)  And you told Laureano that you
16 needed his help in framing Diego for the murder of Snoopy,
17 right?
18    MR. LEINENWEBER:  Same objections.
19    A.  Take the Fifth.
20    Q.  (BY MS. BONJEAN)  And the way you needed Laureano's
21 help was twofold.  You wanted to use him to help persuade
22 Jessica Rivera that Diego was the person who shot her
23 boyfriend, right?
24    A.  Take --
25    MR. LEINENWEBER:  Objection to form,

Page 123

1 foundation.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  And you also actually wanted
4 Laureano to corroborate Jessica Rivera by saying he was
5 there and also witnessed the shooting, right?
6    MR. LEINENWEBER:  Same objections.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  In your 30 years as a police
9 officer at what you called a police department, you at least
10 understood that a two-witness case was much better than a
11 one-witness case, right?
12    MR. LEINENWEBER:  Objection.  Form,
13 foundation.
14    A.  Take the Fifth.
15    Q.  (BY MS. BONJEAN)  So you had George Laureano get in
16 your unmarked detective red Impala, correct?
17    MR. LEINENWEBER:  Objection to form,
18 foundation.
19    A.  Take the Fifth.
20    Q.  (BY MS. BONJEAN)  And you went looking for Jessica
21 Rivera with the goal to persuade her to implicate Diego in
22 the murder of her boyfriend Snoopy, right?
23    MR. LEINENWEBER:  Same objections.
24    A.  Take the Fifth.
25    Q.  (BY MS. BONJEAN)  And, in fact, you did find

Page 124

1 Jessica Rivera, correct?
2    MR. LEINENWEBER:  Same objections.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN)  And Ernest Halvorsen was in the
5 car as well, right?
6    MR. LEINENWEBER:  Same objections.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  So it was you driving or --
9 strike that.
10    It was you in the red Impala along with Ernest
11 Halvorsen, right?
12    MR. LEINENWEBER:  Same objections.  Also asked
13 and answered.
14    A.  Take the Fifth.
15    Q.  (BY MS. BONJEAN)  And you had George Laureano in
16 the back seat, correct?
17    MR. LEINENWEBER:  Same objection.
18    A.  Take the Fifth.
19    Q.  (BY MS. BONJEAN)  And then you picked up Jessica
20 Rivera who was the only known witness to the murder of
21 Snoopy, right?
22    MR. LEINENWEBER:  Same objection.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN)  And with the four of you in the
25 car, you tried to persuade Jessica Rivera, who was a young

Page 125

1 girl, right?
2     MR. LEINENWEBER: Same objection.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) Let me back up a second. Jessica
5 Rivera was -- was a young girl, like a teenager, 15, 16,
6 something like that, correct?
7     MR. LEINENWEBER: Objection to form and
8 foundation.
9     A. Take the Fifth.
10     Q. (BY MS. BONJEAN) In fact, it was common for you to
11 try to get young teenagers to adopt your theory of the case
12 in these murder investigations, right?
13     MR. LEINENWEBER: Objection to form,
14 foundation. Also argumentative.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) It's pretty easy to persuade a
17 15-year-old girl to do what you want her to do, right?
18     MR. LEINENWEBER: Objection to form,
19 foundation. Also argumentative.
20     A. Take the Fifth.
21     DEFENSE COUNSEL: And calls for speculation.
22     Q. (BY MS. BONJEAN) So in any event, you -- you
23 attempted to persuade Jessica Rivera that Diego was
24 responsible for the shooting of Snoopy, right?
25     MR. LEINENWEBER: Same objection.

Page 126

1     A. Take the Fifth.
2     Q. And George Laureano also tried to persuade her that
3 Diego was responsible for the shooting, correct?
4     MR. LEINENWEBER: Same objections.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) And, of course, she knew Diego
7 was not responsible for the shooting because she was the one
8 who witnessed the shooting, right?
9     MR. LEINENWEBER: Same objections.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And after you, Ernest Halvorsen,
12 and George Laureano tried to persuade Jessica Rivera to
13 falsely identify Diego, she told you she'd think about it,
14 right?
15     MR. LEINENWEBER: Same objections. Also
16 argumentative.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) And you dropped her back off at
19 her house, correct?
20     MR. LEINENWEBER: Same objections.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) And isn't it true that Jessica
23 Rivera promptly left the mainland and went to Puerto Rico
24 after you, Halvorsen, and Laureano tried to persuade her to
25 give false testimony in a murder case?

Page 127

1     MR. LEINENWEBER: Objection to form,
2 foundation, and argumentative.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) In fact, at a later point,
5 Mr. Laureano was in custody for something or another, and
6 you took him out of the lockup to try to go find Jessica
7 Rivera again, right?
8     MR. LEINENWEBER: Objection, form.
9 Foundation.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And you couldn't find her,
12 correct?
13     MR. LEINENWEBER: Same objections.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) And that's because she had fled
16 to Puerto Rico because she did not want to falsely implicate
17 Diego in the murder of Snoopy, right?
18     MR. LEINENWEBER: Objection to form,
19 foundation, compound question. Also calls for speculation,
20 and it's argumentative.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) Now, ultimately you didn't carry
23 out your scheme to frame Diego for the murder of Snoopy that
24 occurred over on Keystone and Bloomingdale, right?
25     MR. LEINENWEBER: Objection to form.

Page 128

1 Argumentative.
2     A. Take the Fifth.
3     Q. (BY MS. BONJEAN) You ended up framing two
4 different people for the murder of Snoopy, correct?
5     MR. LEINENWEBER: Objection to form,
6 foundation, also argumentative.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) And I assume you never told the
9 prosecutors who ultimately prosecuted the case that you had
10 attempted to frame Diego for the murder of Snoopy, right?
11     MR. LEINENWEBER: Same objections.
12     A. Take the Fifth.
13     Q. (BY MS. BONJEAN) You ultimately ended up charging
14 two individuals by the name of Ramiro Alvarez and Manuel
15 Suas-- Suastegui for the murder; is that right?
16     MR. LEINENWEBER: Objection to form,
17 foundation. Also argumentative.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) They went by the nicknames
20 "Tiger" and "Gato," right?
21     A. Take the Fifth.
22     Q. And George Laureano actually tried to tell the
23 court and Mr. Alvarez and Mr. Suastegui's attorney that you
24 had tried to use him to frame a different guy previously.
25 Do you remember that?

Page 129

1     MR. LEINENWEBER: Objection to form,
2 foundation.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) Why did you want to frame Diego
5 originally?
6     MR. LEINENWEBER: Objection to form,
7 foundation. Also argumentative.
8     A. Take the Fifth.
9     MS. BONJEAN: I'm going to have you mark this,
10 if you would, please.
11     (Exhibit 1 marked.)
12     Q. (BY MS. BONJEAN) I'm handing you what's been
13 marked as Exhibit 1.
14     MS. BONJEAN: And for the attorneys who are on
15 the phone, I'm -- I'm asking Mr. Guevara to look at the 302
16 report that was Dropboxed to you.
17     Q. (BY MS. BONJEAN) Mr. Guevara, I've handed you
18 Exhibit No. 1. Do you recognize this document?
19     MR. LEINENWEBER: You can take a second to
20 review it and familiarize yourself with it, if you'd like.
21     A. I take the Fifth.
22     MR. LEINENWEBER: Okay.
23     Q. (BY MS. BONJEAN) You didn't actually review the
24 document, right?
25     MR. LEINENWEBER: Objection to form,

Page 130

1 foundation.
2     A. Take the Fifth.
3     Q. (BY MS. BONJEAN) Okay. And so this --
4     DEFENSE COUNSEL: Wait a minute, what document
5 are we looking at? I just -- I missed that.
6     MS. BONJEAN: The 302 report.
7     DEFENSE COUNSEL: Oh, okay. Thank you.
8     MS. BONJEAN: Uh-huh.
9     Q. (BY MS. BONJEAN) So this is a -- a police report
10 that was prepared by the FBI, correct?
11     MR. LEINENWEBER: Objection, form and
12 foundation.
13     A. Take the Fifth.
14     Q. (BY MS. BONJEAN) And it reflects a two-day
15 interview or proffer session with an individual by the name
16 of Mohammed Omar, right?
17     A. Take -- take the Fifth.
18     Q. You know who Mohammed Omar is, right?
19     A. Take the Fifth.
20     Q. You know Mohammed Omar very well, correct?
21     MR. LEINENWEBER: Objection, form, foundation.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) Mohammed Omar was one of Joe
24 Miedzianowski's partners in crime, correct?
25     A. Take the Fifth.

Page 131

1     Q. And you yourself assisted Mohammed Omar and Joe
2 Miedzianowski in carrying out a number of crimes from which
3 you benefited financially, right?
4     MR. LEINENWEBER: Objection, form, foundation,
5 compound question. Also argumentative.
6     A. Take the Fifth.
7     Q. (BY MS. BONJEAN) In fact, this report actually
8 references Hector Hernandez, who is known as Chino, who you
9 tried to help Miedzianowski frame, correct?
10     MR. LEINENWEBER: Objection to form,
11 foundation, compound question. Also argumentative.
12     A. Take the Fifth.
13     Q. (BY MS. BONJEAN) If you look at page 6 of the 302,
14 the second -- well, it starts on page 5, which has Bates
15 stamp MAYSONET 4589. Starting at the bottom it says:
16 "Velez demanded proof that Padilla had been arrested and
17 charged with ten kilos of cocaine. Miedzianowski provided a
18 fake bond slip to Omar, who showed it to Velez. Padilla
19 paid Miedzianowski for the bond slip." I'm going to stop
20 right there.
21     You were aware that Miedzianowski often filled
22 out fake bond slips and provided those bond slips to gang
23 members so that they could persuade other drug sellers that
24 there -- I'm going to strike that and start over.
25     One of the schemes that Miedzianowski carried

Page 132

1 out was that he would help rob drug dealers, right?
2     MR. LEINENWEBER: Objection to form.
3 Foundation.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) He and Omar would, together,
6 rob -- rob drug suppliers, correct?
7     MR. LEINENWEBER: Same objections.
8     A. Take the Fifth.
9     Q. (BY MS. BONJEAN) And sometimes Sam Perez was
10 involved in that scheme as well, correct?
11     MR. LEINENWEBER: Same.
12     A. Take the Fifth.
13     Q. (BY MS. BONJEAN) And sometimes you were also
14 helping in that scheme as well, correct?
15     MR. LEINENWEBER: Same objections.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) And one way that the -- the --
18 this scheme was carried out is that Omar would arrange to
19 buy a high quantity of narcotics on credit from a drug
20 supplier, correct?
21     MR. LEINENWEBER: Objection to form,
22 foundation.
23     A. Take the Fifth.
24     Q. (BY MS. BONJEAN) And that he would then agree or
25 arrange for Miedzianowski to stage an arrest once -- of

Page 133

1 the -- of the drug suppliers who had the narcotics, correct?
2 　　　MR. LEINENWEBER: Objection to form and
3 foundation.
4 　A. Take the Fifth.
5 　Q. (BY MS. BONJEAN) And that he would -- and that
6 those individuals who would be robbed of their drug -- drugs
7 would be suspicious sometimes and want to know -- have proof
8 that someone was arrested in connection with that, correct?
9 　　　MR. LEINENWEBER: Objection to form and
10 foundation.
11 　A. Take the Fifth.
12 　Q. (BY MS. BONJEAN) And then Omar would have to show
13 those people who wanted their money that someone on his end
14 had actually been arrested, right?
15 　　　MR. LEINENWEBER: Same objections.
16 　A. Take the Fifth.
17 　Q. (BY MS. BONJEAN) And Miedzianowski would fill out
18 fake bond slips to provide that proof, correct?
19 　　　MR. LEINENWEBER: Same objections.
20 　A. Take the Fifth.
21 　Q. (BY MS. BONJEAN) And you were part of that scheme
22 from time to time as well?
23 　　　MR. LEINENWEBER: Same objections.
24 　A. Take the Fifth.
25 　Q. (BY MS. BONJEAN) In any event, the 402 says that:

Page 134

1 "Omar arranged for a defense attorney, Rick Beuke, to call
2 Velez and say that he represented Padilla in the resulting
3 criminal case," right?
4 　　　MR. LEINENWEBER: Objection to form and
5 foundation. I think -- think you said "402." I assume you
6 mean 302, but --
7 　　　MS. BONJEAN: Oh, yeah. Apologies.
8 　A. Take the Fifth.
9 　Q. (BY MS. BONJEAN) It says: "Omar paid Beuke $500
10 for making the telephone call in which Beuke lied to Velez,"
11 right?
12 　A. Take the Fifth.
13 　Q. Velez was a drug supplier who got ripped off by
14 Omar and Miedzianowski?
15 　　　MR. LEINENWEBER: Objection to form,
16 foundation. Also argumentative.
17 　A. Take the Fifth.
18 　Q. (BY MS. BONJEAN) And Beuke, your friend, was
19 helping Miedzianowski and Omar carry out their lie to this
20 drug supplier by claiming that he was representing another
21 co-conspirator in this matter, who was Nelson Padilla,
22 right?
23 　　　MR. LEINENWEBER: Objection to form,
24 foundation, compound question. Also argumentative.
25 　A. Take the Fifth.

Page 135

1 　Q. (BY MS. BONJEAN) And 2 of the kilograms of cocaine
2 from this particular rip-off of Velez were sold to Hector
3 Hernandez, a/k/a Chino, right?
4 　A. Take the Fifth.
5 　Q. (BY MS. BONJEAN) And that's the same Chino that
6 Miedzianowski wanted you and George Laureano to help set up
7 for a murder, right?
8 　　　MR. LEINENWEBER: Objection to form,
9 foundation. Also argumentative.
10 　A. Take the Fifth.
11 　Q. (BY MS. BONJEAN) You were also involved in framing
12 Juan and Rosendo Hernandez, right, with both Miedzianowski
13 and -- I guess Rick Beuke paid -- played a role in that as
14 well, correct?
15 　　　MR. LEINENWEBER: Objection to form,
16 foundation, compound question. Also argumentative.
17 　A. Take the Fifth.
18 　Q. (BY MS. BONJEAN) All right. Okay. So you and
19 Miedzianowski worked together with another officer by the
20 name of Joel Bemis to frame the Hernandez brothers, right?
21 　　　MR. LEINENWEBER: Objection to form,
22 foundation. It's a compound question. It's also
23 argumentative.
24 　A. Take the Fifth.
25 　Q. (BY MS. BONJEAN) Do you know who Fred Rock is?

Page 136

1 　A. Take the Fifth.
2 　Q. (BY MS. BONJEAN) Fred Rock was an FBI informant,
3 wasn't he?
4 　A. Take the Fifth.
5 　Q. He was also a drug dealer in Joseph Miedzianowski's
6 drug operation, correct?
7 　A. Take the Fifth.
8 　Q. And, of course, Fred Rock was aware that
9 Miedzianowski would steal drug -- drugs from drug dealers
10 and then have others sell the drugs on the street, correct?
11 　　　MR. LEINENWEBER: Objection to foundation.
12 　A. Take the Fifth.
13 　Q. (BY MS. BONJEAN) So basically Joseph Miedzianowski
14 was like a drug pin, correct?
15 　　　MR. LEINENWEBER: Objection to form and
16 foundation. Also argumentative.
17 　Q. (BY MS. BONJEAN) Drug king -- king --
18 　A. Take the Fifth.
19 　Q. (BY MS. BONJEAN) I'm sorry. Miedzianowski was a
20 drug kingpin, right?
21 　　　MR. LEINENWEBER: Same objections.
22 　A. Take the Fifth.
23 　Q. (BY MS. BONJEAN) And you were part of his criminal
24 enterprise, correct?
25 　　　MR. LEINENWEBER: Same objection. It's also

Page 137

1 argumentative.
2 A. Take the Fifth.
3 Q. (BY MS. BONJEAN) And he used his knowledge and
4 connections to the gang to run his drug ring, right?
5 MR. LEINENWEBER: Objection to form and
6 foundation.
7 A. Take the Fifth.
8 Q. (BY MS. BONJEAN) And you used your knowledge and
9 connections to the gang to help him run his drug ring,
10 right?
11 MR. LEINENWEBER: Same objections.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) And you were compensated for
14 doing so, correct?
15 MR. LEINENWEBER: Same objections.
16 A. Take the Fifth.
17 Q. (BY MS. BONJEAN) And Miedzianowski was someone who
18 was willing to use any means in order to preserve his hold
19 over his drug operation in the streets, right?
20 MR. LEINENWEBER: Objection to form,
21 foundation.
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) He was not beyond using violence
24 against people in order to protect himself and his drug
25 operation, right?

Page 138

1 MR. LEINENWEBER: Objection to form,
2 foundation, compound question.
3 A. Take the Fifth.
4 Q. (BY MS. BONJEAN) And he certainly was not beyond
5 hooking people up or framing people for crimes in order to
6 gain an advantage and secure his drug operation, right?
7 MR. LEINENWEBER: Objection to form,
8 foundation. Compound question.
9 A. Take the Fifth.
10 Q. (BY MS. BONJEAN) And Joseph Miedzianowski had a
11 strong loyalty to Frankie Figueroa, right?
12 MR. LEINENWEBER: Objection to form and
13 foundation.
14 A. Take the Fifth.
15 Q. (BY MS. BONJEAN) And Joseph Miedzianowski wanted
16 to frame the Hernandez brothers because he believed that the
17 Hernandez brothers played some role in the robbery of
18 narcotics of -- from Frankie Figueroa, correct?
19 MR. LEINENWEBER: Objection to form and
20 foundation.
21 A. Take the Fifth.
22 Q. (BY MS. BONJEAN) And Joseph Miedzianowski asked
23 you to carry out the frame-up of Juan and Rosendo Hernandez,
24 right?
25 MR. LEINENWEBER: Objection to form and

Page 139

1 foundation.
2 A. Take the Fifth.
3 Q. (BY MS. BONJEAN) And he wanted you to carry out
4 the frame-up of Juan and Rosendo Hernandez by manipulating
5 identifications of the two men, correct?
6 MR. LEINENWEBER: Objection to form and
7 foundation.
8 A. Take the Fifth.
9 Q. (BY MS. BONJEAN) And -- and you were compensated
10 for doing so, right?
11 MR. LEINENWEBER: Same objections.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) So in the Hernandez brothers'
14 case, it's not just that you secured false identifications
15 of the men through manipulation and other -- other types of
16 misconduct -- that's one way in which you arranged for them
17 to be wrongfully convicted, correct?
18 MR. LEINENWEBER: Objection to form,
19 foundation. Also argumentative.
20 A. Take the Fifth.
21 DEFENSE COUNSEL: And compound.
22 Q. (BY MS. BONJEAN) But you also actually benefited
23 financially from doing so, right?
24 MR. LEINENWEBER: Same objections.
25 A. Take the Fifth.

Page 140

1 Q. (BY MS. BONJEAN) Because Joseph Miedzianowski
2 wanted the Hernandez brothers framed, right?
3 MR. LEINENWEBER: Same objections.
4 A. Take the Fifth.
5 Q. (BY MS. BONJEAN) And I assume you do not work for
6 free, sir?
7 MR. LEINENWEBER: Objection to form,
8 foundation. Also argumentative.
9 A. Take the Fifth.
10 Q. (BY MS. BONJEAN) In fact, you've always had a
11 significant financial problem in your personal life, right?
12 MR. LEINENWEBER: Objection to form,
13 foundation.
14 A. Take the Fifth.
15 Q. (BY MS. BONJEAN) You had multiple child support
16 payments to pay, correct?
17 A. Take the Fifth.
18 Q. And you had over a dozen children that you had to
19 support, right?
20 A. Take the Fifth.
21 Q. A lot of wives and ex-girlfriends and other people
22 who wanted money from you, right?
23 MR. LEINENWEBER: Objection to form,
24 foundation. Also argumentative and compound.
25 A. Take the Fifth.

Page 141

1  Q. (BY MS. BONJEAN) But you had a lot of financial
2  responsibilities. Is that fair to say?
3  A. Take the Fifth.
4  Q. You were supporting, again, over a dozen children,
5  right?
6       MR. LEINENWEBER: Objection, form. Asked and
7  answered.
8  A. Take the Fifth.
9  Q. (BY MS. BONJEAN) And had also child support
10 payments to be made, correct?
11      MR. LEINENWEBER: Objection to form. Asked
12 and answered several times.
13 A. Take the Fifth.
14 Q. (BY MS. BONJEAN) And as a result, you were very
15 amenable to helping Joseph Miedzianowski advance his drug
16 operation in exchange for money, correct?
17      MR. LEINENWEBER: Objection, form and
18 foundation. Argumentative.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) And you were more than willing to
21 help him frame people who he wanted to see off the streets
22 because they interfered with his drug profits, right?
23      MR. LEINENWEBER: Objection to form,
24 foundation. Compound question. Also argumentative.
25 A. Take the Fifth.

Page 142

1  Q. (BY MS. BONJEAN) And the Hernandez brothers were
2  two of those individuals that Joe Miedzianowski wanted off
3  the streets, correct?
4       MR. LEINENWEBER: Objection to form and
5  foundation.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) And then Juan Hernandez hired
8  Rick Beuke, which created a problem for you, right?
9       MR. LEINENWEBER: Objection to form and
10 foundation.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) Rick Beuke was one your friends
13 or had been for the last 15 years, right?
14      MR. LEINENWEBER: Objection to form. Asked
15 and answered.
16 A. Take the Fifth.
17 Q. (BY MS. BONJEAN) He had a lot of dirt on you,
18 didn't he?
19      MR. LEINENWEBER: Objection, form, foundation.
20 Argumentative.
21 A. Take the Fifth.
22 Q. (BY MS. BONJEAN) Well, he had personal knowledge
23 about a litany of crimes that you had committed in the years
24 that he had known you, right?
25      MR. LEINENWEBER: Objection to form,

Page 143

1  foundation. Argumentative.
2  A. Take the Fifth.
3  Q. (BY MS. BONJEAN) Rick Beuke was intimately
4  familiar with the misconduct that you had committed as a
5  Chicago police officer, correct?
6       MR. LEINENWEBER: Objection to form,
7  foundation. Also argumentative.
8  A. Take the Fifth.
9  Q. (BY MS. BONJEAN) And, of course, we know that Rick
10 Beuke actually was one of your co-conspirators and had
11 helped you carry out a number of the crimes that you
12 committed as a police officer, correct?
13      MR. LEINENWEBER: Objection to form,
14 foundation. Argumentative.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) So when it became apparent at
17 trial of the Hernandez brothers that Rick Beuke was possibly
18 going to prevent the convictions of the Hernandez brothers,
19 you decided to tell the State's Attorney about your
20 relationship with Rick Beuke, right?
21      MR. LEINENWEBER: Objection to form,
22 foundation.
23      DEFENSE COUNSEL: Join.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) And you had an interest in seeing

Page 144

1  Rick Beuke off the case at that point, correct?
2       MR. LEINENWEBER: Objection to form,
3  foundation. Argumentative.
4  A. Take the Fifth.
5  Q. (BY MS. BONJEAN) Was it your interest in seeing
6  him off the case, or did Joe Miedzianowski want Beuke off
7  the case of the Hernandez brothers? Or both of you?
8       MR. LEINENWEBER: Objection to form. Compound
9  question.
10 A. Take the Fifth.
11 Q. (BY MS. BONJEAN) In fact, at that point wasn't
12 Joseph Miedzianowski either already arrested and charged for
13 a range of crimes, including RICO conspiracy, by the Feds?
14      MR. LEINENWEBER: Objection to form,
15 foundation.
16 A. Take the Fifth.
17 Q. (BY MS. BONJEAN) In fact, you were actually trying
18 to track down Fred Rock at some point with Miedzianowski,
19 right?
20      MR. LEINENWEBER: Objection to form and
21 foundation.
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) Do -- do you know a woman by the
24 name of Jondalyn Fields?
25 A. Take the Fifth.

Page 145

1   Q. And did you speak with Jondalyn Fields trying to
2  locate Fred Rock?
3   A. Take the Fifth.
4   Q. (BY MS. BONJEAN) Now, you not only profited from
5  assisting Joseph Miedzianowski in his drug operation, you
6  also would shake down lower level drug dealers like Jose
7  Maysonet, right?
8       MR. LEINENWEBER: Objection, form, foundation,
9  argumentative, compound.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) By the way, Jason Rivera, he was
12  one of your street sources, correct?
13       MR. LEINENWEBER: Objection, foundation.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) Jason Rivera was someone that you
16  compensated in order to provide testimony or -- in cases,
17  correct, that -- strike that.
18       Jason Rivera was one of your street sources,
19  right?
20       MR. LEINENWEBER: Objection to form.
21   A. Take the Fifth.
22   Q. (BY MS. BONJEAN) He also ended up being an alleged
23  witness in a number of cases that you investigated, correct?
24       MR. LEINENWEBER: Objection, form.
25   A. Take the Fifth.

Page 146

1   Q. (BY MS. BONJEAN) And he also testified falsely in
2  cases including, I believe, the murder of Junito, right?
3       MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) How many cases did you use Jason
7  Rivera on in some capacity, either as a witness or source,
8  anything?
9       MR. LEINENWEBER: Objection to form and
10  foundation.
11   A. Take the Fifth.
12   Q. (BY MS. BONJEAN) How much money have you paid
13  Jason Rivera during the course of knowing him?
14       MR. LEINENWEBER: Objection to form,
15  foundation. Also argumentative.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) Jason Rivera's mother worked at
18  Area 5 in the lockup, correct?
19   A. Take the Fifth.
20   Q. The women -- it was the Area 5 lockup for women,
21  correct?
22   A. Take the Fifth.
23   Q. Elisia, is that her name, Mr. Guevara?
24   A. Take the Fifth.
25   Q. Elisia you know quite well, right?

Page 147

1   A. Take the Fifth.
2   Q. In fact, you had a sexual relationship with Elisia,
3  didn't you?
4       MR. LEINENWEBER: Objection to form,
5  foundation, argumentative, harassing.
6   A. Take the Fifth.
7   Q. (BY MS. BONJEAN) And her son Jason Rivera was one
8  of your reliable snitches, correct?
9       MR. LEINENWEBER: Objection to form,
10  foundation, argumentative.
11   A. Take the Fifth.
12   Q. (BY MS. BONJEAN) And Jason Rivera would lie at
13  your request all the time, right?
14       MR. LEINENWEBER: Objection to form,
15  foundation, argumentative.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) Jason Rivera was willing to lie
18  in order to help you frame people for crimes they didn't
19  commit; isn't that right?
20       MR. LEINENWEBER: Objection to form,
21  foundation. Also argumentative.
22   A. Take the Fifth.
23       MS. BONJEAN: Sorry. Give me one second.
24   Q. (BY MS. BONJEAN) Jason Rivera was a witness in the
25  case against Daniel Rodriguez, right?

Page 148

1       MR. LEINENWEBER: Objection to form and
2  foundation.
3   A. Take the Fifth.
4   Q. (BY MS. BONJEAN) Did he also testify in a murder
5  case involving an individual, I believe, Cortez? Is that
6  his last name?
7       MR. LEINENWEBER: Objection to form,
8  foundation, compound question.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) Wasn't he a snitch in the case
11  against Cortez? I think Cortez's nickname was "Boriqua"?
12  Is that correct?
13       MR. LEINENWEBER: Same objections.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) And he gave false testimony in
16  that case. And I think Cortez ended up on death row, at
17  least on one case; is that right?
18       MR. LEINENWEBER: Same objections.
19   A. Take the Fifth.
20   Q. (BY MS. BONJEAN) Now, in the summer of 1988 you
21  and Joseph Miedzianowski were -- both gang crime
22  specialists; isn't that right?
23   A. Take the Fifth.
24   Q. And you were assisting each other in a number of
25  ways to, again, profit from the drug epidemic that was

Page 149

1  occurring in Humboldt Park, correct?
2      MR. LEINENWEBER: Objection to form,
3  foundation.
4      A. Take the Fifth.
5      Q. (BY MS. BONJEAN) Your goal as a police officer was
6  not to help your community, correct?
7      MR. LEINENWEBER: Objection to form,
8  foundation. Also argumentative.
9      A. Take the Fifth.
10     Q. (BY MS. BONJEAN) You were not trying to help solve
11 the drug problem that was occurring in Humboldt Park, right?
12     MR. LEINENWEBER: Same objections.
13     A. Take the Fifth.
14     Q. (BY MS. BONJEAN) You were trying to profit from
15 it; isn't that correct?
16     MR. LEINENWEBER: Objection to form,
17 foundation. Also argumentative.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) And you were willing to frame
20 people for crimes they didn't commit in order to profit from
21 the drug -- drug epidemic that was occurring specifically in
22 the Humboldt Park area, correct?
23     MR. LEINENWEBER: Objection to form,
24 foundation. Also argumentative.
25     A. Take the Fifth.

Page 150

1      Q. (BY MS. BONJEAN) And in the summer of 1988, you
2  and Joseph Miedzianowski raided Jose Maysonet's home; isn't
3  that right?
4      MR. LEINENWEBER: Objection to form and
5  foundation.
6      A. Take the Fifth.
7      Q. (BY MS. BONJEAN) You were aware that Jose Maysonet
8  was associated with the Latin Kings street gang and had been
9  selling drugs; isn't that right?
10     A. Take the Fifth.
11     Q. And when you see someone selling drugs, your goal
12 isn't necessarily try to arrest them so that they'll stop
13 selling drugs, right?
14     MR. LEINENWEBER: Objection to form,
15 foundation, argumentative.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) Your goal was to profit off of
18 them. That was your motivation, right?
19     MR. LEINENWEBER: Objection to form,
20 foundation, compound. Also argumentative.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) In fact, you -- you -- you didn't
23 make a lot of drug arrests, did you?
24     MR. LEINENWEBER: Objection to form and
25 foundation.

Page 151

1      A. Take the Fifth.
2      Q. (BY MS. BONJEAN) So you raided Mr. Maysonet's home
3  with Joseph Miedzianowski sometime in spring, summer of
4  1988; isn't that right?
5      A. Take the Fifth.
6      Q. And you searched his home looking for guns, drugs,
7  that type of thing, but you didn't find any, correct?
8      MR. LEINENWEBER: Objection to form,
9  foundation, compound question.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And isn't it true that you told
12 him that, "I know what you're up to. And if you want to
13 continue selling drugs in this neighborhood, you got to pay
14 to do it," right?
15     MR. LEINENWEBER: Objection to form and
16 foundation.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) Now, I'm sure you used different
19 language because you were speaking in Spanish, right?
20     MR. LEINENWEBER: Objection to form and
21 foundation.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) I'm sure you used different words
24 to convey that sentiment, correct?
25     MR. LEINENWEBER: Same objections.

Page 152

1      A. Take the Fifth.
2      Q. (BY MS. BONJEAN) But, in essence, you told
3  Mr. Maysonet in Spanish that if he wanted to continue
4  selling drugs in the Humboldt Park area, that there was
5  going to be a cost for doing that business, didn't you?
6      MR. LEINENWEBER: Objection to form,
7  foundation. Also asked and answered.
8      A. Take the Fifth.
9      Q. (BY MS. BONJEAN) And shortly after you raided
10 Mr. Maysonet's home, you had a more formal introduction to
11 him a couple of months later; isn't that right?
12     MR. LEINENWEBER: Objection to form and
13 foundation.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) You were at a restaurant over on
16 North Avenue that served as a front for narcotics activity;
17 isn't that right?
18     MR. LEINENWEBER: Objection to form and
19 foundation.
20     A. Take the Fifth.
21     Q. (BY MS. BONJEAN) And -- and I'm talking about
22 maybe late 1988. You and Joseph Miedzianowski were at a
23 Cuban restaurant on North Avenue meeting with whoever ran
24 the restaurant; isn't that right?
25     MR. LEINENWEBER: Objection to form,

Page 153

1  foundation, compound question.
2      A.  Take the Fifth.
3      Q.  (BY MS. BONJEAN)  And Mr. Maysonet was also in the
4  restaurant at that time, correct?
5      A.  Take the Fifth.
6      Q.  And the owner of the restaurant introduced
7  Mr. Maysonet to you and Joe Miedzianowski in the kitchen
8  area; isn't that correct?
9      A.  Take the Fifth.
10     Q.  And isn't it right that the owner of the restaurant
11  who was someone who was either a narcotics dealer or
12  supplier addressed Mr. Maysonet in Spanish in your presence,
13  correct?
14         MR. LEINENWEBER:  Objection to form and
15  foundation.
16     A.  Take the Fifth.
17     Q.  (BY MS. BONJEAN)  And he said if you want to -- "If
18  you want to sell drugs around here, these are the officers
19  that you need to know," correct?
20         MR. LEINENWEBER:  Same objections.
21     A.  Take the Fifth.
22     Q.  (BY MS. BONJEAN)  And that was you and Joseph
23  Miedzianowski in the kitchen of this Cuban restaurant on
24  North Avenue either in late 1988, maybe very early 1989.
25  Sound right?

Page 154

1          MR. LEINENWEBER:  Objection to form and
2  foundation.
3      A.  Take the Fifth.
4      Q.  (BY MS. BONJEAN)  And isn't it true that you told
5  Jose in Spanish that you'd be in contact with him about how
6  he could pay you in order to avoid police interference in
7  his drug dealing?
8          MR. LEINENWEBER:  Objection to form,
9  foundation, compound, and argumentative.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And you later had a conversation
12  with Jose Maysonet about your expectation of being paid
13  money if he was going to sell narcotics in the area,
14  correct?
15         MR. LEINENWEBER:  Same objections.
16     A.  Take the Fifth.
17     Q.  (BY MS. BONJEAN)  And isn't it true that Jose then
18  started paying you money from that day forward?
19         MR. LEINENWEBER:  Same objections.
20     A.  Take the Fifth.
21     Q.  (BY MS. BONJEAN)  And he paid you what?  What,
22  roughly about a thousand dollars a week so that he could
23  continue to engage in drug sales and you would make sure
24  that no police officers arrested him, right?
25         MR. LEINENWEBER:  Same objections.

Page 155

1      A.  Take the Fifth.
2      Q.  (BY MS. BONJEAN)  And you did not arrest him
3  yourself, correct?
4          MR. LEINENWEBER:  Same objections.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  Now, was that money that you
7  shared with Joe Miedzianowski, or was that just money that
8  you kept for yourself, the money that you took from Jose
9  Maysonet?
10         MR. LEINENWEBER:  Objection to form,
11  foundation, compound question, and also argumentative.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  Now, you and Mr. Maysonet
14  actually became cordial with each other, friendly with each
15  other; isn't that right?
16     A.  Take the Fifth.
17     Q.  You actually have been in his home, haven't you?
18     A.  Take the Fifth.
19     Q.  Actually his sister has actually cooked meals for
20  you; isn't that correct?
21     A.  Take the Fifth.
22     Q.  Mr. Maysonet has arranged for you to have sex with
23  younger girls; isn't that right?
24         MR. LEINENWEBER:  Objection to form,
25  foundation.  Also argumentative and harassing.

Page 156

1      A.  Take the Fifth.
2      Q.  (BY MS. BONJEAN)  How many of those girls were
3  underage, Mr. Guevara?
4          MR. LEINENWEBER:  Same objections.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  How many girls underage did you
7  have sexual relationships with during this time period?
8          MR. LEINENWEBER:  Objection to form,
9  foundation, relevance, and argumentative.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  You would agree with having sex
12  with underage girls is a crime, correct?
13         MR. LEINENWEBER:  Same objections.  Also
14  harassing.
15     A.  Take the Fifth.
16     Q.  (BY MS. BONJEAN)  In fact, I don't think there's
17  any statute of limitations on having sex with girls
18  underage, is there?
19         MR. LEINENWEBER:  Objection to form,
20  foundation, calls for a legal conclusion, harassing.  Also
21  argumentative.
22     A.  Take the Fifth.
23     Q.  (BY MS. BONJEAN)  Did you meet Mr. Maysonet's
24  mother as well?
25         MR. LEINENWEBER:  Objection to foundation.

Page 157

1   A.  Take the Fifth.
2   Q.  (BY MS. BONJEAN)  When you were hanging out with
3   Mr. Maysonet, did it feel like the old days when you were a
4   Latin King?
5        MR. LEINENWEBER:  Objection to foundation.
6   Also argumentative.
7   A.  Take the Fifth.
8        MS. BONJEAN:  We have five minutes?  You want
9   to take a break now?
10       MR. LEINENWEBER:  Yeah, that's fine.
11  Whenever.
12       MS. BONJEAN:  We can go off.
13       THE VIDEOGRAPHER:  Time off the record is
14  1:04.
15       (Break taken from 1:04 p.m. to 1:38 p.m.)
16       THE VIDEOGRAPHER:  We're now back on the
17  record at 1:38.
18  Q.  (BY MS. BONJEAN)  So, Mr. Guevara, you had a -- a
19  relationship with Mr. Maysonet that involved him paying you
20  money, correct?
21       MR. LEINENWEBER:  Objection to form and
22  foundation.
23  A.  Take the Fifth.
24  Q.  (BY MS. BONJEAN)  It was a relationship in which
25  you held all the power, correct?

Page 158

1        MR. LEINENWEBER:  Objection to form,
2   foundation.  Also argumentative.
3   A.  Take the Fifth.
4   Q.  (BY MS. BONJEAN)  Well, you were a police officer
5   who had the ability to arrest him, correct?
6        MR. LEINENWEBER:  Same objections.
7   A.  Take the Fifth.
8   Q.  (BY MS. BONJEAN)  You knew that he was selling
9   drugs in the area, correct?
10       MR. LEINENWEBER:  Same objections.
11  A.  Take the Fifth.
12  Q.  (BY MS. BONJEAN)  And you demanded that he pay you
13  a sum of money to continue selling narcotics in the area,
14  right?
15       MR. LEINENWEBER:  Same objections.
16  A.  Take the Fifth.
17  Q.  (BY MS. BONJEAN)  And if he had refused to pay you
18  money in exchange for selling narcotics in the area, you
19  would have had him arrested, correct?
20       MR. LEINENWEBER:  Same objections.
21  A.  Take the Fifth.
22  Q.  (BY MS. BONJEAN)  In fact, when you previously told
23  Mr. Maysonet that there was a cost for selling drugs, what
24  you meant was you have to pay in order to do that without
25  going to jail, correct?

Page 159

1        MR. LEINENWEBER:  Objection to form,
2   foundation, compound question.  Also argumentative.
3   A.  Take the Fifth.
4   Q.  (BY MS. BONJEAN)  And when you spoke to
5   Mr. Maysonet, you did so in the Spanish language, correct?
6   A.  Take the Fifth.
7   Q.  Now, Mr. Maysonet paid you this protection money
8   over the course of about a year.  Is that fair to say?
9        MR. LEINENWEBER:  Objection to form,
10  foundation.
11  A.  Take the Fifth.
12  Q.  (BY MS. BONJEAN)  But eventually you and
13  Mr. Maysonet had a bit of an argument related to one of his
14  friends, Santiago Sanchez, correct?
15       MR. LEINENWEBER:  Objection to form,
16  foundation.
17  A.  Take the Fifth.
18  Q.  (BY MS. BONJEAN)  Santiago Sanchez went by the
19  nickname Macho, right?
20       MR. LEINENWEBER:  Objection to form and
21  foundation.
22  A.  Take the Fifth.
23  Q.  (BY MS. BONJEAN)  And he was one of the guys that
24  worked with Mr. Maysonet in selling drugs in the area where
25  they sold drugs, which was over on -- is it Pierce -- Pierce

Page 160

1   Street or Pierce Avenue; is that right?
2        MR. LEINENWEBER:  Objection to form,
3   foundation, and compound question.
4   A.  Take the Fifth.
5   Q.  (BY MS. BONJEAN)  Pierce and Kedzie, correct?  That
6   was the area; is that right?
7        MR. LEINENWEBER:  Same objections.
8   A.  Take the Fifth.
9   Q.  (BY MS. BONJEAN)  And Santiago Sanchez was arrested
10  in connection with a shooting and charged with attempted
11  murder; isn't that right?
12       MR. LEINENWEBER:  Objection to form and
13  foundation.
14  A.  Take the Fifth.
15  Q.  (BY MS. BONJEAN)  And Mr. Maysonet was upset that
16  his friend had been charged with a crime that he believed
17  was an unjust charge, right?
18       MR. LEINENWEBER:  Objection to form and
19  foundation.
20  A.  Take the Fifth.
21  Q.  (BY MS. BONJEAN)  And, in fact, he confronted you
22  about that and said, you know, "Why did -- why are -- why
23  are you-all charging my friend Macho with this crime?  He
24  had nothing to do with this," right?
25       MR. LEINENWEBER:  Objection to form and

Page 161

1 foundation.
2 　A.　Take the Fifth.
3 　Q.　(BY MS. BONJEAN)　Were you personally involved in
4 the arrest of Santiago Sanchez, or was it other detectives
5 or officers from Area 5?
6 　　　　MR. LEINENWEBER:　Objection, form and
7 foundation.
8 　A.　Take the Fifth.
9 　Q.　(BY MS. BONJEAN)　And you were unsympathetic to
10 Mr. Maysonet's complaint; isn't that correct?
11 　　　　MR. LEINENWEBER:　Same objections.
12 　A.　Take the Fifth.
13 　Q.　(BY MS. BONJEAN)　You had no intention of remedying
14 his complaint about Mr. Sanchez being falsely accused of
15 this attempt murder or shooting, right?
16 　　　　MR. LEINENWEBER:　Objection to form,
17 foundation, and compound question.
18 　A.　Take the Fifth.
19 　Q.　(BY MS. BONJEAN)　Now, you're aware that on May
20 21st, 1990, Santiago Sanchez committed suicide; is that
21 right?
22 　　　　MR. LEINENWEBER:　Objection to form and
23 foundation.
24 　A.　Take the Fifth.
25 　Q.　(BY MS. BONJEAN)　He had actually had a court date

Page 162

1 in connection with his charges, and he missed the court date
2 and committed suicide later that day.　Do you recollect
3 that?
4 　　　　MR. LEINENWEBER:　Objection to form and
5 foundation.
6 　A.　Take the Fifth.
7 　Q.　(BY MS. BONJEAN)　And do you recall having an
8 interaction with Mr. Maysonet where Mr. Maysonet was quite
9 upset about his friend Santiago Sanchez having committed
10 suicide?
11 　　　　MR. LEINENWEBER:　Objection to form and
12 foundation.
13 　A.　Take the Fifth.
14 　Q.　(BY MS. BONJEAN)　And, in fact, he was -- he
15 accused you and your colleagues of essentially causing
16 Mr. Sanchez's suicide; isn't that right?
17 　　　　MR. LEINENWEBER:　Objection to form and
18 foundation.
19 　A.　Take the Fifth.
20 　Q.　(BY MS. BONJEAN)　And it was from that day forward
21 Mr. Maysonet stopped paying you protection money; isn't that
22 right?
23 　　　　MR. LEINENWEBER:　Objection to form and
24 foundation.
25 　A.　Take the Fifth.

Page 163

1 　Q.　(BY MS. BONJEAN)　Now, you became a homicide
2 detective in the year of 1990.　What month was it that you
3 became a homicide detective?
4 　A.　Take the Fifth.
5 　Q.　By the time that you interrogated Mr. Maysonet in
6 connection with the Wiley brothers' murders, you were
7 already an Area 5 detective, correct?
8 　　　　MR. LEINENWEBER:　Objection to form and
9 foundation.
10 　A.　Take the Fifth.
11 　Q.　(BY MS. BONJEAN)　But were you already a detective
12 at the time the Wiley brother -- the Wiley brothers were
13 murdered, which was on May 25th of 1990?
14 　　　　MR. LEINENWEBER:　Objection to form and
15 foundation.
16 　A.　Take the Fifth.
17 　Q.　(BY MS. BONJEAN)　That was in and around the time
18 that you were meritoriously promoted to detective; isn't
19 that correct?
20 　　　　MR. LEINENWEBER:　Objection to form and
21 foundation.
22 　A.　Take the Fifth.
23 　Q.　(BY MS. BONJEAN)　In fact, the Wiley brothers'
24 murders may have been one of the first murders that you
25 investigated as a -- a -- a detective at Area 5; isn't that

Page 164

1 right?
2 　　　　MR. LEINENWEBER:　Objection to form and
3 foundation.
4 　A.　Take the Fifth.
5 　Q.　(BY MS. BONJEAN)　I know that you were actively
6 involved in murder investigations before that date as a gang
7 crime specialist, but as a detective, the Wiley brothers'
8 murders was one of -- probably one of the first; isn't that
9 correct?
10 　　　　MR. LEINENWEBER:　Objection to form and
11 foundation.
12 　A.　Take the Fifth.
13 　Q.　(BY MS. BONJEAN)　And, of course, you remember when
14 Mr. Sanchez committed suicide because this created a lot of
15 emotion in the community, correct?
16 　　　　MR. LEINENWEBER:　Objection to form and
17 foundation.
18 　A.　Take the Fifth.
19 　Q.　(BY MS. BONJEAN)　Of course, losing loved ones at a
20 young age was fairly commonplace in Humboldt Park, but
21 suicide was not a common occurrence.　Would you agree with
22 that?
23 　　　　MR. LEINENWEBER:　Objection to form and
24 foundation.
25 　A.　Take the Fifth.

Page 165

1    Q. (BY MS. BONJEAN) Particularly --
2         DEFENSE COUNSEL: Also speculation.
3    Q. Particularly the suicide of a young person. This
4  was not something that was an everyday occurrence; isn't
5  that fair to say?
6         MR. LEINENWEBER: Same objections to form and
7  foundation.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) And when people who are members
10 of gangs die in a tragic way, you would agree that most of
11 the gang members come out during the funeral to support
12 their -- their friends and their -- their -- their
13 community. Would you agree with that?
14        MR. LEINENWEBER: Objection to form and
15 foundation.
16   A. Take the Fifth.
17        DEFENSE COUNSEL: Also calls for speculation.
18   Q. (BY MS. BONJEAN) And on May 24th, 1990,
19 Mr. Sanchez was being prepared to be buried; isn't that
20 fair?
21        MR. LEINENWEBER: Objection to form.
22   A. Take the Fifth.
23        MR. LEINENWEBER: Foundation. Excuse me.
24   Q. (BY MS. BONJEAN) I believe he -- either was a
25 wake on that day for him where -- or a visitation. Is that

Page 166

1  fair?
2         MR. LEINENWEBER: Same objections.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) Did you attend Santiago Sanchez's
5  visitation?
6         MR. LEINENWEBER: Objection to form and
7  foundation.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) You sometimes went to the
10 funerals of victims of gang violence in order to try to
11 investigate the case, right?
12        MR. LEINENWEBER: Objection to form and
13 foundation. Also compound question.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) So on the morning of May 25th of
16 1990, Santiago Sanchez was buried; isn't that right?
17        MR. LEINENWEBER: Objection to form and
18 foundation.
19   A. Take the Fifth.
20   Q. (BY MS. BONJEAN) There was -- his funeral was held
21 that day, correct?
22        MR. LEINENWEBER: Same objection.
23   A. Take the Fifth.
24   Q. (BY MS. BONJEAN) And his funeral was attend by
25 numerous members of the Latin King street gang, right?

Page 167

1         MR. LEINENWEBER: Same objections.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) And -- and also the day of
4  Mr. Sanchez's funeral happened to be the day that the
5  Torrence -- strike that.
6         The day of Mr. Sanchez's funeral, which was
7  May 25th, 1990, also happened to be the day that Torrence
8  and Kevin Wiley were shot and killed on North Avenue,
9  correct?
10        MR. LEINENWEBER: Objection to form and
11 foundation.
12   A. I take the Fifth.
13   Q. (BY MS. BONJEAN) In fact, Torrence and Kevin Wiley
14 were shot and killed around 1:00 a.m. on May 25th, 1990,
15 right?
16        MR. LEINENWEBER: Same objections to form and
17 foundation.
18   A. I take the Fifth.
19   Q. (BY MS. BONJEAN) And Santiago Sanchez's funeral
20 occurred maybe later that morning, 9:00, 10:00 o'clock,
21 something along those lines; is that right?
22        MR. LEINENWEBER: Objections to form and
23 foundation.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) Now, were you present at the

Page 168

1  scene of Torrence and Kevin Wileys' murders after --
2  immediately after they were shot?
3         MR. LEINENWEBER: Objection to form and
4  foundation.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) Did you go to the scene to survey
7  the scene after their bodies -- while their bodies were
8  still at the scene?
9         MR. LEINENWEBER: Same objections.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) You, of course, know that
12 Torrence and Kevin Wiley were two African-American men in
13 their mid 20s?
14        MR. LEINENWEBER: Objection to form and
15 foundation.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) They were shot and killed in a
18 vacant lot at 3428 West North Avenue. You're aware of that,
19 right?
20        MR. LEINENWEBER: Same objections.
21   A. Take the Fifth.
22   Q. (BY MS. BONJEAN) And you, of course, knew that
23 they were not associated with any street gangs, correct?
24        MR. LEINENWEBER: Objection to form,
25 foundation. Also calls for speculation.

Page 169

1     A.  Take the Fifth.
2     Q.  (BY MS. BONJEAN)  And you knew that they were not
3  involved with any known drug activity in the Humboldt Park
4  area, right?
5         MR. LEINENWEBER:  Objection to form,
6  foundation.  And also calls for speculation.
7     A.  Take the Fifth.
8     Q.  (BY MS. BONJEAN)  Their bodies were found in Latin
9  King territory, but you had no reason to believe that their
10  murders was gang related in any way, correct?
11         MR. LEINENWEBER:  Objection to form,
12  foundation.  Also calls for speculation.
13     A.  Take the Fifth.
14     Q.  (BY MS. BONJEAN)  You knew that there were no
15  eyewitnesses to the crime, right?
16         MR. LEINENWEBER:  Objection to form and
17  foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  Did you have much familiarity
20  with the actual murders of the -- of the Wiley brothers
21  in -- in and around May 25th, 1990?
22         MR. LEINENWEBER:  Objection to form and
23  foundation.
24     A.  Take the Fifth.
25     Q.  (BY MS. BONJEAN)  Or was this one of those cases

Page 170

1  where you came in later to essentially get it closed?
2         MR. LEINENWEBER:  Objection to form and
3  foundation.  Also argumentative.
4     A.  Take the Fifth.
5     Q.  (BY MS. BONJEAN)  Well, you didn't play any role in
6  the initial investigation, correct?
7         MR. LEINENWEBER:  Objection to form and
8  foundation.
9     A.  Take the Fifth.
10     Q.  (BY MS. BONJEAN)  You did not interview occurrence
11  witnesses; fair to say?
12         MR. LEINENWEBER:  Objection to form and
13  foundation.
14     A.  Take the Fifth.
15     Q.  (BY MS. BONJEAN)  But you were generally aware of
16  the circumstances of the Wiley brothers' murders because the
17  police reports that were prepared were available to
18  detectives at Area 5, correct?
19         MR. LEINENWEBER:  Objection to form,
20  foundation.  It's also a compound question.
21     A.  Take the Fifth.
22     Q.  (BY MS. BONJEAN)  I want to pause for a second and
23  ask you some questions about police reports and how they
24  were maintained at Area 5.
25         There's something called an investigative

Page 171

1  file, correct?
2         MR. LEINENWEBER:  Objection to form,
3  foundation.
4     A.  Take the Fifth.
5     Q.  (BY MS. BONJEAN)  And when there is a murder in
6  Area 5, there would be an investigative file that was opened
7  up or prepared in which all the reports that were prepared
8  in connection with the investigation would be placed,
9  correct?
10         MR. LEINENWEBER:  Objection to form,
11  foundation.  And it's a compound question.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  An investigative file is the file
14  that documents the investigation of any given crime,
15  correct?
16         MR. LEINENWEBER:  Objection to form and
17  foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  And these files were maintained
20  at Area 5 in filing cabinets, organized by RD number, right?
21         MR. LEINENWEBER:  Objection to form and
22  foundation.
23     A.  Take the Fifth.
24     Q.  (BY MS. BONJEAN)  And each file is supposed to
25  contain a log, an inventory log that would document every

Page 172

1  report that was placed into the investigative file, right?
2         MR. LEINENWEBER:  Objection to form and
3  foundation.
4     A.  Take the Fifth.
5     Q.  (BY MS. BONJEAN)  And these investigative files
6  were organized in filing cabinets that were in an office on
7  the second floor at Area 2 -- Area 5, correct?
8         MR. LEINENWEBER:  Same objections.
9     A.  Take the Fifth.
10     Q.  (BY MS. BONJEAN)  And detectives could access those
11  investigative files by going into that room and taking the
12  files out and reviewing the documents in them; isn't that
13  right?
14         MR. LEINENWEBER:  Objection to form,
15  foundation, calls for speculation.
16     A.  Take the Fifth.
17     Q.  (BY MS. BONJEAN)  And there were also something
18  called "office files" that were maintained in the sergeant's
19  office, right?
20         MR. LEINENWEBER:  Objection to form and
21  foundation.
22     A.  Take the Fifth.
23     Q.  (BY MS. BONJEAN)  This was a parallel filing system
24  that was maintained in -- in the office of the -- of your --
25  of the detective supervisors, correct?

Page 173

1    MR. LEINENWEBER: Objection to form and
2 foundation.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) And those office files sometimes
5 contained material that wouldn't necessarily go into the
6 investigative file, correct?
7    MR. LEINENWEBER: Objection to form,
8 foundation. Also argumentative.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) In fact, there was sometimes
11 information that was prepared in the course of an
12 investigation that a detective didn't necessarily want to go
13 into the investigative file but wanted to keep in the office
14 file, correct?
15    MR. LEINENWEBER: Objection to form and
16 foundation. Also argumentative.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) And that's because those office
19 files were never handed over to the Cook County State's
20 Attorney's Office but, rather, just maintained in -- at --
21 at Area 5, right?
22    MR. LEINENWEBER: Objection to form,
23 foundation. Also calls for speculation. It's
24 argumentative.
25    A. Take the Fifth.

Page 174

1    Q. (BY MS. BONJEAN) In fact, it was a way to conceal
2 reports that you did not want to make their way to the Cook
3 County State's Attorney's Office and/or defense attorneys,
4 right?
5    MR. LEINENWEBER: Objection to form,
6 foundation. It's also object -- argumentative.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) In short, it was a way to conceal
9 exculpatory material if you wanted to, correct?
10    MR. LEINENWEBER: Objection to form,
11 foundation, argumentative.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) For instance, if -- if there was
14 a case where there was a lineup in which the target or
15 suspect that was in the lineup was not chosen by the witness
16 and a report was prepared to reflect what happened during
17 that lineup, that report might go into the office file,
18 correct?
19    MR. LEINENWEBER: Objection to form,
20 foundation, compound question, and incomplete hypothetical.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) Did you document lineups in which
23 someone other than the suspect was identified, Mr. Guevara?
24    MR. LEINENWEBER: Objection to form and
25 foundation.

Page 175

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) Let me ask it this way: Did you
3 always identify the lineups -- or the outcomes of lineups
4 regardless of -- of who was identified?
5    MR. LEINENWEBER: Objection to form and
6 foundation.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) For example, was it your practice
9 to have memorialized a lineup even if someone other than the
10 target or subject of that -- or suspect in that lineup was
11 identified?
12    MR. LEINENWEBER: Objection to form and
13 foundation.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) Was it your practice to
16 memorialize a lineup even if, for instance, a filler was
17 identified as the offender?
18    MR. LEINENWEBER: Objection to form and
19 foundation.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) Or did you only memorialize
22 lineups in which the witness identified the target or the
23 suspect of -- that -- that was placed into the lineup?
24    MR. LEINENWEBER: Objection to form and
25 foundation.

Page 176

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) And if a lineup procedure
3 resulted in the identification of someone other than the
4 suspect or the person you had determined was the suspect,
5 did you ensure that that identification was memorialized in
6 a report?
7    MR. LEINENWEBER: Objection to form,
8 foundation.
9    A. Take the Fifth.
10    MR. LEINENWEBER: Also Josh just got cut off.
11 He's calling back in right now.
12    MS. BONJEAN: Okay.
13    MR. LEINENWEBER: Do you mind if we just pause
14 for a sec?
15    MS. BONJEAN: Sure.
16    (Discussion off the record.)
17    Q. (BY MS. BONJEAN) Isn't it true that you would
18 sometimes conceal reports in the office file that were
19 exculpatory for the person who was charged?
20    MR. LEINENWEBER: Objection to form,
21 foundation, argumentative. Also asked and answered.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) And sometimes you would simply
24 fail to report or memorialize events in an investigation
25 that would be exculpatory or suggest that the person who you

Page 177

1 were charging with the crime didn't do the crime, right?
2     MR. LEINENWEBER: Objection to form,
3 foundation. Also a compound question.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) And, in fact, oftentimes it was
6 your practice to not report or memorialize actions you took
7 during an investigation till -- till the investigation was
8 going to be closed or after it was closed; isn't that right?
9     MR. LEINENWEBER: Objection to form,
10 foundation. A compound question.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) And that way you could
13 memorialize or summarize the investigation in a way that
14 supported your theory of who did it, right?
15     MR. LEINENWEBER: Objection to form and
16 foundation. It's also argumentative.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) You could memorialize all the
19 events that occurred during the investigation that pointed
20 to the guy that you wanted to accuse or charge with the
21 crime, right?
22     MR. LEINENWEBER: Same objections. Also asked
23 and answered.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) And you could omit information

Page 178

1 from that report after the fact because -- strike that.
2     You could also omit information that
3 demonstrated that the person that you had charged was not
4 the offender, right?
5     MR. LEINENWEBER: Objection to form,
6 foundation, compound question. Also asked and answered.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) And that's one of the reasons
9 that you delayed making reports as a police officer, as a
10 detective at Area 5, right?
11     MR. LEINENWEBER: Objection to form,
12 foundation. Also argumentative.
13     A. Take the Fifth.
14     Q. (BY MS. BONJEAN) So that you didn't memorialize
15 something too early in the investigation that turned out to
16 be unhelpful or -- or -- or suggested that the guy that you
17 charged wasn't the guy that did the crime, correct?
18     MR. LEINENWEBER: Objection to form,
19 foundation. Also argumentative.
20     A. Take the Fifth.
21     Q. (BY MS. BONJEAN) And, in fact, that was not only
22 your practice. That was the practice of most detectives at
23 Area 5, right?
24     MR. LEINENWEBER: Objection to form,
25 foundation, argumentative. Also calls for speculation.

Page 179

1     A. Take the Fifth.
2     Q. (BY MS. BONJEAN) In fact, when you were trained as
3 a detective, you were trained to delay reporting or
4 memorializing your investigative acts, right?
5     MR. LEINENWEBER: Objection to form,
6 foundation. Also calls for speculation.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) You were -- you were trained or
9 advised by your supervisors not to actually make
10 contemporaneous notes of your investigation; isn't that
11 right?
12     MR. LEINENWEBER: Objection to form,
13 foundation.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) Because until you know how it's
16 all going to shake out, you don't want to actually put
17 something in writing that might messy the case up, right?
18     MR. LEINENWEBER: Objection to form,
19 foundation. Also argumentative.
20     A. Take the Fifth.
21     Q. (BY MS. BONJEAN) And by "messy the case up," I
22 mean you didn't want to memorialize a piece of evidence or a
23 fact that might be able to use by the defense at a later
24 point to suggest that the accused was actually not guilty of
25 the crime, correct?

Page 180

1     MR. LEINENWEBER: Objection to form and
2 foundation. And argumentative.
3     A. Take the Fifth.
4     Q. (BY MS. BONJEAN) Now -- so when the Wiley
5 brothers' bodies were found on North Avenue, you had
6 conversations with other detectives about this crime when it
7 first happened, right?
8     MR. LEINENWEBER: Objection to form,
9 foundation, compound question.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And the general attitude was that
12 there was not much of an interest in actually solving it,
13 the crime of two black men who were not gang members or not
14 drug addicts, right?
15     MR. LEINENWEBER: Objection to form,
16 foundation.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) Or drug -- or --
19     DEFENSE COUNSEL: Also argumentative. Sorry.
20     Q. (BY MS. BONJEAN) Or involved in drug sales, right?
21     MR. LEINENWEBER: Same objections.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) I mean, these guys were just
24 young -- young men in their mid 20s, not children but men,
25 right?

Page 181

1     MR. LEINENWEBER: Objection, form and
2 foundation.
3   A. Take the Fifth.
4   Q. (BY MS. BONJEAN) And they were not gangbangers,
5 correct?
6     MR. LEINENWEBER: Objection to form,
7 foundation. Also asked and answered.
8   A. Take the Fifth.
9   Q. (BY MS. BONJEAN) And there was no real effort on
10 the part of the Area 5 detectives to get to the bottom of
11 who killed these -- these individuals, correct?
12     MR. LEINENWEBER: Objection to form,
13 foundation. Also argumentative.
14   A. Take the Fifth.
15     DEFENSE COUNSEL: It calls for speculation.
16   Q. (BY MS. BONJEAN) Well, you've seen the police
17 reports in the case, correct?
18     MR. LEINENWEBER: Objection, form, foundation.
19   A. Take the Fifth.
20   Q. (BY MS. BONJEAN) I know you didn't look at them
21 today, but before you interrogated Mr. Maysonet in
22 connection with this crime, you certainly reviewed the
23 original police report and the supplemental police reports
24 that have been prepared at the time of the Wiley brothers'
25 murders, right?

Page 182

1     MR. LEINENWEBER: Objection to form,
2 foundation, argumentative.
3   A. Take the Fifth.
4   Q. (BY MS. BONJEAN) And those reports reflected that
5 this was probably a crime committed by someone who the
6 victims knew or it was something personal, right?
7     MR. LEINENWEBER: Objection to form,
8 foundation. Also calls for speculation.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) Well, I mean, you don't really
11 have to even be a good detective to figure out that these
12 guys were not going to be the target of gang violence,
13 right?
14     MR. LEINENWEBER: Objection to form,
15 foundation. Also argumentative.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) At least --
18     DEFENSE COUNSEL: And calls for speculation.
19   Q. (BY MS. BONJEAN) At least there was no reason to
20 believe that there was a gang dispute between these
21 gentlemen and any members of the community, correct?
22     MR. LEINENWEBER: Objection to form,
23 foundation, argumentative, and calls for speculation.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) And can you identify any

Page 183

1 investigative acts that you or any of your fellow detectives
2 took to try to figure out who was responsible for the Wiley
3 brothers' murders in and around the time that they were
4 shot?
5     MR. LEINENWEBER: Objection to form,
6 foundation, compound question.
7   A. Take the Fifth.
8   Q. (BY MS. BONJEAN) Okay. Now, after your -- strike
9 that.
10     In and around May of 1990, isn't it true that
11 Mr. Maysonet stopped paying you protection money? We talked
12 about that, right?
13     MR. LEINENWEBER: Objection to form,
14 foundation, and asked and answered.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) And after a while, that was
17 unacceptable to you, correct?
18     MR. LEINENWEBER: Objection to form,
19 foundation, argumentative, asked and answered.
20   A. Take the Fifth.
21   Q. (BY MS. BONJEAN) And that's when you decided that
22 you were going to have to deal with Mr. Maysonet by hooking
23 him up with a crime, right?
24     MR. LEINENWEBER: Objection to form and
25 foundation. And argumentative.

Page 184

1   A. Take the Fifth.
2   Q. (BY MS. BONJEAN) Not only because he had stopped
3 paying you protection money but that he also had information
4 about you that was not particularly flattering, correct?
5     MR. LEINENWEBER: Objection to form,
6 foundation, argumentative.
7   A. Take the Fifth.
8   Q. (BY MS. BONJEAN) He knew that you were a dirty cop
9 who took money, right?
10     MR. LEINENWEBER: Objection to form,
11 foundation. Argumentative.
12   A. Take the Fifth.
13   Q. (BY MS. BONJEAN) And it now appeared as if you and
14 he were enemies, correct?
15     MR. LEINENWEBER: Objection to form and
16 foundation.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) And that as a result, you decided
19 that he was going to have to be framed or hooked up,
20 correct?
21     MR. LEINENWEBER: Objection to form,
22 foundation, also argumentative.
23   A. Take the Fifth.
24   Q. (BY MS. BONJEAN) And isn't it true that you
25 discussed this fact that you -- you wanted to hook up or

Page 185

1  frame Mr. Maysonet with your fellow detective, Roland
2  Paulnitsky?
3          MR. LEINENWEBER: Objection to form,
4  foundation.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN) In fact, the detectives at Area 5
7  all worked pretty closely with each other, correct?
8          MR. LEINENWEBER: Objection to form and
9  foundation.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN) You collaborated together in
12 solving crimes, correct?
13         MR. LEINENWEBER: Objection to form and
14 foundation.
15     A.  Take the Fifth.
16     Q.  (BY MS. BONJEAN) And Roland Paulnitsky was someone
17 that you had worked on cases with previously, right?
18         MR. LEINENWEBER: Objection to form,
19 foundation.
20     A.  Take the Fifth.
21     Q.  (BY MS. BONJEAN) You weren't the best of friends.
22 That's fair to say, right?
23         MR. LEINENWEBER: Objection, form, foundation.
24 Also argumentative.
25     A.  Take the Fifth.

Page 186

1      Q.  (BY MS. BONJEAN) And isn't it true that on July
2  3rd of 1990 -- strike that. I'm sorry. Let me start that
3  again.
4          Isn't it true that -- well, on July 3rd, 1990,
5  were you aware the there was a shooting that had occurred
6  over on the 4 -- 4000 block of West Wabansia?
7          MR. LEINENWEBER: Objection to form and
8  foundation.
9      A.  Take the Fifth.
10     Q.  (BY MS. BONJEAN) And that this was a shooting
11 directed at members of the YOLD street gang?
12         MR. LEINENWEBER: Same objections.
13     A.  Take the Fifth.
14     Q.  (BY MS. BONJEAN) And you knew, of course, that the
15 YOLD street gang was at odds with Latin Kings, correct?
16         MR. LEINENWEBER: Objection to form and
17 foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN) And shortly after this shooting,
20 Mr. Maysonet was arrested in connection with this shooting,
21 correct?
22         MR. LEINENWEBER: Objection to form and
23 foundation.
24     A.  Take the Fifth.
25     Q.  (BY MS. BONJEAN) And you had discussed with

Page 187

1  Detective Paulnitsky your desire to get Mr. Maysonet off the
2  streets; isn't that right?
3          MR. LEINENWEBER: Objection to form,
4  foundation.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN) And Detective Paulnitsky was
7  happy to assist you in getting Mr. Maysonet off the street
8  and arrested Mr. Maysonet on July -- looks like, I believe,
9  July 16th, 1990?
10         MR. LEINENWEBER: Objection to form,
11 foundation. Compound question and calls for speculation.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN) Isn't it true that at your
14 direction, Detective Paulnitsky arrested Mr. Maysonet in
15 connection with the shooting on Wabansia actually on July
16 15th, 1990? Right?
17         MR. LEINENWEBER: Objection to form,
18 foundation.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN) And that was the first time that
21 Mr. Maysonet had been arrested with any type of serious
22 offense, correct?
23         MR. LEINENWEBER: Objection to form and
24 foundation.
25     A.  Take the Fifth.

Page 188

1      Q.  (BY MS. BONJEAN) Coincidentally, less than two
2  months after he stopped paying you protection money, right?
3          MR. LEINENWEBER: Objection, form and
4  foundation. Also argumentative.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN) And you had had conversations
7  with Detective Paulnitsky about your desire to see
8  Mr. Maysonet taken off the streets, correct?
9          MR. LEINENWEBER: Objection, form, foundation.
10 Also argumentative.
11     A.  Take the Fifth.
12     Q.  (BY MS. BONJEAN) All right. Now, did you also
13 later learn that the caliber of the weapon that was used
14 in -- in the shooting that occurred on Wabansia was a
15 9 millimeter?
16         MR. LEINENWEBER: Objection to form and
17 foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN) And that the caliber of the
20 weapon used to shoot the Wiley brothers was also a
21 9 millimeter, right?
22         MR. LEINENWEBER: Same objections.
23     A.  Take the Fifth.
24     Q.  (BY MS. BONJEAN) So would you -- was it at that
25 point that you realized that you might be able to frame

Page 189

1  Mr. Maysonet for both this attempted murder and the double
2  murders that occurred on May -- May 25th, 1990?
3          MR. LEINENWEBER:  Objection to form,
4  foundation.  Also argumentative.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  In fact, you and Detective
7  Mingey -- strike that.
8          You and Sergeant Mingey were pretty close,
9  correct?
10         MR. LEINENWEBER:  Objection to form and
11 foundation.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  Sergeant Mingey was someone who
14 would assist you and other detectives in framing individuals
15 that were, I guess, targeted by yourself and other -- and
16 your partner, Ernest Halvorsen?
17         MR. LEINENWEBER:  Objection to form,
18 foundation, compound question.  Also argumentative.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN)  I mean, Sergeant Mingey was a
21 supervisor who was very hands-on.  You would agree with
22 that, right?
23         MR. LEINENWEBER:  Objection to form and
24 foundation?
25     A.  Take the Fifth.

Page 190

1      Q.  (BY MS. BONJEAN)  And it's not that he really
2  supervised you in your investigations, correct?
3          MR. LEINENWEBER:  Objection to form and
4  foundation.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  Rather, he was really a
7  co-conspirator with you in helping frame people that you
8  wanted to see off the streets, correct?
9          MR. LEINENWEBER:  Objection, form, foundation.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And, in fact, Sergeant Mingey had
12 his own agenda framing people as well, correct?
13         MR. LEINENWEBER:  Objection to form,
14 foundation, argumentative.
15     A.  Take the Fifth.
16     Q.  (BY MS. BONJEAN)  And, in fact, you and Sergeant
17 Mingey and Ernest Halvorsen frequently worked together as a
18 trio to frame people for crimes they didn't commit,
19 specifically murders, right?
20         MR. LEINENWEBER:  Objection to form,
21 foundation, compound question, also argumentative.
22     A.  Take the Fifth.
23     Q.  (BY MS. BONJEAN)  All right.  Now, it was sometime
24 in early July that you decided that you were going to frame
25 Mr. Maysonet for something, right?

Page 191

1          MR. LEINENWEBER:  Objection to form,
2  foundation, and argumentative.
3      A.  Take the Fifth.
4      Q.  (BY MS. BONJEAN)  But before Mr. Maysonet was
5  arrested in connection with that shooting on Wabansia on
6  July 15th of 1990, you had actually questioned two other
7  Latin Kings that you were eyeing for -- for frame-ups; isn't
8  that right?
9          MR. LEINENWEBER:  Objection, form, foundation,
10 argumentative.
11     A.  Take the Fifth.
12     Q.  (BY MS. BONJEAN)  Well, you do -- you do know a
13 Latin King by the name of Efrain Cruz who went by the name
14 "King," right?
15         MR. LEINENWEBER:  Objection to form,
16 foundation, compound question.
17     A.  Take the Fifth.
18     Q.  (BY MS. BONJEAN)  And you also know -- knew a Latin
19 King by the name of Francisco Veres, who went by the name
20 "Cisco," correct?
21         MR. LEINENWEBER:  Objection to form,
22 foundation, compound question.
23     A.  Take the Fifth.
24     Q.  (BY MS. BONJEAN)  And prior to Mr. Maysonet's
25 arrest, you actually had Mr. Cruz and Mr. Cisco in custody

Page 192

1  at Area 5, right?
2          MR. LEINENWEBER:  Objection to form,
3  foundation.
4      A.  Take the Fifth.
5      Q.  (BY MS. BONJEAN)  And, in fact, you interrogated
6  both Mr. Cruz and Mr. Veres about the Wiley brothers'
7  murders, right?
8          MR. LEINENWEBER:  Objection to form and
9  foundation.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  Did you question them with any
12 other detectives?
13         MR. LEINENWEBER:  Objection to form and
14 foundation.
15     A.  Take the Fifth.
16     Q.  (BY MS. BONJEAN)  In fact, you -- you actually
17 questioned them with Detective Paulnitsky; isn't that right?
18         MR. LEINENWEBER:  Same objections.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN)  And they both denied any
21 involvement in the murders of the Wiley brothers, right?
22         MR. LEINENWEBER:  Objection to form and
23 foundation.
24     A.  Take the Fifth.
25     Q.  (BY MS. BONJEAN)  And they told you they couldn't

Page 193

1  provide you with any information about who was responsible
2  for those murders; isn't that right?
3           MR. LEINENWEBER: Same objections.
4       A. Take the Fifth.
5       Q. (BY MS. BONJEAN) And Efrain Cruz was being
6  targeted for a frame-up because he had beat a case literally
7  days before this, right?
8           MR. LEINENWEBER: Objection to form,
9  foundation, argumentative. Also asked and answered.
10      A. Take the Fifth.
11      Q. (BY MS. BONJEAN) And when I -- I should be more
12 clear. Efrain Cruz had beat a case just before the Wiley
13 brothers' murders, right?
14          MR. LEINENWEBER: Same objections.
15      A. Take the Fifth.
16      Q. (BY MS. BONJEAN) And when someone beats a case at
17 Area 5, they're generally prioritized to be framed or hooked
18 up, right?
19          MR. LEINENWEBER: Same objections. Also asked
20 and answered.
21      A. Take the Fifth.
22      Q. (BY MS. BONJEAN) You also placed Efrain Cruz in a
23 lineup at Area 5 or at Grand and Central, right?
24          MR. LEINENWEBER: Objection to form and
25 foundation.

Page 194

1       A. Take the Fifth.
2       Q. (BY MS. BONJEAN) Or at least you placed him in a
3  lineup at -- at some police station, right?
4           MR. LEINENWEBER: Objection to form,
5  foundation.
6       A. Take the Fifth.
7       Q. (BY MS. BONJEAN) And you also placed Francisco
8  Veres in a lineup in connection with the Wiley brothers'
9  murders, right?
10          MR. LEINENWEBER: Same objections.
11      A. Take the Fifth.
12      Q. (BY MS. BONJEAN) Was Efrain Cruz identified as
13 someone who was responsible for the murders of the Wiley
14 brothers in that lineup that you placed him in?
15          MR. LEINENWEBER: Same objections.
16      A. Take the Fifth.
17      Q. (BY MS. BONJEAN) What about Francisco Veres? Was
18 Francisco Veres identified as an offender after you placed
19 him in a lineup related to the Wiley brothers' murders?
20          MR. LEINENWEBER: Objection to form,
21 foundation. And also compound question.
22      A. Take the Fifth.
23      Q. (BY MS. BONJEAN) Were there any witnesses to the
24 Wiley brothers' murders? Eyewitnesses?
25          MR. LEINENWEBER: Objection, form, foundation.

Page 195

1       A. Take the Fifth.
2       Q. (BY MS. BONJEAN) Who was actually viewing the
3  lineup in which you placed Efrain Cruz?
4           MR. LEINENWEBER: Same objections.
5       A. Take the Fifth.
6       Q. (BY MS. BONJEAN) Who viewed the lineup in which
7  you placed Francisco Veres?
8           MR. LEINENWEBER: Same objections.
9       A. Take the Fifth.
10      Q. (BY MS. BONJEAN) Actually Efrain Cruz and
11 Francisco Veres were placed in the same lineup; is that
12 right?
13          MR. LEINENWEBER: Objection, form, foundation,
14 compound question.
15      A. Take the Fifth.
16      Q. (BY MS. BONJEAN) How many witnesses were actually
17 viewing this lineup, if any?
18          MR. LEINENWEBER: Objection to form and
19 foundation.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) Did you prepare a report that
22 memorialized the lineup in which you placed Francisco Veres
23 and Efrain Cruz?
24          MR. LEINENWEBER: Objection to form,
25 foundation.

Page 196

1       A. Take the Fifth.
2       Q. (BY MS. BONJEAN) What did you do with the report
3  that you prepared, if you prepared it, that memorialized the
4  lineup that you conducted with Efrain Cruz and Francisco
5  Veres related to the Wiley brothers' murders?
6           MR. LEINENWEBER: Objection to form,
7  foundation. Also compound question.
8       A. Take the Fifth.
9       Q. (BY MS. BONJEAN) What was your basis for believing
10 that Efrain Cruz was involved in the murders of the Wiley
11 brothers?
12          MR. LEINENWEBER: Objection, form and
13 foundation.
14      A. Take the Fifth.
15      Q. (BY MS. BONJEAN) What was your basis for believing
16 that Francisco Veres was involved in the murders of the
17 Wiley brothers?
18          MR. LEINENWEBER: Same objections.
19      A. Take the Fifth.
20      Q. (BY MS. BONJEAN) Did you have a factual basis to
21 believe that either one of those individuals were involved
22 in the Wiley brothers' murders?
23          MR. LEINENWEBER: Same objections.
24      A. Take the Fifth.
25      Q. (BY MS. BONJEAN) Or were you initially intending

Page 197

1  to just frame Efrain Cruz and Francisco Veres?
2       MR. LEINENWEBER: Same objections.
3       A. Take the Fifth.
4       Q. (BY MS. BONJEAN) Or were you interrogating them
5  with the eye towards having them implicate Jose Maysonet in
6  the crime?
7       DEFENSE COUNSEL: Same objection.
8       A. Take the Fifth.
9       Q. (BY MS. BONJEAN) In any event, you did not
10 memorialize any of your investigative work as it relates to
11 Efrain Cruz or Francisco Veres, correct?
12      MR. LEINENWEBER: Objection to form,
13 foundation.
14      A. Take the Fifth.
15      Q. (BY MS. BONJEAN) Or is -- or did you memorialize
16 that investigative work and place it in a file, the office
17 file?
18      MR. LEINENWEBER: Objection to form,
19 foundation.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) Whatever your methodology was,
22 your goal was to conceal from the Cook County State's
23 Attorney and/or Mr. Maysonet's attorneys that you had
24 interrogated Efrain Cruz, right?
25      MR. LEINENWEBER: Objection, form, foundation.

Page 198

1  Also argumentative.
2       A. Take the Fifth.
3       Q. (BY MS. BONJEAN) You concealed information about
4  your interrogation of Efrain Cruz, right?
5       MR. LEINENWEBER: Objection to form,
6  foundation, argumentative.
7       A. Take the Fifth.
8       Q. (BY MS. BONJEAN) You concealed information about
9  your interrogation of Francisco Veres, correct?
10      MR. LEINENWEBER: Same objections.
11      A. Take the Fifth.
12      Q. (BY MS. BONJEAN) And you concealed information
13 about the fact that Cruz and Veres were placed into lineups,
14 right?
15      MR. LEINENWEBER: Same objections.
16      A. Take the Fifth.
17      Q. (BY MS. BONJEAN) And you communicated to Cruz and
18 Veres that they had actually been identified in those
19 lineups, right?
20      MR. LEINENWEBER: Objection, form, foundation.
21      A. Take the Fifth.
22      Q. (BY MS. BONJEAN) You told Efrain Cruz that he had
23 been identified in the lineup that he was placed in
24 connection with the Wiley brothers' murders, right?
25      MR. LEINENWEBER: Objection, form, foundation.

Page 199

1  Asked and answered.
2       A. Take the Fifth.
3       Q. (BY MS. BONJEAN) And you told Veres as well that
4  he had been identified in the lineup that he was -- in which
5  he was placed for the Wiley brothers' murders, right?
6       MR. LEINENWEBER: Same objections.
7       A. Take the Fifth.
8       Q. (BY MS. BONJEAN) But you did not communicate that
9  information to the Cook County State's Attorney's Office,
10 right?
11      MR. LEINENWEBER: Objection to form and
12 foundation.
13      A. Take the Fifth.
14      Q. (BY MS. BONJEAN) You didn't tell the Cook County
15 State's Attorney's Office either orally or via a report that
16 Cruz and Veres had been identified as the offenders in the
17 Wiley brothers' murders, right?
18      MR. LEINENWEBER: Objection to form,
19 foundation.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) And you didn't -- you certainly
22 didn't tell Mr. Maysonet's -- well, strike that.
23      You didn't tell Mr. Maysonet's initial
24 attorney that Cruz and Veres had been identified in a lineup
25 in connection with the Wiley brothers' murders, right?

Page 200

1       MR. LEINENWEBER: Objection to form and
2  foundation.
3       A. Take the Fifth.
4       Q. (BY MS. BONJEAN) Why didn't you charge Efrain Cruz
5  and Francisco Veres with the murders of the Wiley brothers?
6       MR. LEINENWEBER: Objection to form and
7  foundation.
8       A. Take the Fifth.
9       Q. (BY MS. BONJEAN) You communicated -- strike that.
10      Who else was involved in these investigative
11 efforts with Cruz and Cisco? What other detectives?
12      MR. LEINENWEBER: Objection to form,
13 foundation, and compound question.
14      A. Take the Fifth.
15      Q. (BY MS. BONJEAN) Sergeant Mingey, of course, was
16 aware that Cruz and Veres had been in custody and questioned
17 regarding these murders, right?
18      MR. LEINENWEBER: Objection to form,
19 foundation. Calls for speculation.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) Your partner, Ernest Halvorsen,
22 was certainly aware, correct?
23      MR. LEINENWEBER: Same objections.
24      A. Take the Fifth.
25      Q. (BY MS. BONJEAN) In fact, Halvorsen was working

Page 201

1  with you at the time that you interrogated Cruz and Veres,
2  right?
3      MR. LEINENWEBER: Same objections.
4      A. Take the Fifth.
5      Q. (BY MS. BONJEAN) And also Paulnitsky was aware,
6  correct?
7      MR. LEINENWEBER: Same objections.
8      A. Take the Fifth.
9      Q. (BY MS. BONJEAN) All of you were working together
10 at the time that Cruz and Veres was in custody -- were in
11 custody and being interrogated, right?
12     MR. LEINENWEBER: Objection to form,
13 foundation, compound question.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) Did you hope that Veres and Cruz
16 would make inculpatory statements that then could be used
17 against them?
18     MR. LEINENWEBER: Objection to form and
19 foundation.
20     A. Take the Fifth.
21     Q. (BY MS. BONJEAN) Or were you hoping that they
22 would implicate perhaps Mr. Maysonet or Alfredo Gonzalez or
23 someone else in connection with the -- the Wiley brothers'
24 murders?
25     MR. LEINENWEBER: Objection to form and

Page 202

1  foundation.
2      A. Take the Fifth.
3      Q. (BY MS. BONJEAN) Whatever the case may be, Veres
4  and Cruz were ultimately not charged with the Wiley
5  brothers' murders, and they were released from custody,
6  right?
7      A. Take the Fifth.
8      Q. (BY MS. BONJEAN) Was it because you learned that
9  they had an alibi that would have prevented them from being
10 charged with the crime?
11     MR. LEINENWEBER: Objection to form.
12     DEFENSE COUNSEL: Objection to form,
13 foundation, argumentative, asked and answered.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) Let me ask that question a little
16 better.
17         Did you not charge Cruz and Veres because they
18 had an alibi for the time that the Wiley brothers were
19 murdered?
20     MR. LEINENWEBER: Objection to form and
21 foundation.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) So on July 15th, 1990, when
24 Detective Paulnitsky arrested Mr. Maysonet, he informed you
25 that he had Mr. Maysonet in custody; isn't that right?

Page 203

1      MR. LEINENWEBER: Objection to form and
2  foundation.
3      A. Take the Fifth.
4      Q. (BY MS. BONJEAN) And the two of you discussed the
5  fact that Mr. Maysonet needed to remain in custody, right?
6      MR. LEINENWEBER: Objection to form,
7  foundation, argumentative.
8      A. Take the Fifth.
9      Q. (BY MS. BONJEAN) And you're aware that Sergeant
10 Mingey also questioned Mr. Maysonet on July 15th, 1990,
11 about the Wiley brothers' murders, right?
12     MR. LEINENWEBER: Objection to form and
13 foundation.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) And during that interview with
16 Sergeant Mingey, also present was Freddie Montilla, right?
17     MR. LEINENWEBER: Same objections.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) And Freddie Montilla was a
20 property crimes detective, right? He wasn't a homicide
21 detective, right?
22     MR. LEINENWEBER: Objection. Form,
23 foundation, compound question.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) He was just sort of one of these

Page 204

1  kind of mopey guys that Sergeant Mingey could bring along
2  and he knew he would go along with the game, but he didn't
3  really play a major role, right?
4      MR. LEINENWEBER: Objection to form,
5  foundation, compound question. Also argumentative.
6      DEFENSE COUNSEL: And argumentative.
7      A. Take the Fifth.
8      Q. (BY MS. BONJEAN) Well, Montilla was -- was also a
9  Spanish speaker, right?
10     MR. LEINENWEBER: Objection to foundation.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) And Mr. Maysonet was a Spanish
13 speaker, correct?
14     MR. LEINENWEBER: Objection to foundation.
15 Also asked and answered.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) And Sergeant Mingey was not a
18 Spanish speaker, correct?
19     A. Take the Fifth.
20     Q. So Sergeant Mingey brought in Montilla to interpret
21 while he interviewed Mr. Maysonet on July 15th, 1990, right?
22     MR. LEINENWEBER: Objection, form, foundation.
23 Calls for speculation.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) And he knew that Montilla would

Page 205

1  not be someone who would report misconduct of his
2  supervisor, correct?
3         MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5     A.  Take the Fifth.
6     Q.  (BY MS. BONJEAN) And Sergeant Mingey told you
7  after that interview with Mr. Maysonet that Mr. Maysonet had
8  denied any knowledge about the Wiley brothers' murders,
9  correct?
10        MR. LEINENWEBER: Objection to form,
11 foundation.
12    A.  Take the Fifth.
13    Q.  (BY MS. BONJEAN) And also Mingey had communicated
14 to you that Maysonet denied having any involvement in the
15 Wiley brothers' murders, right?
16        MR. LEINENWEBER: Same objections.
17    A.  Take the Fifth.
18    Q.  (BY MS. BONJEAN) And, of course, you knew that
19 Mr. Maysonet and -- had an attorney at the time, right,
20 correct?
21        MR. LEINENWEBER: Objection to form,
22 foundation, argumentative.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN) I mean, all these Latin Kings are
25 represented by Marty Abrams, right?

Page 206

1         MR. LEINENWEBER: Objection to form,
2  foundation, calls for speculation, argumentative.
3     A.  Take the Fifth.
4     Q.  (BY MS. BONJEAN) Every time they came into Area 5,
5  they asked for Marty Abrams; isn't that right?
6         MR. LEINENWEBER: Objection to form,
7  foundation, calls for speculation, argumentative.
8     A.  Take the Fifth.
9     Q.  (BY MS. BONJEAN) So even though you did not
10 question Mr. Maysonet on July 15th, 1990, you had been
11 communicating with your fellow Detectives Paulnitsky and
12 Sergeant Mingey about the fact that you wanted to see
13 Mr. Maysonet go to prison, right?
14        MR. LEINENWEBER: Objection to form,
15 foundation. Also argumentative.
16    A.  Take the Fifth.
17    Q.  (BY MS. BONJEAN) And together -- you were working
18 together in order to frame Mr. Maysonet for -- for a crime,
19 right?
20        MR. LEINENWEBER: Objection to form,
21 foundation. Argumentative.
22    A.  Take the Fifth.
23    Q.  (BY MS. BONJEAN) A crime that would send him to
24 prison for some period of time and protect you from any
25 allegations of misconduct by him, right?

Page 207

1         MR. LEINENWEBER: Objection to form,
2  foundation, compound question, and argumentative.
3     A.  Take the Fifth.
4     Q.  (BY MS. BONJEAN) And did -- Sergeant Mingey also
5  communicated to you that he interviewed Mr. Maysonet at the
6  Cook County Jail on August 1st, 1990, right?
7         MR. LEINENWEBER: Objection to form and
8  foundation.
9     A.  Take the Fifth.
10    Q.  (BY MS. BONJEAN) Or at least he attempted to
11 interview Mr. Maysonet at the Cook County Jail on August
12 1st, 1990, right?
13        MR. LEINENWEBER: Objection to form and
14 foundation. Also asked and answered.
15    A.  Take the Fifth.
16    Q.  (BY MS. BONJEAN) And Sergeant Mingey communicated
17 to you that Mr. Maysonet still did not provide any
18 information about the Wiley brothers' murders, right?
19        MR. LEINENWEBER: Objection to form.
20 Foundation.
21    A.  Take --
22        MR. LEINENWEBER: Argumentative.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN) And Sergeant Mingey communicated
25 to you that Maysonet was still not going to admit any

Page 208

1  involvement in the Wiley brothers' murders, right?
2         MR. LEINENWEBER: Same objections.
3     A.  Take the Fifth.
4     Q.  (BY MS. BONJEAN) So seeing that you were not going
5  to get him to admit that he had any role in these murders --
6  right?
7         MR. LEINENWEBER: Objection to form,
8  foundation. Also argumentative.
9     A.  Take the Fifth.
10    Q.  (BY MS. BONJEAN) The plan to frame Mr. Maysonet
11 for the Wiley brothers' murders was not going so well, was
12 it?
13        MR. LEINENWEBER: Objection, form, foundation.
14 Also argumentative.
15    A.  Take the Fifth.
16    Q.  (BY MS. BONJEAN) I mean, you were -- thus far
17 Mingey was unable to get him to make any statements that
18 inculpated himself, correct?
19        MR. LEINENWEBER: Objection to form,
20 foundation, argumentative. Also asked and answered.
21    A.  Take the Fifth.
22    Q.  (BY MS. BONJEAN) You had no witnesses that you
23 could manipulate eyewitness identifications from, correct?
24        MR. LEINENWEBER: Objection to form,
25 foundation, compound question, and argumentative.

Page 209

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  You had been unsuccessful in
3  getting any other gang members to implicate Mr. Maysonet in
4  this crime, right?
5         MR. LEINENWEBER:  Objection, form, foundation,
6  argumentative.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  But at least he was in Cook
9  County Jail on this attempt murder that Paulnitsky had --
10  had engineered at your direction, right?
11         MR. LEINENWEBER:  Objection, form, foundation.
12  Also argumentative.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  I want to draw your attention
15  to -- well, strike that.
16         What did you do between August 1st, 1990, and
17  August 22nd, 1990, to attempt to solve the Wiley brothers'
18  murders, if anything?
19         MR. LEINENWEBER:  Objection foundation.
20    A.  Take the Fifth.
21    Q.  (BY MS. BONJEAN)  And were you trying to figure out
22  how to frame Mr. Maysonet for those murders in between that
23  time?
24         MR. LEINENWEBER:  Same objections.  Also
25  argumentative.

Page 210

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  And, of course, it was convenient
3  to frame more than one person at a time if you could, right?
4         MR. LEINENWEBER:  Objection to form,
5  foundation.  Also argumentative.
6    A.  Take the Fifth.
7    Q.  (BY MS. BONJEAN)  And one practice that you used
8  when you wanted to frame individuals was to arrest a number
9  of potential suspects in hopes that they would point the
10  finger at each other, right?
11         MR. LEINENWEBER:  Objection to form,
12  foundation.  Also argumentative.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  In fact, one of the tools that
15  you used to get people to make inculpatory statements
16  sometimes was to lie to them and tell them that somebody
17  else had implicated them, right?
18         MR. LEINENWEBER:  Objection to form,
19  foundation.
20    A.  Take the Fifth.
21    Q.  (BY MS. BONJEAN)  So if you could -- you falsely
22  told one person, "This person is lying on you, but if you
23  tell me what happened, it will be better for you."  So you
24  had them sort of snitching on each other, correct?
25         MR. LEINENWEBER:  Objection to form,

Page 211

1  foundation, compound question.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  And then you turn around and
4  charge them both, right?
5         MR. LEINENWEBER:  Objection to form,
6  foundation.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  And that was a much easier way to
9  close cases than to actually solve them, correct?
10         MR. LEINENWEBER:  Objection to form,
11  foundation, argumentative.
12    A.  Take the Fifth.
13    Q.  (BY MS. BONJEAN)  Now, on August 22nd, 1990, in the
14  morning, around 9:00ish, maybe shortly thereafter, you got a
15  communication or a phone call from Detective Paulnitsky,
16  correct?
17    A.  Take the Fifth.
18    Q.  In fact, you heard from Detective Paulnitsky that
19  Maysonet was out on bail or bond, right?
20         MR. LEINENWEBER:  Objection to form,
21  foundation.
22    A.  Take the Fifth.
23    Q.  (BY MS. BONJEAN)  Which came as a surprise to you,
24  correct?
25         MR. LEINENWEBER:  Objection to form,

Page 212

1  foundation.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  So Defendant Paulnitsky, Roland
4  Paulnitsky, Detective Paulnitsky, decided to just arrest
5  Mr. Maysonet at 26th and California, correct?
6         MR. LEINENWEBER:  Objection to form,
7  foundation.
8    A.  Take the Fifth.
9    Q.  (BY MS. BONJEAN)  In fact, you told him to go ahead
10  and arrest Paulnitsky, correct?  Strike that.
11         In fact, you told Paulnitsky to go ahead and
12  arrest Guevara and bring him in, right -- strike that.
13         Detective Guevara, you told Detective
14  Paulnitsky to arrest Maysonet and bring him in, right?
15         MR. LEINENWEBER:  Objection to form and
16  foundation.
17    A.  Take the Fifth.
18    Q.  (BY MS. BONJEAN)  And that's exactly what
19  Paulnitsky did, right?
20         MR. LEINENWEBER:  Same objections.
21    A.  Take the Fifth.
22    Q.  (BY MS. BONJEAN)  And you had no reason to believe
23  that Mr. Maysonet was involved in the murders of the Wiley
24  brothers, correct?
25         MR. LEINENWEBER:  Objection to form,

Page 213

1 foundation. Also argumentative.
2   A.  Take the Fifth.
3   Q.  (BY MS. BONJEAN) In fact, no detective or sergeant
4 at Area 5 had any factual basis to believe that Mr. Maysonet
5 took any role in the Wiley brothers' murders as of August
6 22nd at 9:00 a.m. in the morning when he was arrested,
7 right?
8       MR. LEINENWEBER: Objection to form,
9 foundation, argumentative.
10   A.  Take the Fifth.
11   Q.  (BY MS. BONJEAN) Paulnitsky just wanted to bring
12 him in because it was a surprise to see that he had made
13 bail and was no longer in Cook County Jail, correct?
14       MR. LEINENWEBER: Objection to form,
15 foundation, compound question, and argumentative.
16   A.  Take the Fifth.
17   Q.  (BY MS. BONJEAN) And with your knowledge and at
18 your request Paulnitsky brought Mr. Mason into --
19 Mr. Maysonet into Area 5 the morning of August 22nd of 1990;
20 isn't that right?
21       MR. LEINENWEBER: Objection to form and
22 foundation.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN) Were you working the third watch
25 on August 22nd, 1990?

Page 214

1       MR. LEINENWEBER: Objection, form, foundation.
2   A.  Take the Fifth.
3   Q.  (BY MS. BONJEAN) You were aware that Mr. Maysonet
4 was already being represented in his attempted murder case
5 by an attorney by the name of William Swano, right?
6       MR. LEINENWEBER: Objection to form and
7 foundation, asked and answered.
8   A.  Take the Fifth.
9   Q.  (BY MS. BONJEAN) And you're, of course, aware that
10 Mr. Maysonet told Paulnitsky, "I want to talk to my lawyer,
11 Mr. Swano," right?
12       MR. LEINENWEBER: Objection to form,
13 foundation.
14   A.  Take the Fifth.
15   Q.  (BY MS. BONJEAN) I mean, it defies logic that
16 someone who has an attorney and is represented by an
17 attorney wouldn't have exercised his right to counsel,
18 correct?
19       MR. LEINENWEBER: Objection to form,
20 foundation, compound question, and argumentative.
21   A.  Take the Fifth.
22   Q.  (BY MS. BONJEAN) So when you started your shift on
23 August 22nd, 1990, you came into Area 5 at the start of your
24 shift, right? Which was, what, like 4:00 o'clock p.m.,
25 sometime in the after -- later afternoon?

Page 215

1       MR. LEINENWEBER: Objection to form,
2 foundation.
3   A.  Take the Fifth.
4   Q.  (BY MS. BONJEAN) And Ernest Halvorsen started his
5 shift at the same time; isn't that right?
6       MR. LEINENWEBER: Same objections.
7   A.  Take the Fifth.
8   Q.  (BY MS. BONJEAN) And you knew that Mr. Maysonet
9 was in custody when you arrived at the start of your shift
10 on August 22nd, 1990, correct?
11       MR. LEINENWEBER: Objection, form, foundation.
12   A.  Take the Fifth.
13   Q.  (BY MS. BONJEAN) You also knew that he had asked
14 to speak to his attorney, William Swano, but that request
15 was ignored, correct?
16       MR. LEINENWEBER: Objection to form,
17 foundation, argumentative.
18   A.  Take the Fifth.
19   Q.  (BY MS. BONJEAN) You, of course, knew that he was
20 not involved in the murders of the Wiley brothers, correct?
21       MR. LEINENWEBER: Objection, form, foundation,
22 argumentative.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN) You also knew that you had
25 developed no factual basis to even suggest that he had any

Page 216

1 knowledge about the crime, correct?
2       MR. LEINENWEBER: Objection to form,
3 foundation, argumentative.
4   A.  The Fifth.
5   Q.  (BY MS. BONJEAN) So you had to figure out how you
6 were going to make a case against Mr. Maysonet, right?
7       MR. LEINENWEBER: Objection to form,
8 foundation, argumentative.
9   A.  Take the Fifth.
10   Q.  (BY MS. BONJEAN) And the only way -- only -- the
11 only avenue left was to get him to make a statement; isn't
12 that right?
13       MR. LEINENWEBER: Objection to form and
14 foundation and argumentative.
15   A.  Take the Fifth.
16   Q.  (BY MS. BONJEAN) And you had a number of tactics
17 that you used in order to get Mr. Maysonet to make a
18 statement against his interest; isn't that right?
19       MR. LEINENWEBER: Objection to form, and
20 foundation.
21   A.  Take the Fifth.
22   Q.  (BY MS. BONJEAN) Now, one of those ways was to use
23 physical violence, correct?
24       MR. LEINENWEBER: Objection to form and
25 foundation.

Page 217

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  You used a telephone book and a
3  large black flashlight to beat him in an interrogation room,
4  correct?
5         MR. LEINENWEBER:  Objection to form,
6  foundation, argumentative.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  And that -- those are tools that
9  you used repeatedly during the course of your career as a
10  police officer during interrogations, right?
11         MR. LEINENWEBER:  Objection to form,
12  foundation, and argumentative.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  And the purpose of using a
15  telephone book as a barrier when beating someone with a
16  flashlight was to avoid leaving marks, right?
17         MR. LEINENWEBER:  Objection to form,
18  foundation, argumentative.
19    A.  Take the Fifth.
20    Q.  (BY MS. BONJEAN)  They don't want to leave those
21  marks like you had on Daniel Pena, right?
22         MR. LEINENWEBER:  Objection to form,
23  foundation, argumentative.
24    A.  Take the Fifth.
25    Q.  (BY MS. BONJEAN)  Rick Beuke wasn't in the Cook

Page 218

1  County State's Attorney's anymore to help you out with that,
2  was he?
3         MR. LEINENWEBER:  Objection to form,
4  foundation, and argumentative.
5         DEFENSE COUNSEL:  Join.
6    A.  Take the Fifth.
7    Q.  (BY MS. BONJEAN)  And you got better at beating
8  people, right?
9         MR. LEINENWEBER:  Objection to form,
10  foundation, and argumentative.
11    A.  Take the Fifth.
12    Q.  (BY MS. BONJEAN)  And another way in which you
13  induced Mr. Maysonet into giving an inculpatory statement is
14  by lying to him, right?
15         MR. LEINENWEBER:  Objection to form,
16  foundation, argumentative.
17    A.  Take the Fifth.
18    Q.  (BY MS. BONJEAN)  By falsely telling him that if he
19  implicated other individuals, he would be able to avoid
20  responsibility himself, correct?
21         MR. LEINENWEBER:  Objection to form,
22  foundation, argumentative.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN)  And, again, this is a tactic that
25  you used in other interrogations with people of limited

Page 219

1  education, right?
2         MR. LEINENWEBER:  Objection to form,
3  foundation, compound question, and argumentative.
4    A.  Take the Fifth.
5    Q.  (BY MS. BONJEAN)  You keep them in custody for a
6  long period of time, right?
7         MR. LEINENWEBER:  Objection to form and
8  foundation.
9    A.  Take the Fifth.
10    Q.  (BY MS. BONJEAN)  You would use physical violence
11  to make them feel intimidated, scared, maybe humiliated,
12  those types of feelings, right?
13         MR. LEINENWEBER:  Objection to form,
14  foundation, compound question, argumentative.
15    A.  Take the Fifth.
16    Q.  (BY MS. BONJEAN)  You used physical violence to
17  make them feel like they were hopeless, that they were
18  going to not be able to get out of police custody, right?
19         MR. LEINENWEBER:  Objection to form,
20  foundation, compound question, argumentative.
21    A.  Take the Fifth.
22    Q.  (BY MS. BONJEAN)  And then you would give them a
23  little hope by saying, "Well, you know, if you just
24  implicate somebody else, you know, maybe I can help you
25  out," or "you can go home," something of that nature, right?

Page 220

1         MR. LEINENWEBER:  Objection to form,
2  foundation, compound question, argumentative.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN)  And using these collection of
5  methodologies that you had developed over the course of your
6  career, you were successful at getting people to make
7  statements against their interest, right?
8         MR. LEINENWEBER:  Objection to form,
9  foundation, compound question, argumentative.
10    A.  Take the Fifth.
11    Q.  (BY MS. BONJEAN)  And it was this collection of
12  tactics that you used during the course of interrogations
13  that overbore the -- the will of Mr. Maysonet, right?
14         MR. LEINENWEBER:  Objection to form,
15  foundation, argumentative.
16    A.  Take the Fifth.
17    Q.  (BY MS. BONJEAN)  And another tactic that you used
18  from time to time involved Ernest Halvorsen, who would often
19  play good cop to your bad cop, right?
20         MR. LEINENWEBER:  Objection to form and
21  foundation.
22    A.  Take the Fifth.
23    Q.  (BY MS. BONJEAN)  So after you would use physical
24  violence against a suspect, you might leave the room, and
25  then Mr. Halvorsen would come in and try to play good cop,

Page 221

1 right?
2     MR. LEINENWEBER: Objection to form,
3 foundation, argumentative.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) He would try to develop a rapport
6 with the suspect, saying something along the lines of, "You
7 know, just cooperate and, you know, this will be over with,"
8 you know, "He's not going to stop. I can't stop him," that
9 type of thing?
10     MR. LEINENWEBER: Objection to form,
11 foundation, compound question, and argumentative.
12     A. Take the Fifth.
13     Q. (BY MS. BONJEAN) And in this particular
14 interrogation of Mr. Maysonet, you also involved Mr. -- or
15 Detective Montilla, right? He was also assisting at times,
16 correct?
17     MR. LEINENWEBER: Objection to form,
18 foundation, compound question.
19     A. Take the Fifth.
20     Q. (BY MS. BONJEAN) At various points during the
21 interrogation, you were -- or Mr. Maysonet was permitted to
22 see his -- his sister at one point, right?
23     MR. LEINENWEBER: Objection to form,
24 foundation, compound question.
25     A. Take the Fifth.

Page 222

1     Q. (BY MS. BONJEAN) And he was also permitted to see
2 his girlfriend or the mother of his son, who was in utero at
3 that point, Rosa Bello?
4     MR. LEINENWEBER: Objection to form,
5 foundation, compound question. Also argumentative.
6     A. Take the Fifth.
7     Q. (BY MS. BONJEAN) You interrogated Rosa Bello, too,
8 right?
9     MR. LEINENWEBER: Objection to form,
10 foundation, and argumentative.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) You told Rosa Bello that if she
13 did not cooperate with the investigation, you were going to
14 make sure that her children were taken away; isn't that
15 right?
16     MR. LEINENWEBER: Objection to form,
17 foundation, and argumentative.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) And, in fact, that was also a
20 tactic that was used by you pretty regularly with women,
21 girlfriends, maybe mothers, sisters of people you had in
22 custody, correct?
23     MR. LEINENWEBER: Objection to form,
24 foundation, compound question, and argumentative.
25     A. Take the Fifth.

Page 223

1     Q. (BY MS. BONJEAN) A tactic that you would routinely
2 use would be to threaten to take the children away or
3 involve DCFS in -- in -- in the -- in the lives of these
4 women?
5     MR. LEINENWEBER: Objection to form,
6 foundation, compound question, argumentative.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) In fact, you persuaded Rosa Bello
9 to try to -- strike that.
10     In fact, you told Rosa Bello to try to get
11 Mr. Maysonet to just confess, right?
12     MR. LEINENWEBER: Objection to form,
13 foundation, compound question.
14     A. Take the Fifth.
15     MR. LEINENWEBER: And argumentative.
16     Q. (BY MS. BONJEAN) And you told her that, you know,
17 "Get him to confess, and I won't take your kids away,"
18 right?
19     MR. LEINENWEBER: Objection to form,
20 foundation, argumentative.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) And she was clearly terrified
23 that she'd have her kids taken away, and she cooperated with
24 you, right?
25     MR. LEINENWEBER: Objection to form,

Page 224

1 foundation, compound question, and argumentative.
2     A. Take the Fifth.
3     MR. LEINENWEBER: Can we take a break when you
4 have a minute?
5     MS. BONJEAN: Yeah.
6     MR. LEINENWEBER: Is now a good time?
7     MS. BONJEAN: Sure.
8     THE VIDEOGRAPHER: Time off record is 2:46.
9     (Break taken from 2:46 p.m. to 2:54 p.m.)
10     THE VIDEOGRAPHER: We're now back on the
11 record at 2:54.
12     MS. BONJEAN: Yes. I'm going to mark an
13 exhibit. Change it up a little bit.
14     (Exhibit 2 marked.)
15     Q. (BY MS. BONJEAN) Mr. Guevara, I'm going to hand
16 you what's been marked as Exhibit 2, if you could take a
17 look at that, please?
18     MR. LEINENWEBER: Take a second.
19     Q. (BY MS. BONJEAN) Let me know when you have a
20 chance to review it.
21     MR. LEINENWEBER: Can we identify for the
22 folks on the phone? Sorry.
23     MS. BONJEAN: Sure. Exhibit 2 is the full
24 investigative file that produce -- was produced by the City
25 of Chicago that has been produced -- or used in every

Page 225

1  deposition but also I believe was Dropboxed by Ms. Cohen.
2      Q.  (BY MS. BONJEAN)  Mr. Guevara, you've had a chance
3  to look at this document right here?
4      A.  Take the Fifth.
5      Q.  All right.  Sir --
6          MR. LEINENWEBER:  Uh-oh.  Did we just lose
7  someone?  You guys still on?  Did we lose everyone?
8          MR. RAHE:  I'm here.
9          MR. LEINENWEBER:  So we lost -- sounded like
10 Josh maybe.
11         MR. ENGQUIST:  Yep, I'm here, Josh.
12         MR. LEINENWEBER:  Oh.  Ed?  Ed?  We lost Ed.
13         MR. BRENER:  Hi.  Sorry.  I'm right here.
14         MR. LEINENWEBER:  Oh, okay.  All right.  Never
15 mind.
16         MS. BONJEAN:  Are we good?
17         MR. LEINENWEBER:  Our imagination, I guess.
18         MS. BONJEAN:  It did sound like someone got
19 cut off.
20     Q.  (BY MS. BONJEAN)  All right.  Mr. Guevara, the
21 investigative file is the file that is supposed to contain
22 all of the written investigative work -- or strike that.
23         The investigative file is supposed to contain
24 the reports and all of the written materials that reflects
25 the investigative work that is done on any given homicide

Page 226

1  investigation, right?
2          MR. LEINENWEBER:  Objection to form and
3  foundation.
4      A.  Take the Fifth.
5      Q.  (BY MS. BONJEAN)  And we talked about investigative
6  files earlier.  They're supposed to have a log that actually
7  identifies all of the reports that will -- are supposed to
8  be maintained in the investigative file, right?
9          MR. LEINENWEBER:  Same objections.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  They're also supposed to contain
12 general progress reports; isn't that right?
13         MR. LEINENWEBER:  Same objections.
14     A.  Take the Fifth.
15     Q.  (BY MS. BONJEAN)  All right.  And I'll represent to
16 you that this document is the investigative file for the
17 Wiley brothers' murders, according to the City of Chicago.
18 Okay?
19     A.  Take the Fifth.
20     Q.  And the first -- after the first page, which
21 appears to be the outside of a folder, there are attendance
22 reports for court appearances in the case, and they reflect
23 your name and -- your name is reflected on a number of them.
24 You did testify at Mr. Maysonet's trial, right?
25     A.  Take the Fifth.

Page 227

1      Q.  Which means you went to court and put in slips or
2  forms to indicate that you had been in court so you could be
3  compensated, right?
4          MR. LEINENWEBER:  Objection to form,
5  foundation.
6      A.  Take the Fifth.
7      Q.  (BY MS. BONJEAN)  And, in fact, you often asked the
8  State's Attorneys to put the cases on days when you weren't
9  working so you could collect overtime; isn't that right?
10         MR. LEINENWEBER:  Objection to form,
11 foundation.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  That was a scam that Chicago
14 police officers used fairly regularly.  Not just yourself,
15 right?
16         MR. LEINENWEBER:  Objection to form,
17 foundation, argumentative.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  And Cook County State's Attorneys
20 who were litigating cases were happy to oblige so that you
21 would get your overtime, right?
22         MR. LEINENWEBER:  Same objections.
23     A.  Fifth.
24     Q.  (BY MS. BONJEAN)  All right.  Now, if we look --
25 this investigative file contains no general progress

Page 228

1  reports.  And if you care to look at the file to confirm
2  that, you may do so, or not.  But you'd agree that it has no
3  general progress reports, right?
4      A.  Take the Fifth.
5      Q.  And there are no general progress reports that
6  reflect any conversations or interviews with Mr. Maysonet
7  that precede August 22nd, 1990, right?
8          MR. LEINENWEBER:  Objection to form,
9  foundation.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And there are certainly no
12 general progress reports or any other type of report that
13 reflects that Mr. Maysonet made any inculpatory statements
14 about his involvement in the Wiley brothers' murders prior
15 to August 22nd, 1990, right?
16         MR. LEINENWEBER:  Objection to form,
17 foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  And that's because Mr. Maysonet
20 made no statements that were in any way inculpatory
21 regarding his involvement in the Wiley brothers' murders
22 prior to August 22nd, 1990, right?
23         MR. LEINENWEBER:  Objection to form,
24 foundation, argumentative.
25     A.  Take the Fifth.

Page 229

1    Q. (BY MS. BONJEAN) Okay. I am going to -- all
2  right. I would like to draw your attention specifically
3  to -- towards the end of the document that's Bates-stamped
4  RFC-Maysonet 63 to 64. This is a supplemental report that
5  was prepared on May 25th, 1990, at 1630 hours, which is the
6  afternoon of May 25th, 1990. Do you see that, sir?
7    A. Take the Fifth.
8    Q. And it reflects interviews with the victims' family
9  members, right?
10    A. Take the Fifth.
11    Q. And Sergeant Mingey is the supervising or approving
12  sergeant on this report reflecting his knowledge about the
13  Wiley brothers' murders, right?
14        MR. LEINENWEBER: Objection to form,
15  foundation.
16    A. Take the Fifth.
17    Q. (BY MS. BONJEAN) And then also at RFC-Maysonet 59
18  to 60 is another supplemental report that -- I guess a field
19  investigation that was prepared at 8:00 a.m. on May 25th,
20  1990. And, again, Sergeant Mingey signed off on this
21  report, again, evincing his knowledge about the Wiley
22  brothers' murders, right?
23        MR. LEINENWEBER: Objection to form,
24  foundation, compound question.
25    A. Take the Fifth.

Page 230

1        DEFENSE COUNSEL: And calls for speculation.
2    Q. (BY MS. BONJEAN) And also on May 25th, 1990,
3  there's another report where Sergeant Mingey has approved it
4  at RFC-Maysonet 55 to 56. Again, these are all reports that
5  were prepared on the actual day that the Wiley brothers were
6  murdered, right?
7    A. Take the Fifth.
8    Q. And isn't it true that there were no reports
9  prepared by the investigating detectives between the dates
10  of the murder on May 25th, 1990, until August 23rd, 1990?
11        MR. LEINENWEBER: Objection to form,
12  foundation, calls for speculation.
13    A. Take the Fifth.
14    Q. (BY MS. BONJEAN) You're not aware of any report or
15  GPR prepared by, again, yourself or any of the investigating
16  detectives that was authored and submitted for approval
17  between May 25th, 1990, and August 23rd, 1990, correct?
18        MR. LEINENWEBER: Same objections.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) I'd specifically like to look at
21  the August 23rd, 1990, report that bears the Bates stamp
22  RFC-Maysonet 47 through 54. This is a supplemental report
23  dated August 23rd, 1990, related to the murders of Torrence
24  and Kevin Wiley on May 25th, 1990, at about 1:00 a.m. Do
25  you see that, sir?

Page 231

1    A. Take the Fifth.
2    Q. It reflects that Mr. Jose Maysonet and Alfredo
3  Gonzalez are in custody at this point, August 23rd, 1990.
4    A. Take the Fifth.
5    Q. And this is a report, sir, that was prepared by
6  Detective Ernest Halvorsen, who was your partner at the
7  time, right?
8        MR. LEINENWEBER: Objection, form, foundation.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) And when I say "prepared," I mean
11  he's the person that actually put the words onto the form
12  and authored the narratives that are contained in the
13  report; isn't that right?
14        MR. LEINENWEBER: Objection to form,
15  foundation.
16    A. The Fifth.
17    Q. (BY MS. BONJEAN) But it allegedly memorializes
18  investigative acts by a number of detectives, including
19  yourself, right?
20    A. Take the Fifth.
21    Q. You weren't much of a report writer; isn't that
22  fair to say?
23        MR. LEINENWEBER: Objection to form,
24  foundation, also argumentative.
25    A. Take the Fifth.

Page 232

1    Q. (BY MS. BONJEAN) And this report indicates that
2  there were three detectives who participated in closing --
3  strike that.
4        This report indicates that there were five
5  detectives who played an investigative role in clearing the
6  case by arresting Jose Maysonet and Alfredo Gonzalez, right?
7        MR. LEINENWEBER: Objection to form.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) And you were one of those
10  detectives, correct?
11        MR. LEINENWEBER: Same objection.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And I -- I'm going to
14  specifically draw your attention to your narrative that
15  starts with the section entitled "Investigation" on page 4
16  of the report, Bates stamped RFC-Maysonet 49. Okay?
17        It says: "On July 15th, 1990, Sergeant E.
18  Mingey, Area 5 violent crimes, became aware of an offender
19  charged in a shooting incident in which three persons were
20  shot on the street. This person was Jose Maysonet.
21        "This shooting incident was reported under
22  RDN-303737. Recovered from the scene of this shooting were
23  three fired cartridge casings with a class of 9 millimeters.
24  These casings were inventoried.
25        "Sergeant Mingey was aware of the fact that

Page 233

1 the weapon use to kill Torrence and Kevin Wiley was also a 9
2 millimeter."
3        Now, we talked about this earlier. Sergeant
4 Mingey and you had discussed prior to July 15th, 1990, your
5 desire to frame Mr. Maysonet for a crime he did not commit,
6 correct?
7        MR. LEINENWEBER: Objection to form,
8 foundation, argumentative.
9    A. Take the Fifth.
10   Q. (BY MS. BONJEAN) And on July 15th, 1990, Sergeant
11 Mingey, according to this report, interviewed Mr. Maysonet
12 at Area 5, right?
13   A. Take the Fifth.
14   Q. (BY MS. BONJEAN) And according to this report,
15 again, authored by your partner, Detective Halvorsen,
16 Mr. Maysonet told Sergeant Mingey and Detective Montilla
17 that he had: "Knowledge of the murders of the two black
18 youths on North Avenue. And he stated that on the night of
19 the -- the blacks were shot, three Latin Kings came by his
20 house and wanted to get a 9-millimeter automatic pistol that
21 he had been given to the gang to hold."
22        Again, as authored by Detective Halvorsen and
23 reflected in his report, Mr. Maysonet allegedly told
24 Sergeant Mingey: "He gave the gun to these guys and they
25 left. The next day he learned about the shooting of the two

Page 234

1 blacks on North Avenue and assumed that the Kings he gave
2 the gun must have done this shooting. Jose Maysonet
3 declined to provide the names of the individuals who had a
4 gun."
5        Do you see that section of this supplemental
6 report, Mr. Guevara?
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) Detective Halvorsen wrote this
9 paragraph and this report knowing full well that it was
10 false, correct?
11       MR. LEINENWEBER: Objection to form,
12 foundation. Also argumentative.
13   A. Take the Fifth.
14   Q. (BY MS. BONJEAN) Mr. Maysonet on July 15th, 1990,
15 made no statements to Sergeant Mingey or Detective Montilla
16 indicating any knowledge about the Wiley brothers' murders,
17 right?
18       MR. LEINENWEBER: Objection to form,
19 foundation, calls for speculation. Also argumentative.
20   A. Take the Fifth.
21   Q. (BY MS. BONJEAN) And that's why there is no report
22 or GPR or any piece of paper that corroborates the claim
23 that Mr. Maysonet made these statements in and around the
24 time of July 15th, 1990, right?
25       MR. LEINENWEBER: Objection to form,

Page 235

1 foundation, argumentative.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) The first time that any detective
4 or sergeant discloses this -- these statements from
5 Mr. Maysonet is in a report on August 23rd, 1990, which
6 would have been at least five weeks after he supposedly made
7 it, correct?
8        MR. LEINENWEBER: Objection to form,
9 foundation, compound question, and argumentative.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) You knew, of course, that
12 Mr. Maysonet had never made any inculpatory statements on
13 July 15, 1990, right?
14       MR. LEINENWEBER: Objection to form,
15 foundation, and argumentative.
16   A. Take the Fifth.
17   Q. (BY MS. BONJEAN) And, in fact, you and your fellow
18 detectives and the defendants in this case, Sergeant Mingey,
19 Detective Montilla, Ernest Halvorsen, Detective Paulnitsky,
20 and even Sergeant Epplen knew that Mr. Maysonet had made no
21 statements that would suggest his knowledge or involvement
22 in the murders of the Wiley brothers prior to August 22nd,
23 1990, right?
24       MR. LEINENWEBER: Objection to form,
25 foundation. Argumentative.

Page 236

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) And together you agreed to
3 include these false statements in this report because the --
4 strike that.
5        Together, you and your fellow defendants
6 agreed to include these false statements in the report to
7 justify Mr. Maysonet's arrest on the morning of August 22nd,
8 1990, right?
9        MR. LEINENWEBER: Objection to form,
10 foundation, argumentative.
11   Q. (BY MS. BONJEAN) Absent these statements -- I'm
12 sorry. Go ahead.
13   A. Take the Fifth.
14   Q. Sure. Absent these statements, there would have
15 been no basis to arrest Mr. Maysonet on August 22nd, 1990,
16 right?
17       MR. LEINENWEBER: Objection form, foundation,
18 argumentative, calls for speculation.
19   Q. (BY MS. BONJEAN) So this was --
20   A. Take the Fifth.
21   Q. I'm going to go on to the second paragraph. Or --
22 I'm sorry. It would be the fourth paragraph on page 4.
23 "Jose Maysonet was thereafter locked up in the Cook County
24 Jail on August 1st, 1990. Sergeant Mingey and Detective
25 Montilla went to interview Jose Maysonet at the Cook County

Page 237

1  Jail. Jose Maysonet signed the required attorney waiver
2  form and agreed to be interviewed. Jose Maysonet stated
3  that he was involved in the murders of the two black youths.
4  He stated that he was not the shooter but was present when
5  the shooting occurred. He stated that he knew who the
6  shooter was and the other persons with him. He stated that
7  he would not cooperate in this investigation unless a deal
8  was cut to get him out of jail. Jose Maysonet was informed
9  by Sergeant Mingey that no deal would be made, even if
10  possible."
11        Sir, that is a false statement in this police
12  report, correct?
13        MR. LEINENWEBER: Objection to form,
14  foundation, argumentative.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) It is a false statement insofar
17  as you know that Jose Maysonet never told Sergeant Mingey,
18  Detective Montilla, or anyone that he was involved in the
19  murders of the two black youths, right?
20        MR. LEINENWEBER: Same objections.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) Detective Halvorsen, with the aid
23  and -- and -- and help of yourself, Sergeant Mingey,
24  Detective Montilla, Lee Epplen, and Detective Paulnitsky
25  included this false statement in this police report so as to

Page 238

1  justify the arrest of Mr. Maysonet on August 22nd, 1990,
2  correct?
3        MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) And not just to justify the
7  unlawful arrest of Mr. Maysonet on August 22nd, but
8  these two statements that were included in this police
9  report were designed to be evidence that would be used
10  against him at a trial to falsely convict him for the
11  murders of -- of the Wiley brothers, right?
12        MR. LEINENWEBER: Objection to form,
13  foundation, compound question, argumentative.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) You well know that oral
16  statements made by defendants are admissible in a court of
17  law to prove someone's guilt, correct?
18        MR. LEINENWEBER: Objection to form,
19  foundation, calls for a legal conclusion.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) And together you and your fellow
22  defendants agreed that you would fabricate these oral
23  statements, one on July 15th and one on August 1st?
24        MR. LEINENWEBER: Objection -- sorry. Were
25  you finished?

Page 239

1        MS. BONJEAN: Did someone say something?
2        MR. LEINENWEBER: It picked up on there, but
3  I'm not sure why.
4        MS. BONJEAN: I'll start over.
5        MR. LEINENWEBER: Okay.
6    Q. (BY MS. BONJEAN) You and your fellow defendants
7  agreed that on -- that you would fabricate a statement by
8  Mr. Maysonet and -- correct?
9        MR. LEINENWEBER: Objection to form,
10  foundation, argumentative.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) And, in fact, you and your fellow
13  defendants agreed amongst yourselves that you would include
14  these false statements in this police report as a means to,
15  again, justify the arrest of Mr. Maysonet but also as
16  evidence against Mr. Maysonet at his future trial, right?
17        MR. LEINENWEBER: Objection to form,
18  foundation, compound question, and argumentative.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) All right. I want to go to the
21  next page, RFC-Maysonet 51. It indicates here that Jose
22  Maysonet stated to, I guess, Detective Montilla -- who else?
23  I don't know who else was present, but to at least Detective
24  Montilla that he had been threatened by Latin King gang
25  members with the death of himself and his wife and his

Page 240

1  child. That also was a false statement, right?
2        MR. LEINENWEBER: Objection to form and
3  foundation.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) Mr. Maysonet never indicated to
6  you or Detective Montilla or any of your fellow defendants
7  that he had been threatened by Latin Kings, right?
8        MR. LEINENWEBER: Objection to form,
9  foundation, calls for speculation.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) Now, on August 22nd, 1990, it
12  says: "Detectives E. Halvorsen and R. Guevara and Steve
13  Gawrys arrived at Area 5 to work the third watch and the
14  investigation was passed on to these detectives." Correct?
15    A. Take the Fifth.
16    Q. So that's formally when you took over the
17  investigation was at the start of your shift on August 22nd,
18  1990, which was in the later afternoon, right?
19        MR. LEINENWEBER: Objection to form,
20  foundation.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) But you had been, of course,
23  communicating with your fellow defendants prior to that
24  about Mr. Maysonet's arrest and the fact that he was in
25  custody, right?

Page 241

1      MR. LEINENWEBER: Objection to form and
2  foundation.
3      A.  Take the Fifth.
4      Q.  (BY MS. BONJEAN)  And, in fact, Detective
5  Paulnitsky reached out to you almost immediately upon saying
6  that Mr. Maysonet had made bail or bond, and it was at your
7  direction that Paulnitsky brought him in, right?
8      MR. LEINENWEBER: Objection, form, foundation,
9  argumentative.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And according to this report on
12  August 22nd, 1990, at 2000 hours -- it's in the, I guess,
13  evening?
14     MS. BONJEAN:  Is that 8:00 o'clock?
15     MR. LEINENWEBER:  8:00 p.m. by my calculation.
16     Q.  (BY MS. BONJEAN)  Jose Maysonet was interviewed by
17  yourself because you speak Spanish, correct?
18     MR. LEINENWEBER: Objection, form, foundation.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN)  Sir, you interviewed Mr. Maysonet
21  alone at about 8:00 o'clock p.m. on August 22nd, 1990,
22  right?
23     MR. LEINENWEBER: Objection to form,
24  foundation.
25     A.  Take the Fifth.

Page 242

1      Q.  (BY MS. BONJEAN)  And no one else was present
2  during that interview, correct?
3      MR. LEINENWEBER: Objection to form,
4  foundation.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  Mr. Maysonet told you he had
7  nothing to do with the Wiley brothers' murders at the time
8  that you interviewed him on August 22nd, 1990, in the
9  evening; isn't that right?
10     MR. LEINENWEBER: Objection to form,
11  foundation, argumentative.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  In fact, he told you, "You know I
14  have an alibi for that.  I was at -- I was at Macho's
15  funeral."
16     MR. LEINENWEBER: Objection to form,
17  foundation, argumentative.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  Well, he told you that -- he --
20  that on that morning he had gone to Macho's funeral, right?
21     MR. LEINENWEBER: Objection to form and
22  foundation.
23     A.  Take the Fifth.
24     Q.  (BY MS. BONJEAN)  And that actually the night
25  before, he had been -- strike that.

Page 243

1      He told you that earlier in the morning hours
2  or that night, which would have been around 1:00 a.m. when
3  the Wiley brothers were murdered, he was actually at home
4  mourning the death of his very good friend, right?
5      MR. LEINENWEBER: Objection to form,
6  foundation, compound question.
7      A.  Take the Fifth.
8      Q.  (BY MS. BONJEAN)  And you told Mr. Maysonet you
9  didn't care, right?
10     MR. LEINENWEBER:  Same objections.
11     A.  Take the Fifth.
12     Q.  (BY MS. BONJEAN)  And you and Mr. Maysonet --
13  strike that.
14     You -- you told Mr. Maysonet in no uncertain
15  terms he was going down for this murder, right?
16     MR. LEINENWEBER: Objection, form, foundation,
17  argumentative.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  And your reason for framing him
20  for the murder of the Wiley brothers, in part, was the fact
21  that Mr. Maysonet had stopped paying you protection money,
22  correct?
23     MR. LEINENWEBER: Objection to form,
24  foundation, argumentative.
25     A.  Take the Fifth.

Page 244

1      Q.  (BY MS. BONJEAN)  And also because Mr. Maysonet had
2  failed to serve a purpose for you anymore, right?
3      MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  He was not putting money in your
7  pocket anymore, and he also had a great deal of negative
8  information about -- about you, right?
9      MR. LEINENWEBER: Objection to form,
10  foundation, argumentative.
11     A.  Take the Fifth.
12     Q.  (BY MS. BONJEAN)  He knew that you had committed a
13  number of crimes for which you could be prosecuted, right?
14     MR. LEINENWEBER: Objection to form,
15  foundation, argumentative.
16     A.  Take the Fifth.
17     Q.  (BY MS. BONJEAN)  You had all the motive in the
18  world to put him away for the rest of his life, right?
19     MR. LEINENWEBER: Objection to form,
20  foundation, argumentative.
21     A.  Take the Fifth.
22     Q.  (BY MS. BONJEAN)  And during your interrogation of
23  Mr. Maysonet, you used physical and psychological abuse
24  against him, right?
25     MR. LEINENWEBER: Objection to form,

Page 245

1  foundation, argumentative.
2      A. Take the Fifth.
3      Q. (BY MS. BONJEAN) You beat him about his body with
4  a flashlight with a phone book. I think we -- I asked you
5  that before, but I'll ask again. Sir, isn't it true that
6  you beat Mr. Maysonet about his body with -- using a phone
7  book and a flashlight?
8          MR. LEINENWEBER: Objection. Form,
9  foundation, argumentative, asked and answered.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) And you did so around different
12 parts of his body including his head, correct?
13         MR. LEINENWEBER: Objection to form,
14 foundation, argumentative. Also asked and answered.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) And you also struck him in his
17 genitalia with a flashlight, correct?
18         MR. LEINENWEBER: Same objections.
19     A. Take the Fifth.
20     Q. (BY MS. BONJEAN) And you told him repeatedly that
21 the violence would not stop unless he agreed to make a
22 statement regarding the Wiley brothers' murders, right?
23         MR. LEINENWEBER: Same objections.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) You would sometimes leave the

Page 246

1  room for a period of time, correct?
2          MR. LEINENWEBER: Same objections.
3      A. Take the Fifth.
4      Q. (BY MS. BONJEAN) And would Mr. Halvorsen come in
5  while you would leave the room and attempt to smooth things
6  over with Mr. Maysonet?
7          MR. LEINENWEBER: Objection, form, foundation,
8  asked and answered.
9      A. Take the Fifth.
10     Q. (BY MS. BONJEAN) And you would tag team with
11 Mr. Halvorsen playing good cop and you doing the bad cop
12 work, right?
13         MR. LEINENWEBER: Objection. Form,
14 foundation, argumentative, asked and answered.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) You also told Mr. Maysonet that
17 if he didn't admit to his involvement in the crime, that you
18 would make sure that he would get the death penalty,
19 correct?
20         MR. LEINENWEBER: Objection to form,
21 foundation, and argumentative.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) And while it is true that a
24 double murder would make you eligible for the death penalty,
25 you would actually have to be the shooter to be eligible for

Page 247

1  the death penalty, right?
2          MR. LEINENWEBER: Objection, form, foundation,
3  argumentative, and calls for a legal conclusion.
4      A. Take the Fifth.
5      Q. (BY MS. BONJEAN) Well, I know you're no legal
6  scholar, but you at least knew that to be eligible for the
7  death penalty, you'd actually have to be the principal
8  actor, right?
9          MR. LEINENWEBER: Objection to form,
10 foundation, argumentative, and calls for a legal conclusion.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) So one thing that you were going
13 to offer Mr. Maysonet is that to avoid the death penalty,
14 you would -- you could somehow make him the accountable
15 rather than the principal, correct?
16         MR. LEINENWEBER: Objection to form,
17 foundation, argumentative.
18     A. Take the Fifth.
19     Q. (BY MS. BONJEAN) Now, at page 51 -- strike that.
20         On page 6 of the supplemental report that
21 is -- has -- bears Bates stamp RFC-Maysonet 51 and then goes
22 on to RFC-Maysonet 00052, this summarizes Mr. Maysonet's
23 statement according to you and your fellow defendants,
24 right?
25         MR. LEINENWEBER: Objection to form,

Page 248

1  foundation, argumentative.
2      A. Take the Fifth.
3      Q. (BY MS. BONJEAN) And, again, although this is
4  authored by Detective Halvorsen, this was a collaborative
5  effort by all of the defendants in this case, correct?
6          MR. LEINENWEBER: Objection to form,
7  foundation.
8      A. Take the Fifth.
9      Q. (BY MS. BONJEAN) It says: "Jose Maysonet, in
10 summary, acknowledged understanding his Miranda rights as
11 they were read to him by Detective Guevara from a preprinted
12 paper." Correct?
13     A. Take the Fifth.
14     Q. That statement is a lie, sir, isn't it?
15         MR. LEINENWEBER: Objection, form, foundation,
16 argumentative.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) Sir --
19         MR. LEINENWEBER: Can -- I'm sorry, can I
20 interrupt for one sec? Can you clarify where you are? I
21 got lost here somehow.
22         MS. BONJEAN: Yeah, it's mid page 6. Well,
23 okay. I'm sorry. It says page 5 here, page -- 51.
24         MR. LEINENWEBER: Okay. That's what it is,
25 okay. Sorry. I was on 52 already.

Page 249

1      MS. BONJEAN: Yeah, there's a couple --
2      MR. LEINENWEBER: Okay. I'm back.
3      MS. BONJEAN: Sure. RFC-Maysonet 51.
4   Q. (BY MS. BONJEAN) Sir, it is, in fact, a lie that
5 you -- strike that.
6      You did not provide Mr. Maysonet with his
7 Miranda warnings, right?
8      MR. LEINENWEBER: Objection to form,
9 foundation, argumentative.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) So that statement in this police
12 report is, in fact, false, correct?
13      MR. LEINENWEBER: Same objections.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) It says Jose Maysonet agreed to
16 make a statement. That is not true, is it, sir?
17      MR. LEINENWEBER: Same objections.
18   A. Take the Fifth.
19   Q. (BY MS. BONJEAN) Mr. Maysonet never agreed to make
20 a statement, correct?
21      MR. LEINENWEBER: Same objections.
22   A. Take the Fifth.
23   Q. (BY MS. BONJEAN) It says: "On 20 May 90, some
24 members of the Latin Kings came by his house. He is a
25 member of the Latin Kings. One of the Latin Kings was a guy

Page 250

1 called Lluvia" who he was -- "he was asked by Lluvia to hide
2 a gun at his house." That statement is a false statement,
3 sir; isn't that correct?
4      MR. LEINENWEBER: Same objections.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) Mr. Maysonet never made that
7 statement to you; isn't that true?
8      MR. LEINENWEBER: Same objections.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) He -- "He agreed to do so.
11 Lluvia gave him a 9-millimeter pistol, 4-inch barrel, 15
12 shot, dark finish." On May -- "On 24th of May between 2330
13 and midnight, he was at home" -- is that midnight?
14      MR. LEINENWEBER: Yeah. I think so.
15   Q. (BY MS. BONJEAN) "With his wife Rosa Bello. Three
16 Latin Kings came to his apartment. One of the Kings was
17 Lluvia. The other two Kings were Fro and Tino, and they
18 told him that they needed the pistol. They told him that
19 they had something to do with two guys at Drake and North
20 Avenue." Do you see those statements in this report, sir?
21   A. Take the Fifth.
22   Q. Those statements were never uttered by
23 Mr. Maysonet, correct?
24      MR. LEINENWEBER: Objection to form,
25 foundation, argumentative.

Page 251

1   A. Take the Fifth.
2   Q. (BY MS. BONJEAN) In fact, this narrative is a
3 narrative that you fabricated with your fellow defendants;
4 isn't that right?
5      MR. LEINENWEBER: Objection to form,
6 foundation, argumentative.
7   A. Take the Fifth.
8   Q. (BY MS. BONJEAN) This is a narrative that you made
9 up in order to frame Mr. Maysonet for the murders of
10 Torrence and Kevin Wiley, correct?
11      MR. LEINENWEBER: Objection to form,
12 foundation, argumentative.
13   A. Take the Fifth.
14   Q. (BY MS. BONJEAN) "They told them they had
15 something to do with two guys at Drake and North Avenue that
16 involved -- that involved dope, and they wanted the pistol.
17 He saw that Lluvia was wearing a black hooded sweatshirt,
18 which meant that they planned on doing a roll. He walked
19 out of his apartment and they asked him if he wanted to
20 drive the car they had. He recognized the car as being the
21 older model, light blue over dark blue, Pontiac"
22 Bonaventure -- "Bonv." -- "that belonged to another Latin
23 King named Jeffrey. He agreed to drive the car. He drove
24 down Homan to Potomac, then turned and went down Potomac to
25 St. Louis, and went down St. Louis to North Avenue. He then

Page 252

1 drove from North Avenue to Drake and parked in the alley."
2      Those statements that are contained in this
3 supplemental report were never uttered by Mr. Maysonet;
4 isn't that true, sir?
5      MR. LEINENWEBER: Objection to form,
6 foundation, argumentative.
7   A. Take the Fifth.
8   Q. (BY MS. BONJEAN) In fact, you provided these
9 statements that you wanted Mr. Maysonet to adopt for the
10 purpose of framing him for the murders of Kevin and Torrence
11 Wiley, correct?
12      MR. LEINENWEBER: Objection to form,
13 foundation, compound question, and argumentative.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) In fact, it's you and Detective
16 Halvorsen that came up with this narrative, this false
17 narrative in order to frame Mr. Maysonet and actually others
18 for the murders of the Wiley brothers, right?
19      MR. LEINENWEBER: Objection. Form,
20 foundation, compound question, argumentative.
21   A. Take the Fifth.
22   Q. (BY MS. BONJEAN) And, in fact, when you were
23 talking to Mr. Maysonet when you were interrogating him, you
24 spoke to him in Spanish, right?
25      MR. LEINENWEBER: Objection to form and

Page 253

1  foundation. Also asked and answered.
2       A. Take the Fifth.
3       Q. (BY MS. BONJEAN) Okay. And your conversations --
4  strike that.
5            And during these conversations, Mr. Maysonet
6  made none of these statements to you; isn't that right?
7            MR. LEINENWEBER: Objection. Form,
8  foundation, argumentative. Also asked and answered.
9       A. Take the Fifth.
10      Q. (BY MS. BONJEAN) Mr. Maysonet told you over and
11 over again that he knew nothing about the murders of the
12 Wiley brothers, right?
13           MR. LEINENWEBER: Same objections.
14      A. Take the Fifth.
15      Q. (BY MS. BONJEAN) And you knew he didn't know
16 anything about the Wiley brothers. You intended to frame
17 him for the Wiley brothers because you could, right?
18           MR. LEINENWEBER: Objection to form,
19 foundation, compound, and argumentative.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) And, in fact, you, sir, purposely
22 went out of your way not to solve crimes that occurred in
23 Humboldt Park so that you could frame other people for
24 crimes, right?
25           MR. LEINENWEBER: Objection to form,

Page 254

1  foundation, argumentative.
2       A. Take the Fifth.
3       Q. (BY MS. BONJEAN) In fact, it was your practice to
4  solve crimes that went cold by framing gangbangers, right?
5            MR. LEINENWEBER: Objection to form,
6  foundation, and argumentative.
7       A. Take the Fifth.
8       Q. (BY MS. BONJEAN) Why is it that so many of your
9  cases that you've solved are -- are solved months or even
10 years after the crime itself?
11           MR. LEINENWEBER: Objection to form,
12 foundation.
13      A. Take the Fifth.
14      Q. (BY MS. BONJEAN) Are you just an expert at solving
15 cold cases?
16           MR. LEINENWEBER: Objection to form and
17 foundation.
18      A. Take the Fifth.
19      Q. (BY MS. BONJEAN) The next page, which is
20 Bates-stamped RFC-Maysonet 52 reads: "Lluvia, Fro, and Tino
21 all got out of the car. Lluvia pulled the hooded sweatshirt
22 over his head. Maysonet saw two guys standing on the
23 street. Lluvia, Fro, and Tino started walking towards the
24 guys. They waited about five minutes and then he heard five
25 or six gunshots. He looked and saw that the two guys were

Page 255

1  on the ground. Lluvia had the 9-millimeter pistol in his
2  hand, pointing the gun at the guys to see if they still
3  moved. When no one moved, all three guys started to walk
4  back towards the car."
5            Sir, those statements that I've just read to
6  you are false, fabricated statements, correct?
7            MR. LEINENWEBER: Objection to form,
8  foundation, compound question, and argumentative.
9       A. Take the Fifth.
10      Q. (BY MS. BONJEAN) Mr. Maysonet never uttered those
11 words to you; isn't that right?
12           MR. LEINENWEBER: Same objection.
13      A. Take the Fifth.
14      Q. (BY MS. BONJEAN) In fact, you and Ernest Halvorsen
15 fabricated this narrative in order to frame Mr. Maysonet for
16 the murders of the Wiley brothers?
17           MR. LEINENWEBER: Objection. Form,
18 foundation, and argumentative.
19      A. Take the Fifth.
20      Q. (BY MS. BONJEAN) And the way it's -- the way it's
21 crafted, did you lead Mr. -- lead Mr. Maysonet to believe
22 somehow that he might have the ability to avoid criminal
23 responsibility for this case?
24           MR. LEINENWEBER: Objection to form and
25 foundation.

Page 256

1       A. Take the Fifth.
2       Q. (BY MS. BONJEAN) Let me ask it this way: The way
3  that you have -- the way that you've fabricated this
4  narrative -- you and I assume Ernest Halvorsen -- it was
5  fabricated in a way to make Mr. Maysonet an accountable to
6  the offense, right?
7            MR. LEINENWEBER: Objection to form,
8  foundation, compound question, and argumentative.
9       A. Take the Fifth.
10      Q. (BY MS. BONJEAN) Did you tell Mr. Maysonet that it
11 was an exculpatory statement?
12           MR. LEINENWEBER: Objection to form and
13 foundation.
14      A. Take the Fifth.
15      Q. (BY MS. BONJEAN) Did you tell Mr. Maysonet he
16 could maybe just be a witness in the case rather than an
17 offender?
18           MR. LEINENWEBER: Same objections. Also
19 compound question.
20      A. Take the Fifth.
21      Q. (BY MS. BONJEAN) Now, it continues on: "All three
22 guys got back into the car and he drove off. He drove back
23 to his house at 1302 North Kimball. He got out of the car.
24 Lluvia got into the driver's seat and drove off. That same
25 morning the shooting occurred, he saw Lluvia about 1100

Page 257

1 hours. He met up with Lluvia at LeMoyne and Spaulding.
2 Lluvia said, 'I killed two black motherfuckers.' Maysonet
3 was told to keep his mouth shut and not say nothing."
4        Those statements, sir, were fabricated
5 statements as well, correct?
6        MR. LEINENWEBER: Objection to form,
7 foundation, argumentative.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) Mr. Maysonet never uttered those
10 statements to you; isn't that right?
11        MR. LEINENWEBER: Same objections.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) It says: "Maysonet was then
14 locked up on July 15th, 1990. That involved a different
15 shooting. Maysonet stayed in the Cook County Jail until he
16 was able to make bond on August 16th, 1990. That same day
17 about 22 [sic] hours, he was at home. Lluvia, Fro, Tino,
18 Cisco, and King all came by his house. Tino and King are
19 brothers. King showed Maysonet that he was carrying a gun,
20 the same gun used in the murders. King put the gun to
21 Maysonet's head and told him that if he ever talked about
22 the two murders, he would be six feet under."
23        Those statements, sir, are false statements,
24 correct?
25        MR. LEINENWEBER: Objection to form,

Page 258

1 foundation, argumentative.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) Mr. Maysonet never made these
4 statements to you; isn't that true?
5        MR. LEINENWEBER: Same objections.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) In fact, this narrative is
8 absolutely ridiculous, really, if we're being honest, right?
9        MR. LEINENWEBER: Objection to form,
10 foundation, compound question, and argumentative.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) I mean, why is King threatening
13 Maysonet if he wasn't even involved in the shooting?
14        MR. LEINENWEBER: Objection, form, foundation,
15 argumentative, calls for speculation.
16    A. Take the Fifth.
17    Q. (BY MS. BONJEAN) I mean --
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) -- again, none of these
20 statements came out of Mr. Maysonet's mouth, right?
21        MR. LEINENWEBER: Same objections. Also asked
22 and answered.
23    A. Take the Fifth.
24    Q. (BY MS. BONJEAN) This was a fabrication by
25 yourself, Ernest Halvorsen, and the other defendants in this
26 case including those whose names are at the end of this

Page 259

1 supplemental report, right?
2        MR. LEINENWEBER: Objection to form,
3 foundation, compound question, and argumentative.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) This report goes on to say that:
6 "On August 22nd at 2100 hours, Maysonet's wife, Rosa Bello
7 arrived at Area 5 and she was allowed to talk with Maysonet.
8 Maysonet told her to tell the truth about the night the
9 blacks were killed and she agreed to do so."
10        Were you present for that alleged
11 conversation, sir?
12        MR. LEINENWEBER: Objection to form and
13 foundation.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) Because this report doesn't even
16 indicate who's allegedly heard this, right?
17        MR. LEINENWEBER: Objection to form and
18 foundation.
19    Q. (BY MS. BONJEAN) But --
20    A. Take --
21    Q. Go ahead.
22    A. Take the Fifth.
23    Q. But you know for sure that Mr. Maysonet never told
24 Rosa Bello to tell the detectives the truth about the night
25 the blacks were killed, right?

Page 260

1        MR. LEINENWEBER: Objection to form,
2 foundation, argumentative.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) These statements contained in
5 this supplemental report are complete fabrications as well,
6 correct?
7        MR. LEINENWEBER: Objection to form,
8 foundation, argumentative.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) Rosa Bello was interrogated at
11 Area 5, as we discussed earlier, correct?
12        MR. LEINENWEBER: Objection, form, foundation,
13 asked and answered.
14    A. Take the Fifth.
15    Q. (BY MS. BONJEAN) And she was threatened to have
16 her children taken away if she did not adopt a statement
17 that was drafted by you and your fellow detectives, correct?
18        MR. LEINENWEBER: Objection to form,
19 foundation, compound question, argumentative, and asked and
20 answered.
21    A. Take the Fifth.
22        MS. BONJEAN: Okay. I'm just going to mark
23 this, please.
24        (Exhibit 3 marked.)
25        MR. LEINENWEBER: Are we done with this one,

Page 261

1  then? I mean, I'm not throwing it away or anything.
2      MS. BONJEAN: No, not -- I mean -- not -- for
3  a second we are.
4      MR. LEINENWEBER: Okay.
5      Can I clarify one thing while you're doing
6  that? Mr. Guevara wanted to just clarify one thing that we
7  stated earlier. He actually picked me up this morning at my
8  hotel and came here. So to the extent that that's a, you
9  know, meeting ahead of us, we wanted to just clarify that
10 for the record.
11     MS. BONJEAN: Okay. Sure. No problem.
12     MR. LEINENWEBER: This is 3, I think.
13     MR. BONJEAN: Yes.
14     Q. (BY MS. BONJEAN) Okay. Mr. Guevara, I'm going to
15 hand you what's been marked as Exhibit 3. Do you see this?
16     DEFENSE COUNSEL: Jennifer, can you identify
17 what we're looking at?
18     MS. BONJEAN: Oh, I -- I apologize. This is
19 Rosa Bello's statement, handwritten.
20     DEFENSE COUNSEL: Thank you.
21     Q. (BY MS. BONJEAN) Mr. Guevara, you've seen this
22 statement before, correct?
23     A. Take the Fifth.
24     Q. This is a statement that was written out on this
25 piece of paper by, I believe, ASA Frank DiFranco; is that

Page 262

1  correct?
2      A. Take the Fifth.
3      Q. But before ASA Frank -- oh, well, strike that.
4      It -- it -- it bears Rosa Bello's signature at
5  the end of the statement, correct?
6      MR. LEINENWEBER: Objection to form and
7  foundation.
8      A. Take the Fifth.
9      Q. (BY MS. BONJEAN) And Rosa Bello signed this
10 statement after you and your fellow detectives threatened to
11 take her children away, correct?
12     MR. LEINENWEBER: Objection to form,
13 foundation, argumentative.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) This statement was signed by Rosa
16 Bello after she was threatened that if she did not adopt the
17 narratives that were provided to her by you detectives, she
18 would not see her children again, correct?
19     MR. LEINENWEBER: Objection to form,
20 foundation, argumentative.
21     A. Take the Fifth.
22     Q. (BY MS. BONJEAN) And, in fact, the statements that
23 are contained in this handwritten statement are untrue,
24 right?
25     MR. LEINENWEBER: Objection to form,

Page 263

1  foundation.
2      DEFENSE COUNSEL: Objection to form and
3  foundation.
4      MR. LEINENWEBER: And argumentative.
5      A. Take the Fifth.
6      Q. (BY MS. BONJEAN) Well, you know for a fact that
7  this narrative is a narrative that you fabricated, you and
8  your fellow detectives, right?
9      MR. LEINENWEBER: Objection to form,
10 foundation, argumentative.
11     A. Take the Fifth.
12     Q. (BY MS. BONJEAN) And you and your fellow
13 detectives, including Fred Montilla, coerced Ms. Bello into
14 making this statement, right?
15     MR. LEINENWEBER: Objection to form,
16 foundation, argumentative, and compound question.
17     A. Take the Fifth.
18     Q. (BY MS. BONJEAN) You don't need to beat someone up
19 to coerce them into making a statement; isn't that right?
20     MR. LEINENWEBER: Objection to form and
21 foundation.
22     A. Take the Fifth.
23     Q. (BY MS. BONJEAN) In fact, you learned pretty early
24 on that with women, in particular, all you need to do is
25 threaten to take their kids away, and they'll probably do

Page 264

1  anything you want them to do, right?
2      MR. LEINENWEBER: Objection to form,
3  foundation, argumentative, and asked and answered.
4      A. Take the Fifth.
5      Q. (BY MS. BONJEAN) And that -- that's a tool that is
6  used pretty regularly by Area 5 detectives because it's a
7  very easy tool to use with women who have children, right?
8      MR. LEINENWEBER: Objection to form,
9  foundation, argumentative, compound question.
10     A. Take the Fifth.
11     DEFENSE COUNSEL: And asked and answered.
12     Q. (BY MS. BONJEAN) Threatening to take people's
13 children away doesn't leave marks on their face, does it?
14     MR. LEINENWEBER: Objection, form, foundation,
15 argumentative.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) Okay. Now, going back to the
18 supplemental report that is Bates-stamped RFC-Maysonet 53 at
19 the top, this supplemental report that reads much like a
20 little novella starts -- okay. Let me get my bearings.
21 Okay. I'm sorry. Strike that.
22     RFC-Maysonet 53 but it is -- I guess it says
23 "continued at page 8" at the bottom. It says: "Jose
24 Maysonet stated that he knew where both Lluvia and Fro
25 lived. He offered to show detectives these addresses.

Page 265

1 Maysonet also stated that he knew that Tino's last name was
2 Cruz. Maysonet identified an apartment building on Kedzie
3 as being where Lluvia stayed. He also identified a house at
4 1035 North Spaulding as where Fro lived. While Maysonet was
5 being driven around he spotted Lluvia at the corner of
6 LeMoyne and Spaulding. Maysonet was returned to Area 5. At
7 Area 5, Maysonet was shown loose candid photos of Latin King
8 members. He identified a photo of Chris Fernandez as being
9 Fro."
10        Those statements contained in this report,
11 sir, are false, correct?
12        MR. LEINENWEBER: Objection to form,
13 foundation, and argumentative.
14    A. Take the Fifth Amendment.
15    Q. (BY MS. BONJEAN) You know full well that no one
16 took Mr. Maysonet out of Area 5 to drive around Humboldt
17 Park, correct?
18        MR. LEINENWEBER: Objection to form,
19 foundation, argumentative.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) You knew who Lluvia was. You
22 didn't need Mr. Maysonet to point him out to you, right?
23        MR. LEINENWEBER: Objection to form,
24 foundation, argumentative.
25    A. Take the Fifth.

Page 266

1    Q. (BY MS. BONJEAN) In fact, you're the one that told
2 Mr. Maysonet that he was going to implicate Lluvia, correct?
3        MR. LEINENWEBER: Objection to form,
4 foundation, argumentative.
5    A. Take the Fifth.
6    Q. (BY MS. BONJEAN) You're the person who provided
7 all the names in this false and fabricated tale that you
8 forced Mr. Maysonet to adopt, right?
9        MR. LEINENWEBER: Objection to form,
10 foundation, compound question, and argumentative.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) In fact, Chris Fernandez is a
13 name that you came up with, right?
14        MR. LEINENWEBER: Objection to form and
15 foundation.
16    A. Take the Fifth.
17    Q. (BY MS. BONJEAN) And the reason you came up with
18 the name Chris Fernandez is because you believed that Fro --
19 his real name was Chris Fernandez, right?
20        MR. LEINENWEBER: Objection to form,
21 foundation.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) And that's because you knew his
24 mother had the last name "Fernandez," right?
25        MR. LEINENWEBER: Objection to form,

Page 267

1 foundation.
2    A. Take the Fifth.
3    Q. (BY MS. BONJEAN) But, in fact, Fro's real name was
4 not Chris Fernandez, right?
5        MR. LEINENWEBER: Objection to form,
6 foundation.
7    A. Take the Fifth.
8    Q. (BY MS. BONJEAN) Mr. Maysonet knew who he was,
9 right?
10        MR. LEINENWEBER: Objection to form,
11 foundation.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) If Mr. Maysonet was going to
14 identify Fro, he would have give you his real name, which
15 was not Chris Fernandez, right?
16        MR. LEINENWEBER: Objection to form,
17 foundation, calls for -- sorry -- compound question and
18 argumentative.
19    A. Take the Fifth.
20    Q. (BY MS. BONJEAN) You assumed his name was Chris
21 Fernandez because you knew who his mother was, right?
22        MR. LEINENWEBER: Objection to form,
23 foundation. Also asked and answered.
24    A. Take the Fifth.
25    Q. (BY MS. BONJEAN) Chris Fernandez is really

Page 268

1 Christopher Goosens, but you didn't know that at that time,
2 right?
3        MR. LEINENWEBER: Same objections.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) You knew who Tino was; so you
6 provided that name as well, right?
7        MR. LEINENWEBER: Same objection.
8    A. Take the Fifth.
9    Q. (BY MS. BONJEAN) Again, none of these words were
10 uttered by Mr. Maysonet, right?
11        MR. LEINENWEBER: Objection to form,
12 foundation, argumentative.
13    A. Take the Fifth.
14    Q. (BY MS. BONJEAN) Now, Mr. Gonzalez, Alfredo
15 Gonzalez was also brought into custody, correct, while
16 Mr. Maysonet was still in custody on August 23rd, 1990,
17 right?
18    A. Take the Fifth.
19        MR. LEINENWEBER: I'm sorry. Can you read
20 that question back? I got distracted for a second.
21        (Requested testimony read back.)
22        MR. LEINENWEBER: Objection to form,
23 foundation, compound question.
24        MS. BONJEAN: Yeah, there was a lot there.
25 That's what happens when you're trying to get through it.

Page 269

1  Q. (BY MS. BONJEAN) You arranged for Mr. Gonzalez to
2  be brought into custody in the afternoon of August 23rd,
3  1990, correct?
4          MR. LEINENWEBER: Objection to form and
5  foundation.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) Mr. Maysonet was still in custody
8  at Area 5 when Alfredo Gonzalez was brought in, right?
9          MR. LEINENWEBER: Objection to form and
10 foundation.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) You also interrogated Alfredo
13 Gonzalez while he was in custody at Area 5, right?
14         MR. LEINENWEBER: Objection to form and
15 foundation.
16 A. Take the Fifth.
17 Q. (BY MS. BONJEAN) And your interrogation of Alfredo
18 Gonzalez was similar to your interrogation of Jose Maysonet,
19 right?
20         MR. LEINENWEBER: Objection to form and
21 foundation.
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) You used physical violence
24 against Alfredo Gonzalez, right?
25         MR. LEINENWEBER: Objection to form and

Page 270

1  foundation.
2  A. Take the Fifth.
3  Q. (BY MS. BONJEAN) You beat him with a -- a
4  telephone book and a flashlight, right?
5          MR. LEINENWEBER: Objection to form and
6  foundation.
7  A. Take the Fifth.
8  Q. (BY MS. BONJEAN) You falsely told Mr. Gonzalez
9  that Mr. Maysonet had implicated him in the murders of the
10 Wiley brothers, right?
11         MR. LEINENWEBER: Objection to form and
12 foundation.
13 A. Take the Fifth.
14 Q. (BY MS. BONJEAN) And the truth is, is that you
15 were the only person who was creating this narrative about
16 Mr. Maysonet pointing at Gonzalez's being involved in the
17 Wiley brothers' murders, right?
18         MR. LEINENWEBER: Objection to form,
19 foundation, compound question, and argumentative.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) Again, your goal was to use a
22 combination of physical violence against these individuals,
23 right?
24         MR. LEINENWEBER: Objection to form,
25 foundation, argumentative.

Page 271

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) In conjunction with leading them
3  to believe that they had snitched on each other, right?
4          MR. LEINENWEBER: Objection to form and
5  foundation.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) And the combination of these
8  tactics was designed to get them both to admit to making
9  inculpatory statements, right?
10         MR. LEINENWEBER: Objection to form and
11 foundation. Also argumentative.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) And to get them to -- strike
14 that.
15         And -- and another tactic that you used was to
16 lull them into believing that they were actually minimizing
17 their culpability in the -- in the -- in the acts, right?
18         MR. LEINENWEBER: Objection to form,
19 foundation, compound question.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) In fact, Mr. Maysonet and
22 Mr. Gonzalez both accused each other of being the shooters,
23 according to these fabricated statements, right?
24         MR. LEINENWEBER: Objection to form,
25 foundation, compound question, and argumentative.

Page 272

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) And that was by design. Your
3  design, right?
4          MR. LEINENWEBER: Objection to form,
5  foundation, argumentative.
6  A. Take the Fifth.
7  Q. (BY MS. BONJEAN) Now, according to this report at
8  bottom, RFC-Maysonet 53, it indicates that on August 23rd,
9  4:30 "ASA Jennifer Borowitz was assigned to the
10 investigation." Do you see that?
11 A. Take the Fifth.
12 Q. It also indicates that ASA Borowitz had been in the
13 office at Area 5 on an unrelated investigation and was
14 familiar with this homicide investigation. Do you see that?
15 A. Take the Fifth.
16 Q. That's a false statement, too, right?
17         MR. LEINENWEBER: Objection to form,
18 foundation.
19 A. Take the Fifth.
20         DEFENSE COUNSEL: Objection to foundation.
21 Q. (BY MS. BONJEAN) Borowitz was not at Area 5 on an
22 unrelated homicide investigation earlier on August 23rd,
23 1990, correct?
24         MR. LEINENWEBER: Objection to form,
25 foundation.

Page 273

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) And ASA Borowitz -- oh, strike
3  that. I'm sorry.
4      It also says here that: "An interview was
5  conducted with Jose Maysonet. Present for this interview
6  were ASA Borowitz and Detectives Guevara and Montilla. Jose
7  Maysonet repeated his previous statement."
8      Do you see that on page 53 -- or Bates stamp
9  53 of this report?
10 A. Take the Fifth.
11 Q. Okay. That too is a false statement, correct?
12     MR. LEINENWEBER: Objection to form,
13 foundation, argumentative.
14     DEFENSE COUNSEL: Join.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) Jose Maysonet never confessed in
17 the presence of ASA Borowitz. Is that -- that is a lie,
18 right?
19     MR. LEINENWEBER: Objection to form,
20 foundation, argumentative, and asked and answered.
21 A. Take the Fifth.
22     DEFENSE COUNSEL: Join.
23 Q. (BY MS. BONJEAN) Where it says Jose Maysonet
24 repeated his previous statements in the presence of ASA
25 Borowitz and Detectives Guevara and Montilla, those

Page 274

1  representations in this report are false representations,
2  correct?
3      MR. LEINENWEBER: Objection to form,
4  foundation, argumentative, and asked and answered.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) Now, eventually after -- let's
7  see.
8      Mr. Maysonet was taken into custody at -- at
9  about -- I don't know -- in the morning hours between 9:00
10 and 10:00 on August 22nd, 1990, by Detective Paulnitsky,
11 right?
12     MR. LEINENWEBER: Objection to form,
13 foundation, asked and answered.
14 A. Take the Fifth.
15 Q. (BY MS. BONJEAN) And he ultimately made an alleged
16 court-reported statement admitting involvement in the
17 murders of Kevin and Torrence Wiley about 24 hours later on
18 August 23rd, 1990, correct?
19     MR. LEINENWEBER: Objection, form, foundation.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) You -- were you present for the
22 taking of the court-reported statement, or had you excused
23 yourself from that portion of this investigation?
24     MR. LEINENWEBER: Objection to form,
25 foundation, compound question.

Page 275

1  A. Take the Fifth.
2  Q. (BY MS. BONJEAN) After you had agreed to get
3  Mr. Maysonet to adopt the narrative that you had created for
4  him, ASA Frank DiFranco arrived to Area 5, right?
5      MR. LEINENWEBER: Objection, form, foundation,
6  compound question, and argumentative.
7  A. Take the Fifth.
8  Q. (BY MS. BONJEAN) You knew ASA Frank DiFranco was
9  new, right?
10     MR. LEINENWEBER: Objection to form and
11 foundation.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) When I say "new," you knew he was
14 a rookie. He had never actually appeared at the -- the area
15 on any serious felony cases, right?
16     MR. LEINENWEBER: Objection to form,
17 foundation, calls for speculation.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) Well, you knew that this was ASA
20 DiFranco's first homicide case, right, as a felony review
21 State's Attorney?
22     MR. LEINENWEBER: Objection to form and
23 foundation.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) And it was pretty easy to

Page 276

1  manipulate Cook County State's Attorneys in felony review,
2  right?
3      MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5  A. Take the Fifth.
6      DEFENSE COUNSEL: Join the objection.
7  Q. (BY MS. BONJEAN) They're very young and
8  impressionable lawyers, right?
9      MR. LEINENWEBER: Objection to form,
10 foundation.
11 A. Take the Fifth.
12     DEFENSE COUNSEL: Join.
13 Q. (BY MS. BONJEAN) They have minimal to no training
14 before they are in felony review, right?
15     MR. LEINENWEBER: Objection to form,
16 foundation.
17     DEFENSE COUNSEL: Join.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) They are not playing any
20 leadership role in the investigation, correct?
21     MR. LEINENWEBER: Objection to form and
22 foundation.
23 A. Take the Fifth.
24 Q. (BY MS. BONJEAN) They're there to rubber stamp
25 your work, right?

Page 277

1 MR. LEINENWEBER: Objection to form,
2 foundation, and argumentative.
3 A. Take the Fifth.
4 DEFENSE COUNSEL: Join.
5 Q. (BY MS. BONJEAN) And you as a seasoned gang crimes
6 specialist and now detective, you knew that felony review
7 State's Attorneys could be easily manipulated in the course
8 of the investigation, right?
9 MR. LEINENWEBER: Objection to form,
10 foundation, compound question, and argumentative.
11 A. Take the Fifth.
12 DEFENSE COUNSEL: Join.
13 Q. (BY MS. BONJEAN) In any event, ASA Frank DiFranco
14 appears at Area 5, and he conducts an interview with Jose
15 Maysonet, right?
16 A. Take the Fifth.
17 Q. And you were present for that interview, correct?
18 MR. LEINENWEBER: Objection to form.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) And Mr. Maysonet spoke Spanish,
21 correct?
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) Mr. Frank DiFranco spoke English,
24 right?
25 MR. LEINENWEBER: Objection to form,

Page 278

1 foundation.
2 A. Take the Fifth.
3 Q. (BY MS. BONJEAN) According to the supplemental
4 report, both you and Montilla were present when Mr. Maysonet
5 first confessed to ASA Frank DiFranco; is that correct?
6 MR. LEINENWEBER: Objection, form, foundation.
7 A. Take the Fifth.
8 Q. (BY MS. BONJEAN) I assume one or both of you were
9 interpreting; is that right?
10 MR. LEINENWEBER: Objection to form,
11 foundation.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) And -- was it you or Montilla
14 who was telling ASA Frank DiFranco the false story about
15 Mr. Maysonet's involvement in the murders of the Wiley
16 brothers?
17 MR. LEINENWEBER: Objection to form,
18 foundation, and argumentative.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) In fact, prior to Mr. DiFranco
21 getting there, you and Mr. Maysonet and Mr. Montilla had
22 discussed how it was that he was going to confess to the
23 State's Attorney, right?
24 MR. LEINENWEBER: Objection to form,
25 foundation.

Page 279

1 A. Take the Fifth.
2 Q. (BY MS. BONJEAN) I'm going to have you look at
3 this exhibit. This is Mr. Maysonet's court-reported.
4 (Exhibit 4 marked.)
5 Q. (BY MS. BONJEAN) Mr. Guevara, I'm handing you
6 what's been marked Exhibit 4 that purports to be a
7 court-reported statement of Jose Maysonet. Do you see that,
8 sir?
9 A. Take the Fifth.
10 Q. This court-reported statement -- first of all,
11 Mr. Maysonet's name isn't even correctly spelled at the top
12 of the page, is it?
13 A. Take the Fifth.
14 MR. LEINENWEBER: Objection to form,
15 foundation.
16 Q. (BY MS. BONJEAN) And this is a court-reported
17 statement that was procured through physical abuse, by you,
18 right?
19 MR. LEINENWEBER: Objection to form,
20 foundation, argumentative.
21 A. Take the Fifth.
22 Q. (BY MS. BONJEAN) In fact, you threatened
23 Mr. Maysonet with more physical violence if he did not
24 confess to this -- these murders, right?
25 MR. LEINENWEBER: Objection to form,

Page 280

1 foundation, argumentative, and asked and answered.
2 A. Take the Fifth.
3 Q. (BY MS. BONJEAN) And you falsely told him that
4 Alfredo Gonzalez was implicating him as the shooter, right?
5 MR. LEINENWEBER: Objection, form, foundation,
6 argumentative, and asked and answered.
7 A. Take the Fifth.
8 Q. (BY MS. BONJEAN) And -- and you also explained to
9 Mr. Maysonet that -- that -- how the -- how the
10 court-reported statement would go, right?
11 MR. LEINENWEBER: Objection to form and
12 foundation.
13 A. Take the Fifth.
14 Q. (BY MS. BONJEAN) You and Montilla explained to him
15 that DiFranco would be asking him questions in English,
16 because he didn't speak Spanish, right?
17 MR. LEINENWEBER: Objection to form and
18 foundation.
19 A. Take the Fifth.
20 Q. (BY MS. BONJEAN) And that Mr. Maysonet would be
21 responding to those questions, right?
22 MR. LEINENWEBER: Objection to form and
23 foundation.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) Montilla would -- would translate

Page 281

1 the questions into Spanish, right?
2     MR. LEINENWEBER: Objection, form and
3 foundation.
4   A. Take the Fifth.
5   Q. (BY MS. BONJEAN) Mr. Maysonet would respond in
6 Spanish, correct?
7     MR. LEINENWEBER: Objection, form and
8 foundation.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) And Mr. Montilla would translate
11 those answers, right?
12     MR. LEINENWEBER: Objection to form and
13 foundation.
14   A. Take the Fifth.
15   Q. (BY MS. BONJEAN) And the court reporter would be
16 taking down this statement in English -- only in English,
17 right?
18     MR. LEINENWEBER: Objection to form and
19 foundation.
20   A. Take the Fifth.
21   Q. (BY MS. BONJEAN) Sir, take whatever time you want
22 to review this statement. And do you need to review the
23 statement, sir?
24   A. Take the Fifth.
25   Q. Okay. The statements that are in this

Page 282

1 court-reported statement allegedly made by Mr. Maysonet are
2 universally false, correct?
3     MR. LEINENWEBER: Objection to form,
4 foundation, argumentative.
5   A. Take the Fifth.
6   Q. (BY MS. BONJEAN) With the exception of perhaps
7 Mr. Maysonet's address, every statement that is contained in
8 this statement is a false statement, right?
9     MR. LEINENWEBER: Objection to form,
10 foundation, argumentative.
11   A. Take the Fifth.
12   Q. (BY MS. BONJEAN) And this is a statement that was
13 fed to him by you and your fellow defendant officers in this
14 case, correct?
15     MR. LEINENWEBER: Objection to form,
16 foundation, argumentative.
17   A. Take the Fifth.
18   Q. (BY MS. BONJEAN) And these false statements that
19 are contained in this statement were obtained by Mr. --
20 obtained from Mr. Maysonet through threats of violence and
21 actual violence by you and your fellow officers, right?
22     MR. LEINENWEBER: Objection to form,
23 foundation, argumentative.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) And, of course, you knew that the

Page 283

1 statements contained in this statement were false, right?
2     MR. LEINENWEBER: Objection to form,
3 foundation, argumentative.
4   A. Take the Fifth.
5   Q. (BY MS. BONJEAN) You knew that the statements
6 contained in this court-reported statement were false
7 because you yourself made this story up, right?
8     MR. LEINENWEBER: Objection, form, foundation,
9 argumentative.
10   A. Take the Fifth.
11   Q. (BY MS. BONJEAN) You took your intimate knowledge
12 about gang activity in Humboldt Park, right?
13   A. Take the Fifth.
14   Q. Your knowledge of certain gang members in the area
15 and gang rivalries, you took that information and you used
16 it to create a narrative that was false, right?
17     MR. LEINENWEBER: Objection to form,
18 argumentative, foundation.
19   A. Take the Fifth.
20   Q. (BY MS. BONJEAN) And then you forced Mr. Maysonet
21 to repeat it or adopt it, correct?
22     MR. LEINENWEBER: Objection to form,
23 foundation, argumentative.
24   A. Take the Fifth.
25   Q. (BY MS. BONJEAN) So that he would incriminate

Page 284

1 himself in a double murder that he did not do, right?
2     MR. LEINENWEBER: Objection to form,
3 foundation, compound question, argumentative.
4   A. Take the Fifth.
5   Q. (BY MS. BONJEAN) You were also able to use these
6 false and fabricated statements to justify arresting other
7 individuals, right?
8     MR. LEINENWEBER: Same objections.
9   A. Take the Fifth.
10   Q. (BY MS. BONJEAN) You were able to use
11 Mr. Maysonet's false and fabricated statements to arrest the
12 co-defendants in the case, Alfredo Gonzalez, Justino Cruz
13 and Christopher Goosens, correct?
14     MR. LEINENWEBER: Same objections.
15   A. Take the Fifth.
16   Q. (BY MS. BONJEAN) All the while knowing that the
17 entire narrative was nothing more than a tale created by
18 you, right?
19     MR. LEINENWEBER: Objection to form,
20 foundation, argumentative.
21   A. Take the Fifth.
22   Q. (BY MS. BONJEAN) And, of course, you received
23 assistance from Ernest Halvorsen, who was the -- the better
24 writer of the two of you, right?
25     MR. LEINENWEBER: Objection to form,

Page 285

1 foundation, compound question.
2     A.  Take the Fifth.
3     Q.  (BY MS. BONJEAN)  Like, together you were, like,
4 creating, like, theater, right?
5           MR. LEINENWEBER:  Objection to form,
6 foundation, compound question, argumentative.
7     A.  Take the Fifth.
8     Q.  (BY MS. BONJEAN)  But it actually involved people's
9 lives.  It wasn't just for entertainment, right?
10           MR. LEINENWEBER:  Objection to form,
11 foundation, argumentative.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  You also procured false
14 statements from Alfredo Gonzalez in the course of your
15 investigation, so-called investigation on -- on the 23rd of
16 August, 1990, right?
17           MR. LEINENWEBER:  Objection to form,
18 foundation, argumentative, compound question.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN)  At no point did you or any of the
21 other detectives take Mr. Maysonet to the scene of the
22 crime, right?
23           MR. LEINENWEBER:  Objection to form,
24 foundation, asked and answered.
25     A.  Take the Fifth.

Page 286

1     Q.  (BY MS. BONJEAN)  That also is a false statement,
2 correct?
3           MR. LEINENWEBER:  Objection to form,
4 foundation, argumentative, asked and answered.
5     A.  Take the Fifth.
6     Q.  (BY MS. BONJEAN)  I mean, there would be no point
7 to take him to the scene of the crime when everyone knew
8 that it was all a fabrication, right?
9           MR. LEINENWEBER:  Objection to form,
10 foundation, argumentative.
11     A.  Take the Fifth.
12     Q.  (BY MS. BONJEAN)  That is something that you just
13 put into your reports to make it all seem more plausible and
14 legitimate, right?
15           MR. LEINENWEBER:  Objection to form,
16 foundation, argumentative.
17     A.  Take the Fifth.
18     Q.  (BY MS. BONJEAN)  Now, you arrested Justino Cruz
19 the following day on August 24th, 1990, right?
20           MR. LEINENWEBER:  Objection to form,
21 foundation.
22     A.  Take the Fifth.
23     Q.  (BY MS. BONJEAN)  You had Alfredo Gonzalez and Jose
24 Maysonet in custody at that point already and charged,
25 right?

Page 287

1           MR. LEINENWEBER:  Objection to form,
2 foundation.
3     A.  Take the Fifth.
4     Q.  (BY MS. BONJEAN)  You had physically and
5 psychologically coerced both Alfredo Gonzalez and Jose
6 Maysonet into implicating Justino Cruz in these murders,
7 right?
8           MR. LEINENWEBER:  Objection to form,
9 foundation, argumentative, and compound question.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And you also participated in the
12 interrogation of Justino Cruz, right?
13           MR. LEINENWEBER:  Objection to form and
14 foundation.
15     A.  Take the Fifth.
16     Q.  (BY MS. BONJEAN)  You also coerced Justino Cruz
17 into making statements against his own interest and against
18 the interest of Alfredo Gonzalez and Mr. Maysonet, correct?
19           MR. LEINENWEBER:  Objection to form,
20 foundation, compound question, and argumentative.
21     A.  Take the Fifth.
22     Q.  (BY MS. BONJEAN)  I'm going to have you look at
23 RFC-Maysonet 46.
24           MR. LEINENWEBER:  Which exhibit are we on?
25           MS. BONJEAN:  Yeah, that's exhibit -- that's

Page 288

1 from the investigative file.
2           MR. LEINENWEBER:  Oh, is that 2?
3           MS. BONJEAN:  Yes.  Investigative 2.
4           MR. LEINENWEBER:  I think the page is 56?
5           MS. BONJEAN:  46.
6           MR. LEINENWEBER:  46.  Okay.
7     Q.  (BY MS. BONJEAN)  In the middle of the page, it
8 memorializes a statement by Justine [sic] Cruz.  It says:
9 "In a subsequent" -- I'm -- I'm sorry.
10           Page 46, Justino Cruz's statement is:  "In a
11 subsequent statement to the undersigned, Cruz stated that he
12 and the other offenders, Maysonet, Gonzalez, and Hernandez,
13 all met at Maysonet's residence.  At that time they picked
14 up the 9-millimeter automatic machine pistol and then left
15 to go out and do a shooting.  They rode around for a short
16 time.  Maysonet drove.  Gonzalez rode in the front passenger
17 seat, Hernandez in the rear passenger seat, and Cruz in the
18 rear passenger seat behind the driver.  After a short while,
19 they pulled into an alley in the vicinity of North and
20 St. Louis, at which time Gonzalez, Hernandez, and Cruz got
21 out.  Maysonet remained with the vehicle, continued to keep
22 it running.  Cruz walked a short distance with the other two
23 subjects and acted as a lookout in case the police came by.
24 Gonzalez and Hernandez then walked over to the two victims,
25 stood and remained there for a few minutes.  At that time

Page 289

1  Cruz heard five to six shots and Gonzalez and Hernandez came
2  running back to the car.  Gonzalez was carrying the machine
3  pistol, and they all drove [sic] back into the vehicle in
4  their respective places and drove off.  They just drove
5  after that and finally split up sometime later."
6          That statements that is memorialized at
7  RFC-Maysonet 46 is also a false and fabricated statement,
8  correct, sir?
9          MR. LEINENWEBER:  Objection to form,
10  foundation, and argumentative.
11      A.  Take the Fifth.
12      Q.  (BY MS. BONJEAN)  This is a statement that again
13  was fabricated by you and your fellow officers, including
14  Defendants Halvorsen, Paulnitsky, Montilla, Sergeant
15  Mingey -- Halvorsen.  Fair to say, sir, that this is a false
16  statement fabricated by you and your fellow defendants?
17          MR. LEINENWEBER:  Objection to form,
18  foundation, argumentative.
19      A.  Take the Fifth.
20      Q.  (BY MS. BONJEAN)  And, again, you used both threats
21  of violence and actual violence against Justino Cruz to
22  force him to adopt this false statement, right?
23          MR. LEINENWEBER:  Objection to form,
24  foundation, argumentative, asked and answered.
25      A.  Take the Fifth.

Page 290

1      Q.  (BY MS. BONJEAN)  And this is a statement you knew
2  to be false because you yourself fabricated it?
3          MR. LEINENWEBER:  Objection to form,
4  foundation, argumentative.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  And you also tricked Justino Cruz
7  into believing that he was making a statement that could not
8  be used against him in any meaningful way, right?
9          MR. LEINENWEBER:  Objection to form,
10  foundation, argumentative.
11      A.  Take the Fifth.
12      Q.  (BY MS. BONJEAN)  You tricked Justino Cruz into
13  making a statement that he believed would not subject him to
14  charges of murder, right?
15          MR. LEINENWEBER:  Same objections.
16      A.  Take the Fifth.
17      Q.  (BY MS. BONJEAN)  You told him if he just signed
18  this statement he could go home, right?
19          MR. LEINENWEBER:  Same objections.
20      A.  Take the Fifth.
21      Q.  (BY MS. BONJEAN)  And that he was just really a
22  witness in this double murder because he actually didn't
23  play any role in shooting or driving the car or anything
24  like that, right?
25          MR. LEINENWEBER:  Same objections.

Page 291

1      A.  Take the Fifth.
2      Q.  (BY MS. BONJEAN)  But, in fact, it was a trick,
3  right?
4          MR. LEINENWEBER:  Same objections.
5      A.  Take the Fifth.
6      Q.  (BY MS. BONJEAN)  And Justino Cruz signed this
7  statement, believing that he would be able to leave custody
8  upon doing so, right?
9          MR. LEINENWEBER:  Same objections.  Also calls
10  for speculation.
11      A.  Take the Fifth.
12      Q.  (BY MS. BONJEAN)  And also out of fear that -- that
13  the physical coercion that you had exacted on him would
14  continue, correct?
15          MR. LEINENWEBER:  Objection, form, foundation,
16  argumentative, calls for speculation.
17      A.  Take the Fifth.
18      Q.  (BY MS. BONJEAN)  And, again, sir, you knew that
19  these statements were false and fabricated because you
20  yourself and your fellow defendants had come up with the
21  whole tale yourselves, right?
22          MR. LEINENWEBER:  Objection to form,
23  foundation, argumentative, asked and answered.
24      A.  Take the Fifth.
25      Q.  (BY MS. BONJEAN)  Sir, I want to have you look

Page 292

1  briefly at RFC-Maysonet page 43 to 44.  At the very bottom
2  of page 43, which summarizes Alfredo Gonzalez's statement
3  and it goes on to page 44.  Sir, this statement is a summary
4  of a statement that you claim or claimed that Alfredo
5  Gonzalez made to you, correct?
6          MR. LEINENWEBER:  Objection to form,
7  foundation.
8      A.  Take the Fifth.
9      Q.  (BY MS. BONJEAN)  And this statement, in fact,
10  contains -- strike that.
11          The entire statement is a false statement,
12  right?
13          MR. LEINENWEBER:  Objection to form,
14  foundation, argumentative.
15      A.  Take the Fifth.
16      Q.  (BY MS. BONJEAN)  You forced Alfredo Gonzalez to
17  adopt this statement knowing full well that it was not true,
18  correct?
19          MR. LEINENWEBER:  Same objections.
20      A.  Take the Fifth.
21      Q.  (BY MS. BONJEAN)  And, in fact, you tricked Alfredo
22  Gonzalez into believing that he too was signing a statement
23  that would not subject him to murder charges, right?
24          MR. LEINENWEBER:  Objection to form,
25  foundation, argumentative.

Page 293

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  In fact, Alfredo Gonzalez --
3  strike that.
4           This statement that is contained in this
5  police report that allegedly summarizes Alfredo Gonzalez is
6  almost exculpatory, isn't it?
7           MR. LEINENWEBER:  Objection to form,
8  foundation.
9    A.  Take the Fifth.
10   Q.  (BY MS. BONJEAN)  And that's why you had to trick
11 Alfredo Gonzalez into agreeing with it by convincing him
12 that he wasn't really implicating himself in a murder,
13 right?
14          MR. LEINENWEBER:  Objection, form, foundation,
15 argumentative.
16   A.  Take the Fifth.
17   Q.  (BY MS. BONJEAN)  That's why it says here:  "They
18 did not drive him home but instead drove him to an alley by
19 North Avenue and St. Louis," right?
20          MR. LEINENWEBER:  Objection to form,
21 foundation.
22   A.  Take the Fifth.
23   Q.  (BY MS. BONJEAN)  The suggestion being that he
24 didn't know he was going to be part of this -- this murder,
25 right?

Page 294

1           MR. LEINENWEBER:  Same objections.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  And, in fact, this statement,
4  "Gonzalez now realized they were going to do a roll and try
5  to kill someone," correct?
6           MR. LEINENWEBER:  Same objections.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  You had to include this statement
9  to persuade Alfredo Gonzalez to sign it because it suggests
10 that he -- he was just an unwitting participant in this
11 murder, right?
12          MR. LEINENWEBER:  Same objections.
13   A.  Take the Fifth.
14   Q.  (BY MS. BONJEAN)  Point being is that this
15 statement that Alfredo Gonzalez allegedly made to you is a
16 false statement fabricated by yourself and your fellow
17 defendants, right?
18          MR. LEINENWEBER:  Objection to form,
19 foundation, argumentative.
20   A.  Take the Fifth.
21   Q.  (BY MS. BONJEAN)  You used a combination of
22 physical and psychological coercion against Alfredo Gonzalez
23 to get him to sign this statement, right?
24          MR. LEINENWEBER:  Objection to form,
25 foundation, argumentative.

Page 295

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  In conjunction with tricking him
3  into believing that he was actually adopting an exculpatory
4  statement, right?
5           MR. LEINENWEBER:  Objection to form,
6  foundation, argumentative.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  And also by telling him that if
9  he didn't adopt this statement, he was going to go down
10 because Jose Maysonet had implicated him, correct?
11          MR. LEINENWEBER:  Objection to form,
12 foundation, argumentative.
13   A.  Take the Fifth.
14   Q.  (BY MS. BONJEAN)  All right.  You also know, of
15 course, that Christopher Goosens was arrested that day,
16 right?
17          MR. LEINENWEBER:  Objection to form,
18 foundation.
19   A.  Take the Fifth.
20   Q.  (BY MS. BONJEAN)  His -- his nickname was Fro,
21 right?
22          MR. LEINENWEBER:  Same objections.
23   A.  Take the Fifth.
24   Q.  (BY MS. BONJEAN)  Goosens' last name was neither
25 Fernandez or Hernandez, right?

Page 296

1           MR. LEINENWEBER:  Same objections.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  You, however, did not interrogate
4  Mr. Goosens, did you?
5           MR. LEINENWEBER:  Objection to form.
6    A.  Take the Fifth.
7    Q.  (BY MS. BONJEAN)  And not surprisingly, Christopher
8  Goosens did not actually confess to the crime, did he?
9           MR. LEINENWEBER:  Object to the form,
10 foundation, argumentative.
11   A.  Take the Fifth.
12   Q.  (BY MS. BONJEAN)  He denied that he had any
13 involvement whatsoever in this case, right?
14   A.  Take the Fifth.
15   Q.  He denied having any knowledge about the Wiley
16 brothers' murders, right?
17   A.  Take the Fifth.
18   Q.  And, in fact, ultimately Goosens was acquitted of
19 this case, correct?
20   A.  Take the Fifth.
21   Q.  But the three defendants who you interrogated were
22 all convicted, right?
23          MR. LEINENWEBER:  Objection to form,
24 foundation.
25   A.  Take the Fifth.

Page 297

1    Q. (BY MS. BONJEAN) You gave testimony at
2 Mr. Maysonet's pretrial hearings and at his trial; isn't
3 that right?
4    A. Take the Fifth.
5        (Exhibit 5 marked.)
6        MS. BONJEAN: I'm going to be marking Exhibit
7 5, which is Mr. Guevara's testimony from the hearing on
8 Maysonet's motion to suppress statements.
9    Q. (BY MS. BONJEAN) But before I ask you questions
10 about that, at some point you learned that Mr. Maysonet had
11 retained Rick Beuke to represent him in connection with this
12 case; isn't that right?
13        MR. LEINENWEBER: Objection, form and
14 foundation.
15    A. Take the Fifth.
16    Q. (BY MS. BONJEAN) You, of course, never told
17 Mr. Maysonet that you were close friends with Rick Beuke,
18 right?
19        MR. LEINENWEBER: Objection to form,
20 foundation.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) In fact, you and Rick Beuke had a
23 good laugh over the fact that Rick Beuke was representing
24 him on this case, knowing full well that you were the
25 detective who took the only piece of evidence that was going

Page 298

1 to be introduced against him at the case, right?
2        MR. LEINENWEBER: Objection to form,
3 foundation, compound question, and argumentative.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) You and Rick Beuke were good
6 friends in and around January of 1995, correct?
7    A. Take the Fifth.
8    Q. And Mr. Maysonet was arrested in 1990, but he
9 didn't go to trial until 1995, right?
10    A. Take the Fifth.
11    Q. And during that period of time, you were
12 represented by Mr. Beuke -- strike that.
13        During the time -- between the time of
14 Mr. Maysonet's arrest in August of 1990 to -- through his
15 sentencing in 1995, you had been actually represented by
16 Mr. Beuke on both your child support matters and even other
17 matters; isn't that correct?
18        MR. LEINENWEBER: Objection to form,
19 foundation.
20    A. Take the Fifth.
21    Q. (BY MS. BONJEAN) And you didn't let the State's
22 Attorney know about that, the fact you had this relationship
23 with Mr. Beuke, did you?
24        MR. LEINENWEBER: Same objections.
25    A. Take the Fifth.

Page 299

1    Q. (BY MS. BONJEAN) And isn't it true that Randy
2 Rucker even appeared on your behalf on one of your child
3 support cases in the -- in -- sometime in maybe '92 or prior
4 to January of '95?
5        MR. LEINENWEBER: Same objections.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) And Randy Rucker worked very
8 closely with Rick Beuke, right?
9        MR. LEINENWEBER: Same objections.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) Both of them were gang crimes
12 prosecutors, correct?
13    A. Take the Fifth.
14    Q. And you didn't tell the Assistant State's Attorney
15 at the time that Randy Rucker, who also represented
16 Mr. Maysonet, was one of your lawyers, right?
17        MR. LEINENWEBER: Same objections.
18    A. Take the Fifth.
19    Q. (BY MS. BONJEAN) I mean, I have to know: In what
20 world do you think it would be appropriate to keep it a
21 secret that Mr. Maysonet's attorneys were also your
22 attorneys?
23        MR. LEINENWEBER: Objection to form,
24 foundation, argumentative, and compound question.
25    A. Take the Fifth.

Page 300

1    Q. (BY MS. BONJEAN) In fact, you and Mr. Beuke and
2 Mr. Rucker all spoke with each other about how you were
3 going to make sure that Mr. Maysonet was convicted, right?
4        MR. LEINENWEBER: Objection to form,
5 foundation, and argumentative.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) You knew Mr. Beuke and Mr. Rucker
8 weren't going to put up a real defense, correct?
9        MR. LEINENWEBER: Objection to form,
10 foundation, argumentative.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) Their allegiance was to you,
13 right?
14        MR. LEINENWEBER: Objection to form,
15 foundation, argumentative.
16    A. Take the Fifth.
17    Q. (BY MS. BONJEAN) Their allegiance was to the gang
18 crime specialist who they had worked with over the course of
19 many years as gang prosecutors right?
20        MR. LEINENWEBER: Objection to form,
21 foundation, argumentative.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) Their allegiance wasn't to some
24 gangbanger, right?
25        MR. LEINENWEBER: Objection to form,

Page 301

1 foundation, argumentative.
2    A.  Take the Fifth.
3    Q.  (BY MS. BONJEAN)  And you knew that very well at
4 the time that you went and took the oath and gave testimony
5 in Mr. Maysonet's case, right?
6         MR. LEINENWEBER:  Objection to form,
7 foundation, argumentative.
8    A.  Take the Fifth.
9         MS. BONJEAN:  Okay.  We can take a break.  He
10 has to switch.
11        THE VIDEOGRAPHER:  Time off record is 4:22.
12        (Break taken from 4:22 p.m. to 4:29 p.m.)
13        THE VIDEOGRAPHER:  We are now back on the
14 record at 4:29.
15    Q.  (BY MS. BONJEAN)  Okay.  We were talking about
16 Mr. Beuke.  So you, of course, had a close relationship with
17 Mr. Beuke at the time that he was representing Mr. Maysonet
18 and yourself simultaneously during these proceedings, right?
19        MR. LEINENWEBER:  Objection to form,
20 foundation, and asked and answered.
21    A.  Take the Fifth.
22    Q.  (BY MS. BONJEAN)  And Mr. Beuke, of course, knew
23 that you were an officer who would shake down drug dealers
24 for money from time to time, right?
25        MR. LEINENWEBER:  Same objections.

Page 302

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN)  He knew that you were involved in
3 a number of schemes that would enrich you financially,
4 correct?
5         MR. LEINENWEBER:  Same objections.
6    A.  Take the Fifth.
7    Q.  (BY MS. BONJEAN)  But you also knew that Beuke
8 wasn't -- wasn't going to cross-examine you about your
9 attempts to extort Mr. Maysonet even if Mr. Maysonet told
10 Mr. Beuke about that, right?
11        MR. LEINENWEBER:  Objection to form,
12 foundation, argumentative.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  That's because Mr. Beuke's
15 loyalties were to you, not Mr. Maysonet, right?
16        MR. LEINENWEBER:  Same objections.  Also asked
17 and answered.
18    A.  Take the Fifth.
19    Q.  (BY MS. BONJEAN)  And in that sense, you and
20 Mr. Beuke conspired together to make sure that Mr. Maysonet
21 was wrongly convicted of -- of this double murder, right?
22        MR. LEINENWEBER:  Same objections.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN)  You and Mr. Beuke agreed
25 implicitly and explicitly that he would protect you from any

Page 303

1 allegations by Mr. Maysonet of criminal wrongdoing, specific
2 to extortion payments, right?
3         MR. LEINENWEBER:  Objection to form,
4 foundation, compound question, and argumentative.
5    A.  Take the Fifth.
6    Q.  (BY MS. BONJEAN)  You were -- you felt confident
7 and knew that Mr. Beuke was not going to reveal in open
8 court that Mr. Maysonet had accused you of extorting money
9 from him in exchange for protection for his drug activities,
10 right?
11        MR. LEINENWEBER:  Objection to form,
12 foundation, argumentative, asked and answered.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  All right.  So you gave testimony
15 on January 31st, 1995, at the hearing on Mr. Maysonet's
16 motion to suppress his statement, right?  And that is
17 Exhibit 5, which is presently before you, sir.  Do you see
18 that?
19    A.  Take the Fifth.
20    Q.  (BY MS. BONJEAN)  And you took the oath that day,
21 and you were asked questions by Assistant State's Attorney
22 Mandeltort, right?
23    A.  Take the Fifth.
24    Q.  And you gave knowingly false testimony at this
25 proceeding to ensure that Mr. Maysonet's confession was not

Page 304

1 suppressed, right?
2         MR. LEINENWEBER:  Objection to form,
3 foundation, argumentative.
4    A.  Take the Fifth.
5         DEFENSE COUNSEL:  Also compound.
6    Q.  (BY MS. BONJEAN)  To be specific, sir, you falsely
7 testified that you gave Mr. Maysonet his Miranda warnings in
8 the Spanish language, right?
9         MR. LEINENWEBER:  Objection to form,
10 foundation, argumentative.
11    A.  Take the Fifth.
12    Q.  (BY MS. BONJEAN)  You falsely testified, sir,
13 that -- that you did not assault or abuse Mr. Maysonet by
14 using a telephone book and a flashlight to beat him about
15 his head and his chest?
16    A.  Take the Fifth.
17        MR. LEINENWEBER:  Sorry.  Can you read -- were
18 you finished with that question, or --
19        MS. BONJEAN:  Let me strike it and start over.
20        MR. LEINENWEBER:  Okay.
21    Q.  (BY MS. BONJEAN)  You denied beating Mr. Maysonet
22 with a telephone book and a flashlight, correct?
23    A.  Take the Fifth.
24    Q.  You testified falsely when you denied physically
25 assaulting Mr. Maysonet during his interrogation with use of

Page 305

1 a telephone directory and a police flashlight, right?
2         MR. LEINENWEBER: Objection to form,
3 foundation, compound question.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) You testified that you did not
6 make any material representations of fact to Mr. Maysonet,
7 right?
8         MR. LEINENWEBER: Objection to form and
9 foundation.
10     A. Take the Fifth.
11     Q. (BY MS. BONJEAN) That too was false testimony,
12 correct?
13         MR. LEINENWEBER: Same objections.
14     A. Take the Fifth.
15     Q. (BY MS. BONJEAN) You also testified that -- well,
16 strike that.
17         The Assistant State's Attorney asked this
18 question: "Specifically, did you or anyone in your presence
19 tell the defendant that he had been implicated as the
20 shooter in the case by other individuals not named, and that
21 if he wanted to protect both his wife and his child, he
22 would have to provide the detectives with information
23 concerning the names of the individuals involved in the
24 crime?"
25         Your answer was: "No, we didn't."

Page 306

1         But that testimony was false, right?
2         MR. LEINENWEBER: Objection, form, foundation,
3 argumentative.
4     A. Take the Fifth.
5     Q. (BY MS. BONJEAN) You did falsely tell Mr. Maysonet
6 that he was implicated by another individual, right?
7         MR. LEINENWEBER: Objection to form,
8 foundation, asked and answered.
9     A. Take the Fifth.
10     Q. (BY MS. BONJEAN) You did threaten him and his wife
11 that if he did not cooperate with your requests, that
12 they -- the children would go to DCFS, right?
13         MR. LEINENWEBER: Objection to form,
14 foundation, compound question, and argumentative. Also
15 asked and answered.
16     A. Take the Fifth.
17     Q. (BY MS. BONJEAN) You testified, sir, at the
18 suppression hearing that you made no direct or indirect
19 promises or threats to the defendant. Do you remember
20 giving that testimony?
21     A. Take the Fifth.
22     Q. That also was false testimony, wasn't it?
23         MR. LEINENWEBER: Same objections.
24     A. Take the Fifth.
25     Q. (BY MS. BONJEAN) You also testified that you did

Page 307

1 not make any offers of leniency or promises or inferences
2 that the charges would be dropped in exchange for statements
3 by Mr. Maysonet. Do you remember giving that testimony?
4         MR. LEINENWEBER: Same objections.
5     A. Take the Fifth.
6     Q. (BY MS. BONJEAN) That was false testimony as well,
7 correct, sir?
8         MR. LEINENWEBER: Objection to form,
9 foundation, argumentative.
10     A. Take the Fifth.
11     Q. You deny telling Mr. Maysonet that if he adopted
12 the statement that you provided to him, that he would be
13 released from custody, right?
14         MR. LEINENWEBER: Same objection.
15     A. Take the Fifth.
16     Q. (BY MS. BONJEAN) That too was false testimony,
17 right?
18     A. Take the Fifth.
19         MR. LEINENWEBER: Sorry. Same objections.
20     Q. (BY MS. BONJEAN) You testified that Mr. Maysonet
21 never requested to speak to his attorney, William Swano,
22 right?
23     A. Take the Fifth.
24     Q. That was false testimony as well, correct?
25         MR. LEINENWEBER: Objection, form, foundation,

Page 308

1 and argumentative.
2     A. Take the Fifth.
3     Q. (BY MS. BONJEAN) And that's because Mr. Maysonet
4 did, in fact, ask to speak to his attorney, William Swano,
5 right?
6         MR. LEINENWEBER: Same objections.
7     A. Take the Fifth.
8     Q. (BY MS. BONJEAN) Although I didn't print it out,
9 I'm going to draw everyone's attention to Maysonet 377
10 through Maysonet 379.
11         MR. BRENER: Can you give me a second to get
12 that up?
13         MS. BONJEAN: Sure.
14         MR. LEINENWEBER: Yeah, I'm not sure I'll be
15 able to pull it up, but just give me a second and I'll give
16 it a try.
17         MS. BONJEAN: Sorry. We just missed that. Do
18 you want to drop --
19         MR. LEINENWEBER: I'm, like, I wasn't able to
20 get the stuff on -- I don't know if it's -- give me the
21 numbers one more time.
22         MS. COHEN: It's 377. Maysonet 377.
23         MR. LEINENWEBER: 377?
24         MS. COHEN: Yeah.
25         MR. LEINENWEBER: Is it testimony? What is

Page 309

1  it?
2         MS. BONJEAN:  Yeah, it's -- it's testimony.
3  They re-called him in the suppression hearing, and we just
4  forgot.
5         MR. LEINENWEBER:  Okay.  I think I have it.
6  Is it --
7         MR. BRENER:  Okay.  I'm on it now.
8         MR. LEINENWEBER:  Is it -- "Mr. Rucker:
9  Judge, I'll rest," that page?  It's the first line.
10        MS. COHEN:  Yeah.
11        MS. BONJEAN:  It is?  Where is that?
12        MR. LEINENWEBER:  At the top of the page.
13  Like, line 1.
14        MS. BONJEAN:  Oh, oh.
15    Q.  (BY MS. BONJEAN)  Okay.  Further to your testimony
16  at the suppression hearing, you were asked whether you put
17  on any black gloves and attacked Mr. Maysonet by putting a
18  telephone book to his chest and hitting that telephone book
19  with a flashlight.  Do you remember being asked those
20  questions during the suppression hearing?
21    A.  Take the Fifth.
22    Q.  And, sir, you denied using a telephone book and a
23  flashlight to beat Mr. Maysonet and -- isn't that right?
24    A.  Take the Fifth.
25    Q.  And that was false testimony, correct?

Page 310

1         MR. LEINENWEBER:  Objection to form,
2  foundation.
3     A.  Take the Fifth.
4     Q.  (BY MS. BONJEAN)  Give me one second.  You falsely
5  testified, sir, that Mr. Maysonet went with you and pointed
6  out Alfredo Gonzalez, otherwise known as Lluvia, correct?
7         MR. LEINENWEBER:  Objection to form,
8  foundation, argumentative.
9     A.  Take the Fifth.
10    Q.  (BY MS. BONJEAN)  And that too was false testimony.
11  You didn't need Mr. Maysonet to point out Alfredo Gonzalez
12  to you, correct?
13        MR. LEINENWEBER:  Same objections.
14    A.  Take the Fifth.
15    Q.  (BY MS. BONJEAN)  You also falsely testified that
16  Mr. Maysonet pointed out Fro's house, right?
17        MR. LEINENWEBER:  Same objections.
18    A.  Take the Fifth.
19    Q.  (BY MS. BONJEAN)  Again, you knew exactly where Fro
20  lived.  So you didn't need him to point that out.  That too
21  is a lie, right?
22        MR. LEINENWEBER:  Objection to form,
23  foundation, argumentative.
24    A.  Take the Fifth.
25    Q.  (BY MS. BONJEAN)  You also, sir, gave false

Page 311

1  testimony at Mr. Maysonet's trial, right?
2         MR. LEINENWEBER:  Objection to form,
3  foundation, argumentative.
4     A.  Take the Fifth.
5         (Exhibit 6 marked.)
6     Q.  (BY MS. BONJEAN)  I am showing you Exhibit 6 --
7         MS. BONJEAN:  Which for the people on phone --
8         MR. LEINENWEBER:  Do you have one for me?
9         MS. BONJEAN:  Oh, yeah.  I'm sorry.
10        MR. LEINENWEBER:  It's okay.
11        MS. BONJEAN:  Exhibit 6, which is
12  Mr. Guevara's testimony at the trial of Mr. Maysonet.  And
13  it begins with Bates stamp Maysonet 849, although this is
14  weird --
15        MS. COHEN:  Oh, no.  Because I -- I wanted the
16  date on it; so I just attached that to it.
17        MS. BONJEAN:  Oh.  Okay, yeah.  But the next
18  page is Maysonet 934, if that makes sense.
19        MR. LEINENWEBER:  So it doesn't have a 50
20  through 933?
21        MS. BONJEAN:  That's correct.  Because it's
22  other witnesses.
23        MR. LEINENWEBER:  Gotcha.  So you just
24  condensed it.
25        MS. BONJEAN:  Well, we just wanted the date of

Page 312

1  the proceeding on there.
2         MR. LEINENWEBER:  That makes sense.
3         MS. BONJEAN:  But -- so what's important is
4  starting at May -- Maysonet 934.
5     Q.  (BY MS. BONJEAN)  Mr. Guevara, you gave testimony
6  on August 10th, 1995, at Mr. Maysonet's criminal trial,
7  right?
8     A.  Take the Fifth.
9     Q.  And Mr. Maysonet was represented by your good
10  friend Mr. Richard Beuke, right?
11        MR. LEINENWEBER:  Objection, form, foundation,
12  argumentative.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN)  And you gave false testimony at
15  Mr. Maysonet's trial in order to secure his conviction,
16  right?
17        MR. LEINENWEBER:  Objection to form,
18  foundation, argumentative.
19    A.  Take the Fifth.
20    Q.  (BY MS. BONJEAN)  And you gave false testimony at
21  Mr. Maysonet's trial with the knowledge and acquiescence of
22  Richard Beuke, right?
23        MR. LEINENWEBER:  Objection to form,
24  foundation, argumentative.
25    A.  Take the Fifth.

Page 313

1  Q. (BY MS. BONJEAN) Well, Richard Beuke knew you were
2  going to lie at Mr. Maysonet's trial, right?
3           MR. LEINENWEBER: Objection to form,
4  foundation, argumentative.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) In fact, Mr. Beuke and you had
7  previously conspired to cover up your physical abuse of a
8  prisoner nearly ten years earlier in the Daniel Pena case,
9  right?
10          MR. LEINENWEBER: Objection to form,
11 foundation, argumentative, compound question.
12 A. Take the Fifth.
13          DEFENSE COUNSEL: And asked and answered.
14 Q. (BY MS. BONJEAN) You falsely testified at
15 Mr. Maysonet's trial that you gave him his Miranda warnings
16 in Spanish, correct?
17          MR. LEINENWEBER: Same objections.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) You falsely testified that he
20 indicated that he was willing to speak with you regarding
21 the Wiley brothers' murders, right?
22          MR. LEINENWEBER: Same objections.
23 A. Take the Fifth.
24 Q. (BY MS. BONJEAN) When you testified that
25 Mr. Maysonet told you that he was at his home on May 20th

Page 314

1  when fellow gang members came over known as Lluvia and
2  brought him a gun, that was false testimony, right?
3           MR. LEINENWEBER: Same objections.
4  A. Take the Fifth.
5  Q. (BY MS. BONJEAN) And you falsely testified that
6  four days later on May 24th, Lluvia returned back with two
7  other gang members to Mr. Maysonet's house. That was --
8  strike that.
9          You falsely testified when you said that
10 Mr. Maysonet told you that Lluvia had returned back with two
11 other gang members on May 24th of 1990, right?
12          MR. LEINENWEBER: Objection to form,
13 foundation, argumentative.
14 A. Take the Fifth.
15 Q. (BY MS. BONJEAN) You falsely testified that
16 Mr. Maysonet said that Lluvia and Tino and Fro came back to
17 get the gun, the 9 milliliter, because they wanted to go
18 back to meet two guys on Drake and North Avenue, right?
19          MR. LEINENWEBER: Objection to form,
20 foundation, argumentative.
21 A. Take the Fifth.
22 Q. (BY MS. BONJEAN) You falsely -- you falsely
23 testified when you told this jury that Mr. Maysonet said
24 that -- that the three gang members that came to his house
25 needed to see the two guys on Drake for some dope, and

Page 315

1  that's why they needed a gun, right?
2           MR. LEINENWEBER: Same objections.
3  A. Take the Fifth.
4  Q. (BY MS. BONJEAN) This false story that you
5  testified to was one that you fabricated all on your very
6  own and with the assistance of your fellow defendants,
7  right?
8  A. Take the Fifth.
9           MR. LEINENWEBER: Same objections.
10 Q. (BY MS. BONJEAN) You falsely testified that Lluvia
11 came to his house wearing a black -- strike that.
12          You falsely testified when you said that
13 Mr. Maysonet told you that Lluvia came to the house wearing
14 a black hooded sweatshirt and that he knew that -- that --
15 that to be an indication that they were going to kill
16 somebody, right?
17          MR. LEINENWEBER: Same objections.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) You testified that Mr. Maysonet
20 told you that the fellow -- his fellow gang members asked --
21 asked him if he wanted to drive the car, and he said he
22 would drive the car, correct?
23          MR. LEINENWEBER: Same objections.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) You falsely testified when you

Page 316

1  told this jury that Mr. Maysonet went on to say that he got
2  into the car with them and he drove down to Homan and
3  Potomac, and then Potomac to St. Louis and then went
4  northbound on St. Louis to North Avenue, then left on North
5  Avenue into Drake and into the alley on Drake, right?
6           MR. LEINENWEBER: Same objections.
7  A. Take the Fifth.
8  Q. (BY MS. BONJEAN) You testified before this jury
9  that Mr. Maysonet told you that Lluvia, Fro, and Tino got
10 out of the car and that he saw two guys standing on the
11 sidewalk and that Lluvia, Fro, and Tino walked towards them.
12 Do you remember testifying to that?
13          MR. LEINENWEBER: Same objections, plus
14 compound question.
15 A. Take the Fifth.
16 Q. (BY MS. BONJEAN) And that testimony that you
17 provided was false testimony, right?
18          MR. LEINENWEBER: Objection to form,
19 foundation, argumentative.
20 A. Take the Fifth.
21 Q. (BY MS. BONJEAN) You also testified that
22 Mr. Maysonet "confessed that approximately five minutes, he
23 heard five to six shots. He turned around and looked and
24 saw two bodies. The two guys laying on the sidewalk and saw
25 Lluvia with the 9-millimeter gun, pointing it at them to see

Page 317

1  if they moved. He noticed that the guy did not move. So
2  then they all three came back to the car and left."
3      You provided that testimony, right?
4      MR. LEINENWEBER: Same objections.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) And that testimony was false
7  testimony insofar as Mr. Maysonet never told you any of
8  that, correct?
9      MR. LEINENWEBER: Same objections.
10  A. Take the Fifth.
11  Q. (BY MS. BONJEAN) Those were statements that you
12  and your fellow defendants fabricated, correct?
13      MR. LEINENWEBER: Same objections. Also asked
14  and answered.
15  A. Take the Fifth.
16  Q. (BY MS. BONJEAN) You also falsely testified that
17  Maysonet told you that they drove back to his house and he
18  got in -- he got out of the car. That was false testimony
19  as well, correct?
20      MR. LEINENWEBER: Same objection.
21  A. Take the Fifth.
22  Q. (BY MS. BONJEAN) You also falsely testified that
23  Mr. Maysonet told you that Lluvia threatened to kill him --
24  oh, strike that. I'm sorry.
25      You falsely testified, sir, did you not, that

Page 318

1  Mr. Maysonet told you that Lluvia told Mr. Maysonet that he
2  had just killed two black motherfuckers, right?
3      MR. LEINENWEBER: Same objections. Also asked
4  and answered.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) And also you falsely testified
7  that Lluvia told Maysonet not -- strike that.
8      You testified that Maysonet told you that
9  Lluvia also said, "Don't tell anybody about it," right?
10      MR. LEINENWEBER: Same objections.
11  A. Take the Fifth.
12  Q. (BY MS. BONJEAN) That, too, was false testimony,
13  correct?
14  A. Take the Fifth.
15      MR. LEINENWEBER: Same objections. Sorry.
16  Q. (BY MS. BONJEAN) Sir, you testified at
17  Mr. Maysonet's trial that you were present when his
18  girlfriend Rosa Bello came in to one of the interrogation
19  rooms to speak to Jose Maysonet, right?
20  A. Take the Fifth.
21      MR. LEINENWEBER: Could you tell me what page
22  you're on? Sorry.
23      MS. BONJEAN: Yeah, this is Maysonet 941.
24      MR. LEINENWEBER: If you wouldn't mind just
25  doing that --

Page 319

1      MS. BONJEAN: Sure.
2      MR. LEINENWEBER: -- automatically because I
3  get lost. Sorry.
4      MS. BONJEAN: I'd be happy to.
5  Q. (BY MS. BONJEAN) At the bottom of page Maysonet
6  941, the prosecutor asked you those questions, sir.
7      "After that conversation, sir, did you have
8  occasion to meet a woman by the name of Rosa Bello?"
9      You answered: "Yes, I did."
10      And the question she asked you: "Was that at
11  Area 5 as well?"
12      You answered: "Yes, it was."
13      You were asked the question: "At about 9:00
14  o'clock, were you present for a conversation between Rosa
15  Bello and the defendant, Jose Maysonet?"
16      "ANSWER: Yes, I was."
17      "QUESTION: When Rosa Bello first came in that
18  room with you and the defendant, what did the defendant say
19  to Rosa Bello?"
20      And you testified sir: "He told Rosa Bello
21  that he had already told me the truth and he wanted her to
22  tell the truth."
23      That testimony, sir, was false, correct?
24      MR. LEINENWEBER: Same objections.
25  A. Take the Fifth.

Page 320

1  Q. (BY MS. BONJEAN) Mr. Maysonet never told Rosa
2  Bello in your presence that he had already told the truth
3  and he wanted her to tell the truth, did he?
4      MR. LEINENWEBER: Same objections.
5  A. Take the Fifth.
6  Q. (BY MS. BONJEAN) You also falsely testified that
7  Mr. Maysonet told you that he would take you to show you
8  where the houses where the other two guys lived, both Lluvia
9  and Fro, right?
10      MR. LEINENWEBER: Same objections.
11  A. Take the Fifth.
12  Q. (BY MS. BONJEAN) And that also was false testimony
13  because Mr. Maysonet never told you that he would take you
14  there, right?
15      MR. LEINENWEBER: Same objections.
16  A. Take the Fifth.
17  Q. (BY MS. BONJEAN) He also never took you there,
18  correct?
19      MR. LEINENWEBER: Same objections. Also asked
20  and answered.
21  A. Take the Fifth.
22  Q. (BY MS. BONJEAN) It was a lie when you testified
23  that you took Mr. Maysonet out into the field to do this
24  field trip to find people that you already knew who they
25  were, right?

Page 321

1    MR. LEINENWEBER: Objection to form,
2 foundation, compound question, argumentative.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN) You also falsely testified that
5 Mr. Maysonet identified photos of the co-defendants in this
6 case, Fro and Lluvia, right?
7    A.  Take the Fifth.
8    Q.  You falsely testified that Mr. Maysonet showed you
9 the route that these four men took to the vacant lot where
10 they allegedly participated in the shooting of the Wiley
11 brothers, right?
12    MR. LEINENWEBER: Same objections.
13    A.  Take the Fifth.
14    Q.  (BY MS. BONJEAN) The narrative that you provided
15 in your testimony at Mr. Maysonet's trial was fabricated
16 testimony, correct?
17    MR. LEINENWEBER: Same objections.
18    A.  Take the Fifth.
19    Q.  (BY MS. BONJEAN) You knowingly gave perjured
20 testimony at Mr. Maysonet's trial in order to get him
21 convicted for a crime he did not commit, correct?
22    MR. LEINENWEBER: Same objections.
23    A.  Take the Fifth.
24    Q.  (BY MS. BONJEAN) And it's not just that this was
25 false testimony, but this was testimony that you knew was

Page 322

1 false, correct?
2    MR. LEINENWEBER: Same objection. Also asked
3 and answered.
4    A.  Take the Fifth.
5    Q.  (BY MS. BONJEAN) And the testimony that you
6 provided at Mr. Maysonet's trial was a narrative that you
7 concocted with the help of your fellow defendants, right?
8    MR. LEINENWEBER: Same objections.
9    A.  Take the Fifth.
10    Q.  (BY MS. BONJEAN) What did you think of Mr. Beuke's
11 cross?
12    MR. LEINENWEBER: Objection to form,
13 foundation.
14    A.  Take the Fifth.
15    Q.  (BY MS. BONJEAN) Did you guys go get beers after
16 he cross-examined you in this double murder case?
17    MR. LEINENWEBER: Objection, form, foundation.
18    A.  Take the Fifth.
19    Q.  (BY MS. BONJEAN) Did he have to go appear on a --
20    DEFENSE COUNSEL: And argumentative.
21    Q.  (BY MS. BONJEAN) Did he have to go appear at the
22 daily center and represent you on a case after his
23 testimony?
24    MR. LEINENWEBER: Objection to form,
25 foundation, argumentative, and asked and answered.

Page 323

1    A.  Take the Fifth.
2    Q.  (BY MS. BONJEAN) At no point did you tell
3 Assistant State's Attorney Mandeltort that you had created
4 this entire false narrative about the Wiley brothers'
5 murders, right?
6    MR. LEINENWEBER: Objection, form, foundation,
7 argumentative.
8    A.  Take the Fifth.
9    Q.  (BY MS. BONJEAN) You never told Assistant State's
10 Attorney's Mandeltort, did you, that you had physically
11 abused both Mr. Maysonet, Alfredo Gonzalez, and Justino
12 Cruz, did you?
13    MR. LEINENWEBER: Objection, form, foundation,
14 argumentative.
15    A.  Take the Fifth.
16    Q.  (BY MS. BONJEAN) You never told Assistant State's
17 Attorney Mandeltort that you had lied to all of these
18 co-defendants in order to get them to make statements
19 implicating each other and themselves, correct?
20    MR. LEINENWEBER: Objection to form,
21 foundation, argumentative.
22    A.  Take the Fifth.
23    Q.  (BY MS. BONJEAN) Did you ever tell Assistant
24 State's Attorney Mandeltort that the supplemental report
25 that was prepared on August 23rd, 1990, that was authored by

Page 324

1 Ernest Halvorsen was a completely fabricated tale,
2 fabricated by yourselves and your fellow officers?
3    MR. LEINENWEBER: Objection to form,
4 foundation, compound question, and argumentative.
5    A.  Take the Fifth.
6    MR. LEINENWEBER: Can we get an update on the
7 time on record?
8    THE VIDEOGRAPHER: 5:40.
9    MR. LEINENWEBER: Did you guys hear that on
10 the phone? 5:40.
11    DEFENSE COUNSEL: 5:40?
12    MR. LEINENWEBER: Yeah.
13    DEFENSE COUNSEL: Okay.
14    MR. LEINENWEBER: Thank you.
15    Q.  (BY MS. BONJEAN) Sir, Mr. Maysonet and
16 Mr. Gonzalez and Mr. Cruz are not the only suspects who you
17 have used physical violence against in order to secure false
18 inculpatory statements, right?
19    MR. LEINENWEBER: Objection to form,
20 foundation.
21    A.  Take the Fifth.
22    Q.  (BY MS. BONJEAN) On July 29th, 1993, you
23 questioned  Adolfo Frias regarding the death of Dora Garcia,
24 right?
25    MR. LEINENWEBER: Objection to form,

Case: 1:18-cv-02342 Document #: 365-7 Filed: 07/16/24 Page 83 of 150 PageID #:10450

---

Page 325

1 foundation.
2     A.  Take the Fifth.
3     Q.  (BY MS. BONJEAN)  In fact, your interrogation of
4 Adolfo Frias took place at the same time that Mr. Maysonet's
5 case was pending in the circuit court of Cook County, right?
6         MR. LEINENWEBER:  Same objections.
7     A.  Take the Fifth.
8     Q.  Like Mr. Maysonet, Adolfo Frias was a non-English
9 speaker, right?
10         MR. LEINENWEBER:  Objection to form and
11 foundation.
12     A.  Take the Fifth.
13     Q.  (BY MS. BONJEAN)  You did not read Mr. Frias his
14 Miranda rights in Spanish when you interrogated him,
15 correct?
16         MR. LEINENWEBER:  Objection to form,
17 foundation.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  In fact, you tricked Mr. Frias
20 into signing a form to allow you to search his apartment and
21 his car, right?
22         MR. LEINENWEBER:  Objection to form,
23 foundation, argumentative, compound question.
24     A.  Take the Fifth.
25     Q.  (BY MS. BONJEAN)  And isn't it true that you used

Page 326

1 physical violence against Mr. Frias to get him to make a
2 false inculpatory statement against himself?
3         MR. LEINENWEBER:  Same objections.
4     A.  Take the Fifth.
5     Q.  (BY MS. BONJEAN)  You, Officer Guevara, slapped him
6 about the face in the open -- with an open hand, right?
7         MR. LEINENWEBER:  Same objections.
8     A.  Take the Fifth.
9     Q.  (BY MS. BONJEAN)  And other officers, along with
10 yourself, beat him in the stomach and also in his groin
11 area?
12         MR. LEINENWEBER:  Same objections.
13     A.  Take the Fifth.
14     Q.  (BY MS. BONJEAN)  In fact, in Adolfo Frias's case,
15 much like Mr. Maysonet's case, you threatened members of his
16 family, right?
17         MR. LEINENWEBER:  Objection to form,
18 foundation, and argumentative.
19     A.  Take the Fifth.
20     Q.  (BY MS. BONJEAN)  You brought Miguel Regalado into
21 the interrogation room where Adolfo Frias was being held and
22 Miguel; isn't that right?
23         MR. LEINENWEBER:  I'm sorry.  Can you repeat
24 that question?  I didn't follow it.  Do you mind reading
25 that back?

Page 327

1         (Requested testimony read back.)
2         MR. LEINENWEBER:  Objection to form,
3 foundation, compound question.
4         MS. BONJEAN:  It's Adolfo Frias, by the way,
5 if I didn't make that clear. A-D-O-L-F-O.
6         THE COURT REPORTER:  Did you say no L?
7         MS. BONJEAN:  No, it's A-D-O-L-F-O.
8         THE COURT REPORTER:  Okay.  Thank you.
9     Q.  (BY MS. BONJEAN)  So, Mr. Guevara, you know who
10 Miguel Regalado is, right?
11         MR. LEINENWEBER:  Objection to form
12 foundation.
13     A.  Take the Fifth.
14     Q.  (BY MS. BONJEAN)  Okay.  And you had also beaten
15 Miguel Regalado, correct?
16         MR. LEINENWEBER:  Objection to form,
17 foundation, and argumentative.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  And you brought Miguel into the
20 interrogation room where Adolfo Frias was being held,
21 correct?
22         MR. LEINENWEBER:  Same objections.
23     A.  Take the Fifth.
24     Q.  (BY MS. BONJEAN)  And you told him that if he
25 didn't confess, you were going to hurt his wife, Adolfo

Page 328

1 Frias's wife, in the same way that you had hurt Miguel,
2 right?
3         MR. LEINENWEBER:  Objection to form,
4 foundation, argumentative.
5     A.  Take the Fifth.
6     Q.  (BY MS. BONJEAN)  You told him, "If you don't
7 confess, what I just did to Miguel, I'm going to do to your
8 wife," right?
9         MR. LEINENWEBER:  Same objections.
10     A.  Take the Fifth.
11     Q.  (BY MS. BONJEAN)  And you were also speaking in the
12 Spanish language, right?
13         MR. LEINENWEBER:  Same objections.
14     A.  Take the Fifth.
15     Q.  (BY MS. BONJEAN)  And Adolfo Frias's wife was
16 in -- at Area 5, correct?
17         MR. LEINENWEBER:  Same objections.
18     A.  Take the Fifth.
19     Q.  (BY MS. BONJEAN)  She was there with her son,
20 right?
21         MR. LEINENWEBER:  Same objections.
22     A.  Take the Fifth.
23     Q.  (BY MS. BONJEAN)  And she was crying and screaming,
24 right?
25         MR. LEINENWEBER:  Same objections.

Page 329

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) And you also threatened Mr. Frias
3 and his wife that if he didn't confess, the children would
4 be taken away, right?
5        MR. LEINENWEBER: Same objections.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) You used the same tactic with
8 Adolfo Frias that you did with Mr. Maysonet in terms of
9 threatening his family and his children, right?
10       MR. LEINENWEBER: Objection to form,
11 foundation, argumentative, compound question.
12    A. Take the Fifth.
13    Q. (BY MS. BONJEAN) And ultimately, Frias said, you
14 know, "I'll say whatever as long as you leave my wife and my
15 son alone," correct?
16       MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) And like the interrogation with
19 Mr. Maysonet, you practiced with Mr. -- Mr. Frias before the
20 State's Attorney came, right?
21       MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) You practiced with Adolfo Frias
24 what he would say to the State's Attorney, repeating with
25 him the words that he should say to the State's Attorney,

Page 330

1 right?
2        MR. LEINENWEBER: Same objections.
3    A. Take the Fifth.
4    Q. (BY MS. BONJEAN) You spoke in Spanish to Officer
5 Guevara and -- strike that.
6        You spoke in Spanish to Adolfo Frias, right?
7        MR. LEINENWEBER: Objection, form. Also asked
8 and answered.
9    A. Take the Fifth.
10    Q. (BY MS. BONJEAN) And Adolfo Frias spoke in Spanish
11 back to you, correct?
12       MR. LEINENWEBER: Same objections.
13    A. Take the Fifth.
14    Q. (BY MS. BONJEAN) And then you translated to the
15 State's Attorney, who did not speak Spanish, right?
16       MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) And this is almost exactly what
19 you did with -- in Mr. Maysonet's case as well, right?
20       MR. LEINENWEBER: Same objections.
21    A. Take the Fifth.
22    Q. (BY MS. BONJEAN) You also testified falsely at
23 Mr. Frias's trial, right?
24       MR. LEINENWEBER: Same objections.
25    A. Take the Fifth.

Page 331

1    Q. (BY MS. BONJEAN) And Mr. Frias was wrongly
2 convicted based on your false testimony, correct?
3        MR. LEINENWEBER: Same objections.
4    A. Take the Fifth.
5    Q. (BY MS. BONJEAN) You also interrogated an
6 individual by the name of Adrian Duta in March of 1994,
7 right?
8        MR. LEINENWEBER: Objection to form,
9 foundation.
10    A. Take the Fifth.
11    Q. (BY MS. BONJEAN) And, again, this case -- strike
12 that.
13        You interrogated Adrian Duta and his brother
14 Christian Duta at the same time that the case against
15 Mr. Maysonet was pending, right?
16       MR. LEINENWEBER: Same objections.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) You used physical violence
19 against Adrian Duta to secure a inculpatory statement from
20 him, right?
21       MR. LEINENWEBER: Same objections.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) You punched him and you also used
24 an open-hand slap to his face, right?
25       MR. LEINENWEBER: Same objections.

Page 332

1    A. Take the Fifth.
2    Q. (BY MS. BONJEAN) That's one of your signature
3 moves, isn't it?
4        MR. LEINENWEBER: Objection to form.
5 Objection to foundation and argumentative.
6    A. Take the Fifth.
7    Q. (BY MS. BONJEAN) An open-palm slap to the side of
8 the face, right?
9        MR. LEINENWEBER: Objection to form.
10 Objection to foundation and argumentative.
11    A. Take the Fifth.
12    Q. (BY MS. BONJEAN) That's one of -- that's what you
13 did to Armando Serrano when you brought him into custody.
14 Remember that?
15       MR. LEINENWEBER: Objection to form.
16 Objection to foundation and argumentative.
17    A. Take the Fifth.
18    Q. (BY MS. BONJEAN) But he didn't make any
19 statements; so you had to let him leave, right?
20       MR. LEINENWEBER: Objection, form. Objection
21 foundation and argumentative.
22    A. Take the Fifth.
23    Q. (BY MS. BONJEAN) But Adrian Duta, however, you
24 were able to coerce into making a confession through
25 physical violence, right?

Page 84 (Pages 333-336)

Page 333

1 MR. LEINENWEBER: I'm sorry. Could you read
2 that one back?
3 (Requested testimony read back.)
4 MR. LEINENWEBER: Objection to form,
5 foundation, and argumentative.
6 A. Take the Fifth.
7 Q. (BY MS. BONJEAN) You also tricked Adrian Duta by
8 telling him that if he confessed, he would get to go home,
9 correct?
10 MR. LEINENWEBER: Same objections.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) Adrian Duta wasn't someone who
13 had a high level of education or natural intelligence,
14 right?
15 MR. LEINENWEBER: Objection to form.
16 Objection to foundation. Calls for speculation.
17 A. Take the Fifth.
18 Q. (BY MS. BONJEAN) I mean, he -- did it seem to you
19 that he had some learning disabilities, as an example?
20 MR. LEINENWEBER: Objection, form, foundation,
21 calls for speculation.
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) Okay. You also coerced Daniel
24 Rodriguez into falsely confessing to the murder of Jose
25 Hernandez, otherwise known as Junito, who we discussed

Page 334

1 earlier today. Remember that?
2 MR. LEINENWEBER: Objection, form, foundation,
3 compound question, and asked and answered.
4 A. Take the Fifth.
5 Q. (BY MS. BONJEAN) You interrogated Daniel Rodriguez
6 in March of 1991, right?
7 MR. LEINENWEBER: Same objections.
8 A. Take the Fifth.
9 Q. (BY MS. BONJEAN) And you did so with your partner,
10 Ernest Halvorsen, at Area 5, correct?
11 MR. LEINENWEBER: Same objections.
12 A. Take the Fifth.
13 Q. (BY MS. BONJEAN) And you and Detective Halvorsen
14 had decided that you were going to frame Daniel Rodriguez
15 for the murder of Junito prior to his arrest, right?
16 MR. LEINENWEBER: Same objections. Also
17 argumentative.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) And, again, you also threatened
20 Daniel Rodriguez to confess or you would cause harm to his
21 girlfriend, right?
22 MR. LEINENWEBER: Objection to form,
23 foundation, argumentative.
24 A. Take the Fifth.
25 Q. (BY MS. BONJEAN) You actually told Daniel

Page 335

1 Rodriguez if he didn't confess, you were going to go raid
2 his girlfriend's house and frame her for a crime, right?
3 MR. LEINENWEBER: Objection to form,
4 foundation, and argumentative.
5 A. Take the Fifth.
6 Q. (BY MS. BONJEAN) And you also, again, in your
7 signature fashion, told him that you would take their child
8 away if he didn't confess, right?
9 MR. LEINENWEBER: Objection, form, foundation,
10 argumentative.
11 A. Take the Fifth.
12 Q. (BY MS. BONJEAN) You told Daniel Rodriguez that,
13 "If you don't confess, you're going to go to prison and so
14 is your girlfriend, and then your kids won't have any
15 parents anymore," right?
16 MR. LEINENWEBER: Objection to form,
17 foundation, and argumentative, also a compound question.
18 A. Take the Fifth.
19 Q. (BY MS. BONJEAN) So this was part of your modus
20 operandi, which was not only to use physical coercion, but
21 to threaten to take people's children away, right?
22 MR. LEINENWEBER: Objection to form,
23 foundation, and argumentative.
24 A. Take the Fifth.
25 DEFENSE COUNSEL: Compound and asked and

Page 336

1 answered, also.
2 Q. (BY MS. BONJEAN) This is also the case that you
3 tried to pin on George Laureano or you did pin on George
4 Laureano, right?
5 MR. LEINENWEBER: Objection to form,
6 foundation, argumentative, and asked and answered.
7 A. Take the Fifth.
8 Q. (BY MS. BONJEAN) Right. And this is the same case
9 where George Laureano hired Rick Beuke and managed to get a
10 not guilty on a bench trial, right?
11 MR. LEINENWEBER: Objection to form,
12 foundation, argumentative, and also asked and answered.
13 A. Take the Fifth.
14 Q. (BY MS. BONJEAN) And, in fact, you were able to
15 get Daniel Rodriguez to confess, again, by telling him that
16 if he confessed and put the case on Fro, or George Laureano,
17 he would get to go home, right?
18 MR. LEINENWEBER: Same objections.
19 A. Take the Fifth.
20 DEFENSE COUNSEL: Asked and answered.
21 MR. LEINENWEBER: And asked and answered.
22 Q. (BY MS. BONJEAN) You secured Daniel Rodriguez's
23 confession, in part, by duping him into confessing to just
24 be the driver, or the accountable, right?
25 MR. LEINENWEBER: Objection, form, foundation.

Page 337

1    A.  Take the Fifth.
2           DEFENSE COUNSEL:  And asked and answered.
3    Q.  (BY MS. BONJEAN)  You also struck Mr. Rodriguez
4  during this interrogation, right?
5           MR. LEINENWEBER:  Objection, form, foundation,
6  argumentative.  And asked and answered.
7    A.  Take the Fifth.
8    Q.  (BY MS. BONJEAN)  And also Detective Halvorsen
9  actually physically stuck Daniel Rodriguez during the
10 interrogation as well, right?
11          MR. LEINENWEBER:  Objection to form,
12 foundation, argumentative.
13   A.  Take the Fifth.
14   Q.  (BY MS. BONJEAN)  You falsely testified at Daniel
15 Rodriguez's trial as well, correct?
16          MR. LEINENWEBER:  Objection to form,
17 foundation, argumentative.
18   A.  Take the Fifth.
19   Q.  (BY MS. BONJEAN)  And did you ever tell me how much
20 money you paid Jason Rivera to also falsely testify at
21 Daniel Rodriguez's trial?
22          MR. LEINENWEBER:  Objection to form,
23 foundation, argumentative.
24   A.  Take the Fifth.
25          MR. LEINENWEBER:  Also a compound question.

Page 338

1    Q.  (BY MS. BONJEAN)  Did you arrest an Eliezar Cruzado
2  on October 5th, 1993?
3    A.  Take the Fifth.
4    Q.  Did you interrogate Mr. Cruzado on October 5th,
5  1993?
6    A.  Take the Fifth.
7    Q.  And that would have been, again, at the same time
8  that Mr. Maysonet's case was pending in the Circuit Court of
9  Cook County, right?
10   A.  Take the Fifth.
11   Q.  Did you threaten Mr. Cruzado that if he didn't --
12 if he didn't admit his involvement in the crime, that you
13 would make sure that he went to prison --
14          MR. LEINENWEBER:  Objection to form --
15   Q.  (BY MS. BONJEAN)  -- for the rest of his life?  I'm
16 sorry.
17          MR. LEINENWEBER:  I thought you were done.
18 Sorry.
19          THE COURT REPORTER:  Did you finish your
20 objection?
21          MR. LEINENWEBER:  Yeah.  Can you -- can you
22 ask that question again?  Is that all right?
23   Q.  (BY MS. BONJEAN)  Did you threaten Mr. Cruzado that
24 he would spend the rest of his life in prison if he didn't
25 cooperate and admit his involvement in the crime?

Page 339

1           MR. LEINENWEBER:  Objection, form, foundation,
2  and argumentative.
3    A.  Take the Fifth.
4    Q.  (BY MS. BONJEAN)  In fact, Mr. Cruzado was
5  illiterate, right?
6           MR. LEINENWEBER:  Objection to form and
7  foundation.  Calls for speculation.
8    A.  Take the Fifth.
9    Q.  (BY MS. BONJEAN)  And it was fairly easy to coerce
10 him into signing a statement that -- an inculpatory
11 statement because he was barely able to read, right?
12          MR. LEINENWEBER:  Same objections.  Also asked
13 and answered.
14   A.  Take the Fifth.
15   Q.  (BY MS. BONJEAN)  Sir, you also physically coerced
16 confessions from Gabriel Solache and Arturo Reyes, right?
17          MR. LEINENWEBER:  Objection to form,
18 foundation.
19   A.  Take the Fifth.
20   Q.  (BY MS. BONJEAN)  In fact, Circuit Court Judge
21 Obbish ruled during a suppression hearing that you had
22 physically coerced them into giving statements, correct?
23          MR. LEINENWEBER:  Objection to form and
24 foundation.
25   A.  Take the Fifth.

Page 340

1    Q.  (BY MS. BONJEAN)  And he also specifically found
2  that you lied when you gave testimony at the suppression
3  hearing, right?
4           MR. LEINENWEBER:  Same objections.
5    A.  Take the Fifth.
6    Q.  (BY MS. BONJEAN)  And he suppressed statements in
7  proceedings as a result of the physical coercion that you
8  imparted on them during your interrogations, right?
9           MR. LEINENWEBER:  Same objections.
10   A.  Take the Fifth.
11   Q.  (BY MS. BONJEAN)  And, in fact, you are now being
12 sued by Mr. Solache and Mr. Reyes for their wrongful
13 convictions, correct?
14          MR. LEINENWEBER:  Same objections.
15   A.  Take the Fifth.
16   Q.  (BY MS. BONJEAN)  You also arrested a David Rivera
17 on February 21st, 1991, with your sometimes partner Steve
18 Gawrys, correct?
19   A.  Take the Fifth.
20          MR. LEINENWEBER:  Same objections.  Sorry.
21   Q.  (BY MS. BONJEAN)  You again used a combination of
22 physical violence and threats to get David Rivera to confess
23 to a murder he did not commit, right?
24          MR. LEINENWEBER:  Same objections.
25   A.  Take the Fifth.

Page 341

1 Q. (BY MS. BONJEAN) You also promised him a lenient
2 sentence if he just cooperated by agreeing to what you
3 wanted him to state, correct?
4         MR. LEINENWEBER: Same objections.
5 A. Take the Fifth.
6 Q. (BY MS. BONJEAN) You also gave false testimony at
7 Mr. Rivera's 1993 bench trial, right?
8         MR. LEINENWEBER: Same objections.
9 A. Take the Fifth.
10        MS. BONJEAN: Okay. If we take a
11 couple-minute break, I might be done.
12        MR. LEINENWEBER: Okay.
13        THE VIDEOGRAPHER: Time off record is 5:15.
14        (Break taken from 5:15 p.m. to 5:20 p.m.)
15        THE VIDEOGRAPHER: We're now back on the
16 record at 5:20.
17 Q. (BY MS. BONJEAN) Mr. Guevara, just to be clear,
18 you falsely testified at Mr. Maysonet's trial that he orally
19 confessed to you, correct?
20        MR. LEINENWEBER: Objection to form,
21 foundation, and asked and answered.
22 A. Take the Fifth.
23 Q. (BY MS. BONJEAN) Okay. And in addition to falsely
24 testifying that he orally confessed to you, you further
25 testified falsely that he confessed when he made a

Page 342

1 court-reported statement, right?
2         MR. LEINENWEBER: Objection to form,
3 foundation, argumentative, and asked and answered.
4 A. Take the Fifth.
5 Q. And, again, you knew that the statements that were
6 attributed to Mr. Maysonet were false and fabricated, right?
7         MR. LEINENWEBER: Same objections.
8 A. Take the Fifth.
9 Q. (BY MS. BONJEAN) And Mr. Beuke assured you that
10 Mr. Maysonet was not going to testify, correct?
11        MR. LEINENWEBER: Objection to form,
12 foundation.
13 A. Take the Fifth.
14 Q. (BY MS. BONJEAN) He promised you that he would
15 make sure that Maysonet would not testify at his trial,
16 right?
17        MR. LEINENWEBER: Objection, form, foundation.
18 A. Take the Fifth.
19        MR. LEINENWEBER: Also asked and answered.
20 Q. (BY MS. BONJEAN) And am I correct that at no point
21 did you let any Cook County State's Attorney know that you
22 had coerced Mr. Maysonet into making the statements that you
23 attributed to him?
24        MR. LEINENWEBER: Objection to form,
25 foundation, argumentative.

Page 343

1 A. Take the Fifth.
2 Q. (BY MS. BONJEAN) And you never told the Cook
3 County State's Attorney that the oral statements that you
4 claim Mr. Maysonet made, that that, too, was a fabrication,
5 right?
6         MR. LEINENWEBER: Objection to form,
7 foundation, argumentative, and asked and answered.
8         MS. BONJEAN: Okay.
9 A. Take the Fifth.
10        MS. BONJEAN: I have nothing further.
11        MR. LEINENWEBER: Any questions from anyone on
12 the phone?
13        DEFENSE COUNSEL: No questions from the
14 State's Attorney.
15        DEFENSE COUNSEL: None from me.
16        MR. LEINENWEBER: Was that both you guys at
17 the same time, I think?
18        DEFENSE COUNSEL: That was both of us at the
19 same time.
20        MR. LEINENWEBER: No questions for me, and we
21 will reserve signature.
22        THE VIDEOGRAPHER: We are off the record at
23 5:22.
24        (Deposition concluded at 5:22 p.m.)
25

Page 344

1           CHANGES AND SIGNATURE
2
3 PAGE/LINE        CHANGE            REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25

Page 345

1    I, REYNALDO GUEVARA, have read the foregoing
2  deposition and hereby affix my signature that same is true
3  and correct, except as noted above.
4
5
          _____
6              REYNALDO GUEVARA
7
8
9  THE STATE OF _____ )
10 COUNTY OF _____)
11    Before me, _____, on this day personally
12 appeared REYNALDO GUEVARA, known to me (or proved to me
13 under oath of through _____) (description of identify
14 card or other document) to be the person whose name is
15 subscribed to the foregoing instrument and acknowledged to
16 me that they executed the same for the purposes and
17 consideration therein expressed.
18    Given under my hand and seal of office this ____
19 day of _____, 2019.
20
21    _____
          NOTARY PUBLIC IN AND FOR
22        THE STATE OF TEXAS
23
24
25

Page 346

1         UNITED STATES DISTRICT COURT
           NORTHERN DIST. OF ILLINOIS
2              EASTERN DIVISION
3  JOSE JUAN MAYSONET, JR.,
      Plaintiff,
4
   v.              Civil Action
5             No. 2018 CV 02342
   REYNALDO GUEVARA, ERNEST HALVORSEN,
6  EDWARD MINGEY, EPPLEN, FERNANDO
   MONTILLA, ROLAND PAULNITSKY, FRANK
7  DIFRANCO, CITY OF CHICAGO, and
   COOK COUNTY,
8     Defendants.
9         REPORTER'S CERTIFICATION
            VIDEOTAPED DEPOSITION
10                OF
              REYNALDO GUEVARA
11           OCTOBER 25, 2019
12    I, LYDIA L. HARDISON, Certified Shorthand Reporter
13 in and for the State of Texas, do hereby certify to the
14 following:
15    That the witness, REYNALDO GUEVARA, was duly sworn by
16 the officer and that the transcript of the oral deposition
17 is a true record of the testimony given by the witness;
18    I further certify that pursuant to FRCP Rule 30(e)(1)
19 that the signature of the deponent:
20    ____X_____ was requested by the deponent or a
21 party before the completion of the deposition and is to be
22 returned within 30 days from the date of receipt of
23 the transcript. If returned, the attached Changes and
24 Signature Page contains any changes and the reasons
25 therefor;

Page 347

1    _____ was not requested by the deponent or a
2  party before the completion of the deposition.
3    I further certify that I am neither counsel for,
4  related to, nor employed by any of the parties or attorneys
5  to the action in which this proceeding was taken. Further,
6  I am not a relative or employee of any attorney of record in
7  this cause, nor am I financially or otherwise interested in
8  the outcome of the action.
9    Subscribed and sworn to on this the 7th day of
10 November, 2019.
11
12
13
14
15    _____
      Lydia L. Hardison, CSR No. 7464
16    Expiration Date:  7/31/2021
      KOOLE COURT REPORTERS OF TEXAS
17    Firm Registration No. 413
      8000 IH-10 W., Suite 600
18    San Antonio, Texas 78230
      (210) 558-9484
19    (210) 558-3129 Fax
20
21
22
23
24
25

**A**

**A-D-O-L-F-O**
327:5, 327:7
**a/k/a** 135:3
**ability** 158:5
255:22
**able** 28:20
45:10, 46:21
53:5, 92:21
93:8, 96:6
96:11, 109:15
179:23, 188:25
218:19, 219:18
257:16, 284:5
284:10, 291:7
308:15, 308:19
332:24, 336:14
339:11
**above-styled**
1:17
**Abrams** 205:25
206:5
**Absent** 236:11
236:14
**absolutely** 258:8
**abuse** 244:23
279:17, 304:13
313:7
**abused** 62:3
72:6, 73:19
323:11
**access** 172:10
**accessible** 44:9
45:20
**accident** 77:18
86:5
**accomplish**
55:13
**accountable**
247:14, 256:5
336:24
**accurate** 47:7
**accuse** 22:12
177:20
**accused** 9:9

15:21, 17:15
17:20, 20:12
20:19, 21:20
21:25, 23:2
25:7, 161:14
162:15, 179:24
271:22, 303:8
**accuses** 20:25
21:11, 23:16
23:25, 24:10
24:14, 24:24
**acknowledged**
248:10, 345:15
**acompound**
16:16
**acquiescence**
312:21
**acquitted**
296:18
**acted** 60:15
288:23
**action** 1:4
23:13, 23:22
24:7, 24:9
24:21, 49:8
346:4, 347:5
347:8
**actions** 177:6
**actively** 58:22
164:5
**activists** 89:8
**activities** 13:20
14:4, 110:20
117:20, 303:9
**activity** 39:9
55:2, 103:15
116:7, 152:16
169:3, 283:12
**actor** 247:8
**acts** 179:4
183:1, 231:18
271:17
**actual** 47:15
169:20, 230:5
282:21, 289:21
**addicts** 180:14

**addition** 35:16
47:14, 82:4
82:7, 341:23
**address** 282:7
**addressed**
153:12
**addresses**
264:25
**admissible**
238:16
**admissions**
68:21
**admit** 13:18
13:24, 207:25
208:5, 246:17
271:8, 338:12
338:25
**admitted** 71:16
72:11, 74:7
117:14
**admitting**
274:16
**Adolfo** 324:23
325:4, 325:8
326:14, 326:21
327:4, 327:20
327:25, 328:15
329:8, 329:23
330:6, 330:10
**adopt** 125:11
252:9, 260:16
262:16, 266:8
275:3, 283:21
289:22, 292:17
295:9
**adopted** 307:11
**adopting** 295:3
**Adrian** 331:6
331:13, 331:19
332:23, 333:7
333:12
**adult** 32:15
**advance** 141:15
**advantage**
138:6
**advised** 14:17

14:23, 179:9
**affix** 345:2
**African-Ameri...**
168:12
**afternoon**
214:25, 229:6
240:18, 269:2
**age** 164:20
**agenda** 190:12
**ages** 29:9
**agree** 82:16
132:24, 156:11
164:21, 165:10
165:13, 189:21
228:2
**agreed** 54:14
70:19, 71:25
73:2, 80:12
84:16, 84:21
84:22, 95:18
104:6, 120:7
236:2, 236:6
237:2, 238:22
239:7, 239:13
245:21, 249:15
249:19, 250:10
251:23, 259:9
275:2, 302:24
**agreeing** 293:11
341:2
**ahead** 212:9
212:11, 236:12
259:21, 261:9
**aid** 237:22
**airtight** 92:22
**al** 6:2, 20:17
21:18, 22:1
23:14, 117:1
**Alex** 91:21
**Alfredo** 201:22
231:2, 232:6
268:14, 269:8
269:12, 269:17
269:24, 280:4
284:12, 285:14
286:23, 287:5

287:18, 292:2
292:4, 292:16
292:21, 293:2
293:5, 293:11
294:9, 294:15
294:22, 310:6
310:11, 323:11
**alibi** 92:22, 93:9
202:9, 202:18
242:14
**allegations** 8:6
8:12, 11:2
15:11, 16:12
206:25, 303:1
**alleged** 42:16
43:3, 43:18
44:24, 45:4
145:22, 259:10
274:15
**allegedly** 57:15
61:13, 85:4
90:14, 106:6
231:17, 233:23
259:16, 282:1
293:5, 294:15
321:10
**alleges** 23:7
**allegiance**
300:12, 300:17
300:23
**alley** 56:25
252:1, 288:19
293:18, 316:5
**allies** 44:4
**allow** 96:1
325:20
**allowed** 259:7
**Almodovar**
21:18, 21:21
**alphabetized**
46:8
**Alvarez** 128:14
128:23
**amenable**
141:15
**Amendment** 7:9

9:14, 12:19
12:24, 14:17
14:24, 18:2
18:6, 19:6
22:18, 25:25
265:14
**amount** 38:3
102:19
**and/or** 174:3
197:23
**Angel** 61:8, 62:4
63:17, 64:2
64:23, 69:3
72:22, 80:24
100:13, 100:20
**anonymous**
57:10, 57:20
57:24
**answer** 7:11
7:18, 7:22, 9:15
25:17, 26:24
27:3, 28:16
305:25, 319:16
**answered** 12:14
14:14, 19:9
25:20, 52:3
56:6, 61:16
66:22, 68:3
69:14, 69:23
70:6, 70:11
73:12, 77:13
80:15, 83:19
85:1, 86:20
90:2, 98:21
99:3, 99:9
99:14, 102:10
121:16, 124:13
141:7, 141:12
142:15, 152:7
176:21, 177:23
178:6, 181:7
183:14, 183:19
193:9, 193:20
199:1, 202:13
204:15, 207:14
208:20, 214:7

245:9, 245:14
246:8, 246:14
253:1, 253:8
258:21, 260:13
260:20, 264:3
264:11, 267:23
273:20, 274:4
274:13, 280:1
280:6, 285:24
286:4, 289:24
291:23, 301:20
302:17, 303:12
306:8, 306:15
313:13, 317:14
318:4, 319:9
319:12, 320:20
322:3, 322:25
330:8, 334:3
336:1, 336:6
336:12, 336:20
336:21, 337:2
337:6, 339:13
341:21, 342:3
342:19, 343:7
**answering**
27:16, 28:10
**answers** 12:24
14:10, 18:12
281:11
**Anthony** 90:24
91:6, 94:2
94:14
**Antonio** 1:22
29:18, 29:20
29:22, 29:24
347:18
**anybody** 318:9
**anymore** 218:1
244:2, 244:7
335:15
**anyway** 58:5
76:15
**apart** 10:12
**apartment**
250:16, 251:19
265:2, 325:20

**Apologies** 134:7
**apologize** 10:1
10:25, 80:11
261:18
**apparent**
143:16
**appear** 322:19
322:21
**appearance**
82:15
**appearances** 4:2
226:22
**appeared**
184:13, 275:14
299:2, 345:12
**appears** 226:21
277:14
**apply** 37:7
**appropriate**
299:20
**approval** 230:16
**approved** 230:3
**approving**
229:11
**approximately**
35:21, 316:22
**arahe@rfclaw....**
2:25
**area** 31:22
31:25, 32:5
32:11, 32:20
33:25, 34:5
40:9, 40:13
40:21, 41:2
41:25, 42:7
44:10, 61:18
61:18, 102:20
106:6, 107:14
107:24, 108:17
108:20, 112:20
115:2, 146:18
146:20, 149:22
152:4, 153:8
154:13, 158:9
158:13, 158:18
159:24, 160:6

161:5, 163:7
163:25, 169:4
170:18, 170:24
171:6, 171:20
172:7, 172:7
173:21, 178:10
178:23, 181:10
185:6, 192:1
193:17, 193:23
206:4, 213:4
213:19, 214:23
232:18, 233:12
240:13, 259:7
260:11, 264:6
265:6, 265:7
265:16, 269:8
269:13, 272:13
272:21, 275:4
275:14, 277:14
283:14, 319:11
326:11, 328:16
334:10
**argument**
159:13
**argumentative**
7:6, 27:1, 66:8
66:17, 72:8
72:18, 74:24
75:22, 76:8
76:17, 79:14
81:19, 82:1
86:16, 87:12
88:6, 88:12
89:5, 95:23
96:3, 97:16
98:11, 99:3
99:14, 99:19
99:25, 101:20
102:10, 102:16
104:4, 105:4
105:21, 106:3
107:3, 108:9
109:6, 110:9
111:10, 112:9
116:15, 118:20
120:11, 120:22

121:9, 122:13
125:14, 125:19
126:16, 127:2
127:20, 128:1
128:6, 128:17
129:7, 131:5
131:11, 134:16
134:24, 135:9
135:16, 135:23
136:16, 137:1
139:19, 140:8
140:24, 141:18
141:24, 142:20
143:1, 143:7
143:14, 144:3
145:9, 146:4
146:15, 147:5
147:10, 147:15
147:21, 149:8
149:17, 149:24
150:15, 150:20
154:9, 155:11
155:25, 156:9
156:21, 157:6
158:2, 159:2
170:3, 173:8
173:16, 173:24
174:6, 174:11
176:21, 177:16
178:12, 178:19
178:25, 179:19
180:2, 180:19
181:13, 182:2
182:15, 182:23
183:19, 183:25
184:6, 184:11
184:22, 185:24
188:4, 188:10
189:4, 189:18
190:14, 190:21
191:2, 191:10
193:9, 198:1
198:6, 202:13
203:7, 204:5
204:6, 205:4
205:22, 206:2

206:7, 206:15
206:21, 207:2
207:22, 208:8
208:14, 208:20
208:25, 209:6
209:12, 209:25
210:5, 210:12
211:11, 213:1
213:9, 213:15
214:20, 215:17
215:22, 216:3
216:8, 216:14
217:6, 217:12
217:18, 217:23
218:4, 218:10
218:16, 218:22
219:3, 219:14
219:20, 220:2
220:9, 220:15
221:3, 221:11
222:5, 222:10
222:17, 222:24
223:6, 223:15
223:20, 224:1
227:17, 228:24
231:24, 233:8
234:12, 234:19
235:1, 235:9
235:15, 235:25
236:10, 236:18
237:14, 238:4
238:13, 239:10
239:18, 241:9
242:11, 242:17
243:17, 243:24
244:4, 244:10
244:15, 244:20
245:1, 245:9
245:14, 246:14
246:21, 247:3
247:10, 247:17
248:1, 248:16
249:9, 250:25
251:6, 251:12
252:6, 252:13
252:20, 253:8

253:19, 254:1
254:6, 255:8
255:18, 256:8
257:7, 258:1
258:10, 258:15
259:3, 260:2
260:8, 260:19
262:13, 262:20
263:4, 263:10
263:16, 264:3
264:9, 264:15
265:13, 265:19
265:24, 266:4
266:10, 267:18
268:12, 270:19
270:25, 271:11
271:25, 272:5
273:13, 273:20
274:4, 275:6
276:4, 277:2
277:10, 278:18
279:20, 280:1
280:6, 282:4
282:10, 282:16
282:23, 283:3
283:9, 283:18
283:23, 284:3
284:20, 285:6
285:11, 285:18
286:4, 286:10
286:16, 287:9
287:20, 289:10
289:18, 289:24
290:4, 290:10
291:16, 291:23
292:14, 292:25
293:15, 294:19
294:25, 295:6
295:12, 296:10
298:3, 299:24
300:5, 300:10
300:15, 300:21
301:1, 301:7
302:12, 303:4
303:12, 304:3
304:10, 306:3

306:14, 307:9
308:1, 310:8
310:23, 311:3
312:12, 312:18
312:24, 313:4
313:11, 314:13
314:20, 316:19
321:2, 322:20
322:25, 323:7
323:14, 323:21
324:4, 325:23
326:18, 327:17
328:4, 329:11
332:5, 332:10
332:16, 332:21
333:5, 334:17
334:23, 335:4
335:10, 335:17
335:23, 336:6
336:12, 337:6
337:12, 337:17
337:23, 339:2
342:3, 342:25
343:7
**Ariel** 23:13
23:16
**Armando** 20:17
332:13
**arrange** 132:18
132:25
**arranged** 134:1
139:16, 155:22
269:1
**array** 107:20
107:25, 108:7
108:13, 108:17
109:15, 109:21
110:8, 110:25
111:4, 111:8
113:13
**arrest** 10:13
25:8, 48:17
49:7, 71:5, 77:1
77:2, 77:10
100:5, 111:20
132:25, 150:12

155:2, 158:5
161:4, 191:25
210:8, 212:4
212:10, 212:12
212:14, 236:7
236:15, 238:1
238:7, 239:15
240:24, 284:11
298:14, 334:15
338:1
**arrested** 14:3
15:13, 44:19
48:19, 59:1
59:9, 59:18
60:4, 61:13
71:12, 90:10
100:25, 106:19
118:25, 131:16
133:8, 133:14
144:12, 154:24
158:19, 160:9
186:20, 187:8
187:14, 187:21
191:5, 202:24
213:6, 286:18
295:15, 298:8
340:16
**arresting**
112:12, 112:16
232:6, 284:6
**arrests** 41:7
50:14, 52:17
57:20, 150:23
**arrival** 107:23
**arrived** 215:9
240:13, 259:7
275:4
**art** 116:17
116:19
**Arturo** 22:9
339:16
**ASA** 79:10
81:24, 261:25
262:3, 272:9
272:12, 273:2
273:6, 273:17

273:24, 275:4
275:8, 275:19
277:13, 278:5
278:14
**Ashley** 2:4, 5:8
**asked** 12:13
14:14, 19:8
25:19, 52:2
56:5, 61:15
66:21, 68:2
69:14, 69:22
70:5, 70:10
73:11, 80:15
83:19, 84:5
84:11, 85:1
86:20, 90:2
98:21, 99:3
99:8, 99:14
102:10, 102:12
115:17, 121:16
124:12, 138:22
141:6, 141:11
142:14, 152:7
176:21, 177:22
178:6, 181:7
183:14, 183:19
193:9, 193:19
199:1, 202:13
204:15, 206:5
207:14, 208:20
214:7, 215:13
227:7, 245:4
245:9, 245:14
246:8, 246:14
250:1, 251:19
253:1, 253:8
258:20, 260:13
260:19, 264:3
264:11, 267:23
273:20, 274:4
274:13, 280:1
280:6, 285:24
286:4, 289:24
291:23, 301:20
302:16, 303:12
303:21, 305:17

306:8, 306:15
309:16, 309:19
313:13, 315:20
315:21, 317:13
318:3, 319:6
319:10, 319:13
320:19, 322:2
322:25, 330:7
334:3, 335:25
336:6, 336:12
336:20, 336:21
337:2, 337:6
339:12, 341:21
342:3, 342:19
343:7
**asking** 129:15
280:15
**assault** 304:13
**assaulted** 65:13
66:1, 66:19
70:15
**assaulting** 25:7
304:25
**assembled** 87:8
**assert** 8:16
**asserted** 22:18
**assigned** 272:9
**assignment** 37:9
38:4
**assignments**
36:8
**assist** 56:3
187:7, 189:14
**assistance** 104:1
284:23, 315:6
**Assistant** 3:4
70:14, 77:15
78:12, 299:14
303:21, 305:17
323:3, 323:9
323:16, 323:23
**assisted** 39:20
56:12, 131:1
**assisting** 145:5
148:24, 221:15
**associated** 32:14

32:24, 33:3
150:8, 168:23
**associates** 38:13
**assume** 116:22
128:8, 134:5
140:5, 256:4
278:8
**assumed** 234:1
267:20
**assured** 342:9
**attached** 1:24
311:16, 346:23
**attacked** 309:17
**attempt** 71:18
161:15, 209:9
209:17, 246:5
**attempted** 99:11
125:23, 128:10
160:10, 189:1
207:10, 214:4
**attempting** 16:2
**attempts** 302:9
**attend** 31:6
31:13, 166:4
166:24
**attendance**
226:21
**attention** 209:14
229:2, 232:14
308:9
**attitude** 180:11
**attorney** 3:4
11:14, 14:24
64:17, 67:5
67:9, 70:14
75:13, 76:14
77:16, 78:13
87:3, 89:16
128:23, 134:1
143:19, 197:23
199:24, 205:19
214:5, 214:16
214:17, 215:14
237:1, 275:21
278:23, 298:22
299:14, 303:21

305:17, 307:21
308:4, 323:3
323:17, 323:24
329:20, 329:24
329:25, 330:15
342:21, 343:3
343:14, 347:6
**Attorney's** 3:5
12:7, 68:6, 69:2
73:8, 173:20
174:3, 199:9
199:15, 218:1
323:10
**attorneys** 10:16
30:1, 66:13
75:18, 129:14
174:3, 197:23
227:8, 227:19
276:1, 277:7
299:21, 299:22
347:4
**attributed** 342:6
342:23
**attributes** 37:15
**August** 207:6
207:11, 209:16
209:17, 211:13
213:5, 213:19
213:25, 214:23
215:10, 228:7
228:15, 228:22
230:10, 230:17
230:21, 230:23
231:3, 235:5
235:22, 236:7
236:15, 236:24
238:1, 238:7
238:23, 240:11
240:17, 241:12
241:21, 242:8
257:16, 259:6
268:16, 269:2
272:8, 272:22
274:10, 274:18
285:16, 286:19
298:14, 312:6

323:25
**Austin** 2:22
5:15
**authored**
230:16, 231:12
233:15, 233:22
248:4, 323:25
**automatic**
233:20, 288:14
**automatically**
319:2
**Ava** 30:11
30:14
**available** 170:17
152:16, 152:23
153:24, 160:1
167:8, 168:18
180:5, 216:11
233:18, 234:1
250:20, 251:15
251:25, 252:1
293:19, 314:18
316:4, 316:5
**average** 50:15
**avoid** 154:6
217:16, 218:19
247:13, 255:22
**awarded** 19:13
19:25, 98:14
**aware** 11:22
11:25, 131:21
136:8, 150:7
161:19, 168:18
170:15, 186:5
200:16, 200:22
201:5, 203:9
214:3, 214:9
230:14, 232:18
232:25

---

**B**

**B-O-N-J-E-A-N**
5:6
**back** 8:21, 8:23

63:10, 77:6
77:8, 79:10
80:7, 80:9, 82:3
83:17, 89:12
103:3, 103:4
117:12, 124:16
125:4, 126:18
157:16, 176:11
224:10, 249:2
255:4, 256:22
256:22, 264:17
268:20, 268:21
289:2, 289:3
301:13, 314:6
314:10, 314:16
314:18, 317:2
317:17, 326:25
327:1, 330:11
333:2, 333:3
341:15
**bad** 220:19
246:11
**bail** 211:19
213:13, 241:6
**bankruptcy**
25:22, 26:2
26:14, 26:15
**barely** 339:11
**BARONI** 2:10
**barrel** 250:11
**barrier** 217:15
**based** 73:18
331:2
**basically** 136:13
**basis** 116:19
196:9, 196:15
196:20, 213:4
215:25, 236:15
**Bates** 131:14
230:21, 232:16
247:21, 273:8
311:13
**Bates-stamped**
229:3, 254:20
264:18
**bearings** 264:20

**bears** 230:21
  247:21, 262:4
**beat** 63:4, 65:1
  101:13, 101:18
  101:23, 102:3
  118:18, 118:22
  119:22, 120:1
  120:15, 193:6
  193:12, 217:3
  245:3, 245:6
  263:18, 270:3
  304:14, 309:23
  326:10
**beaten** 67:18
  70:2, 72:16
  73:3, 327:14
**beating** 63:11
  63:15, 63:16
  67:22, 76:1
  76:5, 217:15
  218:7, 304:21
**beats** 193:16
**becoming** 36:9
  38:9
**beers** 322:15
**began** 60:20
**begins** 311:13
**behalf** 5:7, 5:8
  5:10, 5:12, 5:15
  5:17, 8:17
  82:15, 299:2
**believe** 70:14
  85:15, 116:20
  121:25, 146:2
  148:5, 165:24
  169:9, 182:20
  187:8, 196:21
  212:22, 213:4
  225:1, 255:21
  261:25, 271:3
**believed** 48:19
  55:7, 138:16
  160:16, 266:18
  290:13
**believing** 196:9
  196:15, 271:16

290:7, 291:7
292:22, 295:3
**Bello** 4:12
  222:3, 222:7
  222:12, 223:8
  223:10, 250:15
  259:6, 259:24
  260:10, 262:9
  262:16, 263:13
  318:18, 319:8
  319:15, 319:17
  319:19, 319:20
  320:2
**Bello's** 261:19
  262:4
**belonged** 251:22
**Bemis** 135:20
**bench** 101:8
  119:23, 336:10
  341:7
**benefited** 99:1
  131:3, 139:22
**benefits** 119:25
**best** 185:21
**better** 123:10
  202:16, 210:23
  218:7, 284:23
**Beuke** 30:22
  67:10, 67:14
  67:17, 68:7
  68:11, 68:11
  68:16, 68:20
  69:1, 69:16
  69:20, 69:25
  70:9, 70:13
  70:19, 70:23
  71:9, 71:10
  71:15, 71:24
  72:10, 72:14
  72:20, 73:2
  73:9, 74:19
  75:3, 75:12
  76:4, 76:11
  76:12, 76:19
  77:2, 77:16
  77:23, 78:6

78:14, 79:5
79:9, 79:17
80:12, 81:3
81:6, 81:8
81:12, 81:17
81:23, 81:23
82:4, 82:21
83:1, 83:15
83:22, 84:4
84:5, 84:9
84:22, 85:10
85:22, 85:22
86:4, 87:2
89:18, 89:24
95:2, 95:6
95:12, 96:12
96:18, 96:23
97:7, 97:12
99:23, 101:4
101:16, 102:8
119:17, 119:22
120:7, 120:14
134:1, 134:9
134:10, 134:18
135:13, 142:8
142:12, 143:3
143:10, 143:17
143:20, 144:1
144:6, 217:25
297:11, 297:17
297:22, 297:23
298:5, 298:12
298:16, 298:23
299:8, 300:1
300:7, 301:16
301:17, 301:22
302:7, 302:10
302:20, 302:24
303:7, 312:10
312:22, 313:1
313:6, 336:9
342:9
**Beuke's** 302:14
  322:10
**beyond** 137:23
  138:4

**bigamy** 27:8
**bird** 50:15
**bit** 29:1, 29:2
  159:13, 224:13
**black** 180:13
  217:3, 233:17
  237:3, 237:19
  251:17, 257:2
  309:17, 315:11
  315:14, 318:2
**blacks** 233:19
  234:1, 259:9
  259:25
**blind** 75:25
**block** 59:9
  186:6
**Bloomingdale**
  59:10, 121:20
  127:24
**blue** 251:21
  251:21
**Blvd** 2:17
**bodies** 168:7
  168:7, 169:8
  180:5, 316:24
**body** 56:25
  245:3, 245:6
  245:12
**bogus** 81:21
**Bonaventure**
  251:22
**bond** 131:18
  131:19, 131:22
  131:22, 133:18
  211:19, 241:6
  257:16
**Bonjean** 2:3, 2:4
  4:3, 5:6, 5:6
  5:22, 5:25, 6:16
  6:20, 7:1, 7:8
  7:14, 8:11, 8:19
  8:21, 8:25, 9:13
  9:24, 10:6
  10:11, 10:25
  12:6, 12:16
  13:5, 13:11

13:16, 13:24
14:8, 14:16
14:23, 15:4
15:17, 16:2
16:6, 16:11
16:18, 17:1
17:7, 17:12
17:20, 17:25
18:17, 18:25
19:5, 19:11
19:21, 20:4
20:16, 20:24
20:25, 21:6
21:11, 21:17
21:25, 22:7
22:17, 22:24
23:7, 23:12
23:21, 24:5
24:14, 24:20
25:4, 25:13
25:22, 26:9
26:19, 27:3
27:7, 27:12
27:21, 27:25
28:4, 28:14
29:4, 29:8
29:12, 29:17
30:6, 30:21
31:1, 31:6, 32:4
32:10, 32:14
32:19, 32:24
33:3, 33:9
33:13, 33:19
33:23, 34:3
34:9, 35:2, 35:6
35:11, 36:8
36:12, 36:20
37:1, 37:6
37:15, 37:21
38:1, 38:7
38:12, 38:16
38:21, 38:25
39:5, 39:12
39:16, 39:20
39:25, 40:7
40:12, 40:20

| | | | | |
|---|---|---|---|---|
| 41:1, 41:6 | 60:15, 60:19 | 80:17, 80:22 | 101:4, 101:8 | 122:9, 122:15 |
| 41:13, 41:18 | 60:24, 61:3 | 81:2, 81:6 | 101:12, 101:16 | 122:20, 123:3 |
| 41:25, 42:5 | 61:7, 61:12 | 81:11, 81:16 | 101:22, 102:1 | 123:8, 123:15 |
| 42:11, 42:16 | 61:17, 61:22 | 81:21, 82:3 | 102:6, 102:12 | 123:20, 123:25 |
| 42:20, 43:2 | 62:2, 62:9 | 82:13, 82:19 | 102:18, 102:24 | 124:4, 124:8 |
| 43:6, 43:11 | 62:15, 62:19 | 82:24, 83:5 | 103:8, 103:14 | 124:15, 124:19 |
| 43:16, 43:21 | 62:23, 63:4 | 83:9, 83:15 | 103:20, 103:25 | 124:24, 125:4 |
| 43:25, 44:4 | 63:10, 63:14 | 83:21, 84:3 | 104:6, 104:11 | 125:10, 125:16 |
| 44:8, 44:13 | 63:20, 64:1 | 84:9, 84:16 | 104:16, 104:25 | 125:22, 126:6 |
| 44:18, 44:23 | 64:5, 64:10 | 84:21, 85:3 | 105:6, 105:11 | 126:11, 126:18 |
| 45:3, 45:9 | 64:16, 64:21 | 85:9, 85:15 | 105:16, 105:23 | 126:22, 127:4 |
| 45:15, 45:19 | 64:25, 65:5 | 85:21, 86:2 | 106:5, 106:11 | 127:11, 127:15 |
| 45:24, 46:4 | 65:11, 65:16 | 86:10, 86:17 | 106:16, 106:23 | 127:22, 128:3 |
| 46:8, 46:12 | 65:20, 65:25 | 86:22, 87:2 | 107:5, 107:9 | 128:8, 128:13 |
| 46:16, 46:19 | 66:5, 66:10 | 87:7, 87:14 | 107:13, 107:19 | 128:19, 129:4 |
| 47:1, 47:6 | 66:18, 66:24 | 87:21, 88:1 | 107:23, 108:4 | 129:9, 129:12 |
| 47:13, 47:20 | 67:4, 67:12 | 88:8, 88:14 | 108:11, 108:20 | 129:14, 129:17 |
| 47:25, 48:6 | 67:17, 67:21 | 88:19, 88:23 | 109:1, 109:8 | 129:23, 130:3 |
| 48:9, 48:13 | 67:25, 68:5 | 89:1, 89:7 | 109:13, 109:20 | 130:6, 130:8 |
| 48:24, 49:6 | 68:10, 68:15 | 89:12, 89:16 | 109:25, 110:5 | 130:9, 130:14 |
| 49:13, 49:21 | 68:20, 68:25 | 89:21, 90:4 | 110:12, 110:17 | 130:23, 131:7 |
| 50:3, 50:8 | 69:6, 69:10 | 90:9, 90:13 | 110:24, 111:7 | 131:13, 132:5 |
| 50:13, 50:18 | 69:16, 69:20 | 90:17, 90:22 | 111:12, 111:16 | 132:9, 132:13 |
| 50:22, 51:3 | 69:25, 70:8 | 91:6, 91:11 | 112:1, 112:6 | 132:17, 132:24 |
| 51:7, 51:11 | 70:13, 70:19 | 91:17, 91:21 | 112:11, 112:16 | 133:5, 133:12 |
| 51:15, 51:19 | 70:23, 71:4 | 91:25, 92:4 | 112:20, 113:1 | 133:17, 133:21 |
| 51:25, 52:5 | 71:9, 71:15 | 92:9, 92:13 | 113:5, 113:10 | 133:25, 134:7 |
| 52:10, 52:21 | 71:21, 71:24 | 92:20, 93:1 | 113:18, 113:24 | 134:9, 134:18 |
| 52:25, 53:5 | 72:3, 72:10 | 93:6, 93:12 | 114:5, 114:10 | 135:1, 135:5 |
| 53:11, 53:15 | 72:14, 72:20 | 93:17, 93:21 | 115:1, 115:7 | 135:11, 135:18 |
| 53:22, 54:3 | 72:25, 73:7 | 93:25, 94:7 | 115:12, 115:17 | 135:25, 136:2 |
| 54:9, 54:14 | 73:14, 73:18 | 94:12, 94:16 | 115:24, 116:4 | 136:13, 136:17 |
| 54:20, 54:25 | 73:23, 73:25 | 94:22, 95:1 | 116:11, 116:18 | 136:19, 136:23 |
| 55:6, 55:11 | 74:6, 74:11 | 95:6, 95:12 | 116:24, 117:1 | 137:3, 137:8 |
| 55:16, 55:23 | 74:18, 74:23 | 95:18, 95:25 | 117:3, 117:5 | 137:13, 137:17 |
| 56:3, 56:8 | 75:2, 75:8 | 96:5, 96:11 | 117:8, 117:10 | 137:23, 138:4 |
| 56:15, 56:21 | 75:12, 75:17 | 96:17, 96:22 | 117:19, 117:23 | 138:10, 138:15 |
| 57:6, 57:10 | 75:25, 76:4 | 97:2, 97:7 | 118:3, 118:8 | 138:22, 139:3 |
| 57:15, 57:19 | 76:10, 76:19 | 97:12, 97:18 | 118:12, 118:24 | 139:9, 139:13 |
| 57:24, 58:5 | 76:25, 77:11 | 97:24, 98:7 | 119:5, 119:10 | 139:22, 140:1 |
| 58:10, 58:15 | 77:14, 77:15 | 98:13, 98:18 | 119:16, 119:22 | 140:5, 140:10 |
| 58:21, 58:24 | 77:23, 78:6 | 98:23, 99:5 | 120:6, 120:13 | 140:15, 141:1 |
| 59:1, 59:6 | 78:11, 78:18 | 99:11, 99:21 | 120:19, 120:24 | 141:9, 141:14 |
| 59:13, 59:18 | 78:25, 79:5 | 100:3, 100:9 | 121:3, 121:6 | 141:20, 142:1 |
| 59:23, 60:3 | 79:15, 79:20 | 100:11, 100:12 | 121:11, 121:18 | 142:7, 142:12 |
| 60:7, 60:12 | 80:2, 80:4, 80:9 | 100:19, 100:25 | 121:24, 122:5 | 142:17, 142:22 |

| | | | | |
|---|---|---|---|---|
| 143:3, 143:9 | 165:24, 166:4 | 188:1, 188:6 | 209:2, 209:8 | 234:8, 234:14 |
| 143:16, 143:25 | 166:9, 166:15 | 188:12, 188:19 | 209:14, 209:21 | 234:21, 235:3 |
| 144:5, 144:11 | 166:20, 166:24 | 188:24, 189:6 | 210:2, 210:7 | 235:11, 235:17 |
| 144:17, 144:23 | 167:3, 167:13 | 189:13, 189:20 | 210:14, 210:21 | 236:2, 236:11 |
| 145:4, 145:11 | 167:19, 167:25 | 190:1, 190:6 | 211:3, 211:8 | 236:19, 237:16 |
| 145:15, 145:22 | 168:6, 168:11 | 190:11, 190:16 | 211:13, 211:23 | 237:22, 238:6 |
| 146:1, 146:6 | 168:17, 168:22 | 190:23, 191:4 | 212:3, 212:9 | 238:15, 238:21 |
| 146:12, 146:17 | 169:2, 169:8 | 191:12, 191:18 | 212:18, 212:22 | 239:1, 239:4 |
| 147:7, 147:12 | 169:14, 169:19 | 191:24, 192:5 | 213:3, 213:11 | 239:6, 239:12 |
| 147:17, 147:23 | 169:25, 170:5 | 192:11, 192:16 | 213:17, 213:24 | 239:20, 240:5 |
| 147:24, 148:4 | 170:10, 170:15 | 192:20, 192:25 | 214:3, 214:9 | 240:11, 240:22 |
| 148:10, 148:15 | 170:22, 171:5 | 193:5, 193:11 | 214:15, 214:22 | 241:4, 241:11 |
| 148:20, 149:5 | 171:13, 171:19 | 193:16, 193:22 | 215:4, 215:8 | 241:14, 241:16 |
| 149:10, 149:14 | 171:24, 172:5 | 194:2, 194:7 | 215:13, 215:19 | 241:20, 242:1 |
| 149:19, 150:1 | 172:10, 172:17 | 194:12, 194:17 | 215:24, 216:5 | 242:6, 242:13 |
| 150:7, 150:17 | 172:23, 173:4 | 194:23, 195:2 | 216:10, 216:16 | 242:19, 242:24 |
| 150:22, 151:2 | 173:10, 173:18 | 195:6, 195:10 | 216:22, 217:2 | 243:8, 243:12 |
| 151:11, 151:18 | 174:1, 174:8 | 195:16, 195:21 | 217:8, 217:14 | 243:19, 244:1 |
| 151:23, 152:2 | 174:13, 174:22 | 196:2, 196:9 | 217:20, 217:25 | 244:6, 244:12 |
| 152:9, 152:15 | 175:2, 175:8 | 196:15, 196:20 | 218:7, 218:12 | 244:17, 244:22 |
| 152:21, 153:3 | 175:15, 175:21 | 196:25, 197:4 | 218:18, 218:24 | 245:3, 245:11 |
| 153:17, 153:22 | 176:2, 176:12 | 197:9, 197:15 | 219:5, 219:10 | 245:16, 245:20 |
| 154:4, 154:11 | 176:15, 176:17 | 197:21, 198:3 | 219:16, 219:22 | 245:25, 246:4 |
| 154:17, 154:21 | 176:23, 177:5 | 198:8, 198:12 | 220:4, 220:11 | 246:10, 246:16 |
| 155:2, 155:6 | 177:12, 177:18 | 198:17, 198:22 | 220:17, 220:23 | 246:23, 247:5 |
| 155:13, 156:2 | 177:25, 178:8 | 199:3, 199:8 | 221:5, 221:13 | 247:12, 247:19 |
| 156:6, 156:11 | 178:14, 178:21 | 199:14, 199:21 | 221:20, 222:1 | 248:3, 248:9 |
| 156:16, 156:23 | 179:2, 179:8 | 200:4, 200:9 | 222:7, 222:12 | 248:18, 248:22 |
| 157:2, 157:8 | 179:15, 179:21 | 200:15, 200:21 | 222:19, 223:1 | 249:1, 249:3 |
| 157:12, 157:18 | 180:4, 180:11 | 200:25, 201:5 | 223:8, 223:16 | 249:4, 249:11 |
| 157:24, 158:4 | 180:18, 180:20 | 201:9, 201:15 | 223:22, 224:5 | 249:15, 249:19 |
| 158:8, 158:12 | 180:23, 181:4 | 201:21, 202:3 | 224:7, 224:12 | 249:23, 250:6 |
| 158:17, 158:22 | 181:9, 181:16 | 202:8, 202:15 | 224:15, 224:19 | 250:10, 250:15 |
| 159:4, 159:12 | 181:20, 182:4 | 202:23, 203:4 | 224:23, 225:2 | 251:2, 251:8 |
| 159:18, 159:23 | 182:10, 182:17 | 203:9, 203:15 | 225:16, 225:18 | 251:14, 252:8 |
| 160:5, 160:9 | 182:19, 182:25 | 203:19, 203:25 | 225:20, 226:5 | 252:15, 252:22 |
| 160:15, 160:21 | 183:8, 183:16 | 204:8, 204:12 | 226:11, 226:15 | 253:3, 253:10 |
| 161:3, 161:9 | 183:21, 184:2 | 204:17, 204:25 | 227:7, 227:13 | 253:15, 253:21 |
| 161:13, 161:19 | 184:8, 184:13 | 205:6, 205:13 | 227:19, 227:24 | 254:3, 254:8 |
| 161:25, 162:7 | 184:18, 184:24 | 205:18, 205:24 | 228:11, 228:19 | 254:14, 254:19 |
| 162:14, 162:20 | 185:6, 185:11 | 206:4, 206:9 | 229:1, 229:17 | 255:10, 255:14 |
| 163:1, 163:11 | 185:16, 185:21 | 206:17, 206:23 | 230:2, 230:14 | 255:20, 256:2 |
| 163:17, 163:23 | 186:1, 186:10 | 207:4, 207:10 | 230:20, 231:10 | 256:10, 256:15 |
| 164:5, 164:13 | 186:14, 186:19 | 207:16, 207:24 | 231:17, 232:1 | 256:21, 257:9 |
| 164:19, 165:1 | 186:25, 187:6 | 208:4, 208:10 | 232:9, 232:13 | 257:13, 258:3 |
| 165:9, 165:18 | 187:13, 187:20 | 208:16, 208:22 | 233:10, 233:14 | 258:7, 258:12 |

258:16, 258:18
258:23, 259:5
259:15, 259:19
260:4, 260:10
260:15, 260:22
261:2, 261:11
261:13, 261:14
261:18, 261:21
262:9, 262:15
262:22, 263:6
263:12, 263:18
263:23, 264:5
264:12, 264:17
265:15, 265:21
266:1, 266:6
266:12, 266:17
266:23, 267:3
267:8, 267:13
267:20, 267:25
268:5, 268:9
268:14, 268:24
269:1, 269:7
269:12, 269:17
269:23, 270:3
270:8, 270:14
270:21, 271:2
271:7, 271:13
271:21, 272:2
272:7, 272:21
273:2, 273:16
273:23, 274:6
274:15, 274:21
275:2, 275:8
275:13, 275:19
275:25, 276:7
276:13, 276:19
276:24, 277:5
277:13, 277:20
277:23, 278:3
278:8, 278:13
278:20, 279:2
279:5, 279:16
279:22, 280:3
280:8, 280:14
280:20, 280:25
281:5, 281:10

281:15, 281:21
282:6, 282:12
282:18, 282:25
283:5, 283:11
283:20, 283:25
284:5, 284:10
284:16, 284:22
285:3, 285:8
285:13, 285:20
286:1, 286:6
286:12, 286:18
286:23, 287:4
287:11, 287:16
287:22, 287:25
288:3, 288:5
288:7, 289:12
289:20, 290:1
290:6, 290:12
290:17, 290:21
291:2, 291:6
291:12, 291:18
291:25, 292:9
292:16, 292:21
292:2, 293:10
293:17, 293:23
294:3, 294:8
294:14, 294:21
295:2, 295:8
295:14, 295:20
295:24, 296:3
296:7, 296:12
297:1, 297:6
297:9, 297:16
297:22, 298:5
298:21, 299:1
299:7, 299:11
299:19, 300:1
300:7, 300:12
300:17, 300:23
301:3, 301:9
301:15, 301:22
302:2, 302:7
302:14, 302:19
302:24, 303:6
303:14, 303:20
304:6, 304:12

304:19, 304:21
305:5, 305:11
305:15, 306:5
306:10, 306:17
306:25, 307:6
307:16, 307:20
308:3, 308:8
308:13, 308:17
309:2, 309:11
309:14, 309:15
310:4, 310:10
310:15, 310:19
310:25, 311:6
311:7, 311:9
311:11, 311:17
311:21, 311:25
312:3, 312:5
312:14, 312:20
313:1, 313:6
313:14, 313:19
313:24, 314:5
314:15, 314:22
315:4, 315:10
315:19, 315:25
316:8, 316:16
316:21, 317:6
317:11, 317:16
317:22, 318:6
318:12, 318:16
318:23, 319:1
319:4, 319:5
320:1, 320:6
320:12, 320:17
320:22, 321:4
321:14, 321:19
321:24, 322:5
322:10, 322:15
322:19, 322:21
323:2, 323:9
323:16, 323:23
324:15, 324:22
325:3, 325:13
325:19, 325:25
326:5, 326:9
326:14, 326:20
327:4, 327:7

327:9, 327:14
327:19, 327:24
328:6, 328:11
328:15, 328:19
328:23, 329:2
329:7, 329:13
329:18, 329:23
330:4, 330:10
330:14, 330:18
330:22, 331:1
331:5, 331:11
331:18, 331:23
332:2, 332:7
332:12, 332:18
332:23, 333:7
333:12, 333:18
333:23, 334:5
334:9, 334:13
334:19, 334:25
335:6, 335:12
335:19, 336:2
336:8, 336:14
336:22, 337:3
337:8, 337:14
337:19, 338:1
338:15, 338:23
339:4, 339:9
339:15, 339:20
340:1, 340:6
340:11, 340:16
340:21, 341:1
341:6, 341:10
341:17, 341:23
342:9, 342:14
342:20, 343:2
343:8, 343:10
**Bonv** 251:22
**book** 48:14
48:14, 48:14
217:2, 217:15
245:4, 245:7
270:4, 304:14
304:22, 309:18
309:18, 309:22
**books** 48:6, 48:9
48:17, 49:3

**Boriqua** 148:11
**born** 30:6
**Borowitz** 272:9
272:12, 272:21
273:2, 273:6
273:17, 273:25
**bottom** 131:15
181:10, 264:23
272:8, 292:1
319:5
**Bouto** 24:9
24:14
**Boy** 111:13
**boyfriend**
122:23, 123:22
**boys** 112:21
113:5, 113:12
**break** 7:21, 7:23
58:24, 79:25
80:6, 157:9
157:15, 224:3
224:9, 301:9
301:12, 341:11
341:14
**Brener** 3:4, 5:17
5:17, 9:19, 10:1
10:1, 10:3
225:13, 308:11
309:7
**Brian** 89:1
**briefly** 292:1
**bring** 60:3
63:10, 68:11
69:17, 81:17
81:22, 81:23
83:1, 87:9, 88:8
89:9, 89:21
106:5, 204:1
212:12, 212:14
213:11
**bringing** 69:1
85:23, 89:17
**Brooklyn** 2:5
**brother** 25:8
163:12, 331:13
**brothers** 11:22

15:19, 15:21
78:21, 83:23
135:20, 138:16
138:17, 139:13
140:2, 142:1
143:17, 143:18
144:7, 163:6
163:12, 163:23
164:7, 169:20
170:16, 180:5
181:24, 183:3
188:20, 192:6
192:21, 193:13
194:8, 194:14
194:19, 194:24
196:5, 196:11
196:17, 196:22
198:24, 199:5
199:17, 199:25
200:5, 201:23
202:5, 202:18
203:11, 205:8
205:15, 207:18
208:1, 208:11
209:17, 212:24
213:5, 215:20
226:17, 228:14
228:21, 229:13
229:22, 230:5
234:16, 235:22
238:11, 242:7
243:3, 243:20
245:22, 252:18
253:12, 253:16
253:17, 255:16
257:19, 270:10
270:17, 278:16
296:16, 313:21
321:11, 323:4
**brought** 21:7
22:8, 23:13
23:22, 24:9
24:21, 25:18
59:23, 60:8
60:19, 61:18
64:10, 68:10

68:16, 70:8
73:7, 81:8
81:11, 92:13
94:1, 107:20
108:16, 108:21
110:25, 112:21
204:20, 213:18
241:7, 268:15
269:2, 269:8
314:2, 326:20
327:19, 332:13
**bruising** 65:21
**Bruno** 90:24
91:6, 94:3
94:14
**building** 265:2
**Bureau** 4:8
**buried** 165:19
166:16
**bus** 91:7, 92:15
**business** 55:8
152:5
**buy** 96:1, 121:7
132:19

**C**

**C-O-H-E-N** 5:8
**cabinets** 46:5
171:20, 172:6
**calculation**
241:15
**caliber** 188:13
188:19
**California**
212:5
**call** 55:12, 57:10
57:25, 57:25
57:25, 67:4
78:7, 83:9
134:1, 134:10
211:15
**called** 12:20
40:22, 51:7
95:6, 123:9
170:25, 172:18

250:1
**callers** 57:24
**calling** 176:11
**calls** 13:8, 14:20
18:22, 53:10
57:20, 84:14
99:25, 114:3
116:9, 125:21
127:19, 156:20
165:17, 168:25
169:6, 169:12
172:15, 173:23
178:25, 179:6
181:15, 182:8
182:18, 182:23
187:11, 200:19
204:23, 206:2
206:7, 230:1
230:12, 234:19
236:18, 238:19
240:9, 247:3
247:10, 258:15
267:17, 275:17
291:9, 291:16
333:16, 333:21
339:7
**candid** 47:7
265:7
**candida** 47:1
47:6
**candidate** 38:2
**capacity** 35:7
146:7
**car** 124:5
124:25, 251:20
251:20, 251:23
254:21, 255:4
256:22, 256:23
289:2, 290:23
315:21, 315:22
316:2, 316:10
317:2, 317:18
325:21
**card** 345:14
**care** 228:1
243:9

**career** 217:9
220:6
**carried** 54:15
99:22, 131:25
132:18
**carry** 55:17
99:5, 99:6
110:19, 127:22
134:19, 138:23
139:3, 143:11
**carrying** 131:2
257:19, 289:2
**cars** 43:12
**cartridge**
232:23
**case** 8:7, 9:16
9:16, 10:22
15:5, 15:8, 16:6
20:8, 20:19
21:7, 22:20
22:25, 30:23
49:14, 57:7
57:11, 58:15
58:21, 60:4
61:7, 75:19
78:21, 81:13
90:4, 90:6
90:14, 90:17
90:22, 100:4
100:13, 101:8
101:13, 101:18
101:23, 102:3
118:18, 119:5
119:11, 119:11
119:17, 119:23
120:1, 120:2
120:15, 121:7
123:10, 123:11
125:11, 126:25
128:9, 134:3
139:14, 144:1
144:6, 144:7
147:25, 148:5
148:10, 148:16
148:17, 166:11
174:14, 179:17

179:21, 181:17
193:6, 193:12
193:16, 202:3
214:4, 216:6
226:22, 232:6
235:18, 248:5
255:23, 256:16
258:25, 275:20
282:14, 284:12
288:23, 296:13
296:19, 297:12
297:24, 298:1
301:5, 305:20
313:8, 321:6
322:16, 322:22
325:5, 326:14
326:15, 330:19
331:11, 331:14
336:2, 336:8
336:16, 338:8
**cases** 9:9, 15:11
22:17, 25:14
30:23, 41:15
48:3, 50:24
57:21, 61:3
82:19, 113:18
145:16, 145:23
146:2, 146:6
169:25, 185:17
211:9, 227:8
227:20, 254:9
254:15, 275:15
299:3
**casings** 232:23
232:24
**catch** 92:21
**cause** 1:17
94:23, 334:20
347:7
**causing** 21:22
22:2, 25:1
162:15
**center** 322:22
**Central** 59:24
60:4, 60:8
112:21, 193:23

certain 54:15
68:21, 83:2
283:14
certainly 30:21
31:24, 94:22
138:4, 181:22
199:21, 200:22
228:11
Certificate 4:5
CERTIFICAT...
346:9
Certified 1:19
346:12
certify 346:13
346:18, 347:3
chance 224:20
225:2
Change 224:13
344:3
changes 344:1
346:23, 346:24
charge 94:23
160:17, 177:20
200:4, 202:17
211:4
charged 18:21
58:6, 64:12
69:3, 92:4
97:13, 131:17
144:12, 160:10
160:16, 176:19
178:3, 178:17
202:4, 202:10
232:19, 286:24
charges 162:1
290:14, 292:23
307:2
charging 128:13
160:23, 177:1
chest 304:15
309:18
Chicago 1:7
2:11, 2:18, 2:21
2:23, 3:6, 4:11
5:16, 17:9
26:10, 31:13

31:15, 31:18
32:16, 34:9
34:15, 34:18
34:19, 34:21
35:3, 35:12
35:13, 35:16
35:18, 35:20
35:24, 36:13
38:9, 39:1
54:16, 58:17
143:5, 224:25
226:17, 227:13
346:7
child 79:21
83:16, 84:5
84:11, 86:18
140:15, 141:9
240:1, 298:16
299:2, 305:21
335:7
children 28:4
28:7, 28:10
28:15, 29:9
29:12, 140:18
141:4, 180:24
222:14, 223:2
260:16, 262:11
262:18, 264:7
264:13, 306:12
329:3, 329:9
335:21
Chino 46:20
46:22, 46:23
114:1, 114:21
115:18, 115:18
115:25, 118:12
118:17, 121:13
131:8, 135:3
135:5
choose 7:11
7:18
chosen 174:15
Chris 265:8
266:12, 266:18
266:19, 267:4
267:15, 267:20

267:25
Christian
331:14
Christopher
268:1, 284:13
295:15, 296:7
circuit 325:5
338:8, 339:20
circumstances
170:16
Cisco 191:20
191:25, 200:11
257:18
city 1:7, 2:21
4:11, 5:15, 17:9
26:10, 31:13
31:18, 34:18
34:22, 35:6
35:16, 36:2
224:24, 226:17
346:7
civil 1:4, 1:23
18:5, 18:10
18:18, 19:6
20:11, 20:11
22:25, 23:13
23:22, 24:6
24:7, 24:9
24:21, 346:4
claim 234:22
292:4, 343:4
claimed 81:11
292:4
claiming 134:20
claims 12:2
12:2
clarify 248:20
261:5, 261:6
261:9
Clark 2:23
class 232:23
clear 20:7, 29:2
85:3, 193:12
327:5, 341:17
clearing 232:5
clearly 73:9

223:22
clients 10:21
10:24
close 61:3, 75:19
189:8, 211:9
297:17, 301:16
closed 170:1
177:8, 177:8
closely 42:1
104:19, 185:7
299:8
closing 232:2
co-conspirator
134:21, 190:7
co-conspirators
143:10
co-defendants
284:12, 321:5
323:18
Cobra 48:14
49:1, 49:3
115:13
Cobras 33:9
91:22
cocaine 131:17
135:1
coerce 62:25
76:13, 263:19
332:24, 339:9
coerced 73:20
74:8, 74:13
263:13, 287:5
287:16, 333:23
339:15, 339:22
342:22
coercing 22:12
coercion 291:13
294:22, 335:20
340:7
Cohen 2:4, 5:8
5:8, 225:1
308:22, 308:24
309:10, 311:15
Coincidentally
188:1
cold 254:4

254:15
collaborated
185:11
collaborative
248:4
Collazo 100:13
100:20
colleague 54:3
colleagues 48:1
52:6, 162:15
collect 34:18
47:7, 227:9
collected 50:4
collection 48:10
220:4, 220:11
combination
270:22, 271:7
294:21, 340:21
come 8:2, 88:2
108:6, 111:22
165:11, 220:25
246:4, 291:20
coming 10:16
93:14, 107:14
commander
37:10
commit 13:13
15:22, 16:3
17:16, 23:3
49:23, 55:25
88:4, 98:25
104:2, 112:17
147:19, 149:20
190:18, 233:5
321:21, 340:23
committed 49:2
74:1, 115:19
142:23, 143:4
143:12, 161:20
162:2, 162:9
164:14, 182:5
244:12
committing
54:25
common 125:10
164:21

commonplace 164:20
communicate 199:8
communicated 15:5, 198:17 200:9, 205:13 207:5, 207:16 207:24
communicating 206:11, 240:23
communication 108:5, 211:15
community 87:8 87:14, 87:16 149:6, 164:15 165:13, 182:21
companion 21:7
compensated 56:4, 97:7, 99:7 110:6, 137:13 139:9, 145:16 227:3
complaint 8:3 10:13, 161:10 161:14
complaints 9:5 9:8
complete 260:5
completely 324:1
completion 346:21, 347:2
Complex 3:5
component 42:12
compound 18:23, 26:17 40:5, 41:11 48:22, 49:19 55:4, 57:13 62:7, 63:24 64:14, 70:5 72:8, 73:24 74:16, 77:21 82:1, 91:15

93:19, 100:17 102:22, 103:6 104:23, 108:24 109:17, 110:22 113:21, 114:24 115:22, 121:22 122:2, 127:19 131:5, 131:11 134:24, 135:16 135:22, 138:2 138:8, 139:21 140:24, 141:24 144:8, 145:9 148:8, 150:20 151:9, 153:1 154:9, 155:11 159:2, 160:3 161:17, 166:13 170:20, 171:11 174:20, 177:3 177:10, 178:6 180:9, 183:6 187:11, 189:18 190:21, 191:16 191:22, 194:21 195:14, 196:7 200:13, 201:13 203:23, 204:5 207:2, 208:25 211:1, 213:15 214:20, 219:3 219:14, 219:20 220:2, 220:9 221:11, 221:18 221:24, 222:5 222:24, 223:6 223:13, 224:1 229:24, 235:9 238:13, 239:18 243:6, 252:13 252:20, 253:19 255:8, 256:8 256:19, 258:10 259:3, 260:19 263:16, 264:9 266:10, 267:17

268:23, 270:19 271:19, 271:25 274:25, 275:6 277:10, 284:3 285:1, 285:6 285:18, 287:9 287:20, 298:3 299:24, 303:4 304:5, 305:3 306:14, 313:11 316:14, 321:2 324:4, 325:23 327:3, 329:11 334:3, 335:17 335:25, 337:25
conceal 174:1 174:8, 176:18 197:22
concealed 70:2 198:3, 198:8 198:12
Concepcion 15:18, 16:7
concerned 27:7
concerning 305:23
concluded 343:24
conclusion 13:9 18:23, 100:1 156:20, 238:19 247:3, 247:10
concocted 322:7
condensed 311:24
conducted 22:20, 196:4 273:5
conducts 277:14
confer 11:1
conference 115:8
confess 62:4 64:1, 64:21 85:5, 223:11 223:17, 278:22

279:24, 296:8 327:25, 328:7 329:3, 334:20 335:1, 335:8 335:13, 336:15 340:22
confessed 63:16 273:16, 278:5 316:22, 333:8 336:16, 341:19 341:24, 341:25
confessing 333:24, 336:23
confession 73:19, 74:7 74:13, 80:23 303:25, 332:24 336:23
confessions 22:13, 339:16
confident 303:6
confidential 50:19, 50:23 52:16
confirm 228:1
confiscate 48:1
confronted 160:21
conjunction 271:2, 295:2
connect 27:22
connection 8:4 8:13, 9:5, 9:16 11:2, 11:15 12:7, 13:19 14:3, 16:12 25:8, 34:19 35:17, 54:15 77:3, 77:17 82:5, 83:16 85:10, 85:22 92:15, 94:2 119:11, 119:17 133:8, 160:10 162:1, 163:6 171:8, 181:22

186:20, 187:15 191:5, 194:8 198:24, 199:25 201:23, 297:11
connections 137:4, 137:9
CONNELLY 2:22
consider 91:25
consideration 345:17
considered 50:8 52:5, 52:25
consistent 69:11
conspiracies 99:22
conspiracy 13:12, 144:13
conspired 98:24 302:20, 313:7
constitutional 15:12, 17:3 17:21, 21:12 21:21, 22:2 23:8, 23:17 24:1, 24:10 24:25, 90:19
consult 82:25
consulted 82:20 85:22, 89:17
Cont'd 3:1
contact 48:19 154:5
contacts 53:18 54:4
contain 48:17 48:18, 171:25 225:21, 225:23 226:11
contained 43:11 173:5, 231:12 252:2, 260:4 262:23, 265:10 282:7, 282:19 283:1, 283:6 293:4

**contains** 227:25
292:10, 346:24
**contemplated**
89:12
**contemporaneo...**
74:12, 179:10
**contested** 86:22
**continue** 151:13
152:3, 154:23
158:13, 291:14
**continued** 34:22
264:23, 288:21
**continues**
256:21
**contraband**
47:15
**convenient**
210:2
**conversation**
68:17, 154:11
259:11, 319:7
319:14
**conversations**
180:6, 188:6
228:6, 253:3
253:5
**convey** 151:24
**conveyed**
105:23
**convict** 79:2
238:10
**convicted** 18:21
53:23, 58:6
72:21, 73:15
74:13, 74:19
120:8, 121:4
139:17, 296:22
300:3, 302:21
321:21, 331:2
**conviction**
16:22, 17:22
21:13, 21:22
22:3, 23:9
23:18, 24:2
24:16, 25:1
74:20, 312:15

**convictions**
11:22, 21:3
22:14, 30:2
143:18, 340:13
**convincing**
293:11
**Cook** 1:7, 3:3
3:5, 5:18, 10:3
12:7, 64:17
67:4, 67:9, 68:6
69:2, 73:8
75:12, 75:17
76:14, 173:19
174:2, 197:22
199:9, 199:14
207:6, 207:11
209:8, 213:13
217:25, 227:19
236:23, 236:25
257:15, 276:1
325:5, 338:9
342:21, 343:2
346:7
**cooked** 155:19
**cooperate** 221:7
222:13, 237:7
306:11, 338:25
**cooperated**
63:16, 223:23
341:2
**cooperative**
110:19
**cop** 112:7, 184:8
220:19, 220:19
220:25, 246:11
246:11
**cordial** 155:14
**corner** 265:5
**correct** 6:11
6:21, 7:1, 7:11
10:11, 12:12
13:2, 13:7
13:13, 14:4
14:12, 15:13
15:23, 17:4
17:16, 17:22

18:7, 18:10
19:7, 19:13
20:8, 20:17
21:3, 21:18
21:22, 22:10
22:14, 22:21
22:25, 23:9
23:14, 23:18
24:2, 24:22
25:1, 25:5, 26:5
26:11, 30:9
31:25, 32:25
33:10, 33:16
33:20, 34:6
34:10, 34:13
35:3, 35:23
37:17, 37:23
38:9, 38:13
38:18, 39:9
39:13, 40:9
40:14, 40:17
41:3, 41:9
41:15, 41:21
42:7, 42:12
43:3, 43:13
43:18, 44:1
44:15, 44:20
45:6, 45:11
45:21, 46:23
47:16, 47:22
48:6, 48:10
49:25, 50:25
51:4, 51:22
54:11, 55:2
55:25, 57:1
57:7, 57:11
57:16, 59:10
59:19, 60:9
60:13, 60:21
60:25, 61:13
62:10, 62:11
62:16, 63:22
65:1, 65:7
65:17, 66:2
66:14, 66:25
67:18, 67:22

68:12, 68:22
69:21, 71:21
73:20, 74:2
76:1, 77:4, 79:2
80:18, 81:3
81:17, 82:9
83:2, 84:24
85:23, 86:6
86:12, 88:4
88:15, 89:3
89:22, 90:10
90:14, 91:2
92:10, 94:9
95:8, 96:13
97:3, 97:20
98:14, 99:7
99:12, 101:1
101:23, 102:8
102:20, 104:2
104:7, 104:17
105:7, 106:7
106:12, 106:17
107:6, 107:10
107:15, 107:21
108:13, 108:22
109:10, 110:14
111:8, 112:17
113:7, 113:15
113:20, 114:6
114:14, 116:7
117:20, 118:9
121:4, 122:7
123:16, 124:1
124:16, 125:6
126:3, 126:19
127:12, 128:4
130:10, 130:20
130:24, 131:9
132:6, 132:10
132:14, 132:20
133:1, 133:8
133:18, 135:14
136:6, 136:10
136:14, 136:24
137:14, 138:18
139:5, 139:17

140:16, 141:10
141:16, 142:3
143:5, 143:12
144:1, 145:12
145:17, 145:23
146:18, 146:21
147:8, 148:12
149:1, 149:6
149:15, 149:22
151:7, 151:24
153:4, 153:8
153:13, 153:19
154:14, 155:3
155:20, 156:12
157:20, 157:25
158:5, 158:9
158:19, 158:25
159:5, 159:14
160:5, 161:10
163:7, 163:19
164:9, 164:15
166:21, 167:9
168:23, 169:10
170:6, 170:18
171:1, 171:9
171:15, 172:7
172:25, 173:6
173:14, 174:9
174:18, 178:17
179:25, 181:5
181:11, 181:17
182:21, 183:17
184:4, 184:14
184:20, 185:7
185:12, 186:15
186:21, 187:22
188:8, 189:9
190:2, 190:8
190:12, 191:20
197:11, 198:9
200:22, 201:6
204:13, 204:18
205:2, 205:9
205:20, 208:18
208:23, 210:24
211:9, 211:16

211:24, 212:5
212:10, 212:24
213:13, 214:18
215:10, 215:15
215:20, 216:1
216:23, 217:4
218:20, 221:16
222:22, 230:17
232:10, 233:6
234:10, 235:7
237:12, 238:2
238:17, 239:8
240:14, 241:17
242:2, 243:22
245:12, 245:17
246:1, 246:19
247:15, 248:5
248:12, 249:12
249:20, 250:3
250:23, 251:10
252:11, 255:6
257:5, 257:24
260:6, 260:11
260:17, 261:22
262:1, 262:5
262:11, 262:18
265:11, 265:17
266:2, 268:15
269:3, 272:23
273:11, 274:2
274:18, 276:20
277:17, 277:21
278:5, 281:6
282:2, 282:14
283:21, 284:13
286:2, 287:18
289:8, 291:14
292:5, 292:18
294:5, 295:10
296:19, 298:6
298:17, 299:12
300:8, 302:4
304:22, 305:12
307:7, 307:24
309:25, 310:6
310:12, 311:21

313:16, 315:22
317:8, 317:12
317:19, 318:13
319:23, 320:18
321:16, 321:21
322:1, 323:19
325:15, 327:15
327:21, 328:16
329:15, 330:11
331:2, 333:9
334:10, 337:15
339:22, 340:13
340:18, 341:3
341:19, 342:10
342:20, 345:3
**Correctional**
93:7
**Corrections** 4:4
correctly 279:11
**corroborate**
67:22, 123:4
**corroborates**
234:22
**corroborating**
74:1
**Cortez** 148:5
148:11, 148:16
**Cortez's** 148:11
**Cortland**
114:11, 115:20
121:14
**cost** 152:5
158:23
**counsel** 5:3
12:18, 13:23
28:18, 28:23
53:10, 66:17
73:24, 74:24
75:23, 79:14
86:16, 118:20
120:18, 125:21
130:4, 130:7
139:21, 143:23
165:2, 165:17
180:19, 181:15
182:18, 197:7

202:12, 204:6
214:17, 218:5
230:1, 261:16
261:20, 263:2
264:11, 272:20
273:14, 273:22
276:6, 276:12
276:17, 277:4
277:12, 304:5
313:13, 322:20
324:11, 324:13
335:25, 336:20
337:2, 343:13
343:15, 343:18
347:3
**County** 1:7, 3:3
3:5, 5:18, 10:3
12:7, 64:17
67:5, 67:9, 68:6
69:2, 73:8
75:12, 75:18
76:14, 173:19
174:3, 197:22
199:9, 199:14
207:6, 207:11
209:9, 213:13
218:1, 227:19
236:23, 236:25
257:15, 276:1
325:5, 338:9
342:21, 343:3
345:10, 346:7
**couple** 10:21
63:5, 63:6
152:11, 249:1
**couple-minute**
341:11
**course** 39:9
66:11, 76:21
81:2, 84:3, 84:9
89:7, 93:25
98:24, 109:1
109:3, 115:13
126:6, 136:8
143:9, 146:13
159:8, 164:13

164:19, 168:11
168:22, 173:11
186:14, 200:15
205:18, 210:2
214:9, 215:19
217:9, 220:5
220:12, 235:11
240:22, 277:7
282:25, 284:22
285:14, 295:15
297:16, 300:18
301:16, 301:22
**court** 1:1, 1:21
8:4, 9:22, 9:25
10:2, 68:1
72:11, 128:23
161:25, 162:1
226:22, 227:1
227:2, 238:16
281:15, 303:8
325:5, 327:6
327:8, 338:8
338:19, 339:20
346:1, 347:16
**court-reported**
64:22, 65:6
65:12, 65:17
72:5, 274:16
274:22, 279:3
279:7, 279:10
279:16, 280:10
282:1, 283:6
342:1
**cousin** 107:6
**cover** 72:15
313:7
**crack** 50:25
**cracked** 57:7
**crafted** 255:21
**create** 283:16
**created** 65:6
142:8, 164:14
275:3, 284:17
323:3
**creating** 270:15
285:4

**credit** 132:19
**crime** 26:23
27:15, 36:23
37:1, 37:3, 37:6
37:16, 39:21
41:1, 41:9
41:13, 41:20
42:20, 44:9
44:10, 44:13
45:20, 46:21
48:24, 49:2
49:6, 49:23
50:9, 50:13
55:24, 57:16
58:17, 59:6
59:14, 62:2
64:22, 85:5
90:5, 90:23
91:2, 91:13
97:18, 98:19
100:20, 101:1
105:11, 105:18
109:14, 130:24
148:21, 156:12
160:16, 160:23
164:7, 169:15
171:14, 177:1
177:1, 177:21
178:17, 179:25
180:6, 180:13
181:22, 182:5
183:23, 197:6
202:10, 206:18
206:23, 209:4
216:1, 233:5
246:17, 254:10
285:22, 286:7
296:8, 300:18
305:24, 321:21
335:2, 338:12
338:25
**crimes** 9:15
13:2, 13:7
13:12, 14:11
14:11, 15:22
16:3, 18:13

18:20, 19:2
25:16, 28:9
36:16, 36:17
36:21, 36:21
38:2, 39:5, 39:6
39:8, 40:1, 41:6
41:19, 41:25
42:5, 42:11
42:12, 42:23
44:25, 45:16
45:21, 46:16
49:8, 49:16
50:5, 52:1, 52:7
52:11, 52:11
52:16, 54:15
54:20, 55:17
56:10, 56:12
56:22, 58:1
63:1, 98:25
131:2, 138:5
142:23, 143:11
144:13, 147:18
149:20, 185:12
190:18, 203:20
232:18, 244:13
253:22, 253:24
254:4, 277:5
299:11
**criminal** 14:18
16:22, 134:3
136:23, 255:22
303:1, 312:6
**cross** 322:11
**cross-examine**
302:8
**cross-examined**
322:16
**cross-referenced**
46:12
**Cruz** 191:13
191:25, 192:6
193:5, 193:12
193:22, 194:12
195:3, 195:10
195:23, 196:4
196:10, 197:1

197:11, 197:24
198:4, 198:13
198:17, 198:22
199:16, 199:24
200:4, 200:11
200:16, 201:1
201:10, 201:15
202:4, 202:17
265:2, 284:12
286:18, 287:6
287:12, 287:16
288:8, 288:11
288:17, 288:20
288:22, 289:1
289:21, 290:6
290:12, 291:6
323:12, 324:16
**Cruz's** 288:10
**Cruzado** 338:1
338:4, 338:11
338:23, 339:4
**crying** 328:23
**CSR** 347:15
**CTA** 91:7
92:15
**Cuban** 152:23
153:23
**culpability**
271:17
**currently** 9:1
**custody** 92:14
95:14, 95:19
97:3, 97:8
97:14, 102:7
118:13, 127:5
191:25, 200:16
201:10, 201:11
202:5, 202:25
203:5, 215:9
219:5, 219:18
222:22, 231:3
240:25, 268:15
268:16, 269:2
269:7, 269:13
274:8, 286:24
291:7, 307:13

332:13
**cut** 103:15
176:10, 225:19
237:8
**cuts** 65:21
**cutting** 65:21
**CV** 1:5, 346:5

**D**

**DAFFADA** 2:10
**daily** 322:22
**damages** 19:25
20:5
**Daniel** 59:1
61:13, 62:10
62:24, 64:18
80:10, 80:12
118:25, 121:3
147:25, 217:21
313:8, 333:23
334:5, 334:14
334:20, 334:25
335:12, 336:15
336:22, 337:9
337:14, 337:21
**dark** 250:12
251:21
**data** 50:4
**date** 5:2, 161:25
162:1, 164:6
311:16, 311:25
346:22, 347:16
**dated** 4:9, 4:14
4:16, 4:18
230:23
**dates** 230:9
**David** 340:16
340:22
**day** 1:18, 74:19
93:7, 154:18
162:2, 162:20
165:25, 166:21
167:3, 167:4
167:6, 167:7
230:5, 233:25

257:16, 286:19
295:15, 303:20
345:11, 345:19
347:9
**days** 10:21
66:11, 157:3
193:7, 227:8
314:6, 346:22
**DCFS** 223:3
306:12
**deal** 183:22
237:7, 237:9
244:7
**dealer** 136:5
153:11
**dealers** 53:19
53:25, 54:6
54:22, 99:6
132:1, 136:9
145:6, 301:23
**dealing** 154:7
**death** 98:3
148:16, 239:25
243:4, 246:18
246:24, 247:1
247:7, 247:13
324:23
**December**
106:17
**decided** 143:19
183:21, 184:18
190:24, 212:4
334:14
**declined** 234:3
**defendant** 2:9
2:21, 3:3, 5:11
5:18, 6:2, 8:25
9:6, 20:10
20:16, 21:6
21:17, 22:7
22:25, 23:13
24:6, 24:8
24:21, 212:3
282:13, 305:19
306:19, 319:15
319:18, 319:18

**defendants** 1:8
2:15, 5:13, 8:17
15:5, 15:7
235:18, 236:5
238:16, 238:22
239:6, 239:13
240:6, 240:23
247:23, 248:5
251:3, 258:24
289:14, 289:16
291:20, 294:17
296:21, 315:6
317:12, 322:7
346:8
**defender** 64:7
**defense** 13:23
28:18, 28:23
53:10, 66:13
66:17, 73:24
74:12, 74:24
75:23, 79:14
86:16, 118:20
120:18, 125:21
130:4, 130:7
134:1, 139:21
143:23, 165:2
165:17, 174:3
179:23, 180:19
181:15, 182:18
197:7, 202:12
204:6, 218:5
230:1, 261:16
261:20, 263:2
264:11, 272:20
273:14, 273:22
276:6, 276:12
276:17, 277:4
277:12, 300:8
304:5, 313:13
322:20, 324:11
324:13, 335:25
336:20, 337:2
343:13, 343:15
343:18
**defies** 214:15
**delay** 179:3

delayed 178:9
**DeLeon-Reyes** 22:9
demanded 131:16, 158:12
demonstrated 178:3
denied 192:20 205:8, 205:14 296:12, 296:15 304:21, 304:24 309:22
deny 307:11
department 34:16, 34:22 35:13, 35:18 35:20, 35:24 36:14, 123:9
depicted 47:21
deponent 5:11 346:19, 346:20 347:1
deposition 1:10 1:15, 5:2, 6:3 7:25, 10:7 225:1, 343:24 345:2, 346:9 346:16, 346:21 347:2
description 4:7 345:13
design 272:2 272:3
designed 72:3 238:9, 271:8
desire 37:23 187:1, 188:7 233:5
despite 57:6
detective 36:9 42:22, 50:4 50:24, 56:21 57:7, 58:16 60:13, 60:16 73:1, 79:1, 85:4 90:10, 98:2

98:19, 109:16 112:22, 113:6 113:7, 123:16 163:2, 163:3 163:7, 163:11 163:18, 163:25 164:7, 172:25 173:12, 178:10 179:3, 182:11 185:1, 187:1 187:6, 187:14 188:7, 189:6 192:17, 202:24 203:20, 203:21 211:15, 211:18 212:4, 212:13 212:13, 213:3 221:15, 231:6 233:15, 233:16 233:22, 234:8 234:15, 235:3 235:19, 235:19 236:24, 237:18 237:22, 237:24 237:24, 239:22 239:23, 240:6 241:4, 248:4 248:11, 252:15 274:10, 277:6 297:25, 334:13 337:8
detective's 60:8
detectives 41:2 41:14, 41:19 42:6, 44:10 45:20, 78:20 109:9, 161:4 170:18, 172:10 178:22, 180:6 181:10, 183:1 185:6, 189:14 192:12, 200:11 206:11, 230:9 230:16, 231:18 232:2, 232:5 232:10, 235:18

240:12, 240:14 259:24, 260:17 262:10, 262:17 263:8, 263:13 264:6, 264:25 273:6, 273:25 285:21, 305:22
determined 176:4
develop 221:5
developed 50:18 75:14, 215:25 220:5
die 165:10
died 100:14
Diego 122:10 122:16, 122:22 123:21, 125:23 126:3, 126:6 126:13, 127:17 127:23, 128:10 129:4
different 9:1 18:20, 30:23 31:5, 36:2 128:4, 128:24 151:18, 151:23 245:11, 257:14
difficult 29:25
DiFranco 1:7 5:18, 10:3 261:25, 275:4 275:8, 277:13 277:23, 278:5 278:14, 278:20 280:15, 346:7
DiFranco's 275:20
direct 96:12 306:18
directed 186:11
direction 97:3 99:16, 113:14 187:14, 209:10 241:7
directory 305:1

dirt 142:17
dirty 112:7 184:8
disabilities 333:19
Disciples 33:16
disclose 76:15
discloses 235:4
discovery 88:9
discussed 8:18 71:9, 95:12 101:17, 102:6 184:25, 186:25 203:4, 233:4 260:11, 278:22 333:25
Discussion 176:16
dispute 182:20
DIST 1:1, 346:1
distance 288:22
distracted 268:20
district 1:1, 9:2 34:23, 35:3 35:12, 36:17 346:1
districts 35:16 36:3
division 1:2 36:13, 37:10 60:9, 113:6 113:7, 346:2
divulgence 14:20
Dixon 9:20
document 129:18, 129:24 130:4, 171:25 174:22, 225:3 226:16, 229:3 345:14
documenting 68:15
documents 10:12, 171:14

172:12
doing 55:19 56:4, 99:7 137:14, 139:10 139:23, 152:5 246:11, 251:18 261:5, 291:8 318:25
dollars 154:22
domestic 86:10
dope 251:16 314:25
Dora 324:23
dots 27:22
double 189:1 246:24, 284:1 290:22, 302:21 322:16
double-murder 11:22
dozen 140:18 141:4
drafted 260:17
Dragons 33:19
Drake 250:19 251:15, 252:1 314:18, 314:25 316:5, 316:5
draw 209:14 229:2, 232:14 308:9
drive 251:20 251:23, 265:16 293:18, 315:21 315:22
driven 265:5
driver 288:18 336:24
driver's 256:24
driving 124:8 290:23
drop 308:18
Dropboxed 129:16, 225:1
dropped 126:18 307:2

**drove** 43:12
251:23, 252:1
256:22, 256:22
256:24, 288:16
289:3, 289:4
289:4, 293:18
316:2, 317:17
**drug** 53:19
53:24, 54:5
54:5, 54:22
55:8, 59:18
60:4, 61:13
99:6, 103:16
110:14, 110:19
111:21, 111:22
112:2, 114:6
116:12, 117:20
131:23, 132:1
132:6, 132:19
133:1, 133:6
134:13, 134:20
136:5, 136:6
136:9, 136:9
136:14, 136:17
136:20, 137:4
137:9, 137:19
137:24, 138:6
141:15, 141:22
145:5, 145:6
148:25, 149:11
149:21, 149:21
150:23, 154:7
154:23, 169:3
180:14, 180:18
180:20, 301:23
303:9
**drug-dealing**
13:19, 14:3
**drugs** 39:17
47:14, 133:6
136:9, 136:10
150:9, 150:11
150:13, 151:6
151:13, 152:4
153:18, 158:9
158:23, 159:24

159:25
**duly** 1:16, 5:20
346:15
**dupe** 109:9
**duping** 336:23
**Duta** 331:6
331:13, 331:14
331:19, 332:23
333:7, 333:12
**duties** 37:2

**E**

**earlier** 226:6
233:3, 243:1
260:11, 261:7
272:22, 313:8
334:1
**early** 66:10
75:8, 83:17
85:16, 102:13
102:13, 153:24
178:15, 190:24
263:23
**earth** 68:25
**easier** 49:24
211:8
**easily** 277:7
**EASTERN** 1:2
346:2
**easy** 125:16
264:7, 275:25
339:9
**Ed** 225:12
225:12, 225:12
**education** 219:1
333:13
**Edward** 1:6
2:15, 3:4, 5:17
10:1, 19:16
346:6
**Edward.Brene...**
3:7
**effort** 181:9
248:5
**efforts** 200:11

**Efrain** 191:13
193:5, 193:12
193:22, 194:12
195:3, 195:10
195:23, 196:4
196:10, 197:1
197:11, 197:24
198:4, 198:22
200:4
**Eighties** 40:8
75:9, 100:3
**either** 28:1
58:16, 70:24
82:6, 85:21
103:9, 103:14
144:12, 146:7
153:11, 153:24
165:24, 196:21
199:15
**Eliezar** 338:1
**eligible** 246:24
246:25, 247:6
**Elisia** 146:23
146:25, 147:2
**emotion** 164:15
**employed** 347:4
**employee** 347:6
**employment**
35:15, 35:17
**ended** 128:3
128:13, 145:22
148:16
**enemies** 44:5
184:14
**engage** 75:19
154:23
**engaged** 55:1
106:24
**engineered**
209:10
**English** 277:23
280:15, 281:16
281:16
**Engquist** 2:16
5:12, 5:12
225:11

**Eno** 87:16
**enrich** 54:10
54:17, 302:3
**ensure** 95:19
176:5, 303:25
**ensured** 120:14
**enterprise**
136:24
**entertainment**
285:9
**entire** 26:4
30:18, 284:17
292:11, 323:4
**entitled** 232:15
**epidemic** 148:25
149:21
**Epplen** 1:6, 2:15
5:13, 235:20
237:24, 346:6
**Ernest** 1:5, 2:15
114:19, 115:2
117:14, 119:6
124:4, 124:10
126:11, 189:16
190:17, 200:21
215:4, 220:18
231:6, 235:19
255:14, 256:4
258:24, 284:23
324:1, 334:10
346:5
**essence** 152:2
**essentially**
15:22, 38:25
162:15, 170:1
**et** 6:2, 20:17
21:18, 22:1
23:14
**evening** 241:13
242:9
**event** 92:13
125:22, 133:25
197:9, 277:13
**events** 176:24
177:19
**eventually**

159:12, 274:6
**everyday** 165:4
**everyone's**
308:9
**evidence** 24:15
24:25, 67:21
74:1, 74:6
74:12, 179:22
238:9, 239:16
297:25
**evincing** 229:21
**ex-girlfriends**
140:21
**exacted** 291:13
**exactly** 116:25
212:18, 310:19
330:18
**Examination**
4:3, 5:21
**example** 175:8
333:19
**exception** 282:6
**exchange** 14:2
95:21, 99:12
141:16, 158:18
303:9, 307:2
**exculpatory**
174:9, 176:19
176:25, 256:11
293:6, 295:3
**Excuse** 116:14
165:23
**excused** 274:22
**execute** 109:15
**executed** 39:12
345:16
**exercise** 7:9
12:19, 14:24
**exercised** 12:23
18:2, 18:6, 19:5
214:17
**exercising** 9:13
25:25
**exhibit** 4:8, 4:10
4:12, 4:14, 4:15
4:17, 129:11

129:13, 129:18
224:13, 224:14
224:16, 224:23
260:24, 261:15
279:3, 279:4
279:6, 287:24
287:25, 297:5
297:6, 303:17
311:5, 311:6
311:11
**EXHIBITS** 4:6
**expectation**
154:12
**expert** 254:14
**Expiration**
347:16
**explain** 72:4
**explained** 280:8
280:14
**explicitly**
302:25
**exposed** 73:1
**expressed**
345:17
**extent** 261:8
**extort** 53:19
53:24, 54:5
302:9
**extorting** 13:18
54:22, 303:8
**extortion** 303:2
**extremely** 39:1
**eye** 75:25, 197:5
**eyeing** 191:7
**eyewitness**
208:23
**eyewitnesses**
169:15, 194:24

**F**

**fabricate** 238:22
239:7
**fabricated**
251:3, 255:6
255:15, 256:3

256:5, 257:4
263:7, 266:7
271:23, 284:6
284:11, 289:7
289:13, 289:16
290:2, 291:19
294:16, 315:5
317:12, 321:15
324:1, 324:2
342:6
**fabricating**
24:25
**fabrication**
258:23, 286:8
343:4
**fabrications**
260:5
**face** 62:10
65:21, 65:21
66:2, 66:12
69:11, 69:11
73:10, 264:13
326:6, 331:24
332:8
**faced** 76:20
**facilitate** 64:11
**facility** 93:7
**fact** 16:6, 20:4
26:9, 32:4
37:21, 39:25
41:13, 58:10
60:12, 68:5
70:13, 70:23
71:10, 73:14
73:23, 76:4
76:25, 78:25
83:15, 91:25
92:4, 93:12
94:12, 95:18
96:5, 96:17
101:16, 106:5
107:19, 108:5
108:11, 108:16
116:11, 120:13
123:25, 125:10
127:4, 131:7

140:10, 144:11
144:17, 147:2
150:22, 156:16
158:22, 160:21
162:14, 163:23
167:13, 173:10
174:1, 177:5
178:1, 178:21
179:2, 179:23
184:25, 185:6
189:6, 190:11
190:16, 192:5
192:16, 198:13
200:25, 203:5
206:12, 210:14
211:18, 212:9
212:11, 213:3
222:19, 223:8
223:10, 227:7
232:25, 235:17
239:12, 240:24
241:4, 242:13
243:20, 249:4
249:12, 251:2
252:8, 252:15
252:22, 253:21
254:3, 255:14
258:7, 262:22
263:6, 263:23
266:1, 266:12
267:3, 271:21
278:20, 279:22
291:2, 292:9
292:21, 293:2
294:3, 296:18
297:22, 297:23
298:22, 300:1
305:6, 308:4
313:6, 325:3
325:19, 326:14
336:14, 339:4
339:20, 340:11
**factual** 196:20
213:4, 215:25
**Fahy** 11:18
12:11, 12:17

14:24
**fail** 176:24
**failed** 244:2
**fair** 27:23, 141:2
159:8, 165:5
165:20, 166:1
170:11, 185:22
231:22, 289:15
**fairly** 164:20
227:14, 339:9
**fake** 131:18
131:22, 133:18
**falling** 79:9
89:24
**false** 7:15, 16:21
21:1, 108:22
126:25, 139:14
148:15, 234:10
236:3, 236:6
237:11, 237:16
237:25, 239:14
240:1, 249:12
250:2, 252:16
255:6, 257:23
265:11, 266:7
272:16, 273:11
274:1, 278:14
282:2, 282:8
282:18, 283:1
283:6, 283:16
284:6, 284:11
285:13, 286:1
289:7, 289:15
289:22, 290:2
291:19, 292:11
294:16, 303:24
305:11, 306:1
306:22, 307:6
307:16, 307:24
309:25, 310:10
310:25, 312:14
312:20, 314:2
315:4, 316:17
317:6, 317:18
318:12, 319:23
320:12, 321:25

322:1, 323:4
324:17, 326:2
331:2, 341:6
342:6
**falsely** 68:21
70:23, 71:10
80:17, 80:22
81:3, 81:6
106:25, 108:6
110:7, 126:13
127:16, 146:1
161:14, 210:21
218:18, 238:10
270:8, 280:3
304:6, 304:12
304:24, 306:5
310:4, 310:15
313:14, 313:19
314:5, 314:9
314:15, 314:22
314:22, 315:10
315:12, 315:25
317:16, 317:22
317:25, 318:6
320:6, 321:4
321:8, 330:22
333:24, 337:14
337:20, 341:18
341:23, 341:25
**familiar** 6:3
16:14, 31:24
33:9, 42:23
103:10, 122:1
143:4, 272:14
**familiarity**
169:19
**familiarize**
129:20
**family** 38:17
88:2, 95:2, 95:8
95:13, 96:18
229:8, 326:16
329:9
**far** 208:16
**fashion** 335:7
**father** 96:23

**fathers** 38:17
**Fax** 2:6, 2:12
  2:24, 347:19
**FBI** 88:23, 89:2
  130:10, 136:2
**fear** 9:15, 25:16
  26:23, 27:4
  27:15, 28:7
  28:9, 37:1
  291:12
**feared** 14:11
  19:1, 19:1
**fearful** 14:9
**February**
  340:17
**fed** 282:13
**Federal** 1:23
  4:8, 8:4, 17:2
  17:7, 18:18
  18:20, 19:11
  20:11, 23:13
  23:21, 24:9
  24:21, 98:13
**Feds** 144:13
**feel** 157:3
  219:11, 219:17
**feelings** 219:12
**feet** 257:22
**fellow** 52:6, 61:8
  183:1, 185:1
  206:11, 235:17
  236:5, 238:21
  239:6, 239:12
  240:6, 240:23
  247:23, 251:3
  260:17, 262:10
  263:8, 263:12
  282:13, 282:21
  289:13, 289:16
  291:20, 294:16
  314:1, 315:6
  315:20, 315:20
  317:12, 322:7
  324:2
**felony** 81:24
  275:15, 275:20

  276:1, 276:14
  277:6
**felt** 103:15
  118:17, 303:6
**Ferdinand**
  107:10, 107:13
**Fernandez**
  97:20, 98:3
  98:9, 265:8
  266:12, 266:18
  266:19, 266:24
  267:4, 267:15
  267:21, 267:25
  295:25
**FERNANDO**
  1:6, 2:15, 346:6
**field** 229:18
  320:23, 320:24
**Fields** 144:24
  145:1
**Fifth** 7:7, 7:9
  9:3, 9:12, 9:13
  9:18, 11:8
  11:13, 11:17
  11:19, 11:24
  12:5, 12:10
  12:15, 12:19
  12:22, 12:23
  13:4, 13:10
  13:15, 13:22
  14:7, 14:8
  14:15, 14:17
  14:22, 14:24
  15:3, 15:6, 15:9
  15:16, 15:20
  16:1, 16:5
  16:10, 16:17
  16:20, 16:25
  17:6, 17:11
  17:14, 17:19
  17:24, 18:2
  18:6, 18:8
  18:11, 18:16
  18:24, 19:4
  19:6, 19:10
  19:14, 19:20

  20:3, 20:6, 20:9
  20:15, 20:18
  20:21, 21:5
  21:10, 21:16
  21:19, 21:24
  22:6, 22:11
  22:16, 22:18
  22:23, 23:1
  23:6, 23:11
  23:15, 23:20
  23:24, 24:4
  24:13, 24:19
  24:23, 25:3
  25:6, 25:12
  25:15, 25:21
  25:24, 25:25
  26:3, 26:8
  26:12, 26:18
  26:22, 27:2
  27:6, 27:11
  27:14, 27:24
  28:3, 28:6
  28:13, 29:11
  29:16, 29:19
  29:21, 29:23
  30:5, 30:7
  30:10, 30:13
  30:15, 31:8
  31:10, 31:12
  31:14, 31:17
  31:20, 31:23
  32:3, 32:9
  32:13, 32:18
  32:23, 33:2
  33:8, 33:12
  33:15, 33:18
  33:22, 34:2
  34:8, 34:11
  34:14, 34:17
  34:20, 34:24
  35:5, 35:10
  35:14, 35:19
  35:22, 36:1
  36:7, 36:11
  36:15, 36:19
  36:22, 36:25

  37:5, 37:8
  37:14, 37:20
  37:25, 38:6
  38:11, 38:15
  38:20, 38:24
  39:4, 39:7
  39:11, 39:15
  39:19, 39:24
  40:6, 40:11
  40:15, 40:19
  40:25, 41:5
  41:12, 41:17
  41:24, 42:4
  42:10, 42:15
  42:19, 43:1
  43:4, 43:10
  43:15, 43:20
  43:24, 44:3
  44:7, 44:12
  44:17, 44:22
  45:2, 45:8
  45:14, 45:18
  45:23, 46:3
  46:7, 46:11
  46:15, 46:18
  46:25, 47:5
  47:9, 47:12
  47:19, 47:24
  48:5, 48:8
  48:12, 48:16
  48:23, 49:5
  49:12, 49:20
  50:2, 50:7
  50:12, 50:17
  50:21, 51:2
  51:6, 51:10
  51:14, 51:18
  51:24, 52:4
  52:9, 52:14
  52:20, 52:24
  53:4, 53:9
  53:14, 53:21
  54:2, 54:8
  54:13, 54:19
  54:24, 55:5
  55:10, 55:15

  55:22, 56:2
  56:7, 56:14
  56:20, 56:24
  57:5, 57:9
  57:14, 57:18
  57:23, 58:4
  58:9, 58:14
  58:20, 59:5
  59:8, 59:12
  59:17, 59:22
  60:2, 60:6
  60:11, 60:14
  60:18, 60:23
  61:2, 61:6
  61:11, 61:14
  61:21, 62:1
  62:8, 62:14
  62:18, 62:22
  63:3, 63:9
  63:13, 63:19
  63:25, 64:4
  64:9, 64:15
  64:20, 64:24
  65:4, 65:10
  65:15, 65:19
  65:24, 66:4
  66:9, 66:16
  66:23, 67:3
  67:8, 67:13
  67:16, 67:20
  67:24, 68:4
  68:9, 68:14
  68:19, 68:24
  69:5, 69:9
  69:15, 69:19
  69:24, 70:7
  70:12, 70:18
  70:22, 71:3
  71:8, 71:14
  71:20, 71:23
  72:2, 72:9
  72:13, 72:19
  72:24, 73:6
  73:13, 73:16
  73:22, 74:5
  74:10, 74:17

| | | | | |
|---|---|---|---|---|
| 74:22, 75:1 | 96:4, 96:10 | 115:23, 116:3 | 137:2, 137:7 | 156:1, 156:5 |
| 75:7, 75:11 | 96:16, 96:21 | 116:10, 117:9 | 137:12, 137:16 | 156:10, 156:15 |
| 75:16, 75:24 | 97:1, 97:6 | 117:18, 117:22 | 137:22, 138:3 | 156:22, 157:1 |
| 76:3, 76:9 | 97:11, 97:17 | 118:2, 118:7 | 138:9, 138:14 | 157:7, 157:23 |
| 76:18, 76:24 | 97:23, 97:25 | 118:11, 118:14 | 138:21, 139:2 | 158:3, 158:7 |
| 77:5, 77:22 | 98:6, 98:12 | 118:23, 119:4 | 139:8, 139:12 | 158:11, 158:16 |
| 78:5, 78:10 | 98:17, 98:22 | 119:9, 119:15 | 139:20, 139:25 | 158:21, 159:3 |
| 78:17, 78:24 | 99:4, 99:10 | 119:21, 119:24 | 140:4, 140:9 | 159:6, 159:11 |
| 79:4, 79:8 | 99:15, 99:20 | 120:5, 120:12 | 140:14, 140:17 | 159:17, 159:22 |
| 79:13, 79:19 | 100:2, 100:7 | 120:17, 120:23 | 140:20, 140:25 | 160:4, 160:8 |
| 79:24, 80:16 | 100:18, 100:24 | 121:2, 121:5 | 141:3, 141:8 | 160:14, 160:20 |
| 80:21, 81:1 | 101:3, 101:7 | 121:10, 121:17 | 141:13, 141:19 | 161:2, 161:8 |
| 81:5, 81:10 | 101:11, 101:15 | 121:23, 122:4 | 141:25, 142:6 | 161:12, 161:18 |
| 81:15, 81:20 | 101:21, 101:25 | 122:8, 122:14 | 142:11, 142:16 | 161:24, 162:6 |
| 82:2, 82:12 | 102:5, 102:11 | 122:19, 123:2 | 142:21, 143:2 | 162:13, 162:19 |
| 82:18, 82:23 | 102:17, 102:23 | 123:7, 123:14 | 143:8, 143:15 | 162:25, 163:4 |
| 83:4, 83:8 | 103:7, 103:13 | 123:19, 123:24 | 143:24, 144:4 | 163:10, 163:16 |
| 83:14, 83:20 | 103:19, 103:24 | 124:3, 124:7 | 144:10, 144:16 | 163:22, 164:4 |
| 84:2, 84:8 | 104:5, 104:10 | 124:14, 124:18 | 144:22, 144:25 | 164:12, 164:18 |
| 84:15, 84:20 | 104:15, 104:18 | 124:23, 125:3 | 145:3, 145:10 | 164:25, 165:8 |
| 85:2, 85:8 | 104:24, 105:5 | 125:9, 125:15 | 145:14, 145:21 | 165:16, 165:22 |
| 85:14, 85:20 | 105:10, 105:15 | 125:20, 126:1 | 145:25, 146:5 | 166:3, 166:8 |
| 86:1, 86:9 | 105:22, 106:4 | 126:5, 126:10 | 146:11, 146:16 | 166:14, 166:19 |
| 86:15, 86:21 | 106:10, 106:15 | 126:17, 126:21 | 146:19, 146:22 | 166:23, 167:2 |
| 87:1, 87:6 | 106:18, 106:22 | 127:3, 127:10 | 146:24, 147:1 | 167:12, 167:18 |
| 87:13, 87:20 | 107:4, 107:8 | 127:14, 127:21 | 147:6, 147:11 | 167:24, 168:5 |
| 87:25, 88:7 | 107:12, 107:18 | 128:2, 128:7 | 147:16, 147:22 | 168:10, 168:16 |
| 88:13, 88:18 | 107:22, 108:3 | 128:12, 128:18 | 148:3, 148:9 | 168:21, 169:1 |
| 88:22, 88:25 | 108:10, 108:15 | 128:21, 129:3 | 148:14, 148:19 | 169:7, 169:13 |
| 89:6, 89:11 | 108:19, 108:25 | 129:8, 129:21 | 148:23, 149:4 | 169:18, 169:24 |
| 89:15, 89:20 | 109:7, 109:12 | 130:2, 130:13 | 149:9, 149:13 | 170:4, 170:9 |
| 89:23, 90:3 | 109:19, 109:24 | 130:17, 130:19 | 149:18, 149:25 | 170:14, 170:21 |
| 90:8, 90:12 | 110:4, 110:11 | 130:22, 130:25 | 150:6, 150:10 | 171:4, 171:12 |
| 90:16, 90:21 | 110:16, 110:23 | 131:6, 131:12 | 150:16, 150:21 | 171:18, 171:23 |
| 90:25, 91:5 | 111:2, 111:6 | 132:4, 132:8 | 151:1, 151:5 | 172:4, 172:9 |
| 91:10, 91:16 | 111:11, 111:15 | 132:12, 132:16 | 151:10, 151:17 | 172:16, 172:22 |
| 91:20, 91:24 | 111:25, 112:5 | 132:23, 133:4 | 151:22, 152:1 | 173:3, 173:9 |
| 92:3, 92:8 | 112:10, 112:15 | 133:11, 133:16 | 152:8, 152:14 | 173:17, 173:25 |
| 92:12, 92:19 | 112:19, 112:25 | 133:20, 133:24 | 152:20, 153:2 | 174:7, 174:12 |
| 92:25, 93:5 | 113:4, 113:9 | 134:8, 134:12 | 153:5, 153:9 | 174:21, 175:1 |
| 93:11, 93:20 | 113:11, 113:17 | 134:17, 134:25 | 153:16, 153:21 | 175:7, 175:14 |
| 93:24, 94:6 | 113:23, 114:4 | 135:4, 135:10 | 154:3, 154:10 | 175:20, 176:1 |
| 94:11, 94:15 | 114:9, 114:12 | 135:17, 135:24 | 154:16, 154:20 | 176:9, 176:22 |
| 94:21, 94:25 | 114:15, 114:18 | 136:1, 136:4 | 155:1, 155:5 | 177:4, 177:11 |
| 95:5, 95:11 | 114:25, 115:6 | 136:7, 136:12 | 155:12, 155:16 | 177:17, 177:24 |
| 95:17, 95:24 | 115:11, 115:16 | 136:18, 136:22 | 155:18, 155:21 | 178:7, 178:13 |

| | | | | |
|---|---|---|---|---|
| 178:20, 179:1 | 200:8, 200:14 | 221:25, 222:6 | 249:10, 249:14 | 274:14, 274:20 |
| 179:7, 179:14 | 200:20, 200:24 | 222:11, 222:18 | 249:18, 249:22 | 275:1, 275:7 |
| 179:20, 180:3 | 201:4, 201:8 | 222:25, 223:7 | 250:5, 250:9 | 275:12, 275:18 |
| 180:10, 180:17 | 201:14, 201:20 | 223:14, 223:21 | 250:21, 251:1 | 275:24, 276:5 |
| 180:22, 181:3 | 202:2, 202:7 | 224:2, 225:4 | 251:7, 251:13 | 276:11, 276:18 |
| 181:8, 181:14 | 202:14, 202:22 | 226:4, 226:10 | 252:7, 252:14 | 276:23, 277:3 |
| 181:19, 182:3 | 203:3, 203:8 | 226:14, 226:19 | 252:21, 253:2 | 277:11, 277:16 |
| 182:9, 182:16 | 203:14, 203:18 | 226:25, 227:6 | 253:9, 253:14 | 277:19, 277:22 |
| 182:24, 183:7 | 203:24, 204:7 | 227:12, 227:18 | 253:20, 254:2 | 278:2, 278:7 |
| 183:15, 183:20 | 204:11, 204:16 | 227:23, 228:4 | 254:7, 254:13 | 278:12, 278:19 |
| 184:1, 184:7 | 204:19, 204:24 | 228:10, 228:18 | 254:18, 255:9 | 279:1, 279:9 |
| 184:12, 184:17 | 205:5, 205:12 | 228:25, 229:7 | 255:13, 255:19 | 279:13, 279:21 |
| 184:23, 185:5 | 205:17, 205:23 | 229:10, 229:16 | 256:1, 256:9 | 280:2, 280:7 |
| 185:10, 185:15 | 206:3, 206:8 | 229:25, 230:7 | 256:14, 256:20 | 280:13, 280:19 |
| 185:20, 185:25 | 206:16, 206:22 | 230:13, 230:19 | 257:8, 257:12 | 280:24, 281:4 |
| 186:9, 186:13 | 207:3, 207:9 | 231:1, 231:4 | 258:2, 258:6 | 281:9, 281:14 |
| 186:18, 186:24 | 207:15, 207:23 | 231:9, 231:16 | 258:11, 258:17 | 281:20, 281:24 |
| 187:5, 187:12 | 208:3, 208:9 | 231:20, 231:25 | 258:22, 259:4 | 282:5, 282:11 |
| 187:19, 187:25 | 208:15, 208:21 | 232:8, 232:12 | 259:14, 259:22 | 282:17, 282:24 |
| 188:5, 188:11 | 209:1, 209:7 | 233:9, 233:13 | 260:3, 260:9 | 283:4, 283:10 |
| 188:18, 188:23 | 209:13, 209:20 | 234:7, 234:13 | 260:14, 260:21 | 283:13, 283:19 |
| 189:5, 189:12 | 210:1, 210:6 | 234:20, 235:2 | 261:23, 262:2 | 283:24, 284:4 |
| 189:19, 189:25 | 210:13, 210:20 | 235:10, 235:16 | 262:8, 262:14 | 284:9, 284:15 |
| 190:5, 190:10 | 211:2, 211:7 | 236:1, 236:13 | 262:21, 263:5 | 284:21, 285:2 |
| 190:15, 190:22 | 211:12, 211:17 | 236:20, 237:15 | 263:11, 263:17 | 285:7, 285:12 |
| 191:3, 191:11 | 211:22, 212:2 | 237:21, 238:5 | 263:22, 264:4 | 285:19, 285:25 |
| 191:17, 191:23 | 212:8, 212:17 | 238:14, 238:20 | 264:10, 264:16 | 286:5, 286:11 |
| 192:4, 192:10 | 212:21, 213:2 | 239:11, 239:19 | 265:14, 265:20 | 286:17, 286:22 |
| 192:15, 192:19 | 213:10, 213:16 | 240:4, 240:10 | 265:25, 266:5 | 287:3, 287:10 |
| 192:24, 193:4 | 213:23, 214:2 | 240:15, 240:21 | 266:11, 266:16 | 287:15, 287:21 |
| 193:10, 193:15 | 214:8, 214:14 | 241:3, 241:10 | 266:22, 267:2 | 289:11, 289:19 |
| 193:21, 194:1 | 214:21, 215:3 | 241:19, 241:25 | 267:7, 267:12 | 289:25, 290:5 |
| 194:6, 194:11 | 215:7, 215:12 | 242:5, 242:12 | 267:19, 267:24 | 290:11, 290:16 |
| 194:16, 194:22 | 215:18, 215:23 | 242:18, 242:23 | 268:4, 268:8 | 290:20, 291:1 |
| 195:1, 195:5 | 216:4, 216:9 | 243:7, 243:11 | 268:13, 268:18 | 291:5, 291:11 |
| 195:9, 195:15 | 216:15, 216:21 | 243:18, 243:25 | 269:6, 269:11 | 291:17, 291:24 |
| 195:20, 196:1 | 217:1, 217:7 | 244:5, 244:11 | 269:16, 269:22 | 292:8, 292:15 |
| 196:8, 196:14 | 217:13, 217:19 | 244:16, 244:21 | 270:2, 270:7 | 292:20, 293:1 |
| 196:19, 196:24 | 217:24, 218:6 | 245:2, 245:10 | 270:13, 270:20 | 293:9, 293:16 |
| 197:3, 197:8 | 218:11, 218:17 | 245:15, 245:19 | 271:1, 271:6 | 293:22, 294:2 |
| 197:14, 197:20 | 218:23, 219:4 | 245:24, 246:3 | 271:12, 271:20 | 294:7, 294:13 |
| 198:2, 198:7 | 219:9, 219:15 | 246:9, 246:15 | 272:1, 272:6 | 294:20, 295:1 |
| 198:11, 198:16 | 219:21, 220:3 | 246:22, 247:4 | 272:11, 272:15 | 295:7, 295:13 |
| 198:21, 199:2 | 220:10, 220:16 | 247:11, 247:18 | 272:19, 273:1 | 295:19, 295:23 |
| 199:7, 199:13 | 220:22, 221:4 | 248:2, 248:8 | 273:10, 273:15 | 296:2, 296:6 |
| 199:20, 200:3 | 221:12, 221:19 | 248:13, 248:17 | 273:21, 274:5 | 296:11, 296:14 |

| | | | | |
|---|---|---|---|---|
| 296:17, 296:20 | 321:13, 321:18 | 343:9 | **find** 11:6, 28:14 | **folder** 226:21 |
| 296:25, 297:4 | 321:23, 322:4 | **Figueroa** 138:11 | 28:16, 105:24 | **folks** 224:22 |
| 297:15, 297:21 | 322:9, 322:14 | 138:18 | 123:25, 127:6 | **follow** 326:24 |
| 298:4, 298:7 | 322:18, 323:1 | **figure** 109:21 | 127:11, 151:7 | **following** |
| 298:10, 298:20 | 323:8, 323:15 | 182:11, 183:2 | 320:24 | 286:19, 346:14 |
| 298:25, 299:6 | 323:22, 324:5 | 209:21, 216:5 | **finding** 17:3 | **follows** 5:20 |
| 299:10, 299:13 | 324:21, 325:2 | **file** 4:10, 26:15 | **fine** 157:10 | **force** 289:22 |
| 299:18, 299:25 | 325:7, 325:12 | 43:16, 45:5 | **finger** 210:10 | **forced** 13:18 |
| 300:6, 300:11 | 325:18, 325:24 | 46:17, 46:21 | **finish** 250:12 | 266:8, 283:20 |
| 300:16, 300:22 | 326:4, 326:8 | 87:7, 171:1 | 338:19 | 292:16 |
| 301:2, 301:8 | 326:13, 326:19 | 171:6, 171:13 | **finished** 238:25 | **forcing** 21:1 |
| 301:21, 302:1 | 327:13, 327:18 | 171:13, 171:24 | 304:18 | **foregoing** 345:1 |
| 302:6, 302:13 | 327:23, 328:5 | 172:1, 173:6 | **fired** 232:23 | 345:15 |
| 302:18, 302:23 | 328:10, 328:14 | 173:13, 173:14 | **Firm** 2:17 | **forehead** 71:17 |
| 303:5, 303:13 | 328:18, 328:22 | 174:17, 176:18 | 347:17 | **forgot** 8:15 |
| 303:19, 303:23 | 329:1, 329:6 | 197:16, 197:17 | **first** 5:20, 30:8 | 29:5, 309:4 |
| 304:4, 304:11 | 329:12, 329:17 | 224:24, 225:21 | 163:24, 164:8 | **form** 6:18, 6:22 |
| 304:16, 304:23 | 329:22, 330:3 | 225:21, 225:23 | 180:7, 187:20 | 6:25, 7:5, 7:12 |
| 305:4, 305:10 | 330:9, 330:13 | 226:8, 226:16 | 226:20, 226:20 | 8:8, 8:14, 9:10 |
| 305:14, 306:4 | 330:17, 330:21 | 227:25, 228:1 | 235:3, 275:20 | 10:9, 10:23 |
| 306:9, 306:16 | 330:25, 331:4 | 288:1 | 278:5, 279:10 | 12:4, 12:13 |
| 306:21, 306:24 | 331:10, 331:17 | **filed** 8:3, 9:5 | 309:9, 319:17 | 13:3, 14:5 |
| 307:5, 307:10 | 331:22, 332:1 | 9:9, 12:1, 25:22 | **five** 157:8, 232:4 | 14:13, 15:14 |
| 307:15, 307:18 | 332:6, 332:11 | 26:1, 26:13 | 235:6, 254:24 | 15:24, 16:24 |
| 307:23, 308:2 | 332:17, 332:22 | **files** 42:16, 47:2 | 254:24, 289:1 | 17:17, 18:14 |
| 308:7, 309:21 | 333:6, 333:11 | 171:19, 172:5 | 316:22, 316:23 | 19:18, 20:13 |
| 309:24, 310:3 | 333:17, 333:22 | 172:11, 172:12 | **flashlight** 62:20 | 20:23, 22:22 |
| 310:9, 310:14 | 334:4, 334:8 | 172:18, 173:4 | 62:23, 217:3 | 23:4, 25:10 |
| 310:18, 310:24 | 334:12, 334:18 | 173:19, 226:6 | 217:16, 245:4 | 26:6, 26:16 |
| 311:4, 312:8 | 334:24, 335:5 | **filing** 43:2, 43:6 | 245:7, 245:17 | 26:25, 28:18 |
| 312:13, 312:19 | 335:11, 335:18 | 43:11, 43:16 | 270:4, 304:14 | 30:3, 30:19 |
| 312:25, 313:5 | 335:24, 336:7 | 46:5, 46:13 | 304:22, 305:1 | 32:1, 32:7 |
| 313:12, 313:18 | 336:13, 336:19 | 82:15, 171:20 | 309:19, 309:23 | 32:21, 34:25 |
| 313:23, 314:4 | 337:1, 337:7 | 172:6, 172:23 | **flattering** 184:4 | 35:8, 36:5 |
| 314:14, 314:21 | 337:13, 337:18 | **fill** 133:17 | **fled** 127:15 | 37:12, 37:18 |
| 315:3, 315:8 | 337:24, 338:3 | **filled** 131:21 | **flee** 71:6, 71:11 | 39:22, 42:8 |
| 315:18, 315:24 | 338:6, 338:10 | **filler** 175:16 | 71:18 | 42:13, 45:12 |
| 316:7, 316:15 | 339:3, 339:8 | **finally** 289:5 | **floor** 60:8, 68:6 | 47:3, 47:10 |
| 316:20, 317:5 | 339:14, 339:19 | **financial** 26:4 | 73:8, 112:22 | 47:17, 50:10 |
| 317:10, 317:15 | 339:25, 340:5 | 119:25, 140:11 | 112:22, 172:7 | 52:18, 55:3 |
| 317:21, 318:5 | 340:10, 340:15 | 141:1 | **Flores** 25:5 | 56:13, 56:18 |
| 318:11, 318:14 | 340:19, 340:25 | **financially** | 25:9, 58:5 | 57:3, 58:2, 58:8 |
| 318:20, 319:25 | 341:5, 341:9 | 54:11, 54:17 | 58:10 | 58:12, 59:3 |
| 320:5, 320:11 | 341:22, 342:4 | 99:1, 110:6 | **flow** 120:24 | 59:15, 59:20 |
| 320:16, 320:21 | 342:8, 342:13 | 131:3, 139:23 | **flowed** 101:22 | 59:25, 62:12 |
| 321:3, 321:7 | 342:18, 343:1 | 302:3, 347:7 | 102:2, 120:19 | 65:2, 65:8, 67:1 |

| | | | | |
|---|---|---|---|---|
| 69:13, 70:4 | 107:2, 107:16 | 143:21, 144:2 | 173:15, 173:22 | 200:12, 200:18 |
| 70:16, 71:1 | 108:1, 108:8 | 144:8, 144:14 | 174:5, 174:10 | 201:12, 201:18 |
| 72:7, 73:11 | 108:23, 109:5 | 144:20, 145:8 | 174:19, 174:24 | 201:25, 202:11 |
| 74:3, 74:15 | 109:11, 109:17 | 145:20, 145:24 | 175:5, 175:12 | 202:12, 202:20 |
| 75:5, 75:21 | 109:23, 110:3 | 146:3, 146:9 | 175:18, 175:24 | 203:1, 203:6 |
| 76:7, 76:16 | 110:9, 110:21 | 146:14, 147:4 | 176:7, 176:20 | 203:12, 203:22 |
| 76:22, 77:12 | 111:9, 111:24 | 147:9, 147:14 | 177:2, 177:9 | 204:4, 204:22 |
| 77:20, 78:3 | 112:8, 112:23 | 147:20, 148:1 | 177:15, 178:5 | 205:3, 205:10 |
| 78:15, 78:22 | 113:21, 114:2 | 148:7, 149:2 | 178:11, 178:18 | 205:21, 206:1 |
| 80:14, 80:19 | 114:7, 114:23 | 149:7, 149:16 | 178:24, 179:5 | 206:6, 206:14 |
| 81:25, 82:10 | 115:4, 115:14 | 149:23, 150:4 | 179:12, 179:18 | 206:20, 207:1 |
| 82:17, 83:18 | 115:21, 116:2 | 150:14, 150:19 | 180:1, 180:8 | 207:7, 207:13 |
| 83:25, 84:13 | 116:8, 116:15 | 150:24, 151:8 | 180:15, 181:1 | 207:19, 208:7 |
| 84:25, 85:12 | 117:16, 117:25 | 151:15, 151:20 | 181:6, 181:12 | 208:13, 208:19 |
| 85:18, 85:24 | 119:2, 119:13 | 152:6, 152:12 | 181:18, 182:1 | 208:24, 209:5 |
| 86:7, 86:13 | 119:19, 120:3 | 152:18, 152:25 | 182:7, 182:14 | 209:11, 210:4 |
| 86:19, 86:24 | 120:10, 120:21 | 153:14, 154:1 | 182:22, 183:5 | 210:11, 210:18 |
| 87:4, 87:11 | 121:8, 121:15 | 154:8, 155:10 | 183:13, 183:18 | 210:25, 211:5 |
| 87:18, 88:5 | 121:21, 122:2 | 155:24, 156:8 | 183:24, 184:5 | 211:10, 211:20 |
| 88:11, 88:16 | 122:12, 122:25 | 156:19, 157:21 | 184:10, 184:15 | 211:25, 212:6 |
| 88:20, 89:4 | 123:12, 123:17 | 158:1, 159:1 | 184:21, 185:3 | 212:15, 212:25 |
| 90:1, 90:7 | 125:7, 125:13 | 159:9, 159:15 | 185:8, 185:13 | 213:8, 213:14 |
| 90:11, 91:3 | 125:18, 127:1 | 159:20, 160:2 | 185:18, 185:23 | 213:21, 214:1 |
| 91:8, 91:14 | 127:8, 127:18 | 160:12, 160:18 | 186:7, 186:16 | 214:6, 214:12 |
| 91:19, 92:17 | 127:25, 128:5 | 160:25, 161:6 | 186:22, 187:3 | 214:19, 215:1 |
| 92:23, 93:18 | 128:16, 129:1 | 161:16, 161:22 | 187:10, 187:17 | 215:11, 215:16 |
| 94:4, 94:19 | 129:6, 129:25 | 162:4, 162:11 | 187:23, 188:3 | 215:21, 216:2 |
| 95:3, 95:9 | 130:11, 130:21 | 162:17, 162:23 | 188:9, 188:16 | 216:7, 216:13 |
| 95:22, 96:2 | 131:4, 131:10 | 163:8, 163:14 | 189:3, 189:10 | 216:19, 216:24 |
| 96:8, 96:14 | 132:2, 132:21 | 163:20, 164:2 | 189:17, 189:23 | 217:5, 217:11 |
| 96:19, 97:4 | 133:2, 133:9 | 164:10, 164:16 | 190:3, 190:9 | 217:17, 217:22 |
| 97:15, 97:21 | 134:4, 134:15 | 164:23, 165:6 | 190:13, 190:20 | 218:3, 218:9 |
| 98:4, 98:10 | 134:23, 135:8 | 165:14, 165:21 | 191:1, 191:9 | 218:15, 218:21 |
| 98:20, 99:2 | 135:15, 135:21 | 166:6, 166:12 | 191:15, 191:21 | 219:2, 219:7 |
| 99:13, 99:18 | 136:15, 137:5 | 166:17, 167:10 | 192:2, 192:8 | 219:13, 219:19 |
| 99:24, 100:16 | 137:20, 138:1 | 167:16, 167:22 | 192:13, 192:22 | 220:1, 220:8 |
| 100:22, 101:19 | 138:7, 138:12 | 168:3, 168:14 | 193:8, 193:24 | 220:14, 220:20 |
| 102:9, 102:15 | 138:19, 138:25 | 168:24, 169:5 | 194:4, 194:20 | 221:2, 221:10 |
| 102:21, 103:5 | 139:6, 139:18 | 169:11, 169:16 | 194:25, 195:13 | 221:17, 221:23 |
| 103:11, 103:17 | 140:7, 140:12 | 169:22, 170:2 | 195:18, 195:24 | 222:4, 222:9 |
| 103:22, 104:3 | 140:23, 141:6 | 170:7, 170:12 | 196:6, 196:12 | 222:16, 222:23 |
| 104:8, 104:13 | 141:11, 141:17 | 170:19, 171:2 | 197:12, 197:18 | 223:5, 223:12 |
| 104:22, 105:3 | 141:23, 142:4 | 171:10, 171:16 | 197:25, 198:5 | 223:19, 223:25 |
| 105:8, 105:13 | 142:9, 142:14 | 171:21, 172:2 | 198:20, 198:25 | 226:2, 227:4 |
| 105:20, 106:2 | 142:19, 142:25 | 172:14, 172:20 | 199:11, 199:18 | 227:10, 227:16 |
| 106:8, 106:13 | 143:6, 143:13 | 173:1, 173:7 | 200:1, 200:6 | 228:8, 228:16 |

| | | | | |
|---|---|---|---|---|
| 228:23, 229:14 | 263:20, 264:2 | 289:23, 290:3 | 336:25, 337:5 | 75:22, 76:8 |
| 229:23, 230:11 | 264:8, 264:14 | 290:9, 291:15 | 337:11, 337:16 | 76:17, 76:23 |
| 231:8, 231:11 | 265:12, 265:18 | 291:22, 292:6 | 337:22, 338:14 | 77:13, 77:21 |
| 231:14, 231:23 | 265:23, 266:3 | 292:13, 292:24 | 339:1, 339:6 | 78:4, 78:16 |
| 232:7, 233:7 | 266:9, 266:14 | 293:7, 293:14 | 339:17, 339:23 | 78:23, 80:15 |
| 234:11, 234:18 | 266:20, 266:25 | 293:20, 294:18 | 341:20, 342:2 | 80:20, 82:1 |
| 234:25, 235:8 | 267:5, 267:10 | 294:24, 295:5 | 342:11, 342:17 | 82:11, 83:18 |
| 235:14, 235:24 | 267:16, 267:22 | 295:11, 295:17 | 342:24, 343:6 | 84:1, 84:14 |
| 236:9, 236:17 | 268:11, 268:22 | 296:5, 296:9 | **formal** 152:10 | 85:1, 85:13 |
| 237:2, 237:13 | 269:4, 269:9 | 296:23, 297:13 | **formally** 240:16 | 85:19, 85:25 |
| 238:3, 238:12 | 269:14, 269:20 | 297:19, 298:2 | **former** 19:16 | 86:8, 86:14 |
| 238:18, 239:9 | 269:25, 270:5 | 298:18, 299:23 | **forms** 227:2 | 86:20, 86:25 |
| 239:17, 240:2 | 270:11, 270:18 | 300:4, 300:9 | **forward** 154:18 | 87:5, 87:12 |
| 240:8, 240:19 | 270:24, 271:4 | 300:14, 300:20 | 162:20 | 87:19, 88:6 |
| 241:1, 241:8 | 271:10, 271:18 | 300:25, 301:6 | **found** 56:25 | 88:12, 88:17 |
| 241:18, 241:23 | 271:24, 272:4 | 301:19, 302:11 | 90:18, 98:14 | 88:21, 89:5 |
| 242:3, 242:10 | 272:17, 272:24 | 303:3, 303:11 | 169:8, 180:5 | 90:2, 90:11 |
| 242:16, 242:21 | 273:12, 273:19 | 304:2, 304:9 | 340:1 | 91:4, 91:9 |
| 243:5, 243:16 | 274:3, 274:12 | 305:2, 305:8 | **foundation** 6:25 | 91:15, 92:18 |
| 243:23, 244:3 | 274:19, 274:24 | 306:2, 306:7 | 8:9, 8:15, 9:11 | 92:24, 93:19 |
| 244:9, 244:14 | 275:5, 275:10 | 306:13, 307:8 | 13:23, 14:6 | 94:5, 94:20 |
| 244:19, 244:25 | 275:16, 275:22 | 307:25, 310:1 | 14:14, 15:15 | 95:4, 95:10 |
| 245:8, 245:13 | 276:3, 276:9 | 310:7, 310:22 | 15:25, 17:18 | 95:23, 96:3 |
| 246:7, 246:13 | 276:15, 276:21 | 311:2, 312:11 | 18:15, 19:19 | 96:9, 96:15 |
| 246:20, 247:2 | 277:1, 277:9 | 312:17, 312:23 | 20:14, 20:23 | 96:20, 97:5 |
| 247:9, 247:16 | 277:18, 277:25 | 313:3, 313:10 | 23:5, 25:11 | 97:16, 97:22 |
| 247:25, 248:6 | 278:6, 278:10 | 314:12, 314:19 | 26:7, 26:17 | 98:5, 98:11 |
| 248:15, 249:8 | 278:17, 278:24 | 316:18, 321:1 | 27:1, 30:4 | 98:21, 99:3 |
| 250:24, 251:5 | 279:14, 279:19 | 322:12, 322:17 | 30:19, 32:2 | 99:14, 99:19 |
| 251:11, 252:5 | 279:25, 280:5 | 322:24, 323:6 | 32:8, 32:22 | 99:25, 100:6 |
| 252:12, 252:19 | 280:11, 280:17 | 323:13, 323:20 | 35:9, 36:6 | 100:17, 100:23 |
| 252:25, 253:7 | 280:22, 281:2 | 324:3, 324:19 | 37:13, 37:19 | 101:20, 102:10 |
| 253:18, 253:25 | 281:7, 281:12 | 324:25, 325:10 | 39:23, 42:9 | 102:16, 102:22 |
| 254:5, 254:11 | 281:18, 282:3 | 325:16, 325:20 | 42:14, 45:13 | 103:6, 103:12 |
| 254:16, 255:7 | 282:9, 282:15 | 325:22, 326:17 | 47:4, 47:11 | 103:18, 103:23 |
| 255:17, 255:24 | 282:22, 283:2 | 327:2, 327:11 | 47:18, 50:11 | 104:4, 104:9 |
| 256:7, 256:12 | 283:8, 283:17 | 327:16, 328:3 | 52:19, 55:4 | 104:14, 104:23 |
| 257:6, 257:25 | 283:22, 284:2 | 329:10, 330:7 | 56:19, 57:4 | 105:4, 105:9 |
| 258:9, 258:14 | 284:19, 284:25 | 331:8, 332:4 | 58:3, 58:13 | 105:14, 105:21 |
| 259:2, 259:12 | 285:5, 285:10 | 332:9, 332:15 | 59:4, 59:16 | 106:3, 106:9 |
| 259:17, 260:1 | 285:17, 285:23 | 332:20, 333:4 | 59:21, 60:1 | 106:14, 106:21 |
| 260:7, 260:12 | 286:3, 286:9 | 333:15, 333:20 | 62:13, 65:3 | 107:3, 107:17 |
| 260:18, 262:6 | 286:15, 286:20 | 334:2, 334:22 | 65:9, 67:2, 70:5 | 108:2, 108:9 |
| 262:12, 262:19 | 287:1, 287:8 | 335:3, 335:9 | 70:17, 71:2 | 108:18, 108:24 |
| 262:25, 263:2 | 287:13, 287:19 | 335:16, 335:22 | 72:8, 74:4 | 109:6, 111:5 |
| 263:9, 263:15 | 289:9, 289:17 | 336:5, 336:11 | 74:16, 75:6 | 111:10, 111:14 |

| | | | | |
|---|---|---|---|---|
| 111:24, 112:4 | 149:17, 149:24 | 178:19, 178:25 | 205:22, 206:2 | 236:17, 237:14 |
| 112:9, 112:24 | 150:5, 150:15 | 179:6, 179:13 | 206:7, 206:15 | 238:4, 238:13 |
| 114:3, 114:8 | 150:20, 150:25 | 179:19, 180:2 | 206:21, 207:2 | 238:19, 239:10 |
| 114:24, 115:5 | 151:9, 151:16 | 180:9, 180:16 | 207:8, 207:14 | 239:18, 240:3 |
| 115:15, 115:22 | 151:21, 152:7 | 181:2, 181:7 | 207:20, 208:8 | 240:9, 240:20 |
| 116:9, 116:15 | 152:13, 152:19 | 181:13, 181:18 | 208:13, 208:20 | 241:2, 241:8 |
| 117:17, 118:1 | 153:1, 153:15 | 182:2, 182:8 | 208:25, 209:5 | 241:18, 241:24 |
| 118:21, 119:3 | 154:2, 154:9 | 182:15, 182:23 | 209:11, 209:19 | 242:4, 242:11 |
| 119:14, 119:20 | 155:11, 155:25 | 183:6, 183:14 | 210:5, 210:12 | 242:17, 242:22 |
| 120:4, 120:18 | 156:9, 156:20 | 183:19, 183:25 | 210:19, 211:1 | 243:6, 243:16 |
| 120:22, 121:9 | 156:25, 157:5 | 184:6, 184:11 | 211:6, 211:11 | 243:24, 244:4 |
| 121:16, 121:22 | 157:22, 158:2 | 184:16, 184:22 | 211:21, 212:1 | 244:10, 244:15 |
| 122:13, 123:1 | 159:2, 159:10 | 185:4, 185:9 | 212:7, 212:16 | 244:20, 245:1 |
| 123:13, 123:18 | 159:16, 159:21 | 185:14, 185:19 | 213:1, 213:9 | 245:9, 245:14 |
| 125:8, 125:14 | 160:3, 160:13 | 185:23, 186:8 | 213:15, 213:22 | 246:7, 246:14 |
| 125:19, 127:2 | 160:19, 161:1 | 186:17, 186:23 | 214:1, 214:7 | 246:21, 247:2 |
| 127:9, 127:19 | 161:7, 161:17 | 187:4, 187:11 | 214:13, 214:20 | 247:10, 247:17 |
| 128:6, 128:17 | 161:23, 162:5 | 187:18, 187:24 | 215:2, 215:11 | 248:1, 248:7 |
| 129:2, 129:7 | 162:12, 162:18 | 188:4, 188:9 | 215:17, 215:21 | 248:15, 249:9 |
| 130:1, 130:12 | 162:24, 163:9 | 188:17, 189:4 | 216:3, 216:8 | 250:25, 251:6 |
| 130:21, 131:4 | 163:15, 163:21 | 189:11, 189:18 | 216:14, 216:20 | 251:12, 252:6 |
| 131:11, 132:3 | 164:3, 164:11 | 189:24, 190:4 | 216:25, 217:6 | 252:13, 252:20 |
| 132:22, 133:3 | 164:17, 164:24 | 190:9, 190:14 | 217:12, 217:18 | 253:1, 253:8 |
| 133:10, 134:5 | 165:7, 165:15 | 190:21, 191:2 | 217:23, 218:4 | 253:19, 254:1 |
| 134:16, 134:24 | 165:23, 166:7 | 191:9, 191:16 | 218:10, 218:16 | 254:6, 254:12 |
| 135:9, 135:16 | 166:13, 166:18 | 191:22, 192:3 | 218:22, 219:3 | 254:17, 255:8 |
| 135:22, 136:11 | 167:11, 167:17 | 192:9, 192:14 | 219:8, 219:14 | 255:18, 255:25 |
| 136:16, 137:6 | 167:23, 168:4 | 192:23, 193:9 | 219:20, 220:2 | 256:8, 256:13 |
| 137:21, 138:2 | 168:15, 168:25 | 193:25, 194:5 | 220:9, 220:15 | 257:7, 258:1 |
| 138:8, 138:13 | 169:6, 169:12 | 194:21, 194:25 | 220:21, 221:3 | 258:10, 258:14 |
| 138:20, 139:1 | 169:17, 169:23 | 195:13, 195:19 | 221:11, 221:18 | 259:3, 259:13 |
| 139:7, 139:19 | 170:3, 170:8 | 195:25, 196:7 | 221:24, 222:5 | 259:18, 260:2 |
| 140:8, 140:13 | 170:13, 170:20 | 196:13, 197:13 | 222:10, 222:17 | 260:8, 260:12 |
| 140:24, 141:18 | 171:3, 171:11 | 197:19, 197:25 | 222:24, 223:6 | 260:19, 262:7 |
| 141:24, 142:5 | 171:17, 171:22 | 198:6, 198:20 | 223:13, 223:20 | 262:13, 262:20 |
| 142:10, 142:19 | 172:3, 172:15 | 198:25, 199:12 | 224:1, 226:3 | 263:1, 263:3 |
| 143:1, 143:7 | 172:21, 173:2 | 199:19, 200:2 | 227:5, 227:11 | 263:10, 263:16 |
| 143:14, 143:22 | 173:8, 173:16 | 200:7, 200:13 | 227:17, 228:9 | 263:21, 264:3 |
| 144:3, 144:15 | 173:23, 174:6 | 200:19, 201:13 | 228:17, 228:24 | 264:9, 264:14 |
| 144:21, 145:8 | 174:11, 174:20 | 201:19, 202:1 | 229:15, 229:24 | 265:13, 265:19 |
| 145:13, 146:4 | 174:25, 175:6 | 202:13, 202:21 | 230:12, 231:8 | 265:24, 266:4 |
| 146:10, 146:15 | 175:13, 175:19 | 203:2, 203:7 | 231:15, 231:24 | 266:10, 266:15 |
| 147:5, 147:10 | 175:25, 176:8 | 203:13, 203:23 | 233:8, 234:12 | 266:21, 267:1 |
| 147:15, 147:21 | 176:21, 177:3 | 204:5, 204:10 | 234:19, 235:1 | 267:6, 267:11 |
| 148:2, 148:8 | 177:10, 177:16 | 204:14, 204:22 | 235:9, 235:15 | 267:17, 267:23 |
| 149:3, 149:8 | 178:6, 178:12 | 205:4, 205:11 | 235:25, 236:10 | 268:12, 268:23 |

269:5, 269:10
269:15, 269:21
270:1, 270:6
270:12, 270:19
270:25, 271:5
271:11, 271:19
271:25, 272:5
272:18, 272:20
272:25, 273:13
273:20, 274:4
274:13, 274:19
274:25, 275:5
275:11, 275:17
275:23, 276:4
276:10, 276:16
276:22, 277:2
277:10, 278:1
278:6, 278:11
278:18, 278:25
279:15, 279:20
280:1, 280:5
280:12, 280:18
280:23, 281:3
281:8, 281:13
281:19, 282:4
282:10, 282:16
282:23, 283:3
283:8, 283:18
283:23, 284:3
284:20, 285:1
285:6, 285:11
285:18, 285:24
286:4, 286:10
286:16, 286:21
287:2, 287:9
287:14, 287:20
289:10, 289:18
289:24, 290:4
290:10, 291:15
291:23, 292:7
292:14, 292:25
293:8, 293:14
293:21, 294:19
294:25, 295:6
295:12, 295:18
296:10, 296:24

297:14, 297:20
298:3, 298:19
299:24, 300:5
300:10, 300:15
300:21, 301:1
301:7, 301:20
302:12, 303:4
303:12, 304:3
304:10, 305:3
305:9, 306:2
306:8, 306:14
307:9, 307:25
310:2, 310:8
310:23, 311:3
312:11, 312:18
312:24, 313:4
313:11, 314:13
314:20, 316:19
321:2, 322:13
322:17, 322:25
323:6, 323:13
323:21, 324:4
324:20, 325:1
325:11, 325:17
325:23, 326:18
327:3, 327:12
327:17, 328:4
329:11, 331:9
332:5, 332:10
332:16, 332:21
333:5, 333:16
333:20, 334:2
334:23, 335:4
335:9, 335:17
335:23, 336:6
336:12, 336:25
337:5, 337:12
337:17, 337:23
339:1, 339:7
339:18, 339:24
341:21, 342:3
342:12, 342:17
342:25, 343:7
**four** 115:7
124:24, 314:6
321:9

**fourth** 236:22
**frame** 13:12
16:2, 40:13
49:22, 55:7
55:24, 63:1
80:12, 91:12
93:3, 93:8
99:12, 102:13
104:6, 105:1
105:17, 105:18
112:17, 113:25
118:17, 121:13
127:23, 128:10
128:24, 129:4
131:9, 135:20
138:16, 141:21
147:18, 149:19
185:1, 188:25
190:7, 190:18
190:24, 197:1
206:18, 208:10
209:22, 210:3
210:8, 233:5
251:9, 252:17
253:16, 253:23
255:15, 334:14
335:2
**frame-up**
138:23, 139:4
193:6
**frame-ups**
191:7
**framed** 16:12
58:10, 87:23
98:7, 98:14
99:11, 140:2
184:19, 193:17
**framing** 15:22
17:15, 20:20
23:2, 61:4
66:11, 88:3
88:9, 104:1
122:16, 128:3
135:11, 138:5
189:14, 190:12
243:19, 252:10

254:4
**Francisco** 21:1
191:19, 194:7
194:17, 194:18
195:7, 195:11
195:22, 196:4
196:16, 197:1
197:11, 198:9
200:5
**Frank** 1:6, 5:18
261:25, 262:3
275:4, 275:8
277:13, 277:23
278:5, 278:14
346:6
**Frankie** 138:11
138:18
**FRCP** 346:18
**Fred** 135:25
136:2, 136:8
144:18, 145:2
263:13
**Freddie** 114:16
115:19, 203:16
203:19
**Freddy** 15:17
16:7
**free** 140:6
**frequently** 40:1
41:2, 190:17
**Frias** 324:23
325:4, 325:8
325:13, 325:19
326:1, 326:21
327:4, 327:20
329:2, 329:8
329:13, 329:19
329:23, 330:6
330:10, 331:1
**Frias's** 326:14
328:1, 328:15
330:23
**friend** 134:18
160:16, 160:23
162:9, 243:4
312:10

**friendly** 155:14
**friends** 47:21
75:8, 142:12
159:14, 165:12
185:21, 297:17
298:6
**friendship**
75:14, 78:13
79:16, 82:4
**Fro** 93:15
250:17, 254:20
254:23, 257:17
264:24, 265:4
265:9, 266:18
267:14, 295:20
310:19, 314:16
316:9, 316:11
320:9, 321:6
336:16
**Fro's** 267:3
310:16
**front** 119:23
152:16, 288:16
**fucking** 116:12
**full** 50:23, 52:1
224:23, 234:9
265:15, 292:17
297:24
**funeral** 165:11
166:20, 166:24
167:4, 167:6
167:19, 242:15
242:20
**funerals** 166:10
**further** 309:15
341:24, 343:10
346:18, 347:3
347:5
**FUSCO** 2:22
**future** 239:16

### G

**Gabriel** 22:9
339:16
**gain** 138:6

**Gamboney**
70:14
**game** 204:2
**gang** 32:11
32:14, 32:25
33:6, 33:10
36:16, 36:17
36:20, 36:21
36:23, 37:3
37:6, 37:16
38:2, 39:5, 39:6
39:8, 39:9
39:13, 39:21
40:1, 40:16
41:1, 41:6, 41:9
41:13, 41:20
41:25, 42:2
42:5, 42:11
42:11, 42:16
42:20, 42:23
43:3, 43:7
43:18, 44:9
44:10, 44:13
44:14, 44:18
44:24, 44:25
45:4, 45:11
45:16, 45:20
45:25, 46:1
46:16, 47:8
47:21, 48:6
48:20, 49:1
49:3, 49:6, 49:7
49:8, 49:16
50:5, 50:9
50:13, 51:8
51:21, 51:25
52:7, 52:10
52:11, 53:18
53:24, 56:10
56:12, 56:22
57:25, 58:16
59:6, 59:13
62:2, 90:5
90:23, 91:2
97:18, 98:19
100:20, 109:13

131:22, 137:4
137:9, 148:21
150:8, 164:6
165:11, 166:10
166:25, 169:10
180:13, 182:12
182:20, 186:11
186:15, 209:3
233:21, 239:24
277:5, 283:12
283:14, 283:15
299:11, 300:17
300:19, 314:1
314:7, 314:11
314:24, 315:20
**gang-related**
40:3
**gangbanger**
300:24
**gangbangers**
181:4, 254:4
**gangs** 32:19
33:13, 33:24
34:4, 34:6
37:17, 37:22
37:23, 38:4
38:8, 38:13
38:18, 38:22
39:2, 40:9
40:21, 48:10
51:4, 52:22
53:1, 104:20
165:10, 168:23
**Ganster** 48:14
**Garcia** 324:23
**gather** 45:10
53:5
**gathered** 44:9
**Gato** 128:20
**Gawrys** 240:13
340:18
**general** 116:23
180:11, 226:12
227:25, 228:3
228:5, 228:12
**generally**

170:15, 193:17
**genitalia** 245:17
**gentlemen**
182:21
**George** 91:13
91:17, 91:21
92:1, 92:4, 92:9
92:13, 93:22
114:13, 114:20
115:3, 115:12
117:10, 117:10
117:13, 118:4
118:4, 118:15
118:16, 118:17
118:25, 119:10
119:16, 120:1
120:8, 120:13
121:11, 121:18
123:15, 124:15
126:2, 126:12
128:22, 135:6
336:3, 336:3
336:9, 336:16
**Geraldo** 24:21
**getting** 49:9
64:11, 187:7
209:3, 220:6
278:21
**Gilbert** 56:16
58:7, 58:11
**girl** 122:5, 122:7
125:1, 125:5
125:17
**girlfriend** 122:6
222:2, 318:18
334:21, 335:14
**girlfriend's**
335:2
**girlfriends**
43:25, 222:21
**girls** 155:23
156:2, 156:6
156:12, 156:17
**give** 11:10
14:25, 21:1
79:10, 100:11

126:25, 147:23
219:22, 267:14
308:11, 308:15
308:15, 308:20
310:4
**given** 171:14
225:25, 233:21
345:18, 346:17
**giving** 10:17
218:13, 306:20
307:3, 339:22
**gloves** 309:17
**go** 6:4, 46:21
63:6, 80:9
118:8, 127:6
157:12, 168:6
173:5, 173:12
174:17, 204:2
206:13, 212:9
212:11, 219:25
236:12, 236:21
239:20, 259:21
280:10, 288:15
290:18, 295:9
298:9, 306:12
314:17, 322:15
322:19, 322:21
333:8, 335:1
335:13, 336:17
**goal** 123:21
149:5, 150:11
150:17, 197:22
270:21
**goes** 247:21
259:5, 292:3
**going** 5:3, 6:21
7:7, 7:8, 7:10
8:16, 9:3, 11:13
11:17, 11:19
11:24, 12:17
12:19, 19:22
19:24, 27:7
27:22, 28:25
30:17, 30:24
49:13, 67:22
71:10, 76:13

76:15, 82:3
92:21, 93:1
96:23, 101:17
104:25, 105:24
108:6, 109:2
129:9, 131:19
131:24, 143:18
152:5, 154:13
158:25, 172:11
177:8, 179:16
182:12, 183:22
184:19, 190:24
207:25, 208:4
208:11, 216:6
219:18, 221:8
222:13, 224:12
224:15, 229:1
232:13, 236:21
243:15, 247:12
260:22, 261:14
264:17, 266:2
267:13, 278:22
279:2, 287:22
293:24, 294:4
295:9, 297:6
297:25, 300:3
300:8, 302:8
303:7, 308:9
313:2, 315:15
327:25, 328:7
334:14, 335:1
335:13, 342:10
**Gomez** 23:13
23:16
**Gonzalez** 100:5
100:9, 100:25
101:12, 101:17
101:23, 102:2
201:22, 231:3
232:6, 268:14
268:15, 269:1
269:8, 269:13
269:18, 269:24
270:8, 271:22
280:4, 284:12
285:14, 286:23

287:5, 287:18
288:12, 288:16
288:20, 288:24
289:1, 289:2
292:5, 292:16
292:22, 293:2
293:5, 293:11
294:4, 294:9
294:15, 294:22
310:6, 310:11
323:11, 324:16
**Gonzalez's**
270:16, 292:2
**good** 5:23, 5:24
52:10, 182:11
220:19, 220:25
224:6, 225:16
243:4, 246:11
297:23, 298:5
312:9
**good-faith**
116:19
**Goosens** 268:1
284:13, 295:15
295:24, 296:4
296:8, 296:18
**Gotcha** 311:23
**GPR** 230:15
234:22
**Graciela** 25:5
**grade** 31:6, 31:9
**graduate** 31:9
**Grand** 59:23
60:4, 60:7
112:21, 193:23
**great** 52:7, 52:7
244:7
**grew** 32:20
**groin** 326:10
**ground** 6:4
255:1
**group** 2:4, 87:8
87:14, 87:16
87:21, 89:8
**grow** 31:15
31:18, 31:21

**growing** 38:25
**guaranteed**
120:15
**guess** 79:11
80:1, 121:6
135:13, 189:15
225:17, 229:18
239:22, 241:12
264:22
**Guevara** 1:5
1:11, 1:15, 2:9
5:11, 5:19, 5:23
6:13, 6:17, 10:6
20:10, 20:17
21:18, 22:1
23:14, 26:19
30:6, 36:12
36:23, 66:6
80:9, 129:15
129:17, 146:23
156:3, 157:18
174:23, 212:12
212:13, 224:15
225:2, 225:20
234:6, 240:12
248:11, 261:6
261:14, 261:21
273:6, 273:25
279:5, 312:5
326:5, 327:9
330:5, 341:17
345:1, 345:6
345:12, 346:5
346:10, 346:15
**Guevara's**
297:7, 311:12
**Guevera** 6:2
**guilt** 238:17
**guilty** 179:24
336:10
**gun** 233:24
234:2, 234:4
250:2, 255:2
257:19, 257:20
257:20, 314:2
314:17, 315:1

316:25
**guns** 39:17
47:15, 151:6
**gunshots** 254:25
**guy** 46:20, 67:25
76:5, 83:11
103:8, 112:2
122:10, 128:24
177:20, 178:16
178:17, 249:25
317:1
**guys** 159:23
180:23, 182:12
204:1, 225:7
233:24, 250:19
251:15, 254:22
254:24, 254:25
255:2, 255:3
256:22, 314:18
314:25, 316:10
316:24, 320:8
322:15, 324:9
343:16

**H**

**Halvorsen** 1:5
2:15, 5:13
114:19, 115:2
117:14, 119:6
124:4, 124:11
126:11, 126:24
189:16, 190:17
200:21, 200:25
215:4, 220:18
220:25, 231:6
233:15, 233:22
234:8, 235:19
237:22, 240:12
246:4, 246:11
248:4, 252:16
255:14, 256:4
258:24, 284:23
289:14, 289:15
324:1, 334:10
334:13, 337:8

346:5
**hand** 41:14
41:14, 224:15
255:2, 261:15
326:6, 345:18
**handed** 129:17
173:19
**handing** 129:12
279:5
**handled** 86:2
86:4
**hands-on**
189:21
**handwritten**
261:19, 262:23
**hang** 38:16
**hanging** 157:2
**happened** 48:24
65:5, 91:1
121:14, 121:19
167:4, 167:7
174:16, 180:7
210:23
**happening**
93:17
**happens** 268:25
**happy** 187:7
227:20, 319:4
**harass** 30:22
**harassing** 28:15
28:18, 147:5
155:25, 156:14
156:20
**harassment**
27:10, 27:19
28:12, 29:15
30:20, 31:3
**Hardison** 1:19
346:12, 347:15
**harm** 334:20
**head** 245:12
254:22, 257:21
304:15
**hear** 28:20
28:23, 324:9
**heard** 19:23

19:23, 85:4
211:18, 254:24
259:16, 289:1
316:23
**hearing** 11:10
297:7, 303:15
306:18, 309:3
309:16, 309:20
339:21, 340:3
**hearings** 13:17
14:1, 297:2
**Hector** 114:1
114:5, 116:7
117:15, 117:19
121:13, 131:8
135:2
**held** 157:25
166:20, 326:21
327:20
**help** 55:7, 55:12
55:24, 57:11
64:11, 67:5
68:20, 70:1
74:20, 74:23
78:7, 102:13
104:6, 105:1
118:16, 122:16
122:21, 122:21
131:9, 132:1
135:6, 137:9
141:21, 147:18
149:6, 149:10
218:1, 219:24
237:23, 322:7
**helped** 56:11
76:19, 87:3
99:5, 113:19
143:11
**helping** 110:19
132:14, 134:19
141:15, 190:7
**Henry** 98:8
**hereto** 1:24
**Hernandez**
78:12, 78:12
78:21, 79:2

79:6, 79:6
114:1, 114:5
116:12, 117:15
117:19, 121:13
131:8, 135:3
135:12, 135:20
138:16, 138:17
138:23, 139:4
139:13, 140:2
142:1, 142:7
143:17, 143:18
144:7, 288:12
288:17, 288:20
288:24, 289:1
295:25, 333:25
**Hernandez's**
116:7
**Hi** 225:13
**hide** 250:1
**high** 31:11
31:13, 40:12
132:19, 333:13
**highly** 51:3
53:1
**hired** 35:20
95:1, 95:2
101:4, 119:10
119:16, 142:7
336:9
**hiring** 35:24
96:12
**hit** 62:15, 62:19
69:11, 71:17
**hitting** 89:12
309:18
**hold** 36:9, 58:23
137:18, 233:21
**Homan** 251:24
316:2
**home** 47:13
47:16, 150:2
151:2, 151:6
152:10, 155:17
219:25, 243:3
250:13, 257:17
290:18, 293:18

313:25, 333:8
336:17
**homes** 39:13
**homicide** 36:9
39:20, 40:2
40:3, 40:22
41:15, 42:6
50:3, 90:9, 98:1
163:1, 163:3
203:20, 225:25
272:14, 272:22
275:20
**homicides** 40:13
40:16, 41:3
41:8, 41:20
42:1, 42:7
**honest** 14:9
14:9, 258:8
**hooded** 251:17
254:21, 315:14
**hook** 115:25
122:10, 184:25
**hooked** 117:23
184:19, 193:17
**hooking** 138:5
183:22
**hope** 201:15
219:23
**hopefully** 29:2
**hopeless** 219:17
**hopes** 210:9
**hoping** 201:21
**hotel** 261:8
**hours** 63:6, 63:6
229:5, 241:12
243:1, 257:1
257:17, 259:6
274:9, 274:17
**house** 126:19
233:20, 249:24
250:2, 256:23
257:18, 265:3
310:16, 314:7
314:24, 315:11
315:13, 317:17
335:2

**houses** 320:8
**Humboldt**
31:21, 31:21
31:24, 32:5
32:11, 33:24
34:5, 40:7
40:13, 45:5
87:9, 87:22
149:1, 149:11
149:22, 152:4
164:20, 169:3
253:23, 265:16
283:12
**humiliated**
219:11
**hung** 43:18
43:21
**hurt** 327:25
328:1
**hypothetical**
174:20

**I**

**Ibrahim** 94:1
94:7, 94:13
94:23, 95:1
95:7, 95:13
95:19, 96:5
96:17, 96:23
97:2, 97:13
102:6
**idea** 91:11
105:17, 118:3
**ideal** 38:1
**identification**
108:22, 176:3
176:5
**identifications**
79:1, 139:5
139:14, 208:23
**identified** 94:13
95:20, 113:13
174:23, 175:4
175:11, 175:17
175:22, 194:12

194:18, 198:18
198:23, 199:4
199:16, 199:24
265:2, 265:3
265:8, 321:5
**identifies** 226:7
**identify** 105:25
106:25, 107:15
107:24, 108:7
110:7, 111:1
126:13, 175:3
182:25, 224:21
261:16, 267:14
345:13
**Iglesias** 24:22
24:24
**ignored** 215:15
**IH-10** 1:22
347:17
**Illinois** 1:1, 2:11
2:18, 2:23, 3:6
9:2, 346:1
**illiterate** 339:5
**imagination**
225:17
**immediately**
168:2, 241:5
**Impala** 123:16
124:10
**imparted** 340:8
**Imperial** 48:14
**implicate**
114:21, 115:18
123:21, 127:16
197:5, 201:22
209:3, 219:24
266:2
**implicated** 13:2
210:17, 218:19
270:9, 295:10
305:19, 306:6
**implicating** 13:6
13:11, 280:4
287:6, 293:12
323:19
**implicitly**

302:25
**important** 44:14
312:3
**importantly**
62:19
**impressionable**
276:8
**imprisonment**
22:14
**incarceration**
24:16
**incident** 77:3
77:18, 77:19
82:5, 82:7
85:10, 232:19
232:21
**include** 236:3
236:6, 239:13
294:8
**included** 237:25
238:8
**including** 13:7
36:3, 62:24
144:13, 146:2
231:18, 245:12
258:25, 263:13
289:13
**incomplete**
174:20
**incriminate**
283:25
**incriminated**
14:10, 18:13
**incriminating**
18:19
**inculpate** 63:21
**inculpated**
208:18
**inculpatory**
62:25, 201:16
210:15, 218:13
228:13, 228:20
235:12, 271:9
324:18, 326:2
331:19, 339:10
**INDEX** 4:1

indicate 111:7
227:2, 259:16
indicated 12:16
12:18, 109:25
240:5, 313:20
indicates 232:1
232:4, 239:21
272:8, 272:12
indicating
234:16
indication
315:15
indirect 306:18
individual 17:13
64:6, 91:12
94:1, 113:25
130:15, 148:5
306:6, 331:6
individuals
15:13, 22:8
22:12, 29:25
44:24, 47:21
48:18, 51:20
85:16, 96:6
99:12, 109:20
110:6, 128:14
133:6, 142:2
181:11, 189:14
196:21, 210:8
218:19, 234:3
270:22, 284:7
305:20, 305:23
induced 218:13
inferences 307:1
informant 136:2
informants
50:23, 53:12
information
14:21, 19:23
41:18, 42:6
43:7, 43:12
43:17, 44:8
45:10, 51:22
53:6, 84:17
173:11, 177:25
178:2, 184:3

193:1, 198:3
198:8, 198:12
199:9, 207:18
244:8, 283:15
305:22
informed
202:24, 237:8
initial 170:6
199:23
initially 91:11
196:25
injuries 65:20
71:5, 71:11
71:16, 72:4
73:9
injuring 25:8
injury 86:5
inner 51:4
52:21, 53:1
inquiry 83:10
insert 30:17
insofar 237:16
317:7
instance 1:16
43:12, 49:1
82:24, 174:13
175:16
instructed
107:24
instrument
345:15
intelligence
42:12, 49:16
333:13
intended 253:16
intending
196:25
intention 161:13
interaction
162:8
interest 55:19
102:25, 143:25
144:5, 180:12
216:18, 220:7
287:17, 287:18
interested 8:12

347:7
interfered
141:22
interference
154:6
interfering
110:13, 117:20
interpret 204:20
interpreting
278:9
interrogate
296:3, 338:4
interrogated
61:23, 163:5
181:21, 192:5
197:24, 201:1
201:11, 222:7
260:10, 269:12
296:21, 325:14
331:5, 331:13
334:5
interrogating
197:4, 252:23
interrogation
63:14, 69:7
198:4, 198:9
217:3, 221:14
221:21, 244:22
269:17, 269:18
287:12, 304:25
318:18, 325:3
326:21, 327:20
329:18, 337:4
337:10
interrogations
217:10, 218:25
220:12, 340:8
interrupt 9:19
28:20, 248:20
interview 69:21
115:8, 130:15
170:10, 203:15
205:7, 207:11
236:25, 242:2
273:4, 273:5
277:14, 277:17

interviewed
37:10, 70:25
81:8, 81:17
204:21, 207:5
233:11, 237:2
241:16, 241:20
242:8
interviews
228:6, 229:8
intimate 33:23
34:4, 37:17
40:20, 54:4
283:11
intimately 98:2
143:3
intimidated
219:11
intricate 53:18
53:23
introduced
153:6, 298:1
introduction
152:10
inventoried
232:24
inventory
171:25
investigate 89:2
166:11
investigated
39:8, 119:6
145:23, 163:25
investigating
41:8, 41:19
42:1, 42:6
45:21, 48:2
90:5, 100:19
230:9, 230:15
investigation
4:8, 22:20
56:16, 58:22
97:19, 100:4
100:15, 170:6
171:8, 171:14
173:12, 176:24
177:7, 177:7

177:13, 177:19
178:15, 179:10
222:13, 226:1
229:19, 232:15
237:7, 240:14
240:17, 272:10
272:13, 272:14
272:22, 274:23
276:20, 277:8
285:15, 285:15
investigations
39:21, 40:2
40:3, 40:23
56:9, 56:11
125:12, 164:6
190:2
investigative
4:10, 170:25
171:6, 171:13
172:1, 172:5
172:11, 173:6
173:13, 179:4
183:1, 197:10
197:16, 200:10
224:24, 225:21
225:22, 225:23
225:25, 226:5
226:8, 226:16
227:25, 231:18
232:5, 288:1
288:3
involve 223:3
involved 38:22
40:1, 40:22
41:7, 54:21
54:25, 58:22
90:5, 90:23
97:19, 98:2
99:23, 100:4
114:5, 132:10
135:11, 157:19
161:3, 164:6
169:3, 180:20
196:10, 196:16
196:21, 200:10
212:23, 215:20

220:18, 221:14
237:3, 237:18
251:16, 251:16
257:14, 258:13
270:16, 285:8
302:2, 305:23
**involvement**
30:1, 38:8, 88:9
192:21, 205:14
208:1, 228:14
228:21, 235:21
246:17, 274:16
278:15, 296:13
338:12, 338:25
**involving** 77:19
148:5
**irrelevance**
30:19
**issue** 78:7
**issues** 86:11
87:3
**it'll** 29:2

**J**

**Jackson** 2:17
**Jacques** 17:13
17:15, 18:3
18:3, 18:5, 18:9
18:10, 18:18
19:6, 19:12
19:15, 20:7
90:6, 90:10
**jail** 96:7, 158:25
207:6, 207:11
209:9, 213:13
236:24, 237:1
237:8, 257:15
**January** 56:17
56:23, 59:2
59:7, 61:12
75:4, 106:19
298:6, 299:4
303:15
**Jason** 145:11
145:15, 145:18

146:6, 146:13
146:17, 147:7
147:12, 147:17
147:24, 337:20
**Jeffrey** 251:23
**JEngquist@jso...**
2:19
**Jennifer** 2:3, 5:6
5:25, 8:15, 9:19
261:16, 272:9
**Jennifer@bonj...**
2:7
**Jessica** 122:7
122:22, 123:4
123:20, 124:1
124:19, 124:25
125:4, 125:23
126:12, 126:22
127:6
**Jimenez** 105:2
105:6, 106:7
106:12, 106:16
109:4
**Jimenez's** 107:1
**Joe** 52:11, 52:15
54:3, 55:11
55:23, 99:17
99:22, 99:22
102:12, 102:24
103:14, 103:25
104:19, 105:16
106:23, 108:4
110:6, 110:14
110:19, 111:17
111:20, 112:11
113:24, 114:19
115:2, 115:24
116:6, 116:11
117:13, 118:17
130:23, 131:1
142:2, 144:6
153:7, 155:7
**Joel** 135:20
**John** 101:9
**Johns** 2:5
**Johnson** 16:12

16:18, 17:2
98:8, 98:14
**Johnson's** 16:21
17:3
**Join** 75:23
143:23, 218:5
273:14, 273:22
276:6, 276:12
276:17, 277:4
277:12
**joined** 9:21
**Jonathan**
107:10, 107:14
**Jondalyn**
144:24, 145:1
**Jose** 1:3, 4:14
4:18, 5:7, 5:9
6:1, 11:6, 21:7
21:11, 83:22
84:4, 84:10
145:6, 150:2
150:7, 154:5
154:12, 154:17
155:8, 197:5
231:2, 232:6
232:20, 234:2
236:23, 236:25
237:1, 237:2
237:8, 237:17
239:21, 241:16
248:9, 249:15
264:23, 269:18
273:5, 273:6
273:16, 273:23
277:14, 279:7
286:23, 287:5
295:10, 318:19
319:15, 333:24
346:3
**Joseph** 53:22
98:24, 106:12
106:16, 136:5
136:13, 138:10
138:15, 138:22
140:1, 141:15
144:12, 145:5

148:21, 150:2
151:3, 152:22
153:22
**Josh** 2:16, 5:12
176:10, 225:10
225:11
**JR** 1:3, 346:3
**Juan** 1:3, 16:11
16:18, 16:21
17:1, 78:11
79:2, 79:6, 98:7
98:14, 135:12
138:23, 139:4
142:7, 346:3
**Judge** 101:9
102:2, 119:23
120:25, 309:9
339:20
**judges** 66:13
**judgment** 19:24
20:4, 98:15
**July** 186:1
186:4, 187:8
187:9, 187:15
190:24, 191:6
202:23, 203:10
204:21, 206:10
232:17, 233:4
233:10, 234:14
234:24, 235:13
238:23, 257:14
324:22
**jumped** 85:16
**June** 34:12
**Junito** 119:1
119:12, 119:18
120:9, 146:2
333:25, 334:15
**jury** 4:17, 17:2
17:7, 19:11
98:13, 314:23
316:1, 316:8
**Justice** 87:17
**justify** 236:7
238:1, 238:6
239:15, 284:6

**Justin** 2:10
5:10
**justin@ilesq.com**
2:13
**Justine** 288:8
**Justino** 284:12
286:18, 287:6
287:12, 287:16
288:10, 289:21
290:6, 290:12
291:6, 323:11
**juvenile** 92:5

**K**

**Kedzie** 160:5
265:2
**keep** 84:17
173:13, 219:5
257:3, 288:21
299:20
**kept** 42:16, 48:6
155:8
**Kevin** 11:12
85:6, 167:8
167:13, 168:1
168:12, 230:24
233:1, 251:10
252:10, 274:17
**Keystone**
114:11, 115:20
121:14, 121:20
127:24
**kids** 86:23
105:25, 223:17
223:23, 263:25
335:14
**kill** 233:1, 294:5
315:15, 317:23
**killed** 167:8
167:14, 168:17
181:11, 257:2
259:9, 259:25
318:2
**kilograms** 135:1
**kilos** 131:17

**Kimball** 256:23
**kind** 204:1
**king** 32:25
  32:25, 48:14
  48:25, 105:7
  136:17, 136:17
  157:4, 166:25
  169:9, 191:13
  191:14, 191:19
  239:24, 251:23
  257:18, 257:18
  257:19, 257:20
  258:12, 265:7
**kingpin** 136:20
**Kings** 33:5
  150:8, 186:15
  191:7, 205:24
  233:19, 234:1
  240:7, 249:24
  249:25, 249:25
  250:16, 250:16
  250:17
**kitchen** 153:7
  153:23
**knew** 49:13
  51:7, 51:11
  51:15, 66:11
  76:1, 76:14
  84:3, 84:9, 89:7
  96:22, 104:11
  106:23, 109:1
  109:3, 110:5
  115:13, 126:6
  158:8, 168:22
  169:2, 169:14
  182:6, 184:8
  186:14, 191:18
  204:2, 204:25
  205:18, 215:8
  215:13, 215:19
  215:24, 235:11
  235:20, 237:5
  244:12, 247:6
  253:11, 253:15
  264:24, 265:1
  265:21, 266:23

267:8, 267:21
268:5, 275:8
275:13, 275:19
277:6, 282:25
283:5, 286:7
290:1, 291:18
300:7, 301:3
301:22, 302:2
302:7, 303:7
310:19, 313:1
315:14, 320:24
321:25, 342:5
**know** 7:19, 8:6
15:7, 29:12
52:10, 53:22
58:24, 66:10
77:18, 81:2
91:17, 91:21
93:14, 93:25
102:1, 108:13
130:18, 130:20
133:7, 135:25
143:9, 144:23
146:25, 151:12
153:19, 160:22
164:5, 168:11
179:15, 181:20
191:12, 191:18
219:23, 219:24
221:7, 221:7
221:8, 223:16
224:19, 237:17
238:15, 239:23
242:13, 247:5
253:15, 259:23
261:9, 263:6
265:15, 268:1
274:9, 293:24
295:14, 298:22
299:19, 308:20
327:9, 329:14
342:21
**knowing** 8:12
146:13, 234:9
284:16, 292:17
297:24

**knowingly**
  303:24, 321:19
**knowledge**
  33:23, 34:4
  37:17, 37:22
  37:23, 38:3
  38:7, 40:21
  53:18, 53:24
  54:5, 137:3
  137:8, 142:22
  205:8, 213:17
  216:1, 229:12
  229:21, 233:17
  234:16, 235:21
  283:11, 283:14
  296:15, 312:21
**knowledgeable**
  39:1, 51:3, 53:1
**known** 87:16
  92:9, 114:1
  124:20, 131:8
  142:24, 169:3
  310:6, 314:1
  333:25, 345:12
**Koole** 1:21, 3:10
  347:16

## L

**language** 30:8
  151:19, 159:5
  304:8, 328:12
**large** 217:3
**LaSalle** 2:11
**late** 40:8, 88:15
  100:3, 100:21
  152:22, 153:24
**Latin** 32:25
  32:25, 33:5
  33:13, 33:24
  39:2, 48:14
  48:25, 105:7
  150:8, 157:4
  166:25, 169:8
  186:15, 191:7
  191:13, 191:18

205:24, 233:19
239:24, 240:7
249:24, 249:25
249:25, 250:16
251:22, 265:7
**laugh** 297:23
**Laureano** 91:13
  91:17, 91:22
  92:1, 92:5, 92:9
  92:14, 93:13
  93:22, 114:13
  114:20, 115:3
  115:12, 117:11
  117:13, 118:4
  118:4, 118:8
  118:16, 118:18
  118:25, 119:10
  119:16, 120:1
  120:8, 120:13
  121:12, 121:19
  122:9, 122:15
  123:4, 123:15
  124:15, 126:2
  126:12, 126:24
  127:5, 128:22
  135:6, 336:3
  336:4, 336:9
  336:16
**Laureano's**
  122:20
**law** 2:4, 2:17
  238:17
**lawsuit** 6:1, 8:4
  8:13, 20:25
  21:20, 83:1
  85:23, 87:8
  89:17
**lawsuits** 9:1, 9:4
  9:6, 20:11, 22:8
  25:18
**lawyer** 83:5
  83:9, 214:10
**lawyers** 11:2
  276:8, 299:16
**laying** 316:24
**lead** 57:11

57:20, 90:13
255:21, 255:21
**leadership**
  276:20
**leading** 271:2
**learn** 188:13
**learned** 45:25
  202:8, 233:25
  263:23, 297:10
**learning** 333:19
**leave** 76:11
  76:12, 217:20
  220:24, 245:25
  246:5, 264:13
  291:7, 329:14
  332:19
**leaving** 66:11
  217:16
**Lee** 237:24
**left** 66:1, 113:14
  126:23, 216:11
  233:25, 288:14
  316:4, 317:2
**legal** 13:9, 18:23
  46:9, 76:20
  78:7, 83:10
  83:11, 86:11
  87:3, 99:25
  156:20, 238:19
  247:3, 247:5
  247:10
**legitimate**
  286:14
**legs** 62:20
**Leinenweber**
  2:10, 2:10, 5:10
  5:10, 6:14, 6:18
  6:22, 6:24, 7:5
  7:12, 8:8, 8:14
  9:10, 9:17, 10:4
  10:9, 10:23
  12:4, 12:13
  13:3, 13:8
  13:14, 13:21
  14:5, 14:13
  14:19, 15:2

| | | | | |
|---|---|---|---|---|
| 15:14, 15:24 | 41:23, 42:3 | 61:25, 62:6 | 82:10, 82:17 | 102:21, 103:2 |
| 16:4, 16:9 | 42:8, 42:13 | 62:12, 62:17 | 82:22, 83:3 | 103:5, 103:11 |
| 16:15, 16:24 | 42:18, 42:25 | 62:21, 63:2 | 83:7, 83:13 | 103:17, 103:22 |
| 17:5, 17:10 | 43:5, 43:9 | 63:8, 63:12 | 83:18, 83:25 | 104:3, 104:8 |
| 17:17, 17:23 | 43:14, 43:19 | 63:18, 63:23 | 84:7, 84:13 | 104:13, 104:22 |
| 18:14, 18:22 | 43:23, 44:2 | 64:3, 64:8 | 84:19, 84:25 | 105:3, 105:8 |
| 19:3, 19:8 | 44:6, 44:11 | 64:13, 64:19 | 85:7, 85:12 | 105:13, 105:20 |
| 19:18, 20:2 | 44:16, 44:21 | 65:2, 65:8 | 85:18, 85:24 | 106:2, 106:8 |
| 20:13, 20:22 | 45:1, 45:7 | 65:14, 65:18 | 86:7, 86:13 | 106:13, 106:21 |
| 21:4, 21:9 | 45:12, 45:17 | 65:23, 66:3 | 86:19, 86:24 | 107:2, 107:7 |
| 21:15, 21:23 | 45:22, 46:2 | 66:7, 66:15 | 87:4, 87:11 | 107:11, 107:16 |
| 22:5, 22:15 | 46:6, 46:10 | 66:21, 67:1 | 87:18, 87:24 | 108:1, 108:8 |
| 22:22, 23:4 | 46:14, 46:24 | 67:7, 67:11 | 88:5, 88:11 | 108:14, 108:18 |
| 23:10, 23:19 | 47:3, 47:10 | 67:15, 67:19 | 88:16, 88:20 | 108:23, 109:5 |
| 24:3, 24:12 | 47:17, 47:23 | 67:23, 68:2 | 88:24, 89:4 | 109:11, 109:17 |
| 24:18, 25:2 | 48:4, 48:7 | 68:8, 68:13 | 89:10, 89:14 | 109:23, 110:3 |
| 25:10, 25:19 | 48:11, 48:21 | 68:18, 68:23 | 89:19, 90:1 | 110:9, 110:15 |
| 26:6, 26:16 | 49:4, 49:11 | 69:4, 69:8 | 90:7, 90:11 | 110:21, 111:5 |
| 26:25, 27:5 | 49:18, 50:1 | 69:13, 69:18 | 90:15, 90:20 | 111:9, 111:14 |
| 27:9, 27:18 | 50:6, 50:10 | 69:22, 70:4 | 91:3, 91:8 | 111:23, 112:4 |
| 28:2, 28:11 | 50:16, 50:20 | 70:10, 70:16 | 91:14, 91:19 | 112:8, 112:14 |
| 28:17, 28:19 | 51:1, 51:5, 51:9 | 70:21, 71:1 | 91:23, 92:2 | 112:18, 112:23 |
| 28:25, 29:5 | 51:13, 51:17 | 71:7, 71:13 | 92:7, 92:11 | 113:3, 113:8 |
| 29:10, 29:14 | 51:23, 52:2 | 71:19, 71:22 | 92:17, 92:23 | 113:16, 113:21 |
| 30:3, 30:17 | 52:8, 52:13 | 72:1, 72:7 | 93:4, 93:10 | 114:2, 114:7 |
| 30:24, 31:4 | 52:18, 52:23 | 72:12, 72:17 | 93:16, 93:18 | 114:23, 115:4 |
| 32:1, 32:7 | 53:3, 53:8 | 72:23, 73:5 | 93:23, 94:4 | 115:10, 115:14 |
| 32:12, 32:17 | 53:13, 53:20 | 73:11, 73:17 | 94:10, 94:19 | 115:21, 116:2 |
| 32:21, 33:1 | 54:1, 54:7 | 73:21, 74:3 | 95:3, 95:9 | 116:8, 116:14 |
| 33:7, 33:11 | 54:12, 54:18 | 74:9, 74:15 | 95:16, 95:22 | 116:22, 116:25 |
| 33:17, 33:21 | 54:23, 55:3 | 74:21, 74:25 | 96:2, 96:8 | 117:2, 117:4 |
| 34:1, 34:7 | 55:9, 55:14 | 75:5, 75:10 | 96:14, 96:19 | 117:6, 117:16 |
| 34:25, 35:4 | 55:21, 56:1 | 75:15, 75:21 | 96:25, 97:4 | 117:21, 117:25 |
| 35:8, 36:5 | 56:5, 56:13 | 76:2, 76:7 | 97:10, 97:15 | 118:6, 118:10 |
| 36:10, 36:18 | 56:18, 57:3 | 76:16, 76:22 | 97:21, 98:4 | 118:19, 118:22 |
| 36:24, 37:4 | 57:8, 57:12 | 77:6, 77:9 | 98:10, 98:16 | 119:2, 119:8 |
| 37:12, 37:18 | 57:17, 57:22 | 77:12, 77:20 | 98:20, 99:2 | 119:13, 119:19 |
| 37:24, 38:5 | 58:2, 58:8 | 78:3, 78:9 | 99:8, 99:13 | 120:3, 120:10 |
| 38:10, 38:14 | 58:12, 58:19 | 78:15, 78:22 | 99:18, 99:24 | 120:16, 120:21 |
| 38:19, 38:23 | 59:3, 59:11 | 79:3, 79:12 | 100:6, 100:8 | 121:1, 121:8 |
| 39:3, 39:10 | 59:15, 59:20 | 79:18, 79:23 | 100:10, 100:16 | 121:15, 121:21 |
| 39:14, 39:18 | 59:25, 60:5 | 79:25, 80:3 | 100:22, 101:2 | 122:2, 122:12 |
| 39:22, 40:4 | 60:10, 60:17 | 80:14, 80:19 | 101:6, 101:10 | 122:18, 122:25 |
| 40:10, 40:18 | 60:22, 61:1 | 80:25, 81:4 | 101:14, 101:19 | 123:6, 123:12 |
| 40:24, 41:4 | 61:5, 61:10 | 81:9, 81:14 | 101:24, 102:4 | 123:17, 123:23 |
| 41:10, 41:16 | 61:15, 61:20 | 81:18, 81:25 | 102:9, 102:15 | 124:2, 124:6 |

| | | | | |
|---|---|---|---|---|
| 124:12, 124:17 | 147:20, 148:1 | 170:7, 170:12 | 193:3, 193:8 | 214:19, 215:1 |
| 124:22, 125:2 | 148:7, 148:13 | 170:19, 171:2 | 193:14, 193:19 | 215:6, 215:11 |
| 125:7, 125:13 | 148:18, 149:2 | 171:10, 171:16 | 193:24, 194:4 | 215:16, 215:21 |
| 125:18, 125:25 | 149:7, 149:12 | 171:21, 172:2 | 194:10, 194:15 | 216:2, 216:7 |
| 126:4, 126:9 | 149:16, 149:23 | 172:8, 172:14 | 194:20, 194:25 | 216:13, 216:19 |
| 126:15, 126:20 | 150:4, 150:14 | 172:20, 173:1 | 195:4, 195:8 | 216:24, 217:5 |
| 127:1, 127:8 | 150:19, 150:24 | 173:7, 173:15 | 195:13, 195:18 | 217:11, 217:17 |
| 127:13, 127:18 | 151:8, 151:15 | 173:22, 174:5 | 195:24, 196:6 | 217:22, 218:3 |
| 127:25, 128:5 | 151:20, 151:25 | 174:10, 174:19 | 196:12, 196:18 | 218:9, 218:15 |
| 128:11, 128:16 | 152:6, 152:12 | 174:24, 175:5 | 196:23, 197:2 | 218:21, 219:2 |
| 129:1, 129:6 | 152:18, 152:25 | 175:12, 175:18 | 197:12, 197:18 | 219:7, 219:13 |
| 129:19, 129:22 | 153:14, 153:20 | 175:24, 176:7 | 197:25, 198:5 | 219:19, 220:1 |
| 129:25, 130:11 | 154:1, 154:8 | 176:10, 176:13 | 198:10, 198:15 | 220:8, 220:14 |
| 130:21, 131:4 | 154:15, 154:19 | 176:20, 177:2 | 198:20, 198:25 | 220:20, 221:2 |
| 131:10, 132:2 | 154:25, 155:4 | 177:9, 177:15 | 199:6, 199:11 | 221:10, 221:17 |
| 132:7, 132:11 | 155:10, 155:24 | 177:22, 178:5 | 199:18, 200:1 | 221:23, 222:4 |
| 132:15, 132:21 | 156:4, 156:8 | 178:11, 178:18 | 200:6, 200:12 | 222:9, 222:16 |
| 133:2, 133:9 | 156:13, 156:19 | 178:24, 179:5 | 200:18, 200:23 | 222:23, 223:5 |
| 133:15, 133:19 | 156:25, 157:5 | 179:12, 179:18 | 201:3, 201:7 | 223:12, 223:15 |
| 133:23, 134:4 | 157:10, 157:21 | 180:1, 180:8 | 201:12, 201:18 | 223:19, 223:25 |
| 134:15, 134:23 | 158:1, 158:6 | 180:15, 180:21 | 201:25, 202:11 | 224:3, 224:6 |
| 135:8, 135:15 | 158:10, 158:15 | 181:1, 181:6 | 202:20, 203:1 | 224:18, 224:21 |
| 135:21, 136:11 | 158:20, 159:1 | 181:12, 181:18 | 203:6, 203:12 | 225:6, 225:9 |
| 136:15, 136:21 | 159:9, 159:15 | 182:1, 182:7 | 203:17, 203:22 | 225:12, 225:14 |
| 136:25, 137:5 | 159:20, 160:2 | 182:14, 182:22 | 204:4, 204:10 | 225:17, 226:2 |
| 137:11, 137:15 | 160:7, 160:12 | 183:5, 183:13 | 204:14, 204:22 | 226:9, 226:13 |
| 137:20, 138:1 | 160:18, 160:25 | 183:18, 183:24 | 205:3, 205:10 | 227:4, 227:10 |
| 138:7, 138:12 | 161:6, 161:11 | 184:5, 184:10 | 205:16, 205:21 | 227:16, 227:22 |
| 138:19, 138:25 | 161:16, 161:22 | 184:15, 184:21 | 206:1, 206:6 | 228:8, 228:16 |
| 139:6, 139:11 | 162:4, 162:11 | 185:3, 185:8 | 206:14, 206:20 | 228:23, 229:14 |
| 139:18, 139:24 | 162:17, 162:23 | 185:13, 185:18 | 207:1, 207:7 | 229:23, 230:11 |
| 140:3, 140:7 | 163:8, 163:14 | 185:23, 186:7 | 207:13, 207:19 | 230:18, 231:8 |
| 140:12, 140:23 | 163:20, 164:2 | 186:12, 186:16 | 207:22, 208:2 | 231:14, 231:23 |
| 141:6, 141:11 | 164:10, 164:16 | 186:22, 187:3 | 208:7, 208:13 | 232:7, 232:11 |
| 141:17, 141:23 | 164:23, 165:6 | 187:10, 187:17 | 208:19, 208:24 | 233:7, 234:11 |
| 142:4, 142:9 | 165:14, 165:21 | 187:23, 188:3 | 209:5, 209:11 | 234:18, 234:25 |
| 142:14, 142:19 | 165:23, 166:2 | 188:9, 188:16 | 209:19, 209:24 | 235:8, 235:14 |
| 142:25, 143:6 | 166:6, 166:12 | 188:22, 189:3 | 210:4, 210:11 | 235:24, 236:9 |
| 143:13, 143:21 | 166:17, 166:22 | 189:10, 189:17 | 210:18, 210:25 | 236:17, 237:13 |
| 144:2, 144:8 | 167:1, 167:10 | 189:23, 190:3 | 211:5, 211:10 | 237:20, 238:3 |
| 144:14, 144:20 | 167:16, 167:22 | 190:9, 190:13 | 211:20, 211:25 | 238:12, 238:18 |
| 145:8, 145:13 | 168:3, 168:9 | 190:20, 191:1 | 212:6, 212:15 | 238:24, 239:2 |
| 145:20, 145:24 | 168:14, 168:20 | 191:9, 191:15 | 212:20, 212:25 | 239:5, 239:9 |
| 146:3, 146:9 | 168:24, 169:5 | 191:21, 192:2 | 213:8, 213:14 | 239:17, 240:2 |
| 146:14, 147:4 | 169:11, 169:16 | 192:8, 192:13 | 213:21, 214:1 | 240:8, 240:19 |
| 147:9, 147:14 | 169:22, 170:2 | 192:18, 192:22 | 214:6, 214:12 | 241:1, 241:8 |

241:15, 241:18
241:23, 242:3
242:10, 242:16
242:21, 243:5
243:10, 243:16
243:23, 244:3
244:9, 244:14
244:19, 244:25
245:8, 245:13
245:18, 245:23
246:2, 246:7
246:13, 246:20
247:2, 247:9
247:16, 247:25
248:6, 248:15
248:19, 248:24
249:2, 249:8
249:13, 249:17
249:21, 250:4
250:8, 250:14
250:24, 251:5
251:11, 252:5
252:12, 252:19
252:25, 253:7
253:13, 253:18
253:25, 254:5
254:11, 254:16
255:7, 255:12
255:17, 255:24
256:7, 256:12
256:18, 257:6
257:11, 257:25
258:5, 258:9
258:14, 258:20
259:2, 259:12
259:17, 260:1
260:7, 260:12
260:18, 260:25
261:4, 261:12
262:6, 262:12
262:19, 262:25
263:4, 263:9
263:15, 263:20
264:2, 264:8
264:14, 265:12
265:18, 265:23

266:3, 266:9
266:14, 266:20
266:25, 267:5
267:10, 267:16
267:22, 268:3
268:7, 268:11
268:19, 268:22
269:4, 269:9
269:14, 269:20
269:25, 270:5
270:11, 270:18
270:24, 271:4
271:10, 271:18
271:24, 272:4
272:17, 272:24
273:12, 273:19
274:3, 274:12
274:19, 274:24
275:5, 275:10
275:16, 275:22
276:3, 276:9
276:15, 276:21
277:1, 277:9
277:18, 277:25
278:6, 278:10
278:17, 278:24
279:14, 279:19
279:25, 280:5
280:11, 280:17
280:22, 281:2
281:7, 281:12
281:18, 282:3
282:9, 282:15
282:22, 283:2
283:8, 283:17
283:22, 284:2
284:8, 284:14
284:19, 284:25
285:5, 285:10
285:17, 285:23
286:3, 286:9
286:15, 286:20
287:1, 287:8
287:13, 287:19
287:24, 288:2
288:4, 288:6

289:9, 289:17
289:23, 290:3
290:9, 290:15
290:19, 290:25
291:4, 291:9
291:15, 291:22
292:6, 292:13
292:19, 292:24
293:7, 293:14
293:20, 294:1
294:6, 294:12
294:18, 294:24
295:5, 295:11
295:17, 295:22
296:1, 296:5
296:9, 296:23
297:13, 297:19
298:2, 298:18
298:24, 299:5
299:9, 299:17
299:23, 300:4
300:9, 300:14
300:20, 300:25
301:6, 301:19
301:25, 302:5
302:11, 302:16
302:22, 303:3
303:11, 304:2
304:9, 304:17
304:20, 305:2
305:8, 305:13
306:2, 306:7
306:13, 306:23
307:4, 307:8
307:14, 307:19
307:25, 308:6
308:14, 308:19
308:23, 308:25
309:5, 309:8
309:12, 310:1
310:7, 310:13
310:17, 310:22
311:2, 311:8
311:10, 311:19
311:23, 312:2
312:11, 312:17

312:23, 313:3
313:10, 313:17
313:22, 314:3
314:12, 314:19
315:2, 315:9
315:17, 315:23
316:6, 316:13
316:18, 317:4
317:9, 317:13
317:20, 318:3
318:10, 318:15
318:21, 318:24
319:2, 319:24
320:4, 320:10
320:15, 320:19
321:1, 321:12
321:17, 321:22
322:2, 322:8
322:12, 322:17
322:24, 323:6
323:13, 323:20
324:3, 324:6
324:9, 324:12
324:14, 324:19
324:25, 325:6
325:10, 325:16
325:22, 326:3
326:7, 326:12
326:17, 326:23
327:2, 327:11
327:16, 327:22
328:3, 328:9
328:13, 328:17
328:21, 328:25
329:5, 329:10
329:16, 329:21
330:2, 330:7
330:12, 330:16
330:20, 330:24
331:3, 331:8
331:16, 331:21
331:25, 332:4
332:9, 332:15
332:20, 333:1
333:4, 333:10
333:15, 333:20

334:2, 334:7
334:11, 334:16
334:22, 335:3
335:9, 335:16
335:22, 336:5
336:11, 336:18
336:21, 336:25
337:5, 337:11
337:16, 337:22
337:25, 338:14
338:17, 338:21
339:1, 339:6
339:12, 339:17
339:23, 340:4
340:9, 340:14
340:20, 340:24
341:4, 341:8
341:12, 341:20
342:2, 342:7
342:11, 342:17
342:19, 342:24
343:6, 343:11
343:16, 343:20
**LeMoyne** 257:1
  265:6
**leniency** 307:1
**lenient** 341:1
**level** 145:6
  333:13
**leverage** 111:21
**liable** 89:22
**libel** 89:13
**liberty** 7:21
**lie** 69:25, 70:19
  71:21, 71:24
  134:19, 147:12
  147:17, 210:16
  248:14, 249:4
  273:17, 310:21
  313:2, 320:22
**lied** 72:11
  134:10, 323:17
  340:2
**life** 26:4, 76:21
  140:11, 244:18
  338:15, 338:24

**light** 87:10, 89:9
251:21
**limitations**
156:17
**limited** 218:25
**line** 30:18, 96:12
309:9, 309:13
**lines** 167:21
221:6
**lineup** 93:2
93:14, 94:8
107:14, 109:15
174:14, 174:15
174:17, 175:9
175:10, 175:16
175:23, 176:2
193:23, 194:3
194:8, 194:14
194:19, 195:3
195:6, 195:11
195:17, 195:22
196:4, 198:23
199:4, 199:24
**lineups** 174:22
175:3, 175:3
175:22, 198:13
198:19
**litany** 142:23
**literally** 193:6
**litigating** 227:20
**litigation** 3:5
82:15, 82:20
**little** 16:13, 29:1
29:2, 97:24
202:15, 219:23
224:13, 264:20
**lived** 264:25
265:4, 310:20
320:8
**lives** 223:3
285:9
**living** 32:16
**LLC** 2:10, 2:22
**Lluvia** 250:1
250:1, 250:11
250:17, 251:17

254:20, 254:21
254:23, 255:1
256:24, 256:25
257:1, 257:2
257:17, 264:24
265:3, 265:5
265:21, 266:2
310:6, 314:1
314:6, 314:10
314:16, 315:10
315:13, 316:9
316:11, 316:25
317:23, 318:1
318:7, 318:9
320:8, 321:6
**locate** 145:2
**located** 39:6
**locations** 43:17
**locked** 236:23
257:14
**lockup** 63:5
63:6, 127:6
146:18, 146:20
**lodged** 8:7, 8:13
12:2, 15:11
**log** 171:25
171:25, 226:6
**logic** 214:15
**loitering** 49:8
**long** 35:11
78:13, 219:6
329:14
**longer** 213:13
**look** 46:21
47:14, 49:2
107:20, 110:25
129:15, 131:13
181:20, 224:17
225:3, 227:24
228:1, 230:20
279:2, 287:22
291:25
**looked** 10:12
94:17, 113:12
254:25, 316:23
**looking** 39:16

87:7, 123:20
130:5, 151:6
261:17
**lookout** 288:23
**looks** 187:8
**loose** 265:7
**lose** 225:6
225:7
**losing** 164:19
**lost** 225:9
225:12, 248:21
319:3
**lot** 57:20
140:21, 141:1
142:17, 150:23
164:14, 168:18
268:24, 321:9
**Louis** 251:25
251:25, 288:20
293:19, 316:3
316:4
**loved** 38:17
88:4, 88:9
164:19
**lower** 145:6
**loyalties** 302:15
**loyalty** 138:11
**lull** 271:16
**Lydia** 1:19
346:12, 347:15
**lying** 74:20
210:22, 218:14

## M

**ma'am** 6:6, 6:9
6:12, 7:2, 7:24
8:5, 8:10, 9:7
10:10, 10:15
11:5, 11:17
**machine** 1:20
288:14, 289:2
**Macho** 159:19
160:23
**Macho's** 242:14
242:20

**mainland**
126:23
**maintain** 48:1
**maintained** 43:6
43:17, 45:15
47:1, 49:16
50:5, 170:24
171:19, 172:18
172:24, 173:20
226:8
**maintaining**
44:23
**major** 204:3
**making** 97:8
97:13, 134:10
178:9, 263:14
263:19, 271:8
287:17, 290:7
290:13, 332:24
342:22
**Maldonado**
30:11, 30:14
**man** 87:17
102:19, 105:6
112:13
**managed**
101:12, 336:9
**Mandeltort**
303:22, 323:3
323:10, 323:17
323:24
**manipulate**
208:23, 276:1
**manipulated**
277:7
**manipulating**
139:4
**manipulation**
139:15
**manner** 66:1
**Manuel** 128:14
**manufacturing**
24:15
**March** 331:6
334:6
**Marcos** 100:5

100:9, 100:25
101:12, 101:17
101:23
**Mario** 3:10
25:9, 58:5
58:10
**marital** 26:21
**mark** 129:9
224:12, 260:22
**marked** 4:7
129:11, 129:13
224:14, 224:16
260:24, 261:15
279:4, 279:6
297:5, 311:5
**marking** 297:6
**markings** 69:10
**marks** 5:1, 66:1
66:11, 217:16
217:21, 264:13
**married** 26:24
27:4, 27:13
27:17, 27:20
30:11, 30:14
**Marty** 205:25
206:5
**Mason** 213:18
**material** 173:5
174:9, 305:6
**materials**
225:24
**Matias** 121:25
**matter** 20:17
21:18, 22:1
79:21, 83:16
134:21
**matters** 22:20
76:20, 82:9
83:11, 84:6
84:11, 298:16
298:17
**Maysonet** 1:3
4:14, 4:18, 5:7
5:9, 6:1, 6:1
11:3, 11:7
11:11, 12:1

| | | | | |
|---|---|---|---|---|
| 12:9, 12:21 | 233:11, 233:16 | 277:15, 277:20 | 346:3 | **means** 6:20 |
| 13:1, 13:19 | 233:23, 234:2 | 278:4, 278:21 | **Maysonet's** | 50:14, 137:18 |
| 83:23, 84:4 | 234:14, 234:23 | 279:7, 279:23 | 10:13, 10:22 | 227:1, 239:14 |
| 84:10, 84:18 | 235:5, 235:12 | 280:9, 280:20 | 11:21, 13:6 | **meant** 8:15 |
| 84:24, 85:5 | 235:20, 236:15 | 281:5, 282:1 | 13:17, 13:25 | 20:22, 158:24 |
| 131:15, 145:7 | 236:23, 236:25 | 282:20, 283:20 | 14:25, 150:2 | 251:18 |
| 150:7, 152:3 | 237:1, 237:2 | 285:21, 286:24 | 151:2, 152:10 | **media** 88:10 |
| 153:3, 153:7 | 237:8, 237:17 | 287:6, 287:18 | 156:23, 161:10 | **medical** 67:21 |
| 153:12, 154:12 | 238:1, 238:7 | 288:12, 288:16 | 191:24, 197:23 | **meet** 10:16 |
| 155:9, 155:13 | 239:8, 239:15 | 288:21, 295:10 | 199:22, 199:23 | 10:20, 10:24 |
| 155:22, 157:3 | 239:16, 239:22 | 297:10, 297:17 | 226:24, 236:7 | 11:2, 68:7 |
| 157:19, 158:23 | 240:5, 241:6 | 298:8, 299:16 | 240:24, 247:22 | 68:11, 73:9 |
| 159:5, 159:7 | 241:16, 241:20 | 300:3, 301:17 | 257:21, 258:19 | 81:12, 156:23 |
| 159:13, 159:24 | 242:6, 243:8 | 302:9, 302:9 | 259:6, 278:15 | 314:18, 319:8 |
| 160:15, 162:8 | 243:12, 243:14 | 302:15, 302:20 | 279:3, 279:11 | **meeting** 117:14 |
| 162:8, 162:21 | 243:21, 244:1 | 303:1, 303:8 | 282:7, 284:11 | 152:23, 261:9 |
| 163:5, 181:21 | 244:23, 245:6 | 304:7, 304:13 | 288:13, 297:2 | **Meg** 30:16 |
| 183:11, 183:22 | 246:6, 246:16 | 304:21, 304:25 | 297:8, 298:14 | **member** 32:10 |
| 185:1, 186:20 | 247:13, 248:9 | 305:6, 306:5 | 299:21, 301:5 | 33:5, 36:16 |
| 187:1, 187:7 | 249:6, 249:15 | 307:3, 307:11 | 303:15, 303:25 | 44:18, 45:11 |
| 187:8, 187:14 | 249:19, 250:6 | 307:20, 308:3 | 311:1, 312:6 | 45:25, 46:1 |
| 187:21, 188:8 | 250:23, 251:9 | 308:9, 308:10 | 312:15, 312:21 | 249:25 |
| 189:1, 190:25 | 252:3, 252:9 | 308:22, 309:17 | 313:2, 313:15 | **members** 32:15 |
| 191:4, 197:5 | 252:17, 252:23 | 309:23, 310:5 | 314:7, 318:17 | 32:24, 38:17 |
| 201:22, 202:24 | 253:5, 253:10 | 310:11, 310:16 | 321:15, 321:20 | 39:13, 42:17 |
| 202:25, 203:5 | 254:22, 255:10 | 311:12, 311:13 | 322:6, 325:4 | 43:3, 43:7 |
| 203:10, 204:12 | 255:15, 255:21 | 311:18, 312:4 | 326:15, 330:19 | 43:18, 44:15 |
| 204:21, 205:7 | 256:5, 256:10 | 312:9, 313:25 | 338:8, 341:18 | 44:24, 45:5 |
| 205:7, 205:14 | 256:15, 257:2 | 314:10, 314:16 | **McCarthy** | 47:8, 47:22 |
| 205:19, 206:10 | 257:9, 257:13 | 314:23, 315:13 | 59:14, 62:3 | 48:10, 49:7 |
| 206:13, 206:18 | 257:15, 257:19 | 315:19, 316:1 | **meals** 155:19 | 88:2, 131:23 |
| 207:5, 207:11 | 258:3, 258:13 | 316:9, 316:22 | **mean** 6:13, 6:16 | 165:9, 165:11 |
| 207:17, 207:25 | 259:7, 259:8 | 317:7, 317:17 | 46:16, 52:6 | 166:25, 180:13 |
| 208:10, 209:3 | 259:23, 264:24 | 317:23, 318:1 | 61:22, 62:10 | 182:21, 186:11 |
| 209:22, 211:19 | 265:1, 265:2 | 318:1, 318:7 | 82:14, 112:16 | 209:3, 229:9 |
| 212:5, 212:14 | 265:4, 265:6 | 318:8, 318:19 | 134:6, 179:22 | 239:25, 249:24 |
| 212:23, 213:4 | 265:7, 265:16 | 318:23, 319:5 | 180:23, 182:10 | 265:8, 283:14 |
| 213:19, 214:3 | 265:22, 266:2 | 319:15, 320:1 | 189:20, 205:24 | 314:1, 314:7 |
| 214:10, 215:8 | 266:8, 267:8 | 320:7, 320:13 | 208:16, 214:15 | 314:11, 314:24 |
| 216:6, 216:17 | 267:13, 268:10 | 320:23, 321:5 | 231:10, 258:12 | 315:20, 326:15 |
| 218:13, 220:13 | 268:16, 269:7 | 321:8, 323:11 | 258:16, 261:1 | **memorialize** |
| 221:14, 221:21 | 269:18, 270:9 | 324:15, 325:8 | 261:2, 286:6 | 175:16, 175:21 |
| 223:11, 228:6 | 270:16, 271:21 | 329:8, 329:19 | 299:19, 333:18 | 176:24, 177:6 |
| 228:13, 228:19 | 273:5, 273:7 | 331:15, 342:6 | **Meaning** 81:21 | 177:13, 177:18 |
| 231:2, 232:6 | 273:16, 273:23 | 342:10, 342:15 | **meaningful** | 178:14, 179:22 |
| 232:20, 233:5 | 274:8, 275:3 | 342:22, 343:4 | 290:8 | 197:10, 197:15 |

**memorialized**
65:17, 175:9
176:5, 195:22
196:3, 289:6
**memorializes**
231:17, 288:8
**memorializing**
179:4
**men** 87:22
139:5, 139:15
168:12, 180:13
180:24, 180:24
321:9
**meritoriously**
163:18
**messy** 179:17
179:21
**met** 89:1, 113:1
257:1, 288:13
**methodologies**
220:5
**methodology**
197:21
**mic** 29:6
**mid** 40:8, 88:15
168:13, 180:24
248:22
**middle** 92:10
288:7
**midnight**
250:13, 250:13
**Miedzianowski**
52:12, 52:15
53:15, 53:17
53:23, 54:4
54:10, 54:14
54:21, 55:6
55:11, 55:23
98:25, 99:5
99:17, 99:23
102:12, 102:24
103:14, 103:25
104:20, 105:16
105:23, 106:24
108:4, 110:7
110:19, 111:17

111:20, 112:1
112:11, 113:19
113:25, 114:6
114:20, 115:2
115:25, 116:11
117:13, 118:17
131:2, 131:9
131:17, 131:19
131:21, 131:25
132:25, 133:17
134:14, 134:19
135:6, 135:12
135:19, 136:9
136:13, 136:19
137:17, 138:10
138:15, 138:22
140:1, 141:15
142:2, 144:6
144:12, 144:18
145:5, 148:21
150:2, 151:3
152:22, 153:7
153:23, 155:7
**Miedzianowski's**
110:14, 116:6
130:24, 136:5
**Miguel** 326:20
326:22, 327:10
327:15, 327:19
328:1, 328:7
**milliliter** 314:17
**millimeter**
188:15, 188:21
233:2
**millimeters**
232:23
**million** 17:8
19:13
**mind** 176:13
225:15, 318:24
326:24
**Mingey** 1:6
2:15, 5:13
19:17, 189:7
189:8, 189:13
189:20, 190:11

190:17, 200:15
203:10, 203:16
204:1, 204:17
204:20, 205:6
205:13, 206:12
207:4, 207:16
207:24, 208:17
229:11, 229:20
230:3, 232:18
232:25, 233:4
233:11, 233:16
233:24, 234:15
235:18, 236:24
237:9, 237:17
237:23, 289:15
346:6
**minimal** 276:13
**minimizing**
271:16
**minor** 49:9
**minute** 130:4
224:4
**minutes** 80:1
157:8, 254:24
288:25, 316:22
**Miranda** 248:10
249:7, 304:7
313:15, 325:14
**misconduct** 9:9
12:2, 12:3
20:12, 75:18
89:2, 89:9
139:16, 143:4
205:1, 206:25
**misdeeds** 87:9
**missed** 77:7
77:10, 130:5
162:1, 308:17
**misspoke** 10:25
107:19
**mob** 49:8
**model** 251:21
**modus** 335:19
**Mohammed**
130:16, 130:18
130:20, 130:23

131:1
**money** 13:19
53:19, 53:24
54:5, 55:24
95:21, 96:18
96:24, 97:12
99:12, 101:18
101:22, 102:2
120:14, 120:19
120:24, 121:6
133:13, 140:22
141:16, 146:12
154:13, 154:18
155:6, 155:7
155:8, 157:20
158:13, 158:18
159:7, 162:21
183:11, 184:3
184:9, 188:2
243:21, 244:6
301:24, 303:8
337:20
**Montanez** 21:2
21:7, 21:11
**month** 163:2
**months** 152:11
188:2, 254:9
**Montilla** 1:6
2:15, 5:13
203:16, 203:19
204:8, 204:20
204:25, 221:15
233:16, 234:15
235:19, 236:25
237:18, 237:24
239:22, 239:24
240:6, 263:13
273:6, 273:25
278:4, 278:13
278:21, 280:14
280:25, 281:10
289:14, 346:6
**mopey** 204:1
**morning** 5:23
5:24, 10:17
166:15, 167:20

211:14, 213:6
213:19, 236:7
242:20, 243:1
256:25, 261:7
274:9
**Morrissey** 101:9
102:2
**mother** 146:17
156:24, 222:2
266:24, 267:21
**motherfuckers**
257:2, 318:2
**mothers** 87:22
88:1, 222:21
**motion** 4:15
297:8, 303:16
**motivation**
116:4, 116:6
150:18
**motive** 244:17
**motorcycle** 77:3
77:17, 77:19
82:7
**mourning** 243:4
**mouth** 257:3
258:19
**move** 29:20
29:22, 29:24
66:5, 317:1
**moved** 255:3
255:3, 317:1
**moves** 332:3
**moving** 102:19
102:25
**multiple** 140:15
**murder** 13:13
16:13, 17:16
20:20, 21:14
23:3, 56:9
56:11, 56:16
56:7, 58:11
58:21, 60:20
61:19, 62:4
63:17, 64:2
64:12, 64:22
69:3, 72:21

| | | | narratives | new 275:9 |
|---|---|---|---|---|
| 73:15, 74:1 | 164:8, 168:1 | 105:6, 106:11 | 231:12, 262:17 | 275:13 |
| 80:24, 80:24 | 169:10, 169:20 | 111:12, 113:25 | natural 82:14 | nickname 46:9 |
| 81:13, 90:4 | 170:16, 181:25 | 114:16, 121:25 | 333:13 | 46:17, 46:21 |
| 90:22, 90:23 | 183:3, 189:2 | 122:7, 128:14 | nature 219:25 | 103:9, 104:16 |
| 91:1, 92:5, 94:2 | 190:19, 192:7 | 130:15, 135:20 | navigate 87:3 | 121:24, 148:11 |
| 94:24, 97:19 | 192:21, 193:2 | 144:24, 146:23 | nearly 313:8 | 159:19, 295:20 |
| 98:3, 98:8 | 193:13, 194:9 | 148:6, 191:13 | necessarily | nicknames 43:7 |
| 100:13, 100:20 | 194:13, 194:19 | 191:13, 191:19 | 109:14, 150:12 | 128:19 |
| 104:1, 105:2 | 194:24, 196:5 | 191:19, 214:5 | 173:5, 173:12 | night 233:18 |
| 106:7, 107:1 | 196:10, 196:16 | 226:23, 226:23 | need 7:21, 58:24 | 242:24, 243:2 |
| 109:4, 112:17 | 196:22, 198:24 | 265:1, 266:13 | 153:19, 263:18 | 259:8, 259:24 |
| 114:21, 116:1 | 199:5, 199:17 | 266:18, 266:19 | 263:24, 265:22 | Nineties 42:7 |
| 118:18, 118:25 | 199:25, 200:5 | 266:24, 267:3 | 281:22, 310:11 | 83:17, 85:16 |
| 119:12, 119:17 | 200:17, 201:24 | 267:14, 267:20 | 310:20 | 88:15, 88:15 |
| 119:18, 120:8 | 202:5, 203:11 | 268:6, 279:11 | needed 83:11 | non-English |
| 121:7, 121:13 | 205:8, 205:15 | 295:24, 319:8 | 122:16, 122:20 | 325:8 |
| 121:19, 121:20 | 207:18, 208:1 | 331:6, 345:14 | 203:5, 250:18 | North 36:17 |
| 122:6, 122:10 | 208:5, 208:11 | named 6:2, 8:25 | 314:25, 315:1 | 36:21, 39:5 |
| 122:16, 123:22 | 209:18, 209:22 | 20:10, 21:6 | negative 244:7 | 41:25, 42:12 |
| 124:20, 125:12 | 212:23, 213:5 | 21:17, 22:7 | Negron 22:1 | 42:23, 44:25 |
| 126:25, 127:17 | 215:20, 226:17 | 22:24, 23:12 | 22:2 | 45:16, 152:16 |
| 127:23, 128:4 | 228:14, 228:21 | 24:5, 24:8 | neighborhood | 152:23, 153:24 |
| 128:10, 128:15 | 229:13, 229:22 | 24:20, 46:20 | 151:13 | 167:8, 168:18 |
| 135:7, 146:2 | 230:23, 233:17 | 122:10, 251:23 | neither 295:24 | 180:5, 233:18 |
| 148:4, 160:11 | 234:16, 235:22 | 305:20 | 347:3 | 234:1, 250:19 |
| 161:15, 164:6 | 237:3, 237:19 | names 27:25 | Nelson 107:10 | 251:15, 251:25 |
| 171:5, 189:1 | 238:11, 242:7 | 107:9, 234:3 | 107:14, 108:17 | 252:1, 256:23 |
| 209:9, 214:4 | 245:22, 251:9 | 258:25, 266:7 | 108:21, 109:3 | 265:4, 288:19 |
| 230:10, 243:15 | 252:10, 252:18 | 305:23 | 134:21 | 293:19, 314:18 |
| 243:20, 246:24 | 253:11, 255:16 | narcotics 55:2 | Nesette 30:16 | 316:4, 316:4 |
| 284:1, 290:14 | 257:20, 257:22 | 102:20, 103:1 | Netols 89:1 | northbound |
| 290:22, 292:23 | 270:9, 270:17 | 103:15, 116:7 | never 76:15 | 316:4 |
| 293:12, 293:24 | 274:17, 278:15 | 132:19, 133:1 | 128:8, 173:19 | Northern 1:1 |
| 294:11, 302:21 | 279:24, 287:6 | 138:18, 152:16 | 225:14, 235:12 | 9:2, 346:1 |
| 322:16, 333:24 | 296:16, 313:21 | 153:11, 154:13 | 237:17, 240:5 | nose 71:17 |
| 334:15, 340:23 | 323:5 | 158:13, 158:18 | 249:19, 250:6 | NOTARY |
| murdered 61:8 | | narrative | 250:22, 252:3 | 345:21 |
| 100:14, 106:16 | **N** | 232:14, 251:2 | 255:10, 257:9 | noted 345:3 |
| 163:13, 202:19 | | 251:3, 251:8 | 258:3, 259:23 | notes 179:10 |
| 230:6, 243:3 | name 5:4, 5:25 | 252:16, 252:17 | 273:16, 275:14 | noticed 317:1 |
| murdering 85:5 | 9:6, 16:13 | 255:15, 256:4 | 297:16, 307:21 | novella 264:20 |
| murders 11:11 | 17:13, 22:9 | 258:7, 263:7 | 317:7, 320:1 | November 11:9 |
| 11:21, 61:4 | 46:9, 59:14 | 263:7, 270:15 | 320:13, 320:17 | 100:14, 347:10 |
| 83:24, 87:23 | 61:8, 91:12 | 275:3, 283:16 | 323:9, 323:16 | number 9:1 |
| 88:4, 163:6 | 94:1, 100:8 | 284:17, 321:14 | 343:2 | 13:7, 15:10 |
| 163:24, 163:24 | 103:9, 105:2 | 322:6, 323:4 | | |

17:21, 18:20
20:11, 23:8
23:17, 24:1
27:17, 28:7
38:12, 40:8
50:18, 62:24
76:20, 82:8
86:10, 88:3
98:25, 131:2
143:11, 145:23
148:24, 171:20
210:8, 216:16
226:23, 231:18
244:13, 302:3
**numbered** 1:17
**numbers** 308:21
**numerous**
166:25
**NY** 2:5

**O**

**o'clock** 167:20
214:24, 241:14
241:21, 319:14
**oath** 6:7, 6:10
6:13, 6:17, 6:20
301:4, 303:20
345:13
**Obbish** 339:21
**object** 19:3
20:22, 174:6
296:9
**objection** 6:18
6:22, 6:24, 6:25
7:5, 7:12, 8:8
8:14, 8:16, 8:17
9:10, 10:9
10:23, 12:4
12:13, 13:3
13:8, 13:23
14:5, 14:13
15:14, 15:14
15:24, 16:24
17:5, 17:10
17:17, 18:14

19:8, 19:18
20:2, 20:13
21:4, 21:9
21:15, 22:22
23:4, 23:19
25:10, 26:6
26:16, 26:25
28:18, 30:18
30:25, 32:1
32:7, 32:21
34:25, 35:4
35:8, 36:5
36:18, 36:24
37:4, 37:12
37:18, 42:8
42:13, 45:1
45:12, 47:3
47:10, 47:17
50:10, 52:18
55:3, 56:1, 56:5
56:13, 56:18
57:3, 57:12
58:2, 58:8
58:12, 59:3
59:15, 59:20
59:25, 62:12
64:8, 65:2, 65:8
65:14, 66:17
67:1, 69:13
69:18, 69:22
70:4, 70:16
71:1, 72:7
72:12, 73:11
74:3, 74:9
74:15, 74:24
75:5, 75:10
75:21, 76:7
76:16, 76:22
77:12, 77:20
78:3, 78:9
78:15, 78:22
80:14, 80:19
81:18, 81:25
82:10, 82:17
82:22, 83:3
83:7, 83:18

83:25, 84:13
84:25, 85:12
85:18, 85:24
86:7, 86:13
86:19, 86:24
87:4, 87:11
87:18, 88:5
88:11, 88:16
88:20, 89:4
90:1, 90:7
90:11, 91:3
91:8, 91:14
91:19, 92:17
92:23, 93:16
93:18, 94:4
94:19, 95:3
95:9, 95:22
96:2, 96:14
96:19, 97:4
97:15, 97:21
98:4, 98:10
98:20, 99:2
99:13, 99:18
99:24, 100:6
100:16, 100:22
101:19, 102:9
102:15, 102:21
103:5, 103:11
103:17, 103:22
104:3, 104:8
104:13, 104:22
105:3, 105:8
105:13, 105:20
106:2, 106:8
106:13, 106:21
107:2, 107:16
108:1, 108:8
108:18, 108:23
109:5, 109:11
109:17, 109:23
110:3, 110:9
110:21, 111:5
111:9, 111:14
111:23, 111:24
112:4, 112:8
112:23, 113:3

113:16, 113:21
114:2, 114:7
114:23, 115:4
115:14, 115:21
116:2, 116:8
116:14, 117:7
117:16, 117:25
118:19, 118:20
119:2, 119:13
119:19, 120:3
120:10, 120:21
121:8, 121:15
121:21, 122:2
122:12, 122:25
123:12, 123:17
124:17, 124:22
125:2, 125:7
125:13, 125:18
125:25, 127:1
127:8, 127:18
127:25, 128:5
128:16, 129:1
129:6, 129:25
130:11, 130:21
131:4, 131:10
132:2, 132:21
133:2, 133:9
134:4, 134:15
134:23, 135:8
135:15, 135:21
136:11, 136:15
136:25, 137:5
137:20, 138:1
138:7, 138:12
138:19, 138:25
139:6, 139:18
140:7, 140:12
140:23, 141:6
141:11, 141:17
141:23, 142:4
142:9, 142:14
142:19, 142:25
143:6, 143:13
143:21, 144:2
144:8, 144:14
144:20, 145:8

145:13, 145:20
145:24, 146:3
146:9, 146:14
147:4, 147:9
147:14, 147:20
148:1, 148:7
149:2, 149:7
149:16, 149:23
150:4, 150:14
150:19, 150:24
151:8, 151:15
151:20, 152:6
152:12, 152:18
152:25, 153:14
154:1, 154:8
155:10, 155:24
156:8, 156:19
156:25, 157:5
157:21, 158:1
159:1, 159:9
159:15, 159:20
160:2, 160:12
160:18, 160:25
161:6, 161:16
161:22, 162:4
162:11, 162:17
162:23, 163:8
163:14, 163:20
164:2, 164:10
164:16, 164:23
165:14, 165:21
166:6, 166:12
166:17, 166:22
167:10, 168:3
168:14, 168:24
169:5, 169:11
169:16, 169:22
170:2, 170:7
170:12, 170:19
171:2, 171:10
171:16, 171:21
172:2, 172:14
172:20, 173:1
173:7, 173:15
173:22, 174:5
174:10, 174:19

| | | | | |
|---|---|---|---|---|
| 174:24, 175:5 | 201:25, 202:11 | 229:14, 229:23 | 263:20, 264:2 | 287:19, 289:9 |
| 175:12, 175:18 | 202:12, 202:20 | 230:11, 231:8 | 264:8, 264:14 | 289:17, 289:23 |
| 175:24, 176:7 | 203:1, 203:6 | 231:14, 231:23 | 265:12, 265:18 | 290:3, 290:9 |
| 176:20, 177:2 | 203:12, 203:22 | 232:7, 232:11 | 265:23, 266:3 | 291:15, 291:22 |
| 177:9, 177:15 | 204:4, 204:10 | 233:7, 234:11 | 266:9, 266:14 | 292:6, 292:13 |
| 178:5, 178:11 | 204:14, 204:22 | 234:18, 234:25 | 266:20, 266:25 | 292:24, 293:7 |
| 178:18, 178:24 | 205:3, 205:10 | 235:8, 235:14 | 267:5, 267:10 | 293:14, 293:20 |
| 179:5, 179:12 | 205:21, 206:1 | 235:24, 236:9 | 267:16, 267:22 | 294:18, 294:24 |
| 179:18, 180:1 | 206:6, 206:14 | 236:17, 237:13 | 268:7, 268:11 | 295:5, 295:11 |
| 180:8, 180:15 | 206:20, 207:1 | 238:3, 238:12 | 268:22, 269:4 | 295:17, 296:5 |
| 181:1, 181:6 | 207:7, 207:13 | 238:18, 238:24 | 269:9, 269:14 | 296:23, 297:13 |
| 181:12, 181:18 | 207:19, 208:7 | 239:9, 239:17 | 269:20, 269:25 | 297:19, 298:2 |
| 182:1, 182:7 | 208:13, 208:19 | 240:2, 240:8 | 270:5, 270:11 | 298:18, 299:23 |
| 182:14, 182:22 | 208:24, 209:5 | 240:19, 241:1 | 270:18, 270:24 | 300:4, 300:9 |
| 183:5, 183:13 | 209:11, 209:19 | 241:8, 241:18 | 271:4, 271:10 | 300:14, 300:20 |
| 183:18, 183:24 | 210:4, 210:11 | 241:23, 242:3 | 271:18, 271:24 | 300:25, 301:6 |
| 184:5, 184:10 | 210:18, 210:25 | 242:10, 242:16 | 272:4, 272:17 | 301:19, 302:11 |
| 184:15, 184:21 | 211:5, 211:10 | 242:21, 243:5 | 272:20, 272:24 | 303:3, 303:11 |
| 185:3, 185:8 | 211:20, 211:25 | 243:16, 243:23 | 273:12, 273:19 | 304:2, 304:9 |
| 185:13, 185:18 | 212:6, 212:15 | 244:3, 244:9 | 274:3, 274:12 | 305:2, 305:8 |
| 185:23, 186:7 | 212:25, 213:8 | 244:14, 244:19 | 274:19, 274:24 | 306:2, 306:7 |
| 186:16, 186:22 | 213:14, 213:21 | 244:25, 245:8 | 275:5, 275:10 | 306:13, 307:8 |
| 187:3, 187:10 | 214:1, 214:6 | 245:13, 246:7 | 275:16, 275:22 | 307:14, 307:25 |
| 187:17, 187:23 | 214:12, 214:19 | 246:13, 246:20 | 276:3, 276:6 | 310:1, 310:7 |
| 188:3, 188:9 | 215:1, 215:11 | 247:2, 247:9 | 276:9, 276:15 | 310:22, 311:2 |
| 188:16, 189:3 | 215:16, 215:21 | 247:16, 247:25 | 276:21, 277:1 | 312:11, 312:17 |
| 189:10, 189:17 | 216:2, 216:7 | 248:6, 248:15 | 277:9, 277:18 | 312:23, 313:3 |
| 189:23, 190:3 | 216:13, 216:19 | 249:8, 250:24 | 277:25, 278:6 | 313:10, 314:12 |
| 190:9, 190:13 | 216:24, 217:5 | 251:5, 251:11 | 278:10, 278:17 | 314:19, 316:18 |
| 190:20, 191:1 | 217:11, 217:17 | 252:5, 252:12 | 278:24, 279:14 | 317:20, 321:1 |
| 191:9, 191:15 | 217:22, 218:3 | 252:19, 252:25 | 279:19, 279:25 | 322:2, 322:12 |
| 191:21, 192:2 | 218:9, 218:15 | 253:7, 253:18 | 280:5, 280:11 | 322:17, 322:24 |
| 192:8, 192:13 | 218:21, 219:2 | 253:25, 254:5 | 280:17, 280:22 | 323:6, 323:13 |
| 192:22, 193:8 | 219:7, 219:13 | 254:11, 254:16 | 281:2, 281:7 | 323:20, 324:3 |
| 193:24, 194:4 | 219:19, 220:1 | 255:7, 255:12 | 281:12, 281:18 | 324:19, 324:25 |
| 194:20, 194:25 | 220:8, 220:14 | 255:17, 255:24 | 282:3, 282:9 | 325:10, 325:16 |
| 195:13, 195:18 | 220:20, 221:2 | 256:7, 256:12 | 282:15, 282:22 | 325:22, 326:17 |
| 195:24, 196:6 | 221:10, 221:17 | 257:6, 257:25 | 283:2, 283:8 | 327:2, 327:11 |
| 196:12, 197:7 | 221:23, 222:4 | 258:9, 258:14 | 283:17, 283:22 | 327:16, 328:3 |
| 197:12, 197:18 | 222:9, 222:16 | 259:2, 259:12 | 284:2, 284:19 | 329:10, 330:7 |
| 197:25, 198:5 | 222:23, 223:5 | 259:17, 260:1 | 284:25, 285:5 | 331:8, 332:4 |
| 198:20, 198:25 | 223:12, 223:19 | 260:7, 260:12 | 285:10, 285:17 | 332:5, 332:9 |
| 199:11, 199:18 | 223:25, 226:2 | 260:18, 262:6 | 285:23, 286:3 | 332:10, 332:15 |
| 200:1, 200:6 | 227:4, 227:10 | 262:12, 262:19 | 286:9, 286:15 | 332:16, 332:20 |
| 200:12, 200:18 | 227:16, 228:8 | 262:25, 263:2 | 286:20, 287:1 | 332:20, 333:4 |
| 201:12, 201:18 | 228:16, 228:23 | 263:9, 263:15 | 287:8, 287:13 | 333:15, 333:16 |

333:20, 334:2
334:22, 335:3
335:9, 335:16
335:22, 336:5
336:11, 336:25
337:5, 337:11
337:16, 337:22
338:14, 338:20
339:1, 339:6
339:17, 339:23
341:20, 342:2
342:11, 342:17
342:24, 343:6
**objections** 9:17
13:14, 13:21
14:19, 15:2
16:4, 16:9
16:15, 17:23
18:22, 19:3
21:23, 22:5
22:15, 23:10
24:3, 24:12
24:18, 25:2
25:19, 27:5
27:9, 27:18
28:2, 28:11
28:17, 28:21
29:10, 29:14
30:3, 32:12
32:17, 33:1
33:7, 33:11
33:17, 33:21
34:1, 34:7
36:10, 37:24
38:5, 38:10
38:14, 38:19
38:23, 39:3
39:10, 39:14
39:18, 39:22
40:4, 40:10
40:18, 40:24
41:4, 41:10
41:16, 41:23
42:3, 42:18
42:25, 43:5
43:9, 43:14

43:19, 43:23
44:2, 44:6
44:11, 44:16
44:21, 45:7
45:17, 45:22
46:2, 46:6
46:10, 46:14
46:24, 47:23
48:4, 48:7
48:11, 48:21
49:4, 49:11
49:18, 50:1
50:6, 50:16
50:20, 51:1
51:5, 51:9
51:13, 51:17
51:23, 52:2
52:8, 52:13
52:23, 53:3
53:8, 53:13
53:20, 54:1
54:7, 54:12
54:18, 54:23
55:9, 55:14
55:21, 57:8
57:17, 57:22
58:19, 59:11
60:5, 60:10
60:17, 60:22
61:1, 61:5
61:10, 61:15
61:20, 61:25
62:6, 62:17
62:21, 63:2
63:8, 63:12
63:18, 63:23
64:3, 64:13
64:19, 65:18
65:23, 66:3
66:7, 66:15
66:21, 67:7
67:11, 67:15
67:19, 67:23
68:2, 68:8
68:13, 68:18
68:23, 69:4

69:8, 70:10
70:21, 71:7
71:13, 71:19
71:22, 72:1
72:17, 72:23
73:5, 73:17
73:21, 74:21
74:25, 75:15
76:2, 79:3
79:12, 79:18
79:23, 80:25
81:4, 81:9
81:14, 83:13
84:7, 84:19
85:7, 87:24
88:24, 89:10
89:14, 89:19
90:15, 90:20
91:23, 92:2
92:7, 92:11
93:4, 93:10
93:23, 94:10
95:16, 96:8
96:25, 97:10
98:16, 99:8
101:2, 101:6
101:10, 101:14
101:24, 102:4
107:7, 107:11
108:14, 110:15
112:14, 112:18
113:8, 115:10
117:21, 118:6
118:10, 119:8
120:16, 121:1
122:18, 123:6
123:23, 124:2
124:6, 124:12
126:4, 126:9
126:15, 126:20
127:13, 128:11
132:7, 132:15
133:15, 133:19
133:23, 136:21
137:11, 137:15
139:11, 139:24

140:3, 148:13
148:18, 149:12
151:25, 153:20
154:15, 154:19
154:25, 155:4
156:4, 156:13
158:6, 158:10
158:15, 158:20
160:7, 161:11
165:6, 166:2
167:1, 167:16
167:22, 168:9
168:20, 172:8
177:22, 180:21
186:12, 188:22
192:18, 193:3
193:14, 193:19
194:10, 194:15
195:4, 195:8
196:18, 196:23
197:2, 198:10
198:15, 199:6
200:23, 201:3
201:7, 203:17
205:16, 208:2
209:24, 212:20
215:6, 226:9
226:13, 227:22
230:18, 237:20
243:10, 245:18
245:23, 246:2
249:13, 249:17
249:21, 250:4
250:8, 253:13
256:18, 257:11
258:5, 258:20
268:3, 284:8
284:14, 290:15
290:19, 290:25
291:4, 291:9
292:19, 294:1
294:6, 294:12
295:22, 296:1
298:24, 299:5
299:9, 299:17
301:25, 302:5

302:16, 302:22
305:13, 306:23
307:4, 307:19
308:6, 310:13
310:17, 313:17
313:22, 314:3
315:2, 315:9
315:17, 315:23
316:6, 316:13
317:4, 317:9
317:13, 318:3
318:10, 318:15
319:24, 320:4
320:10, 320:15
320:19, 321:12
321:17, 321:22
322:8, 325:6
326:3, 326:7
326:12, 327:22
328:9, 328:13
328:17, 328:21
328:25, 329:5
329:16, 329:21
330:2, 330:12
330:16, 330:20
330:24, 331:3
331:16, 331:21
331:25, 333:10
334:7, 334:11
334:16, 336:18
339:12, 340:4
340:9, 340:14
340:20, 340:24
341:4, 341:8
342:7
**oblige** 227:20
**obtained** 282:19
282:20
**occasion** 319:8
**occasions** 62:24
98:25
**occurred** 56:16
60:21, 71:16
79:21, 85:11
86:5, 115:19
127:24, 167:20

177:19, 186:5
188:14, 189:2
237:5, 253:22
256:25
**occurrence**
164:21, 165:4
170:10
**occurring** 149:1
149:11, 149:21
**October** 1:12
1:18, 5:2, 61:9
338:2, 338:4
346:11
**odds** 186:15
**offender** 95:20
107:1, 107:15
175:17, 178:4
194:18, 232:18
256:17
**offenders**
199:16, 288:12
**offense** 44:19
49:9, 59:19
61:13, 187:22
256:6
**offer** 247:13
**offered** 264:25
**offers** 307:1
**office** 1:21, 3:5
9:20, 10:4, 12:7
45:16, 49:17
50:5, 58:1, 68:7
69:2, 73:9
172:6, 172:18
172:19, 172:24
173:4, 173:13
173:18, 173:20
174:3, 174:17
176:18, 197:16
199:9, 199:15
272:13, 345:18
**officer** 34:9
34:19, 35:24
38:9, 39:6, 39:8
56:22, 58:17
64:16, 78:19

123:9, 135:19
143:5, 143:12
149:5, 158:4
178:9, 217:10
301:23, 326:5
330:4, 346:16
**officers** 41:7
54:16, 66:20
70:15, 153:18
154:24, 161:5
227:14, 282:13
282:21, 289:13
324:2, 326:9
**offices** 69:17
**Official** 4:17
**oftentimes**
177:5
**oh** 10:1, 71:11
130:7, 134:7
225:12, 225:14
261:18, 262:3
273:2, 288:2
309:14, 309:14
311:9, 311:15
311:17, 317:24
**okay** 6:5, 7:8
7:23, 9:4, 9:22
11:25, 12:16
28:19, 28:25
56:8, 59:1
77:14, 82:3
90:4, 106:11
117:4, 117:5
129:22, 130:3
130:7, 135:18
176:12, 183:8
225:14, 226:18
229:1, 232:16
239:5, 248:23
248:24, 248:25
249:2, 253:3
260:22, 261:4
261:11, 261:14
264:17, 264:20
264:21, 273:11
281:25, 288:6

301:9, 301:15
304:20, 309:5
309:7, 309:15
311:10, 311:17
324:13, 327:8
327:14, 333:23
341:10, 341:12
341:23, 343:8
**old** 26:19, 26:20
61:3, 92:6
157:3
**older** 251:21
**Omar** 94:1, 94:7
94:13, 94:23
95:1, 95:19
96:5, 97:2, 97:8
97:13, 102:6
130:16, 130:18
130:20, 130:23
131:1, 131:18
132:5, 132:18
133:12, 134:1
134:9, 134:14
134:19
**Omar's** 95:7
95:13, 96:17
96:23
**omit** 177:25
178:2
**onboard** 111:22
**once** 60:7, 89:17
132:25
**one-witness**
123:11
**ones** 38:17, 88:4
88:10, 164:19
**open** 303:7
326:6, 326:6
**open-hand**
331:24
**open-palm**
332:7
**opened** 171:6
**operandi** 335:20
**operated** 33:24
34:4, 40:9

42:23
**operating** 40:9
40:21
**operation**
111:22, 136:6
137:19, 137:25
138:6, 141:16
145:5
**opportunity**
10:20, 11:1
105:17
**oral** 238:15
238:22, 343:3
346:16
**orally** 199:15
341:18, 341:24
**order** 50:24
54:10, 55:17
61:18, 62:4
62:24, 70:1
75:19, 81:16
101:18, 120:1
137:18, 137:24
138:5, 145:16
147:18, 149:20
154:6, 158:24
166:10, 206:18
216:17, 251:9
252:17, 255:15
312:15, 321:20
323:18, 324:17
**organized** 46:4
46:5, 171:20
172:6
**original** 181:23
**originally**
107:20, 129:5
**outcome** 347:8
**outcomes** 175:3
**outside** 226:21
**overbore** 220:13
**overtime** 227:9
227:21
**owed** 118:18
121:12
**owner** 153:6

153:10

**P**

**P.C** 2:17
**p.m** 1:19
157:15, 157:15
214:24, 224:9
224:9, 241:15
241:21, 301:12
301:12, 341:14
341:14, 343:24
**Padilla** 131:16
131:18, 134:2
134:21
**page** 6:5, 131:13
131:14, 226:20
232:15, 236:22
239:21, 247:19
247:20, 248:22
248:23, 248:23
254:19, 264:23
273:8, 279:12
288:4, 288:7
288:10, 292:1
292:2, 292:3
309:9, 309:12
311:18, 318:21
319:5, 346:24
**PAGE/LINE**
344:3
**paid** 55:20
96:18, 120:14
131:19, 134:9
135:13, 146:12
154:12, 154:21
159:7, 337:20
**paper** 234:22
248:12, 261:25
**paragraph**
234:9, 236:21
236:22
**parallel** 46:13
172:23
**parents** 335:15
**Park** 31:21

31:22, 31:24
32:5, 32:11
33:24, 34:5
35:12, 35:16
40:7, 40:13
45:5, 87:9
87:22, 149:1
149:11, 149:22
152:4, 164:20
169:3, 253:23
265:17, 283:12
**parked** 252:1
**parks** 34:23
35:3
**part** 31:18
48:20, 49:15
86:6, 96:12
133:21, 136:23
181:10, 243:20
293:24, 335:19
336:23
**participant**
294:10
**participated**
56:10, 56:15
232:2, 287:11
321:10
**participating**
38:18
**particular** 8:7
45:25, 135:2
221:13, 263:24
**particularly**
40:2, 165:1
165:3, 184:4
**parties** 347:4
**partner** 114:19
119:6, 189:16
200:21, 231:6
233:15, 334:9
340:17
**partners** 130:24
**parts** 36:2
245:12
**party** 346:21
347:2

**passed** 240:14
**passenger**
288:16, 288:17
288:18
**paternity** 86:22
**patrol** 35:23
36:4
**Paul** 57:1
**Paulnitsky** 1:6
2:15, 5:14
185:2, 185:16
187:1, 187:6
187:14, 188:7
192:17, 201:5
202:24, 206:11
209:9, 211:15
211:18, 212:3
212:4, 212:4
212:10, 212:11
212:14, 212:19
213:11, 213:18
214:10, 235:19
237:24, 241:5
241:7, 274:10
289:14, 346:6
**pause** 170:22
176:13
**pay** 19:22, 19:24
55:23, 95:14
96:6, 96:23
97:12, 101:17
140:16, 151:11
154:6, 158:12
158:17, 158:24
**paying** 86:18
154:18, 157:19
162:21, 183:11
184:3, 188:2
243:21
**payments** 14:1
140:16, 141:10
303:2
**Pena** 59:1, 59:2
60:3, 61:13
62:3, 62:10
62:24, 63:15

64:11, 64:18
64:21, 66:19
68:5, 68:17
68:21, 69:1
69:7, 69:17
70:1, 70:2, 70:9
70:13, 70:25
71:4, 71:10
71:16, 72:10
72:16, 72:21
73:3, 73:7
73:14, 74:1
74:7, 80:10
80:13, 81:7
81:12, 81:12
81:17, 217:21
313:8
**Pena's** 65:11
70:24, 71:25
72:4, 76:25
77:2, 77:11
77:12, 80:17
**penalties** 7:16
**penalty** 246:18
246:24, 247:1
247:7, 247:13
**pending** 7:23
9:1, 11:25
325:5, 331:15
338:8
**pension** 34:18
35:15, 35:16
**pensions** 26:10
**people** 28:14
38:17, 55:1
55:7, 61:4
62:25, 76:1
76:5, 82:25
83:2, 85:23
96:1, 106:6
106:25, 107:5
108:6, 108:12
128:4, 133:13
137:24, 138:5
138:5, 140:21
141:21, 147:18

149:20, 165:9
190:7, 190:12
190:18, 210:15
218:8, 218:25
220:6, 222:21
253:23, 311:7
320:24
**people's** 107:9
264:12, 285:8
335:21
**Perez** 56:16
58:7, 58:11
104:11, 104:16
104:25, 105:24
106:5, 106:24
107:24, 108:5
108:11, 108:16
113:14, 132:9
**Perez's** 56:25
**period** 63:5
75:13, 156:7
206:24, 219:6
246:1, 298:11
**perjured** 72:15
321:19
**perjury** 7:16
13:7, 19:2
**permitted**
221:21, 222:1
**person** 34:6
35:7, 49:23
78:6, 94:13
102:25, 110:24
122:22, 165:3
176:4, 176:19
176:25, 178:3
210:3, 210:22
210:22, 231:11
232:20, 266:6
270:15, 345:14
**personal** 38:8
83:5, 86:4
140:11, 142:22
182:6
**personally**
161:3, 345:11

**persons** 232:19
237:6
**persuade**
122:21, 123:21
124:25, 125:16
125:23, 126:2
126:12, 126:24
131:23, 294:9
**persuaded**
223:8
**petition** 12:1
**petty** 44:19
**phone** 9:21
129:15, 211:15
224:22, 245:4
245:6, 311:7
324:10, 343:12
**photo** 44:20
107:20, 107:25
108:7, 108:13
108:17, 109:15
109:21, 110:1
110:7, 110:25
111:3, 111:10
113:12, 265:8
**photograph**
49:15
**photographs**
44:14, 48:10
49:10, 108:12
**photos** 44:23
47:6, 47:7, 47:8
47:15, 47:20
48:1, 48:2
48:17, 48:18
265:7, 321:5
**physical** 61:23
65:20, 72:4
216:23, 219:10
219:16, 220:23
244:23, 269:23
270:22, 279:17
279:23, 291:13
294:22, 313:7
324:17, 326:1
331:18, 332:25

335:20, 340:7
340:22
**physically** 25:7
62:3, 66:1
70:15, 73:19
73:19, 74:8
74:13, 76:13
287:4, 304:24
323:10, 337:9
339:15, 339:22
**pick** 108:13
110:1, 111:8
**picked** 124:19
239:2, 261:7
288:13
**picture** 49:24
**piece** 73:25
179:22, 234:22
261:25, 297:25
**pieced** 88:2
**Pierce** 159:25
159:25, 160:1
160:5
**pin** 136:14
336:3, 336:3
**pistol** 233:20
250:11, 250:18
251:16, 255:1
288:14, 289:3
**place** 2:5
197:16, 325:4
**placed** 94:7
171:8, 172:1
175:23, 193:22
194:2, 194:7
194:14, 194:18
195:3, 195:7
195:11, 195:22
198:13, 198:23
199:5
**places** 289:4
**placing** 102:25
**plaintiff** 1:3, 2:2
5:7, 5:9, 6:1
18:19, 346:3
**Plaintiffs** 1:16

**plan** 66:24, 67:4
69:17, 69:20
73:2, 208:10
**planned** 251:18
**plausible** 286:13
**play** 170:5
204:3, 220:19
220:25, 290:23
**played** 90:13
135:13, 138:17
232:5
**playing** 246:11
276:19
**plead** 14:17
**please** 5:3, 7:22
9:23, 129:10
224:17, 260:23
**pled** 14:8, 17:25
**PLLC** 2:4
**plus** 316:13
**pocket** 244:7
**point** 6:3, 56:22
64:5, 66:13
79:11, 89:25
127:4, 144:1
144:11, 144:18
179:24, 188:25
210:9, 221:22
222:3, 231:3
265:22, 285:20
286:6, 286:24
294:14, 297:10
310:11, 310:20
323:2, 342:20
**pointed** 177:19
310:5, 310:16
**pointing** 110:1
255:2, 270:16
316:25
**points** 221:20
**Polaroid** 44:20
44:23, 45:5
**Polaroids** 48:18
**police** 34:9
34:15, 34:19
34:21, 35:13

35:18, 35:20
35:24, 36:13
38:9, 54:16
56:22, 57:7
58:17, 64:16
78:18, 92:14
95:14, 95:19
123:8, 123:9
130:9, 143:5
143:12, 149:5
154:6, 154:24
158:4, 170:17
170:23, 178:9
181:16, 181:23
181:23, 194:3
217:10, 219:18
227:14, 237:11
237:25, 238:8
239:14, 249:11
288:23, 293:5
305:1
**polygamy** 27:8
**Pontiac** 251:21
**poor** 121:3
**portion** 274:23
**position** 31:2
31:5, 37:7
37:22, 38:2
**possibilities**
46:22
**possible** 27:19
237:10
**possibly** 143:17
**post-conviction**
12:1
**potential** 210:9
**potentially**
14:20
**Potomac** 251:24
251:24, 316:3
316:3
**power** 157:25
**practice** 44:24
45:3, 47:25
60:25, 175:8
175:15, 177:6

178:22, 178:22
210:7, 254:3
**practiced**
329:19, 329:23
**precede** 228:7
**preparation**
10:17
**prepare** 7:25
10:7, 195:21
**prepared**
130:10, 165:19
170:17, 171:7
171:7, 173:11
174:16, 181:24
196:3, 196:3
229:5, 229:19
230:5, 230:9
230:15, 231:5
231:10, 323:25
**preprinted**
248:11
**presence** 109:16
153:12, 273:17
273:24, 305:18
320:2
**present** 3:9
26:21, 108:20
167:25, 203:16
237:4, 239:23
242:1, 259:10
273:5, 274:21
277:17, 278:4
318:17, 319:14
**presently** 25:14
26:9, 28:1
303:17
**preserve** 137:18
**pressure** 102:25
111:17, 112:12
**pretense** 81:16
**pretrial** 11:10
12:25, 13:17
13:25, 70:24
297:2
**pretty** 27:23
66:5, 75:3

104:19, 111:13
125:16, 185:7
189:8, 222:20
263:23, 264:6
275:25
**prevalent** 32:19
**prevent** 143:18
**prevented** 202:9
**previous** 273:7
273:24
**previously** 6:10
128:24, 158:22
185:17, 313:7
**primarily** 55:17
**principal** 247:7
247:15
**print** 308:8
**prior** 10:16
10:21, 11:3
11:20, 30:19
36:9, 38:4, 38:8
71:25, 75:3
107:13, 107:23
191:24, 228:14
228:22, 233:4
235:22, 240:23
278:20, 299:3
334:15
**prioritized**
193:17
**prison** 18:21
206:13, 206:24
335:13, 338:13
338:24
**prisoner** 313:8
**privileged** 14:20
**probable** 94:23
**probably** 164:8
182:5, 263:25
**problem** 8:19
10:2, 31:1, 65:6
67:18, 117:15
140:11, 142:8
149:11, 261:11
**problematic**
28:16, 66:18

**problems** 26:4
**procedure** 1:23
176:2
**proceeding**
303:25, 312:1
347:5
**proceedings**
11:15, 13:1
14:18, 70:24
301:18, 340:7
**process** 6:4
109:8
**procured**
279:17, 285:13
**produce** 224:24
**produced** 1:15
4:10, 224:24
224:25
**proffer** 130:15
**profit** 148:25
149:14, 149:20
150:17
**profited** 145:4
**profits** 103:16
110:14, 116:13
141:22
**progress** 226:12
227:25, 228:3
228:5, 228:12
**promised** 341:1
342:14
**promises** 306:19
307:1
**promoted**
163:18
**promptly**
126:23
**proof** 131:16
133:7, 133:18
**property** 203:20
**prosecuted** 9:15
19:1, 25:17
26:23, 27:8
27:15, 37:2
128:9, 244:13
**prosecution**

10:14, 14:11
24:6, 27:4, 28:7
28:9, 83:23
**prosecutor**
319:6
**prosecutors**
128:9, 299:12
300:19
**protect** 137:24
206:24, 302:25
305:21
**protection** 14:2
159:7, 162:21
183:11, 184:3
188:2, 243:21
303:9
**protesting** 88:19
**prove** 238:17
**proved** 345:12
**provide** 29:8
133:18, 145:16
193:1, 207:17
234:3, 249:6
305:22
**provided** 12:25
131:17, 131:22
252:8, 262:17
266:6, 268:6
307:12, 316:17
317:3, 321:14
322:6
**providing** 14:2
**provisions** 1:24
**psychological**
244:23, 294:22
**psychologically**
287:5
**public** 64:6
345:21
**Puerto** 126:23
127:16
**pull** 308:15
**pulled** 254:21
288:19
**punched** 331:23
**punitive** 19:25

20:5
**purports** 279:6
**purpose** 31:3
49:9, 49:14
69:1, 110:12
217:14, 244:2
252:10
**purposely**
253:21
**purposes** 345:16
**pursuant** 1:23
346:18
**put** 45:25, 93:1
111:17, 112:12
117:2, 118:5
119:18, 179:16
227:1, 227:8
231:11, 244:18
257:20, 286:13
300:8, 309:16
336:16
**putting** 244:6
309:17

**Q**

**quantity** 132:19
**question** 6:15
7:11, 7:22, 8:22
10:24, 16:16
18:23, 26:1
26:17, 27:16
27:23, 28:16
30:1, 35:1, 40:5
41:11, 48:22
49:19, 55:4
57:13, 61:18
62:7, 63:24
64:14, 70:5
72:8, 74:16
76:6, 77:21
82:1, 83:10
91:15, 93:19
100:17, 102:22
103:6, 104:23
109:18, 110:22

113:22, 114:24
115:22, 121:22
122:3, 127:19
131:5, 131:11
134:24, 135:16
135:22, 138:2
138:8, 141:24
144:9, 148:8
151:9, 153:1
155:11, 159:2
160:3, 161:17
166:13, 170:20
171:11, 174:20
177:3, 177:10
178:6, 180:9
183:6, 187:11
189:18, 190:21
191:16, 191:22
192:11, 194:21
195:14, 196:7
200:13, 201:13
202:15, 203:23
204:5, 206:10
207:2, 208:25
211:1, 213:15
214:20, 219:3
219:14, 219:20
220:2, 220:9
221:11, 221:18
221:24, 222:5
222:24, 223:6
223:13, 224:1
229:24, 235:9
238:13, 239:18
243:6, 252:13
252:20, 255:8
256:8, 256:19
258:10, 259:3
260:19, 263:16
264:9, 266:10
267:17, 268:20
268:23, 270:19
271:19, 271:25
274:25, 275:6
277:10, 284:3
285:1, 285:6

285:18, 287:9
287:20, 298:3
299:24, 303:4
304:18, 305:3
305:18, 306:14
313:11, 316:14
319:10, 319:13
319:17, 321:2
324:4, 325:23
326:24, 327:3
329:11, 334:3
335:17, 337:25
338:22
**questioned**
191:6, 192:17
200:16, 203:10
324:23
**questioning**
30:18, 60:20
61:22, 94:2
**questions** 7:18
9:16, 14:9
14:10, 22:19
25:17, 56:9
66:13, 80:10
170:23, 280:15
280:21, 281:1
297:9, 303:21
309:20, 319:6
343:11, 343:13
343:20
**quite** 115:13
146:25, 162:8
**quoting** 116:16
116:21

**R**

**Rahe** 2:22, 5:15
5:15, 225:8
**raid** 47:16
335:1
**raided** 47:13
150:2, 151:2
152:9
**raise** 66:12

**Ramiro** 128:14
**Ramos** 102:13
 102:18, 103:20
 104:1, 104:7
 105:1, 105:18
 105:25, 106:19
 106:25, 107:25
 108:7, 108:12
 109:22, 110:1
 110:7, 110:13
 110:17, 111:1
 111:13, 111:20
 112:13, 113:13
**ran** 34:6, 38:13
 152:23
**Randy** 299:1
 299:7, 299:15
**range** 144:13
**rapport** 221:5
**rates** 40:12
**RD** 171:20
**RDN-303737**
 232:22
**re-called** 309:3
**reach** 67:14
**reached** 19:16
 67:9, 241:5
**read** 8:3, 8:21
 8:23, 9:4, 9:8
 77:6, 77:8
 103:2, 103:4
 248:11, 255:5
 268:19, 268:21
 304:17, 325:13
 327:1, 333:1
 333:3, 339:11
 345:1
**reading** 326:24
**reads** 254:20
 264:19
**real** 46:6, 49:14
 103:9, 121:25
 181:9, 266:19
 267:3, 267:14
 300:8
**realized** 188:25

294:4
**really** 182:10
 190:1, 190:6
 204:3, 258:8
 267:25, 290:21
 293:12
**rear** 288:17
 288:18
**reason** 8:11
 12:23, 68:10
 72:14, 74:18
 81:21, 81:23
 111:17, 111:20
 169:9, 182:19
 212:22, 243:19
 266:17, 344:3
**reasons** 34:3
 49:21, 178:8
 346:24
**recall** 11:12
 100:5, 115:9
 118:24, 162:7
**receipt** 346:22
**receive** 26:9
 35:15, 119:25
**received** 12:8
 35:17, 57:10
 284:22
**receives** 57:19
**receiving** 11:20
 14:1
**recognize**
 129:18
**recognized**
 251:20
**recollect** 162:2
**record** 1:24
 4:17, 5:3, 8:16
 49:16, 65:12
 66:19, 68:1
 80:5, 80:8
 157:13, 157:17
 176:16, 224:8
 224:11, 261:10
 301:11, 301:14
 324:7, 341:13

341:16, 343:22
 346:17, 347:6
**Recovered**
 232:22
**red** 123:16
 124:10
**references**
 131:8
**reflect** 174:16
 226:22, 228:6
**reflected** 182:4
 226:23, 233:23
**reflecting**
 229:12
**reflects** 130:14
 225:24, 228:13
 229:8, 231:2
**refused** 18:9
 158:17
**Regalado**
 326:20, 327:10
 327:15
**regarding** 25:18
 200:17, 228:21
 245:22, 313:20
 324:23
**regardless**
 64:21, 175:4
**Registration**
 347:17
**regular** 51:19
 51:21
**regularly**
 222:20, 227:14
 264:6
**related** 10:13
 12:8, 13:12
 22:19, 40:16
 42:2, 45:10
 80:10, 81:7
 116:6, 119:18
 159:13, 169:10
 194:19, 196:5
 230:23, 347:4
**relates** 197:10
**relations-type**

86:11
**relationship**
 75:3, 143:20
 147:2, 157:19
 157:24, 298:22
 301:16
**relationships**
 156:7
**relative** 347:6
**release** 93:22
**released** 49:14
 95:14, 95:19
 97:3, 97:8
 97:14, 102:7
 118:12, 202:5
 307:13
**relevance** 27:19
 86:25, 156:9
**relevant** 30:23
**reliable** 147:8
**relied** 50:4
 52:16, 55:7
**rely** 50:24
 51:22
**remain** 6:19
 6:21, 9:14
 12:19, 18:6
 22:18, 84:22
 203:5
**remained**
 288:21, 288:25
**remedying**
 161:13
**remember**
 59:24, 65:7
 91:7, 92:22
 93:17, 100:15
 114:17, 115:1
 121:20, 128:25
 164:13, 306:19
 307:3, 309:19
 316:12, 332:14
 334:1
**repeat** 283:21
 326:23
**repeated** 273:7

273:24
**repeatedly** 62:3
 62:20, 63:15
 65:1, 217:9
 245:20
**repeating**
 329:24
**repetitive** 80:11
**report** 129:16
 130:6, 130:9
 131:7, 172:1
 174:16, 174:17
 176:6, 176:24
 177:6, 178:1
 181:23, 195:21
 196:2, 199:15
 205:1, 228:12
 229:4, 229:12
 229:18, 229:21
 230:3, 230:14
 230:21, 230:22
 231:5, 231:13
 231:21, 232:1
 232:4, 232:16
 233:11, 233:14
 233:23, 234:6
 234:9, 234:21
 235:5, 236:3
 236:6, 237:12
 237:25, 238:9
 239:14, 241:11
 247:20, 249:12
 250:20, 252:3
 259:1, 259:5
 259:15, 260:5
 264:18, 264:19
 265:10, 272:7
 273:9, 274:1
 278:4, 293:5
 323:24
**reported** 1:20
 232:21
**reporter** 1:20
 9:22, 9:25, 10:2
 68:1, 72:11
 281:15, 327:6

| | | | | |
|---|---|---|---|---|
| 327:8, 338:19 | 84:4, 84:10 | 153:23 | **RFC-Maysonet** | 10:8, 11:16 |
| 346:12 | 84:23, 84:23 | **result** 19:5 | 229:4, 229:17 | 12:19, 12:21 |
| **Reporter's** 4:5 | 134:20, 297:23 | 64:12, 82:20 | 230:4, 230:22 | 12:24, 13:20 |
| 346:9 | 301:17 | 141:14, 184:18 | 232:16, 239:21 | 15:10, 15:19 |
| **Reporters** 1:21 | **reprosecution** | 340:7 | 247:21, 247:22 | 16:3, 16:8 |
| 347:16 | 12:20 | **resulted** 16:22 | 249:3, 254:20 | 16:19, 16:23 |
| **reporting** 179:3 | **reputation** | 17:21, 21:2 | 264:18, 264:22 | 17:9, 17:13 |
| **reports** 45:9 | 50:22 | 21:13, 22:13 | 272:8, 287:23 | 18:13, 18:21 |
| 45:15, 45:19 | **request** 99:17 | 23:8, 23:17 | 289:7, 292:1 | 19:2, 20:1, 20:5 |
| 45:24, 170:17 | 102:7, 147:13 | 24:1, 24:15 | **ribs** 62:16 | 20:12, 20:20 |
| 170:23, 171:7 | 213:18, 215:14 | 100:4, 176:3 | **Ricardo** 23:22 | 21:8, 21:14 |
| 174:2, 176:18 | **requested** 1:25 | **resulting** 134:2 | 23:25, 97:19 | 22:3, 22:18 |
| 178:9, 181:17 | 8:23, 77:8 | **retained** 82:6 | 98:3, 98:8, 98:8 | 23:3, 23:23 |
| 181:23, 182:4 | 103:4, 268:21 | 95:7, 297:11 | **Rich** 79:9 | 24:11, 24:17 |
| 225:24, 226:7 | 307:21, 327:1 | **retire** 34:15 | **Richard** 67:10 | 25:9, 25:25 |
| 226:12, 226:22 | 333:3, 346:20 | **retired** 34:12 | 67:14, 67:17 | 27:4, 27:22 |
| 228:1, 228:3 | 347:1 | 34:21, 35:12 | 75:3, 76:19 | 29:18, 30:11 |
| 228:5, 228:12 | **requests** 306:11 | **retrial** 11:11 | 77:2, 77:16 | 31:16, 32:6 |
| 230:4, 230:8 | **required** 237:1 | 11:21, 12:8 | 78:6, 78:13 | 32:16, 33:6 |
| 286:13 | **reserve** 343:21 | 12:21, 13:6 | 79:5, 80:12 | 33:14, 33:25 |
| **represent** 5:4 | **residence** | 15:1 | 89:18, 119:16 | 34:23, 35:7 |
| 5:25, 84:5 | 288:13 | **returned** 17:2 | 312:10, 312:22 | 35:21, 36:4 |
| 84:11, 101:5 | **residing** 39:13 | 17:7, 19:11 | 313:1 | 36:14, 36:17 |
| 119:11, 119:17 | **resource** 42:5 | 113:14, 265:6 | **Rick** 79:9, 79:16 | 37:7, 37:11 |
| 226:15, 297:11 | **resources** 95:13 | 314:6, 314:10 | 89:24, 95:2 | 38:4, 38:22 |
| 322:22 | **respective** 289:4 | 346:22, 346:23 | 95:6, 95:12 | 39:2, 39:17 |
| **representations** | **respond** 281:5 | **reveal** 303:7 | 96:12, 96:18 | 39:21, 40:3 |
| 274:1, 274:1 | **responding** | **review** 81:24 | 96:22, 97:7 | 40:23, 42:2 |
| 305:6 | 280:21 | 129:20, 129:23 | 97:12, 99:23 | 42:17, 42:23 |
| **represented** | **response** 7:9 | 224:20, 275:20 | 101:4, 101:16 | 43:8, 43:22 |
| 11:14, 11:18 | 22:19, 26:1 | 276:1, 276:14 | 102:7, 119:22 | 44:5, 44:10 |
| 12:11, 30:22 | **responsibilities** | 277:6, 281:22 | 120:7, 120:14 | 44:25, 45:16 |
| 77:1, 77:3 | 141:2 | 281:22 | 134:1, 135:13 | 46:1, 46:17 |
| 77:17, 77:23 | **responsibility** | **reviewed** 181:22 | 142:8, 142:12 | 47:2, 47:8, 48:3 |
| 78:1, 79:20 | 218:20, 255:23 | **reviewing** | 143:3, 143:9 | 48:15, 48:20 |
| 82:5, 82:8, 82:8 | **responsible** | 172:12 | 143:17, 143:20 | 49:3, 49:10 |
| 82:13, 82:14 | 125:24, 126:3 | **Reyes** 339:16 | 144:1, 217:25 | 49:17, 50:5 |
| 83:16, 85:10 | 126:7, 183:2 | 340:12 | 297:11, 297:17 | 50:9, 50:15 |
| 85:21, 134:2 | 193:1, 194:13 | **Reyna** 119:23 | 297:22, 297:23 | 50:19, 51:8 |
| 205:25, 214:4 | **rest** 244:18 | 120:25 | 298:5, 299:8 | 51:12, 51:16 |
| 214:16, 298:12 | 309:9, 338:15 | **Reynaldo** 1:5 | 336:9 | 52:1, 52:12 |
| 298:15, 299:15 | 338:24 | 1:11, 1:15, 2:9 | **Rico** 126:23 | 52:17, 52:22 |
| 312:9 | **restaurant** | 5:11, 5:19 | 127:16, 144:13 | 53:2, 53:7 |
| **representing** | 152:15, 152:23 | 345:1, 345:6 | **ridiculous** 258:8 | 53:12, 53:19 |
| 10:5, 79:6 | 152:24, 153:4 | 345:12, 346:5 | **right** 7:4, 7:9 | 53:25, 54:6 |
| 83:22, 83:22 | 153:6, 153:10 | 346:10, 346:15 | 7:16, 9:2, 9:14 | 54:17, 54:22 |

| | | | | |
|---|---|---|---|---|
| 55:8, 55:13 | 86:18, 86:23 | 119:18, 119:23 | 160:11, 160:17 | 205:25, 206:5 |
| 55:20, 56:4 | 87:3, 87:10 | 120:9, 120:15 | 160:24, 161:15 | 206:13, 206:19 |
| 56:17, 56:23 | 87:17, 87:23 | 120:20, 121:7 | 161:21, 162:16 | 206:25, 207:6 |
| 57:21, 58:7 | 88:10, 88:19 | 122:11, 122:17 | 162:22, 164:1 | 207:12, 207:18 |
| 58:11, 58:18 | 88:23, 89:9 | 122:23, 123:5 | 166:11, 166:16 | 208:1, 208:6 |
| 59:2, 59:7, 61:4 | 89:13, 89:18 | 123:11, 123:22 | 166:25, 167:15 | 209:4, 209:10 |
| 61:9, 61:19 | 90:6, 90:19 | 124:5, 124:11 | 167:21, 168:19 | 210:3, 210:10 |
| 61:24, 62:5 | 90:24, 91:13 | 124:21, 125:1 | 169:4, 169:15 | 210:17, 211:4 |
| 62:20, 63:1 | 91:18, 91:22 | 125:12, 125:17 | 171:20, 172:1 | 211:19, 212:12 |
| 63:7, 63:11 | 92:1, 92:6 | 125:24, 126:8 | 172:13, 172:19 | 212:14, 212:19 |
| 63:17, 64:2 | 92:16, 93:3 | 126:14, 127:7 | 173:21, 174:4 | 213:7, 213:20 |
| 64:7, 64:23 | 93:9, 93:15 | 127:17, 127:24 | 176:11, 177:1 | 214:5, 214:11 |
| 65:13, 65:22 | 93:22, 94:3 | 128:10, 128:15 | 177:8, 177:14 | 214:17, 214:24 |
| 66:20, 67:6 | 94:14, 94:18 | 128:20, 129:24 | 177:21, 178:4 | 215:5, 216:6 |
| 67:10, 67:14 | 94:24, 95:2 | 130:16, 130:18 | 178:10, 178:23 | 216:12, 216:18 |
| 68:1, 68:7 | 95:15, 95:21 | 131:3, 131:20 | 179:4, 179:11 | 217:10, 217:16 |
| 68:17, 69:7 | 96:1, 96:7 | 132:1, 133:14 | 179:17, 180:7 | 217:21, 218:8 |
| 69:12, 69:17 | 96:18, 96:24 | 134:3, 134:11 | 180:14, 180:20 | 218:14, 219:1 |
| 70:3, 70:9 | 97:9, 97:24 | 134:22, 135:3 | 180:25, 181:25 | 219:6, 219:12 |
| 70:15, 70:20 | 98:3, 98:9 | 135:7, 135:12 | 182:6, 182:13 | 219:18, 219:25 |
| 70:25, 71:6 | 98:15, 98:19 | 135:18, 135:20 | 183:12, 183:23 | 220:7, 220:13 |
| 71:12, 71:18 | 99:1, 99:17 | 136:20, 137:4 | 184:9, 185:17 | 220:19, 221:1 |
| 71:25, 72:6 | 99:21, 99:23 | 137:10, 137:19 | 185:22, 187:2 | 221:15, 221:22 |
| 72:11, 72:16 | 101:5, 101:9 | 137:25, 138:6 | 187:16, 188:2 | 222:8, 222:15 |
| 72:22, 73:4 | 101:13, 101:18 | 138:11, 138:24 | 188:12, 188:21 | 223:11, 223:18 |
| 73:10, 73:15 | 102:14, 103:1 | 139:10, 139:23 | 189:22, 190:19 | 223:24, 225:3 |
| 74:8, 74:14 | 103:16, 103:21 | 140:2, 140:11 | 190:23, 190:25 | 225:5, 225:13 |
| 74:20, 74:23 | 104:12, 104:21 | 140:19, 140:22 | 191:8, 191:14 | 225:14, 225:20 |
| 75:4, 75:9 | 105:2, 105:12 | 141:5, 141:22 | 192:1, 192:7 | 226:1, 226:8 |
| 75:14, 75:20 | 105:19, 106:1 | 142:8, 142:13 | 192:17, 192:21 | 226:12, 226:15 |
| 76:6, 76:15 | 107:1, 107:25 | 142:24, 143:20 | 193:2, 193:7 | 226:24, 227:3 |
| 76:21, 77:19 | 108:7, 108:17 | 144:19, 145:7 | 193:13, 193:18 | 227:9, 227:15 |
| 77:25, 78:2 | 109:4, 109:16 | 145:19, 146:2 | 193:23, 194:3 | 227:21, 227:24 |
| 78:8, 78:14 | 109:22, 110:2 | 146:25, 147:13 | 194:9, 195:12 | 228:3, 228:7 |
| 78:21, 79:7 | 110:8, 110:20 | 147:19, 147:25 | 197:24, 198:4 | 228:15, 228:22 |
| 79:17, 79:22 | 111:1, 111:4 | 148:17, 148:22 | 198:14, 198:19 | 229:2, 229:9 |
| 80:2, 80:3 | 112:3, 112:7 | 149:11, 150:3 | 198:24, 199:5 | 229:13, 229:22 |
| 80:13, 80:24 | 112:13, 112:22 | 150:9, 150:13 | 199:10, 199:17 | 230:6, 231:7 |
| 81:8, 81:13 | 113:2, 113:10 | 150:18, 151:4 | 199:25, 200:17 | 231:13, 231:19 |
| 81:24, 82:16 | 114:1, 114:11 | 151:14, 151:19 | 201:2, 201:11 | 232:6, 233:12 |
| 82:21, 83:6 | 114:22, 115:13 | 152:11, 152:17 | 202:6, 202:25 | 234:17, 234:24 |
| 83:12, 83:17 | 115:20, 116:1 | 152:24, 153:10 | 203:5, 203:11 | 235:13, 235:23 |
| 83:24, 84:6 | 116:13, 117:3 | 153:25, 154:24 | 203:16, 203:20 | 236:8, 236:16 |
| 84:12, 84:18 | 117:15, 117:24 | 155:15, 155:23 | 203:21, 204:3 | 237:19, 238:11 |
| 85:6, 85:9 | 118:5, 118:13 | 158:14, 159:19 | 204:9, 204:21 | 239:16, 239:20 |
| 85:11, 85:17 | 119:1, 119:7 | 160:1, 160:6 | 205:15, 205:19 | 240:1, 240:7 |

| | | | | |
|---|---|---|---|---|
| 240:18, 240:25 | 281:17, 282:8 | 315:1, 315:7 | 24:10, 24:25 | 109:22, 110:1 |
| 241:7, 241:22 | 282:21, 283:1 | 315:16, 316:5 | 90:19, 248:10 | 110:7, 110:13 |
| 242:9, 242:20 | 283:7, 283:12 | 316:17, 317:3 | 325:14 | 110:17, 111:1 |
| 243:4, 243:9 | 283:16, 284:1 | 318:2, 318:9 | **ring** 137:4 | 111:12, 111:20 |
| 243:15, 244:2 | 284:7, 284:18 | 318:19, 320:9 | 137:9 | 112:13, 113:13 |
| 244:8, 244:13 | 284:24, 285:4 | 320:14, 320:25 | **rings** 117:3 | **Roberto** 21:18 |
| 244:18, 244:24 | 285:9, 285:16 | 321:6, 321:11 | **rip-off** 135:2 | **Rock** 2:22 |
| 245:22, 246:12 | 285:22, 286:8 | 322:7, 323:5 | **ripped** 134:13 | 135:25, 136:2 |
| 247:1, 247:8 | 286:14, 286:19 | 324:18, 324:24 | **rival** 48:25 | 136:8, 144:18 |
| 247:24, 249:7 | 286:25, 287:7 | 325:5, 325:9 | **rivalries** 283:15 | 145:2 |
| 251:4, 252:18 | 287:12, 289:22 | 325:21, 326:6 | **Rivera** 17:13 | **rode** 288:15 |
| 252:24, 253:6 | 290:8, 290:14 | 326:16, 326:22 | 17:15, 18:3 | 288:16 |
| 253:12, 253:17 | 290:18, 290:24 | 327:10, 328:2 | 18:4, 18:18 | **Rodrigo** 20:20 |
| 253:24, 254:4 | 291:3, 291:8 | 328:8, 328:12 | 19:12, 19:13 | 21:14 |
| 255:11, 256:6 | 291:21, 292:12 | 328:20, 328:24 | 19:15, 20:8 | **Rodriguez** |
| 257:10, 258:8 | 292:23, 293:13 | 329:4, 329:9 | 90:10, 122:7 | 23:25, 118:25 |
| 258:19, 259:1 | 293:19, 293:25 | 329:20, 330:1 | 122:22, 123:4 | 121:3, 147:25 |
| 259:16, 259:25 | 294:11, 294:17 | 330:6, 330:15 | 123:21, 124:1 | 333:24, 334:5 |
| 262:24, 263:8 | 294:23, 295:4 | 330:19, 330:23 | 124:20, 124:25 | 334:14, 334:20 |
| 263:14, 263:19 | 295:14, 295:16 | 331:7, 331:15 | 125:5, 125:23 | 335:1, 335:12 |
| 264:1, 264:7 | 295:21, 295:25 | 331:20, 331:24 | 126:12, 126:23 | 336:15, 337:3 |
| 265:22, 266:8 | 296:13, 296:16 | 332:8, 332:19 | 127:7, 145:11 | 337:9 |
| 266:13, 266:19 | 296:22, 297:3 | 332:25, 333:14 | 145:15, 145:18 | **Rodriguez's** |
| 266:24, 267:4 | 297:12, 297:18 | 334:6, 334:15 | 146:7, 146:13 | 336:22, 337:15 |
| 267:9, 267:15 | 298:1, 298:9 | 334:21, 335:2 | 147:7, 147:12 | 337:21 |
| 267:21, 268:2 | 299:8, 299:16 | 335:8, 335:15 | 147:17, 147:24 | **Rodriquez** |
| 268:6, 268:10 | 300:3, 300:13 | 335:21, 336:4 | 337:20, 340:16 | 23:22 |
| 268:17, 269:8 | 300:19, 300:24 | 336:8, 336:10 | 340:22 | **Roland** 1:6 |
| 269:13, 269:19 | 301:5, 301:18 | 336:17, 336:24 | **Rivera's** 17:21 | 2:15, 185:1 |
| 269:24, 270:4 | 301:24, 302:10 | 337:4, 337:10 | 18:5, 18:9 | 185:16, 212:3 |
| 270:10, 270:17 | 302:15, 302:21 | 338:9, 338:22 | 18:10, 19:6 | 346:6 |
| 270:23, 271:3 | 303:2, 303:10 | 339:5, 339:11 | 90:6, 90:18 | **role** 37:2, 90:13 |
| 271:9, 271:17 | 303:14, 303:16 | 339:16, 340:3 | 146:17, 341:7 | 116:7, 135:13 |
| 271:23, 272:3 | 303:22, 304:1 | 340:8, 340:23 | **rob** 132:1, 132:6 | 138:17, 170:5 |
| 272:16, 273:18 | 304:8, 305:1 | 341:7, 342:1 | 132:6 | 204:3, 208:5 |
| 274:11, 275:4 | 305:7, 306:1 | 342:6, 342:16 | **robbed** 133:6 | 213:5, 232:5 |
| 275:9, 275:15 | 306:6, 306:12 | 343:5 | **robberies** 55:1 | 276:20, 290:23 |
| 275:20, 276:2 | 307:13, 307:17 | **right-hand** | **robbery** 138:17 | **roll** 251:18 |
| 276:8, 276:14 | 307:22, 308:5 | 102:18, 112:13 | **Robert** 24:9 | 294:4 |
| 276:25, 277:8 | 309:23, 310:16 | **rights** 14:24 | 24:14, 102:13 | **Rolodex** 50:23 |
| 277:15, 277:24 | 310:21, 311:1 | 15:12, 17:4 | 102:18, 103:20 | 52:15 |
| 278:9, 278:23 | 312:7, 312:10 | 17:21, 18:2 | 104:1, 104:7 | **Rook** 16:13 |
| 279:18, 279:24 | 312:16, 312:22 | 18:6, 19:6 | 105:1, 105:18 | 97:24 |
| 280:4, 280:10 | 313:2, 313:9 | 21:12, 21:21 | 105:25, 106:19 | **rookie** 66:5 |
| 280:16, 280:21 | 313:21, 314:2 | 22:2, 23:8 | 106:25, 107:24 | 275:14 |
| 281:1, 281:11 | 314:11, 314:18 | 23:17, 24:1 | 108:7, 108:12 | **room** 76:5 |

93:14, 111:3
115:6, 115:8
172:11, 217:3
220:24, 246:1
246:5, 319:18
326:21, 327:20
**rooms** 318:19
**Rosa** 4:12
222:3, 222:7
222:12, 223:8
223:10, 250:15
259:6, 259:24
260:10, 261:19
262:4, 262:9
262:15, 318:18
319:8, 319:14
319:17, 319:19
319:20, 320:1
**Rosendo** 78:12
79:2, 135:12
138:23, 139:4
**roster** 53:12
**roughly** 154:22
**route** 321:9
**routinely** 49:7
223:1
**row** 148:16
**rubber** 276:24
**Rucker** 299:2
299:7, 299:15
300:2, 300:7
309:8
**Rule** 346:18
**ruled** 339:21
**rules** 1:23, 6:4
**run** 137:4, 137:9
**running** 288:22
289:2

**S**

**Saint** 2:5
**sales** 154:23
180:20
**Sam** 104:11
104:16, 104:25

105:24, 106:5
106:24, 107:24
108:5, 108:11
108:16, 132:9
**San** 1:22, 29:18
29:20, 29:22
29:24, 347:18
**Sanchez** 159:14
159:18, 160:9
161:4, 161:14
161:20, 162:9
164:14, 165:19
166:16
**Sanchez's**
162:16, 166:4
167:4, 167:6
167:19
**Santiago** 15:18
15:18, 15:21
16:7, 159:14
159:18, 160:9
161:4, 161:20
162:9, 166:4
166:16, 167:19
**Sara** 9:20, 9:24
**sat** 114:20
**save** 70:1
**saved** 74:19
**saw** 93:13
251:17, 254:22
254:25, 256:25
316:10, 316:24
316:24
**saying** 68:21
94:17, 123:4
219:23, 221:6
241:5
**says** 131:15
133:25, 134:9
232:17, 240:12
248:9, 248:23
249:15, 249:23
257:13, 264:22
264:23, 273:4
273:23, 288:8
293:17

**scam** 227:13
**scared** 219:11
**scene** 168:1
168:6, 168:7
168:8, 232:22
285:21, 286:7
**scheme** 105:1
109:9, 127:23
132:10, 132:14
132:18, 133:21
**schemes** 99:6
131:25, 302:3
**scholar** 247:6
**school** 31:7
31:9, 31:11
31:13
**schooler** 92:10
**screaming**
328:23
**scrutiny** 89:8
**seal** 345:18
**search** 39:12
325:20
**searched** 151:6
**seasoned** 277:5
**seat** 124:16
256:24, 288:17
288:17, 288:18
**sec** 176:14
248:20
**second** 9:20
28:20, 58:23
58:25, 60:8
100:11, 112:22
125:4, 129:19
131:14, 147:23
170:22, 172:7
224:18, 236:21
261:3, 268:20
308:11, 308:15
310:4
**secret** 73:3
84:17, 84:22
299:21
**section** 232:15
234:5

**secure** 138:6
312:15, 324:17
331:19
**secured** 79:1
139:14, 336:22
**security** 35:2
35:7, 35:11
**see** 46:22, 69:1
141:21, 150:11
188:7, 190:8
206:12, 213:12
221:22, 222:1
229:6, 230:25
234:5, 250:20
255:2, 261:15
262:18, 272:10
272:14, 273:8
274:7, 279:7
303:17, 314:25
316:25
**seeing** 143:25
144:5, 208:4
**seeking** 38:4
**seen** 181:16
261:21
**sell** 136:10
153:18, 154:13
**sellers** 131:23
**selling** 150:9
150:11, 150:13
151:13, 152:4
158:8, 158:13
158:18, 158:23
159:24
**send** 206:23
**sense** 302:19
311:18, 312:2
**sentence** 341:2
**sentencing**
298:15
**sentiment**
151:24
**September** 91:1
**sergeant** 19:16
19:16, 189:8
189:13, 189:20

190:11, 190:16
200:15, 203:9
203:16, 204:1
204:17, 204:20
205:6, 206:12
207:4, 207:16
207:24, 213:3
229:11, 229:12
229:20, 230:3
232:17, 232:25
233:3, 233:10
233:16, 233:24
234:15, 235:4
235:18, 235:20
236:24, 237:9
237:17, 237:23
289:14
**sergeant's**
172:18
**serious** 187:21
275:15
**Serrano** 20:17
20:19, 21:2
332:13
**serve** 244:2
**served** 152:16
**session** 130:15
**set** 135:6
**settled** 16:7
**sex** 155:22
156:11, 156:17
**sexual** 147:2
156:7
**shake** 145:6
179:16, 301:23
**shakedown** 99:6
**shaking** 54:22
**shared** 41:18
155:7
**she'd** 126:13
223:23
**shift** 214:22
214:24, 215:5
215:9, 240:17
**Shlifka** 77:16
78:13, 79:10

79:15
shoot 188:20
shooter 105:25
  111:1, 237:4
  237:6, 246:25
  280:4, 305:20
shooters 51:15
  271:22
shooting 114:10
  114:13, 115:19
  123:5, 125:24
  126:3, 126:7
  126:8, 160:10
  161:15, 186:5
  186:10, 186:19
  186:20, 187:15
  188:14, 191:5
  232:19, 232:21
  232:22, 233:25
  234:2, 237:5
  256:25, 257:15
  258:13, 288:15
  290:23, 321:10
short 174:8
  288:15, 288:18
  288:22
shorthand 1:19
  1:21, 346:12
shorties 105:24
shortly 152:9
  186:19, 211:14
shot 105:7
  122:22, 167:8
  167:14, 168:2
  168:17, 183:4
  232:20, 233:19
  250:12
shots 289:1
  316:23
show 10:8, 12:6
  108:12, 133:12
  264:25, 320:7
showed 131:18
  257:19, 321:8
showing 311:6
shown 265:7

shut 257:3
sic 257:17
  288:8, 289:3
side 62:15
  332:7
sidewalk 316:11
  316:24
Sierra 22:25
  23:2
sign 294:9
  294:23
signature 1:25
  4:4, 262:4
  332:2, 335:7
  343:21, 344:1
  345:2, 346:19
  346:24
signed 229:20
  237:1, 262:9
  262:15, 290:17
  291:6
significant 38:3
  50:19, 102:19
  140:11
signing 292:22
  325:20, 339:10
silent 6:19, 6:21
  9:14, 12:20
  18:6, 22:19
similar 269:18
simply 176:23
simultaneously
  301:18
single 73:25
sir 6:7, 9:2, 9:14
  11:9, 13:24
  15:8, 16:11
  16:14, 23:22
  25:16, 25:22
  27:13, 28:5
  31:15, 80:11
  140:6, 225:5
  229:6, 230:25
  231:5, 237:11
  241:20, 245:5
  248:14, 248:18

249:4, 249:16
250:3, 250:20
252:4, 253:21
255:5, 257:4
257:23, 259:11
265:11, 279:8
281:21, 281:23
289:8, 289:15
291:18, 291:25
292:3, 303:17
304:6, 304:12
306:17, 307:7
309:22, 310:5
310:25, 317:25
318:16, 319:6
319:7, 319:20
319:23, 324:15
339:15
sister 155:19
  221:22
sisters 87:22
  88:2, 222:21
six 254:25
  257:22, 289:1
  316:23
sizeable 96:18
  96:24, 120:14
slap 331:24
  332:7
slapped 326:5
slip 131:18
  131:19
slips 131:22
  131:22, 133:18
  227:1
smacked 62:9
smooth 246:5
snitch 148:10
snitched 271:3
snitches 147:8
snitching
  210:24
Snoopy 121:25
  122:6, 122:11
  122:16, 123:22
  124:21, 125:24

127:17, 127:23
128:4, 128:10
so-called 285:15
SOL'd 49:14
Solache 22:9
  339:16, 340:12
sold 135:2
  159:25
soldiers 51:11
sole 49:9
solve 41:2
  50:24, 52:16
  57:11, 66:25
  149:10, 209:17
  211:9, 253:22
  254:4
solved 105:12
  254:9, 254:9
solving 90:14
  98:2, 180:12
  185:12, 254:14
somebody
  116:20, 210:16
  219:24, 315:16
someone's 47:13
  238:17
son 29:17, 147:7
  222:2, 328:19
  329:15
sorry 20:22
  28:19, 29:6
  58:22, 77:7
  86:3, 103:2
  111:23, 117:12
  136:19, 147:23
  180:19, 186:2
  224:22, 225:13
  236:12, 236:22
  238:24, 248:19
  248:23, 248:25
  264:21, 267:17
  268:19, 273:3
  288:9, 304:17
  307:19, 308:17
  311:9, 317:24
  318:15, 318:22

319:3, 326:23
333:1, 338:16
338:18, 340:20
sort 121:12
  203:25, 210:24
SOTOS 2:17
sought 37:9
  37:16
sound 103:10
  122:1, 153:25
  225:18
sounded 225:9
source 146:7
sources 46:19
  50:19, 51:21
  52:16, 92:1
  145:12, 145:18
Spanish 30:8
  30:8, 33:9
  48:13, 49:1
  49:3, 91:22
  115:13, 151:19
  152:3, 153:12
  154:5, 159:5
  204:9, 204:12
  204:18, 241:17
  252:24, 277:20
  280:16, 281:1
  281:6, 304:8
  313:16, 325:14
  328:12, 330:4
  330:6, 330:10
  330:15
Spanky 104:17
  106:24, 108:21
  112:20, 113:6
Spaulding 257:1
  265:4, 265:6
speak 28:21
  70:9, 145:1
  215:14, 241:17
  280:16, 307:21
  308:4, 313:20
  318:19, 330:15
speaker 204:9
  204:13, 204:18

325:9
speakerphone
29:6
speaking 29:5
151:19, 328:11
specialist 36:21
36:23, 37:3
37:6, 37:16
38:2, 39:21
40:1, 41:9
41:21, 42:21
44:14, 49:7
50:9, 50:14
52:1, 52:7
52:11, 52:11
56:10, 56:12
56:23, 58:17
59:6, 59:14
62:2, 90:6
90:23, 91:2
97:18, 98:19
100:20, 109:14
164:7, 277:6
300:18
specialists 41:1
41:13, 44:9
44:10, 45:20
148:22
specific 10:21
303:1, 304:6
specifically 20:5
41:20, 45:4
113:1, 149:21
190:19, 229:2
230:20, 232:14
305:18, 340:1
speculation
53:10, 84:14
114:3, 116:9
125:21, 127:19
165:2, 165:17
168:25, 169:6
169:12, 172:15
173:23, 178:25
179:6, 181:15
182:8, 182:18

182:23, 187:11
200:19, 204:23
206:2, 206:7
230:1, 230:12
234:19, 236:18
240:9, 258:15
275:17, 291:10
291:16, 333:16
333:21, 339:7
spelled 279:11
spend 338:24
spent 32:4
Spivy 9:20, 9:24
Spivy's 10:4
split 289:5
spoke 159:4
252:24, 277:20
277:23, 300:2
330:4, 330:6
330:10
spotted 265:5
spring 151:3
St 57:1, 251:25
251:25, 288:20
293:19, 316:3
316:4
stabbed 91:6
94:13
stabbing 92:16
93:13, 94:9
stage 132:25
stamp 131:15
230:21, 247:21
273:8, 276:24
311:13
stamped 232:16
stand 72:15
standing 254:22
316:10
start 5:1, 15:17
18:4, 24:7
131:24, 186:2
214:23, 215:9
239:4, 240:17
304:19
started 87:22

88:8, 88:19
154:18, 214:22
215:4, 254:23
255:3
starting 131:15
312:4
starts 131:14
232:15, 264:20
state 1:20, 5:3
30:24, 117:6
341:3, 345:9
345:22, 346:13
State's 3:4, 3:5
12:7, 64:17
67:5, 67:9, 68:6
69:2, 70:14
73:8, 75:12
75:18, 76:14
77:16, 78:12
143:19, 173:19
174:3, 197:22
199:9, 199:15
218:1, 227:8
227:19, 275:21
276:1, 277:7
278:23, 298:21
299:14, 303:21
305:17, 323:3
323:9, 323:16
323:24, 329:20
329:24, 329:25
330:15, 342:21
343:3, 343:14
stated 1:24
65:12, 66:19
233:18, 237:2
237:4, 237:5
237:6, 239:22
261:7, 264:24
265:1, 288:11
statement 4:12
4:14, 4:16
63:21, 63:21
64:11, 64:18
64:22, 65:6
65:12, 65:17

72:5, 72:5
216:11, 216:18
218:13, 237:11
237:16, 237:25
239:7, 240:1
245:22, 247:23
248:14, 249:11
249:16, 249:20
250:2, 250:2
250:7, 256:11
260:16, 261:19
261:22, 261:24
262:5, 262:10
262:15, 262:23
263:14, 263:19
272:16, 273:7
273:11, 274:16
274:22, 279:7
279:10, 279:17
280:10, 281:16
281:22, 281:23
282:1, 282:7
282:8, 282:8
282:12, 282:19
283:1, 283:6
286:1, 288:8
288:10, 288:11
289:7, 289:12
289:16, 289:22
290:1, 290:7
290:13, 290:18
291:7, 292:2
292:3, 292:4
292:9, 292:11
292:11, 292:17
292:22, 293:4
294:3, 294:8
294:15, 294:16
294:23, 295:4
295:9, 303:16
307:12, 326:2
331:19, 339:10
339:11, 342:1
statements 7:15
62:25, 81:7
201:16, 208:17

210:15, 220:7
228:13, 228:20
234:15, 234:23
235:4, 235:12
235:21, 236:3
236:6, 236:11
236:14, 238:8
238:16, 238:23
239:14, 250:20
250:22, 252:2
252:9, 253:6
255:5, 255:6
257:4, 257:5
257:10, 257:23
257:23, 258:4
258:19, 260:4
262:22, 265:10
271:9, 271:23
273:24, 281:25
282:18, 283:1
283:5, 284:6
284:11, 285:14
287:17, 289:6
291:19, 297:8
307:2, 317:11
323:18, 324:18
332:19, 339:22
342:22, 343:3
STATES 1:1
346:1
station 194:3
status 26:21
statute 156:17
stayed 76:5
113:6, 257:15
265:3
steal 136:9
stealing 55:1
stepson 38:21
Steve 240:12
340:17
stomach 326:10
stood 288:25
stop 63:16
131:19, 150:12

221:8, 221:8
245:21
**stopped** 162:21
183:11, 184:2
188:2, 243:21
**story** 278:14
283:7, 315:4
**street** 2:11, 2:23
3:6, 32:10, 33:5
33:10, 33:24
34:4, 38:8
46:20, 53:17
54:4, 111:12
136:10, 145:12
145:18, 150:8
160:1, 166:25
168:23, 186:11
186:15, 187:7
232:20, 254:23
**streets** 32:5
39:1, 55:12
137:19, 141:21
142:3, 187:2
188:8, 190:8
**strike** 12:17
14:16, 17:25
18:4, 24:6, 28:8
33:4, 51:20
53:16, 55:18
73:1, 76:11
77:1, 77:25
78:19, 82:6
86:2, 87:14
109:2, 111:18
116:5, 117:11
118:15, 120:6
124:9, 131:24
145:17, 167:5
178:1, 183:8
186:2, 189:7
199:22, 200:9
209:15, 212:10
212:12, 223:9
225:22, 232:3
236:4, 242:25
243:13, 247:19

249:5, 253:4
262:3, 264:21
271:13, 273:2
292:10, 293:3
298:12, 304:19
305:16, 314:8
315:11, 317:24
318:7, 330:5
331:11
**strong** 38:1
75:3, 138:11
**struck** 245:16
337:3
**struggle** 71:17
**struggling**
109:21
**stuck** 337:9
**stuff** 308:20
**Suas** 128:15
**Suastegui**
128:15
**Suastegui's**
128:23
**subject** 7:15
47:16, 175:10
290:13, 292:23
**subjects** 288:23
**submitted**
230:16
**subpoena** 11:15
11:20, 12:8
**subpoenaed**
11:10, 14:25
**subscribed**
345:15, 347:9
**subsequent**
10:14, 288:9
288:11
**successful** 220:6
**sue** 82:25
**sued** 11:6, 15:10
15:18, 16:11
16:18, 17:1
17:12, 22:17
23:21, 25:4
25:13, 85:15

86:17, 340:12
**suggest** 176:25
179:24, 215:25
235:21
**suggested**
178:16
**suggestion**
293:23
**suggests** 294:9
**suicide** 161:20
162:2, 162:10
162:16, 164:14
164:21, 165:3
**suing** 29:25
**suit** 89:13, 89:22
**Suite** 1:22, 2:11
2:17, 2:23
347:17
**sum** 96:18
96:24, 120:14
158:13
**summarize**
177:13
**summarizes**
247:22, 292:2
293:5
**summary**
248:10, 292:3
**summer** 148:20
150:1, 151:3
**supervised**
190:2
**supervising**
229:11
**supervisor**
189:21, 205:2
**supervisors**
172:25, 179:9
**supplemental**
181:23, 229:4
229:18, 230:22
234:5, 247:20
252:3, 259:1
260:5, 264:18
264:19, 278:3
323:24

**supplier** 103:8
111:21, 132:20
134:13, 134:20
153:12
**suppliers** 112:3
132:6, 133:1
**support** 75:18
79:21, 83:16
84:5, 84:11
86:18, 140:15
140:19, 141:9
165:11, 298:16
299:3
**supported** 74:12
177:14
**supporting**
141:4
**supposed**
171:24, 225:21
225:23, 226:6
226:7, 226:11
**supposedly**
235:6
**suppress** 4:16
297:8, 303:16
**suppressed**
304:1, 340:6
**suppression**
306:18, 309:3
309:16, 309:20
339:21, 340:2
**sure** 8:19, 20:24
28:21, 31:1
31:4, 45:4
49:15, 60:15
72:21, 80:4
94:18, 95:14
97:8, 97:13
120:1, 120:8
151:18, 151:23
154:23, 176:15
222:14, 224:7
224:23, 236:14
239:3, 246:18
249:3, 259:23
261:11, 300:3

302:20, 308:13
308:14, 319:1
338:13, 342:15
**surprise** 211:23
213:12
**surprisingly**
296:7
**survey** 168:6
**suspect** 6:3
66:12, 67:18
174:15, 174:23
175:10, 175:23
176:4, 176:4
220:24, 221:6
**suspected** 48:25
**suspects** 57:20
210:9, 324:16
**suspicious** 133:7
**Swano** 214:5
214:11, 215:14
307:21, 308:4
**swearing** 7:3
**sweatshirt**
251:17, 254:21
315:14
**switch** 301:10
**sworn** 1:17, 5:5
5:20, 346:15
347:9
**synoptic** 45:9
**system** 43:2
43:17, 46:13
172:23
**systems** 43:6
43:11

**T**

**tactic** 218:24
220:17, 222:20
223:1, 271:15
329:7
**tactical** 36:13
**tactics** 216:16
220:12, 271:8
**tag** 246:10

**take**  6:13, 6:16
7:7, 7:21, 9:3
9:12, 9:18, 11:8
11:13, 11:17
11:19, 11:24
12:5, 12:10
12:15, 12:22
13:4, 13:10
13:15, 13:22
14:7, 14:15
14:22, 15:3
15:6, 15:9
15:16, 15:20
16:1, 16:5
16:10, 16:17
16:20, 16:25
17:6, 17:11
17:14, 17:19
17:24, 18:8
18:11, 18:16
18:24, 19:4
19:10, 19:14
19:20, 20:3
20:6, 20:9
20:15, 20:18
20:21, 21:5
21:10, 21:16
21:19, 21:24
22:4, 22:6
22:11, 22:16
22:23, 23:1
23:6, 23:11
23:15, 23:20
23:24, 24:4
24:13, 24:19
24:23, 25:3
25:6, 25:12
25:15, 25:21
25:24, 26:3
26:8, 26:12
26:18, 26:22
27:2, 27:6
27:11, 27:14
27:24, 28:3
28:6, 28:13
29:11, 29:16

29:19, 29:21
29:23, 30:5
30:7, 30:10
30:13, 30:15
31:8, 31:10
31:12, 31:14
31:17, 31:20
31:23, 32:3
32:9, 32:13
32:18, 32:23
33:2, 33:8
33:12, 33:15
33:18, 33:22
34:2, 34:8
34:11, 34:14
34:17, 34:20
34:24, 35:5
35:10, 35:14
35:19, 35:22
36:1, 36:7
36:11, 36:15
36:19, 36:22
36:25, 37:5
37:8, 37:14
37:20, 37:25
38:6, 38:11
38:15, 38:20
38:24, 39:4
39:7, 39:11
39:15, 39:19
39:24, 40:6
40:11, 40:15
40:19, 40:25
41:5, 41:12
41:17, 41:22
41:24, 42:4
42:10, 42:15
42:19, 42:24
43:1, 43:4
43:10, 43:15
43:20, 43:24
44:3, 44:7
44:12, 44:17
44:22, 45:2
45:8, 45:14
45:18, 45:23

46:3, 46:7
46:11, 46:15
46:18, 46:25
47:5, 47:9
47:12, 47:19
47:24, 48:5
48:8, 48:12
48:16, 48:23
49:5, 49:12
49:20, 50:2
50:7, 50:12
50:17, 50:21
51:2, 51:6
51:10, 51:14
51:18, 51:24
52:4, 52:9, 52:9
52:14, 52:20
52:24, 53:4
53:9, 53:14
53:21, 54:2
54:8, 54:13
54:19, 54:24
55:5, 55:10
55:15, 55:22
56:2, 56:7
56:14, 56:20
56:24, 57:2
57:5, 57:9
57:14, 57:18
57:23, 58:4
58:9, 58:14
58:20, 59:5
59:8, 59:12
59:17, 59:22
60:2, 60:6
60:11, 60:14
60:18, 60:23
61:2, 61:6
61:11, 61:14
61:21, 62:1
62:8, 62:14
62:18, 62:22
63:3, 63:9
63:13, 63:19
63:25, 64:4
64:9, 64:15

64:18, 64:20
64:24, 65:4
65:10, 65:15
65:19, 65:24
66:4, 66:9
66:16, 66:23
67:3, 67:8
67:13, 67:16
67:20, 67:24
68:4, 68:9
68:14, 68:19
68:24, 69:5
69:9, 69:15
69:19, 69:24
70:7, 70:12
70:18, 70:22
71:3, 71:8
71:14, 71:20
71:23, 72:2
72:9, 72:13
72:19, 72:24
73:6, 73:13
73:16, 73:22
74:5, 74:10
74:17, 74:22
75:1, 75:7
75:11, 75:16
75:24, 76:3
76:9, 76:18
76:24, 77:5
77:22, 78:5
78:10, 78:17
78:24, 79:4
79:8, 79:13
79:19, 79:24
79:25, 80:2
80:16, 80:21
81:1, 81:5
81:10, 81:15
81:20, 82:2
82:12, 82:18
82:23, 83:4
83:8, 83:14
83:20, 84:2
84:8, 84:15
84:20, 85:2

85:8, 85:14
85:20, 86:1
86:9, 86:15
86:21, 87:1
87:6, 87:13
87:20, 87:25
88:7, 88:13
88:18, 88:22
88:25, 89:6
89:11, 89:15
89:20, 89:23
90:3, 90:8
90:12, 90:16
90:21, 90:25
91:5, 91:10
91:16, 91:20
91:24, 92:3
92:8, 92:12
92:19, 92:25
93:5, 93:11
93:20, 93:24
94:6, 94:11
94:15, 94:21
94:25, 95:5
95:11, 95:17
95:24, 96:4
96:10, 96:16
96:21, 97:1
97:6, 97:11
97:17, 97:23
97:25, 98:6
98:12, 98:17
98:22, 99:4
99:10, 99:15
99:20, 100:2
100:7, 100:18
100:24, 101:3
101:7, 101:11
101:15, 101:21
101:25, 102:5
102:11, 102:17
102:23, 103:7
103:13, 103:19
103:24, 104:5
104:10, 104:15
104:18, 104:24

| | | | | |
|---|---|---|---|---|
| 105:5, 105:10 | 125:3, 125:9 | 144:25, 145:3 | 164:12, 164:18 | 187:19, 187:25 |
| 105:15, 105:20 | 125:15, 125:20 | 145:10, 145:14 | 164:25, 165:8 | 188:5, 188:11 |
| 106:4, 106:10 | 126:1, 126:5 | 145:21, 145:25 | 165:16, 165:22 | 188:18, 188:23 |
| 106:15, 106:18 | 126:10, 126:17 | 146:5, 146:11 | 166:3, 166:8 | 189:5, 189:12 |
| 106:22, 107:4 | 126:21, 127:3 | 146:16, 146:19 | 166:14, 166:19 | 189:19, 189:25 |
| 107:8, 107:12 | 127:10, 127:14 | 146:22, 146:24 | 166:23, 167:2 | 190:5, 190:10 |
| 107:18, 107:22 | 127:21, 128:2 | 147:1, 147:6 | 167:12, 167:18 | 190:15, 190:22 |
| 108:3, 108:10 | 128:7, 128:12 | 147:11, 147:16 | 167:24, 168:5 | 191:3, 191:11 |
| 108:15, 108:19 | 128:18, 128:21 | 147:22, 148:3 | 168:10, 168:16 | 191:17, 191:23 |
| 108:25, 108:25 | 129:3, 129:8 | 148:9, 148:14 | 168:21, 169:1 | 192:4, 192:10 |
| 109:7, 109:12 | 129:19, 129:21 | 148:19, 148:23 | 169:7, 169:13 | 192:15, 192:19 |
| 109:19, 109:24 | 130:2, 130:13 | 149:4, 149:9 | 169:18, 169:24 | 192:24, 193:4 |
| 110:4, 110:11 | 130:17, 130:17 | 149:13, 149:18 | 170:4, 170:9 | 193:10, 193:15 |
| 110:16, 110:23 | 130:19, 130:22 | 149:25, 150:6 | 170:14, 170:21 | 193:21, 194:1 |
| 111:2, 111:6 | 130:25, 131:6 | 150:10, 150:16 | 171:4, 171:12 | 194:6, 194:11 |
| 111:11, 111:15 | 131:12, 132:4 | 150:21, 151:1 | 171:18, 171:23 | 194:16, 194:22 |
| 111:25, 112:5 | 132:8, 132:12 | 151:5, 151:10 | 172:4, 172:9 | 195:1, 195:5 |
| 112:10, 112:15 | 132:16, 132:23 | 151:17, 151:22 | 172:16, 172:22 | 195:9, 195:15 |
| 112:19, 112:25 | 133:4, 133:11 | 152:1, 152:8 | 173:3, 173:9 | 195:20, 196:1 |
| 113:4, 113:9 | 133:16, 133:20 | 152:14, 152:20 | 173:17, 173:25 | 196:8, 196:14 |
| 113:11, 113:17 | 133:24, 134:8 | 153:2, 153:5 | 174:7, 174:12 | 196:19, 196:24 |
| 113:23, 114:4 | 134:12, 134:17 | 153:9, 153:16 | 174:21, 175:1 | 197:3, 197:8 |
| 114:9, 114:12 | 134:25, 135:4 | 153:21, 154:3 | 175:7, 175:14 | 197:14, 197:20 |
| 114:15, 114:18 | 135:10, 135:17 | 154:10, 154:16 | 175:20, 176:1 | 198:2, 198:7 |
| 114:25, 115:6 | 135:24, 136:1 | 154:20, 155:1 | 176:9, 176:22 | 198:11, 198:16 |
| 115:11, 115:16 | 136:4, 136:7 | 155:5, 155:12 | 177:4, 177:11 | 198:21, 199:2 |
| 115:23, 116:3 | 136:12, 136:18 | 155:16, 155:18 | 177:17, 177:24 | 199:7, 199:13 |
| 116:10, 117:9 | 136:22, 137:2 | 155:21, 156:1 | 178:7, 178:13 | 199:20, 200:3 |
| 117:18, 117:22 | 137:7, 137:12 | 156:5, 156:10 | 178:20, 179:1 | 200:8, 200:14 |
| 118:2, 118:7 | 137:16, 137:22 | 156:15, 156:22 | 179:7, 179:14 | 200:20, 200:24 |
| 118:11, 118:14 | 138:3, 138:9 | 157:1, 157:7 | 179:20, 180:3 | 201:4, 201:8 |
| 118:23, 119:4 | 138:14, 138:21 | 157:9, 157:23 | 180:10, 180:17 | 201:14, 201:20 |
| 119:9, 119:15 | 139:2, 139:8 | 158:3, 158:7 | 180:22, 181:3 | 202:2, 202:7 |
| 119:21, 119:24 | 139:12, 139:20 | 158:11, 158:16 | 181:8, 181:14 | 202:14, 202:22 |
| 120:5, 120:12 | 139:25, 140:4 | 158:21, 159:3 | 181:19, 182:3 | 203:3, 203:8 |
| 120:17, 120:23 | 140:9, 140:14 | 159:6, 159:11 | 182:9, 182:16 | 203:14, 203:18 |
| 121:2, 121:5 | 140:17, 140:20 | 159:17, 159:22 | 182:24, 183:7 | 203:24, 204:7 |
| 121:10, 121:17 | 140:25, 141:3 | 160:4, 160:8 | 183:15, 183:20 | 204:11, 204:16 |
| 121:23, 122:4 | 141:8, 141:13 | 160:14, 160:20 | 184:1, 184:7 | 204:19, 204:24 |
| 122:8, 122:14 | 141:19, 141:25 | 161:2, 161:8 | 184:12, 184:17 | 205:5, 205:12 |
| 122:19, 122:24 | 142:6, 142:11 | 161:12, 161:18 | 184:23, 185:5 | 205:17, 205:23 |
| 123:2, 123:7 | 142:16, 142:21 | 161:24, 162:6 | 185:10, 185:15 | 206:3, 206:8 |
| 123:14, 123:19 | 143:2, 143:8 | 162:13, 162:19 | 185:20, 185:25 | 206:16, 206:22 |
| 123:24, 124:3 | 143:15, 143:24 | 162:25, 163:4 | 186:9, 186:13 | 207:3, 207:9 |
| 124:7, 124:14 | 144:4, 144:10 | 163:10, 163:16 | 186:18, 186:24 | 207:15, 207:21 |
| 124:18, 124:23 | 144:16, 144:22 | 163:22, 164:4 | 187:5, 187:12 | 207:23, 208:3 |

| | | | | |
|---|---|---|---|---|
| 208:9, 208:15 | 231:9, 231:20 | 258:17, 258:22 | 281:4, 281:9 | 302:13, 302:18 |
| 208:21, 209:1 | 231:25, 232:8 | 259:4, 259:14 | 281:14, 281:20 | 302:23, 303:5 |
| 209:7, 209:13 | 232:12, 233:9 | 259:20, 259:22 | 281:21, 281:24 | 303:13, 303:19 |
| 209:20, 210:1 | 233:13, 234:7 | 260:3, 260:9 | 282:5, 282:11 | 303:23, 304:4 |
| 210:6, 210:13 | 234:13, 234:20 | 260:14, 260:21 | 282:17, 282:24 | 304:11, 304:16 |
| 210:20, 211:2 | 235:2, 235:10 | 261:23, 262:2 | 283:4, 283:10 | 304:23, 305:4 |
| 211:7, 211:12 | 235:16, 236:1 | 262:8, 262:11 | 283:13, 283:19 | 305:10, 305:14 |
| 211:17, 211:22 | 236:13, 236:20 | 262:14, 262:21 | 283:24, 284:4 | 306:4, 306:9 |
| 212:2, 212:8 | 237:15, 237:21 | 263:5, 263:11 | 284:9, 284:15 | 306:16, 306:21 |
| 212:17, 212:21 | 238:5, 238:14 | 263:17, 263:22 | 284:21, 285:2 | 306:24, 307:5 |
| 213:2, 213:10 | 238:20, 239:11 | 263:25, 264:4 | 285:7, 285:12 | 307:10, 307:15 |
| 213:16, 213:23 | 239:19, 240:4 | 264:10, 264:12 | 285:19, 285:21 | 307:18, 307:23 |
| 214:2, 214:8 | 240:10, 240:15 | 264:16, 265:14 | 285:25, 286:5 | 308:2, 308:7 |
| 214:14, 214:21 | 240:21, 241:3 | 265:20, 265:25 | 286:7, 286:11 | 309:21, 309:24 |
| 215:3, 215:7 | 241:10, 241:19 | 266:5, 266:11 | 286:17, 286:22 | 310:3, 310:9 |
| 215:12, 215:18 | 241:25, 242:5 | 266:16, 266:22 | 287:3, 287:10 | 310:14, 310:18 |
| 215:23, 216:9 | 242:12, 242:18 | 267:2, 267:7 | 287:15, 287:21 | 310:24, 311:4 |
| 216:15, 216:21 | 242:23, 243:7 | 267:12, 267:19 | 289:11, 289:19 | 312:8, 312:13 |
| 217:1, 217:7 | 243:11, 243:18 | 267:24, 268:4 | 289:25, 290:5 | 312:19, 312:25 |
| 217:13, 217:19 | 243:25, 244:5 | 268:8, 268:13 | 290:11, 290:16 | 313:5, 313:12 |
| 217:24, 218:6 | 244:11, 244:16 | 268:18, 269:6 | 290:20, 291:1 | 313:18, 313:23 |
| 218:11, 218:17 | 244:21, 245:2 | 269:11, 269:16 | 291:5, 291:11 | 314:4, 314:14 |
| 218:23, 219:4 | 245:10, 245:15 | 269:22, 270:2 | 291:17, 291:24 | 314:21, 315:3 |
| 219:9, 219:15 | 245:19, 245:24 | 270:7, 270:13 | 292:8, 292:15 | 315:8, 315:18 |
| 219:21, 220:3 | 246:3, 246:9 | 270:20, 271:1 | 292:20, 293:1 | 315:24, 316:7 |
| 220:10, 220:16 | 246:15, 246:22 | 271:6, 271:12 | 293:9, 293:16 | 316:15, 316:20 |
| 220:22, 221:4 | 247:4, 247:11 | 271:20, 272:1 | 293:22, 294:2 | 317:5, 317:10 |
| 221:12, 221:19 | 247:18, 248:2 | 272:6, 272:11 | 294:7, 294:13 | 317:15, 317:21 |
| 221:25, 222:6 | 248:8, 248:13 | 272:15, 272:19 | 294:20, 295:1 | 318:5, 318:11 |
| 222:11, 222:18 | 248:17, 249:10 | 273:1, 273:10 | 295:7, 295:13 | 318:14, 318:20 |
| 222:25, 223:2 | 249:14, 249:18 | 273:15, 273:21 | 295:19, 295:23 | 319:25, 320:5 |
| 223:7, 223:14 | 249:22, 250:5 | 274:5, 274:14 | 296:2, 296:6 | 320:7, 320:11 |
| 223:17, 223:21 | 250:9, 250:21 | 274:20, 275:1 | 296:11, 296:14 | 320:13, 320:16 |
| 224:2, 224:3 | 251:1, 251:7 | 275:7, 275:12 | 296:17, 296:20 | 320:21, 321:3 |
| 224:16, 224:18 | 251:13, 252:7 | 275:18, 275:24 | 296:25, 297:4 | 321:7, 321:13 |
| 225:4, 226:4 | 252:14, 252:21 | 276:5, 276:11 | 297:15, 297:21 | 321:18, 321:23 |
| 226:10, 226:14 | 253:2, 253:9 | 276:18, 276:23 | 298:4, 298:7 | 322:4, 322:9 |
| 226:19, 226:25 | 253:14, 253:20 | 277:3, 277:11 | 298:10, 298:20 | 322:14, 322:18 |
| 227:6, 227:12 | 254:2, 254:7 | 277:16, 277:19 | 298:25, 299:6 | 323:1, 323:8 |
| 227:18, 228:4 | 254:13, 254:18 | 277:22, 278:2 | 299:10, 299:13 | 323:15, 323:22 |
| 228:10, 228:18 | 255:9, 255:13 | 278:7, 278:12 | 299:18, 299:25 | 324:5, 324:21 |
| 228:25, 229:7 | 255:19, 256:1 | 278:19, 279:1 | 300:6, 300:11 | 325:2, 325:7 |
| 229:10, 229:16 | 256:9, 256:14 | 279:9, 279:13 | 300:16, 300:22 | 325:12, 325:18 |
| 229:25, 230:7 | 256:20, 257:8 | 279:21, 280:2 | 301:2, 301:8 | 325:24, 326:4 |
| 230:13, 230:19 | 257:12, 258:2 | 280:7, 280:13 | 301:9, 301:21 | 326:8, 326:13 |
| 231:1, 231:4 | 258:6, 258:11 | 280:19, 280:24 | 302:1, 302:6 | 326:19, 327:13 |

327:18, 327:23
328:5, 328:10
328:14, 328:18
328:22, 329:1
329:6, 329:12
329:17, 329:22
330:3, 330:9
330:13, 330:17
330:21, 330:25
331:4, 331:10
331:17, 331:22
332:1, 332:6
332:11, 332:17
332:22, 333:6
333:11, 333:17
333:22, 334:4
334:8, 334:12
334:18, 334:24
335:5, 335:7
335:11, 335:18
335:21, 335:24
336:7, 336:13
336:19, 337:1
337:7, 337:13
337:18, 337:24
338:3, 338:6
338:10, 339:3
339:8, 339:14
339:19, 339:25
340:5, 340:10
340:15, 340:19
340:25, 341:5
341:9, 341:10
341:22, 342:4
342:8, 342:13
342:18, 343:1
343:9
**taken** 1:17, 4:13
44:20, 80:6
157:15, 188:8
222:14, 223:23
224:9, 260:16
274:8, 301:12
329:4, 341:14
347:5
**tale** 266:7

284:17, 291:21
324:1
**talk** 19:21, 52:6
92:15, 214:10
259:7
**talked** 183:11
226:5, 233:3
257:21
**talking** 152:21
252:23, 301:15
**target** 174:14
175:10, 175:22
182:12
**targeted** 189:15
193:6
**team** 246:10
**teenager** 32:5
32:11, 32:15
125:5
**teenagers**
125:11
**teens** 31:25
**telephone** 2:16
2:22, 3:4
134:10, 217:2
217:15, 270:4
304:14, 304:22
305:1, 309:18
309:18, 309:22
**tell** 7:3, 128:22
143:19, 199:14
199:22, 199:23
210:16, 210:23
256:10, 256:15
259:8, 259:24
299:14, 305:19
306:5, 318:9
318:21, 319:22
320:3, 323:2
323:23, 337:19
**telling** 218:18
278:14, 295:8
307:11, 333:8
336:15
**ten** 77:24, 78:1
131:17, 313:8

**tentative** 94:17
**term** 116:17
116:19
**terms** 243:15
329:8
**terrified** 223:22
**territory** 48:25
105:7, 169:9
**testified** 5:20
6:10, 13:5
13:16, 13:25
18:17, 70:24
71:15, 72:10
80:17, 80:22
81:3, 81:6
146:1, 304:7
304:12, 304:24
305:5, 305:15
306:17, 306:25
307:20, 310:5
310:15, 313:14
313:19, 313:24
314:5, 314:9
314:15, 314:23
315:5, 315:10
315:12, 315:19
315:25, 316:8
316:21, 317:16
317:22, 317:25
318:6, 318:8
318:16, 319:20
320:6, 320:22
321:4, 321:8
330:22, 337:14
341:18, 341:25
**testify** 7:10
18:9, 37:2
71:10, 148:4
226:24, 337:20
342:10, 342:15
**testifying** 80:23
316:12, 341:24
**testimony** 8:23
10:17, 11:10
14:25, 16:21
21:1, 77:8

103:4, 126:25
145:16, 148:15
268:21, 297:1
297:7, 301:4
303:14, 303:24
305:11, 306:1
306:20, 306:22
307:3, 307:6
307:16, 307:24
308:25, 309:2
309:15, 309:25
310:10, 311:1
311:12, 312:5
312:14, 312:20
314:2, 316:16
316:17, 317:3
317:6, 317:7
317:18, 318:12
319:23, 320:12
321:15, 321:16
321:20, 321:25
321:25, 322:5
322:23, 327:1
331:2, 333:3
340:2, 341:6
346:17
**Texas** 1:20, 1:21
1:22, 29:20
29:22, 345:22
346:13, 347:16
347:18
**thank** 29:3, 29:4
100:10, 130:7
261:20, 324:14
327:8
**theater** 285:4
**Theatrics**
116:24
**theory** 125:11
177:14
**therefor** 346:25
**thing** 47:14
48:15, 55:6
151:7, 221:9
247:12, 261:5
261:6

**things** 39:16
54:21, 246:5
**think** 10:24
16:13, 27:23
47:6, 56:11
77:13, 103:8
105:2, 107:19
114:16, 117:6
126:13, 134:5
134:5, 148:11
148:16, 156:16
245:4, 250:14
261:12, 288:4
299:20, 309:5
322:10, 343:17
**third** 213:24
240:13
**Thomas** 22:25
23:2
**thought** 112:11
116:12, 117:15
338:17
**thousand**
154:22
**threaten** 223:2
263:25, 306:10
335:21, 338:11
338:23
**threatened**
239:24, 240:7
260:15, 262:10
262:16, 279:22
317:23, 326:15
329:2, 334:19
**threatening**
258:12, 264:12
329:9
**threats** 282:20
289:20, 306:19
340:22
**three** 232:2
232:19, 232:23
233:19, 250:15
255:3, 256:21
296:21, 314:24
317:2

**throwing** 261:1
**Tiger** 128:20
**till** 177:7, 177:7
**time** 15:4, 30:12
32:4, 40:13
54:10, 54:10
58:18, 60:13
63:5, 75:13
80:5, 83:21
84:4, 84:10
84:23, 90:10
109:14, 133:22
133:22, 147:13
153:4, 156:7
157:13, 163:5
163:12, 163:17
181:24, 183:3
187:20, 201:1
201:10, 202:18
205:19, 206:4
206:24, 209:23
210:3, 215:5
219:6, 220:18
220:18, 224:6
224:8, 231:7
234:24, 235:3
242:7, 246:1
268:1, 281:21
288:13, 288:16
288:20, 288:25
298:11, 298:13
298:13, 299:15
301:4, 301:11
301:17, 301:24
301:24, 308:21
324:7, 325:4
331:14, 338:7
341:13, 343:17
343:19
**times** 27:12
27:17, 27:19
77:24, 78:2
82:24, 141:12
221:15
**Tino** 250:17
254:20, 254:23

257:17, 257:18
268:5, 314:16
316:9, 316:11
**Tino's** 265:1
**tipped** 57:15
**today** 6:8, 7:3
8:1, 9:16, 10:7
10:18, 11:3
181:21, 334:1
**Today's** 5:2
**told** 46:20
63:15, 63:20
64:6, 67:17
68:11, 70:1
70:13, 71:4
71:11, 77:15
78:12, 79:15
92:20, 93:6
95:7, 96:23
107:15, 112:2
114:20, 115:17
117:13, 122:9
122:15, 126:13
128:8, 151:11
152:2, 154:4
158:22, 192:25
198:22, 199:3
205:6, 210:22
212:9, 212:11
212:13, 214:10
222:12, 223:10
223:16, 233:16
233:23, 237:17
242:6, 242:13
242:19, 243:1
243:8, 243:14
245:20, 246:16
250:18, 250:18
251:14, 253:10
257:3, 257:21
259:8, 259:23
266:1, 270:8
280:3, 290:17
297:16, 302:9
313:25, 314:10
314:23, 315:13

315:20, 316:1
316:9, 317:7
317:17, 317:23
318:1, 318:1
318:7, 318:8
319:20, 319:21
320:1, 320:2
320:7, 320:13
323:9, 323:16
327:24, 328:6
334:25, 335:7
335:12, 343:2
**tool** 264:5
264:7
**tools** 210:14
217:8
**top** 50:9, 50:13
50:13, 51:25
52:11, 264:19
279:11, 309:12
**Torrence** 11:11
83:23, 85:5
167:5, 167:7
167:13, 168:1
168:12, 230:23
233:1, 251:10
252:10, 274:17
**touched** 98:23
**track** 144:18
**tragic** 165:10
**trained** 179:2
179:3, 179:8
**training** 276:13
**transcript** 4:15
346:16, 346:23
**Transcription**
4:9
**translate** 280:25
281:10
**translated**
330:14
**trial** 4:17, 12:25
13:17, 14:1
16:22, 18:3
18:5, 18:10
18:18, 19:6

19:12, 19:15
70:24, 71:25
78:11, 79:7
80:18, 101:9
119:23, 143:17
226:24, 238:10
239:16, 297:2
298:9, 311:1
311:12, 312:6
312:15, 312:21
313:2, 313:15
318:17, 321:15
321:20, 322:6
330:23, 336:10
337:15, 337:21
341:7, 341:18
342:15
**trick** 291:2
293:10
**tricked** 290:6
290:12, 292:21
325:19, 333:7
**tricking** 295:2
**tried** 71:11
101:8, 121:18
124:25, 126:2
126:12, 126:24
128:22, 128:24
131:9, 336:3
**trio** 190:18
**trip** 320:24
**trouble** 7:19
96:1
**true** 19:15, 70:8
80:11, 98:24
112:1, 117:3
126:22, 151:11
154:4, 154:17
176:17, 183:10
184:24, 186:1
186:4, 187:13
230:8, 245:5
246:23, 249:16
250:7, 252:4
258:4, 292:17
299:1, 325:25

345:2, 346:17
**truth** 7:3, 259:8
259:24, 270:14
319:21, 319:22
320:2, 320:3
**truthful** 18:12
239:16, 297:2
**truthfully** 7:10
13:5, 13:17
13:25, 18:17
25:17, 27:3
**try** 62:4, 72:3
89:2, 93:1
111:21, 125:11
127:6, 150:12
166:10, 183:2
220:25, 221:5
223:9, 223:10
294:4, 308:16
**trying** 30:22
71:5, 87:9, 88:8
89:9, 112:16
144:17, 145:1
149:10, 149:14
209:21, 268:25
**tune** 17:8
**turn** 29:1, 211:3
**turned** 75:25
178:15, 251:24
316:23
**two** 22:8, 26:10
55:16, 80:10
93:12, 94:8
106:6, 106:24
108:6, 110:5
112:21, 113:5
128:3, 128:14
139:5, 142:2
168:12, 180:13
188:1, 191:6
203:4, 233:17
233:25, 237:3
237:19, 238:8
250:17, 250:19
251:15, 254:22
254:25, 257:2
257:22, 284:24

288:22, 288:24
314:6, 314:10
314:18, 314:25
316:10, 316:24
316:24, 318:2
320:8
**two-day** 130:14
**two-witness**
123:10
**twofold** 122:21
**type** 47:15
48:15, 76:4
76:14, 77:19
82:20, 115:8
151:7, 187:21
221:9, 228:12
**types** 139:15
219:12

## U

**Uh-huh** 130:8
**Uh-oh** 225:6
**ultimately** 58:6
73:15, 82:20
89:21, 90:18
98:13, 118:12
127:22, 128:9
128:13, 202:4
274:15, 296:18
329:13
**unable** 110:25
111:7, 208:17
**unacceptable**
183:17
**uncertain**
243:14
**uncommon**
60:24, 95:25
**uncorroborated**
73:18
**underage** 156:3
156:6, 156:12
156:18
**undermining**
55:8, 103:16

**undersigned**
288:11
**understand** 6:7
7:14
**understanding**
7:19, 111:16
111:19, 248:10
**understood**
123:10
**underworld**
53:18, 53:24
54:5, 114:6
**unhelpful**
178:16
**unit** 3:5, 36:13
42:11
**UNITED** 1:1
346:1
**universally**
282:2
**unjust** 160:17
**unlawful** 238:7
**unmarked**
123:16
**unrelated**
272:13, 272:22
**unsolved** 61:4
105:19
**unsuccessful**
209:2
**unsympathetic**
161:9
**untrue** 262:23
**unwitting**
294:10
**update** 324:6
**upset** 160:15
162:9
**urinated** 69:7
**USA** 89:1
**use** 45:21
105:17, 111:21
116:19, 121:12
122:21, 128:24
137:18, 146:6
179:23, 216:22

219:10, 220:23
223:2, 233:1
264:7, 270:21
284:5, 284:10
304:25, 335:20
**usually** 116:18
**utero** 222:2
**uttered** 250:22
252:3, 255:10
257:9, 268:10

## V

**vacant** 168:18
321:9
**vacated** 11:23
**Valez** 62:5
**valuable** 53:12
**Vargas** 20:20
21:14, 107:10
107:13, 108:16
108:21, 109:3
**various** 86:11
221:20
**vehicle** 288:21
289:3
**Velez** 61:8
61:19, 63:17
64:2, 64:6
64:23, 69:3
72:22, 80:24
131:16, 131:18
134:2, 134:10
134:13, 135:2
**verdict** 17:2
17:8, 19:12
**Veres** 191:19
192:6, 194:8
194:17, 194:18
195:7, 195:11
195:22, 196:5
196:16, 197:1
197:11, 198:9
198:13, 198:18
199:3, 199:16
199:24, 200:5

200:16, 201:1
201:10, 201:15
202:3, 202:17
**Vicente** 21:1
**vicinity** 288:19
**victim** 61:7
100:13, 121:24
**victim's** 105:2
106:11, 114:16
**victims** 166:10
182:6, 229:8
288:24
**videographer**
3:10, 5:1, 80:5
80:7, 157:13
157:16, 224:8
224:10, 301:11
301:13, 324:8
341:13, 341:15
343:22
**VIDEOTAPED**
1:10, 1:15
346:9
**Vienna** 93:7
**view** 107:14
109:21, 121:11
**viewed** 93:13
94:8, 195:6
**viewing** 195:2
195:17
**violated** 17:3
23:7, 90:18
**violating** 15:12
17:20, 21:12
21:21, 22:1
23:16, 23:25
24:10, 24:24
**violations** 21:13
**violence** 61:23
137:23, 166:10
182:12, 216:23
219:10, 219:16
220:24, 245:21
269:23, 270:22
279:23, 282:20
282:21, 289:21

289:21, 324:17
326:1, 331:18
332:25, 340:22
**violent** 41:19
232:18
**vision** 113:7
**visitation**
165:25, 166:5
**voluntarily**
80:23

## W

**Wabansia** 186:6
187:15, 188:14
191:5
**Wait** 130:4
**waited** 113:10
254:24
**waiver** 237:1
**wake** 165:25
**walk** 255:3
**walked** 251:18
288:22, 288:24
316:11
**walking** 254:23
**want** 28:21
56:8, 62:25
75:19, 91:12
112:6, 118:15
125:17, 127:16
129:4, 133:7
144:6, 151:12
153:17, 153:18
157:8, 170:22
173:12, 174:2
179:16, 179:22
209:14, 214:10
217:20, 239:20
264:1, 281:21
291:25, 308:18
**wanted** 19:21
49:22, 55:11
63:20, 64:1
80:9, 82:25
92:14, 92:15

93:3, 93:3
103:15, 103:25
111:17, 111:20
112:2, 113:25
114:21, 115:18
115:25, 117:23
117:24, 121:12
122:10, 122:21
123:3, 133:13
135:6, 138:15
139:3, 140:2
140:22, 141:21
142:2, 152:3
173:13, 174:9
177:20, 184:25
190:8, 206:12
210:8, 213:11
233:20, 251:16
251:19, 252:9
261:6, 261:9
305:21, 311:15
311:25, 314:17
315:21, 319:21
320:3, 341:3
**warnings** 249:7
304:7, 313:15
**warrants** 39:12
**Washington** 3:6
**watch** 213:24
240:13
**way** 29:2, 46:13
69:6, 93:8, 96:1
121:7, 122:20
132:17, 139:16
145:11, 165:10
169:10, 174:1
174:2, 174:8
175:2, 177:12
177:13, 211:8
216:10, 218:12
228:20, 253:22
255:20, 255:20
256:2, 256:2
256:3, 256:5
290:8, 327:4
328:1

**ways** 23:8
23:17, 24:1
39:25, 148:25
216:22
**we've** 8:17
102:6
**weapon** 188:13
188:20, 233:1
**wearing** 251:17
315:11, 315:13
**week** 11:4
154:22
**weeks** 235:6
**weight** 103:1
118:5
**weird** 311:14
**went** 31:11
83:11, 88:23
104:16, 121:24
123:20, 126:23
128:19, 159:18
166:9, 191:13
191:19, 227:1
236:25, 251:24
251:25, 253:22
254:4, 301:4
310:5, 316:1
316:3, 338:13
**West** 1:22
56:25, 59:9
168:18, 186:6
**whatsoever**
296:13
**wife** 239:25
250:15, 259:6
305:21, 306:10
327:25, 328:1
328:8, 328:15
329:3, 329:14
**wife's** 86:4
**Wiley** 11:12
11:21, 85:6
163:6, 163:12
163:12, 163:23
164:7, 167:8
167:13, 168:12

169:20, 170:16
180:4, 181:24
183:2, 188:20
192:6, 192:21
193:12, 194:8
194:13, 194:19
194:24, 196:5
196:10, 196:17
196:22, 198:24
199:5, 199:17
199:25, 200:5
201:23, 202:4
202:18, 203:11
205:8, 205:15
207:18, 208:1
208:11, 209:17
212:23, 213:5
215:20, 226:17
228:14, 228:21
229:13, 229:21
230:5, 230:24
233:1, 234:16
235:22, 238:11
242:7, 243:3
243:20, 245:22
251:10, 252:11
252:18, 253:12
253:16, 253:17
255:16, 270:10
270:17, 274:17
278:15, 296:15
313:21, 321:10
323:4
**Wileys** 168:1
**willfully** 7:15
**William** 22:1
214:5, 215:14
307:21, 308:4
**willing** 29:8
56:3, 137:18
141:20, 147:17
149:19, 313:20
**witness** 1:16
4:4, 5:4, 12:20
49:2, 57:16
81:13, 94:16

114:13, 121:19
124:20, 145:23
146:7, 147:24
174:15, 175:22
256:16, 290:22
346:15, 346:17
**witnessed** 106:6
109:4, 122:6
123:5, 126:8
**witnesses** 93:2
93:13, 94:8
94:13, 170:11
194:23, 195:16
208:22, 311:22
**wives** 27:25
30:19, 30:22
86:11, 140:21
**woman** 144:23
319:8
**women** 146:20
146:20, 222:20
223:4, 263:24
264:7
**words** 151:23
231:11, 255:11
268:9, 329:25
**work** 34:19
34:22, 35:11
36:20, 54:16
112:6, 140:5
197:10, 197:16
225:22, 225:25
240:13, 246:12
276:25
**worked** 35:2
35:23, 36:2
36:12, 41:2
41:14, 42:1
54:9, 55:16
58:1, 72:20
72:25, 103:20
104:19, 135:19
146:17, 159:24
185:7, 185:17
190:17, 299:7
300:18

**working** 41:14
52:21, 104:20
110:17, 110:18
200:25, 201:9
206:17, 213:24
227:9
**workings** 51:4
53:1
**world** 244:18
299:20
**writer** 231:21
284:24
**writing** 179:17
**written** 225:22
225:24, 261:24
**wrongdoing**
303:1
**wrongful** 16:22
17:22, 21:2
21:13, 21:22
22:3, 22:13
22:14, 23:9
23:18, 24:2
24:16, 24:16
25:1, 30:2
340:12
**wrongfully**
139:17
**wrongly** 302:21
331:1
**wrote** 234:8

**Y**

**yeah** 28:25, 29:4
79:14, 80:4
117:4, 117:8
134:7, 157:10
224:5, 248:22
249:1, 250:14
268:24, 287:25
308:14, 308:24
309:2, 309:10
311:9, 311:17
318:23, 324:12
338:21

**year** 42:21
159:8, 163:2
**years** 26:20
34:10, 36:20
92:5, 123:8
142:13, 142:23
254:10, 300:19
313:8
**Yep** 225:11
**yesterday** 11:4
**YOLD** 186:11
186:15
**you-all** 114:21
160:23
**young** 32:15
32:15, 34:5
105:6, 105:25
106:6, 106:25
107:5, 107:9
108:6, 108:12
110:24, 122:5
124:25, 125:5
125:11, 164:20
165:3, 180:24
180:24, 276:7
**younger** 155:23
**youths** 233:18
237:3, 237:19

**0**

**00052** 247:22
**02342** 1:5, 346:5

**1**

**1** 4:8, 129:11
129:13, 129:18
309:13
**1/31/95** 4:16
**1:00** 167:14
230:24, 243:2
**1:04** 157:14
157:15
**1:38** 157:15
157:17

**10:00** 167:20
274:10
**10:15** 1:18, 5:3
**1035** 265:4
**10th** 312:6
**11:30** 80:5, 80:6
**11:38** 80:6, 80:8
**1100** 256:25
**11238** 2:5
**120** 2:11
**1240A** 2:17
**129** 4:9
**1302** 256:23
**13th** 68:6, 73:8
**141** 2:17
**15** 79:16, 92:5
125:5, 142:13
235:13, 250:11
**15th** 34:12
100:14, 187:16
191:6, 202:23
203:10, 204:21
206:10, 232:17
233:4, 233:10
234:14, 234:24
238:23, 257:14
**15-year-old**
125:17
**16** 125:5
**1630** 229:5
**16th** 187:9
257:16
**17** 19:13
**17th** 36:3
**1973** 35:21
**1980** 75:9
**1980s** 100:21
**1982** 102:13
**1984** 56:17
56:23, 60:21
61:9
**1985** 42:7, 42:21
77:16, 77:24
78:2, 82:5, 82:7
**1986** 59:2, 59:7
61:12, 75:4

**1988** 91:1
148:20, 150:1
151:4, 152:22
153:24
**1989** 100:14
153:24
**1990** 42:21
161:20, 163:2
163:13, 165:18
166:16, 167:7
167:14, 169:21
183:10, 186:2
186:4, 187:9
187:16, 189:2
191:6, 202:23
203:10, 204:21
206:10, 207:6
207:12, 209:16
209:17, 211:13
213:19, 213:25
214:23, 215:10
228:7, 228:15
228:22, 229:5
229:6, 229:20
230:2, 230:10
230:10, 230:17
230:17, 230:21
230:23, 230:24
231:3, 232:17
233:4, 233:10
234:14, 234:24
235:5, 235:13
235:23, 236:8
236:15, 236:24
238:1, 238:7
240:11, 240:18
241:12, 241:21
242:8, 257:14
257:16, 268:16
269:3, 272:23
274:10, 274:18
285:16, 286:19
298:8, 298:14
314:11, 323:25
**1990s** 86:6
**1991** 106:17

334:6, 340:17
**1992** 106:20
**1993** 113:24
114:10, 115:2
324:22, 338:2
338:5, 341:7
**1994** 331:6
**1995** 77:24
85:11, 298:6
298:9, 298:15
303:15, 312:6
**1997** 78:2
**19th** 106:17
**1st** 207:6
207:12, 209:16
236:24, 238:23

**2**

**2** 4:2, 4:10
106:6, 135:1
172:7, 224:14
224:16, 224:23
288:2, 288:3
**2:46** 224:8
224:9
**2:54** 224:9
224:11
**20** 17:8, 249:23
**2000** 2:11
241:12
**2006** 34:12
**2015** 25:23, 26:2
**2017** 11:9
**2018** 1:5, 346:5
**2019** 1:12, 1:18
5:2, 345:19
346:11, 347:10
**20s** 168:13
180:24
**20th** 313:25
**20-year** 79:16
**210** 347:18
347:19
**2100** 259:6
**21st** 161:20

340:17
**22** 59:7, 257:17
**2200** 2:23
**224** 4:11
**22nd** 59:2
209:17, 211:13
213:6, 213:19
213:25, 214:23
215:10, 228:7
228:15, 228:22
235:22, 236:7
236:15, 238:1
238:7, 240:11
240:17, 241:12
241:21, 242:8
259:6, 274:10
**230-0582** 2:6
**2330** 250:12
**23rd** 36:3
106:19, 230:10
230:17, 230:21
230:23, 231:3
235:5, 268:16
269:2, 272:8
272:22, 274:18
285:15, 323:25
**24** 274:17
**24th** 165:18
250:12, 286:19
314:6, 314:11
**25** 1:12, 346:11
**25th** 1:18, 5:2
36:17, 163:13
166:15, 167:7
167:14, 169:21
189:2, 229:5
229:6, 229:19
230:2, 230:10
230:17, 230:24
**260** 4:13
**26th** 212:5
**279** 4:14
**297** 4:16
**29th** 324:22

Page 149

**3**

**3** 4:12, 260:24
  261:12, 261:15
**30** 34:10, 123:8
  346:22
**30(e)(1** 346:18
**302** 129:15
  130:6, 131:13
  134:6
**311** 4:18
**312** 2:12, 2:24
  2:24, 3:7
**31st** 303:15
**321** 2:23
**3428** 168:18
**344** 4:4
**346** 4:5
**377** 308:9
  308:22, 308:22
  308:23
**379** 308:10
**380-6635** 2:12
**3rd** 186:2, 186:4

**4**

**4** 4:14, 186:6
  232:15, 236:22
  279:4, 279:6
**4:00** 214:24
**4:22** 301:11
  301:12
**4:29** 301:12
  301:14
**4:30** 272:9
**4000** 186:6
**402** 133:25
  134:5
**413** 347:17
**43** 292:1, 292:2
**44** 292:1, 292:3
**4589** 131:15
**46** 287:23, 288:5
  288:6, 288:10
  289:7

**467** 2:5
**47** 230:22
**49** 232:16
**494-1000** 2:24
**494-1001** 2:24
**4-inch** 250:11

**5**

**5** 4:3, 4:15
  41:25, 42:7
  44:10, 61:18
  107:14, 107:24
  108:17, 108:20
  112:20, 115:2
  131:14, 146:18
  146:20, 161:5
  163:7, 163:25
  170:18, 170:24
  171:6, 171:20
  172:7, 173:21
  178:10, 178:23
  181:10, 185:6
  192:1, 193:17
  193:23, 206:4
  213:4, 213:19
  214:23, 232:18
  233:12, 240:13
  248:23, 259:7
  260:11, 264:6
  265:6, 265:7
  265:16, 269:8
  269:13, 272:13
  272:21, 275:4
  277:14, 297:5
  297:7, 303:17
  319:11, 328:16
  334:10
**5:15** 341:13
  341:14
**5:20** 341:14
  341:16
**5:22** 1:19
  343:23, 343:24
**5:40** 324:8
  324:10, 324:11

**50** 3:6, 311:19
**500** 134:9
**51** 239:21
  247:19, 247:21
  248:23, 249:3
**52** 248:25
  254:20
**53** 264:18
  264:22, 272:8
  273:8, 273:9
**54** 230:22
**5400** 59:9
**55** 230:4
**558-3129** 347:19
**558-9484** 347:18
**56** 230:4, 288:4
**59** 229:17
**5th** 338:2, 338:4

**6**

**6** 4:17, 131:13
  247:20, 248:22
  311:5, 311:6
  311:11
**6/20** 4:9
**6/21/01** 4:9
**60** 229:18
**600** 1:22, 347:17
**603-5971** 3:7
**60602** 2:11, 3:6
**60604** 2:18
**60654** 2:23
**63** 229:4
**630** 2:18
**64** 229:4

**7**

**7/31/2021**
  347:16
**718** 2:6, 2:6
**73** 35:25
**735-3300** 2:18
**7464** 347:15
**75** 26:20

**78230** 1:22
  347:18
**7th** 347:9

**8**

**8** 264:23
**8/10/95** 4:18
**8/23/90** 4:13
  4:14
**8:00** 229:19
  241:14, 241:15
  241:21
**800** 2:12
**8000** 1:22
  347:17
**849** 311:13
**875-1850** 2:6
**896-2193** 2:12

**9**

**9** 188:15, 188:21
  232:23, 233:1
  314:17
**9:00** 167:20
  213:6, 274:9
  319:13
**9:00ish** 211:14
**90** 79:11, 249:23
**92** 79:21, 299:3
**933** 311:20
**934** 311:18
  312:4
**941** 318:23
  319:6
**95** 299:4
**99** 79:11
**9-millimeter**
  233:20, 250:11
  255:1, 288:14
  316:25