# EXHIBIT 10

# RECORD OF FUNERAL

No. 129
Funeral Home: Edward Andersen
FEDERATED FUNERAL DIRECTORS OF AMERICA

| DECEDENT'S BIRTH NO. | REGISTRATION DISTRICT NO. | REGISTERED NUMBER |
|---|---|---|
| | | 609802 |

**DECEASED — Name** (First Middle Last): Santiago E. Sanchez
**RESIDENCE** Street & Number: 3250 W. North
City, Town, Twp. or Road Dist. No.: Chicago
Inside City (Yes/No): [Yes]
State: Illinois
County: Cook
**SEX**: Male
**DATE OF DEATH**: May 21, 1990
**SOCIAL SECURITY NO.**: 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
**Kind of Business or Industry**: Construction
**Usual Occupation**: Laborer
**BIRTHPLACE**: Chgo. Ill.
**Citizen of what country**: USA
**Origin or Descent**: 
**DATE OF BIRTH**: May 12, 1969
**PLACE OF DEATH**: 
**COUNTY**: Cook
**City, Town, Twp. or Road Dist. No.**: Chicago
**Inside City**: [Yes]
**Hospital or Other Institution Name**: Cook County
**If Hosp. or Inst. Indicate DOA, OP/Emer. Rm., Inpatient**: 
**RACE**: White
**AGE — Last Birthday (Yrs.)**: 21

**FATHER — Name** (First Middle Last): Santiago E. Sanchez
**MOTHER — Maiden Name** (First Middle Last): Laura Adorno
**Married, Never Married, Widowed, Divorced**: Never Married
**Name of Surviving Spouse**: None
**Was Deceased ever in U.S. Armed Forces?**: No
**BRANCH OF SERVICE**: 

| Enlisted | Discharged |
|---|---|
| | |
| Name of War | Serial No. |

**INFORMANT'S NAME**: Santiago Sanchez
**Relationship**: Father
**Phone No.**: None
**MAILING ADDRESS**: 3250 W. North Ave. Chi., Ill. 60647
**CAUSE OF DEATH**: Pending Police Investigation
**AUTOPSY**: Yes [X]
**PHYSICIAN**: Robert H. Kirschner
**Address**: Medical Examiner

---

**Burial** Cremation Cemetery City & State Date
Elm Lawn, Elmhurst, Ill. May 25, 1990
Section 19 Lot 583 Grave 8 Owner

**Newspaper Notice**

Visitation
Wed. 5 - 9 PM
Thurs. 5 - 9 PM

Funeral - Fri. 9:30 A.M.
St. Sylvester Church

| Flowers | Music | Death Notices |
|---|---|---|
| Vault | Funeral Coach | Limousine |
| Cemetery | Clergyman | |

JGS_MAYSONET 02552

DIRECTOR

Copyrighted 1973 — Federated Funeral Directors of America, Springfield, Illinois — Form M5-RA



*¡Oh santísimo José, haz que vivamos una vida sin mancilla bajo el amparo de tu patrocinio!*

In Loving Memory of
## Santiago E. Sanchez

Born May 12, 1969
At Rest May 21, 1990
Funeral Mass
St. Sylvester Church
Friday, May 25, 1990
at 9:30 a.m.
Interment
Elm Lawn Cemetery

— ✝ —

May the Angels lead thee into Paradise; may the Martyrs receive thee at thy coming, and take thee to Jerusalem, the holy city. May the choirs of the Angels receive thee, and mayest thou with the once poor Lazarus, have rest everlasting. Amen.

(Roman Ritual)

"We have loved him dearly during life let us not abandon him until we have conducted him by our prayers into the house of the Lord."
—St. Ambrose

Edward Andersen Funeral Home
3234 W. North Ave. - 235-0770
LATINA 3

JGS_MAYSONET 02561

1