# EXHIBIT 11



EXHIBIT
1 Maysonet 041621

JGS_MAYSONET 002553



JGS_MAYSONET 02555


JGS_MAYSONET 02556



JGS_MAYSONET 02557



JGS_MAYSONET 02558