# EXHIBIT 12

# In The Matter Of:
*Maysonet v.*
*Guevara*

*Maria Del Carmen Macias*
*January 18, 2021*



66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
T (973)992-7650 F (973)992-0666
www.rizmanrappaport.com
reporters@rizmanrappaport.com

*Min-U-Script® with Word Index*

## Page 1

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
                      NO. 18-CV 02342


JOSE JUAN MAYSONET JR.,       )
         Plaintiff,           )
                              )    DEPOSITION UPON
     v.                       )    ORAL EXAMINATION
                              )    OF
REYNALDO GUEVARA, ERNEST      )    MARIA DEL CARMEN
HALVORSEN, EDWARD             )    MACIAS
MINGEY, LEE EPPLEN,           )
FERNANDO MONTILLA,            )    VIA VIDEOCONFERENCE
ROLAND PAULNITSKY, FRANK      )
DIFRANCO, CITY OF             )
CHICAGO, and COOK             )
COUNTY,                       )
                              )
         Defendants.
```

T R A N S C R I P T of the stenographic notes of AUDREY ZABAWA, a Certified Court Reporter of the State of New Jersey, Certificate No. XI01410, taken via videoconference, on Monday, January 18, 2021, commencing at 2:08 p.m.

## Page 2

A P P E A R A N C E S:

BONJEAN LAW GROUP, PLLC
467 Saint Johns Place
Brooklyn, New York 11238
718.875.1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com
BY:  JENNIFER BONJEAN, ESQ.
     ASHLEY COHEN, ESQ.
Counsel for Plaintiff

GREENBERG TRIAL LAWYERS
53 West Jackson Boulevard, Suite 1260
Chicago, Illinois 60604
312.399.2711
steve@greenbergcd.com
BY:  STEVEN A. GREENBERG, ESQ.
Counsel for Plaintiff

LEINENWEBER, BARONI & DAFFADA, LLC
120 North LaSalle Street, Suite 200
Chicago, Illinois 60602
312.380.6635
justin@ilesq.com
BY:  JUSTIN L. LEINENWEBER, ESQ.
Counsel for Defendant Reynaldo Guevara

THE SOTOS LAW FIRM, P.C.
141 West Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
312.735.3303
dbrueggen@jsotoslaw.com
BY:  DAVID BRUEGGEN, ESQ.
Counsel for Defendants Ernest Halvorsen, Edward Mingey, Lee Epplen, Fernando Montilla, and Roland Paulnitsky

ROCK, FUSCO & CONNELL, LLC
312 North Clark Street
Chicago, Illinois 60654
312.494.1000
arahe@rfclaw.com
BY:  AUSTIN G. RAHE, ESQ.
Counsel for Defendant City of Chicago

## Page 3

A P P E A R A N C E S:  (CONTINUED)

HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312.704.3127
mstephenson@hinsawhlaw.com
BY:  MICHAEL C. STEPHENSON, ESQ.
Counsel for Defendant Frank DiFranco

ASSISTANT STATE'S ATTORNEY OF COOK COUNTY
500 Richard J. Daley Center
Chicago, Illinois 60602
312.603.5971
edward.brener@cookcountyil.gov
BY:  EDWARD M. BRENER, ESQ.
Counsel for Defendant Cook County

## Page 4

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MARIA DEL CARMEN MACIAS | | | | |
| Ms. Bonjean | 5 | | 74 | |
| Mr. Leinenweber | | 46 | | |
| Mr. Brueggen | | 49 | | |
| Mr. Rahe | | 72 | | |

NOTE:  Exhibits marked digitally.
       (Attached herewith.)

E X H I B I T S

| NUMBER | DESCRIPTION | FOR IDENT. |
|---|---|---|
| Macias-1, | Bates RSC-Maysonet 000055 and 56 | 21 |
| Macias-2, | Bates CCSAO410 | 67 |

| Macias - Direct/Bonjean | Page 9 |
|---|---|

1  Q.  Do you recall where you lived in May
2  of 1990?
