# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFREDO GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REYNALDO GUEVARA, GERI LYNN YANOW )<br>as SPECIALREPRESENTATIVE of the ESTATE )<br>OF ERNEST HALVORSEN, EDWARD MINGEY, )<br>STEVEN GAWRYS, LEE EPPLEN, FERNANDO )<br>MONTILLA, ROLAND PAULNITSKY, )<br>RICHARD SCHAK, GERI LYNN YANOW as )<br>SPECIAL REPRESENTATIVE of the ESTATE OF )<br>ROBERT SMITKA, deceased, JENNIFER )<br>BOROWITZ, FRANK DiFRANCO, JOHN )<br>PERKAUS, the CITY OF CHICAGO, and COOK )<br>COUNTY, )<br>)<br>Defendants. ) | Case No. 22 CV 06496<br><br>Hon. Judge John F. Kness<br><br>Hon. Magistrate Judge<br>Heather K. McShain |

## DECLARATION OF RICHARD WILEY WORTHAM

I, Richard Wiley Wortham, declare as follows:

1. I am over 18 years of age and I make this declaration of my own personal knowledge. If called as a witness at trial, I could competently testify to the matters herein.

2. I am the brother of Torrence and Kevin Wiley ("Torrence and Kevin"), who were shot and killed on May 25, 1990.

3. In 1990 Torrence, Kevin, and I had a sister named Jolanda Wiley.

4. Torrence, Kevin and I referred to Jolanda by her nickname "Lulu."

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 4th day of October 2023

Richard Wiley Wortham

1

JGS_AGonzalez 1346