# EXHIBIT 14

```
                    OFFICE OF THE MEDICAL EXAMINER          PAGE 1 OF 3
                       COUNTY OF COOK, ILLINOIS

                     RESULTS OF TOXICOLOGIC ANALYSES

   M.E. CASE NO.  0447 MAY 90           TOX. CASE NO.  901968

   DECEASED NAME : TORRENCE  WILEY

   RACE : BLACK              SEX : MALE         AGE : 27

   AUTOPSY DATE   05/25/90          REPORT DATE  06/01/90

   PATHOLOGIST : BARRY D LIFSCHULTZ M.D.
   ==========================================================================
         DRUG/TISSUE                   RESULTS            AMOUNT

   BENZOYLECGONINE
         BLOOD                         NEGATIVE
   ETHANOL
         BLOOD                         POSITIVE           186      MG/DL
   ETHANOL
         BILE                          POSITIVE           127      MG/DL
   OPIATES
         BLOOD                         NEGATIVE
```

                                                    NANCY B. WU CHEN, PH.D.
                                                    TOXICOLOGIST

RFC-Maysonet 000025

OFFICE OF THE MEDICAL EXAMINER  PAGE 1 OF 4
COUNTY OF COOK, ILLINOIS

RESULTS OF TOXICOLOGIC ANALYSES

M.E. CASE NO.   0446 MAY 90           TOX. CASE NO.   901967

DECEASED NAME : KEVIN WILEY WILEY

RACE : BLACK              SEX : MALE            AGE :  26

AUTOPSY DATE   05/25/90           REPORT DATE   06/01/90

PATHOLOGIST : BARRY D LIFSCHULTZ M.D.

| DRUG/TISSUE | RESULTS | AMOUNT | |
|---|---|---|---|
| BENZOYLECGONINE BLOOD | NEGATIVE | | |
| ETHANOL BLOOD | POSITIVE | 332 | MG/DL |
| ETHANOL URINE | POSITIVE | 478 | MG/DL |
| ETHANOL BILE | POSITIVE | 365 | MG/DL |
| OPIATES BLOOD | NEGATIVE | | |

NANCY B. WU CHEN, PH.D.
TOXICOLOGIST

RFC-Maysonet 000029