# EXHIBIT 15



Beron Consulting, LabWorks, and Media, Inc.
Offices in Illinois and Florida
Corporate Address: Beron Consulting
Brooks Executive Suites
9990 Coconut Rd., Suite 223
Bonita Springs, FL 34135
Office (309) 360-5614
Email: rhenson@beron.us

January 10, 2023

Mr. Steven A. Greenberg, Attorney at Law
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

RE: Mr. Jose Maysonet

Dear Mr. Greenberg:

I have received the case file information associated with the case of: Mr. Jose Maysonet. I have formed my observations and conclusions below. If additional information or additional facts are placed into evidence at trial, I may make an addendum to this report. If called to testify, I expect to testify to the following:

1.  I hold a Doctorate degree in which my peer reviewed dissertation involved drug and alcohol testing in the criminal justice environment, and I have additional education in drug and alcohol toxicology, physiology & pharmacology. I have served as a former supervisor of the Drug/Narcotics and Alcohol Testing program at the University of Illinois, Police Training Institute. I have been certified by the State of Illinois' police training board as a practitioner, and instructor in Standardized Field Sobriety Testing (SFST) as well as various behavioral, physiological and pharmacological aspects of drug and alcohol related disciplines. I have lectured and authored regarding drug and alcohol testing, and behavioral, physiological and pharmacological aspects of drug and alcohol related disciplines for several Universities/Colleges, Illinois Institute for Continuing Legal Education, State Bar Associations, Trial Lawyer Organizations, Lorman Education Services, Mastering Scientific Evidence National Conference, Kendall-Hunt Publishing Company and Thomson-Reuters.

2.  I am an independent consultant and president of Beron Consulting, LabWorks and Media Services, Inc. I have served as Dean of Criminal Justice at Aspen University. I have also served as a Professor at Iowa Wesleyan College and held several adjunct and invited lecturer positions at several academic institutions. I have been qualified as an expert in more than 25 States in the United States, Federal Courts, and Military Courts, related to standardized field sobriety testing, breath/blood/urine testing, drug testing and

EXHIBIT

1 Henson 032823

investigations, retrograde extrapolation, and drug/alcohol related behavioral, physiological and pharmacological aspects.

3.     I have been requested to review the client information related to <u>Mr. Jose Maysonet</u> that includes the following:

    a.  People v. Maysonet transcript (Dr. Barry Lifschultz);
    b.  Postmortem reports (Blood Ethanol .186 g/100mL [Torrence Wiley]; .332 g/100mL [Kevin Wiley]);
    c.  Chicago Police Supplement Report.

4.     Regarding the reported laboratory analysis for Torrence Wiley's BAC (Blood Alcohol Concentration) result, the level of intoxication is highly significant. The following physical and mental impact to a person's BAC at the level of .186 g/100ml at the time of the shooting incident are as follows:

    1.  Reason, inhibition (increased confidence) and judgment is compromised;
    2.  Muscular coordination impairment;
    3.  Divided attention tasks are greatly compromised;
    4.  Mental confusion;
    5.  Exaggerated emotions (fear, rage, grief, etc.);
    6.  Impairment of memory and comprehension;
    7.  Muscular coordination impairment;
    8.  Vision disturbance (color, form, motion, dimensions);
    9.  Loss of critical judgment.

5.     Regarding the reported laboratory analysis for Kevin Wiley's BAC (Blood Alcohol Concentration) result, the level of intoxication is extreme.  The following physical and mental impact to a person's BAC at the level of .332 g/100ml at the time of the shooting incident are as follows:

    1.  Reason, inhibition (increased confidence) and judgment is compromised;
    2.  Muscular coordination impairment to the degree of motor function loss;
        a.  Inability to walk or stand may occur;
    3.  Impaired consciousness (sleep or stupor);
    4.  Exaggerated emotions (fear, rage, grief, etc.);
    5.  Approaching the BAC level to complete unconsciousness; coma, and possible death.

All of the opinions expressed in this report are based upon a reasonable degree of forensic and scientific certainty, except for those matters where it is explicitly noted otherwise.  Additionally, all of my opinions are based upon the totality of my knowledge, training, and experience in the areas noted in my curriculum vitae, which I incorporate by reference in its entirety. I reserve the right to revisit any opinion contained herein should

any additional information be provided or made known to the author that is deemed material. These opinions are specific to the facts contained in this matter only, and no attempt should be made to apply these statements to any other matter without the knowledge of the author.

Professionally yours,

Dr. Ronald E. Henson

# Ronald E. Henson, Ph.D.                    *Curriculum Vitae*

Office: (309) 360-5614                                         The Brooks Executive Suites
E-mail: rhenson@beron.us                                  9990 Coconut Rd, Suite 223
Web: https://beron.us                                          Bonita Springs, FL  34135


## EDUCATION:

### WALDEN UNIVERSITY: Ph.D.  (2004)
Residency: Indiana University, Bloomington Indiana
(Regionally and Nationally Accredited)
Applied Management and Decision Sciences
Dissertation: Workplace Substance Abuse Testing and Factors that Influence Policy

### GOVERNORS STATE UNIVERSITY: M.P.A. (1994)
(Regionally and Nationally Accredited)
Thesis: Illinois Law Enforcement's DUI Guide

### UNIVERSITY OF ILLINOIS: BACHELOR OF SCIENCE (1991)
(Regionally and Nationally Accredited)

### PARKLAND COLLEGE: ASSOCIATE IN APPLIED ARTS (1989)
(Regionally and Nationally Accredited)

### ILLINOIS STATE POLICE ACADEMY (1981)
(Accredited by the Illinois Law Enforcement Training and Standards Board [ILETS])


## EXPERIENCE:

### BERON CONSULTING & LABWORKS            Peoria, IL / Bonita Springs FL
President and Principal Consultant                                            2002-present
Duties and Responsibilities:

- Breath Alcohol Testing             • Drug and Alcohol Testing in the Workplace
- Field Sobriety Testing             • Alcohol Physiology and Pharmacology
- Forensic Investigations           • Litigation Evaluation & Expert Testimony
- Independent Research             • Independent Breath Testing Device Evaluations
- Drug and Alcohol Workshops    • Workplace Specimen Collection and Analysis
- Blood / Urine / Saliva / Hair / Transdermal Testing for Alcohol and Drugs

## EXPERIENCE (CONTINUED)

**ASPEN UNIVERSITY**         Aspen, CO
**Executive Academic Chair for the School of Criminal Justice**    2012-2014
**Dean of On-Line Instruction for Criminal Justice**    2009-2012
**Adjunct Professor Criminal Justice**    2007-2009
Duties and Responsibilities:

• Coordinate and Manage the Undergraduate and Graduate Criminal Justice On-Line
  Program and Faculty/Associates
• Conduct Course Audits and Review Accrediting Requirements
• Instruct Undergraduate and Graduate Level Courses:

|  |  |
|---|---|
| - Criminal Investigation I & II | - Criminal Investigations |
| - Drug Enforcement | - Criminal Procedures |
| - Criminology | - Patrol Procedures |
| - Criminal Law | - Technology in Law Enforcement |
| - Clandestine Laboratory Investigation | - Crime Scene Investigation |
| - Supervision of Police | - Police Administration |

**CAPELLA UNIVERSITY**      Minneapolis, MN
**Adjunct Professor of Human Services and Criminal Justice**    2006-2007
Division of Human Services
Duties and Responsibilities:
  • Instruct Graduate Level Courses in Criminal Justice and Sociology
  • Served on doctoral research committees
  • Served on master's level research committees
  • Served on comprehensive examination committees for doctoral and master level
    candidates.

**IOWA WESLEYAN COLLEGE**      Mt. Pleasant, IA
**Assistant Professor of Criminal Justice**    2004-2006
Division of Human Studies
Duties and Responsibilities:
  • Coordinator for the Criminal Justice Program
  • Advised Students in the Criminal Justice Program
  • Taught Various Courses in Criminology, Law Enforcement, Criminal Justice
    Administration, and Corrections
  • Forensic Science Program Development in Partnership with the Chemistry and Biology
    Departments.

