# EXHIBIT 16

**In The Matter Of:**

*Maysonet v.*
*Guevara*

---

*Francisco Veras*
*October 28, 2021*

---



66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
T (973)992-7650 F (973)992-0666
www.rizmanrappaport.com
reporters@rizmanrappaport.com

*Min-U-Script® with Word Index*

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF ILLINOIS
     EASTERN DIVISION
3    NO. 18-CV 02342

4

5

6   JOSE JUAN MAYSONET JR.,     )        VIDEOTAPED
         Plaintiff,             )
7                               )     DEPOSITION UPON
         v.                     )     ORAL EXAMINATION
8                               )          OF
    REYNALDO GUEVARA, ERNEST    )     FRANCISCO VERAS
9   HALVORSEN, EDWARD           )
    MINGEY, LEE EPPLEN,         )  VIA VIDEOCONFERENCE
10  FERNANDO MONTILLA,          )
    ROLAND PAULNITSKY, FRANK    )
11  DIFRANCO, CITY OF           )
    CHICAGO, and COOK           )
12  COUNTY,                     )
                                )
13       Defendants.            )

14

15

16        T R A N S C R I P T  of the stenographic

17  notes of AUDREY ZABAWA, a Certified Court Reporter

18  of the State of New Jersey, Certificate No.

19  XI01410, taken via videoconference, on Thursday,

20  October 28, 2021, commencing at 11:14 a.m.

21

22

23

24

25

---

Page 2

1   A P P E A R A N C E S:

2   BONJEAN LAW GROUP, PLLC
    750 Lexington Avenue, 9th Floor
3   New York, New York 10022
    718.875.1850
4   jennifer@bonjeanlaw.com
    ashley@bonjeanlaw.com
5   BY:  JENNIFER BONJEAN, ESQ.
         ASHLEY COHEN, ESQ.
6   Counsel for Plaintiff

7   GREENBERG TRIAL LAWYERS
    53 West Jackson Boulevard, Suite 1260
8   Chicago, Illinois 60604
    312.399.2711
9   steve@greenbergcd.com
    BY:  STEVEN GREENBERG, ESQ.
10  Counsel for Plaintiff

11  LEINENWEBER, BARONI & DAFFADA, LLC
    120 North LaSalle Street, Suite 200
12  Chicago, Illinois 60602
    312.380.6635
13  kevin@ilesq.com
    BY:  KEVIN ZIBOLSKI, ESQ.
14  Counsel for Defendant Reynaldo Guevara

15  THE SOTOS LAW FIRM, P.C.
    141 West Jackson Boulevard, Suite 1240A
16  Chicago, Illinois 60604
    312.735.3303
17  dbrueggen@jsotoslaw.com
    BY:  DAVID BRUEGGEN, ESQ.
18  Counsel for Defendants Ernest Halvorsen, Edward
    Mingey, Lee Epplen, Fernando Montilla, and Roland
19  Paulnitsky

20  ROCK, FUSCO & CONNELLY, LLC
    312 North Clark Street
21  Chicago, Illinois 60654
    312.494.1000
22  tcarney@rfclaw.com
    BY:  THERESA CARNEY,, ESQ.
23  Counsel for Defendant City of Chicago

24

25

---

Page 3

1   A P P E A R A N C E S:  (CONTINUED)

2   HINSHAW & CULBERTSON LLP
    151 North Franklin Street, Suite 2500
3   Chicago, Illinois 60606
    312.704.3127
4   echoi@hinshawlaw.com
    BY:  C. ESTHER CHOI, ESQ.
5   Counsel for Defendant Frank DiFranco

6   Also Present:

7   Haley Coolbaugh, Paralegal
    Bonjean Law Group
8
    John Edmunds IV, Videographer
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Page 4

1                I N D E X

2  WITNESS        DIRECT    CROSS   REDIRECT   RECROSS

3  FRANCISCO VERAS

4   Ms. Bonjean      6                 123

5   Mr. Breuggen              88

6

7

8  NOTE:  Exhibits marked digitally.
          (Attached herewith.)

9

10              E X H I B I T S

11  NUMBER    DESCRIPTION                 FOR IDENT.

12   Veras-1, Bates JGS_Maysonet 02552        17

13   Veras-2, Bates JGS_Maysonet 02561        21

14   Veras-3, Bates JGS_Maysonet 002553       24
     through 002560
15
     Veras-4, Bates JGS_Maysonet 01722        38
16   through 01724

17

18

19

20

21

22

23

24

25

1  THE VIDEOGRAPHER: We are now on the
2  record. Today is Thursday, October 28, 2021, and
3  the time is 11:14 a.m. This is Francisco Veras's
4  videotaped deposition regarding Maysonet Junior
5  versus Guevara, et al., and this is filed in the
6  United States District Court with the Northern
7  Eastern District of Illinois, Eastern Division,
8  Case Number 18-CV-02342. This deposition is being
9  held via Zoom, and counsel has agreed that all
10  parties, including the court reporter and
11  videographer, may appear remotely.
12  My name is John Edmunds IV, for
13  Rizman Rappaport, and I will be the videographer.
14  At this point, would all counsel
15  please state their appearances and whom they
16  represent?
17  MS. BONJEAN: Good morning,
18  Mr. Veras, my name Jennifer Bonjean,
19  B-O-N-J-E-A-N, and I represent the plaintiff in
20  this matter. With me is my paralegal, Haley
21  Coolbaugh, C-O-O-L-B-A-U-G-H, who will be
22  assisting in some documents that we may present to
23  you, as well as my partner Ashley Cohen,
24  C-O-H-E-N.
25  MR. BRUEGGEN: Good morning,

1  Mr. Veras. My name is Dave Brueggen. I represent
2  several of the defendant officers from the City of
3  Chicago.
4  MS. CARNEY: Good morning. Theresa
5  Carney, on behalf of the City of Chicago.
6  MR. ZIBOLSKI: Good morning. Kevin
7  Zibolski, on behalf of the Defendant Guevara.
8  MS. CHOI: Good morning. Esther
9  Choi, on behalf of Defendant DiFranco.
10  THE VIDEOGRAPHER: The certified
11  court reporter, Audrey Zabawa, may now swear in
12  the witness, and all counsel may then proceed.
13  F R A N C I S C O   V E R A S, called as a
14  witness, having been first duly sworn,
15  testified as follows:
16  DIRECT EXAMINATION BY MS. BONJEAN:
17  Q. Good morning, Mr. Veras. Thank you
18  for joining us this morning.
19  A. Good morning.
20  Q. Have you ever had your deposition
21  taken before, sir?
22  A. I have.
23  Q. Okay. Well, since you have some
24  familiarity, I won't belabor the rules, but I want
25  to go through a few things just so we are on the

1  same page. Is that okay?
2  A. Yes.
3  Q. Okay. We are doing this deposition
4  via Zoom, which makes it a little difficult at
5  times, perhaps if there are some glitches with WiFi
6  or anything like that. If that happens, don't
7  worry, we will regroup, and we'll get it together.
8  We are getting kind of good at these things. So
9  don't let that worry you. But at the same time,
10  some of the same rules that would apply in a
11  face-to-face deposition will apply here. If
12  there's any question I ask that you don't
13  understand, I'd ask that you let me know so that I
14  can rephrase. Okay?
15  A. Okay.
16  Q. And it's very natural to sometimes
17  answer by shaking heads yes or no in normal
18  conversation, but I'm going to ask that you answer
19  verbally and out loud so that the court reporter
20  can take down your answer and we have a clear
21  record here. Okay?
22  A. Yes, ma'am.
23  Q. All right. As you can see, there are
24  a number of attorneys on this Zoom deposition. At
25  certain points, they may lodge an objection to one

1  of my questions. If that happens, just let them
2  make their objection, and then in most scenarios,
3  you'll go ahead and answer the question, and we
4  will proceed with the deposition. Do you
5  understand that?
6  A. I do.
7  Q. Okay. And that's just because we
8  don't have a judge here to rule, but the other
9  parties have the right to make a record of any
10  objection they have. Okay?
11  A. Okay.
12  Q. I may show you a document or two, and
13  the way I would do that is by putting it on the
14  screen for you to see. Hopefully, we won't have
15  any problems, but if we do, we will deal with that
16  as well. All right?
17  A. Okay.
18  Q. I don't expect the deposition to take
19  very long, but if at any point you need a break,
20  don't hesitate to let us know, and we'll make sure
21  you get a break. Okay?
22  A. All right.
23  Q. So let's get started. Sir, can you
24  please again state your full name for the record?
25  A. Francisco Veras, V-E-R-A-S.

1  Q.  Mr. Veras, do you go by any nicknames
2  or any other names?
3  A.  Yeah, I do.  I'm known by the name of
4  Cisco.
5  Q.  And is that C-I-S-C-O?
6  A.  It is.
7  Q.  And, sir, how old are you?
8  A.  55.
9  Q.  Am I correct that you were born on
10  July 12th of 1966?
11  A.  Correct.
12  Q.  In what city do you currently reside?
13  A.  Chicago.
14  Q.  Do you work, sir?
15  A.  I do.
16  Q.  What type of work do you do?
17  A.  I'm a general manager for a sewer company.
18  Q.  And how long have you held that
19  position?
20  A.  13 years.
21  Q.  What do you do as the GM for this
22  company?
23  A.  I facilitate everything that goes on with
24  the company, scheduling, biddings, everything.
25  Q.  Okay.  Did you grow up in Chicago,

1  Illinois, Mr. Veras?
2  A.  I did.
3  Q.  And did you grow up in any particular
4  neighborhood in Chicago?
5  A.  I did.  Humboldt Park.
6  Q.  Can you tell us generally what you
7  consider to be Humboldt Park, what boundaries?
8  A.  Humboldt Park goes from Western Avenue to
9  Grand, Chicago Avenue to Armitage, and those
10  areas.  Pretty big area.
11  Q.  I'm sorry.  I didn't mean to interrupt
12  you, and that's another rule.  If you know where my
13  question is going, let me finish it.  And by the
14  same token, I will definitely let you finish your
15  answer, so I apologize for that.
16  Okay.  What was the last part of your
17  answer, sir?
18  A.  It's a pretty big area.
19  Q.  Did you live at a particular corner
20  or section of Humboldt Park?
21  A.  Yes, on the west side of Humboldt Park.
22  Q.  Okay.  Did you live in different
23  homes in the area, in Humboldt Park, or were you
24  primarily in one home or apartment for the time
25  that you were living there?

1  A.  One building.
2  Q.  And where was that building located?
3  A.  3356 West Division.
4  Q.  Were you born in Chicago, Mr. Veras?
5  A.  Yes.
6  Q.  Now, I want to take you back to the
7  early 1990s, if I could.  Okay?
8  A.  Okay.
9  Q.  Did you live in Humboldt Park in the
10  early 1990s?
11  A.  Yes.
12  Q.  And that would have been at the same
13  address that you just mentioned at 3356 West
14  Division?
15  A.  Yes.
16  Q.  And who did you live with say in,
17  we'll call it, the summer of 1990?
18  A.  I had my own apartment in the basement.
19  Q.  Was this a family building?
20  A.  It is.
21  Q.  And how old were you then?  I guess
22  in 1990, were you like 23 years old?
23  A.  Something like that, yeah.
24  Q.  Did you know an individual by the
25  name of Alfredo Gonzalez back in the summer of

1  1990?
2  A.  I did.
3  Q.  Was he a friend of yours?
4  A.  Yes.
5  Q.  And did you know an individual by the
6  name of Jose Maysonet?
7  A.  I did.
8  Q.  And what would you consider Jose
9  Maysonet; was he a friend back in the summer of
10  1990?
11  A.  He was.
12  Q.  Okay.  How about Justino Cruz, did
13  you know Mr. Cruz?
14  A.  I did.
15  Q.  And again, would you consider him a
16  friend?  Again, I'm talking about back in the
17  summer of 1990.
18  A.  Yes.
19  Q.  And would that also be true for
20  Efrain Cruz?
21  A.  Yes.
22  Q.  Do you know whether Efrain Cruz and
23  Justino Cruz are related?
24  A.  They're brothers.
25  Q.  Did you know an individual by the

1    name of Christopher Goossens, or Goossens?
2  A.  I've not -- I've known of him, but not knew
3    him.
4  Q.  Okay.
5  A.  If that makes sense.
6  Q.  Yeah, sure.  Was he someone that you
7    hung out with back in the summer --
8  A.  No.
9  Q.  -- of 1990?  I'm sorry.
10  A.  No.
11  Q.  In August of 1990, would you know him
12    to recognize him?  Like if you saw him, you're
13    like, I know who that guy is?
14  A.  Yes.
15  Q.  And did you know whether or not he
16    had a nickname?
17  A.  Yes.
18  Q.  Okay.  What was his name nickname as
19    you recall?
20  A.  Fro.
21  Q.  Okay.  So were you and Mr. Gonzalez
22    and Mr. Cruz and the other Mr. Cruz and Jose
23    members of a street gang back in the summer of
24    1990?
25  A.  Yes.

1  Q.  And what street gang was that?
2  A.  The Latin Kings.
3  Q.  All right.  Now, I know that
4    sometimes street gangs have different sections.
5    Was Fro, or Christopher Goossens, a member of the
6    set that you and Mr. Gonzalez and these other
7    individuals were part of?
8  A.  No.
9  Q.  So fair to say that he was not
10    someone that you socialized with regularly?
11  A.  No.
12  Q.  All right.  Did you know an
13    individual by the name of Santiago Sanchez?
14  A.  Yes.
15  Q.  And was his nickname Macho?
16  A.  Yes, it was.
17  Q.  And would you consider him one of
18    your friends in this group that we discussed
19    including Mr. Gonzalez, Justino Cruz, Efrain Cruz,
20    and Mr. Maysonet?
21  A.  Yes.
22  Q.  And was he a good friend of yours?
23  A.  He was.
24  Q.  All right.  So I want to take you
25    back specifically to May of 1990, if I could.

1    Okay.  And I'm going to specifically ask you about
2    mid-May of 1990.  Did something happen in
3    connection with Macho, or Santiago Sanchez?
4  A.  Yes, he committed suicide.
5  Q.  Was that something that was
6    unexpected amongst your friends and the other
7    members of your gang?
8  A.  It was.
9  Q.  Okay.  And by the way, I assume Macho
10    was a member of the Latin Kings street gang as
11    well; correct?
12  A.  Correct.
13  Q.  And he was part of your group that
14    you hung out with; right?
15  A.  Correct.
16  Q.  All right.  Okay.  Can you just
17    describe for me, you know, how his suicide impacted
18    you at the time?
19  A.  Just sad that it happened.  He did it, I
20    believe it was on the anniversary of his mom's
21    passing, because his mom got runned over by a car
22    on a busy street in Humboldt Park, so I believe it
23    was close to the year anniversary of her death, so
24    it was kind of sad that, you know, that that
25    family had to deal with that.

1  Q.  Sure.  Did you attend any services in
2    connection with Mr. Sanchez's funeral or burial?
3  A.  I did.
4  Q.  All right.  And do you recall when
5    you attended any of those funerals -- strike that.
6    Let me ask you this.  Was there a
7    visitation for -- I'm sorry.  Mr. Veras, can you
8    just move that?
9  A.  Yes, I see it.  Sorry.
10  Q.  Okay.  After Mr. Sanchez took his own
11    life, do you know whether or not there were
12    services or visitations arranged so people could
13    pay their respects?
14  A.  Yes.
15  Q.  Okay.  And can you tell me whether or
16    not there was, in fact, a visitation at the funeral
17    home?
18  A.  Yes, there was at Andersen Funeral Home.
19  Q.  You said Andersen Funeral Home?
20  A.  Yes.  North Avenue and Sawyer.  That's in
21    the neighborhood.
22  Q.  Right.  And do you remember the date
23    on which that visitation took place?
24  A.  No, I don't.
25  Q.  Okay.  Okay.  I'm going to show what

1    I'm going to mark as Veras-1.
2       (Veras-1, Bates JGS_Maysonet 02552,
3    marked for identification.)
4       MS. BONJEAN: Haley, can you pull up
5    the visitation card?
6       MS. COOLBAUGH: Yes, I can.
7    Q.  I am going to have you look at
8    something and see if it refreshes your
9    recollection.  Okay?
10   A.  Okay.
11      MS. BONJEAN: That's not what I am
12   talking about.  The palm card.  Do you know what I
13   am talking about, or no?
14      MS. COOLBAUGH: I do not have that in
15   this folder, so just give me one second.
16      MS. BONJEAN: While we're waiting for
17   you to find that palm card, can you pull up the
18   document you just pulled up, and we'll have him
19   look at that.
20   Q.  Okay.  Mr. Veras, do you see this
21   document right here?
22   A.  I do.
23   Q.  And do you see that it says, Record
24   of Funeral?
25   A.  Record of Funeral, yeah, I do.

1    Q.  And to the right of that, it
2    indicates the funeral home that you mentioned
3    earlier, Edward Andersen Funeral Home.  Do you see
4    that?
5    A.  I'm reading -- oh, okay.  I didn't know I
6    could zoom in.
7    Q.  Yeah.  Can you see it?  Did you see
8    that, that it says Edward Andersen Funeral Home,
9    Mr. Veras?
10   A.  On the left?
11   Q.  No, on the right, on the right?
12   A.  Yeah, yeah, yeah, I see, the visitation,
13   the visitation times and whatnot, yes.
14   Q.  And do you see that --
15      MR. BRUEGGEN: Jennifer, before we go
16   on, do you have a Bates stamp on this?  I just
17   can't see it on the page.  There we go.  Thank
18   you.
19      MS. BONJEAN: Uh-huh.
20   Q.  Sir, do you see that it says the
21   deceased, the individual is Santiago E. Sanchez?
22   A.  Yes.
23   Q.  All right.  And I want to also ask do
24   you see that there were visitation services, it
25   says, on Wednesday from 5 to 9 p.m. and Thursday 5

1    to 9 p.m.?
2    A.  Yes.
3    Q.  Do you remember attending either or
4    both of those visitation services, or visitations?
5    A.  I believe I went to both of them.
6    Q.  And, sir, what is a visitation by --
7    I know people think of visitations in different
8    ways, so I just want to know what this visitation
9    was like?
10   A.  Viewing the body of the deceased.
11   Q.  Okay.  And is that when the body is
12   at the funeral home and you have an opportunity to
13   spend a minute or so with the body and then other
14   people who are mourning his death?
15   A.  Yes.
16   Q.  And was that inside the funeral home
17   there at Edward Andersen?
18   A.  Yes.
19   Q.  Okay.  And then it indicates that the
20   funeral itself was on Friday at 9:30 a.m. at St.
21   Sylvester Church; is that right?
22   A.  I believe so.
23   Q.  And did you attend the funeral as
24   well?
25   A.  I did.

1    Q.  Now, did your close group of friends
2    together go to the visitations of Mr. Sanchez?
3       MR. BRUEGGEN: Object to the form.
4    A.  Yes.
5    Q.  Is that a yes?
6    A.  Yes.
7       MR. BRUEGGEN: Same objection.
8    Q.  Okay.  And just so we make it clear,
9    I asked you earlier about a number of individuals,
10   including Mr. Gonzalez, Mr. Cruz, Efrain Cruz, Jose
11   Maysonet, yourself.  Would you consider yourself at
12   the time in May of 1990 a close group of friends?
13   A.  Yes.
14   Q.  Okay.  And did you all as a group
15   mourn the loss of Santiago Sanchez?
16   A.  Yes.
17   Q.  And were you all pretty broken up
18   about it?
19   A.  Yes.
20   Q.  And as a result, did you all attend
21   his visitation on that Wednesday and Thursday
22   preceding his funeral on, I believe, May 25th of
23   1990?
24      MR. BRUEGGEN: Object to form and
25   foundation.  Go ahead, sir.

1  Q.  You can answer.
2  A.  Yes, I believe so.  We were all there.
3  Q.  Okay.  In fact, I'm going to -- hold
4  on a second.  All right.
5      MS. BONJEAN: Haley, can you please
6  pull up now the palm card that I referenced
7  earlier?  I'm going to mark this exhibit as
8  Veras-2.
9      (Veras-2, Bates JGS_Maysonet 02561,
10  marked for identification.)
11  Q.  Mr. Veras, I'm going to have you look
12  at this real quick.  This is the front and back of
13  a card.  Do you recognize it?
14  A.  I'm familiar with these cards.
15  Q.  Okay.  Do you see that it reflects
16  that it appears or purports to be a palm card for
17  Santiago E. Sanchez?
18  A.  Hold. On, I lost the video.
19  Q.  Okay.  Oh, okay.  Did you click
20  your -- oh, there we go.
21  A.  It's in a screen with four pictures in it.
22  Q.  I'm sorry?
23  A.  It's in a screen with four pictures in it.
24  How can I get back to where --
25  Q.  What are you seeing right now, sir?

1  A.  It's says 14 participants.
2  Q.  Okay. Let's try again.  Can you see
3  the document now?
4  A.  I see it.
5  Q.  Okay.  Can you confirm for me that
6  you're seeing a document that purports to be some
7  type of card, what I would call a palm card?
8  A.  Um-hum.
9  Q.  Is that what you recognize it to be?
10  A.  Yes.
11  Q.  Okay.  And for those people who are
12  not from the Catholic faith, can you explain what a
13  palm card is?
14  A.  It's the cards that you get at the funeral
15  home, and it's got the saint on one side, or Jesus
16  Christ, and the description on the following side
17  with the individual's name, where they're going to
18  bury them, and they have a prayer in it.
19  Q.  And is this something that the people
20  who attend the funeral can get and bring home as, I
21  don't want to call it as a memento, but some type
22  of memoriam?
23  A.  Yes.
24  Q.  Now, this palm card, do you see that
25  it reflects that it was prepared in connection with

1  the death of Santiago E. Sanchez?
2  A.  Yes.
3  Q.  And it also indicates that the
4  funeral mass was on Friday, May 25th, 1990, at
5  9:30 a.m.?
6  A.  Yes.
7  Q.  And does that refresh your
8  recollection about when Mr. Sanchez's funeral was?
9  A.  Yes.
10  Q.  And it also indicates that, at the
11  bottom, that it took place at the Edward Andersen
12  Funeral Home or was -- that was the funeral home
13  handling the burial of Mr. Sanchez.  Do you see
14  that?
15  A.  Yes.
16  Q.  Would you agree that the visitations
17  took place then on the Wednesday, Thursday,
18  preceding May 25th, 1990?
19  A.  Yes.
20  Q.  So that would mean that there was a
21  visitation on May 23rd, 1990, and May 24th, 1990;
22  is that right?
23  A.  Sounds correct.
24  Q.  Okay.  And it's your recollection
25  that you went to both of those visitation; right?

1  A.  Correct.
2  Q.  Do you recall what time visitation on
3  Thursday, May 24th, 1990, ended?
4  A.  9 o'clock.  They always close at 9:00.
5  Q.  Okay.  And on Thursday, May 24th, in
6  1990, after visitation of Mr. Sanchez concluded, do
7  you recall what you and your friends did?
8  A.  No, not really.  Just walked around our
9  area.
10  Q.  Okay.  Did you go out and commit a
11  double murder, for example?
12  A.  No.
13      MR. BRUEGGEN: Object to form.
14  Q.  And then you were all prepared to get
15  up in the morning and go to this funeral; right?
16  A.  Correct.
17  Q.  And did you go to the funeral for
18  Mr. Sanchez?
19  A.  Yes, I was.
20  Q.  I want to show you some pictures, if
21  I could, and see if you can identify for me a few
22  things.  We'll call this group exhibit Veras-3.
23      (Veras-3, Bates JGS_Maysonet 002553
24  through 002560, marked for identification.)
25  Q.  Are you okay, Mr. Veras?  Do you need

1  a break or anything?
2  A.  No, I'm fine.
3  Q.  Okay.  Sir, do you recognize this
4  photograph right here?
5      MS. BONJEAN: If you can scroll it up
6  a little bit, please, Haley, so he can see the
7  whole thing.  Okay.  And then go back down.
8  Q.  Do you recognize this photo,
9  Mr. Veras?
10  A.  I do.
11  Q.  And what do you recognize it to be?
12  A.  Macho's funeral.
13  Q.  And do you know where this photograph
14  was taken?
15  A.  At the cemetery.
16  Q.  All right.  And this would have been
17  when he was being buried; right?
18  A.  Yes.
19  Q.  Do you recognize any of the
20  individuals in the photo?  I know it's not great
21  quality, but are you able to recognize any of
22  individuals?
23  A.  Yes, I see Efrain Cruz is in the picture.
24  Q.  Can you tell us what Efrain is
25  wearing in this photograph?

