# EXHIBIT 17

IN THE CIRCUIT COURT OF COOK COUNTY,
ILLINOIS COUNTY DEPARTMENT, CRIMINAL
DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Respondent, | ) ) ) |
| -vs- | ) ) |
| ALFREDO GONZALEZ, | ) ) ) |
| Petitioner. | ) |

### AFFIDAVIT OF ~~ALFREDO GONZALEZ~~ Efrain Cruz

I, Efrain Cruz, of age and under penalty of perjury, attest as follows:

1. My name is Efrain Cruz.
2. I was born on March 26, 1968.
3. I reside in Chicago, IL.
4. Justino Cruz is my brother. Alfredo Gonzalez is my uncle. He is the brother of my mother Lucy Sanchez. Jose Maysonet was my friend in 1990.
5. Justino, Alfredo, Jose, and I were all Latin Kings and part of the same set in 1990.
6. On May 21, 1990 my friend Santiago Sanchez killed himself. I knew him as Macho.
7. On May 23, 1990 I was found not guilty at a bench trial for armed robbery and battery. Nelson Lozado (Maria Perez's younger brother) was my co-defendant and he was found guilty. That night I went to dinner with a girlfriend.
8. In the evening of May 24, 1990, I went to the visitation for my friend Santiago Sanchez. The visitation was at a funeral home on North Avenue.
9. After the funeral eight of my friends and I were arrested for mob action at Spunky's, a Chinese restaurant on North Avenue. We were all taken to the 14th district on Shakespeare. Among those arrested were "Cisco" (whom I believe to be Francisco Veras), "yoyo", "bean" and others.
10. I was arrested several times in 1990 but I remember that night because while we were in the lockup, a police officer brought up two murders at the Donald Duk's. The officer, a Latino man, told us that two "brothers" were killed near the Donald Duk's. At the time, I thought he meant that two Latin Kings were killed.
11. The next morning around 6 am, we all got out and we all went to the area near Donald Duk's and asked around about the murders. We were concerned that two Latin Kings had been killed.
12. We found out that the victims were black men and we lost interest. A couple of our set members assumed that these guys were Vice Lords. We thought that the murders had nothing to do with us, and forgot about them.
13. A few weeks later, Francisco Veras and I were arrested by Officer Guevara and his partner. I know Officer Guevara because he arrested my uncle and my brother. We all knew Guevara. He had arrested me in the late 1980s and told me he would let me go if I

1

would get him a gun. Plus it was also generally known that he was corrupt. On the day I was arrested in the summer of 1990 by Guevara, his partner was a white detective with a stocky build and a short military haircut.
14. Detective Guevara and his partner brought me to the detectives' area on the second floor of the police station on Grand and Central. He then brought me into an interrogation room.
15. Detective Guevara showed me pictures of two dead black men and told me that I had killed them. His partner mentioned that the murders happened near the Donald Duk's.
16. He said that he was going to charge me, Cisco, Black Jeffrey, and Fro for the double murder. He said that he had witnesses who would identify me.
17. Cisco and Black Jeffrey were both Latin Kings in my set. I knew multiple Fros in Humboldt Park but there was not a Fro in my set.
18. He also said that he had physical evidence linking us to the murders including a gun and a car.
19. Soon after, the police officers brought me into a lineup room. In the lineup room were myself, Francisco, and three other Latino men I did not know.
20. The police called out each number. When they called my number and Francisco's number, I heard someone knock on the other side of the glass.
21. The police repeated this process at least four times and every time they called my number, I heard a knock. I took this to mean that I was identified as the murderer. We spent over an hour in the lineup room.
22. I thought the police were trying to tell me that the witnesses picked me out. To this day, I do not know if there were any witnesses behind this glass..
23. Back in the interrogation room, Detective Guevara told me that the witness had identified me the lineup. He told me my best option was to sign a statement and that he would help me if I signed a statement. I told him I was innocent.
24. At that point, I remembered that I had been in custody the night of the murder at the Donald Duk's.
25. Soon after, a woman in her early 30's came into the interrogation room. I believed she was a State's attorney because she wore a dress skirt. But I never actually asked who she was.
26. She said she was going to charge us for the murders.
27. I told her that I was at the police station when the murders happened and that she should look up my arrest record.
28. She left the room.
29. An hour later, the police told me they were letting me go. As I walked out of the interrogation room I saw the woman and Guevara arguing.
30. Detective Guevara gave Cisco and me a ride back to our neighborhood. During the ride over, he cursed at us and told us he was going to lock us up for something.
31. After I was released, I told my brother Justino Cruz and my uncle Alfredo Gonzalez about my arrest, standing in the lineup, and that Guevara was looking to arrest Latin Kings for the murder of the black guys that occurred at the Donald Duk's. I told a bunch of people in the neighborhood about the incident.
32. When my brother Justino and Uncle Alfredo were arrested, I wanted to help them because I knew they were innocent. I helped pay for my brother's lawyer. I told their lawyers about my experience with Guevara.
33. The lawyers did not seem to care about what I had to say. I was told that there was nothing I could do to help because they had already signed statements.

2

34. I visited Alfredo Gonzalez on multiple occasions after his arrest. Ever time I visited him, he told me he was innocent.
35. Gonzalez told me he confessed because he could not take the pain anymore, and he figured he could be the case because he knew he was innocent.
36. Gonzalez told me he was sorry that he had implicated Justino in his false confession.
37. I have not seen Francisco Veras recently and I do not hang out with him. We are Facebook friends, however.
38. I have not been a gang member for more than two decades, and I currently work full time.

FURTHER AFFIANT SAYETH NOT

_Efrain Cruz_  1-21-18

Efrain Cruz       Date

Subscribed, sworn to, and acknowledged before me on __1/21__, 2018.

_____
Notary Public

My commission expires: _____

OFFICIAL SEAL
**BRENDAN SHILLER**
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 21, 2018

3