# EXHIBIT 19

```
 1   STATE OF ILLINOIS   )
                         ) SS:
 2   COUNTY OF C O O K   )

 3           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                   COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
     THE PEOPLE OF THE           )
 5   STATE OF ILLINOIS,          )
                                 )
 6        vs.                    )  No. 92 CR 10146
                                 )  Charge: Murder
 7   JUAN MAYSONETT A/K/A JOSE   )
     MAYSONETT,                  )
 8   _____)                FILED
                                                MAR 15 1996
 9
                                            AURELIA PUCINSKI
                                          CLERK OF CIRCUIT COURT
10               REPORT OF PROCEEDINGS HAD at the

11   hearing of the above-entitled cause, before the

12   Honorable LORETTA HALL MORGAN, one of the Judges of

13   said Division, on the 9th day of June, 1992.

14
              PRESENT:
15
                  HON. JACK O'MALLEY,
16                State's Attorney of Cook County, by
                  MR. STEVEN GOEBEL and MS. SALLY BRAY,
17                Assistant State's Attorneys of Cook County,
                      appeared on behalf of the People;
18
                  MR. NEIL SPECTOR
19                    appeared on behalf of the Defendant,
                      Jose Maysonett;
20
                  MR. MARTIN ABRAHMS,
21                    appeared on behalf of the Defendant,
                      Goosens.
22
     Anna Leonard, CSR, RPR
23   (708) 445-9874

24
```

```
 1      A.   No.
 2      Q.   And when you left this building to go to
 3 Area 5, were you handcuffed?
 4      A.   When I went outside, he put me against the
 5 wall outside the court.
 6      Q.   Where did he first handcuff you?
 7      A.   On the court hallway.
 8           MR. RUECKERT:  Thank you.  I have nothing
 9 further.
10           THE COURT:  Can I see counsels before cross
11 at the bench for a moment.
12                  (Discussion had off the record)
13           MR. RUECKERT:  Q   Mr. Maysonet, on
14 August 22, were you still in custody on August 22?
15           THE WITNESS:  A   No.
16      Q.   You had made bond, is that right, on your
17 other case?
18      A.   The 16th of August, yes.
19      Q.   You made bond?
20      A.   Yes.
21      Q.   And so you were on bond on August 22?
22      A.   Yes.
23      Q.   You were coming to court on August 22 for
24 your arraignment on that other case?
```

C-33

1    THE COURT: Where did you get that
2 information?
3    MR. RUECKERT: Our investigation reveals you
4 were on vacation that week. That's why nothing
5 happened in this courtroom on the 22nd.
6    THE COURT: I don't know, counsel. I'm
7 telling you what the half sheet indicates.
8    MR. RUECKERT: Perhaps you can check that
9 out.
10    THE COURT: I don't think that's the point.
11 I think the point is whether or not the defendant was
12 here. I don't know why it's relevant whether I was
13 here.
14    MR. RUECKERT: That's why I don't think if
15 it's relevant about the bond forfeiture. If you're
16 not here, you can't enter a bond forfeiture.
17    THE COURT: Somebody was probably sitting in
18 my stead, even if I wasn't here.
19    That's not the issue. The issue is
20 whether or not the defendant was here.
21    MR. RUECKERT: That's exactly right. That's
22 why I'm saying a bond forfeiture isn't relevant.
23 That's my objection.
24    THE COURT: Overruled. I think it is

```
 1   relevant.
 2              MR. MAREK:  Q   Mr. Maysonet, as far as you
 3   know, you never lost that money when you didn't appear
 4   in this courtroom?
 5              THE WITNESS:  A   No, I don't think so.
 6        Q.   Mr. Maysonet, on July 15 of 1990, you did
 7   speak to Sergeant Mingey and Detective Montilla at
 8   Area 5 violent crimes,?
 9              MR. RUECKERT:  Objection, beyond the scope.
10              THE COURT:  Overruled.
11              THE WITNESS:  A   They said -- excuse me.  I
12   was attained because of the intent murder, and they
13   are asking me questions about the intent murder.
14              MR. MAREK:  Q   But you also spoke to them
15   about a double murder that you knew about on North
16   Avenue at that time, didn't you?
17              MR. RUECKERT:  Objection, beyond the scope.
18   My questions to him were very simple.
19              THE COURT:  Counsel, this is
20   cross-examination and when the defendant takes the
21   stand, he gets cross-examined like any other witness.
22              MR. RUECKERT:  I understand that.  And if I
23   made the same objection, you would sustain it.  It's
24   beyond the scope.
```

MAYSONET 175

```
 1        Q.   And did you have occasion, sir, at that
 2   time to speak with someone?
 3        A.   Yes, I did.
 4        Q.   With whom did you speak?
 5        A.   I spoke with Maysonet.
 6        Q.   And other than yourself and the defendant
 7   at that 8:00 o'clock conversation, who else was
 8   present?  Was it just yourself?
 9        A.   I believe it was just myself.
10        Q.   And do you recall where specifically in
11   the area you were?
12        A.   Interview room.  I believe interview room
13   F, if I'm not mistaken.  The closest interview room.
14        Q.   Is that F like in frank?
15        A.   Yes, I believe that was.
16        Q.   And prior to the time that you spoke with
17   the defendant at 8:00 o'clock, did you advise him of
18   anything?
19        A.   I advised him of his rights.
20        Q.   Did you do that from memory or from a
21   preprinted source?
22        A.   From a preprinted card.
23        Q.   Did you do it, sir, in English or in
24   Spanish?
```

F-50

MAYSONET 277

```
 1      A.    No, he did not.
 2      Q.    In fact, sir, during that second
 3 conversation between 9:15 and 9:30, was the defendant
 4 afforded the opportunity to speak with Rosa Bella?
 5      A.    Yes, he did.
 6      Q.    Did he speak with her?
 7      A.    Yes, he did.
 8      MS. MANDELTORT:  Judge, if I could have just
 9 one moment.  I have no further questions of the
10 witness.
11      THE COURT:  Mr. Rueckert.
12                CROSS EXAMINATION
13                By MR. RUECKERT:
14      Q.    Detective Guevara, how many conversations
15 were you present for with this defendant?
16      A.    I was present for numerous conversations
17 through the night.
18      Q.    Can you put a number on that?
19      A.    No, I couldn't.
20      Q.    Well, is it more than 2?
21      A.    Yes, it's more than 2.
22      Q.    More than 5?
23      A.    Probably.
24      Q.    More than 10?
```

F-54