3  A.  Yes.  Same, you know, in Chicago, in the
4  northwest side of Chicago.  The same, in Chicago.
5  Q.  Do you recall what street you lived
6  on in May of 1990?
7  A.  Yes.
8  Q.  You do?
9  A.  North Avenue.
10 Q.  North Avenue.  All right.  And do you
11 recall what the cross streets were where you lived
12 on North Avenue?
13 A.  I think it is -- we're between Central Park
14 and Kimball.
15 Q.  And would you agree that you lived on
16 the 3400 block of North Avenue?
17 A.  Yes.
18 Q.  Now, back in May of 1990 when you
19 lived on the 3400 block of North Avenue, did you
20 live with anyone?
21 A.  My husband.
22 Q.  And what was his name?
23 A.  His name is Oscar Macias.
24 Q.  Okay.  And is Mr. Macias still with
25 us today?

| Macias - Direct/Bonjean | Page 10 |
|---|---|

1  A.  Yes, he is.
2  Q.  And back in May of 1990, did you and
3  your husband have any children?
4  A.  No.
5  Q.  And did you and your husband live
6  with any other members of the family in May of
7  1990?
8  A.  Every -- you know, this is multi-units
9  building, and in one of the floors my parents used
10 to live, and we used to live in the third floor.
11 Q.  I see.
12 A.  But not together.
13 Q.  Understood.  So it was a family-owned
14 building that you all lived in?
15 A.  Yes.
16 Q.  And you and your husband lived on the
17 third floor, you said?
18 A.  Yes.
19 Q.  And where did your parents live?
20 A.  The second floor.
21 Q.  The second floor?
22 A.  Yes.
23 Q.  And I know you had a sister as well;
24 correct?
25 A.  Yes.

| Macias - Direct/Bonjean | Page 11 |
|---|---|

1  Q.  And where did she live?
2  A.  She used to live, I think, on -- I think
3  it's Parker, Parker Avenue.
4  Q.  Okay.
5  A.  Chicago, too.
6  Q.  She didn't live in the building in
7  May of 1990?
8  A.  No.
9  Q.  Okay.  Do you remember her being
10 present in the building on May 25 of 1990 when the
11 shooting occurred?
12 A.  I think she was visiting my mom.
13 Q.  I see.
14 A.  Yes.
15 Q.  I see.  Got it.  Okay.  And did
16 anyone apart from your husband live on the third
17 floor apartment with you?
18 A.  No, just him and I.
19 Q.  Okay.  And you and your sister, are
20 -- let's see -- who's older?
21 A.  I am.
22 Q.  All right.  And did you have other
23 family members who lived on the first floor of the
24 apartment?
25 A.  Well, my little brother, you know, he was a

| Macias - Direct/Bonjean | Page 12 |
|---|---|

1  baby, you know, and my -- and another sister, but,
2  you know, they were very young.
3  Q.  I see.  And did your parents occupy
4  the first and second floor, or was the first floor
5  like a retail space?
6  A.  The first floor is a commercial space.
7  Q.  I see.  So the ground level was a
8  commercial space?
9  A.  Yes.
10 Q.  And do you remember what business
11 occupied that ground floor?
12 A.  It was a print shop.
13 Q.  So this was a print shop that your
14 family rented out type of thing?
15 A.  It was owned by my father.
16 Q.  Ah, okay.  So it was a whole family
17 affair in the building?
18 A.  Yes.
19 Q.  All right.  Now, back in May of 1990,
20 how would you describe the 3400 block of North
21 Avenue if you were telling someone about the
22 neighborhood?
23 A.  Well, still, you know, until today, kind of
24 a dangerous place.  There was, you know, certain
25 time of today that you have to go inside your

## Page 13

Macias - Direct/Bonjean

 1  house, but when living in Chicago sometimes, you
 2  know, you think, oh, it's this type of
 3  neighborhood, like that. You know, thank God,
 4  nothing happened to us, but it used to be, you
 5  know, used to -- something will happen.
 6  Q. I would like you to just describe,
 7  when you say dangerous, would you say that there
 8  was a lot of violence in that area?