**CONTEMPORARY TRAINING CONSULTANTS, Inc.**    Dunlap, IL
**& D.B.A. RONALD E. HENSON, CONSULTING SERVICE**    1994-2002
President & Consultant
Duties and Responsibilities:
• Authored and Published Training Manuals, Practitioner Books, and Chapters
• Developed and Conducted DUI Seminars throughout the Country
• Analyzed, and Prepared DUI Case Reviews for Attorney's
• Consultant for Governmental Agencies on DUI Policy/Procedures/Training
• Consultant for Governmental Agencies on DUI/Alcohol Related Cases
• Consultant for Governmental Agencies on Public Management Policy/Operations
• Provided Expert Witness Testimony in Select Cases

## EXPERIENCE (CONTINUED)

**MILLIKIN UNIVERSITY**        Decatur, IL
Director of Public Safety        1990-1994
Duties and Responsibilities:

- Departmental Policies
- Disaster Procedures
- Environmental Operations
- Managed a Staff of Fifteen Members
- Monthly and Annual Reports
- Edit Monthly Campus Newsletter
- NCAA Conference Speaker: <u>Alcohol and the Athlete</u>
- Development and Implementation of Employee Training Programs:
  - \* Bloodborne Pathogens
  - \* Alcohol & Drug Awareness
  - \* Student Right to Know
  - \* Confined Space Entry

**UNIVERSITY OF ILLINOIS,**
**POLICE TRAINING INSTITUTE (PTI)**     Champaign, IL
Instructor: Basic and Advanced Law Enforcement Courses     1986-1990
                                                (Part-Time) 1990-1993

Instruction Included but not Limited to:
- Traffic Law
- Interview Techniques
- Field Sobriety (SFST)
- Drugs and Narcotics
- DUI Enforcement
- Master Firearms Instructor
- Breath / Blood / Urine Analysis
- Alcohol Physiology/Pharmacology
- Retrograde & Extrapolation
- Alcohol Research/Experiments

- Served as Primary Instructor and Coordinator of the Breath / Blood / Urine Alcohol Testing Program and Breath Alcohol Testing Laboratory operations at the University and remote locations.
- Licensed as a Breath Alcohol testing instructor by the Illinois Department of Public Health.
- Certified as an instructor by the Illinois Local Governmental Law Enforcement Officers Training Board.

Authored and taught the following curricula:
- DUI Enforcement for Judges, Prosecutors, and other Law Enforcement Administration (Obtained by Federal Grant).
- Preliminary Breath Test Screening.
- Physiological and Pharmacological Effects of Alcohol on the Body.

**UNIVERSITY OF ILLINOIS POLICE DEPARTMENT**     Urbana, IL
Police Officer (Part Time)     1986-1990
Uniformed police officer duties for special events on campus.

## EXPERIENCE (CONTINUED)

### OSWEGO POLICE DEPARTMENT                                          Oswego, IL
Police Officer (Full Time)                                            1981-1986
Duties and accomplishments included:
  • Uniformed Patrol for the City      • Investigator      • Community Relations Officer
  • First Line Supervisor              • Licensed Breath Analysis Operator
  • Developed Drug / Alcohol Programs for the School District and Other Civic
    Organizations.
  • Received "Police Officer of the Year" Award from the Optimist International.

### FOX VALLEY PARK DISTRICT POLICE DEPARTMENT                        Aurora, IL
Police Officer (Part-Time)                                            1980-1981
Uniformed police officer duties patrolling parks, trails, and forest preserves. Patrol
methods included: Bicycle, Motorcycle, and Patrol Car.

### WAUBONSEE COMMUNITY COLLEGE                                       Sugar Grove, IL
Police Cadet (Part-Time)                                              1979-1980
Uniformed police cadet patrolling campus, and assisting with public service needs.

## ADVISORY COMMITTEES (CURRENT AND PAST)

  • Criminal Justice Program Advisory Committee, Aspen University, CO.
  • Legislative Committee for Workplace Drug and Alcohol Testing DATIA,
    Washington, D.C.
  • Illinois Institute for Continuing Legal Education, Springfield, IL, Lecturer and Author
  • MADD, State of Illinois, Springfield, IL, Author
  • 10th Judicial Circuit, Family Violence Coordinating Council, Evaluation Committee
  • U.S. Department of Justice Project Evaluation and Research Consultant
  • Walden University, Student Representative
  • Champaign Police Department, Police Cadet Program
  • Illinois Institute for Continuing Legal Education, Lecturer and Author
  • International Association of Chemical Testing, Curriculum Development for Portable
    Breath Alcohol Testing for D.O.T Regulations
  • MADD, Chicagoland Chapter, Arlington Heights, IL
  • Department of Alcoholism and Substance Abuse
  • University of Illinois, Institute of Aviation, Pilot / Alcohol Program
  • Black Hawk College, Law Enforcement / Security Curricula
  • Champaign County Forest Preserve, Division of Law Enforcement
  • Curriculum Chair, Illinois Campus Law Enforcement Association
  • Midwest Association of Physical Plant Administrators Trainer's Network

## PUBLIC SPEAKING

  • Breath, Blood, and Drugs. ISBA presentation, April 8, 2022
  • The Basics of DUI Science: Foundation, Breath Tests, Blood Tests, When is Alcohol
    "In the System"? and "Standardized" Field Sobriety Tests. MyLawCLE, approved for
    State and Federal Bar CLEs, November 18, 2021.

## PUBLIC SPEAKING (CONTINUED)

- Alcohol and Drugs: The Science and Limitations in Your Case. MyLawCLE, approved for State and Federal Bar CLEs, August 27, 2021.
- Breathalyzer 101 for Attorneys: Models 5000, 8000, 9000, EC/IR, EC/IR IIs, RBT IV, RBT VXL, Intox DMT, DataMaster (CDM, BAC, DMT), Alcotest (9510, 7110, 8610, 7510) and PBTs. MyLawCLE, approved for State and Federal Bar CLEs, April 16, 2021.
- Cannabis: The Statutory Implications of Legalization Correlated Testing and Enforcement Concerns, ISBA presentation, October, 2020.
- Alcohol and Drugs Investigated: The Science Integrated into Your Case, Webinar; CLE Approved: AL, AR, AZ, CA, CO, DE, GA, KS, KY, MN, MO, MT, NE, NH, NJ, NM, NV, TN, UT, WI, WY. (21 States) August, 2020.
- Intoxication: What the Science Says, Iowa Association of Justice (IAJ), Plaintiffs & Claimants Trial Lawyers Conference, Workers' Compensation Segment, Des Moines, IA, 2020.
- Examination of Expert Witnesses for DUI & Foreign Substances in the Mouth affecting Breath Testing, ISBA, NIU Conference Center, Naperville, IL, 2019
- Recent Case Studies for Breath, Blood and Urine Evidence in Illinois. Guest Speaker: Advanced DUI and Traffic Law Updates, ISBA, East Peoria, IL, 2017.
- Intoximeter EC/IR II and Intox (DataMaster) DMT Operation and Limitations. Guest Speaker: DWI Seminar: Breath Alcohol Testing, St. Louis, MO, 2017.
- Basic Breath and Blood Alcohol Testing. Guest Speaker: Northern Illinois University Conference Center, IACDL, Naperville, IL, 2017.
- Measure of Uncertainty; Type A and Type B for Breath Alcohol Testing. Guest Speaker: Western Michigan University, Cooley Law School, Lansing Michigan.
- Clinical v. Forensic Blood Alcohol Testing & IL Extrapolation. Guest Speaker: Northern Illinois University Conference Center, IACDL, Naperville, IL, 2016.
- Standardized Field Sobriety Testing. IICLE, Effingham, IL, 2016.
- DataMasters and the Future of Breath Alcohol Testing. OVI Advanced Seminar, Columbus, Ohio, 2016.
- DUI Drugs Lecture and DRE Panel Q&A. IICLE, Chicago, IL, 2016.
- Breath Alcohol Testing (EC/IR II, Alco-Sensor/RBT Vxl. Tennessee Criminal Defense Lawyers Association, Tunica Mississippi, 2015.
- Breath Alcohol Testing (EC/IR I&II, RBT IV, 8000, Alco-Sensor/RBT Vxl & IL Extrapolation. Guest Speaker, Elgin Community College, ISBA, Elgin, IL, 2015.
- Clinical v. Forensic Blood Alcohol Testing & IL Extrapolation. Guest Speaker: Northern Illinois University Conference Center, IACDL, Naperville, IL, 2015.
- Clinical v. Forensic Blood Alcohol Testing & IL Extrapolation. Guest Speaker: Madison County Bar Association, Collinsville, IL, 2015.
- DataMaster BAC/DMT Transitions; IR Breath Testing Susceptibility, Invited Lecturer, MIAOWIA (Michigan Association of OWI Attorneys), MGM Grand, Detroit, 2013.EC/IR I&II Devices and How They Fail; A Case Study, Invited Lecturer, TCDLA, Tunica Mississippi, 2012.
- EC/IR I&II Devices and How They Fail; A Case Study, Invited Lecturer, 9th Annual MCDAA, Baltimore, MD, 2012.

## PUBLIC SPEAKING (CONTINUED)

- Breath Alcohol Ignition Interlock Devices: Moving from Science to Reality, Mastering Scientific Evidence, New Orleans, LA, 2012.

- EC/IR Case Studies that Affected the Reliability of Results, Mastering Scientific Evidence, New Orleans, LA, 2012.

- DUI Mock Trial and Expert Testimony Demonstration, IICLE, Springfield & Chicago, IL, 2012.

- Clinical v. Forensic Blood Alcohol Testing. Guest Speaker: McHenry County Bar Association, Loyola University Retreat Campus, Woodstock, IL, 2011.