1  A.  He's standing by the guy with the
2  white-sleeved jacket, Adidas jacket.  That guy
3  name, I believe that was Woody.
4  Q.  So the guy in the white Adidas jacket
5  is a fellow named Woody; is that right?
6  A.  I believe so.  I can't really tell by his
7  face, but I know that's Efrain next to him.
8  Q.  And if we're looking at the picture,
9  Efrain is to his left; right?
10  A.  Yes.
11  Q.  And do you see who is standing
12  directly behind the guy in the white Adidas jacket;
13  can you tell?  With the white --
14  A.  Yes, I believe that looks like Juan.
15  Q.  And when you say Juan, you're talking
16  about Juan Jose Maysonet, Junior; right?
17  A.  Yes, Double J.
18  Q.  I'm sorry.  Double J?
19  A.  Yes.
20  Q.  By the way, did Juan go by any other
21  nicknames that you know of other Juan or Jose or
22  Double J?
23  A.  No.
24  Q.  Mr. Veras, do you see yourself in
25  this photograph, by the way?

1  A.  No, I don't think I'm in...
2  Q.  I know it's just one shot, but I'm
3  just wondering if you see yourself in here
4  anywhere?
5  A.  No, no, I don't.
6      MS. BONJEAN: Okay.  Let's go to the
7  next picture, Haley.
8  Q.  Okay.  Mr. Veras, do you recognize
9  this photograph at all?
10      MS. BONJEAN: And go down all the
11  way, Haley, so he can see the whole thing, please.
12  Q.  Do you recognize this photo?
13  A.  No, I never seen it before.
14  Q.  Okay.  Do you know what it depicts?
15  A.  I believe this is where he committed
16  suicide at.
17  Q.  And do you see that there's a bouquet
18  of flowers there that's on the floor there, or on
19  the ground?
20  A.  I do.
21  Q.  Do you recognize anyone in this
22  photograph?
23  A.  Well, yeah.  Again, the guy, one of the
24  guys on the left side, again, that's Woody.
25  Q.  Okay.

1  A.  And Justino Cruz is in this picture.
2  Q.  Which one is Justino in this picture?
3  A.  I believe it's the guy on the right
4  standing up with his hands in his pocket.
5  Q.  With the gray, it looks like grayish
6  sweat pants, or white pants?
7  A.  Yes.
8  Q.  There's someone who appears to be a
9  darker complected, I don't know what his background
10  is, but he's got a white cap on.  Do you know who
11  that is?
12  A.  No.
13      MS. BONJEAN: All right.  Next
14  picture, please.
15  Q.  Okay.  Do you see this photograph,
16  Mr. Veras?  Do you recognize what's depicted here?
17  A.  I believe this was at the cemetery.
18  Q.  Okay.  I know this is sort of from
19  the back side.  Anyone here you recognize?  I know
20  it's not a great quality.
21  A.  Just that I can make out a couple guys,
22  yeah.
23  Q.  Can you tell me who you can make out,
24  and describe by what they're wearing, if you don't
25  mind?

1  A.   Straight back with the blue jean jacket.
2  Q.   Yeah.
3  A.   That's a guy we used to call Chicky.
4  Q.   Okay.
5  A.   And then on the left side, some guy that
6    his name was Tank, but I'm not too sure if it's
7    him.
8  Q.   Okay.  Fair enough.
9      MS. BONJEAN: Okay.  Haley, just
10   scroll up.  I don't know if there's anything else
11   that I need to show at this moment.  Oh, there we
12   go.  Let's show this one.
13 Q.   Mr. Veras, do you recognize the image
14   that's depicted in this photograph?
15 A.   Not really.
16 Q.   Okay.  Do you see that there's a
17   hearse with flowers on top of it in the picture?
18 A.   Yes.
19 Q.   Was there some type of processional
20   that went to the cemetery after Mr. Sanchez's
21   funeral?
22 A.   Yes.
23     MS. BONJEAN: Okay.  And just for the
24   record, Haley, let me put the Bates stamp on the
25   record.  That is JGS_Maysonet 02557.

1      Let's go to the next photograph,
2    please.  Okay.  And keep going down, please.  No,
3    no, I just want to get the Bates stamp.
4    JGS_ Maysonet 02558.  Can you scroll out a little
5    bit so he can see the whole thing.  Okay.  Yes.
6  Q.   Do you recognize what is depicted in
7    this photograph, Mr. Veras?
8  A.   It's the body of Santiago Sanchez with
9    somebody praying over it.
10 Q.   And so do you recognize the
11   individual with the goatee as the body of
12   Mr. Sanchez?
13 A.   Yes.
14 Q.   And are you able to make out who the
15   person is who's praying over him?
16 A.   No, not really.
17 Q.   Okay.  Do you know from looking at
18   this photograph whether this was a photograph that
19   was taken at the visitation of Mr. Sanchez?
20 A.   Yes.
21 Q.   Okay.  Because the casket isn't open
22   at the funeral; right?
23 A.   Right.
24 Q.   Where is the casket open in a funeral
25   that's being held in the Catholic faith?

1  A.   At the funeral home.
2  Q.   I'm sorry?
3  A.   At the funeral home.
4  Q.   Okay.  And this would have been at
5    the visitation time when you had the opportunity to
6    pray over the casket; right?
7  A.   Yes.
8  Q.   Okay.
9      MS. BONJEAN: You can take that down,
10   Haley.
11 Q.   Thank you, Mr. Veras.
12     Now, people dying in Humboldt Park in
13   the 1990s was an all-too-frequent occurrence; would
14   you agree with that?
15 A.   I agree.
16 Q.   Was it common for someone to actually
17   take their own life, though?
18 A.   No.
19 Q.   Is that something that was an unusual
20   occurrence that would stick out in your mind?
21 A.   Yes.
22 Q.   So now I want to ask you specifically
23   about the early morning hours of, let's see,
24   May 25th, 1990, at around midnight, I'm going to go
25   draw your attention to, okay, midnight or one in

1    the morning.  Okay?
2  A.   Okay.
3  Q.   This would have been about, just to
4    put it in context, this would have been the day of
5    Mr. Sanchez's funeral but at about 12 or 1 o'clock
6    in the morning.  Okay?
7  A.   Okay.
8  Q.   Okay.  Did you hear or learn in that
9    time that there had been two black men that had
10   been shot on North Avenue at around 12 or -- about
11   one in the morning on May 25th of 1990?
12 A.   Yes, I recall that.
13 Q.   Okay.  When do you recall learning
14   that these men had been shot and killed on North
15   Avenue on the morning hours of May 25th, 1990, at
16   about 1 a.m.?
17 A.   Where you're asking?
18 Q.   No, no.  When did you first hear
19   about that shooting?
20 A.   I was told by a police officer.
21 Q.   So prior to being told by a police
22   officer that two black men were shot on North
23   Avenue, did you hear any information on the streets
24   about those men being shot?
25 A.   No.

1 Q. All right. So where were you when
2 you first learned that there had been two black men
3 shot on North Avenue on May 25th in the early
4 morning hours?
5 A. In custody at the 14th District Police
6 Station.
7 Q. Do you have a recollection as you sit
8 here today when it was that you were in the 14th
9 District Police Station and learned of this
10 shooting that occurred on May 25th?
11 A. What was your question?
12 Q. Yeah, sure. Do you have a date -- do
13 you have a recollection of what date it was when
14 you were in the 14th District when you heard all
15 this?
16 A. Not really, but it was during the time of
17 the funeral, of Macho's funeral.
18 Q. So it was shortly after the funeral,
19 would you say?
20 A. Yes.
21 Q. So how did you get into the 14th
22 District, as you recall?
23 A. We were at a fast food restaurant called
24 Spunkey's, and the police did a neighborhood
25 sweep, and we got arrested, Efrain Cruz and I.

1 Q. Would this have been after one of the
2 visitations?
3 A. Yes.
4 Q. So you remember it was like very much
5 around the time of Sanchez's death and funeral;
6 right?
7 A. Yes.
8 Q. Okay. And was the 14th District
9 located on Shakespeare?
10 A. Yes, it was.
11 Q. Okay. Were there any other members
12 of the Latin Kings present at the 14th District
13 when you were arrested and taken there?
14 A. Yes, there was. There was a bunch of
15 people arrested that day.
16 Q. Okay. Do you know who arrested you?
17 A. Yeah. Yeah, when I got arrested, I do know
18 the officer that arrested me was the same one that
19 told me about the two black guys that got shot on
20 North Avenue.
21 Q. Got it. Would you consider this sort
22 of a sweep that the police were doing?
23 A. Yes.
24     MR. BRUEGGEN: Object to form and
25 foundation.

1 Q. What is a sweep in your mind?
2 A. A sweep they used to call that when they
3 come, when they come in the area and start
4 arresting people that were hanging out to get them
5 off the street.
6 Q. Okay. And were those people charged
7 with minor offenses like mob action or disorderly?
8 A. Disorderly conduct, yes.
9 Q. Is that what you were arrested for
10 after you and Efrain went to the visitation of
11 Mr. Sanchez?
12 A. I believe so.
13 Q. Okay. So when you got to the 14th
14 District, you said there were a number of other
15 people there. Do you remember what time of day it
16 was when you got there?
17 A. No, it was night. It was already in the
18 evening.
19 Q. And your presence in the 14th
20 District on the evening prior to Mr. Sanchez's
21 funeral ended up being an important fact in your
22 life; didn't it?
23     MR. BRUEGGEN: Object to the form.
24 Q. I'm sorry?
25 A. Yes.

1 Q. Okay. And we'll get to that in a
2 minute. So let's talk about after you were
3 arrested and brought to the 14th District. You
4 said you were with Efrain Cruz; right?
5 A. Yes.
6 Q. Did you get the impression that the
7 sweep was in any way related to Macho's death?
8     MR. BRUEGGEN: Object to form and
9 foundation.
10 A. Yes.
11 Q. And explain that to us, if you would?
12 A. They just didn't want nobody out. The
13 police didn't want nobody out because they were
14 probably in fear of retaliation, but there wasn't
15 going to be any retaliation if Macho took his own
16 life. Who are they going to retaliate against?
17 They just wanted to get people off the street.
18 Q. Was Macho's death something that had
19 inspired the emotions of the community, if that
20 makes sense?
21     MR. BRUEGGEN: Object to form. Go
22 ahead, sir.
23 Q. If you understand? I'll rephrase if
24 you don't.
25 A. Yes, please rephrase.

1  Q.  Were people upset that Macho had
2   died, and were emotions high?
3  A.  Well, yeah, they were upset that he took
4   his own life.
5  Q.  Right.  But this was an emotion in
6   the form of sadness; right?
7  A.  Correct.
8  Q.  Were there people -- were there Latin
9   Kings who were talking about, you know, retaliating
10   because, or shooting people because Macho had taken
11   his own life?
12  A.  No.
13     MR. BRUEGGEN: Object to form.
14   Compound.
15  Q.  I'll break it up for you.  Did you
16   ever hear any Latin King members talk about
17   shooting any rival gang members or anyone because
18   Macho had committed suicide?
19  A.  No.
20  Q.  I'm going to take a break right here
21   and have you take a look at a document we sent you
22   earlier.  We'll call it Veras --
23     MS. BONJEAN: I guess we're on
24   Veras-4?
25     MS. COOLBAUGH: Yes, Veras-4.

1     MS. BONJEAN: Okay.  Can you show him
2   the affidavit?  I just want to have him look at it
3   real quick.
4     (Veras-4, Bates JGS_Maysonet 01722
5    through 01724, marked for identification.)
6  Q.  Mr. Veras, do you recognize what
7   appears to be an affidavit with the caption, People
8   of the State of Illinois versus Alfredo Gonzalez?
9  A.  I do.
10  Q.  All right.  And it says, Affidavit of
11   Francisco Veras right there.  Do you see that?
12  A.  Yes, I do.
13  Q.  And I'm going to go to the last page
14   and just see if you can recognize your signature.
15   Do you see your signature there, sir, with a date
16   of 1/21/18 next to it?
17  A.  I do.
18  Q.  Now, I know it's not notarized, but
19   do you recognize that as your signature?
20  A.  I do.
21  Q.  Let's go back to the first page, if
22   we can.  We have been talking about it, but we'll
23   just continue from here.
24     At number 10, you indicate in your
25   affidavit that after you were processed at the

1   lockup in the 14th District, a Hispanic police
2   officer who you knew as Red told you that two
3   people had been killed at St. Louis and North
4   Avenue.  And you testified that to that earlier; is
5   that right?
6  A.  Yes.  We thought they -- we both assumed
7   they were Kings that got killed.  That's why he
8   came and told me about it.
9  Q.  Had you heard about any Kings being
10   killed before this officer told you?
11  A.  No.
12  Q.  Is it usually something that you
13   would hear if a Latin king was killed, you'd hear
14   that on the street?
15  A.  Well, yeah, pretty much.
16  Q.  Okay.  And I know at the time you
17   didn't know the government name for Red.  As you
18   sit here today, has that come -- do you know who
19   that is, or were you ever able to determine what
20   his real name was?
21  A.  No.  Just I know his first name was Tom or
22   Thomas, but he went by the nickname Red because he
23   had rust-colored hair.
24  Q.  Was he white?
25  A.  He was light complexion, yes.

1  Q.  Oh, you said Hispanic, but he was a
2   light-complected Hispanic; is that right?
3  A.  Correct.
4  Q.  He was a 14th District patrol
5   officer?
6  A.  Correct.
7     MR. BRUEGGEN: Object to form and
8   foundation.
9  Q.  Was he an officer who worked in
10   uniform?
11  A.  Yes.
12     MS. BONJEAN: Okay.  Go to the next
13   page, Haley.
14  Q.  Now, it says here at paragraph 11
15   that, it looks as if you were in the lockup for a
16   period of time.  Do you remember how long you were
17   in there?
18  A.  A few hours.
19  Q.  And according to your affidavit, you
20   said that you did communicate to other people on --
21   or strike that.  I'm sorry.  You were there for a
22   few hours and that Red came back and told everyone
23   that the guys that were killed were black and not
24   Latin Kings.  Do you remember that?
25  A.  Yes.

1 Q.  Did he provide any other information
2  about the men that were killed?
3 A.  No.
4 Q.  Okay.  And then at paragraph 12, it
5  says that you got out early in the morning and that
6  you took a nap and then went to Macho's burial,
7  which was at 9:30 in the morning; is that right?
8 A.  Yes.  We got out probably like around three
9  in the morning.  Two, three in the morning.
10 Q.  So you went home for a little bit,
11  slept, showered, and then went to the burial, or
12  funeral; right?
13 A.  Correct.
14 Q.  In paragraph 13, you indicated that
15  something happened a few weeks after you were
16  arrested at Spunky's.  Do you see that?
17 A.  Yes.
18 Q.  Okay.  It indicates that you and
19  Efrain Cruz were arrested by Detective Guevara and
20  his partner in the area of Lemoyne and Spaulding.
21  Do you remember that?
22     MR. BRUEGGEN: Object to form.
23 A.  Correct.  Yes, it was close to Lemoyne and
24  Spaulding.
25 Q.  Okay.  Can you tell us what happened

1  a few weeks after you were arrested at Spunkey's
2  when Detective Guevara and his partner arrested
3  you?
4 A.  What was the question again?
5 Q.  Yeah.  First of all, let me start
6  here.  Did you know who Detective Ray Guevara was
7  back on May 25th, 1990?
8 A.  I did.
9 Q.  Okay.  And how did you know him?
10 A.  He was known as locking people up for
11  murder.
12 Q.  I didn't mean to cut you off.  Did
13  you say he was a detective?  I'm sorry.  Did you
14  hear my question?
15 A.  No.  Sorry.  My phone had just rung.
16 Q.  No problem.  Did you say Detective
17  Guevara was a detective?
18 A.  Yes.
19 Q.  And do you know what area he was
20  associated with?
21 A.  Area Five, I believe it was.
22 Q.  Was that at Grand and Central?
23 A.  It was.
24 Q.  Do you know who Detective Guevara's
25  partner was back in May of 1990?

1 A.  No, not really.
2 Q.  Could you describe him?
3 A.  White.  I believe it was a white man,
4  probably late forties maybe.
5 Q.  Does the name Earnest Halvorsen ring
6  a bell to you?
7 A.  No.
8 Q.  Okay.  Now, you said you knew Guevara
9  from the neighborhood because he was known for
10  locking up people for murders.  Did you say that?
11 A.  Yes, I did.
12 Q.  And when you say locking up people
13  for murders, what do you mean by that?
14 A.  By getting people to either point them out
15  in lineups or getting witnesses to point them out
16  in lineups, even though the individuals were
17  innocent.
18 Q.  So when you say locking up, do you
19  mean he was known in the neighborhood for framing
20  people?
21 A.  Correct.
22     MR. BRUEGGEN: Object to form.
23 Q.  What was his reputation in the
24  neighborhood in terms of -- did people in the
25  neighborhood have an understanding of how he would

1  go about framing members of gangs?
2     MR. BRUEGGEN: Object to foundation.
3 Q.  I'm sorry.  Your answer?
4 A.  Yes.
5 Q.  What did you understand his tactics
6  to be?
7 A.  Having people point individuals out in
8  lineups, or he'll use tactics to have your own
9  friends signing statements on you, on an
10  individual.
11 Q.  And was he someone that was feared in
12  the neighborhood?
13 A.  Yes, definitely.
14 Q.  And why was he someone who was feared
15  by the young people in the neighborhood back in the
16  May of 1990?
17     MR. BRUEGGEN: Object to foundation.
18 Q.  You can answer.
19 A.  He had a reputation of putting people in
20  jail for a long time, so when he was in the
21  neighborhood, everyone knew disappear, you know,
22  go somewhere and get off the streets.
23 Q.  When you heard that Ray Guevara was
24  in the neighborhood, did you try to avoid contact
25  with him?

1  A.  Well, on that -- on the day he grabbed me,
2  I wasn't aware he was in the neighborhood, but if
3  I would have known he was in the neighborhood,
4  there was no way I would have been around there.
5  Q.  And why is that?
6  A.  Because of his reputation.
7  Q.  And that's his reputation for framing
8  people?
9  A.  Yeah.  I have a few friends that were
10  arrested by Guevara, and I know -- I knew the
11  outcome.
12  Q.  All right.  So on this day, a few
13  weeks after May 25th of 1990, when you were
14  arrested at Spunkey's, you ran into Detective
15  Guevara and his partner near the area of Lemoyne
16  and Spaulding; is that right?
17  A.  Yes, sounds about right.
18  Q.  Okay.  And explain what happened when
19  you encountered Detective Guevara and his partner,
20  along with Efrain Cruz, during this period shortly
21  after your arrest at Spunkey's?
22      MR. BRUEGGEN: Object to foundation.
23  Assumes facts not in evidence.
24  Q.  You can answer.
25  A.  What was your question again?  You're

1  comparing Spunkey's with the time that Guevara
2  arrested me?
3  Q.  No, no.  And my question probably
4  wasn't clear.  I was just trying to put a timeline
5  on it because I'm assuming that you don't remember
6  the exact date that Detective Guevara arrested you;
7  right?
8  A.  No, no, I don't.
9  Q.  But it was a few weeks after you were
10  arrested at Spunkey's; right?
11  A.  Yes.
12  Q.  So having said that, you indicated in
13  your affidavit that you were also arrested with
14  Efrain Cruz; is that correct?
15      MR. BRUEGGEN: Object to foundation.
16  A.  What was the question again?
17  Q.  Yeah.  So you indicated in your
18  affidavit that you were arrested by Detective
19  Guevara along with Efrain Cruz, who was also
20  arrested; right?
21      MR. BRUEGGEN: Object to foundation.
22  Leading.
23  Q.  I'm sorry.  You can answer.
24  A.  Correct.
25  Q.  Okay.  Now, where were you and Efrain

1  Cruz when Detective Guevara and his partner
2  arrested you?
3  A.  Um, I believe we were walking, we were
4  walking north on Spaulding Avenue with, it was
5  Efrain Cruz, his son, and myself.
6  Q.  Do you recall where you were going?
7  A.  I think we were going to Foremost.  It's a
8  liquor store.
9  Q.  Do you recall what time of day it
10  was?
11  A.  No.
12  Q.  Okay.
13  A.  Probably like early evening, I want to say.
14  Q.  It wasn't in the morning, though;
15  right?
16  A.  No.
17  Q.  Did Detective Guevara say anything to
18  you -- strike that.
19      Did Detective Guevara say anything to
20  you when he encountered you and Efrain Cruz as you
21  were walking to the liquor store?
22  A.  I believe he told us that he wanted us to
23  come on in to fill in for a lineup.
24  Q.  And did he say what type of lineup he
25  wanted to have you fill in for?

1  A.  No.
2  Q.  When Detective Guevara asked people
3  on the streets to come fill in for a lineup, does
4  that get your heart pounding?
5      MR. BRUEGGEN: I'll object to form.
6  A.  Yes.
7  Q.  You said it does; right?
8  A.  Yes.
9  Q.  Let me put it in more precise terms.
10  Were you terrified when Detective Guevara told you
11  he wanted you to come and stand in a lineup?
12  A.  Yes.
13  Q.  And what was your fear?
14  A.  Well, I was scared that he was going to
15  have somebody point me out and frame me.
16  Q.  And did you have any idea what he
17  might have framed for?
18  A.  No.
19  Q.  Did it matter?
20  A.  No, it didn't, because I know -- and like I
21  said earlier, he already had some of my friends
22  locked up.
23  Q.  What would have happened if you just
24  told Detective Guevara that you weren't going to go
25  with him?

1  A.  It wasn't --
2      MR. BRUEGGEN: Objection.
3  Speculation.
4  Q.  You can answer.
5  A.  It wasn't an option.  I couldn't tell him
6  no, I wasn't going fill in a lineup.  It's like,
7  You're coming to fill in for a lineup.  It wasn't
8  voluntarily.
9  Q.  So you didn't go voluntarily to go
10  sit in a lineup for Detective Guevara; is that
11  right?
12  A.  No, he just said it, that he needed people
13  to fill in for a lineup, but when they tell you
14  that, you can't tell them no.
15  Q.  What happened -- what did you fear if
16  you just said, No, I'm not going?
17  A.  Oh, well, he was just gonna lock us up
18  anyways.  He was still going to take us.
19  Q.  Right.  So it's not like you were
20  free to say no; is that right?
21  A.  Correct.
22      MR. BRUEGGEN: Object to form.
23  Q.  In your experience, if you had just
24  said, I'm not going to go to a lineup, would he
25  have just arrested you?

1      MR. BRUEGGEN: Object to form and
2  foundation.
3  A.  Yes.
4  Q.  Okay.  And did you see this happen
5  with other people in your neighborhood on a regular
6  basis?
7  A.  Yes.
8  Q.  So I'm assuming that you then, and
9  Efrain Cruz, accompanied Detective Guevara and his
10  partner back to Area Five; is that right?
11  A.  Yes.
12  Q.  Okay.  And did you go in the police
13  car with them?
14  A.  Yes.
15  Q.  All right.  Was it the four of you in
16  the squad car, or the detective car?
17  A.  Yes.  Well, he took us to drop off -- we
18  dropped off Efrain Cruz's son at Efrain's house,
19  and then we went to the police station.
20  Q.  So everyone piled in Detective
21  Guevara's car, and you drove first to drop off
22  Efrain Cruz's son; is that right?
23  A.  Yes.
24  Q.  How old was Efrain Cruz's son?
25  A.  Oh, probably like around five.

1  Q.  Was his son scared that Detective
2  Guevara was scooping you all up?
3      MR. BRUEGGEN: Objection to
4  foundation.
5  A.  I would think, yeah, he was probably
6  scared.
7  Q.  Okay.  Did Detective Guevara say
8  anything to you or Efrain Cruz in the car prior to
9  -- hold on.  Let me finish my question, sir.  I'm
10  sorry.
11      Did Detective Guevara or his partner
12  say anything to you while you were in the car?
13  A.  No, not a word.
14  Q.  All right.  Now, after Efrain Cruz's
15  son was dropped off, where did Detective Guevara
16  take you and Efrain Cruz?
17  A.  Grand and Central police station.
18  Q.  And after he brought you in to Grand
19  and Central, can you tell us to the best of your
20  recollection exactly where you went?
21  A.  We went to the second floor of the police
22  station, and they put me in one interrogation room
23  and Efrain in another.
24  Q.  Prior to being placed in that
25  interrogation room at Area Five at Grand and

1  Central, did you have any idea why you had been
2  brought to Grand and Central other than Detective
3  Guevara saying he wanted you to serve as a filler
4  in a lineup?
5  A.  No.
6  Q.  Did it frighten you that you were
7  sitting in an interrogation room at Grand and
8  Central without knowing why you had been brought
9  there?
10  A.  Yes.
11  Q.  And again, why did that frighten you?
12  A.  Because of Guevara's reputation.
13  Q.  Did you fear that you might be framed
14  for a crime that you did not commit?
15  A.  Yes.
16      MR. BRUEGGEN: Object to form.
17  Q.  Now, and you said in your affidavit
18  that you waited in that interrogation room for
19  several hours; is that right?
20  A.  Yes.
21  Q.  After -- well, strike that.
22      During the time that you were sitting
23  in an interrogation room, did you feel like you
24  were free to leave?
25  A.  No.