 9  A. Not a lot, but violence. You know, you
10  will hear, you know, fights. You will hear
11  sometimes shots, but I mean, we used to live
12  there.
13  Q. Yeah.
14  A. And like I said, until this time, you know,
15  the building is owned by my family, and it has not
16  changed that much.
17  Q. I see. Back in May of 1990, were you
18  aware of gang activity on the 3400 block of North
19  Avenue?
20  A. You know, we came to live in that area in
21  like 1981. You know, this -- how can I put it?
22  This issue about gangs, it was pretty new for us,
23  because where we used to live in Mexico, we didn't
24  experience anything like that. When we starting
25  to go to school, I remember my parents just making

## Page 14

Macias - Direct/Bonjean

 1  us aware, but we didn't understood. They just
 2  told us, you know, "Somebody stop you in the
 3  street and they ask you for your coat, give the
 4  coat. They want your backpack, give them the
 5  backpack, but do not put any resistance." And
 6  that's how we lived, right.
 7  Q. I see. Now, I hadn't asked you this,
 8  and you kindly brought it to my attention. In
 9  1990, how long had you lived in the building?
10  A. In 1990, let's see, probably a couple of
11  years.
12  Q. Okay.
13  A. Because my parents bought the building.
14  Q. Right.
15  A. And we used to live just like, probably
16  like a block away, but on the same side of the
17  street, on North Avenue.
18  Q. Understood. Now, North Avenue, the
19  3400 block specifically, was there a number of
20  buildings that had commercial spaces on the ground
21  floor and then residential apartments above?
22  A. Yes.
23  Q. And would you say that it was mostly
24  people of Hispanic descent that lived on North
25  Avenue at that time, or was it more of a mixed type

## Page 15

Macias - Direct/Bonjean

 1  of population?
 2  A. I will say that most of them, you know,
 3  Hispanic.
 4  Q. Okay. And if someone asked you what
 5  neighborhood you lived in, what would you call that
 6  North Avenue 3400 block approximately?
 7  A. I don't know. You know, until a few years
 8  ago, I find out, you know, that neighborhoods have
 9  some kind of name, like Hermosa and
10  Belmont-Cragin. I don't know right now what kind
11  of neighborhood it is. Probably Humboldt Park
12  because it's nearby.
13  Q. Right. North Avenue seemed like it
14  was kind of a boundary of some type, but I'm just
15  speculating, but I wasn't sure what you called it.
16      So, specifically, I would like to
17  draw your attention to the early morning hours of
18  May 25th of 1990. And specifically, I want to draw
19  your attention to whether or not you heard an
20  altercation or any type of activity that was
21  followed by gunshots? Tell me if you remember.
22  A. I remembered, you know, that -- at that
23  time, I was expecting my first child. I was
24  around probably six months pregnant, and we heard,
25  my husband and I, noise. You know, we didn't know

## Page 16

Macias - Direct/Bonjean

 1  if it was a fight. We didn't know because it was
 2  not clear. You know, you cannot understand. It
 3  was just noise, and that wake me up, and I said to
 4  him, you know, "Close the window because I cannot
 5  go to sleep," and I think, you know, I remembered,
 6  I think he just wake up, close the window. We
 7  went back to sleep. And I was falling asleep
 8  again. I do not know how much time passed. I
 9  don't know what time it was, but I remember, you
10  know, that I was, you know, falling asleep again,
11  and we heard, I don't know how many, but we heard
12  the gunshots. You know, I remember that they were
13  not -- I didn't hear them nearby, like pretty
14  close. We just heard them. And then, you know, I
15  said, "Oh," but, you know, I do remember -- I
16  don't remember hearing the police. I don't
17  remember -- you know, it was kind of weird because
18  we didn't hear not even cars passing by, like it
19  was deserted, like it was alone. Then, you know,
20  I said, you know, because of the fear that you
21  don't know what's going on outside, you know, we
22  just went back to sleep. We didn't hear anything
23  else, and then, you know, the next morning because
24  of the news, we find out. Yeah.