- Case Studies Using the EC/IR II that Affected the Reliability of the Results, Guest Lecturer, EC/IR II Seminar 2, Hosted by Michael C. Tillotson, LLC, Williamsburg, Virginia, 2011.

- Breath, Blood and Urine Testing, ISBA, Fairview Heights, IL, 2011.

- Breath Alcohol Testing and Iowa Case Studies, Iowa Association for Justice, Iowa City, IA, 2011.

- An Understanding of the Intoximeter EC/IR and EC/IR II. Invited Lecturer, 8th Annual Advanced DUI Defense Seminar, Baltimore, MD, 2011.

- Clinical v. Forensic Blood Alcohol Testing. Guest Speaker: Illinois Traffic Court Conference, Bradley University, Peoria, IL, 2011.

- An Understanding of the Intoximeter EC/IR and EC/IR II. Invited Peer Lecturer, 16th Annual Mastering Scientific Evidence in DUI / DWI Cases, New Orleans, LA, 2011.

- Breath, Blood and Urine Testing for Alcohol and Drugs, IICLE, Champaign & Chicago, IL, 2011.

- Clinical v. Forensic Blood Alcohol Testing, Tennessee Criminal Defense Lawyers Association, Tunica Mississippi, 2010.

- Issues of Reliability and Accuracy Using the EC/IR II, Guest Lecturer, EC/IR II Seminar, Hosted by Michael C. Tillotson, LLC, Williamsburg, Virginia, 2010.

- Clinical v. Forensic Blood Alcohol Testing, Iowa Association for Justice, Iowa City, IA 2010.

- Alcohol Physiology and Pharmacology, Guest Lecturer, Illinois State University, Bloomington, IL, 2004 to 2019.

- DUI Breath Interlock Devices Frequently Malfunction. FOX News – Chicago Affiliate. Larry Yellen, Fox Chicago News, Aired: May 8, 2010.

- Clinical v. Forensic Blood Alcohol Testing, ISBA, Oakbrook & Bloomington, IL 2010.

- Issues of Reliability and Accuracy Using the EC/IR and EC/IR II, Guest Lecturer, EC/IR Owners Conference, Mt. Magazine, Arkansas, 2010.

- DUI Mock Trial and Expert Testimony Demonstration, IICLE, Champaign & Chicago, IL, 2010.

- Breath, Blood and HGN in Illinois Criminal Cases, Guest Speaker, DuPage County Criminal Defense Lawyers Association, Wheaton, IL, 2009.

## PUBLIC SPEAKING (CONTINUED)

- Breath Alcohol Testing in Tennessee (EC/IR & EC/IR II), Guest Speaker, Tennessee Criminal Lawyers Association, Tunica Mississippi, 2009.

- Hospital v. Forensic Blood: Foundation of Blood, Breath and Urine Testing, Guest Speaker, ISBA, Bloomington, IL, 2009.

- Blood Draw Process. Procedures, and Contaminants in Alcohol Testing. Invited Peer Lecturer, 16th Annual Mastering Scientific Evidence in DUI / DWI Cases, New Orleans, LA, 2009.

- EC/IR I & II Lecture and Practitioner breakout session. Invited Peer Lecturer, 16th Annual Mastering Scientific Evidence in DUI / DWI Cases, New Orleans, LA, 2009.

- DUI Technology: Entering a New Age. Guest Speaker, Breath Testing (EC/IR l& II, RBT IV, CMI Model 8000, BAIID Devices, Forensic Blood Alcohol Testing), IICLE, Springfield, IL 2009.

- DUI Technology: Entering a New Age. Guest Speaker, Breath Testing (EC/IR l& II, RBT IV, CMI Model 8000, BAIID Devices, Forensic Blood Alcohol Testing), IICLE, Chicago, IL 2009.

- Breath Alcohol Testing and the use of the EC/IR I and EC/IR II in Tennessee. Guest Speaker, Tennessee Criminal Lawyer's Association, Tunica Mississippi, 2008

- Understanding the EC/IR Breath Alcohol Testing Machine (First and Second Generation). Guest Speaker: Understanding the Intricacies of a DWUI Case, University of Wyoming Convention Center, Laramie Wyoming, 2008.

- Breath Alcohol Testing Devices (CMI 5000, CMI 8000, Intoximeter EC/IR I & II, RBT IV). Guest Speaker: Illinois Traffic Court Conference, Bradley University, Peoria IL, 2008.

- Ignition Interlock (BAIID) and Secure Continuous Remote Alcohol Monitor (SCRAM) Devices: Guest Lecturer: Illinois State University, Bloomington IL, 2008.

- Breath Alcohol and Blood Test Evidence. Lecturer: IICLE, Chicago, and East Peoria, IL, 2006.

- Breath Alcohol Testing and the EC/IR. Guest Speaker: Northwest Suburban Bar Association, Rolling Meadows, IL 2006.

- An Expert's Review of the Top 20 issues Examined in Illinois DUI and Reckless Homicide Cases. Guest Lecturer Lorman Education Services, Springfield, IL 2006

- Employee Drug and Alcohol Testing. Guest Speaker: C.U.R.E., Mt. Pleasant, IA, 2006.

- Drug and Alcohol Testing in Law Enforcement. Guest Speaker and Panelist: Iowa Wesleyan College Forum Session, Mt. Pleasant, IA, 2005.

- Field Sobriety, Breath Alcohol, & Blood Alcohol Testing. Lecturer: Illinois State Bar Association (ISBA), Collinsville, IL, 2005.

- Breath Alcohol and Blood Test Evidence. Lecturer: IICLE, Chicago, IL, 2004.

- Blood Alcohol Test Evidence in Fatal and Injury Accidents. Lecturer, Illinois Association of Technical Accident Investigators Conference, Peoria, IL, 2004.

- Breath Alcohol Testing and Field Sobriety Testing. Lecturer: IICLE, Chicago, & East Peoria, IL, 2004.

## PUBLIC SPEAKING (CONTINUED)

- Standardized Field Sobriety Testing. Expert Panelist: Chicago Bar Association, Chicago, IL, 2004.

- Breath Alcohol Testing and Field Sobriety Testing. Lecturer: IICLE, Chicago, & Peoria, IL, 1998.

- Alcohol and Youth. Primary Lecturer: Orion Illinois School District, Orion, IL, 1998.

- Chemical Testing & Field Sobriety Testing. Lecturer: Office of the Cook County Public Defender, Chicago, IL, 1997.

- Technology and Law Enforcement Techniques. Lecturer: Bradley University, Peoria, IL, 1997.

- Chemical Testing Operations. Lecturer: IICLE, Oakbrook & Peoria, IL, 1995.

- Chemical Testing Operations. Lecturer: IICLE, Springfield, & Skokie, IL, 1994.

- DU1 Techniques for the Legal Profession. Primary Lecturer: CTC, Inc., St. Louis, MO, 1994.

- DUI Techniques for the Legal Profession. Primary Lecturer: CTC, Inc., Indianapolis, IN, 1994.

- DUI Techniques for the Legal Profession. Primary Lecturer: CTC, Inc., Chicago, IL, 1994.

- DUI for the Legal Profession. Primary Lecturer: CTC, Inc., Peoria, & Effingham, IL, 1993.

- Physiological / Pharmacological Effects of Alcohol. Speaker/Panelist: The Society of Chartered Property and Casualty Underwriters, Springfield, IL, 1993.

- DUI for the Legal Profession. Primary Lecturer: CTC, Inc., Morris, IL, 1993.

- Alcohol: The Myths of the Nineties. Key Note Speaker: Kiwanis Club, Decatur, IL, 1993.

- Alcohol: The Myths of the Nineties. Key Note Speaker: Pana Rotary Club, Pana, IL, 1993.

- DUI for the Law Enforcement Officer. Primary Lecturer: Central Illinois Regional Commission for Law Enforcement, Decatur, IL, 1993.

- Alcohol: The Myths of the Nineties. Atwood/Hammond High School, Atwood, IL, 1992.

- Alcohol: The Myths of the Nineties. Key Note Speaker: Project Alcohol, Black Hawk College, 1992.

- Alcohol and the Athlete. Key Note Speaker: NCAA Conference, Millikin University, Decatur, IL, 1991.

- Physiological & Pharmacological Effects of Alcohol: Intoxilizer 5000 Demonstrations . Primary Lecturer: Criminal Justice Presentation, Parkland College, Champaign, IL, 1990.

- Drug and Alcohol Course Presentation. Presenter: The University of Illinois, Armory Building, 1990.

- Breathalyzer 1000 Operations and Procedures: Primary Lecturer: University of Illinois, Institute of Aviation, Investigating the Effects of Alcohol, 1989.

- D.U.I and the Consequences. Key Note Speaker: Oswego High School, Business Law Classes, 1986.

- D.U.I, and the Consequences. Key Note Speaker: Waubonsee Community College, Sugar Grove, IL, 1985.

## PUBLIC SPEAKING (CONTINUED)

- Drugs and the Eighties: Forecasting the Trend. Oswegoland Optimist Club, Oswego, IL, 1985.