1 Q.  Do you know whether or not the door
2 was locked or open?
3 A.  It was locked.
4 Q.  Okay.  Even if it was open, would you
5 be free to leave?
6 A.  No.
7 Q.  So after you sat there for several
8 hours, what's the next thing that happened?
9 A.  Went to the lineups.
10 Q.  Were you questioned at all while you
11 were in the interrogation room prior to going to a
12 lineup?
13 A.  No, I believe we weren't, or I wasn't at
14 least.
15 Q.  You were not; you don't recall that?
16 A.  Right, no, I don't recall that.  I know we
17 were waiting for a little while, and then we went
18 to the lineups.
19 Q.  You don't know if Efrain Cruz was
20 questioned; do you?
21 A.  No, I don't.
22 Q.  Okay.  So you were brought to a
23 lineup.  And who brought you to the lineup?
24 From the interrogation room?
25 Q.  Yes, sir.

1 A.  Some other officers.  It wasn't Guevara or
2 his partner.
3 Q.  Okay.  And when you got to the lineup
4 room, did you see anyone else there that you
5 recognized?
6 A.  Efrain Cruz.
7 Q.  Were there any other men there in the
8 lineup?
9 A.  There were.
10 Q.  Okay.  Did you recognize any of them?
11 A.  No.
12 Q.  All right.  All right.  So you stood
13 in the lineup.  Explain to us what happens when you
14 stand in a lineup?
15 A.  You're in a row with like about probably
16 five or six people, and they assign you a number,
17 and then they tell you they'll call your number
18 and they say step forward, step to the side, turn
19 to the side, and then go back in line.
20 Q.  And is that what happened when you
21 stood in this lineup along with Efrain Cruz after
22 you were arrested by Detective Guevara?
23 A.  Yes.
24 Q.  Okay.  Now, as you were standing in
25 this lineup with Efrain Cruz, did you hear

1 anything?
2 A.  When it was my turn to step forward, there
3 was a knock on the window.
4 Q.  Okay.  So you were asked to step
5 forward; is that right?
6 A.  Yes.
7 Q.  And then you heard a knock on the
8 window?
9 A.  Yes.
10 Q.  What did you understand that knock on
11 the window to mean?
12 A.  That I was --
13     MR. BRUEGGEN: Objection to form.
14 Q.  I'm sorry.  Could you repeat that?
15 A.  That I was confirmed as the individual,
16 that I was pointed out in the lineup.
17 Q.  And how did you draw the inference or
18 conclusion that you had been identified, or you
19 thought you had been identified -- well, strike
20 that.
21     Why did you think the knock meant
22 that you were identified?
23 A.  Because they didn't knock for nobody else
24 until they got to Efrain.
25 Q.  And had you ever been in a lineup

1 before, Mr. Veras?
2 A.  Yes, one time prior.
3 Q.  Okay.  And was it your understanding
4 that when someone is identified in a lineup, it
5 wasn't uncommon for there to be a knock that would
6 indicate as such?
7     MR. BRUEGGEN: Object to form.
8 A.  Yes.
9 Q.  All right.  So when there was that
10 knock on the window, it was your belief that you
11 had been identified for something; right?
12 A.  Yes.
13 Q.  Did you have any idea what you had
14 been identified for or thought you were identified
15 for?
16 A.  No.
17 Q.  Okay.  Now, as you were standing in
18 that lineup room, did you hear that knock again?
19 A.  Yes.
20 Q.  And how -- when -- in what -- when
21 did you hear the knock again?  What preceded it?
22 A.  For Efrain.
23 Q.  Did Efrain stand up and come forward
24 during the lineup?
25 A.  Yes.

1 Q. And did you hear the knock again?
2 A. Yes.
3 Q. And what did you take that knock to
4 mean when that happened?
5 A. That he was also identified.
6 Q. Okay. Now, you said in your
7 affidavit that you believe that you were in one or
8 two lineups. Is that your recollection today, that
9 it was one or two?
10 A. I think it was two because they had us do
11 it again.
12 Q. And did they have you do it again
13 right after the first one, or was there some time
14 that elapsed?
15 A. No, right after, right after the first
16 knock, then we had to do the whole process over
17 again.
18 Q. And during the second lineup process,
19 were there knocks again when you stood forward in
20 the lineup?
21 A. Yes.
22 Q. And then it happened again with
23 Efrain Cruz?
24 A. Yes.
25 Q. So did you take that to mean that you

1 had been identified in two different lineups
2 presumably by two different people?
3 A. Yes.
4 Q. Okay. And, again, after the second
5 lineup, did you even know what you had purportedly
6 or possibly been identified for or what you did?
7    MR. BRUEGGEN: Objection to form.
8 A. I had no idea.
9 Q. So just to be clear, at no point
10 prior to Detective Guevara having you stand in
11 these lineups were you informed of the basis for
12 being placed in these lineups; correct?
13 A. Correct.
14    MR. BRUEGGEN: Object to form.
15 Foundation.
16 Q. All right. Now, in your affidavit,
17 you said after the lineups, you were then
18 interrogated by two or three detectives; is that
19 right?
20    MR. BRUEGGEN: Objection. Leading.
21 A. Correct.
22 Q. Okay. Well, let's talk about it.
23 After the lineups, were you taken back to an
24 interrogation room?
25 A. I was.

1 Q. Were you placed in that room alone or
2 with someone else?
3 A. Alone.
4 Q. And tell us what happened after you
5 were returned to the interrogation room?
6 A. I was told that I was pointed out of a
7 lineup for a double murder.
8 Q. And who told you you had been pointed
9 out of a lineup for this double murder?
10 A. One of the detectives.
11 Q. And do you remember the name of that
12 detective?
13 A. No.
14 Q. Okay. Do you know if it was a white
15 detective or a Hispanic detective?
16 A. I would think it was a white detective.
17 Q. Okay. It wasn't Detective Guevara
18 who first told you that you had been pointed out in
19 the lineup?
20 A. No.
21 Q. All right. So after this detective
22 told you that you had been identified in this
23 lineup, did he tell you what crime you had been
24 identified in connection with?
25 A. No. At first he was just saying it was a

1 double murder.
2 Q. Did you later learn that it was the
3 double murder of the two black man that had been
4 referenced by Red?
5 A. Yes.
6 Q. After this detective told you that
7 you had been identified in a lineup, did you say
8 anything in response to him?
9 A. Yeah, I told him I didn't kill nobody.
10 Q. And what did he say in response to
11 your statement that you hadn't killed anybody?
12 A. They didn't believe it.
13 Q. Okay. Do you know how long you were
14 interrogated?
15 A. A few hours.
16 Q. And do you know how many detectives
17 were involved in that interrogation?
18 A. I would say like five or six.
19 Q. Okay. Now, at paragraph 19 of your
20 affidavit, it says, "Detective Guevara showed me
21 pictures of two dead black men and told me that I
22 had killed them. His partner mentioned that the
23 murders happened near the Donald Duk's." Do you
24 remember that?
25    MR. BRUEGGEN: Object to form.

1  Leading.
2  A.  Yes.
3  Q.  So at some point did Detective
4  Guevara come into the interrogation room to
5  question you?
6  A.  Yes.
7  Q.  Okay.  And tell us what he said to
8  you and what you said back to him?
9  A.  First he said that I should make a
10  statement that they knew that I was the shooter
11  and that Efrain Cruz was the lookout and that an
12  individual by the name of Jeffrey Watts, which he
13  wasn't in custody, was the driver, that they knew
14  that, and for me to make a statement before Efrain
15  Cruz made a statement, because if he made a
16  statement that he was going to put me down as a
17  shooter, but if I made a statement saying that
18  Efrain was the shooter that they'll charge him
19  with the shooting.
20  Q.  And did Detective Guevara also show
21  you pictures of the two dead black men?
22  A.  At the end of that conversation, yes.
23  Q.  Okay.  I'm sorry.  I didn't mean to
24  cut you off.
25      MS. BONJEAN:  Did you get that,

1  Audrey?
2      COURT REPORTER:  No.  What did you
3  say?
4  A.  He got frustrated.
5  Q.  He got frustrated.  Okay.  Now,
6  Detective Guevara suggested to you that you should
7  make a statement against Efrain Cruz because the
8  first person who made a statement wouldn't get hit
9  with the shooting; is that right?
10      MR. BRUEGGEN:  Objection to form.
11  A.  Yes.
12  Q.  Is that one of the tactics that you
13  had heard from the street that Detective Guevara
14  would use to frame people?
15      MR. BRUEGGEN:  Objection.  Leading.
16  Q.  You can answer.
17  A.  Yes.
18  Q.  And when Detective Guevara told you
19  that -- well, strike that.
20      Did Detective Guevara also tell you
21  that he already had an ID on you so you may as well
22  go and make a statement?
23      MR. BRUEGGEN:  Objection.  Leading.
24  A.  Yes.
25  Q.  Did you get the impression that he

1  was trying to get you to implicate Mr. Cruz --
2  well, I'm going to strike that.  I'm going to start
3  over.
4      After Detective Guevara told you that
5  you should just go ahead and make a statement
6  because he already knew you were responsible, did
7  you say anything in response to him?
8  A.  Nothing that I could remember.
9  Q.  Okay.  Did you tell him you would
10  make a statement?
11  A.  No.
12  Q.  Okay.  Did you tell him you were
13  innocent?
14  A.  I did.
15  Q.  Did you tell him you were innocent of
16  any murders more than once?
17  A.  Yes.
18  Q.  Did he tell you that Efrain Cruz was
19  going to make a statement against you?
20      MR. BRUEGGEN:  Objection.  Leading.
21  A.  Yes.
22  Q.  What did Detective Guevara say about
23  what Efrain Cruz was going to do?
24  A.  Well, he was saying that if he made -- if
25  he did his statement first that I was going to be

1  arrested as the shooter, and that I didn't have a
2  chance, and that if -- he was getting, he was
3  getting riled up, and he said that if the two
4  black guys' grandmother passes away that they were
5  going to charge me with that murder as well,
6  because allegedly she was in the hospital.
7  Q.  Oh, so he said that the victims'
8  grandmother was in the hospital?
9  A.  Yes.
10  Q.  And he threatened to put that murder
11  on you as well if she passed away?
12      MR. BRUEGGEN:  Object to form.
13  A.  Yes.
14  Q.  Okay.  How long did the interrogation
15  with Detective Guevara go on?
16  A.  I don't know.  Probably half hour to an
17  hour maybe.
18  Q.  Now, he also told you something about
19  Jeffrey Watts, you said?
20      MR. BRUEGGEN:  Objection.  Leading.
21  A.  Yes.
22  Q.  Okay.  Who is Jeffrey Watts?
23  A.  Jeffry Watts is one of our friends.
24  Q.  Did he go by a name other than
25  Jeffrey Watts?

1  A.  Yes.
2  Q.  What did they call him?
3  A.  Slick.
4  Q.  Okay.  Did anybody ever call him
5  Black Jeffrey?
6  A.  Yes, he was known to be called Black
7  Jeffrey.
8  Q.  And was he darker complected?
9  A.  He was.
10  Q.  Is Jeffrey Watts alive to the best of
11  your understanding?
12  A.  No, he passed away.
13  Q.  Okay.  All right.  Tell me what was
14  going through your mind when Detective Guevara was
15  telling you that he wanted you to implicate Efrain
16  Cruz and that he was -- and that if Efrain Cruz
17  implicated you first, you would be the person that
18  would be charged with the shooting?
19      MR. BRUEGGEN: Object to form.
20  A.  I knew I wasn't going to -- I wasn't going
21  to sign any statements because I know I didn't
22  kill nobody.
23  Q.  And did you have any information that
24  Efrain Cruz had killed anybody?
25  A.  No.

1  Q.  All right.  Did he tell you at any
2  point when this murder allegedly happened?
3  A.  He did.
4  Q.  Okay.  And after you learned when the
5  murder happened, did anything occur to you?
6  A.  Could you rephrase that?
7  Q.  Yeah.  At some point did you make a
8  connection between what you heard from Red and what
9  Detective Guevara was telling you?
10  A.  Yes.
11  Q.  Okay.  Tell me how that happened?
12  A.  He came -- he came in the room, in the
13  interrogation room again, Guevara did, and he was
14  mad, I take it as being mad or ramped up.
15      MR. BRUEGGEN: He's on mute.  Mr.
16  Veras, you're on mute.
17  Q.  Mr. Veras, if you could repeat your
18  answer because you were on mute for a second.
19  A.  Okay.
20  Q.  Okay.  So you said Detective Guevara
21  came into the room, and go ahead, if you can start
22  over?
23  A.  Yeah, he came in the room, like more, for
24  me, I take it as not mad, but he was like amped up
25  like almost yelling saying that I know I killed

1  those guys, that they have witnesses, and that,
2  again, if the guys, if their grandmother died that
3  I was going to be charged with that, and to be a
4  man and sign the statement, and then he slapped
5  the pictures of the two dead guys on the table,
6  and then he said, "You know you killed these guys
7  by the Donald Duk's on North Avenue," and then
8  that's when it clicked in what he was talking
9  about.
10  Q.  When you say it clicked in, what
11  clicked for you?
12  A.  That I was arrested at the time of their
13  murders.
14  Q.  Okay.  And did you say anything to
15  Detective Guevara after this clicked for you?
16  A.  I sure did.
17  Q.  What did you tell him?
18  A.  I told him that I didn't kill them, and I
19  believe I was cursing at him, and I told him where
20  I was the day of the murders, the night those
21  murders happened, and he walked out the room.
22  Q.  Did Detective Guevara ever tell you
23  who implicated you as having committed the murders?
24  A.  He didn't, but the other officers --
25  another detective that was there did.

1  Q.  And what did the other detective say?
2  A.  Because I had a -- I had told the detective
3  when they were releasing us, I had made a comment
4  like, The person that pointed us out in the lineup
5  must know a lot about this case, that that's who
6  they needed to arrest.
7  Q.  And --
8  A.  And in the conversation, then he told me
9  who was the ones that were pointing me out in the
10  lineup.
11  Q.  Who did they say pointed you out of
12  the lineup?
13  A.  Double J, Juan; and his girlfriend Rosy.
14  Q.  Okay.  So a detective told that you
15  Juan Maysonet and his girlfriend Rosy were the
16  people who identified you from the lineup; is that
17  right?
18  A.  Correct.
19  Q.  Were you ever -- did you ever receive
20  any information that showed that they were --
21  strike that.
22      Did you ever see Juan or Rosy at the
23  police station a few weeks later?
24      MR. BRUEGGEN: Object to form.  A few
25  weeks later?

1     MS. BONJEAN: Yeah, let me -- that
2  was bad. Okay.
3  Q.  When you were in custody at Grand and
4  Central, did you ever see Jose Maysonet or his
5  girlfriend Rosy?
6  A.  No.
7  Q.  Are you aware that there is not any
8  police report or any indication anywhere that they
9  viewed a lineup several weeks after your arrest?
10    MR. BRUEGGEN: Object to form and
11  leading.
12  A.  What was the question again?
13  Q.  Yeah. Were you aware that there is
14  not a single police report or note that Juan
15  Maysonet or Rosa Bella ever viewed a lineup at all?
16    MR. BRUEGGEN: Same objection.
17  A.  I think they probably wouldn't because they
18  were probably scared I was going to sue them.
19  Q.  Who? The police?
20  A.  The police.
21  Q.  Are you aware that no police officer
22  has ever testified that Juan or Rosy had viewed a
23  lineup?
24    MR. BRUEGGEN: Object to form.
25  Leading.

1  A.  No.
2  Q.  Okay. Were you aware that Rosa Bella
3  has testified that she never viewed this lineup?
4    MR. BRUEGGEN: Object to form and
5  leading.
6  A.  No.
7  Q.  Okay. So I guess my point is do you
8  have any idea whether anyone was actually viewing
9  that lineup from firsthand knowledge?
10  A.  No.
11  Q.  Okay. So that was information that
12  you got from a detective; right?
13  A.  Correct.
14  Q.  And you don't know which detective it
15  was; right?
16  A.  No.
17  Q.  Okay. Did an officer ever apologize
18  to you?
19  A.  Yes.
20  Q.  Who apologized to you; do you
21  remember?
22  A.  I believe he was -- I believe he was
23  probably the lead detective. He had a Polish last
24  name. Tall. It was a tall individual, white. He
25  came in and apologized for everything after they

1  confirmed that I was in Shakespeare that night.
2  Q.  Was that -- I'm sorry. Go ahead.
3  A.  No, no. He just came in and apologized.
4  Q.  What did he say to you, if you can
5  just summarize?
6  A.  He just apologized, that they were sorry of
7  what was going on, and it was actually him and
8  another detective came in and that we were going
9  to be given a ride back home, if we needed
10  anything, if we were hungry, if we wanted
11  cigarettes.
12  Q.  Did they tell you whether or not --
13  well, strike that.
14    Did any detective tell you whether
15  they had, in fact, confirmed that you were in
16  custody at the time of the murders?
17  A.  Yes.
18  Q.  Which detective, if you know, told
19  you that?
20  A.  The lead detective that I was talking
21  about.
22  Q.  Okay. And you said he was a white
23  man with a Polish last name?
24  A.  Yes.
25  Q.  Was his name Detective Paulnitsky?

1  A.  You know, it could be. I can't really tell
2  you.
3  Q.  Did his last name end with a "sky"?
4  A.  It did, yes.
5  Q.  Now, did anything happen prior to
6  your release other than what you testified here
7  today that stands out in your mind?
8  A.  No. Afterwards, shortly after that,
9  Alfredo Gonzalez got arrested. Justino Cruz got
10  arrested. And that was it. They were all
11  charged.
12  Q.  And Jose Maysonet got arrested;
13  correct?
14  A.  Correct. From my understanding, they made
15  statements on each other, and they all got
16  arrested and got a lot of time, except for
17  Justino. I guess Justino was the first one to
18  sign because I believe he only got nine years for
19  the case and --
20  Q.  Go ahead.
21  A.  And Freddy, Alfredo Gonzalez got natural
22  life without parole. And Jose, I don't recall
23  what he got.
24  Q.  He got natural life, too.
25    But prior to you going to Area Five

1 after Detective Guevara arrested you, had you heard
2 about any of your crew being involved of the
3 murders of these two black men?
4     MR. BRUEGGEN: Objection to form.
5 Misstates the testimony.
6 A.  No.
7     MR. BRUEGGEN: Go ahead, sir.
8 A.  No.
9 Q.  Was there any word on the street,
10 apart from what we've talked about, about who might
11 have been responsible for the murders of these two
12 African American men?
13 A.  No.
14 Q.  Do you have any reason to believe
15 that the murders of the Wiley brothers, the two
16 black men, was gang motivated in any way?
17     MR. BRUEGGEN: Objection to
18 foundation.  Speculation.
19 A.  No.
20 Q.  The two men that -- well, let me put
21 it this way.  Do you have any reason to believe
22 based on your experiences at that time on the
23 streets that the Latin Kings were responsible for
24 the murders of those two black men?
25     MR. BRUEGGEN: Object to foundation.

1 Speculation.  Go ahead, sir.
2 A.  No, I wouldn't think -- in my opinion, I
3 don't think it was.
4 Q.  Did you ever hear that any Latin
5 Kings killed those men?
6 A.  No.
7 Q.  Were you aware that the two men had
8 no gang affiliation?
9     MR. BRUEGGEN: Object to foundation.
10 A.  No.
11 Q.  Is it very common for Latin Kings to
12 be killing people who have no gang affiliations?
13     MR. BRUEGGEN: Object.  Speculation.
14 A.  No.
15 Q.  Now, when you left Grand and Central,
16 did you leave with Efrain Cruz?
17 A.  Yes.
18 Q.  And did you guys talk about what had
19 happened there at Area Five?
20 A.  Yes.
21 Q.  Did he explain to you whether or not
22 he had a similar experience to you while you were
23 both locked up there at Area five for those hours?
24     MR. BRUEGGEN: Object to leading.
25 A.  Yeah.

1 Q.  I'm sorry?
2 A.  Yeah, we were both talking about their
3 tactics and what they were saying for us, for one
4 of us to sign before the other one, and he said
5 that they did the same thing to him.  They were
6 telling him to sign a statement on me before I
7 signed a statement on him.
8 Q.  Do you know whether or not any of the
9 detectives arrested or took Jeffrey Watts into
10 custody?
11     MR. BRUEGGEN: Object to foundation.
12 A.  He was never in custody.
13 Q.  Did you ever talk to Jeffrey Watts
14 about this incident?
15 A.  At the time of the incident, he was
16 arrested in the Cook County Jail.
17 Q.  Oh.  When you say the incident, you
18 said Jeffrey Watts was in custody at the Cook
19 County Jail at the time that you were brought into
20 Area Five by Detective Guevara?
21 A.  Yes, I believe so.
22 Q.  Do you know whether Jeffrey Watts was
23 in custody at the Cook County Jail at the time of
24 Santiago Sanchez's funeral?
25 A.  You know, it's a possibility because I

1 don't recall him being at the funeral.
2 Q.  Fair to say that if he was in custody
3 on May 25th, 1990, he could not have taken any role
4 in the murders of these two men; right?
5 A.  No.  I get that they wanted two Hispanics
6 and one dark-complected or black individual
7 because that's the pattern they were going for
8 with myself, Efrain, and Jeffrey being black, and
9 then got Alfredo Gonzalez and Justino being
10 light-complected and Jose being dark, so I think
11 that was the pattern they were going for.
12 Q.  And also did you know Christopher
13 Goossens was ultimately charged with the double
14 murder of the black men?
15 A.  I did not know he was charged.
16     MR. BRUEGGEN: Objection to
17 foundation.
18     MS. BONJEAN: Are we disputing that
19 Christopher Goossens was charged with the murders,
20 Dave?
21     MR. BRUEGGEN: No, I'm objecting
22 whether he knows.
23     MS. BONJEAN: Well, I'm asking him
24 whether he knows.
25 A.  No, I don't know.

1 Q. Was Christopher Goossens a
2 darker-complected person?
3 A. He's probably the same complexion as Jose
4 Maysonet.
5 Q. Okay. Now, do you have any idea why
6 the detectives were trying to frame two lighter
7 Hispanics and a darker-complected Hispanic, or
8 black person, what the motivation was?
9     MR. BRUEGGEN: Objection to
10 speculation. Foundation. Go ahead, sir.
11 A. My opinion is that, I believe since they
12 were going with Efrain and I as being the shooters
13 and Jeffrey as the driver, by Jeffrey being black
14 that they needed a dark individual in the case
15 because that's what they were going for from the
16 beginning.
17 Q. Okay. I see, and was it -- is it
18 your understanding that they had some information
19 that there was a driver who was black who was
20 involved in the shooting?
21 A. I believe when I was implicated, implicated
22 Efrain, that they implicated Jeffrey, so by them
23 doing that, that that's why they came up with the
24 black individual as the driver.
25 Q. Did Detective Guevara tell you

1 that -- strike that.
2     You testified that Detective Guevara
3 told you that you had been identified by witnesses;
4 right?
5 A. Correct.
6 Q. Did he tell you what other evidence
7 he had linking you to these murders when he was
8 trying to get you to make a statement?
9     MR. BRUEGGEN: Object to foundation.
10 A. No.
11 Q. Did he tell you what other physical
12 evidence he had at all in connection to these
13 murders?
14     MR. BRUEGGEN: Same objection.
15 A. No.
16 Q. Did he tell you whether he had any
17 other statements from witnesses?
18     MR. BRUEGGEN: Same objection.
19 A. No. He was saying I was pointed out in the
20 lineup, and for me to sign the statements and to
21 do what's right before Efrain signs statements.
22 Q. Got it. All right. I don't have
23 much more, Mr. Veras. Bear with me, if you would.
24 Do you want to take a bathroom break?
25 A. No.

1 Q. Okay. You said that after this
2 incident where you were taken to Grand and Central
3 by Detective Guevara, there were arrests made
4 sometime thereafter; is that right?
5 A. Yes.
6 Q. Do you recall how much time elapsed
7 from when you were released from custody at Grand
8 and Central to the time that other individuals were
9 arrested?
10 A. Probably within days.
11 Q. If you had not been in custody at the
12 14th District on the early morning hours of May
13 25th, of 1990, what do you think would have
14 happened?
15     MR. BRUEGGEN: Objection to form.
16 A. I would have been in Stateville with a
17 natural life.
18 Q. I'm sorry. Say that again, sir.
19 A. I would have been sitting in Stateville
20 Correctional with natural life like Alfredo
21 Gonzalez is.
22 Q. Okay. Just a couple more questions
23 for you.
24     Now, I want to take us back real
25 quickly to May 25th of 1990, but before I -- I'm

1 going to say, or the evening of May 24th into May
2 25th, but before I do that, had you ever been to
3 Mr. Maysonet's house back in the 1990s?
4 A. Yes.
5 Q. Okay. Did he live with Rosa Bella?
6 A. Yes.
7 Q. Do you know who Rosa Bella is?
8 A. His girlfriend.
9 Q. Did you know Juan's sister Rose?
10 A. Rosy, yeah.
11 Q. Now I want to draw you specifically
12 to, I'm going to go -- the date that I'm asking you
13 to think about, which you may or may not recall
14 specifically, would have been about five days
15 before Santiago Sanchez's funeral, May 20th of
16 1990, in the afternoon hours. Okay?
17 A. Okay.
18 Q. And so this would have been a few
19 days before you were actually picked up and brought
20 to the 14th District, or about five days before.
21 All right. And that's the time frame that I'm
22 looking at.
23     Do you recall going to Mr. Maysonet's
24 house at any time during that period with Alfredo
25 Gonzalez, Christopher Goossens, and Justino Cruz?