25  Q. All right. Was that the only

## Page 17

Macias - Direct/Bonjean

1  gunshots you heard during that evening?
2  A. Yes.
3  Q. And do you recall whether there was
4  one gunshot or multiple gunshots?
5  A. I think it was multiple gunshots.
6  Q. Okay. Now, I know you don't remember
7  specifics about time and things like that, and I'm
8  not gonna press you for that, but you do recall
9  that you were sleeping, or trying to sleep; right?
10 A. Yes, yes.
11 Q. And I can assume it was dark outside?
12 A. It was dark, yes.
13 Q. And the fight or the argument or the
14 noise that preceded gunshots, do you have an
15 estimate of how long that went on?
16    MR. STEPHENSON: Objection.
17 Mischaracterizes the testimony that the witness
18 gave.
19 Q. You can answer, Ms. Macias, if you
20 understand the question.
21 A. Yeah, I can't -- I don't recall, you know,
22 how much time it was, yeah, because I was
23 sleeping, you know.
24 Q. And do you recall if it was -- could
25 you hear multiple voices?

## Page 18

Macias - Direct/Bonjean

1  A. No, I -- what I can recall, and I think
2  it's the same thing that I told the detectives, is
3  that I could hear like far away -- I don't know,
4  you know, who was outside, but I remember
5  something like they were saying something like
6  Lulu, Zulu. I don't know what it was, but it
7  sounded like that. Because it was, you know, you
8  cannot -- it was not understandable, you know,
9  what you're hearing. It was just like some kind
10 of noise, but that's all I can recall.
11 Q. Sure. And could you describe the
12 voices in terms of could you tell whether they were
13 Hispanic speakers -- or Spanish speakers or African
14 Americans or any other ethnicity?
15 A. No. Very hard. No, I wouldn't speculate
16 because it could have been any, anybody. You
17 know, we just heard, you know, voices.
18 Q. Could you tell whether they were
19 speaking English or Spanish or some other language?
20 A. The only thing, you know, the words that I
21 recall it just is Lulu, Zulu, but I didn't hear --
22 I don't remember hearing nothing in English,
23 nothing in Spanish. I don't know if because it
24 was far away, my windows were closed, but that's
25 all. You know, I cannot say if it was English, if

## Page 19

Macias - Direct/Bonjean

1  it was Spanish.
2  Q. Okay. I would like to show you a
3  document and have you review it with me, and I may
4  have some questions about it afterwards. Okay?
5  A. Sure.
6  Q. But before I do that, you did say
7  that detectives came to speak to you the next
8  morning or the following morning?
9  A. No, that was like three months. Because,
10 you know, I had my baby on August, and I remember
11 that it was very hot, and I think in that week, or
12 that day, that's when I came back from the
13 hospital, and it was very -- I do not know the
14 exact day they were there, but it was like in
15 August, because I just had my baby, and, you know,
16 one of the things that, you know, that I remember
17 very well is because I had some kind of fight
18 outside with one of the detectives because they
19 were inside my house. It was very hot, and he --
20 they were white. You know, they were not
21 Hispanic. They were white, both of them, and he
22 wanted to smoke, and I said, "You cannot smoke
23 here in my house. I just came back from the
24 hospital with my baby." And he didn't like it.
25 And I said, well, you know, they can leave. You

## Page 20

Macias - Direct/Bonjean

1  know, this is my house. That's because I remember
2  that day that it was very hot, and I just came
3  from the store. You know, I just came back from
4  the hospital, but it was in August.
5  Q. Interesting. So the child that you
6  gave birth to, what's her birthday? Is it a her or
7  a he?
8  A. It's a her.
9  Q. Okay. And what's her birthday?
10 A. It's August 10th.
11 Q. So she was born on August 10th, 1990;
12 is that right?
13 A. Yes.
14 Q. And you specifically recall that when
15 detectives came to speak to you, you had just given
16 birth to her recently; right?
17 A. Yeah, because, you know, I think that day,
18 you know, we just had bought these pots to boil
19 the bottles that I don't think they do anymore,
20 and yeah, that's what I recall.