- Alcohol and Substance Abuse Identification. Key Note Speaker: Oswego Board of Education and Administrators, Oswego, IL, 1984.

- Dangerous Drugs and Narcotic Identification. Tough Love Parenting, Yorkville, IL, 1984.

- Dangerous Drugs and Narcotic Identification. Oswegoland Parenting Association, Oswego, IL, 1983.

- DUI. How Much is Too Much? Oswego H.S., Driver Ed. Classes, Oswego, IL, 1982-1986.

## PUBLICATIONS & MONOGRAPHS

- Henson, R. (2021 Edition). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (I1CLE), Springfield, Illinois.

- Henson, R. (2016). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (I1CLE), Springfield, Illinois.

- Henson, R. (2013). Breath Alcohol Testing. "Understanding DUI Scientific Evidence", An Inside the Minds Series. Boston, MA: Thomson Reuters / Aspatore.

- Henson, R. (2013). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (I1CLE), Springfield, Illinois.

- Henson, R. (2011). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (I1CLE), Springfield, Illinois.

- Henson, R. (2009). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (I1CLE), Springfield, Illinois.

- Henson, R. (2005). Alcohol and the Human Body. In K. Dennis, B. Henson, Destination: Fit. Well, and Healthy. Dubuque, IA: Kendall Hunt Publishing Company.

- Henson, R. (2003). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (IICLE).

- Henson, R. (2001). Breath Alcohol Testing: A Prosecution Perspective. Mothers Against Drunk Driving, Illinois.

- Henson, R. (1999). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (IICLE).

- Henson, R. (1995). Breath Alcohol Testing. "Defending DUI and Related Cases", Illinois Institute for Continuing Legal Education (IICLE).

- Henson, R., Klepper, D.; Driving Under the Influence of Cough Syrup? "Illinois Attorneys for Criminal Justice" Newsletter, Evanston, IL (Summer/Fall 1995).

- Henson, R. (1994). Successful Challenges To Breath/Alcohol Testing With A Practical Application. "Defending Clients Charged With DUI and Reckless Homicide", Illinois Institute for Continuing Legal Education (IICLE).

- Henson, R., Gnagey, John. (1994). Evaluating Community Oriented/Problem Solving Policing. "The Police Chief ", Rebecca Beatty Hoeckele, Managing Editor.

- Henson, R. (1994). Illinois Law Enforcement's DUI Guide. CTC, Inc. Monticello, IL.

## PUBLICATIONS & MONOGRAPHS (CONTINUED)

- Henson, R. (1993). Professionalism through Training. International Campus Law Enforcement Journal. Accepted March/1993, Buck Tilson, Managing Editor.

- Henson, R., The Correctional Institution Alternative to Save Tax Dollars. The Illinois Public Management Journal. April, 1992.

- Henson, R., & Bolt, K., Preliminary Breath Alcohol Testing. Undergraduate Study Project, 160 pages.

## CONSULTING

- Blood Alcohol Testing and Retrograde Extrapolation. WKBW (Ed Drantch), Buffalo, New York. August 3, 2020.

- Internal Affairs Alcohol Investigation, Sworn Testimony. Redwood City California, Police Department, Lt. Hart. June 20, 2016.

- Challenges to CMI's Intoxilyzer Model 8000 Breath Test Device. Florida's Sun Sentinel – Ben Wolford, Published December 17, 2012.

- EC/IR Evaluation of Data in Illinois's Counties. Chicago Tribune – Robert McCoppin

- Workplace Alcohol Testing. United Steel Workers Local 50, Multiple Workplace Investigations. Granite City, IL, 2011.

- DUI Breath Interlock Devices Frequently Malfunction. FOX News – Chicago Affiliate. Larry Yellen, Fox Chicago News, May, 2010.

- Workplace Alcohol Testing. City of Chicago, Employee Discharge Hearing. Thomas J. Pleines, Attorney at Law. Chicago, IL, April 2009.

- Rosier v. Norman Trucking and Brian Randall Hollis. Behavioral manifestations of marijuana, urine testing, workplace drug testing, and marijuana metabolites. Clark Aspy, Attorney at Law, Austin Texas, April, 2007.

- Workplace Alcohol Testing. AFSME, Sue Osthus, Attorney at Law, Bloomington, IL, April, 2007.

- Blood in the Mouth during Breath Alcohol Testing. Commonwealth of Kentucky, Harrison District Court. Brian Canupp, Attorney at Law, Paris KY, April 2006.

- Airbag Deployment and Breath Alcohol Testing. City of Denver Colorado Investigation. Jason Savela, Attorney at Law, Boulder, CO, January 2006.

- Workplace Alcohol Testing. International Brotherhood of Teamsters. Anthony Pinelli, Attorney at Law, Chicago, IL, February 2005.

- Workplace Drug and Alcohol Testing. Central Illinois Drug Screening, Inc. 2004-Present.

- Interfering Substance Testing using Model 5000s (three and five filter). Dr. JoAnn Samson, Toxicologist, Concord, NH, April 2004.

- Workplace Alcohol Testing. CITGO Petroleum Company. Michael Evers, Attorney at Law. Chicago, IL, August 2002.

- Alcohol Related Arrest. St. Cloud, Minnesota, May, 1995. Brenda Theis, Attorney at Law

- Alcohol Related Homicide Investigation. Champaign County Sheriffs Department, IL, August 1992. Troy Daniels, Investigator.

## CONSULTING (CONTINUED)

- Alcohol Related Fatality. Champaign Illinois Police Department, July, 1991. Lt. Robert Soucie, Investigations.

- DUI Reporting Forms: Review and Edit. Springfield Illinois Police Department. March, 1991. Ofc. Roger Barringer, DUI Operations.

- DUI Policy and Procedure: Development and Edit. Champaign County Forest Preserve Police Department. February, 1989. Carl Daniel, Chief of Police.

## CERTIFICATIONS & TRAINING

- 18th Annual Mastering Scientific Evidence in DUI/DWI Cases. Dallas, TX 2011.

- 14th Annual Mastering Scientific Evidence in DUI/DWI Cases. Dallas, TX 2007.

- Certified Professional Collector Trainer (CPCT®). The Drug & Alcohol Testing Industry Association. Philadelphia, PA 2004.

- Drug and Alcohol Testing Program Management Seminar. The Drug & Alcohol Testing Industry Association. Philadelphia, PA 2004.

- Mastering Scientific Evidence in DUI/DWI Cases. Atlanta, GA 2003.

- Certified Instructor for DUI and Substance Abuse Programs, Firearms Programs, Vehicle Stops, and Tactical Operations. Illinois Local Governmental Law Enforcement Officers Training Board, Thomas J. Jurkanin, Ph.D., Executive Director.

- Breath Analysis Training Instructor License. Illinois Department of Public Health, University of Illinois, Police Training Institute. 1988-95.

- Introduction to Street Gangs. Central Illinois Regional Commission for Law Enforcement. 1993.

- Diverse Cultures. Central Illinois Regional Commission for Law Enforcement. 1993.

- Standardized Field Sobriety Testing/ Preliminary Breath Alcohol Testing Instructor. University of Illinois, Police Training Institute. 1987-1993

- Street Drugs. Central Illinois Regional Commission for Law Enforcement. 1992.

- Master Firearms Instructor. University of Illinois, Police Training Institute. 1990.

- Physical Conflict Control Instructor. Northern Illinois Training Advisory Board. 1987.

- Improved Field Sobriety Testing/Horizontal Gaze Nystagmus. North East Multi-Regional Training Board. February, 1986.

- The Drunk Driver: A Managerial Perspective, SFST Evaluation. Illinois State Police Academy. June, 1983.

- Introduction to Forensic Science Techniques. Joliet Forensic Science Laboratory. March, 1983.

- Doppler Radar Operations. M.P.H. Industries, Chanute Kansas. 1983.

- Dangerous Drugs and Narcotic Identification Investigation. North East Multi-Regional Training Board. December, 1982.

- Breath Analysis Operator's Course/ I.D.P.H. License. Illinois State Police Academy. May, 1982. Basic Law Enforcement Academy. Department of Law Enforcement, Division of State Police Training Program. 1981.

- Breath Analysis Operator's Course/ I.D.P.H. License. Illinois State Police Academy. May, 1982.

## CERTIFICATIONS & TRAINING (CONTINUED)
- Basic Law Enforcement Academy. Department of Law Enforcement, Division of State Police Training Program. 1981.

## EXPERT QUALIFIED (U.S. FEDERAL JURISDICTIONS)
- United States Department of Air Force, JBER, Anchorage Alaska, Court Martial Hearing (SFST, DataMaster DMT).
- United States District Court, Northern District of Iowa (Cedar Rapids): Federal Court/Chief Judge (Breath Analysis Testing / Sobrietor/ Extrapolation).
- United States District Court, Northern District of Iowa (Cedar Rapids): Federal Court (Urine Drug Testing / THC).