1      MR. BRUEGGEN: Objection. Leading.
2  A.  That never happened.
3  Q.  Have you ever been to Mr. Maysonet's
4  house with Christopher Goossens?
5  A.  Never. That's why I know it didn't happen
6  because I never -- I didn't hang out with
7  Christopher like that.
8      (Off the record.)
9      MR. BRUEGGEN: Let's go off the
10  record for a moment.
11      THE VIDEOGRAPHER: The time is
12  12:42 p.m. Going off the record.
13      (Off the record.)
14      THE VIDEOGRAPHER: The time is 12:44
15  p.m. Back on the record.
16  Q.  Mr. Veras, picking up where we left
17  off, I want to now draw your attention real
18  quickly, if you could, to August, mid-August of
19  1990. This would be a few months later; right?
20  A.  Okay.
21  Q.  And specifically August 16th of 1990
22  at about 10 p.m. Did you ever go to Mr. Maysonet's
23  home with Alfredo Gonzalez, Christopher Goossens,
24  Justino Cruz, and Efrain Cruz?
25  A.  No.

1      MR. BRUEGGEN: Objection to
2  foundation. Leading.
3  Q.  By the way, what was Alfredo's
4  Gonzales's nickname?
5  A.  Juvia (phonetic), Freddy.
6  Q.  Did they call Justino Cruz Tino?
7  A.  Yes.
8  Q.  You said your nickname was Cisco.
9  Did some people call Efrain Cruz King?
10  A.  Yes.
11  Q.  All right. And you mentioned earlier
12  that you knew Christopher Goossens to go by the
13  nickname Fro; right?
14  A.  Right.
15  Q.  But he was not someone who was part
16  of your group of friends that we've identified
17  earlier; right?
18  A.  Right.
19  Q.  And you said you'd never been to
20  Mr. Maysonet's home with Christopher Goossens at
21  all; correct?
22  A.  Yes.
23  Q.  Now, on August 16, 1990, did you ever
24  go to Mr. Maysonet's house with the individuals
25  that I just identified and put a nine millimeter

1  gun to his head?
2      MR. BRUEGGEN: Objection. Leading.
3  A.  You said August of 1990. I believe he was
4  already gone by then.
5  Q.  But whether he was or wasn't, were
6  you ever -- did you ever put a gun to
7  Mr. Maysonet's head?
8  A.  No.
9  Q.  Did you ever see Efrain Cruz put a
10  gun to Mr. Maysonet's head?
11  A.  No.
12  Q.  Did you ever see Alfredo Gonzalez put
13  a gun to Mr. Maysonet's head?
14  A.  No.
15  Q.  Did you ever see Christopher Goossens
16  put a gun to Mr. Maysonet's head?
17  A.  No.
18  Q.  Did you ever see Justino Cruz put a
19  gun to Mr. Maysonet's head?
20  A.  No.
21  Q.  Did you ever threaten Mr. Maysonet
22  that you would kill him if he talked about the
23  murders of these two black men?
24  A.  No.
25  Q.  Did you ever hear Efrain Cruz

1  threaten Mr. Maysonet to kill him if he talked
2  about the murders?
3  A.  No.
4  Q.  Did you ever hear anybody threaten
5  Mr. Maysonet that they would kill him if he talked
6  about the murders?
7  A.  No.
8  Q.  All right. Were you ever at
9  Mr. Maysonet's -- well, strike that.
10      Do you know if Jeffrey Watts had a
11  car?
12  A.  Yes, he had -- he always had a car.
13  Q.  He always had a car, you say?
14  A.  Yes.
15  Q.  Do you know what kind of car he had?
16  A.  At the time, no.
17  Q.  Okay. All right. Are you still in
18  contact with Justino Cruz?
19  A.  No.
20  Q.  What about with Freddy?
21  A.  No.
22  Q.  And I know the answer to this. Are
23  you in contact with Mr. Maysonet at all?
24  A.  No.
25  Q.  And what about Christopher Goossens,

1 have you had any contact with Christopher Goossens?
2 A. No.
3 Q. If you give me one second, I may be
4 finished. I just want to -- did you ever hear
5 that -- strike that.
6   You said you didn't know what kind of
7 car Jeffrey Watts drove; right?
8 A. Right.
9 Q. Did you ever speak to Jeffrey Watts
10 about what happened to you at Area Five after you
11 were arrested by Detective Guevara?
12 A. Yes.
13 Q. And what did you tell him?
14 A. I told him what happened and that they
15 pointed us out in the lineup and that they were
16 saying he was the driver.
17 Q. And what did he say in response to
18 that?
19 A. He just -- he really didn't say anything.
20 He just kind of laughed it off, like what the
21 hell, why the hell they got my name involved with
22 that.
23 Q. Okay. Did you have any other
24 conversations with Jeffrey Watts about what the
25 detective was saying about his involvement in these

1 murders?
2 A. No.
3 Q. Did the detective say to you -- did
4 any of the detectives, including Detective Guevara,
5 ever tell you why they believed Jeffrey Watts was
6 involved in this murder?
7 A. No.
8 Q. Did you have any other conversations
9 with any law enforcement detectives or prosecutors
10 or anyone from the state apart from what you've
11 already testified here to today?
12 A. No.
13 Q. All right. And, sir, you haven't
14 been involved in any gang activity for a very long
15 time; is that right?
16 A. Correct.
17 Q. When did you, I guess for lack of a
18 better word, leave the gang?
19 A. '93.
20 Q. And --
21 A. After I got out of prison.
22 Q. I'm sorry. Say that again?
23 A. After I got out of prison.
24 Q. What did you end up going to prison
25 for?

1 A. Possession of a controlled substance.
2 Q. And how much time did you do for that
3 drug case?
4 A. I was sentenced to four and a half years,
5 and I did 18 months, with six months on house
6 arrest.
7 Q. And after you got out, did you leave
8 gang life behind you?
9 A. I did.
10 Q. And did you eventually leave Humboldt
11 Park?
12 A. No, I actually still live in the same
13 building I grew up in in Humboldt, and I've been
14 here.
15 Q. Ever since. Okay.
16   MS. BONJEAN: Well, I appreciate your
17 time. I have no further questions for you, but
18 some of the other attorneys may have some
19 questions for you. Okay.
20   THE WITNESS: Okay.
21   MS. BONJEAN: Thank you.
22   MR. BRUEGGEN: Mr. Veras, again, I
23 introduced myself earlier. My name is Dave
24 Brueggen. I represent some of the defendant
25 officers. I was hoping we could take like a

1 five-minute break to get up, stretch, get water,
2 use the facilities. Is that okay?
3   THE WITNESS: You need a five-minute
4 break because I'm --
5   MR. BRUEGGEN: Yes, sir, if I could
6 have a five-minute break, too. Get up, stretch,
7 get some water. Is that okay?
8   THE WITNESS: Yeah.
9   MS. BONJEAN: Mr. Veras, we're taking
10 five minutes. If you want to walk around or put
11 yourself on mute, or whatever you want to do,
12 we're going to go off the record now. Okay?
13   THE WITNESS: Okay.
14   (Break taken.)
15   THE VIDEOGRAPHER: The time is 1:04
16 p.m. We are back on the record.
17   CROSS-EXAMINATION BY MR. BRUEGGEN:
18 Q. All right. Mr. Veras, thank you for
19 indulging me with a break. I was also able to kind
20 of streamline my questioning to hopefully move
21 things along and get you out of here as quick as I
22 can.
23   If at any time you don't understand
24 what I'm asking about because I may direct you to
25 some previous testimony, just get my attention, let

1   me know, and I'll make sure you understand what I'm
2   asking. Okay?
3   A.  Okay.
4   Q.  Mr. Veras, you've told us that you've
5   given a deposition before; right?
6   A.  Yes.
7   Q.  How many depositions have you given?
8   A.  For this case?
9   Q.  No, no, just in general. Before this
10  case, how many depositions have you given?
11  A.  Probably three, with this one.
12  Q.  Okay. So two prior to this one; am I
13  understanding you correct?
14  A.  Correct.
15  Q.  Can you tell me the first dep you
16  ever gave what type of case was that?
17  A.  I was in a car accident in a company
18  vehicle, and I had to go to a deposition for the
19  individual that I had that car accident with. He
20  was suing our company.
21  Q.  And do you recall how long ago that
22  was?
23  A.  Probably ten years ago maybe.
24  Q.  How about the deposition after that,
25  can you tell us what type of case?

1   A.  That was my mistake. That was the only one
2   that I did, that I believe I did. Yeah, I think
3   that was the only one. I don't think the other
4   one was a deposition.
5   Q.  What is the other thing you were
6   thinking about that's like a deposition?
7   A.  I believe it was like a testimony for --
8   no, that was before the car accident. This was
9   like in the '90s, probably in the 2000s, early
10  2000s. It was a testimony for -- I really can't
11  recall. I don't know. It's coming up blank, but
12  I know I did a testimony in downtown Chicago.
13  Q.  I'm sorry. Was that testimony? Was
14  it like in a courtroom?
15  A.  No, no.
16  Q.  Was it with attorneys?
17  A.  It was, yes, yes, there was some attorneys
18  there. We were all sitting in a room. Oh, I
19  remember what it was. It was a deposition for
20  also my -- the company I worked for, one of our
21  employees had a -- had a lawsuit going on for
22  unfair wages that he was -- that he wasn't paid,
23  so we did a deposition with the union and the
24  lawyers and stuff like that.
25  Q.  Thank you. Have you ever filed a

1   lawsuit against a person or company?
2   A.  No, I believe I never did.
3   Q.  Sir, prior to this deposition today,
4   have you ever spoken to Ms. Bonjean on the phone
5   about the facts of this case?
6   A.  No.
7   Q.  Did you ever meet Ms. Bonjean in
8   person?
9   A.  No.
10  Q.  What about her partner, Ms. Cohen,
11  Ashley Cohen, did you ever speak to Ms. Cohen?
12  A.  No.
13  Q.  No?
14  A.  No.
15  Q.  Did you speak to anybody about the
16  substance of your testimony after receiving the
17  deposition subpoena prior to sitting down with us?
18  A.  What was the question again?
19  Q.  Again, it's from the time you were
20  first alerted that you were being requested to give
21  a deposition, did you speak to anybody about what
22  you were planning to say in this deposition?
23  A.  No.
24  Q.  Did anybody speak to you about the
25  facts or what this deposition entailed as far as

1   the facts of the case?
2   A.  No.
3   Q.  And then I think we established that
4   Ms. Bonjean sent you a copy of your affidavit that
5   you gave? You're on mute now, sir.
6   A.  Yes.
7   Q.  Did you look at any other documents
8   regarding Mr. Maysonet's lawsuit other than that
9   affidavit?
10  A.  No.
11  Q.  Did you do any internet research
12  about Mr. Maysonet's lawsuit or what was going on?
13  A.  No.
14  Q.  Are you aware that Mr. Maysonet is
15  out of prison now?
16  A.  Yes.
17  Q.  When did you learn Mr. Maysonet was
18  out of prison?
19  A.  I seen it on the news.
20  Q.  And can you tell us what you saw on
21  the news as far as Mr. Maysonet being released from
22  prison, what you learned?
23  A.  Well, just seen him coming out and hugging
24  his family and being released for wrongfully
25  convicted.

1 Q. And, sir, can you tell us what's the
2 highest level of education that you've completed?
3 A. Junior, high school.
4 Q. When you say junior high school, is
5 that graduating eighth grade?
6 A. Junior in high school.
7 Q. You were a junior in high school.
8 You completed your junior year of high school?
9 A. Right, yes.
10 Q. Did you obtain your GED?
11 A. No.
12 Q. Any other education or professional
13 training where you received a certificate?
14 A. No.
15 Q. In 1990, were you employed?
16 A. 1990, I believe I was.
17 Q. Can you tell us where you were
18 employed?
19 A. I used to work for Visual Handicapped
20 Managers of Illinois. It was a vending company.
21 Q. What did you do for that company,
22 just generally?
23 A. I stacked up the vending machines, pulled
24 the daily cash out the vending machines, did the
25 cash sheets.

1 Q. Was there a certain area that you
2 worked in the city for that company?
3 A. Yes, Cook County Hospital.
4 Q. Sir, when did you join the Latin
5 Kings?
6     MS. BONJEAN: Objection. Form,
7 foundation.
8 A. Probably '83, '84. 1983 or 1984.
9 Q. How old were you at that time?
10 A. 17 or 18, I believe.
11 Q. And then you told us you stayed a
12 Latin King until about 1993. Did I understand you
13 correctly?
14 A. Correct.
15 Q. And I think you addressed this
16 earlier, but there were different sets or locations
17 for Latin Kings in the Humboldt Park neighborhood;
18 right?
19 A. Correct.
20 Q. Were you in the same set as Mr.
21 Maysonet?
22 A. Basically, yes.
23 Q. Why do you say basically? Can you
24 explain what you mean?
25 A. I was from a section called Pierce and

1 Spaulding, and he was from one called Kimball and
2 Wabansia, but we were together, if that makes any
3 sense. We were like combined as one, but we were
4 from different areas.
5 Q. So the sets were in different areas,
6 but you guys hung out or spent time together?
7     MS. BONJEAN: Objection. Misstates
8 his testimony. You can answer.
9 A. Correct.
10 Q. Did you say Mr. Cruz, was he in your
11 set down at --
12 A. Yes.
13 Q. So Mr. Cruz was from -- I'm sorry. I
14 didn't catch what you said?
15 A. Pierce and Spaulding, yes.
16 Q. And that's Efrain Cruz was from
17 Pierce and Spaulding?
18 A. I didn't hear the last thing. I was muted
19 for a second.
20 Q. No problem. Was Efrain Cruz in your
21 set at Pierce and Spaulding?
22 A. Correct.
23 Q. What about his brother Justino Cruz?
24 A. I believe he was from Kimball and Wabansia.
25 Q. What about Macho, Santiago?

1 A. Kimball/Wabansia.
2 Q. How about Alfredo Gonzalez, what set
3 was he from?
4 A. Pierce and Spaulding.
5 Q. And how about Jeffrey Watts, who we
6 talked about earlier, do you remember what set he
7 was from?
8 A. Hold on. Give me a second. My phone got 5
9 percent power. I got to get the charger. Hold
10 on.
11     (Discussion off the record.)
12 Q. So I think I had just asked you when
13 your phone was low on battery about Jeffrey Watts,
14 otherwise known as Slick. Do you recall what set
15 he was from of the Latin Kings?
16 A. Pierce and Spaulding.
17 Q. And Pierce and Spaulding, was there a
18 general area that your Latin Kings at Pierce and
19 Spaulding controlled, around the corners of Pierce
20 and Spaulding?
21 A. No, that was just where we were from.
22 Q. Okay. And as far as your territory
23 or your turf, how far did that extend from that
24 corner?
25     MS. BONJEAN: I'm going to object to

1 the foundation of that question.
2 Q.  If you know, sir?
3 A.  The whole -- in Chicago, from the west side
4 of Humboldt Park is all Latin Kings, so you got a
5 big area of different sections of Latin Kings, but
6 it's all Latin Kings, so the area covers a lot of
7 ground.
8 Q.  And again, I'm specifically trying to
9 understand.  Maybe I'm not understanding.  But did
10 your set have a specific area that it controlled
11 that if other Latin Kings wanted to come into that
12 area, they had to make sure they got your
13 permission?
14    MS. BONJEAN: Objection.  Form and
15 foundation.
16 A.  Don't get it.  We're all the same thing.
17 It's not just because we're from a different
18 street.
19 Q.  Sir, you're on mute again.  I'm
20 sorry.  I missed your answer.  Can you please
21 repeat it?
22 A.  I said if you're a Latin king, you don't
23 got to ask permission to go into another Latin
24 King's area.
25 Q.  Okay.  I understand.  So the Latin

1 Kings basically, I think you said, controlled from
2 West Humboldt Park to where?
3 A.  West side of Humboldt Park to probably
4 Grand Avenue, which is I believe Garfield Park
5 after that.
6 Q.  And just so I understand, when you
7 say the west side of Humboldt Park, do you mean the
8 actual park or the neighborhood referred to as
9 Humboldt Park?
10 A.  The neighborhood itself referred to as
11 Humboldt Park.  Well, actually both, because we're
12 on the west side of the park, but it's the west
13 side of Humboldt Park.
14 Q.  And what did your set of Latin Kings
15 do to make money?
16    MS. BONJEAN: Objection.  Form,
17 foundation.
18 A.  I don't know.
19 Q.  Were there guys in your set who sold
20 drugs?
21 A.  Probably.
22 Q.  Did you sell drugs as a Latin King?
23 A.  I did.
24 Q.  What drugs did you sell, sir?
25    MS. BONJEAN: Objection.  What does

1 it matter what drugs he sold?
2    THE WITNESS: Thank you.
3 Q.  And, again, sir, if I could have your
4 answer?
5    MR. BRUEGGEN: I appreciate the
6 objection but...
7 A.  Marijuana, cocaine.  I went to jail for
8 selling controlled substance.
9 Q.  Was there a general location where
10 you sold drugs?
11 A.  No.
12 Q.  Are you aware whether other Latin
13 Kings from different sets also sold drugs?
14 A.  Probably.
15    MS. BONJEAN: Objection.
16 Q.  And, sir, basically what I'm trying
17 to get to is I'm trying to understand how would it
18 break up as to who could sell drugs in what
19 location within the Latin Kings?
20    MS. BONJEAN: Objection to the form
21 and foundation of the question.  If you
22 understand.
23 A.  On top -- I don't understand what selling
24 drugs has to do with the murder case.  The Latin
25 Kings, if they want to sell drugs, they can sell

1 it wherever they want to sell it.  They don't have
2 to ask anybody.  They don't have to go tell
3 somebody they going to go sell it.  They just go
4 and do it.
5 Q.  I understand that, sir.  And what I'm
6 getting as if you have a Latin King from your set
7 at Pierce and Spaulding, could he go sell drugs at
8 Wabansia and Kimball that was near Mr. Maysonet's
9 and Mr. Justino Cruz's set?
10 A.  Hold on.  I was muted.  I was getting a
11 phone call.  What was the question?
12 Q.  Yeah.  What I'm trying to understand
13 if you had a Latin King from your set at Pierce and
14 Spaulding, could he go sell drugs at Wabansia and
15 Kimball where Mr. Maysonet and Mr. Justino Cruz's
16 set was?
17 A.  Yeah, I don't see why not.
18 Q.  Would he need permission of
19 Mr. Maysonet and Justino Cruz and whoever was the
20 head of that set to sell drugs?
21 A.  No, no.
22 Q.  We've talked about Latin Kings, and
23 you said could sell drugs anywhere in the Latin
24 King territory?
25 A.  Hold on.  What was the question again?

1  Q.  I think you told us that Latin Kings
2  could sell drugs anywhere in the Latin King
3  territory; right?
4  A.  Yeah, if they want.
5  Q.  What if another gang came into Latin
6  King territory and tried to sell drugs, was that
7  acceptable?
8  A.  No.
9  Q.  And what would the Latin Kings do if
10  some other gang tried to come into their territory
11  and try to sell drugs?
12      MS. BONJEAN: I'm going to object to
13  the form of the question.  It's all hypothetical.
14  It's speculative.  It has no connection to the
15  case whatsoever, but you can answer to the extent
16  you understand the question.
17  A.  I don't know what they are capable of
18  doing.  I haven't been involved in the Kings since
19  '93.  I don't know what they would do now.  Back
20  then, they would just tell them to leave.
21  Q.  And what if the people from another
22  gang who were trying to sell drugs in Latin King
23  territory back in 1990 wouldn't leave?
24      MS. BONJEAN: Objection.  Form,
25  foundation.

1  A.  I don't know.  Then there might be
2  problems.  I guess they'll start fighting or --
3  they won't -- they wouldn't be able to sell there.
4  Q.  Were the Latin Kings protective of
5  their territory and other people from other gangs
6  coming into their territory?
7      MS. BONJEAN: Objection to the form
8  and foundation of that question.
9  A.  Um, I think so.
10  Q.  When you were a member of the Latin
11  Kings in 1990, would you consider the Latin Kings
12  to be a violent gang?
13      MS. BONJEAN: Objection to the form
14  and foundation of that question.
15  A.  Some of it was violent, yes.
16  Q.  And, sir, could you move your spoon
17  just out of picture.  It's blocking your face a
18  little bit.  Thank you very much.
19      What types of violence did you
20  witness or were you aware of as a Latin King in
21  1990?
22      MS. BONJEAN: Objection to the form
23  and foundation of that question.
24  A.  Well, just myself, I've been shot.
25  Q.  Were you -- strike that.

1      Do you know why you were shot?
2      MS. BONJEAN: Objection.  Form,
3  foundation.
4  A.  No.
5  Q.  Were you shot by a rival gang?
6  A.  Yes.
7  Q.  When did that happen, sir?
8  A.  '87 or '89.  '89.
9  Q.  While you were a Latin King, we'll
10  use from '87 to '91, were you aware of any Latin
11  Kings shooting other gangs?
12      MS. BONJEAN: Objection to form.
13  Foundation.
14  A.  No.
15  Q.  I'm sorry.  I didn't get your answer,
16  sir.  Can you say it again, please?
17  A.  No.
18  Q.  Earlier you told us you were friends
19  with Alfredo Gonzalez.  Am I remembering that
20  correctly?
21  A.  Hello?
22  Q.  Did you miss my question, sir?
23  A.  Yes, I did.  My phone is -- they're calling
24  me from work.  What was the question?
25  Q.  Yeah.  I believe earlier you told us

1  you were -- ready, sir?
2  A.  The question again?
3  Q.  No problem.  Earlier, I think you
4  told us you were friends with Alfredo Gonzalez;
5  right?
6  A.  Yes.
7  Q.  Were you guys good friends?
8  A.  Yes.
9  Q.  Had you grown up together?
10  A.  No.
11  Q.  How did you and Mr. Alfredo Gonzalez
12  become good friends?
13  A.  We were from the same section.
14  Q.  That's the same section of Latin
15  Kings?
16  A.  Yes.
17  Q.  And did I understand you correctly
18  that you and Mr. Gonzalez would hang out with Latin
19  Kings from the section up at Wabansia and Kimball?
20  A.  Yes.
21  Q.  Including you'd hang out with
22  Mr. Maysonet?
23  A.  Yes.
24  Q.  Did you hang out with Justino Cruz?
25  A.  Yes.

1  Q.  And I think you said Efrain Cruz was
2   from your section at Pierce and Spaulding; right?
3  A.  Yes.
4  Q.  And Efrain Cruz's little brother,
5   Justino Cruz, was from Wabansia and --
6      MS. BONJEAN: My god, you already
7   went through all this.  We're really going to go
8   through it all again?
9      MR. BRUEGGEN: Jennifer, I'm asking
10   my question to try to make sure it's clear.  I
11   want to make sure I have a clear record.  I'm
12   sorry if it's bothering you.
13      MS. BONJEAN: It's not bothering me.
14   It's just like let's not waste his time with
15   asking repeating questions.  Go ahead.
16  Q.  Sir, did you get my question, or do
17   you need me to rephrase it?
18  A.  Uh, rephrase it.
19  Q.  So we've clarified that you,
20   Mr. Gonzalez, and Mr. Cruz were from the Spaulding
21   and Pierce set; right?
22  A.  Correct.
23  Q.  And that Mr. Maysonet, Macho, and
24   Tino Cruz were from the set at Wabansia and
25   Kimball; right?