21 Q. And do you recall her being only like
22 a week or two old, or a couple months old, or you
23 don't know?
24 A. No, days. Probably days or weeks. Yeah.
25 Q. Got it. And you specifically

## Page 29 — Macias - Direct/Bonjean

1  recollection of the police ever coming to your
2  place of employment?
3  A. No.
4  Q. Okay.
5  A. No.
6  Q. Okay. And it says she was contacted
7  at her place of employment and "related that she
8  was awakened around 2400 hours," which is I guess
9  around midnight, "by the sound of two male blacks
10  having an argument. One had a very calm voice.
11  The second had a loud abrasive type voice and
12  sounded as if he may have been drunk."
13      Does that refresh your recollection
14  about what you may have told the police back in
15  1990?
16  A. Well, the thing is that, you know, this is
17  the first time I'm reading this, and, you know, it
18  will be -- I don't know -- kind of hard for me,
19  you know, to see if it was dark. I didn't have,
20  you know, like the view to see outside, or even to
21  say that there were two black persons.
22  Q. Right. It indicates that you said
23  the sound, not that you saw, but do you have any
24  reason to -- and I understand today your
25  recollection isn't what it would have been 30 years

## Page 30 — Macias - Direct/Bonjean

1  ago.
2  A. Right.
3  Q. But do you have any reason to doubt
4  that you told the police this back in 1990?
5  A. Well, the thing, you know, the point, you
6  know, because of all the noise and the argument,
7  it sounds like, I mean, like they were fighting
8  and probably drunk, yes. But, you know, I
9  couldn't understand, you know, words, exactly
10  words or anything. Probably I assumed, you know,
11  they were drunk because of all the noise and
12  screaming, but, yeah.
13  Q. Okay. And were you aware of what
14  racial makeup the victims were, not at the time,
15  but later did you learn who the victims were?
16  A. Yes.
17  Q. Okay. And you knew they were --
18  A. From the news.
19  Q. Were you aware that they were two
20  African American brothers?
21  A. Yes, because the news. We saw that on the
22  news.
23  Q. Gotcha. And it goes on to say,
24  "Macias was only able to hear parts of the argument
25  that lasted for at least an hour. Both subjects

## Page 31 — Macias - Direct/Bonjean

1  referred a number of times to someone called Lulu
2  Dog, and also had some disagreement about a bus."
3      Does that sort of match what you
4  recall to this day, or at least partially?
5  A. Partially.
6  Q. Yeah. I know you said earlier that
7  you remember the Lulu?
8  A. Yes.
9  Q. "Macias did not call the police after
10  hearing shots because she did not have a telephone
11  in her apartment, but considered going downstairs
12  to her father's apartment and using his telephone
13  to call the police. Macias later looked out of her
14  window and saw the two victims down on the street."
15      Do you recall seeing them laying on
16  the street?
17  A. No, I don't.
18  Q. Okay. Do you recall what was
19  directly across the street from your building at
20  3419 West North Avenue, like if you looked directly
21  out your third floor window onto North Avenue,
22  across North Avenue, what would you be looking at?
23  A. There's some other buildings.
24  Q. Okay.
25  A. Yeah.

## Page 32 — Macias - Direct/Bonjean

1  Q. So it wasn't a vacant lot you were
2  looking into; is that right?
3  A. A vacant lot? I don't remember a vacant
4  lot.
5  Q. Okay. All right. And as you sit
6  here today, is it your distinct memory that this
7  conversation, the one conversation you had with the
8  detectives, was at your home?
9  A. Yes, it was at my living room.
10  Q. And as you sit here today, do you
11  have a recollection of telling them what I just
12  read to you on the telephone?
13  A. I have a recollection, you know, they were
14  also, you know, asking me these questions. I told
15  them exactly what I remembered, you know, that it
16  was late, it was dark, that the noise wake me up,
17  that I asked my husband to close the window.
18  Later, I don't know how much time had passed, you
19  know, we had heard gunshots. You know, we were
20  really afraid to just go out because you don't
21  know what's going on. We went back to sleep. And
22  then in the morning, you know, we heard the news,
23  and that's when we found out more of the details,
24  but nothing else.