## EXPERT QUALIFIED (STATE AND JURISDICTION)
- State of Alabama. Montgomery: Juvenile Court (Blood Alcohol Collection/Testing and Behavioral Manifestations due to Alcohol Consumption).
- State of Alaska. Third Judicial District: DMV Hearing (Breath Alcohol Testing and Related Scientific Principles).
- State of Alaska.  Anchorage: Criminal Court (DataMaster / Breath Alcohol Testing and Standardized Filed Sobriety Testing).
- State of Alaska. Juneau: Worker Compensation Hearing (Alcohol Toxicology, Serum/Plasma Alcohol Testing, Alcohol Extrapolation, Behavioral Manifestations due to Alcohol Consumption).
- State of Alaska. Palmer: Criminal Court (DataMaster / (CDM & DMT) Breath Alcohol Testing, Behavioral Manifestations due to Alcohol, GERD, and Standardized Field Sobriety Testing).
- State of Arizona. Maricopa. County: Administrative Hearing (Breath Alcohol Testing, Intoxilyzer 5000).
- State of Arizona. City of Scottsdale. Municipal Court: Criminal Court (Blood Alcohol Testing, Gas Chromatography, Standardized Field Sobriety Testing).
- State of Arizona. City of Phoenix. Municipal Court: Criminal Court (Breath Alcohol Testing, Intoxilyzer 5000).
- State of Arizona. City of Tucson. Municipal Court: Criminal Court (Breath Alcohol Testing, Intoxilyzer 8000, Measure of Uncertainty, Standardized Field Sobriety Testing).
- State of California, LA County/Alhambra: Criminal Court (Breath Alcohol Testing [DataMaster DMT], Tyndall Effect, SFSTs).
- State of Colorado: DMV hearing (Breath Alcohol Testing, Intoxilyzer 5000, GERD, SFSTs and Effect of Airbag Deployment on Breath Testing Results).
- State of Colorado. Arapahoe County: Criminal Court (Breath Alcohol Testing, Intoxilyzer 5000 EN, and Effect of Tobacco and Slope Detection on Breath Testing Results).
- State of Colorado. Denver: Criminal Court (Breath Alcohol Testing, Intoxilyzer 5000, and Effect of Airbag Deployment on Breath Testing Results).

# EXPERT QUALIFIED (CONTINUED)

- State of Georgia, Cobb County. Criminal Division: (Blood Alcohol Collection, Analysis).

- State of Georgia, Fulton County Superior Court. Criminal Division: Homicide (Post-Mortem Blood Alcohol Analysis / Extrapolation / Physiological and Pharmacological Effects of Alcohol).

- State of Georgia, Fulton County Superior Court. Family Court Division: (Soberlink Breath Alcohol Analysis / Extrapolation / Physiological and Pharmacological Effects of Alcohol / Peth / EtG / Urine Testing / Hair Testing / Drugs).

- State of Idaho, Bonneville County: Civil Hearing (Breath Alcohol Testing / Lifeloc FC-20, GERD / Hiatal Hernia, Acid Reflux)

- State of Illinois. Boone County:  Criminal Court (SFST, Breath Alcohol Testing / Intoximeter 3000/ EC/IR, Blood Alcohol Collection & Analysis, Behavioral Manifestations Alcohol).

- State of Illinois. Bureau County: Criminal Court (Standardized Field Sobriety Testing Extrapolation).

- State of Illinois. Cass County: Criminal Court (Breath Alcohol Testing).

- State of Illinois. Champaign County: Civil & Criminal Court (Field Sobriety Testing / Breath Analysis Testing / EC/IR (1 & II) / Alcohol Related Behavior / Extrapolation).

- State of Illinois. Carroll County: Criminal Court (DUI Detection / Field Sobriety / Breath Alcohol Testing – EC/IR II / Alcohol Physiology).

-  State of Illinois. Clay County: Criminal Court (Field Sobriety Testing / Preliminary Breath Analysis Testing / Blood Alcohol Testing / Extrapolation).

- State of Illinois. Cook County: Criminal and Civil Courts: (Rolling Meadows, Skokie, LaSalle St., Markham, Maywood, Bridgeview, 26th & California, Daley Center): (Field Sobriety Testing / Breath Analysis Testing / EC/IR I&II / RBT IV, Extrapolation, Alcohol Physiology & Pharmacology, Forensic Toxicology of Drugs and Alcohol [Maywood] GERD, Blood Collection and Analysis, Drug Testing/THC [26th & Cal.] , Drug and Alcohol Testing [Daley Center]).

- State of Illinois. Crawford County: Criminal Court (Breath Analysis Testing).

- State of Illinois. Christian County: Criminal Court (SFST, Breath Alcohol Testing, EC/IR II).

- State of Illinois. Clark County: Criminal Court (SFST, EC/IR II).

- State of Illinois. Coles County: Criminal Court and Civil Family Court (SFST, Breath Alcohol Testing, GERD, EC/IR II, Soberlink, Fuel Cells).

- State of Illinois. Cumberland County: Criminal Court (Extrapolation / Alcohol Related Behavioral Manifestations).

- State of Illinois. DeKalb County. Criminal Court (Breath Analysis Testing / Field Sobriety Testing / Extrapolation / Infrared and Fuel Cell Theory, EC/IR II, GERD).

- State of Illinois. DeWitt County: Criminal Court (Breath Analysis Testing / Field Sobriety Testing).

- State of Illinois. Douglas County: Criminal Court (Field Sobriety Testing / Breath Alcohol Testing / Infrared Theory).

- State of Illinois. DuPage County: Civil Court (Alcohol Physiology / Post Mortem - Blood Alcohol Collection and Testing Procedures Reliability / Alcohol Intoxication).

## EXPERT QUALIFIED (CONTINUED)

- State of Illinois. DuPage County: Criminal Court (DUI Detection / Field Sobriety Testing / Breath Analysis Testing (EC/IR I & II, RBT IV) / Extrapolation / Alcohol Physiology & Pharmacology / Blood Testing and Procedures / Effect of Ketoacidosis and Biotransformation influencing the EC/IR / Alcohol Intoxication).

- State of Illinois. Edgar County: Criminal Court (DUI Detection / Field Sobriety Testing / Breath Analysis Testing/Extrapolation).

- State of Illinois. Effingham County: Criminal Court (DUI Detection / Field Sobriety Testing / Breath Analysis Testing / EC/IR II / Blood Testing and Analysis / Extrapolation).

- State of Illinois. Fayette County; Criminal Court (Field Sobriety Testing / Horizontal Gaze Nystagmus / GERD / Breath Testing / EC/IR / Extrapolation).

- State of Illinois. Fulton County, Criminal Court (Field Sobriety Testing / Breath Alcohol Testing/ Retrograde Extrapolation, Alcohol Physiology and Pharmacology).

- State of Illinois. Grundy County, Criminal Court (Drug Testing / Blood and Urine, Drug Affects and Therapeutic Concentrations / Pharmacokinetics and Pharmacodynamics).

- State of Illinois. Henderson County: Criminal Court (EC/IR, Breath Testing, Field Sobriety Testing/Horizontal Gaze Nystagmus / Extrapolation).

- State of Illinois. Henry County: Civil / Criminal Court (Field Sobriety Testing/Horizontal Gaze Nystagmus / Breath Analysis Testing (EC/IR, RBT IV) / Extrapolation / GERD).

- State of Illinois. Jefferson County: Criminal Court (Breath Analysis Testing).

- State of Illinois. Johnson County: Criminal Court (Breath Analysis Testing).

- State of Illinois. Kane County: Criminal Court (Field Sobriety Testing/Horizontal Gaze Nystagmus / Breath Analysis Testing / Extrapolation, Blood Alcohol Collection & Analysis [Clinical/Forensic], Urine Collection and Analysis [THC], DRE protocols, SFST relationship to drug detection).

- State of Illinois. Kankakee County: Criminal Court (Field Sobriety Testing/Horizontal Gaze Nystagmus / Blood Alcohol Testing / Extrapolation).

- State of Illinois. Kendall County: Criminal Court (Field Sobriety Testing/ Breath Alcohol Testing / EC/IR, Alcohol Physiology / Pharmacology, Manifestations of Alcohol Consumption, Uncontrolled Diabetes Symptomology vs. Alcohol Intoxication).

- State of Illinois. Knox County: Criminal Court (Field Sobriety Testing / Horizontal Gaze Nystagmus / Extrapolation).

- State of Illinois. Lake County: Civil / Criminal Court (Field Sobriety Testing / Breath Analysis Testing / EC/IR II / Blood Testing / Horizontal Gaze Nystagmus / Extrapolation, Traffic Radar).

- State of Illinois. LaSalle County: Criminal Court (Field Sobriety / Breath Analysis Testing / Extrapolation / Re-affirmed as an expert in 2008 & 2010, / Blood Alcohol Collection and Testing, EC/IR II, Diabetic Issues for Driving, SFSTs and Fuel Cell measure for ethanol).