1  A.  Correct.
2  Q.  And did those three groups of guys
3   from each set, did you guys hang out together?
4  A.  Yes.
5  Q.  And where would you hang out?
6      MS. BONJEAN: Objection.
7  A.  Pierce and Kedzie, Kimball, North Avenue,
8   we hung out all around the area.
9  Q.  Sir, I wanted to talk to you about
10   your affidavit that you signed.
11      Do you remember it was put up on the
12   screen for you to look at?
13  A.  Go ahead.
14  Q.  I wanted to ask you about your
15   affidavit.  Do you remember that was put up on the
16   screen?
17  A.  Yes.
18  Q.  Sir, I wanted to ask you who were you
19   talking to when you signed that affidavit?  Or
20   strike that.  Let me ask a better question.
21      Who asked you to sign that affidavit?
22      MS. BONJEAN: Objection to form.
23  A.  I believe they were interns for Wrongfully
24   Conviction in Chicago.
25  Q.  Do you know who the interns were

1   working for?
2  A.  Excuse me?
3  Q.  Do you know who the interns were
4   working on behalf of?
5  A.  I think the Center for the Wrongfully
6   Convicted.
7  Q.  And that was a poor question.  I'm
8   sorry.  Do you know the person that they were
9   investigating who was allegedly wrongfully
10   convicted?
11  A.  Alfredo Gonzalez.
12  Q.  Sir, at the time when Mr. Gonzalez
13   and Mr. Maysonet and Justino Cruz were -- strike
14   that.
15      You were aware that Mr. Gonzalez and
16   Mr. Maysonet and Justino Cruz were arrested for the
17   crime of the double homicide for the two black
18   youths on North Avenue?
19      MS. BONJEAN: I'm going to object to
20   the form of the question.  I'm going to object to
21   the use of the word youths, seeing as how they
22   were grown men, but they weren't teenagers.  That
23   misstates the evidence so...
24  Q.  Let me rephrase the question.  You
25   were aware that Mr. Maysonet, Mr. Gonzalez, and

1   Justino Cruz had been arrested for the murders of
2   two black men on North Avenue; right?
3  A.  Yes.
4  Q.  And you were aware that they were
5   arrested at -- around the time that they were
6   arrested; right?
7      MS. BONJEAN: Objection to the form.
8  A.  What was your question?  I was aware about
9   the time of what?
10  Q.  When did you learn that they were
11   arrested?  Was it months later, or was it around
12   the time that they were actually arrested?
13  A.  I don't recall.  I think it was shortly
14   after, shortly after I was -- I had my incident at
15   the police.
16  Q.  I'm sorry.  Sir, you cut out.  Can
17   you finish your answer, please?
18  A.  Yeah, I think it was within a couple months
19   after I had my incident at Grand and Central.
20  Q.  And, sir, did you learn of their
21   arrests within a couple of days of when they were
22   arrested?
23      MS. BONJEAN: Objection.
24  A.  Did I learn what?  What was that?
25      MR. BRUEGGEN: I'm sorry.  I didn't

1   hear either the objection or --
2   A.  I didn't hear what you were saying.
3   Q.  I was asking if you learned of the
4   arrest of Mr. Maysonet, Mr. Gonzalez, and Mr. Cruz
5   within a couple of days of when they were arrested
6   for the double homicide?
7   A.  Yes.
8   Q.  After your incident with the police
9   when you were arrested that you told us about and
10  put in the lineups, okay, are you following me so
11  far, sir?
12  A.  Um-hum.
13  Q.  Yes.  Did you talk to Mr. Maysonet,
14  Mr. Gonzalez, or Justino Cruz about what happened
15  to you?
16  A.  No.
17      MS. BONJEAN: Object to form.
18  Q.  After Mr. Maysonet, Mr. Gonzalez, and
19  Mr. Justino Cruz were arrested, did you ever speak
20  to their attorneys about what had happened to you?
21      MR. BRUEGGEN: Objection to the form,
22  foundation.
23  A.  No.
24  Q.  Why not, sir?
25      MS. BONJEAN: Objection to the form,

1   foundation of that question.
2   A.  I was never asked.
3   Q.  Did you think that information might
4   be beneficial to their defense of the double
5   murder?
6       MS. BONJEAN: Objection to the form.
7   Foundation.
8   A.  No, not to my knowledge.  Probably if I
9   would have been asked to testify, I probably would
10  have.  But, again, Efrain Cruz, Efrain and Justino
11  are the nephews of Alfredo Gonzalez, so I don't
12  know why they never asked Efrain Cruz to testify.
13  Q.  Mr. Veras, how many times did you
14  meet with the interns before you signed your
15  affidavit?  Did we lose him?
16      MS. BONJEAN: He looks frozen.
17      (Connectivity issues.)
18      MS. BONJEAN: There we go.
19  Q.  You just froze.  So let me repeat the
20  question.  How many times did you meet with the
21  interns before you signed the affidavit that we
22  marked as Exhibit 4?
23      (Connectivity issues.)
24      MR. BRUEGGEN: I think he's doing
25  this on purpose.  I'm taking a little offense.

1       MS. BONJEAN: Can you hear us,
2   Mr. Veras?
3       MS. CARNEY: Maybe we lost him this
4   time.
5       MR. BRUEGGEN: Jennifer, do you know
6   if he's using a cell signal or WiFi?
7       MS. BONJEAN: He's gone completely
8   now.  He said he would come back on, so I would
9   just wait.  Believe it or not, I have no
10  information.  This is the first time I've spoken
11  to the man really, other than to confirm the dep.
12  I don't know what provider he uses.  I don't know.
13  I don't know anything.
14      MR. BRUEGGEN: We can go off the
15  record right now until we get Mr. Veras back on.
16      THE VIDEOGRAPHER: The time is 1:33
17  p.m.  Off the record.
18      (Off the record.)
19      THE VIDEOGRAPHER: The time is 2:03
20  p.m.  Back on the record.
21      BY MR. BRUEGGEN:
22  Q.  Mr. Veras, are you ready to go?
23  A.  Sure, I am.
24  Q.  Again, I will try to move quickly.
25  So when we had that break, I had asked you about

1   the affidavit that was marked as Exhibit 4.  Do you
2   remember that, sir?
3   A.  Yes.
4   Q.  And I was asking you specifically,
5   you told us it was created meeting with interns?
6   A.  I believe that's what they told me that
7   they were, interns for the Wrongfully -- Center
8   for the Wrongfully Conviction.
9   Q.  How many times did you meet with the
10  interns before you executed your affidavit?
11  A.  Before?  I just met with them twice.
12  Q.  Do you remember when you met with
13  them the first time?
14  A.  No.
15  Q.  Do you remember how many months or
16  years before you signed your affidavit that you met
17  with them the first time?
18  A.  It was within weeks of the first meeting to
19  the second meeting.
20  Q.  Did you sign the affidavit at that
21  second meeting?
22  A.  I did.  The first meeting I wrote it up, or
23  they took my statement, and then the second
24  meeting is when I signed it.
25  Q.  Did the interns reach out to you, or

1  did you reach out to them about giving a statement?
2  A.  They reached out to me.
3  Q.  And what did they tell you when they
4  reached out to you?
5  A.  That they wanted to give -- they asked me
6  about a Alfredo and what happened, was I arrested
7  for that --
8      (Reporter requested clarification.)
9  A.  Alfredo Gonzalez, and if I was arrested and
10  behind his case, and I said yes, and then they set
11  up a time to meet with me.
12  Q.  When you met with them that first
13  time, did they show you any documents?
14  A.  No.
15  Q.  When you met with them the second
16  time, did they show you any documents?
17  A.  My affidavit.
18  Q.  And the affidavit that you signed,
19  did you see any other previous versions of your
20  affidavit that you made changes to?
21  A.  Well, the first one that I gave them, they
22  were writing it up, and I did tell them because
23  they had -- they had Spunkey's restaurant as a
24  Chinese restaurant, and I told them that that
25  wasn't correct, that it wasn't a Chinese

1  restaurant, and they might have changed it to the
2  affidavit as a Chinese restaurant.
3  Q.  Were there any other changes or edits
4  that you needed to make to the first affidavit that
5  you saw?
6  A.  Not that I'm aware of, no.
7  Q.  Sir, did they tell you why they
8  wanted an affidavit from you?
9  A.  For --
10      (Reporter requested clarification.)
11      (Question read back as follows:
12      (QUESTION: Sir, did they tell you
13  why they wanted an affidavit from you?
14  A.  Yes, for Alfredo Gonzalez, because he was
15  wrongfully convicted, and they were helping him.
16  Q.  Did they tell you why they believed
17  Mr. Gonzalez was wrongfully convicted?
18  A.  No, not at the time.  I guess they had
19  found out that I was pointed out of the lineup.
20  Q.  Did they ever tell you how they got
21  your name?
22  A.  No.
23  Q.  Sir, after executing the affidavit
24  that was Exhibit 4, did you ever meet with an
25  attorney by the name of Brendan Shiller?

1  A.  No.
2  Q.  Do you know who Mr. Gonzalez's
3  attorney was at the time?
4  A.  No.
5  Q.  Sir, I have a couple questions to
6  make sure I fully understand some of the things
7  from your affidavit, and if you need to see it, let
8  me know, but I think you told us earlier that the
9  officer you called Red was one of the officers who
10  arrested you.  Did I understand you correctly?
11      MS. BONJEAN: Objection to the
12  form -- I mean the foundation.
13  A.  Correct.
14  Q.  Sir, in the affidavit, you state that
15  it was weeks after the night you were arrested at
16  Spunkey's that you were brought back in, and I
17  wanted to ask --
18  A.  Yes, I believe so.
19  Q.  And by weeks, would that have been in
20  June of 1990 when you were brought back in and
21  questioned and put in the lineups?
22  A.  Yeah, I would believe so.  That sounds
23  about accurate.
24  Q.  And then just going to the timeline
25  after the visitation for Macho on the 24th, I think

1  you told us that that visitation ended at
2  9 o'clock; right?
3  A.  Correct.
4  Q.  And then after that, did you guys go
5  to Spunkey's?
6  A.  Yes.
7  Q.  And Spunkey's, is it a restaurant?
8  A.  It is.  It's a fast food restaurant.
9  Q.  Do you have -- strike that.
10      Can you tell us how long after you
11  left the visitation that you were arrested by the
12  police?
13  A.  Probably within an hour, I would guess.
14  Q.  Were you arrested inside Spunkey's --
15  strike that.  Let me ask a better question.
16      Does Spunky's have like an indoor
17  seating area?
18  A.  No.  It's a standup restaurant with a
19  counter, and I was arrested inside Spunkey's.
20  Q.  Where is Spunkey's located?
21  A.  It was located on North Avenue and Kimball.
22  It's no longer there.
23  Q.  Sir, I think you told us before that
24  getting arrested at Spunkey's was important because
25  you were in custody at the time of the double

1 murder; right?
2 A.  Correct.
3 Q.  So since you were in custody, is it
4 fair to say that you have no firsthand knowledge
5 about who committed the double homicide on North
6 Avenue?
7 A.  Correct.
8 Q.  And so you have no firsthand
9 knowledge about what Mr. Maysonet was doing at the
10 time of the double homicide on North Avenue?
11 A.  Correct.
12 Q.  And you have no knowledge about what
13 Mr. Gonzalez was doing at the time of the double
14 homicide on North Avenue?
15 A.  Correct.
16 Q.  And no knowledge about what
17 Mr. Justino Cruz was doing at the time of the
18 double homicide on North Avenue?
19 A.  Correct.
20 Q.  Sir, in the summer of 1990, was there
21 a gang beef or a dispute between the Latin Kings
22 and the YLODs?
23     MS. BONJEAN: Objection.  Foundation.
24 A.  Well, they're oppositions, so I would guess
25 it was going on.  I guess there was.

1 Q.  Do you recall if the YLO Disciples
2 were trying to move west into the Latin King
3 territory in the summer of 1990?
4     MS. BONJEAN: I'm going to object to
5 the form of this question.  What could this
6 possibly have to do with anything?
7 Q.  Sir, if you know?
8 A.  No.
9 Q.  Sir, did anything else happen when
10 you were at the police station for the lineups
11 that's not set forth in your affidavit or that you
12 told us about today?
13 A.  Not that I'm aware of, not that I remember.
14 Nothing out of the ordinary happened.  You just
15 sit there and wait.
16 Q.  And, sir, the Latin Kings, were Latin
17 Kings allowed to snitch on other Latin Kings to the
18 police?
19     MS. BONJEAN: Objection to the form
20 of that question, the foundation of that question.
21 Allowed, snitch, all those words.
22 Q.  Sir, did you understand my question,
23 or would you like me to rephrase it?
24 A.  No, I understand it, and the answer is no.
25 Q.  What would happen if a Latin King

1 snitched on another Latin King?
2 A.  It depends who he snitched on and what the
3 person he snitched on does to him.
4 Q.  Sir, were you aware whether Justino
5 Cruz became a witness for the state against his
6 uncle Alfredo Gonzalez?
7 A.  Yes.
8 Q.  You were aware of that?
9 A.  Yes.
10 Q.  And, sir, do you recall the names of
11 any other police officers or detectives that you
12 interacted with other than who you've told us about
13 tonight -- strike that.  Let me start over.
14     Do you recall the names of any other
15 police detectives or police officers who you
16 interacted with either on the night of your arrest
17 on the 24th into the 25th or on your subsequent
18 arrest where you sat in the lineups?
19 A.  No, just the ones that were mentioned.
20 Q.  Sir, prior to 1990, you had been
21 arrested on several occasions for various crimes;
22 is that right?
23 A.  Yes.
24 Q.  And you had, in fact, pled guilty to
25 at least one UUW; is that right?

1 A.  Yes.
2 Q.  Did you possess a gun prior to 1990?
3     MS. BONJEAN: Objection, foundation
4 and form.  Wait, hold on a second.  Stop.  Give me
5 one second.  I'm going to -- I'm sorry.  Can you
6 repeat that question back again?
7     (Question read back as follows:
8     (QUESTION: Did you possess a gun
9 prior to 1990?)
10     MS. BONJEAN: I'm going to continue
11 to object to the form and foundation of that
12 question, and I'm not sure if that implicates any
13 Fifth Amendment rights.  It probably doesn't, but
14 I'm just going to object.
15     Mr. Veras, you can answer that
16 question, you know, if you feel comfortable doing
17 so, or if you do not, you have the right to
18 consult with counsel about those types of
19 questions.
20 A.  Yeah, I'll go with that.
21 Q.  Go with what, sir?
22 A.  Not answering the question.
23 Q.  Are you refusing to answer my
24 question about whether you possessed a gun prior to
25 1990?

1 A.  I was arrested for a gun, but I don't
2  recall being in possession of a gun, if that makes
3  sense.
4 Q.  Yes and no.  So let me ask was there
5  a reason -- strike that.
6     You were arrested for possession of a
7  gun, and you actually pled guilty to that; right?
8 A.  Correct.
9 Q.  And can you tell me the circumstances
10  of that arrest?
11 A.  I don't understand the question.  What do
12  you mean the circumstances to that arrest?
13 Q.  I'm asking you, you pled guilty to
14  possession of a gun, but you're also telling me
15  that it wasn't your gun, so were you arrested when
16  you were in a car, and there was a gun in the car?
17  What was the situation, sir?
18 A.  I don't recall.  I think we were hanging
19  out, and they found a gun.
20 Q.  Who were you hanging out with; do you
21  recall?
22 A.  No, that was many years ago.
23 Q.  Was the gun one of the other people
24  you were hanging out with, was it their gun?
25 A.  I don't know.

1     MS. BONJEAN: I'm going to object to
2  all this line of questioning about a gun case from
3  the '80s.  And, you know, if you're suggesting it
4  had some connection to this, I just don't get it.
5  It's just harassing.
6     MR. BRUEGGEN: I understand,
7  Jennifer.
8 Q.  Sir, when you were a member of the
9  Latin Kings, were you aware of whether any Latin
10  Kings carried firearms?
11     MS. BONJEAN: Objection.  Form,
12  foundation.
13 Q.  I'm sorry.  I didn't get your answer?
14 A.  I said no.
15     MR. BRUEGGEN: Mr. Veras, those are
16  all the questions I have for you.  Thank you very
17  much for your time and for being patient with our
18  technological issues.
19     THE WITNESS: Thank you.
20     MS. CARNEY: This is Theresa from the
21  city.  I don't have any questions.  Thank you,
22  Mr. Veras.
23     MR. ZIBOLSKI: This is Kevin.  I
24  don't have any questions either.
25     MS. CHOI: This is Esther for

1  Defendant DiFranco, and no questions at this time.
2     REDIRECT EXAMINATION BY MS. BONJEAN:
3 Q.  I just have one question.  Mr. Veras,
4  have you spoken to Efrain Cruz recently?
5 A.  No, not for a few years.
6 Q.  Okay.  Do you happen to know where
7  he's living these days?  Is he in Chicago still?
8 A.  Um, I think he's in Chicago, but I really
9  don't know where he lives at, or I haven't seen or
10  heard of him.
11 Q.  Okay.
12 A.  I had him as a Facebook friend, but he's
13  never on.
14     MS. BONJEAN: Okay.  Very good.
15  Thank you, Mr. Veras.  I have no further
16  questions.  And unless anyone --
17     MR. BRUEGGEN: I don't have any
18  follow-up.  Signature?  Jennifer, you want to
19  explain it.
20     MS. BONJEAN: Oh, sure.  Mr. Veras,
21  you have the right to review your deposition
22  prior -- you have the right to review your
23  deposition and sign it to make sure that they got
24  all of your answers, the court reporter got all
25  your answers down correctly.  You can't change

1  your answers, but if, for instance, the court
2  reporter got something, she heard something wrong
3  or something like that, you can check it for
4  accuracy like that, that is your right, or you can
5  waive that, if you're not concerned and you don't
6  have a worry about it.  It's up to you.
7     THE WITNESS: Would I still get a
8  copy of it?
9     MS. BONJEAN: You can get a copy of
10  your deposition, yes.  We're going to get a copy
11  of your deposition either way, so we'll be happy
12  to provide you with one.
13     THE WITNESS: Okay.
14     MS. BONJEAN: Okay.  So waive
15  signature, and we will take a copy, Audrey.
16     MR. BRUEGGEN: And, Audrey, I'll take
17  an electronic copy, PDF, eTran, whatever you
18  normally send, and the exhibits as attachments,
19  PDF attachments.
20     MS. CHOI: No copy for Hinshaw at
21  this time.
22     MS. BONJEAN: Okay.  I think we're
23  finished here today.
24     THE VIDEOGRAPHER: The time is 2:21
25  p.m.  This concludes the deposition.  Off the

Page 125

1  record.
2     (Concluded at 2:21 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 126

1          CERTIFICATE OF OFFICER
2
3        I CERTIFY that the foregoing is a true and
4  accurate transcript of the testimony and
5  proceedings as reported stenographically by me at
6  the time, place and on the date as hereinbefore
7  set forth.
8
9        I DO FURTHER CERTIFY that I am neither a
10  relative nor employee nor attorney or counsel of
11  any of the parties to this action, and that I am
12  neither a relative nor employee of such attorney
13  or counsel, and that I am not financially
14  interested in the action.
15
16
17
18  AUDREY ZABAWA, C.C.R.
    Certificate No. XI01410
19
20
21
22
23
24
25

# A

**able (5)**
25:21;30:14;39:19;
88:19;102:3
**acceptable (1)**
101:7
**accident (3)**
89:17,19;90:8
**accompanied (1)**
50:9
**according (1)**
40:19
**accuracy (1)**
124:4
**accurate (1)**
115:23
**action (1)**
35:7
**activity (1)**
86:14
**actual (1)**
98:8
**actually (8)**
31:16;70:8;71:7;
80:19;87:12;98:11;
108:12;121:7
**address (1)**
11:13
**addressed (1)**
94:15
**Adidas (3)**
26:2,4,12
**affidavit (34)**
38:2,7,10,25;40:19;
46:13,18;52:17;57:7;
58:16;60:20;92:4,9;
106:10,15,19,21;
110:15,21;112:1,10,
16,20;113:17,18,20;
114:2,4,8,13,23;
115:7,14;118:11
**affiliation (1)**
74:8
**affiliations (1)**
74:12
**African (1)**
73:12
**afternoon (1)**
80:16
**Afterwards (1)**
72:8
**again (37)**
8:24;12:15,16;22:2;
27:23,24;42:4;45:25;
46:16;52:11;56:18,
21;57:1,11,12,17,19,
22;58:4;66:13;67:2;
69:12;79:18;86:22;
87:22;91:18,19;97:8,
19;99:3;100:25;
103:16;104:2;105:8;
110:10;111:24;120:6
**against (5)**
36:16;62:7;63:19;
91:1;119:5
**ago (3)**
89:21,23;121:22
**agree (3)**
23:16;31:14,15
**agreed (1)**
5:9
**ahead (12)**
8:3;20:25;36:22;
63:5;66:21;71:2;
72:20;73:7;74:1;
77:10;105:15;106:13
**al (1)**
5:5
**alerted (1)**
91:20
**Alfredo (19)**
11:25;38:8;72:9,21;
76:9;79:20;80:24;
81:23;83:12;96:2;
103:19;104:4,11;
107:11;110:11;113:6,
9;114:14;119:6
**Alfredo's (1)**
82:3
**alive (1)**
65:10
**allegedly (3)**
64:6;66:2;107:9
**allowed (2)**
118:17,21
**all-too-frequent (1)**
31:13
**almost (1)**
66:25
**alone (2)**
59:1,3
**along (4)**
45:20;46:19;54:21;
88:21
**always (3)**
24:4;84:12,13
**Amendment (1)**
120:13
**American (1)**
73:12
**amongst (1)**
15:6
**amped (1)**
66:24
**Andersen (6)**
16:18,19;18:3,8;
19:17;23:11
**anniversary (2)**
15:20,23
**anyways (1)**
49:18
**apart (2)**
73:10;86:10
**apartment (2)**

10:24;11:18
**apologize (2)**
10:15;70:17
**apologized (4)**
70:20,25;71:3,6
**appear (1)**
5:11
**appearances (1)**
5:15
**appears (3)**
21:16;28:8;38:7
**apply (2)**
7:10,11
**appreciate (2)**
87:16;99:5
**area (25)**
10:10,18,23;24:9;
35:3;41:20;42:19,21;
45:15;50:10;51:25;
72:25;74:19,23;
75:20;85:10;94:1;
96:18;97:5,6,10,12,
24;106:8;116:17
**areas (3)**
10:10;95:4,5
**Armitage (1)**
10:9
**around (12)**
24:8;31:24;32:10;
34:5;41:8;45:4;50:25;
88:10;96:19;106:8;
108:5,11
**arranged (1)**
16:12
**arrest (9)**
45:21;68:6;69:9;
87:6;109:4;119:16,
18;121:10,12
**arrested (56)**
33:25;34:13,15,16,
17,18;35:9;36:3;
41:16,19;42:1,2;
45:10,14;46:2,6,10,
13,18,20;47:2;49:25;
54:22;64:1;67:12;
72:9,10,12,16;73:1;
75:9,16;79:9;85:11;
107:16;108:1,5,6,11,
12,22;109:5,9,19;
113:6,9;115:10,15;
116:11,14,19,24;
119:21;121:1,6,15
**arresting (1)**
35:4
**arrests (2)**
79:3;108:21
**Ashley (2)**
5:23;91:11
**assign (1)**
54:16
**assisting (1)**
5:22
**associated (1)**

42:20
**assume (1)**
15:9
**assumed (1)**
39:6
**Assumes (1)**
45:23
**assuming (2)**
46:5;50:8
**attachments (2)**
124:18,19
**attend (4)**
16:1;19:23;20:20;
22:20
**attended (1)**
16:5
**attending (1)**
19:3
**attention (3)**
31:25;81:17;88:25
**attorney (2)**
114:25;115:3
**attorneys (5)**
7:24;87:18;90:16,
17;109:20
**Audrey (4)**
6:11;62:1;124:15,
16
**August (5)**
13:11;81:18,21;
82:23;83:3
**Avenue (20)**
10:8,9;16:20;32:10,
15,23;33:3;34:20;
39:4;47:4;67:7;98:4;
106:7;107:18;108:2;
116:21;117:6,10,14,
18
**avoid (1)**
44:24
**aware (19)**
45:2;69:7,13,21;
70:2;74:7;92:14;
99:12;102:20;103:10;
107:15,25;108:4,8;
114:6;118:13;119:4,
8;122:9
**away (3)**
64:4,11;65:12

# B

**back (36)**
11:6,25;12:9,16;
13:7,23;14:25;21:12,
24;25:7;28:19;29:1;
38:21;40:22;42:7,25;
44:15;50:10;54:19;
58:23;61:8;71:9;
79:24;80:3;81:15;
88:16;101:19,23;
111:8,15,20;114:11;
115:16,20;120:6,7

**background (1)**
28:9
**bad (1)**
69:2
**based (1)**
73:22
**basement (1)**
11:18
**Basically (4)**
94:22,23;98:1;
99:16
**basis (2)**
50:6;58:11
**Bates (7)**
17:2;18:16;21:9;
24:23;29:24;30:3;
38:4
**bathroom (1)**
78:24
**battery (1)**
96:13
**Bear (1)**
78:23
**became (1)**
119:5
**become (1)**
104:12
**beef (1)**
117:21
**beginning (1)**
77:16
**behalf (4)**
6:5,7,9;107:4
**behind (3)**
26:12;87:8;113:10
**belabor (1)**
6:24
**belief (1)**
56:10
**bell (1)**
43:6
**Bella (4)**
69:15;70:2;80:5,7
**beneficial (1)**
110:4
**best (2)**
51:19;65:10
**better (3)**
86:18;106:20;
116:15
**biddings (1)**
9:24
**big (3)**
10:10,18;97:5
**bit (4)**
25:6;30:5;41:10;
102:18
**black (24)**
32:9,22;33:2;34:19;
40:23;60:3,21;61:21;
64:4;65:5,6;73:3,16,
24;76:6,8,14;77:8,13,
19,24;83:23;107:17;