25  Q. I see. Okay. Were you ever

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**DATE OF ORIG. OCCURRENCE – TIME:** 25 May 90 0100

**OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT:** Homicide/Murder First Degree
**IUCR OFF. CODE:** 0110
**ADDRESS OF ORIG. INCIDENT/OFFENSE:** 3428 W. North Ave. (Verified)
**BEAT OF OCCUR:** 1422

**VICTIM'S NAME AS SHOWN ON CASE REPORT:** WILEY, Torrence
**CORRECT:** YES
**BEAT ASSIGNED:** 5526

**TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED:** On Street
**LOCATION CODE:** 304
**NO. OF VICTIMS:** Two
**NO. OF OFFENDERS:** Unknown

**PROPERTY - VERIFIED:** DNA

**OFFENSE/CLASS THIS DATE:** DNA
**METHOD CODE:** DNA
**METHOD ASSIGNED:** X Field
**UNIT NO:** 652
**STATUS:** XX Progress

## 60. NARRATIVE

THIS IS A CANVASS REPORT:

PERSONS INTERVIEWED: HERNANDEZ, Alicia F/WH/ a barmaid at the Jose POBRE Tavern 3409 W. North Ave. related that there were no male black patrons in the tavern the evening of 25May90.

PRECEEO, Alma F/WH/ 3419 W. North Ave. related that she was awakene 2400 hrs. by the sound of two male english voices that were engaged in an argument. PRECEEO stated that she could only hear bits of the conversation. (I am trying to help you— I am going to kill you— I am going to kill you first— you said that we would get the last bus) The total argument lasted for about an hour. After hearing four shots, PRECEEO called the police. PRECEEO then gave R/Dets. her sister's MACIAS, Carmen business telephone number. 243-1300 who was also home when the incident occured.

MILAN, David M/WH/ 3429 W. North Ave. Staff member Solder of God Church. Only heard four shots.

**EXTRA COPIES REQUIRED:** Normal
**DATE THIS REPORT SUBMITTED:** 25 May 90
**REPORTING OFFICER:** Det. WARE, Willie  STAR NO. 7428
**REPORTING OFFICER:** Det. KONDAL Joseph  STAR NO. 4620
**SUPERVISOR APPROVING:** MAGEY #13
**DATE APPROVED:** 26 MAY 1990  1715

N-234297

Exhibit Macias-1  Audrey Zabawa, CCR 01/18/21

RFC-Maysonet 000055

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

25 May 1990
N-234297

WILEY, Torrence
WILEY, Kevin
First Degree Murder

Page four

CANVASS CONTINUED..  MACIAS, Carmen F/WH/ 3419 W. North Ave. was contacted by telephphone at place of employment 243-1300, related that she was awakened around 2400 Hrs. 24May90 by the sound of two male blacks having an argument. One had a very calm voice, the second had a loud abrasive type of voice and sounded as if he may have been drunk. MACIAS was only able to hear parts of the argument, that lasted for at least an hour. Both subjects refered a number of times to someone called Lulu Dog, and also had some disagreement about a bus. MACIAS did not call the police after hearing shots because she did not have a telephone in her apartment, but considered going downstairs to her father (INOCENCI who was also interviewed) apartment and using his telephone #235-7409 to call the police. MACIAS later looked out of her window and saw the two victim's down on the street.

ALVARDO, Rosa F/WH/ 3428 W. North Ave heard nothing.
GOZMAN, Maria F/WH/ 3417 W. North Ave heard nothing.
MOJICA, Minerva F/WH/ 3432 W. North Ave heard nothing.

No answer was received at 3419, 21, 23, W. North Ave. The R/Dets. went to each open tavern and liquor store in the area trying to determine if any male blacks had purchased any Milwaukee's Best beer, with negative results. End of canvass report.
Dets. WARE,W & KONDAL J. #7428/4620

N-234297

RFC-Maysonet 000056