- State of Illinois. Livingston County: Criminal Court (Field Sobriety / Breath Analysis Testing / EC/IR II / RBT IV/ Extrapolation / Blood testing / Physiological & Pharmacological Effects of Alcohol / Urine Collection Drug Screening).

- State of Illinois. Logan County: Criminal Court (Field Sobriety / Breath Analysis Testing).

# EXPERT QUALIFIED (CONTINUED)

- State of Illinois. Macon County: Civil / Criminal Court (Field Sobriety Testing / HGN / Breath Analysis Testing / Extrapolation / Blood Alcohol Testing).

- State of Illinois. Madison County: Criminal Court (Blood Testing for THC / Alcohol, Retrograde Extrapolation).

- State of Illinois. Macoupin County: Criminal Court (EC/IR II, Alcohol Physiology/Pharmacology, SFSTs)

- State of Illinois. Marshall County: Criminal Court (Extrapolation).

- State of Illinois. McDonough County: Criminal Court (Field Sobriety Testing / Breath Testing).

- State of Illinois. McHenry County: Criminal Court (Blood Alcohol Collection, Testing and Analysis / Clinical v. Forensic Blood Alc. Analysis / Extrapolation / SFSTs / THC / Drug Recognition / Blood/Urine Testing for THC).

- State of Illinois. McLean County: Criminal Court (Breath Analysis Testing - Model 5000, RBTIV, EC/IR (I and II) / Field Sobriety Testing / Extrapolation).

- State of Illinois. Montgomery County: Criminal Court (SFST / Breath Analysis Testing / Infrared Theory).

- State of Illinois. Morgan County: Criminal Court (EC/IR II, SFST).

- State of Illinois. Moultrie County: Criminal Court (Field Sobriety Testing / Breath Analysis Testing).

- State of Illinois. Ogle County: Criminal Court (Field Sobriety Testing / Horizontal Gaze Nystagmus, Breath Analysis Testing).

- State of Illinois. Peoria County: Criminal Court (Breath Testing Operations / Field Sobriety Testing / Horizontal Gaze Nystagmus / Extrapolation / Pharmacokinetics-Alcohol / Fuel Cell Testing / SCRAM).

- State of Illinois. Piatt County: Criminal Court (Field Sobriety Testing / Horizontal Gaze Nystagmus / Breath Analysis Testing).

- State of Illinois. Putnam County: Criminal Court (EC/IR II, Retrograde Extrapolation, SFST).

- State of Illinois. Randolph County: Criminal Court (Field Sobriety Testing, EC/IR II, Urine Drug Testing, Plasma/Serum Alcohol Testing, Clinical v. Forensic Blood Alcohol Testing).

- State of Illinois. Rock Island County: Civil / Criminal Court (Field Sobriety Testing / Breath Analysis Testing / EC/IR II / Carbon Dioxide).

- State of Illinois. Sangamon County: Criminal Court (Field Sobriety Testing / Breath Testing / Blood Alcohol Testing / Extrapolation)

- State of Illinois. Schuyler County: Criminal Court (Breath Alcohol Testing / EC/IR / Extrapolation / Physiological and Pharmacological Effects of Alcohol).

- State of Illinois. Shelby County: Civil Court (Field Sobriety Testing / Horizontal Gaze Nystagmus / Extrapolation)

- State of Illinois. St. Clair County: Criminal Court (Breath Alcohol Testing, EC/IR, Field Sobriety Testing, Behavioral Manifestations due to Alcohol, Blood Alcohol Collection & Pre-Analytical Errors).

## EXPERT QUALIFIED (CONTINUED)

- State of Illinois. Stephenson County: Criminal Court (Field Sobriety Testing / Extrapolation / Blood Alcohol Testing Operations).

- State of Illinois. Tazewell County: Criminal Court (DUI Field Observations / Field Sobriety Testing / Extrapolation / Breath Testing Operations).

- State of Illinois. Vermillion County: Criminal Court (Blood Alcohol Collection & Testing Operations / Clinical v. Forensic Blood Alcohol Analysis / Extrapolation).

- State of Illinois. Warren County: Criminal Court (Field Sobriety Testing, Alcohol Physiology / Pharmacology, Breath Testing Operations).

- State of Illinois. Whiteside County. Criminal Court (Breath Alcohol Testing / Field Sobriety Testing).

- State of Illinois. Will County: Criminal Court (Breath Analysis Testing [EC/IR I & II] / Field Sobriety Testing / Extrapolation / Blood Testing/ Blood Alcohol Standards / Alcohol Related Behavioral Manifestations).

- State of Illinois. Will County: Family Court (PBT Testing, Fuel Cell Devices, Alcohol Physiology & Pharmacology).

- State of Illinois. Will County: Illinois Secretary of State Hearing (BAIID Testing and Operations, Fuel Cell Devices, Alcohol Physiology & Pharmacology).

- State of Illinois. Williamson County: Criminal Court (DUI Field Observations / Field Sobriety Testing / Extrapolation / Breath Testing Operations).

- State of Illinois. Woodford County: Criminal Court (Breath Alcohol Testing / EC/IR / RBT IV / RBT AS Vxl / Field Sobriety Testing / Extrapolation / THC).

- State of Indiana, Owen County: Criminal Court (Breath Alcohol Testing / Retrograde Extrapolation / Standardized Field Sobriety Testing).

- State of Indiana, Shelby County: Criminal Court (Breath Alcohol Testing and Standardized Field Sobriety Testing).

- State of Indiana, Vermillion County: Circuit Court (Breath Alcohol Testing/DataMaster and Standardized Field Sobriety Testing).

- State of Indiana, White County: Criminal Court (Breath Alcohol Testing, DataMaster, Retrograde Extrapolation, and Standardized Field Sobriety Testing).

- State of Iowa, Black Hawk County (Waterloo): Criminal Court (Field Sobriety Testing / Drug Recognition Evaluation / Behavioral Manifestations Associated with Drugs and Narcotics / DataMaster DMT).

- State of Iowa, Cerro Gordo County: Criminal Court (Alcohol Physiology & Pharmacology / Behavioral Manifestations Associated with Alcohol / DataMaster / SFST/ Tyndall Effect and IR Analysis, Blood Collection and Analysis).

- State of Iowa, Dickinson County: Criminal Court (Field Sobriety Testing).

- State of Iowa, Dubuque County: Criminal Court (Field Sobriety Testing, Urine Alcohol Collection and Testing).

- State of Iowa, Jasper County: Criminal Court (Field Sobriety Testing / Breath Analysis Testing / DataMaster / Extrapolation).

- State of Iowa, Johnson County: Criminal Court (Field Sobriety Testing / Breath Analysis Testing / DataMaster / Blood Collection and Analysis / Urine Drug and Alcohol Testing / Drug and Alcohol Behavior Manifestations).

## EXPERT QUALIFIED (CONTINUED)

- <u>State of Iowa, Polk County</u>: Criminal Court (Breath Analysis Testing / DataMaster / Marijuana / THC-K2-Spice and Field Testing / SFST and HGN).

- <u>State of Iowa, Ringgold County</u>: Criminal Court (Field Sobriety Testing / Urine Testing / Behavioral Manifestations Associated with Drugs and Narcotics).

- <u>State of Iowa, Scott County</u>: Criminal Court (Field Sobriety Testing / Breath Analysis Testing / Extrapolation / DataMaster [including DMT] / Tyndall Effect on Infra-red Testing).

- <u>State of Iowa, Story County</u>: Criminal Court (Field Sobriety Testing / Breath Analysis Testing / DataMaster).

- <u>State of Iowa, Washington County</u>: Criminal Court (Field Sobriety Testing / Behavioral Manifestations Associated with Drugs and Narcotics).

- <u>State of Kansas, Finney County (Garden City)</u>: Criminal Court (Breath Alcohol Testing, Intoxylizer Model 9000, Dry Gas Standards [DGES], Measure of Uncertainty).

- <u>State of Kentucky, Hardin County</u>: Criminal Court (Blood Collection for Alcohol and Alcohol Chromatography Analysis).

- <u>State of Kentucky, Webster County</u>: Criminal Court (Field Sobriety Testing / Breath Analysis Testing / Intoxylizer Model 5000).

- <u>State of Louisiana, Parish of Calcasieu</u>: Civil Court (Field Sobriety Testing / Breath Analysis Testing / Intoxylizer Model 5000 / Alcohol Physiology/Pharmacology).

- <u>State of Maryland, Annapolis. Annapolis Branch Office</u>: MVA Hearing (Breath Testing, EC/IR).

- <u>State of Maryland, Baltimore, District Court</u>: Criminal Trial (EC/IR II, Alcohol Physiology and Pharmacology).

- <u>State of Maryland, Montgomery County Court (Rockville)</u>: Criminal Court (Breath Alcohol Testing, EC/IR, Retrograde Extrapolation and Standardized Field Sobriety Testing).

- <u>State of Michigan, Battle Creek</u>: 10th District Court (Standardized Field Sobriety Testing).