108:2
**blank (1)**
90:11
**blocking (1)**
102:17
**blue (1)**
29:1
**body (5)**
19:10,11,13;30:8,
11
**BONJEAN (71)**
5:17,18;6:16;17:4,
11,16;18:19;21:5;
25:5;27:6,10;28:13;
29:9,23;31:9;37:23;
38:1;40:12;61:25;
69:1;76:18,23;87:16,
21;88:9;91:4,7;92:4;
94:6;95:7;96:25;
97:14;98:16,25;
99:15,20;101:12,24;
102:7,13,22;103:2,12;
105:6,13;106:6,22;
107:19;108:7,23;
109:17,25;110:6,16,
18;111:1,7;115:11;
117:23;118:4,19;
120:3,10;122:1,11;
123:2,14,20;124:9,14,
22
**B-O-N-J-E-A-N (1)**
5:19
**born (2)**
9:9;11:4
**both (7)**
19:4,5;23:25;39:6;
74:23;75:2;98:11
**bothering (2)**
105:12,13
**bottom (1)**
23:11
**boundaries (1)**
10:7
**bouquet (1)**
27:17
**break (13)**
8:19,21;25:1;37:15,
20;78:24;88:1,4,6,14,
19;99:18;111:25
**Brendan (1)**
114:25
**bring (1)**
22:20
**broken (1)**
20:17
**brother (2)**
95:23;105:4
**brothers (2)**
12:24;73:15
**brought (10)**
36:3;51:18;52:2,8;
53:22,23;75:19;
80:19;115:16,20

**BRUEGGEN (80)**
5:25;6:1;18:15;
20:3,7,24;24:13;
34:24;35:23;36:8,21;
37:13;40:7;41:22;
43:22;44:2,17;45:22;
46:15,21;48:5;49:2,
22;50:1;51:3;52:16;
55:13;56:7;58:7,14,
20;60:25;62:10,15,
23;63:20;64:12,20;
65:19;66:15;68:24;
69:10,16,24;70:4;
73:4,7,17,25;74:9,13,
24;75:11;76:16,21;
77:9;78:9,14,18;
79:15;81:1,9;82:1;
83:2;87:22,24;88:5,
17;99:5;105:9;
108:25;109:21;
110:24;111:5,14,21;
122:6,15;123:17;
124:16
**building (4)**
11:1,2,19;87:13
**bunch (1)**
34:14
**burial (4)**
16:2;23:13;41:6,11
**buried (1)**
25:17
**bury (1)**
22:18
**busy (1)**
15:22

## C

**call (13)**
11:17;22:7,21;
24:22;29:3;35:2;
37:22;54:17;65:2,4;
82:6;9;100:11
**called (6)**
6:13;33:23;65:6;
94:25;95:1;115:9
**calling (1)**
103:23
**came (11)**
39:8;40:22;66:12,
12,21,23;70:25;71:3,
8;77:23;101:5
**can (65)**
7:14,20,23;8:23;
10:6;15:16;16:7,15;
17:4,6,17;18:7;21:1,5,
24;22:2,5,12,20;
24:21;25:5,6,24;
26:13;27:11;28:21,
23,23;30:4,5;31:9;
38:1,14,22;41:25;
44:18;45:24;46:23;
49:4;51:19;62:16;

66:21;71:4;88:22;
89:15,25;92:20;93:1,
17;94:23;95:8;97:20;
99:25;101:15;103:16;
108:16;111:1,14;
116:10;120:5,15;
121:9;124:3,4,9
**cap (1)**
28:10
**capable (1)**
101:17
**caption (1)**
38:7
**car (17)**
15:21;50:13,16,16,
21;51:8,12;84:11,12,
13,15;85:7;89:17,19;
90:8;121:16,16
**card (10)**
17:5,12,17;21:6,13,
16;22:7,7,13,24
**cards (2)**
21:14;22:14
**CARNEY (4)**
6:4,5;111:3;122:20
**carried (1)**
122:10
**Case (15)**
5:8;68:5;72:19;
77:14;87:3;89:8,10,
16,25;91:5;92:1;
99:24;101:15;113:10;
122:2
**cash (2)**
93:24,25
**casket (3)**
30:21,24;31:6
**catch (1)**
95:14
**Catholic (2)**
22:12;30:25
**cell (1)**
111:6
**cemetery (3)**
25:15;28:17;29:20
**Center (2)**
107:5;112:7
**Central (11)**
42:22;51:17,19;
52:1,2,8;69:4;74:15;
79:2,8;108:19
**certain (2)**
7:25;94:1
**certificate (1)**
93:13
**certified (1)**
6:10
**chance (1)**
64:2
**change (1)**
123:25
**changed (1)**
114:1

**changes (2)**
113:20;114:3
**charge (2)**
61:18;64:5
**charged (7)**
35:6;65:18;67:3;
72:11;76:13,15,19
**charger (1)**
96:9
**check (1)**
124:3
**Chicago (12)**
6:3,5;9:13,25;10:4,
9;11:4;90:12;97:3;
106:24;123:7,8
**Chicky (1)**
29:3
**Chinese (2)**
113:24,25;114:2
**CHOI (4)**
6:8,9;122:25;
124:20
**Christ (1)**
22:16
**Christopher (14)**
13:1;14:5;76:12,19;
77:1;80:25;81:4,7,23;
82:12,20;83:15;
84:25;85:1
**Church (1)**
19:21
**cigarettes (1)**
71:11
**circumstances (2)**
121:9,12
**Cisco (2)**
9:4;82:8
**C-I-S-C-O (1)**
9:5
**City (5)**
6:2,5;9:12;94:2;
122:21
**clarification (2)**
113:8;114:10
**clarified (1)**
105:19
**clear (6)**
7:20;20:8;46:4;
58:9;105:10,11
**click (1)**
21:19
**clicked (4)**
67:8,10,11,15
**close (5)**
15:23;20:1,12;24:4;
41:23
**cocaine (1)**
99:7
**Cohen (4)**
5:23;91:10,11,11
**C-O-H-E-N (1)**
5:24
**combined (1)**

95:3
**comfortable (1)**
120:16
**coming (4)**
49:7;90:11;92:23;
102:6
**comment (1)**
68:3
**commit (1)**
24:10;52:14
**committed (5)**
15:4;27:15;37:18;
67:23;117:5
**common (2)**
31:16;74:11
**communicate (1)**
40:20
**community (1)**
36:19
**company (10)**
9:17,22,24;89:17,
20;90:20;91:1;93:20,
21;94:2
**comparing (1)**
46:1
**complected (2)**
28:9;65:8
**completed (2)**
93:2,8
**completely (1)**
111:7
**complexion (2)**
39:25;77:3
**Compound (1)**
37:14
**concerned (1)**
124:5
**concluded (2)**
24:6;125:2
**concludes (1)**
124:25
**conclusion (1)**
55:18
**conduct (1)**
35:8
**confirm (2)**
22:5;111:11
**confirmed (3)**
55:15;71:1,15
**connection (8)**
15:3;16:2;22:25;
59:24;66:8;78:12;
101:14;122:4
**Connectivity (1)**
110:17,23
**consider (7)**
10:7;12:8,15;14:17;
20:11;34:21;102:11
**consult (1)**
120:18
**contact (2)**
44:24;84:18,23;
85:1

**context (1)**
32:4
**continue (2)**
38:23;120:10
**controlled (5)**
87:1;96:19;97:10;
98:1;99:8
**conversation (3)**
7:18;61:22;68:8
**conversations (2)**
85:24;86:8
**convicted (5)**
92:25;107:6,10;
114:15,17
**Conviction (2)**
106:24;112:8
**Cook (4)**
75:16,18,23;94:3
**Coolbaugh (4)**
5:21;17:6,14;37:25
**C-O-O-L-B-A-U-G-H (1)**
5:21
**copy (7)**
92:4;124:8,9,10,15,
17,20
**corner (2)**
10:19;96:24
**corners (1)**
96:19
**Correctional (1)**
79:20
**correctly (5)**
94:13;103:20;
104:17;115:10;
123:25
**counsel (4)**
5:9,14;6:12;120:18
**counter (1)**
116:19
**County (4)**
75:16,19,23;94:3
**couple (6)**
28:21;79:22;
108:18,21;109:5;
115:5
**Court (7)**
5:6,10;6:11;7:19;
62:2;123:24;124:1
**courtroom (1)**
90:14
**covers (1)**
97:6
**created (1)**
112:5
**crew (1)**
73:2
**crime (3)**
52:14;59:23;107:17
**crimes (1)**
119:21
**CROSS-EXAMINATION (1)**
88:17
**Cruz (72)**

12:12,13,20,22,23;
13:22,22;14:19,19;
20:10,10;25:23;28:1;
33:25;36:4;41:19;
45:20;46:14,19;47:1,
5,20;50:9;51:8,16;
53:19;54:6,21,25;
57:23;61:11,15;62:7;
63:1,18,23;65:16,16,
24;72:9;74:16;80:25;
81:24,24;82:6,9;83:9,
18,25;84:18;95:10,13,
16,20,23;100:19;
104:24;105:1,5,20,24;
107:13,16;108:1;
109:4,14,19;110:10,
12;117:17;119:5;
123:4
**Cruz's (7)**
50:18,22,24;51:14;
100:9,15;105:4
**currently (1)**
9:12
**cursing (1)**
67:19
**custody (13)**
33:5;61:13;69:3;
71:16;75:10,12,18,23;
76:2;79:7,11;116:25;
117:3
**cut (3)**
42:12;61:24;108:16

### D

**daily (1)**
93:24
**dark (2)**
76:10;77:14
**dark-complected (1)**
76:6
**darker (2)**
28:9;65:8
**darker-complected (2)**
77:2,7
**date (6)**
16:22;33:12,13;
38:15;46:6;80:12
**Dave (3)**
6:1;76:20;87:23
**day (7)**
32:4;34:15;35:15;
45:1,12;47:9;67:20
**days (7)**
79:10;80:14,19,20;
108:21;109:5;123:7
**dead (3)**
60:21;61:21;67:5
**deal (2)**
8:15;15:25
**death (6)**
15:23;19:14;23:1;
34:5;36:7,18

**deceased (2)**
18:21;19:10
**defendant (5)**
6:2,7,9;87:24;123:1
**defense (1)**
110:4
**definitely (2)**
10:14;44:13
**dep (2)**
89:15;111:11
**depends (1)**
119:2
**depicted (3)**
28:16;29:14;30:6
**depicts (1)**
27:14
**deposition (25)**
5:4,8;6:20;7:3,11,
24;8:4,18;89:5,18,24;
90:4,6,19,23;91:3,17,
21,22,25;123:21,23;
124:10,11,25
**depositions (2)**
89:7,10
**describe (3)**
15:17;28:24;43:2
**description (1)**
22:16
**Detective (71)**
41:19;42:2,6,13,16,
17,24;45:14,19;46:6,
18;47:1,17,19;48:2,
10,24;49:10;50:9,16,
20;51:1,7,11,15;52:2;
54:22;58:10;59:12,
15,15,16,17,21;60:6,
20;61:3,20;62:6,13,
18,20;63:4,22;64:15;
65:14;66:9,20;67:15,
22,25;68:1,2,14;
70:12,14,23;71:8,14,
18,20,25;73:1;75:20;
77:25;78:2;79:3;
85:11,25;86:3,4
**detectives (9)**
58:18;59:10;60:16;
75:9;77:6;86:4,9;
119:11,15
**determine (1)**
39:19
**died (2)**
37:2;67:2
**different (11)**
10:22;14:4;19:7;
58:1,2;94:16;95:4,5;
97:5,17;99:13
**difficult (1)**
7:4
**DiFranco (2)**
6:9;123:1
**DIRECT (1)**
6:16;88:24
**directly (1)**

26:12
**disappear (1)**
44:21
**Disciples (1)**
118:1
**discussed (1)**
14:18
**Discussion (1)**
96:11
**disorderly (2)**
35:7,8
**dispute (1)**
117:21
**disputing (1)**
76:18
**District (15)**
5:6,7;33:5;9,14,22;
34:8,12;35:14,20;
36:3;39:1;40:4;79:12;
80:20
**Division (3)**
5:7;11:3,14
**document (6)**
8:12;17:18,21;22:3,
6;37:21
**documents (4)**
5:22;92:7;113:13,
16
**Donald (2)**
60:23;67:7
**door (1)**
53:1
**double (18)**
24:11;26:17,18,22;
59:7,9;60:1,3;68:13;
76:13;107:17;109:6;
110:4;116:25;117:5,
10,13,18
**down (9)**
7:20;25:7;27:10;
30:2;31:9;61:16;
91:17;95:11;123:25
**downtown (1)**
90:12
**draw (4)**
31:25;55:17;80:11;
81:17
**driver (5)**
61:13;77:13,19,24;
85:16
**drop (2)**
50:17,21
**dropped (2)**
50:18;51:15
**drove (2)**
50:21;85:7
**drug (1)**
87:3
**drugs (17)**
98:20,22,24;99:1,
10,13,18,24,25;100:7,
14,20,23;101:2,6,11,
22

**Duk's (2)**
60:23;67:7
**duly (1)**
6:14
**during (6)**
33:16;45:20;52:22;
56:24;57:18;80:24
**dying (1)**
31:12

### E

**earlier (15)**
18:3;20:9;21:7;
37:22;39:4;48:21;
82:11,17;87:23;
94:16;96:6;103:18,
25;104:3;115:8
**early (8)**
11:7,10;31:23;33:3;
41:5;47:13;79:12;
90:9
**Earnest (1)**
43:5
**Eastern (2)**
5:7,7
**edits (1)**
114:3
**Edmunds (1)**
5:12
**education (2)**
93:2,12
**Edward (4)**
18:3,8;19:17;23:11
**Efrain (60)**
12:20,22;14:19;
20:10;25:23,24;26:7,
9;33:25;35:10;36:4;
41:19;45:20;46:14,
19,25;47:5,20;50:9,
18,22,24;51:8,14,16,
23;53:19;54:6,21,25;
55:24;56:22,23;
57:23;61:11,14,18;
62:7;63:18,23;65:15,
16,24;74:16;76:8;
77:12,22;78:21;
81:24;82:9;83:9,25;
95:16,20;105:1,4;
110:10,10,12;123:4
**Efrain's (1)**
50:18
**eighth (1)**
93:5
**either (6)**
19:3;43:14;109:1;
119:16;122:24;
124:11
**elapsed (2)**
57:14;79:6
**electronic (1)**
124:17
**else (5)**

29:10;54:4;55:23;
59:2;118:9
**emotion (1)**
37:5
**emotions (2)**
36:19;37:2
**employed (2)**
93:15,18
**employees (1)**
90:21
**encountered (2)**
45:19;47:20
**end (3)**
61:22;72:3;86:24
**ended (3)**
24:3;35:21;116:1
**enforcement (1)**
86:9
**enough (1)**
29:8
**entailed (1)**
91:25
**established (1)**
92:3
**Esther (2)**
6:8;122:25
**et (1)**
5:5
**eTran (1)**
124:17
**even (3)**
43:16;53:4;58:5
**evening (4)**
35:18,20;47:13;
80:1
**eventually (1)**
87:10
**everyone (3)**
40:22;44:21;50:20
**evidence (4)**
45:23;78:6,12;
107:23
**exact (1)**
46:6
**exactly (1)**
51:20
**EXAMINATION (2)**
6:16;123:2
**example (1)**
24:11
**except (1)**
72:16
**Excuse (1)**
107:2
**executed (1)**
112:10
**executing (1)**
114:23
**exhibit (5)**
21:7;24:22;110:22;
112:1;114:24
**exhibits (1)**
124:18

**expect (1)**
8:18
**experience (2)**
49:23;74:22
**experiences (1)**
73:22
**explain (7)**
22:12;36:11;45:18;
54:13;74:21;94:24;
123:19
**extend (1)**
96:23
**extent (1)**
101:15

## F

**face (2)**
26:7;102:17
**Facebook (1)**
123:12
**face-to-face (1)**
7:11
**facilitate (1)**
9:23
**facilities (1)**
88:2
**fact (5)**
16:16;21:3;35:21;
71:15;119:24
**facts (4)**
45:23;91:5,25;92:1
**fair (4)**
14:9;29:8;76:2;
117:4
**faith (2)**
22:12;30:25
**familiar (1)**
21:14
**familiarity (1)**
6:24
**family (3)**
11:19;15:25;92:24
**far (5)**
91:25;92:21;96:22,
23;109:11
**fast (2)**
33:23;116:8
**fear (4)**
36:14;48:13;49:15;
52:13
**feared (2)**
44:11,14
**feel (2)**
52:23;120:16
**fellow (1)**
26:5
**few (15)**
6:25;24:21;40:18,
22;41:15;42:1;45:9,
12;46:9;60:15;68:23,
24;80:18;81:19;123:5
**Fifth (1)**

120:13
**fighting (1)**
102:2
**filed (2)**
5:5;90:25
**fill (6)**
47:23,25;48:3;49:6,
7,13
**filler (1)**
52:3
**find (1)**
17:17
**fine (1)**
25:2
**finish (4)**
10:13,14;51:9;
108:17
**finished (2)**
85:4;124:23
**firearms (1)**
122:10
**first (26)**
6:14;32:18;33:2;
38:21;39:21;42:5;
50:21;57:13,15;
59:18,25;61:9;62:8;
63:25;65:17;72:17;
89:15;91:20;111:10;
112:13,17,18,22;
113:12,21;114:4
**firsthand (3)**
70:9;117:4,8
**Five (14)**
42:21;50:10,25;
51:25;54:16;60:18;
72:25;74:19,23;
75:20;80:14,20;
85:10;88:10
**five-minute (3)**
88:1,3,6
**floor (2)**
27:18;51:21
**flowers (2)**
27:18;29:17
**folder (1)**
17:15
**following (2)**
22:16;109:10
**follows (3)**
6:15;114:11;120:7
**follow-up (1)**
123:18
**food (2)**
33:23;116:8
**Foremost (1)**
47:7
**form (54)**
20:3,24;24:13;
34:24;35:23;36:8,21;
37:6,13;40:7;41:22;
43:22;48:5;49:22;
50:1;52:16;55:13;
56:7;58:7,14;60:25;

62:10;64:12;65:19;
68:24;69:10,24;70:4;
73:4;79:15;94:6;
97:14;98:16;99:20;
101:13,24;102:7,13,
22;103:2,12;106:22;
107:20;108:7;109:17,
21,25;110:6;115:12;
118:5,19;120:4,11;
122:11
**forth (1)**
118:11
**forties (1)**
43:4
**forward (5)**
54:18;55:2,5;56:23;
57:19
**found (2)**
114:19;121:19
**foundation (40)**
20:25;34:25;36:9;
40:8;44:2,17;45:22;
46:15,21;50:2;51:4;
58:15;73:18,25;74:9;
75:11;76:17;77:10;
78:9;82:2;94:7;97:1,
15;98:17;99:21;
101:25;102:8,14,23;
103:3,13;109:22;
110:1,7;115:12;
117:23;118:20;120:3,
11;122:12
**four (4)**
21:21,23;50:15;
87:4
**frame (4)**
48:15;62:14;77:6;
80:21
**framed (2)**
48:17;52:13
**framing (2)**
43:19;44:1;45:7
**Francisco (3)**
5:3;8:25;38:11
**Freddy (3)**
72:21;82:5;84:20
**free (3)**
49:20;52:24;53:5
**Friday (2)**
19:20;23:4
**friend (5)**
12:3,9,16;14:22;
123:12
**friends (14)**
14:18;15:6;20:1,12;
24:7;44:9;45:9;48:21;
64:23;82:16;103:18;
104:4,7,12
**frighten (2)**
52:6,11
**Fro (3)**
13:20;14:5;82:13
**front (1)**

21:12
**froze (1)**
110:19
**frozen (1)**
110:16
**frustrated (2)**
62:4,5
**full (1)**
8:24
**fully (1)**
115:6
**funeral (38)**
16:2,16,18,19;
17:24,25;18:2,3,8;
19:12,16,20,23;20:22;
22:14,20;23:4,8,12,
12;24:15,17;25:12;
29:21;30:22,24;31:1,
3;32:5;33:17,17,18;
34:5;35:21;41:12;
75:24;76:1;80:15
**funerals (1)**
16:5
**further (1)**
87:17;123:15

## G

**gang (17)**
13:23;14:1;15:7,10;
37:17;73:16;74:8,12;
86:14,18;87:8;101:5,
10,22;102:12;103:5;
117:21
**gangs (4)**
14:4;44:1;102:5;
103:11
**Garfield (1)**
98:4
**gave (3)**
89:16;92:5;113:21
**GED (1)**
93:10
**general (4)**
9:17;89:9;96:18;
99:9
**generally (2)**
10:6;93:22
**girlfriend (4)**
68:13,15;69:5;80:8
**given (4)**
71:9;89:5,7,10
**giving (1)**
113:1
**glitches (1)**
7:5
**GM (1)**
9:21
**goatee (1)**
30:11
**god (1)**
105:6
**goes (2)**

9:23;10:8
**gonna (1)**
49:17
**Gonzales's (1)**
82:4
**Gonzalez (32)**
11:25;13:21;14:6,
19:20;10:38:8;72:9,
21;76:9;79:21;80:25;
81:23;83:12;96:2;
103:19;104:4,11,18;
105:20;107:11,12,15,
25;109:4,14,18;
110:11;113:9;114:14,
17;117:13;119:6
**Gonzalez's (1)**
115:2
**Good (12)**
5:17,25;6:4,6,8,17,
19;7:8;14:22;104:7,
12;123:14
**Goossens (14)**
13:1,1;14:5;76:13,
19;77:1;80:25;81:4,
23;82:12,20;83:15;
84:25;85:1
**government (1)**
39:17
**grabbed (1)**
45:1
**grade (1)**
93:5
**graduating (1)**
93:5
**Grand (13)**
10:9;42:22;51:17,
18,25;52:2,7;69:3;
74:15;79:2,7;98:4;
108:19
**grandmother (3)**
64:4,8;67:2
**gray (1)**
28:5
**grayish (1)**
28:5
**great (2)**
25:20;28:20
**grew (1)**
87:13
**ground (2)**
27:19;97:7
**group (7)**
14:18;15:13;20:1,
12,14;24:22;82:16
**groups (1)**
106:2
**grow (2)**
9:25;10:3
**grown (2)**
104:9;107:22
**guess (10)**
11:21;37:23;70:7;
72:17;86:17;102:2;

114:18;116:13;
117:24,25
**Guevara (54)**
5:5;6:7;41:19;42:2,
6,17;43:8;44:23;
45:10,15,19;46:1,6,
19;47:1,17,19;48:2,
10,24;49:10;50:9;
51:2,7,11,15;52:3;
54:1,22;58:10;59:17;
60:20;61:4,20;62:6,
13,18,20;63:4,22;
64:15;65:14;66:9,13,
20;67:15,22;73:1;
75:20;77:25;78:2;
79:3;85:11;86:4
**Guevara's (3)**
42:24;50:21;52:12
**guilty (3)**
119:24;121:7,13
**gun (19)**
83:1,6,10,13,16,19;
120:2,8,24;121:1,2,7,
14,15,16,19,23,24;
122:2
**guy (9)**
13:13;26:1,2,4,12;
27:23;28:3;29:3,5
**guys (15)**
27:24;28:21;34:19;
40:23;67:1,2,5,6;
74:18;95:6;98:19;
104:7;106:2,3;116:4
**guys' (1)**
64:4

## H

**hair (1)**
39:23
**Haley (10)**
5:20;17:4;21:5;
25:6;27:7,11;29:9,24;
31:10;40:13
**half (2)**
64:16;87:4
**Halvorsen (1)**
43:5
**Handicapped (1)**
93:19
**handling (1)**
23:13
**hands (1)**
28:4
**hang (6)**
81:6;104:18,21,24;
106:3,5
**hanging (4)**
35:4;121:18,20,24
**happen (8)**
15:2;50:4;72:5;
81:5;103:7;118:9,25;
123:6