- <u>State of Michigan, Bay County: District Court (Bay City)</u>: Criminal Court (Blood Alcohol Collection Methods and Standardized Field Sobriety Testing).

- <u>State of Michigan, Berrien County (Benton Harbor)</u>: Criminal Court (Breath Alcohol Testing [DataMaster DMT], Blood Alcohol Collection & Analysis, and Standardized Field Sobriety Testing).

- <u>State of Michigan, Big Rapids (Mecosta County)</u> (Breath Alcohol Testing Requirements, DataMaster DMT, PBT Reliability/Limitations, and Standardized Field Sobriety Testing).

- <u>State of Michigan, Bloomfield Hills</u>: 48th District Court (Breath Alcohol Testing [DataMaster] and Standardized Field Sobriety Testing).

- <u>State of Michigan, Chippewa County</u>: Criminal Court (OWI Phase Investigations, Behavioral Manifestations Associated with Alcohol Consumption, Alcohol Physiology and Pharmacology).

- <u>State of Michigan, City of Dearborn</u>: Criminal Court (Breath Alcohol Testing [DataMaster] and Standardized Field Sobriety Testing).

- <u>State of Michigan, City of East Lansing</u>: Criminal District Court (Breath Alcohol Testing [DataMaster, BAC and DMT], Standardized Field Sobriety Testing, Behavioral Manifestations Associated with Alcohol Consumption).

## EXPERT QUALIFIED (CONTINUED)

- <u>State of Michigan, Eaton County</u>: Criminal District Court 56A (Breath Alcohol Testing [DataMaster], SFSTs and PBT).

- <u>State of Michigan, Flint</u>: Criminal Court (Breath Alcohol Testing [DataMaster] and GERD and breath testing).

- <u>State of Michigan, Garden City District Court</u>: Criminal Court (Breath Alcohol Testing [DataMaster], Diabetes & Breath Testing, SFST, Blood Alcohol Collection & Testing).

- <u>State of Michigan, Gaylord District Court</u>: Criminal Court (HGN, FSTs).

- <u>State of Michigan, Grand Rapids District Court</u>: Criminal Court (SFST, Breath Alcohol Testing [DataMaster BAC and DMT], Blood Alcohol Collection and Testing and Measure of Uncertainty).

- <u>State of Michigan, Ionia</u>: Criminal Court (Standardized Field Sobriety Testing).

- <u>State of Michigan, Ithaca</u>: Criminal Court (Blood Alcohol Collection, Alcohol Related Manifestations, SFSTs).

- <u>State of Michigan, Jackson County</u>: Criminal Court (HGN, SFSTs, PBT).

- <u>State of Michigan, Kalamazoo County (8th District)</u>: Criminal Court (HGN, SFSTs, PBT).

- <u>State of Michigan, Lenawee County</u>: District Court (Soberlink / Fuel Cell).

- <u>State of Michigan, Livingston County</u>: Criminal Court (Breath Alcohol Testing [DataMaster / BAC / DMT]).

- <u>State of Michigan, Manistee County (85th District)</u>: Criminal Court: (PBT, SFST, HGN).

- <u>State of Michigan, Mason (Ingham County)</u>: Criminal Court (Breath Alcohol Testing [BAC DataMaster, DMT], Alcohol Related Manifestations, SFSTs, PBT).

- <u>State of Michigan, Mt. Clemens</u>: Criminal Court (Breath Alcohol Testing [DataMaster]).

- <u>State of Michigan, Mt. Pleasant (Isabella County)</u>: Criminal Court (SFST, Related Alcohol Behaviors, DataMaster DMT, Blood Alcohol Collection, PBTs).

- <u>State of Michigan, Newaygo County</u>: Criminal Court (SFSTs including HGN).

- <u>State of Michigan, Oakland County</u>: Criminal Court (Blood Alcohol Collection & Analysis, SFST, DataMaster DMT).

- <u>State of Michigan, Oakland County (52-1 District Court, Novi)</u>: Criminal Court (PBT [Lifeloc FC10], SFST, GERD, DataMaster DMT).

- <u>State of Michigan, Oakland County, Clarkston, 52-2 District Court</u>: Criminal Court (SFST, Breath Alcohol Testing [DataMaster DMT], and Measure of Uncertainty).

- <u>State of Michigan, Otsego County</u>: District Criminal Court (Standardized Field Sobriety Testing).

- <u>State of Michigan, Plymouth</u>: 35th District Criminal Court (Standardized Field Sobriety Testing, Breath Alcohol Testing, DataMaster DMT).

- <u>State of Michigan, Royal Oak 44th District Court</u>: Criminal Court (Breath Alcohol Testing [DataMaster DMT], Tyndall Effect, SFST).

- <u>State of Michigan, Saginaw (74th District Court)</u>: Criminal Court (Breath Alcohol Testing [BAC DataMaster, DMT], Alcohol Related Manifestations, SFSTs).

- <u>State of Michigan, Sandusky (Sanilac County) District Court</u>: Criminal Court (Marijuana Related Manifestations, SFSTs, THC Blood Results).

## EXPERT QUALIFIED (CONTINUED)

- State of Michigan, Southfield, 46th District Court: Criminal Court (Breath Alcohol Testing [BAC DataMaster, DataMaster DMT], GERD, and SFSTs).

- State of Michigan, Sterling Heights. District Court: Criminal Court (Breath Alcohol Testing [DataMaster] and Alcohol Related Behavioral Manifestations).

- State of Michigan, St. Johns (Clinton County): Criminal Court (Breath Alcohol Testing [BAC DataMaster, DMT], Alcohol Related Manifestations, SFSTs).

- State of Michigan, St. Clair County: Criminal Court (Breath Alcohol Testing [DataMaster/DMT], SFST, GERD).

- State of Michigan, St. Joseph County: Criminal Court (Breath Alcohol Testing [DataMaster], GERD and Standardized Field Sobriety Testing).

- State of Michigan, Troy. District Court: Criminal Court (Breath Alcohol Testing [DataMaster] and Standardized Field Sobriety Testing).

- State of Michigan, Wayne County (Detroit): Criminal Court (Breath Alcohol Testing [DataMaster DMT] and Standardized Field Sobriety Testing).

- State of Michigan, Grand Traverse County (Traverse City): Criminal Court (Breath Alcohol Testing [DMT DataMaster] and Standardized Field Sobriety Testing).

- State of Michigan, Washtenaw County: Criminal Court (Breath Alcohol Testing [DataMaster] and Standardized Field Sobriety Testing).

- State of Michigan, Wayne County (Including District Court, Detroit): Criminal Court (Breath Alcohol Testing [DataMaster, DataMaster DMT, BAIID], GERD, and SFST).

- State of Michigan, Westland 18th District Court: Criminal Court (DataMaster DMT, Alcohol Physiology and Pharmacology).

- State of Michigan, Woodhaven: Criminal Court (Breath Alcohol Testing [DataMaster] and SFST).

- State of Michigan, Wyoming: Criminal District Court (Breath Alcohol Testing [DataMaster/DMT] and SFST).

- State of Minnesota, Douglas County (Alexandria): Criminal Court (Breath Alcohol Testing [DataMaster/DMT], Measure of Uncertainty and SFST).

- State of Missouri, Cass County (Harrisonville): Criminal Court (Cannabis, Cannabis Physiology and Pharmacology, Post Mortem Evidence and Brain Tissue Evidence for THC).

- State of Missouri, Clayton (St. Louis County): Criminal Court & DOR Hearings (Breath Alcohol Testing [DataMaster, RBT IV, Alco Sensor IV, Model 5000, EC/IR II], SFST, Alcohol Extrapolation).

- State of Missouri, Crawford County (Steelville): DOR Hearing (Intox DMT, SFST, Alcohol Retrograde Extrapolation).

- State of Missouri, Columbia (Boone County): DOR Hearing (Breath Alcohol Testing [DataMaster] [Alco-Sensor/RBT IV], SFST, GERD, Alcohol Physiology/Pharmacology).

- State of Missouri, Jefferson County: Criminal Court (Breath Alcohol Testing [DataMaster], SFST, Alcohol Extrapolation, Alcohol Physiology/Pharmacology).

- State of Missouri, Randolph County: Criminal Court (Breath Alcohol Testing [DataMaster], SFST, Alcohol Extrapolation, Alcohol Physiology/Pharmacology).

## EXPERT QUALIFIED (CONTINUED)

- State of Missouri, Rolla (Phelps County): DOR (Breath Alcohol Testing [DataMaster DMT], SFST, Alcohol Extrapolation, Alcohol Physiology/Pharmacology).

- State of Missouri, Springfield (Greene County): Criminal Court (Breath Alcohol Testing [EC/IR II], SFST, Alcohol Physiology, Alcohol Extrapolation).

- State of Missouri, St. Charles: Criminal Court & DOR Hearing (Breath Alcohol Testing [DataMaster], SFST, Alcohol Extrapolation).