**happened (25)**
15:19;41:15,25;
45:18;48:23;49:15;
53:8;54:20;57:4,22;
59:4;60:23;66:2,5,11;
67:21;74:19;79:14;
81:2;85:10,14;
109:14,20;113:6;
118:14
**happens (3)**
7:6;8:1;54:13
**happy (1)**
124:11
**harassing (1)**
122:5
**head (7)**
83:1,7,10,13,16,19;
100:20
**heads (1)**
7:17
**hear (19)**
32:8,18,23;37:16;
39:13,13;42:14;
54:25;56:18,21;57:1;
74:4;83:25;84:4;85:4;
95:18;109:1,2;111:1
**heard (9)**
33:14;39:9;44:23;
55:7;62:13;66:8;73:1;
123:10;124:2
**hearse (1)**
29:17
**heart (1)**
48:4
**held (3)**
5:9;9:18;30:25
**hell (2)**
85:21,21
**Hello (1)**
103:21
**helping (1)**
114:15
**hesitate (1)**
8:20
**high (6)**
37:2;93:3,4,6,7,8
**highest (1)**
93:2
**Hinshaw (1)**
124:20
**Hispanic (5)**
39:1;40:1,2;59:15;
77:7
**Hispanics (2)**
76:5;77:7
**hit (1)**
62:8
**hold (8)**
21:3,18;51:9;96:8,
9;100:10,25;120:4
**home (19)**
10:24;16:17,18,19;
18:2,3,8;19:12,16;

22:15,20;23:12,12;
31:1,3;41:10;71:9;
81:23;82:20
**homes (1)**
10:23
**homicide (6)**
107:17;109:6;
117:5,10,14,18
**Hopefully (2)**
8:14;88:20
**hoping (1)**
87:25
**hospital (3)**
64:6,8;94:3
**hour (3)**
64:16,17;116:13
**hours (11)**
31:23;32:15;33:4;
40:18,22;52:19;53:8;
60:15;74:23;79:12;
80:16
**house (6)**
50:18;80:3,24;81:4;
82:24;87:5
**hugging (1)**
92:23
**Humboldt (19)**
10:5,7,8,20,21,23;
11:9;15:22;31:12;
87:10,13;94:17;97:4;
98:2,3,7,9,11,13
**hung (4)**
13:7;15:14;95:6;
106:8
**hungry (1)**
71:10
**hypothetical (1)**
101:13

## I

**ID (1)**
62:21
**idea (6)**
48:16;52:1;56:13;
58:8;70:8;77:5
**identification (4)**
17:3;21:10;24:24;
38:5
**identified (18)**
55:18,19,22;56:4,
11,14,14;57:5;58:1,6;
59:22,24;60:7;67:23;
68:16;78:3;82:16,25
**identify (1)**
24:21
**Illinois (4)**
5:7;10:1;38:8;
93:20
**image (1)**
29:13
**impacted (1)**
15:17

**implicate (2)**
63:1;65:15
**implicated (1)**
65:17;77:21,21,22
**implicates (1)**
120:12
**important (2)**
35:21;116:24
**impression (2)**
36:6;62:25
**incident (7)**
75:14,15,17;79:2;
108:14,19;109:8
**including (5)**
5:10;14:19;20:10;
86:4;104:21
**indicate (2)**
38:24;56:6
**indicated (3)**
41:14;46:12,17
**indicates (5)**
18:2;19:19;23:3,10;
41:18
**indication (1)**
69:8
**individual (14)**
11:24;12:5,25;
14:13;18:21;30:11;
44:10;55:15;61:12;
70:24;76:6;77:14,24;
89:19
**individuals (8)**
14:7;20:9;25:20,22;
43:16;44:7;79:8;
82:24
**individual's (1)**
22:17
**indoor (1)**
116:16
**indulging (1)**
88:19
**inference (1)**
55:17
**information (8)**
32:23;41:1;65:23;
68:20;70:11;77:18;
110:3;111:10
**informed (1)**
58:11
**innocent (3)**
43:17;63:13,15
**inside (3)**
19:16;116:14,19
**inspired (1)**
36:19
**instance (1)**
124:1
**interacted (2)**
119:12,16
**internet (1)**
92:11
**interns (9)**
106:23,25;107:3;

110:14,21;112:5,7,10,
25
**interrogated (2)**
58:18;60:14
**interrogation (13)**
51:22,25;52:7,18,
23;53:11,24;58:24;
59:5;60:17;61:4;
64:14;66:13
**interrupt (1)**
10:11
**into (14)**
33:21;45:14;61:4;
66:21;75:9,19;80:1;
97:11,23;101:5,10;
102:6;118:2;119:17
**introduced (1)**
87:23
**investigating (1)**
107:9
**involved (7)**
60:17;73:2;77:20;
85:21;86:6,14;101:18
**involvement (1)**
85:25
**issues (3)**
110:17,23;122:18
**IV (1)**
5:12

## J

**jacket (5)**
26:2,2,4,12;29:1
**jail (5)**
44:20;75:16,19,23;
99:7
**jean (1)**
29:1
**Jeffrey (22)**
61:12;64:19,22,25;
65:5,7,10;75:9,13,18,
22;76:8;77:13,13,22;
84:10;85:7,9,24;86:5;
96:5,13
**Jeffry (1)**
64:23
**Jennifer (6)**
5:18;18:15;105:9;
111:5;122:7;123:18
**Jesus (1)**
22:15
**JGS_ (1)**
30:4
**JGS_Maysonet (5)**
17:2;21:9;24:23;
29:25;38:4
**John (1)**
5:12
**join (1)**
94:4
**joining (1)**
6:18

**Jose (11)**
12:6,8;13:22;20:10;
26:16,21;69:4;72:12,
22;76:10;77:3
**Juan (10)**
26:14,15,16,20,21;
68:13,15,22;69:14,22
**Juan's (1)**
80:9
**judge (1)**
8:8
**July (1)**
9:10
**June (1)**
115:20
**Junior (7)**
5:4;26:16;93:3,4,6,
7,8
**Justino (28)**
12:12,23;14:19;
28:1,2;72:9,17,17;
76:9;80:25;81:24;
82:6;83:18;84:18;
95:23;100:9,15,19;
104:24;105:5;107:13,
16;108:1;109:14,19;
110:10;117:17;119:4
**Juvia (1)**
82:5

## K

**Kedzie (1)**
106:7
**keep (1)**
30:2
**Kevin (2)**
6:6;122:23
**kill (6)**
60:9;65:22;67:18;
83:22;84:1,5
**killed (13)**
32:14;39:3,7,10,13;
40:23;41:2;60:11,22;
65:24;66:25;67:6;
74:5
**killing (1)**
74:12
**Kimball (8)**
95:1,24;100:8,15;
104:19;105:25;106:7;
116:21
**Kimball/Wabansia (1)**
96:1
**kind (6)**
7:8;15:24;84:15;
85:6,20;88:19
**King (17)**
37:16;39:13;82:9;
94:12;97:22;98:22;
100:6,13,24;101:2,6,
22;102:20;103:9;
118:2,25;119:1

**Kings (39)**
14:2;15:10;34:12;
37:9;39:7,9;40:24;
73:23;74:5,11;94:5,
17;96:15,18;97:4,5,6,
11;98:1,14;99:13,19,
25;100:22;101:1,9,
18;102:4,11,11;
103:11;104:15,19;
117:21;118:16,17,17;
122:9,10
**King's (1)**
97:24
**knew (10)**
13:2;39:2;43:8;
44:21;45:10;61:10,
13;63:6;65:20;82:12
**knock (12)**
55:3,7,10,21,23;
56:5,10,18,21;57:1,3,
16
**knocks (1)**
57:19
**knowing (1)**
52:8
**knowledge (6)**
70:9;110:8;117:4,9,
12,16
**known (8)**
9:3;13:2;42:10;
43:9,19;45:3;65:6;
96:14
**knows (2)**
76:22,24

## L

**lack (1)**
86:17
**last (6)**
10:16;38:13;70:23;
71:23;72:3;95:18
**late (1)**
43:4
**later (5)**
60:2;68:23,25;
81:19;108:11
**Latin (53)**
14:2;15:10;34:12;
37:8,16;39:13;40:24;
12,17;96:15,18;97:4,
5,6,11,22,23,25;
98:14,22;99:12,19,24;
100:6,13,22,23;101:1,
2,5,9,22;102:4,4,10,11,
20;103:9,10;104:14,
18;117:21;118:2,16,
16,17,25;119:1;122:9,
9
**laughed (1)**
85:20
**law (1)**

86:9
**lawsuit (1)**
90:21;91:1;92:8,12
**lawyers (1)**
90:24
**lead (2)**
70:23;71:20
**Leading (14)**
46:22;58:20;61:1;
62:15,23;63:20;
64:20;69:11,25;70:5;
74:24;81:1;82:2;83:2
**learn (6)**
32:8;60:2;92:17;
108:10,20,24
**learned (5)**
33:2,9;66:4;92:22;
109:3
**learning (1)**
32:13
**least (2)**
53:14;119:25
**leave (8)**
52:24;53:5;74:16;
86:18;87:7,10;
101:20,23
**left (7)**
18:10;26:9;27:24;
29:5;74:15;81:16;
116:11
**Lemoyne (3)**
41:20,23;45:15
**level (1)**
93:2
**life (11)**
16:11;31:17;35:22;
36:16;37:4,11;72:22,
24;79:17,20;87:8
**light (1)**
39:25
**light-complected (2)**
40:2;76:10
**lighter (1)**
77:6
**line (2)**
54:19;122:2
**lineup (44)**
47:23,24;48:3,11;
49:6,7,10,13,24;52:4;
53:12,23,23;54:3,8,
13,14,21,25;55:16,25;
56:4,18,24;57:18,20;
58:5;59:7,9,19,23;
60:7;68:4,10,12,16;
69:9,15,23;70:3,9;
lineups (15)
43:15,16;44:8;53:9,
18;57:8;58:1,11,12,
17,23;109:10;115:21;
118:10;119:18
**linking (1)**
78:7

**liquor (2)**
47:8,21
**little (8)**
7:4;25:6;30:4;
41:10;53:17;102:18;
105:4;110:25
**live (6)**
10:19,22;11:9,16;
80:5;87:12
**lives (1)**
123:9
**living (2)**
10:25;123:7
**located (4)**
11:2;34:9;116:20,
21
**location (2)**
99:9,19
**locations (1)**
94:16
**lock (1)**
49:17
**locked (4)**
48:22;53:2,3;74:23
**locking (4)**
42:10;43:10,12,18
**lockup (2)**
39:1;40:15
**lodge (1)**
7:25
**long (9)**
8:19;9:18;40:16;
44:20;60:13;64:14;
86:14;89:21;116:10
**longer (1)**
116:22
**look (7)**
17:7,19;21:11;
37:21;38:2;92:7;
106:12
**looking (3)**
26:8;30:17;80:22
**lookout (1)**
61:11
**looks (4)**
26:14;28:5;40:15;
110:16
**lose (1)**
110:15
**loss (1)**
20:15
**lost (3)**
21:18;111:3
**lot (3)**
68:7;72:16;97:6
**loud (1)**
7:19
**Louis (1)**
39:3
**low (1)**
96:13

# M

**ma'am (1)**
7:22
**machines (2)**
93:23,24
**Macho (10)**
14:15;15:3,9;36:15;
37:1,10,18;95:25;
105:23;115:25
**Macho's (5)**
25:12;33:17;36:7,
18;41:6
**mad (3)**
66:14,14,24
**makes (5)**
7:4;13:5;36:20;
95:2;121:2
**man (5)**
43:3;60:3;67:4;
71:23;111:11
**manager (1)**
9:17
**Managers (1)**
93:20
**many (8)**
60:16;89:7,10;
110:13,20;112:9,15;
121:22
**Marijuana (1)**
99:7
**mark (2)**
17:1;21:7
**marked (6)**
17:3;21:10;24:24;
38:5;110:22;112:1
**mass (1)**
23:4
**matter (3)**
5:20;48:19;99:1
**may (36)**
5:11,22;6:11,12;
7:25;8:12;14:25;
20:12,22;23:4,18,21,
21;24:3.5;31:24;
32:11,15;33:3,10;
42:7,25;44:16;45:13;
62:21;76:3;79:12,25;
80:1,1,13,13,15;85:3;
87:18;88:24
**maybe (5)**
43:4;64:17;89:23;
97:9;111:3
**Maysonet (31)**
5:4;12:6,9;14:20;
20:11;26:16;30:4;
68:15;69:4,15;72:12;
77:4;83:21;84:1,5,23;
92:14,17,21;94:21;
100:15,19;104:22;
105:23;107:13,16,25;
109:4,13,18;117:9

**Maysonet's (15)**
80:3,23;81:3,22;
82:20,24;83:7,10,13,
16,19;84:9;92:8,12;
100:8
**mean (13)**
10:11;23:20;42:12;
43:13,19;55:11;57:4,
25;61:23;94:24;98:7;
115:12;121:12
**meant (1)**
55:21
**meet (6)**
91:7;110:14,20;
112:9;113:11;114:24
**meeting (6)**
112:5,18,19,21,22,
24
**member (4)**
14:5;15:10;102:10;
122:8
**members (6)**
13:23;15:7;34:11;
37:16,17;44:1
**memento (1)**
22:21
**memoriam (1)**
22:22
**men (21)**
32:9,14,22,24;33:2;
41:2;54:7;60:21;
61:21;73:3,12,16,20,
24;74:5,7;76:4,14;
83:23;107:22;108:2
**mentioned (5)**
11:13;18:2;60:22;
82:11;119:19
**met (5)**
112:11,12,16;
113:12,15
**mid-August (1)**
81:18
**mid-May (1)**
15:2
**midnight (2)**
31:24,25
**might (6)**
48:17;52:13;73:10;
102:1;110:3;114:1
**millimeter (1)**
82:25
**mind (5)**
28:25;31:20;35:1;
65:14;72:7
**minor (1)**
35:7
**minute (2)**
19:13;36:2
**minutes (1)**
88:10
**miss (1)**
103:22
**missed (1)**

97:20
**Misstates (3)**
73:5;95:7;107:23
**mistake (1)**
90:1
**mob (1)**
35:7
**mom (1)**
15:21
**moment (2)**
29:11;81:10
**mom's (1)**
15:20
**money (1)**
98:15
**months (6)**
81:19;87:5,5;
108:11,18;112:15
**more (5)**
48:9;63:16;66:23;
78:23;79:22
**morning (21)**
5:17,25;6:4,6,8,17,
18,19;24:15;31:23;
32:1,6,11,15;33:4;
41:5,7,9,9;47:14;
79:12
**most (1)**
8:2
**motivated (1)**
73:16
**motivation (1)**
77:8
**mourn (1)**
20:15
**mourning (1)**
19:14
**move (5)**
16:8;88:20;102:16;
111:24;118:2
**much (7)**
34:4;39:15;78:23;
79:6;87:2;102:18;
122:17
**murder (15)**
24:11;42:11;59:7,9;
60:1,3;64:5,10;66:2,
5;76:14;86:6;99:24;
110:5;117:1
**murders (22)**
43:10,13;60:23;
63:16;67:13,20,21,23;
71:16;73:3,11,15,24;
74:6,19;78:7,13;
83:23;84:2,6;86:1;
108:1
**must (1)**
68:5
**mute (6)**
66:15,16,18;88:11;
92:5;97:19
**muted (2)**
95:18;100:10

**myself (4)**
47:5;76:8;87:23;
102:24

# N

**name (28)**
5:12,18;6:1;8:24;
9:3;11:25;12:6;13:1,
18;14:13;22:17;26:3;
29:6;39:17,20,21;
43:5;59:11;61:12;
64:24;70:24;71:23,
25;72:3;85:21;87:23;
114:21,25
**named (1)**
26:5
**names (3)**
9:2;119:10,14
**nap (1)**
41:6
**natural (5)**
7:16;72:21,24;
79:17,20
**near (3)**
45:15;60:23;100:8
**need (7)**
8:19;24:25;29:11;
88:3;100:18;105:17;
115:7
**needed (5)**
49:12;68:6;71:9;
77:14;114:4
**neighborhood (17)**
10:4;16:21;33:24;
43:9,19,24,25;44:12,
15,21,24;45:2,3;50:5;
94:17;98:8,10
**nephews (1)**
110:11
**news (2)**
92:19,21
**next (7)**
26:7;27:7;28:13;
30:1;38:16;40:12;
53:8
**nickname (7)**
13:16,18;14:15;
39:22;82:4,8,13
**nicknames (2)**
9:1;26:21
**night (5)**
35:17;67:20;71:1;
115:15;119:16
**nine (2)**
72:18;82:25
**nobody (5)**
36:12,13;55:23;
60:9;65:22
**normal (1)**
7:17
**normally (1)**
124:18

**North (17)**
16:20;32:10,14,22;
33:3;34:20;39:3;47:4;
67:7;106:7;107:18;
108:2;116:21;117:5,
10,14,18
**Northern (1)**
5:6
**notarized (1)**
38:18
**note (1)**
69:14
**Number (7)**
5:8;7:24;20:9;
35:14;38:24;54:16,17

# O

**Object (44)**
20:3,24;24:13;
34:24;35:23;36:8,21;
37:13;40:7;41:22;
43:22;44:2,17;45:22;
46:15,21;48:5;49:22;
50:1;52:16;56:7;
58:14;60:25;64:12;
65:19;68:24;69:10,
24;70:4;73:25;74:9,
13,24;75:11;78:9;
96:25;101:12;107:19,
20;109:17;118:4;
120:11,14;122:1
**objecting (1)**
76:21
**objection (52)**
7:25;8:2,10;20:7;
49:2;51:3;55:13;58:7,
20;62:10,15,23;
63:20;64:20;69:16;
73:4,17;76:16;77:9;
78:14,18;79:15;81:1;
82:1;83:2;94:6;95:7;
97:14;98:16,25;99:6,
15,20;101:24;102:7,
13,22;103:2,12;106:6,
22;108:7,23;109:1,21,
25;116:6;115:11;
117:23;118:19;120:3;
122:11
**obtain (1)**
93:10
**occasions (1)**
119:21
**occur (1)**
66:5
**occurred (1)**
33:10
**occurrence (2)**
31:13,20
**o'clock (3)**
24:4;32:5;116:2
**October (1)**
5:2

**off (21)**
35:5;36:17;42:12;
44:22;50:17,18,21;
51:15;61:24;81:8,9,
12,13,17;85:20;
88:12;96:11;111:14,
17,18;124:25

**offense (1)**
110:25

**offenses (1)**
35:7

**officer (10)**
32:20,22;34:18;
39:2,10;40:5,9;69:21;
70:17;115:9

**officers (7)**
6:2;54:1;67:24;
87:25;115:9;119:11,
15

**old (5)**
9:7;11:21,22;50:24;
94:9

**once (1)**
63:16

**one (42)**
7:25;10:24;11:1;
14:17;17:15;22:15;
27:2,23;28:2;29:12;
31:25;32:11;34:1,18;
51:22;56:2;57:7,9,13;
59:10;62:12;64:23;
72:17;75:3,4;76:6;
85:3;89:11,12;90:1,3,
4,20;95:1,3;113:21;
115:9;119:25;120:5;
121:23;123:3;124:12

**ones (2)**
68:9;119:19

**only (3)**
72:18;90:1,3

**open (4)**
30:21,24;53:2,4

**opinion (2)**
74:2;77:11

**opportunity (2)**
19:12;31:5

**oppositions (1)**
117:24

**option (1)**
49:5

**ordinary (1)**
118:14

**otherwise (1)**
96:14

**out (57)**
7:19;13:7;15:14;
24:10;28:21,23;30:4,
14;31:20;35:4;36:12,
13;41:5,8;43:14,15;
44:7;48:15;55:16;
59:6,9,18;67:21;68:4,
9,11;72:7;78:19;81:6;
85:15;86:21,23;87:7;

88:21;92:15,18,23;
93:24;95:6;102:17;
104:18,21,24;106:3,5,
8;108:16;112:25;
113:1,2,4;114:19,19;
118:14;121:19,20,24

**outcome (1)**
45:11

**over (8)**
15:21;30:9,15;31:6;
57:16;63:3;66:22;
119:13

**own (7)**
11:18;16:10;31:17;
36:15;37:4,11;44:8

---

# P

**page (5)**
7:1;18:17;38:13,21;
40:13

**paid (1)**
90:22

**palm (7)**
17:12,17;21:6,16;
22:7,13,24

**pants (2)**
28:6,6

**paragraph (4)**
40:14;41:4,14;
60:19

**paralegal (1)**
5:20

**Park (21)**
10:5,7,8,20,21,23;
11:9;15:22;31:12;
87:11;94:17;97:4;
98:2,3,4,7,8,9,11,12,
13

**parole (1)**
72:22

**part (4)**
10:16;14:7;15:13;
82:15

**participants (1)**
22:1

**particular (2)**
10:3,19

**parties (2)**
5:10;8:9

**partner (12)**
5:23;41:20;42:2,25;
45:15,19;47:1;50:10;
51:11;54:2;60:22;
91:10

**passed (2)**
64:11;65:12

**passes (1)**
64:4

**passing (1)**
15:21

**patient (1)**
122:17

**patrol (1)**
40:4

**pattern (2)**
76:7,11

**Paulnitsky (1)**
71:25

**pay (1)**
16:13

**PDF (2)**
124:17,19

**people (39)**
16:12;19:7,14;
22:11,19;31:12;
34:15;35:4,6,15;
36:17;37:1,8,10;38:7;
39:3;40:20;42:10;
43:10,12,14,20,24;
44:7,15,19;45:8;48:2;
49:12;50:5;54:16;
58:2;62:14;68:16;
74:12;82:9;101:21;
102:5;121:23

**percent (1)**
96:9

**perhaps (1)**
7:5

**period (3)**
40:16;45:20;80:24

**permission (3)**
97:13,23;100:18

**person (10)**
30:15;62:8;65:17;
68:4;77:2,8;91:1,8;
107:8;119:3

**phone (6)**
42:15;91:4;96:8,13;
100:11;103:23

**phonetic (1)**
82:5

**photo (3)**
25:8,20;27:12

**photograph (12)**
25:4,13,25;26:25;
27:9,22;28:15;29:14;
30:1,7,18,18

**physical (1)**
78:11

**picked (1)**
80:19

**picking (1)**
81:16

**picture (8)**
25:23;26:8;27:7;
28:1,2,14;29:17;
102:17

**pictures (6)**
21:21,23;24:20;
60:21;61:21;67:5

**Pierce (14)**
94:25;95:15,17,21;
96:4,16,17,18,19;
100:7,13;105:2,21;
106:7

**piled (1)**
50:20

**place (3)**
16:23;23:11,17

**placed (3)**
51:24;58:12;59:1

**plaintiff (1)**
5:19

**planning (1)**
91:22

**please (12)**
5:15;8:24;21:5;
25:6;27:11;28:14;
30:2,2;36:25;97:20;
103:16;108:17

**pled (3)**
119:24;121:7,13

**pm (10)**
18:25;19:1;81:12,
15,22;88:16;111:17,
20;124:25;125:2

**pocket (1)**
28:4

**point (11)**
5:14;8:19;43:14,15;
44:7;48:15;58:9;61:3;
66:2,7;70:7

**pointed (9)**
55:16;59:6,8,18;
68:4,11;78:19;85:15;
114:19

**pointing (1)**
68:9

**points (1)**
7:25

**police (26)**
32:20,21;33:5,9,24;
34:22;36:13;39:1;
50:12,19;51:17,21;
68:23;69:8,14,19,20,
21;108:15;109:8;
116:12;118:10,18;
119:11,15,15

**Polish (2)**
70:23;71:23

**poor (1)**
107:7

**position (1)**
9:19

**possess (2)**
120:2,8

**possessed (1)**
120:24

**Possession (4)**
87:1;121:2,6,14

**possibility (1)**
75:25

**possibly (2)**
58:6;118:6

**pounding (1)**
48:4

**power (1)**
96:9

**pray (1)**
31:6

**prayer (1)**
22:18

**praying (2)**
30:9,15

**preceded (1)**
56:21

**preceding (2)**
20:22;23:18

**precise (1)**
48:9

**prepared (2)**
22:25;24:14

**presence (1)**
35:19

**present (2)**
5:22;34:12

**presumably (1)**
58:2

**Pretty (4)**
10:10,18;20:17;
39:15

**previous (2)**
88:25;113:19

**primarily (1)**
10:24

**prior (17)**
32:21;35:20;51:8,
24;53:11;56:2;58:10;
72:5,25;89:12;91:3,
17;119:20;120:2,9,
24;123:22

**prison (5)**
86:21,23,24;92:15,
18,22

**probably (25)**
36:14;41:8;43:4;
45:3;47:13;50:25;
51:5;54:15;64:16;
69:17,18;70:23;77:3;
79:10;89:11,23;90:9;
94:8;98:3,21;99:14;
110:8,9;116:13;
120:13

**problem (3)**
42:16;95:20;104:3

**problems (2)**
8:15;102:2

**proceed (2)**
6:12;8:4

**process (2)**
57:16,18

**processed (1)**
38:25

**processional (1)**
29:19

**professional (1)**
93:12

**prosecutors (1)**
86:9

**protective (1)**
102:4

**provide (2)**
41:1;124:12
**provider (1)**
111:12
**pull (3)**
17:4,17;21:6
**pulled (2)**
17:18;93:23
**purportedly (1)**
58:5
**purports (2)**
21:16;22:6
**purpose (1)**
110:25
**put (19)**
29:24;32:4;46:4;
48:9;51:22;61:16;
64:10;73:20;82:25;
83:6,9,12,16,18;
88:10;106:11,15;
109:10;115:21
**putting (2)**
8:13;44:19