- State of Missouri, Troy (Lincoln County): Criminal Court Bond Hearing (SCRAMx, Alcohol Physiology & Pharmacology).

- State of Missouri, Warren County: DOR Hearing and Criminal Court (Breath Alcohol Testing [DataMaster], SFST, Alcohol Extrapolation).

- State of Missouri, Webster County: DOR Hearing (Breath Alcohol Testing [DataMaster DMT], SFST, Alcohol Extrapolation, Measure of Uncertainty).

- State of Nebraska, DMV Hearing(s): (Breath Alcohol Testing [DataMaster DMT], GERD).

- State of New Mexico, Santa Fe County: Criminal Court (Retrograde Extrapolation, Blood Alcohol Collection and Testing).

- State of North Carolina. Superior Court, Wake County: DWI Criminal Case (Breath Alcohol Testing / Interfering Substances / Field Sobriety Testing).

- State of North Carolina. Superior Court, Buncombe County: DWI Criminal Case (Breath Alcohol Testing / EC/IR II / Field Sobriety Testing).

- State of Ohio. Delaware Municipal Court, Criminal Trial (SFST / Breath Alcohol Testing / DataMaster DMT).

- State of Ohio. Summit County Criminal (SFST / Breath Alcohol Testing / BAC DataMaster).

- State of Ohio. Wayne County Criminal (Breath Alcohol Testing / DataMaster).

- State of Pennsylvania. Allegheny County Criminal Court (DataMaster DMT, SFST).

- State of Pennsylvania. Butler County Criminal Court (DataMaster DMT, Alcohol Physiology, SFST).

- State of Pennsylvania. Montgomery County Evidence Hearing (DataMaster DMT).

- State of Pennsylvania. Westmoreland County Criminal County (SFST, BAC DataMaster, GERD).

- State of Tennessee. Criminal Court, Via Affidavit (Blood Alcohol Testing, SFST).

- State of Tennessee. Criminal Court, Coffee County: DUI Criminal Case (Breath Alcohol Testing, EC/IR II, SFST).

- State of Tennessee. Criminal Court, Cheatham County: DUI Criminal Case (Breath Alcohol Testing, EC/IR II, SFST, Alcohol Physiology/Pharmacology).

- State of Tennessee. Criminal Court, Davidson County: DUI Criminal Case (Breath Alcohol Testing, EC/IR II, SFST, Alcohol Physiology/Pharmacology - Behavioral Manifestations, Measure of Uncertainty, ISO Standards).

- State of Tennessee. Criminal Court, Hamilton County: Bond Revocation Case (SCRAM, Fuel Cell, Alcohol Physiology/Pharmacology).

- State of Tennessee. Criminal Court, Montgomery County: DUI Criminal Case (Breath Alcohol Testing, EC/IR II, Alcohol Physiology/Pharmacology).

## EXPERT QUALIFIED (CONTINUED)

- State of Tennessee. Criminal Court, Sevier County: DUI Criminal Case (SFSTs, Breath Alcohol Testing, EC/IR II, Partition Ratio).

- State of Tennessee. Criminal Court, Shelby County: DUI Criminal Case (Breath Alcohol Testing, EC/IR I & II).

- State of Texas. Bexar County: Civil/Family Court (Breath Alcohol Testing, Soberlink; Fuel Cell)

- State of Texas. Denton County: Criminal Court (Blood Alcohol Testing, Field Sobriety Testing, Behavioral Manifestations due to Alcohol).

- State of Virginia. Arlington County (Arlington): General District Court (EC/IR II, Breath Testing, GERD and the EC/IR II, SFST, Alcohol Extrapolation).

- State of Virginia. Fairfax County (Fairfax): Criminal Court (EC/IR II, Breath Testing, SFST).

- State of Virginia. Loudoun County (Leesburg): Criminal Court (EC/IR II, Breath Testing and Diabetes, SFST).

- State of Virginia. Rockingham County (Harrisonburg): General District Court (EC/IR II, Breath Testing, SFST, Behavioral Manifestations due to Alcohol Consumption).

- State of Virginia. Virginia Beach: General District and Circuit Courts (EC/IR II, Breath Testing, SFST, GERD).

- State of West Virginia. DMV Hearings, Kanawha County, Marion County and Putnam County. (Blood Drug Testing, Suboxone, SFST related drug testing, Breath Alcohol Testing and Related Scientific Principles, EC/IR, EC/IR II, Field Sobriety Testing, Diabetic Issues).

- State of West Virginia. Magistrate Court, Kanawha County. (SFST/ARIDE, Suboxone/Narcotics).

- State of Wisconsin. Criminal Court, Dane County (Madison). (Field Sobriety Testing, SFSTs & Drugs, and EC/IR II).

- State of Wisconsin. Civil Municipal Court, Delafield. (Field Sobriety Testing, and Alcohol Related Extrapolation).

- State of Wisconsin. Criminal Court, Door County. (Field Sobriety Testing, and Alcohol Related Extrapolation).

- State of Wisconsin. Criminal Court, Fond Du Lac. (Breath Alcohol Testing / EC/IR II, Field Sobriety Testing, and Alcohol Related Extrapolation).

- State of Wisconsin. Criminal Court, Grant County. (Blood Alcohol Collection, Blood Alcohol Testing, Standardized Field Sobriety Testing).

- State of Wisconsin. Criminal Court, Langlade County. (SFST, EC/IR II).

- State of Wisconsin. Criminal Court, Manitowoc County. (Blood Alcohol Collection & Testing, Field Sobriety Testing, and Alcohol Related Extrapolation).

- State of Wisconsin. Criminal Court, Marinette County. (Breath Alcohol Testing and Related Scientific Principles, EC/IR, Field Sobriety Testing, and Alcohol Related Behavior).

- State of Wisconsin. Civil Court, Marquette County. (EC/IR II, Standardized Field Sobriety Testing).

- State of Wisconsin. Criminal Court, Menomonie County. (Field Sobriety Testing, and Alcohol Related Behavior).

## EXPERT QUALIFIED (CONTINUED)

- <u>State of Wisconsin</u>. Criminal Court, Milwaukee. (Breath Alcohol Testing, EC/IR I & II, Field Sobriety Testing, and Alcohol Related Behavior).

- <u>State of Wisconsin</u>. Municipal Court, Milwaukee. (EC/IR II, Retrograde Extrapolation).

- <u>State of Wisconsin</u>. Criminal Court, Ozaukee County. (Field Sobriety Testing, Breath Alcohol Testing Principles, EC/IR II, Retrograde Extrapolation, Measure of Uncertainty, and GERD).

- <u>State of Wisconsin</u>. Civil Court, Pewaukee. (Blood Alcohol Testing and Retrograde Extrapolation).

- <u>State of Wisconsin</u>. Criminal Court, Racine County. (Field Sobriety Testing, EC/IR II, Breath Alcohol Testing, Blood Alcohol Collection & Testing).

- <u>State of Wisconsin</u>. Criminal Court, Rock County. (Field Sobriety Testing, EC/IR II, and Retrograde Extrapolation).

- <u>State of Wisconsin</u>. Criminal Court, Shawano County. (Field Sobriety Testing, and Alcohol Related Behavior).

- <u>State of Wisconsin</u>. Criminal Court, Sheboygan County. (Breath Alcohol Testing and Related Scientific Principles, EC/IR, Field Sobriety Testing, and Alcohol Related Behavior).

- <u>State of Wisconsin</u>. Criminal Court, Walworth County. (SFST, Retrograde Extrapolation, EC/IR II).

- <u>State of Wisconsin</u>. Criminal Court, Washington County. (Field Sobriety Testing, EC/IR II, GERD and Breath Alcohol Testing).

- <u>State of Wisconsin</u>. Criminal Court, Waukesha County. (Field Sobriety Testing, Blood Alcohol Collection & Testing, Retrograde Extrapolation).

- <u>State of Wisconsin</u>. Criminal Court, Winnebago County. (Retrograde Extrapolation, EC/IR II).

- <u>State of Wyoming.</u> Municipal Court, Casper. (SFST, Breath Alcohol Testing, EC/IR II, Alcohol Related Behavior, GERD).

- <u>State of Wyoming.</u> Municipal Court, Evanston. (Breath Alcohol Testing, EC/IR II).

- <u>State of Wyoming.</u> Municipal Court, Laramie. (Breath Alcohol Testing, EC/IR II, GERD, Alcohol Related Behavior).

- <u>State of Wyoming.</u> Criminal Court, Sheridan County. (Field Sobriety Testing, EC/IR).

- <u>State of Wyoming.</u> Municipal Court, Sundance. (Alcohol Extrapolation).

- <u>State of Wyoming.</u> Criminal Court, Teton County (Jackson). (SFST, Breath Alcohol Testing, EC/IR II, Alcohol Related Behavior).

- <u>State of Wyoming.</u> DMV Hearings. (EC/IR II, Blood Alcohol Collection and Testing).

(REVISION: January, 2023)