## Q

**quality (2)**
25:21;28:20
**quick (3)**
21:12;38:3;88:21
**quickly (3)**
79:25;81:18;111:24

## R

**ramped (1)**
66:14
**ran (1)**
45:14
**Rappaport (1)**
5:13
**Ray (2)**
42:6;44:23
**reach (2)**
112:25;113:1
**reached (2)**
113:2,4
**read (2)**
114:11;120:7
**reading (1)**
18:5
**ready (2)**
104:1;111:22
**real (5)**
21:12;38:3;39:20;
79:24;81:17
**really (12)**
24:8;26:6;29:15;
30:16;33:16;43:1;
72:1;85:19;90:10;
105:7;111:11;123:8
**reason (3)**
73:14,21;121:5

**recall (26)**
13:19;16:4;24:2,7;
32:12,13;33:22;47:6,
9;53:15,16;72:22;
76:1;79:6;80:13,23;
89:21;90:11;96:14;
108:13;118:1;119:10,
14;121:2,18,21
**receive (1)**
68:19
**received (1)**
93:13
**receiving (1)**
91:16
**recently (1)**
123:4
**recognize (20)**
13:12;21:13;22:9;
25:3,8,11,19,21;27:8,
12,21;28:16,19;
29:13;30:6,10;38:6,
14,19;54:10
**recognized (1)**
54:5
**recollection (7)**
17:9;23:8,24;33:7,
13;51:20;57:8
**record (22)**
5:2;7:21;8:9,24;
17:23,25;29:24,25;
81:8,10,12,13,15;
88:12,16;96:11;
105:11;111:15,17,18,
20;125:1
**Red (7)**
39:2,17,22;40:22;
60:4;66:8;115:9
**REDIRECT (1)**
123:2
**referenced (2)**
21:6;60:4
**referred (2)**
98:8,10
**reflects (2)**
21:15;22:25
**refresh (1)**
23:7
**refreshes (1)**
17:8
**refusing (1)**
120:23
**regarding (2)**
5:4;92:8
**regroup (1)**
7:7
**regular (1)**
50:5
**regularly (1)**
14:10
**related (2)**
12:23;36:7
**release (1)**
72:6

**released (3)**
79:7;92:21,24
**releasing (1)**
68:3
**remember (20)**
16:22;19:3;34:4;
35:15;40:16,24;
41:21;46:5;59:11;
60:24;63:8;70:21;
90:19;96:6;106:11,
15;112:2,12,15;
118:13
**remembering (1)**
103:19
**remotely (1)**
5:11
**repeat (5)**
55:14;66:17;97:21;
110:19;120:6
**repeating (1)**
105:15
**rephrase (8)**
7:14;36:23,25;66:6;
105:17,18;107:24;
118:23
**report (2)**
69:8,14
**reporter (8)**
5:10;6:11;7:19;
62:2;113:8;114:10;
123:24;124:2
**represent (4)**
5:16,19;6:1;87:24
**reputation (5)**
43:23;44:19;45:6,7;
52:12
**requested (3)**
91:20;113:8;114:10
**research (1)**
92:11
**reside (1)**
9:12
**respects (1)**
16:13
**response (4)**
60:8,10;63:7;85:17
**responsible (3)**
63:6;73:11,23
**restaurant (8)**
33:23;113:23,24;
114:1,2;116:7,8,18
**result (1)**
20:20
**retaliate (1)**
36:16
**retaliating (1)**
37:9
**retaliation (2)**
36:14,15
**returned (1)**
59:5
**review (2)**
123:21,22

**ride (1)**
71:9
**right (118)**
7:23;8:9,16,22;
14:3,12,24;15:14,16;
16:4,22;17:21;18:1,
11,11,23;19:21;21:4,
25;23:22,25;24:15;
25:4,16,17;26:5,9,16;
28:3,13;30:22,23;
31:6;33:1;34:6;36:4;
37:5,6,20;38:10,11;
39:5;40:2;41:7,12;
45:12,16,17;46:7,10,
20;47:15;48:7;49:11,
19,20;50:10,15,22;
51:14;52:19;53:16;
54:12,12;55:5;56:9,
11;57:13,15,15;58:16,
19;59:21;62:9;65:13;
66:1;68:17;70:12,15;
76:4;78:4,21,22;79:4;
80:21;81:19;82:11,
13,14,17,18;84:8,17;
85:7,8;86:13,15;
88:18;89:5;93:9;
94:18;101:3;104:5;
105:2,21,25;108:2,6;
111:15;116:2;117:1;
119:22,25;120:17;
121:7;123:21,22;
124:4
**rights (1)**
120:13
**riled (1)**
64:3
**ring (1)**
43:5
**rival (2)**
37:17;103:5
**Rizman (1)**
5:13
**role (1)**
76:3
**room (19)**
51:22,25;52:7,18,
23;53:11,24;54:4;
56:18;58:24;59:1,5;
61:4;66:12,13,21,23;
67:21;90:18
**Rosa (4)**
69:15;70:2;80:5,7
**Rose (1)**
80:9
**Rosy (6)**
68:13,15,22;69:5,
22;80:10
**row (1)**
54:15
**rule (2)**
8:8;10:12
**rules (2)**
6:24;7:10

**rung (1)**
42:15
**runned (1)**
15:21
**rust-colored (1)**
39:23

## S

**sad (2)**
15:19,24
**sadness (1)**
37:6
**saint (1)**
22:15
**same (17)**
7:1,9,10;10:14;
11:12;20:7;34:18;
69:16;75:5;77:3;
78:14,18;87:12;
94:20;97:16;104:13,
14
**Sanchez (15)**
14:13;15:3;16:10;
18:21;20:2,15;21:17;
23:1,13;24:6,18;30:8,
12,19;35:11
**Sanchez's (8)**
16:2;23:8;29:20;
32:5;34:5;35:20;
75:24;80:15
**Santiago (10)**
14:13;15:3;18:21;
20:15;21:17;23:1;
30:8;75:24;80:15;
95:25
**sat (2)**
53:7;119:18
**saw (3)**
13:12;92:20;114:5
**Sawyer (1)**
16:20
**saying (10)**
52:3;59:25;61:17;
63:24;66:25;75:3;
78:19;85:16,25;109:2
**scared (4)**
48:14;51:1,6;69:18
**scenarios (1)**
8:2
**scheduling (1)**
9:24
**school (5)**
93:3,4,6,7,8
**scooping (1)**
51:2
**screen (5)**
8:14;21:21,23;
106:12,16
**scroll (3)**
25:5;29:10;30:4
**seating (1)**
116:17

**second (15)**
17:15;21:4;51:21;
57:18;58:4;66:18;
85:3;95:19;96:8;
112:19,21,23;113:15;
120:4,5
**section (6)**
10:20;94:25;
104:13,14,19;105:2
**sections (2)**
14:4;97:5
**seeing (3)**
21:25;22:6;107:21
**sell (16)**
98:22,24;99:18,25,
25;100:1,3,7,14,20,
23;101:2,6,11,22;
102:3
**selling (2)**
99:8,23
**send (1)**
124:18
**sense (4)**
13:5;36:20;95:3;
121:3
**sent (2)**
37:21;92:4
**sentenced (1)**
87:4
**serve (1)**
52:3
**services (4)**
16:1,12;18:24;19:4
**set (20)**
14:6;94:20;95:11,
21;96:2,6,14;97:10;
98:14,19;100:6,9,13,
16,20;105:21,24;
106:3;113:10;118:11
**sets (3)**
94:16;95:5;99:13
**several (5)**
6:2;52:19;53:7;
69:9;119:21
**sewer (1)**
9:17
**Shakespeare (2)**
34:9;71:1
**shaking (1)**
7:17
**sheets (1)**
93:25
**Shiller (1)**
114:25
**shooter (4)**
61:10,17,18;64:1
**shooters (1)**
77:12
**shooting (9)**
32:19;33:10;37:10,
17;61:19;62:9;65:18;
77:20;103:11
**shortly (5)**

33:18;45:20;72:8;
108:13,14
**shot (10)**
27:2;32:10,14,22,
24;33:3;34:19;
102:24;103:1,5
**show (9)**
8:12;16:25;24:20;
29:11,12;38:1;61:20;
113:13,16
**showed (2)**
60:20;68:20
**showered (1)**
41:11
**side (13)**
10:21;22:15,16;
27:24;28:19;29:5;
54:18,19;97:3;98:3,7,
12,13
**sign (9)**
65:21;67:4;72:18;
75:4,6;78:20;106:21;
112:20;123:23
**signal (1)**
111:6
**signature (5)**
38:14,15,19;
123:18;124:15
**signed (8)**
75:7;106:10,19;
110:14,21;112:16,24;
113:18
**signing (1)**
44:9
**signs (1)**
78:21
**similar (1)**
74:22
**single (1)**
69:14
**sister (1)**
80:9
**sit (4)**
33:7;39:18;49:10;
118:15
**sitting (5)**
52:7,22;79:19;
90:18;91:17
**situation (1)**
121:17
**six (3)**
54:16;60:18;87:5
**sky (1)**
72:3
**slapped (1)**
67:4
**slept (1)**
41:11
**Slick (2)**
65:3;96:14
**snitch (2)**
118:17,21
**snitched (3)**

119:1,2,3
**socialized (1)**
14:10
**sold (4)**
98:19;99:1,10,13
**somebody (3)**
30:9;48:15;100:3
**someone (9)**
13:6;14:10;28:8;
31:16;44:11,14;56:4;
59:2;82:15
**sometime (1)**
79:4
**sometimes (2)**
7:16;14:4
**somewhere (1)**
44:22
**son (6)**
47:5;50:18,22,24;
51:1,15
**sorry (31)**
10:11;13:9;16:7,9;
21:22;26:18;31:2;
35:24;40:21;42:13,
15;44:3;46:23;51:10;
55:14;61:23;71:2,6;
75:1;79:18;86:22;
90:13;95:13;97:20;
103:15;105:12;107:8;
108:16,25;120:5;
122:13
**sort (2)**
28:18;34:21
**Sounds (3)**
23:23;45:17;115:22
**Spaulding (17)**
41:20,24;45:16;
47:4;95:1,15,17,21;
96:4,16,17,19,20;
100:7,14;105:2,20
**speak (6)**
85:9;91:11,15,21,
24;109:19
**specific (1)**
97:10
**specifically (8)**
14:25;15:1;31:22;
80:11,14;81:21;97:8;
112:4
**Speculation (5)**
49:3;73:18;74:1,13;
77:10
**speculative (1)**
101:14
**spend (1)**
19:13
**spent (1)**
95:6
**spoken (3)**
91:4;111:10;123:4
**spoon (1)**
102:16
**Spunkey's (14)**

33:24;42:1;45:14,
21;46:1,10;113:23;
115:16;116:5,7,14,19,
20,24
**Spunky's (2)**
41:16;116:16
**squad (1)**
50:16
**St (2)**
19:20;39:3
**stacked (1)**
93:23
**stamp (3)**
18:16;29:24;30:3
**stand (4)**
48:11;54:14;56:23;
58:10
**standing (3)**
26:1,11;28:4;54:24;
56:17
**stands (1)**
72:7
**standup (1)**
116:18
**start (6)**
35:3;42:5;63:2;
66:21;102:2;119:13
**started (1)**
8:23
**state (6)**
5:15;8:24;38:8;
86:10;115:14;119:5
**statement (19)**
60:11;61:10,14,15,
16,17;62:7,8,22;63:5,
10,19,25;67:4;75:6,7;
78:8;112:23;113:1
**statements (6)**
44:9;65:21;72:15;
78:17,20,21
**States (1)**
5:6
**Stateville (2)**
79:16,19
**Station (7)**
33:6,9;50:19;51:17,
22;68:23;118:10
**stayed (1)**
94:11
**step (4)**
54:18,18;55:2,4
**stick (1)**
31:20
**still (5)**
49:18;84:17;87:12;
123:7;124:7
**stood (3)**
54:12,21;57:19
**Stop (1)**
120:4
**store (2)**
47:8,21
**Straight (1)**

29:1
**streamline (1)**
88:20
**street (11)**
13:23;14:1,4;15:10,
22;35:5;36:17;39:14;
62:13;73:9;97:18
**streets (4)**
32:23;44:22;48:3;
73:23
**stretch (2)**
88:1,6
**strike (19)**
16:5;40:21;47:18;
52:21;55:19;62:19;
63:2;68:21;71:13;
78:1;84:9;85:5;
102:25;106:20;
107:13;116:9,15;
119:13;121:5
**stuff (1)**
90:24
**subpoena (1)**
91:17
**subsequent (1)**
119:17
**substance (3)**
87:1;91:16;99:8
**sue (1)**
69:18
**suggested (1)**
62:6
**suggesting (1)**
122:3
**suicide (4)**
15:4,17;27:16;
37:18
**suing (1)**
89:20
**summarize (1)**
71:5
**summer (8)**
11:17,25;12:9,17;
13:7,23;117:20;118:3
**sure (15)**
8:20;13:6;16:1;
29:6;33:12;67:16;
89:1;97:12;105:10,
11;111:23;115:6;
120:12;123:20,23
**swear (1)**
6:11
**sweat (1)**
28:6
**sweep (5)**
33:25;34:22;35:1,2;
36:7
**sworn (1)**
6:14
**Sylvester (1)**
19:21

## T

**table (1)**
67:5
**tactics (4)**
44:5,8;62:12;75:3
**talk (7)**
36:2;37:16;58:22;
74:18;75:13;106:9;
109:13
**talked (6)**
73:10;83:22;84:1,5;
96:6;100:22
**talking (10)**
12:16;17:12,13;
26:15;37:9;38:22;
67:8;71:20;75:2;
106:19
**tall (2)**
70:24,24
**Tank (1)**
29:6
**technological (1)**
122:18
**teenagers (1)**
107:22
**telling (4)**
65:15;66:9;75:6;
121:14
**ten (1)**
89:23
**terms (2)**
43:24;48:9
**terrified (1)**
48:10
**territory (9)**
96:22;100:24;
101:3,6,10,23;102:5,
6;118:3
**testified (7)**
6:15;39:4;69:22;
70:3;72:6;78:2;86:11
**testify (2)**
110:9,12
**testimony (8)**
73:5;88:25;90:7,10,
12,13;91:16;95:8
**thereafter (1)**
79:4
**Theresa (2)**
6:4;122:20
**thinking (1)**
90:6
**Thomas (1)**
39:22
**though (3)**
31:17;43:16;47:14
**thought (3)**
39:6;55:19;56:14
**threaten (3)**
83:21;84:1,4
**threatened (1)**

64:10
**three (5)**
41:8,9;58:18;89:11;
106:2
**Thursday (6)**
5:2;18:25;20:21;
23:17;24:3,5
**timeline (2)**
46:4;115:24
**times (5)**
7:5;18:13;110:13,
20;112:9
**Tino (2)**
82:6;105:24
**Today (9)**
5:2;33:8;39:18;
57:8;72:7;86:11;91:3;
118:12;124:23
**together (6)**
7:7;20:2;95:2,6;
104:9;106:3
**token (1)**
10:14
**told (43)**
32:20,21;34:19;
39:2,8,10;40:22;
47:22;48:10,24;59:6,
8,18,22;60:6,9,21;
62:18;63:4;64:18;
67:18,19;68:2,8,14;
71:18;78:3;85:14;
89:4;94:11;101:1;
103:18,25;104:4;
109:9;112:5,6;
113:24;115:8;116:1,
23;118:12;119:12
**Tom (1)**
39:21
**tonight (1)**
119:13
**took (10)**
16:10,23;23:11,17;
36:15;37:3;41:6;
50:17;75:9;112:23
**top (2)**
29:17;99:23
**training (1)**
93:13
**tried (2)**
101:6,10
**true (1)**
12:19
**try (5)**
22:2;44:24;101:11;
105:10;111:24
**trying (5)**
46:4;63:1;77:6;
78:8;97:8;99:16,17;
100:12;101:22;118:2
**turf (1)**
96:23
**turn (2)**
54:18;55:2

**twice (1)**
112:11
**two (31)**
8:12;32:9,22;33:2;
34:19;39:2;41:9;57:8,
9,10;58:1,2;18;60:3,
21;61:21;64:3;67:5;
73:3,11,15,20,24;
74:7;76:4,5;77:6;
83:23;89:12;107:17;
108:2
**type (7)**
9:16;22:7,21;29:19;
47:24;89:16,25
**types (2)**
102:19;120:18

## U

**Uh (1)**
105:18
**ultimately (1)**
76:13
**Um (3)**
47:3;102:9;123:8
**Um-hum (2)**
22:8;109:12
**uncle (1)**
119:6
**uncommon (1)**
56:5
**unexpected (1)**
15:6
**unfair (1)**
90:22
**uniform (1)**
40:10
**union (1)**
90:23
**United (1)**
5:6
**unless (1)**
123:16
**unusual (1)**
31:19
**up (43)**
9:25;10:3;17:4,17,
18;20:17;21:6;24:15;
25:5;28:4;29:10;
35:21;37:15;42:10;
43:10,12,18;48:22;
49:17;51:2;56:23;
64:3;66:14,24;74:23;
77:23;80:19;81:16;
86:24;87:13;88:1,6;
90:11;93:23;99:18;
104:9,19;106:11,15;
112:22;113:11,22;
124:6
**upset (2)**
37:1,3
**use (5)**
44:8;62:14;88:2;

103:10;107:21
**used (3)**
29:3;35:2;93:19
**uses (1)**
111:12
**using (1)**
111:6
**usually (1)**
39:12
**UUW (1)**
119:25

## V

**various (1)**
119:21
**vehicle (1)**
89:18
**vending (3)**
93:20,23,24
**Veras (41)**
5:18;6:1,17;8:25;
9:1;10:1;11:4;16:7;
24:25;25:9;26:24;
27:8;28:16;29:13;
30:7;31:11;37:22;
38:6,11;56:1;66:16,
17;78:23;81:16;
87:22;88:9,18;89:4;
110:13;111:2,15,22;
120:15;122:15,22;
123:3,15,20
**V-E-R-A-S (1)**
8:25
**Veras-1 (2)**
17:1,2
**Veras-2 (2)**
21:8,9
**Veras-3 (2)**
24:22,23
**Veras-4 (3)**
37:24,25;38:4
**Veras's (1)**
5:3
**verbally (1)**
7:19
**versions (1)**
13:19
**versus (2)**
5:5;38:8
**via (2)**
5:9;7:4
**victims' (1)**
64:7
**video (1)**
21:18
**VIDEOGRAPHER (10)**
5:1,11,13;6:10;
81:11,14;88:15;
111:16,19;124:24
**videotaped (1)**
5:4

**viewed (4)**
69:9,15,22;70:3
**Viewing (1)**
19:10;70:8
**violence (1)**
102:19
**violent (2)**
102:12,15
**visitation (21)**
16:7,16,23;17:5;
18:12,13,24;19:4,6,8;
20:21;23:21,25;24:2,
6;30:19;31:5;35:10;
115:25;116:1,11
**visitations (6)**
16:12;19:4,7;20:2;
23:16;34:2
**Visual (1)**
93:19
**voluntarily (2)**
49:8,9

## W

**Wabansia (7)**
95:2,24;100:8,14;
104:19;105:5,24
**wages (1)**
90:22
**wait (3)**
111:9;118:15;120:4
**waited (1)**
52:18
**waiting (2)**
17:16;53:17
**waive (2)**
124:5,14
**walk (1)**
88:10
**walked (2)**
24:8;67:21
**walking (3)**
47:3,4,21
**waste (1)**
105:14
**water (2)**
88:1,7
**Watts (17)**
61:12;64:19,22,23,
25;65:10;75:9,13,18,
22;84:10;85:7,9,24;
86:5;96:5,13
**way (11)**
8:13;15:9;26:20,25;
27:11;36:7;45:4;
73:16,21;82:3;124:11
**ways (1)**
19:8
**wearing (2)**
25:25;28:24
**Wednesday (3)**
18:25;20:21;23:17
**weeks (10)**

41:15;42:1;45:13;
46:9;68:23,25;69:9;
112:18;115:15,19
**weren't (3)**
48:24;53:13;107:22
**west (10)**
10:21;11:3,13;97:3;
98:2,3,7,12,12;118:2
**Western (1)**
10:8
**whatnot (1)**
18:13
**what's (4)**
28:16;53:8;78:21;
93:1
**whatsoever (1)**
101:15
**wherever (1)**
100:1
**white (12)**
26:4,12,13;28:6,10;
39:24;43:3,3;59:14,
16;70:24;71:22
**white-sleeved (1)**
26:2
**whole (5)**
25:7;27:11;30:5;
57:16;97:3
**who's (1)**
30:15
**WiFi (2)**
7:5;111:6
**Wiley (1)**
73:15
**window (4)**
55:3,8,11;56:10
**within (7)**
79:10;99:19;
108:18,21;109:5;
112:18;116:13
**without (2)**
52:8;72:22
**witness (12)**
6:12,14;87:20;88:3,
8,13;99:2;102:20;
119:5;122:19;124:7,
13
**witnesses (4)**
43:15;67:1;78:3,17
**wondering (1)**
27:3
**Woody (3)**
26:3,5;27:24
**word (4)**
51:13;73:9;86:18;
107:21
**words (1)**
118:21
**work (4)**
9:14,16;93:19;
103:24
**worked (3)**
40:9;90:20;94:2

**working (2)**
107:1,4
**worry (3)**
7:7,9;124:6
**writing (1)**
113:22
**wrong (1)**
124:2
**wrongfully (8)**
92:24;106:23;
107:5,9;112:7,8;
114:15,17
**wrote (1)**
112:22

## Y

**year (2)**
15:23;93:8
**years (8)**
9:20;11:22;72:18;
87:4;89:23;112:16;
121:22;123:5
**yelling (1)**
66:25
**YLO (1)**
118:1
**YLODs (1)**
117:22
**young (1)**
44:15
**youths (2)**
107:18,21

## Z

**Zabawa (1)**
6:11
**ZIBOLSKI (3)**
6:6,7;122:23
**Zoom (4)**
5:9;7:4,24;18:6

## 0

**002553 (1)**
24:23
**002560 (1)**
24:24
**01722 (1)**
38:4
**01724 (1)**
38:5
**02552 (1)**
17:2
**02557 (1)**
29:25
**02558 (1)**
30:4
**02561 (1)**
21:9

## 1

**1 (2)**
32:5,16
**1/21/18 (1)**
38:16
**1:04 (1)**
88:15
**1:33 (1)**
111:16
**10 (2)**
38:24;81:22
**11 (1)**
40:14
**11:14 (1)**
5:3
**12 (3)**
32:5,10;41:4
**12:42 (1)**
81:12
**12:44 (1)**
81:14
**12th (1)**
9:10
**13 (2)**
9:20;41:14
**14 (1)**
22:1
**14th (13)**
33:5,8,14,21;34:8,
12;35:13,19;36:3;
39:1;40:4;79:12;
80:20
**16 (1)**
82:23
**16th (1)**
81:21
**17 (1)**
94:10
**18 (2)**
87:5;94:10
**18-CV-02342 (1)**
5:8
**19 (1)**
60:19
**1966 (1)**
9:10
**1983 (1)**
94:8
**1984 (1)**
94:8
**1990 (45)**
11:17,22;12:1,10,
17;13:9,11,24;14:25;
15:2;20:12,23;23:4,
18,21,21;24:3,6;
31:24;32:11,15;42:7,
25;44:16;45:13;76:3;
79:13,25;80:16;
81:19,21;82:23;83:3;
93:15,16;101:23;
102:11,21;115:20;

117:20;118:3;119:20;
120:2,9,25
**1990s (4)**
11:7,10;31:13;80:3
**1993 (1)**
94:12

## 2

**2:03 (1)**
111:19
**2:21 (2)**
124:24;125:2
**2000s (2)**
90:9,10
**2021 (1)**
5:2
**20th (1)**
80:15
**23 (1)**
11:22
**23rd (1)**
23:21
**24th (6)**
23:21;24:3,5;80:1;
115:25;119:17
**25th (15)**
20:22;23:4,18;
31:24;32:11,15;33:3,
10;42:7;45:13;76:3;
79:13,25;80:2;119:17
**28 (1)**
5:2

## 3

**3356 (2)**
11:3,13

## 4

**4 (3)**
110:22;112:1;
114:24

## 5

**5 (3)**
18:25,25;96:8
**55 (1)**
9:8

## 8

**80s (1)**
122:3
**83 (1)**
94:8
**84 (1)**
94:8
**87 (2)**
103:8,10
**89 (2)**

103:8,8

## 9

**9 (4)**
18:25;19:1;24:4;
116:2
**9:00 (1)**
24:4
**9:30 (3)**
19:20;23:5;41:7
**90s (1)**
90:9
**91 (1)**
103:10
**93 (2)**
86:19;101:19