# EXHIBIT 20

# In The Matter Of:
*Maysonet v.*
*Guevara*

*Fernando Montilla*
*August 27, 2019*
*Video Deposition*



66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
T (973)992-7650 F (973)992-0666
www.rizmanrappaport.com
reporters@rizmanrappaport.com

*Min-U-Script® with Word Index*

## Page 1

```
 1        THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION

 3   JOSE JUAN MAYSONET, JR.,

 4        Plaintiff,

 5     vs.                          No. 18-cv-02342

 6   REYNALDO GUEVARA, ERNEST
     HALVORSEN, EDWARD MINGEY,
 7   EPPLEN; FERNANDO MONTILLA,
     ROLAND PAULNITSKY, FRANK
 8   DIFRANCO, CITY OF CHICAGO, and
     COOK COUNTY,
 9
          Defendants.
10                                  /

11

12             The video-recorded discovery deposition

13   of FERNANDO MONTILLA, taken in the above-entitled case,

14   on the 27th day of August, 2019, at 11:03 o'clock a.m.

15   at the offices of The Sotos Law Firm, 141 West Jackson

16   Boulevard, Suite 1240A, Chicago, Illinois, pursuant to

17   agreement of counsel.

18

19   Reported by:  Karyn H. Chalem, RPR, CSR
     License No.:  084-004167
20

21

22

23

24

25
```

## Page 2

```
 1   A P P E A R A N C E S

 2        BONJEAN LAW GROUP
          100 Dean Street
 3        Suite 422
          Brooklyn, New York  11238
 4        BY:  JENNIFER A. BONJEAN
               ASHLEY B. COHEN   (partial proceeding)
 5        (718) 875-1850
          jennifer@bonjeanlaw.com
 6        ashley@bonjeanlaw.com
               On behalf of the Plaintiff;
 7
          STEVEN A. GREENBERG, LTD.
 8        53 West Jackson Boulevard
          Suite 1260
 9        Chicago, Illinois  60604
          BY:  KYLE JORGENSEN
10             STEVEN A. GREENBERG  (partial proceeding)
          (312) 879-9500
11        kyle@greenbergcd.com
          steve@greenbergcd.com
12             On behalf of the Plaintiff;

13        THE SOTOS LAW FIRM
          141 West Jackson Boulevard
14        Suite 1240A
          Chicago, Illinois  60604
15        BY:  DAVID A. BRUEGGEN
          (312) 735-3300
16        dbrueggen@jsotoslaw.com
               On behalf of the Defendants
17             Ernest Halvorsen
               Edward Mingey
18             Lee Epplen
               Fernando Montilla
19             Roland Paulnitsky;

20        ROCK, FUSCO & CONNELLY
          321 North Clark Street
21        Suite 2200
          Chicago, Illinois  60654
22        BY:  THERESA B. CARNEY
          (312) 494-1000
23        tcarney@rfclaw.com
               On behalf of the Defendant
24             City of Chicago;

25
```

## Page 3

```
 1   A P P E A R A N C E S (cont'd)

 2        LEINENWEBER BARONI & DAFFADA
          120 North LaSalle Street
 3        Suite 2000
          Chicago, Illinois  60602
 4        BY:  MICHAEL J. SCHALKA
          (847) 251-4091
 5        mjs@ilesq.com
               On behalf of the Defendant
 6             Reynaldo Guevara;

 7        COOK COUNTY STATE'S ATTORNEY'S OFFICE
          50 West Washington Street
 8        Suite 500
          Chicago, Illinois  60602
 9        BY:  EDWARD M. BRENER
          (312) 603-5971
10        edward.brener@cookcountyil.gov
               On behalf of the Defendants
11             Frank DiFranco
               Cook County.
12

13   Also Present:

14        SAMANTHA DAMIANO, videographer

15

16

17

18

19

20

21

22

23

24

25
```

## Page 4

```
 1                   I N D E X

 2   WITNESS:                                   PAGE:

 3   FERNANDO MONTILLA

 4     Examination by Ms. Bonjean                 6

 5
     EXHIBITS:
 6
        Exhibit 1                                180
 7      Exhibit 2                                205
        Exhibit 4                                237
 8      Exhibit 5                                246
        Montilla 3                               248
 9      Exhibit 3A                               253
        Exhibit 6                                351
10      Exhibit 7                                355
        Exhibit 8                                356
11      Exhibit 9                                357
        Exhibit 10                               367
12      Exhibit 11                               374
        Exhibit 12                               388
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 101

1 Q. Okay. That's fine.
2 How long were you at Area 4?
3 A. I was there a couple of years.
4 Q. Always in burglaries?
5 A. Yes, ma'am.
6 Q. All right. And then where did you go after
7 you were in Area 4, in burglaries, for a couple
8 years?
9 A. Area 1, 51st and Wentworth.
10 Q. What I meant to ask you is: When you were
11 at Area 4, did you happen to work with any of the
12 detectives who are named in this case?
13 A. No, ma'am.
14 Q. Okay. You went to Area 1 at 51st and
15 Wentworth. What unit did you work in then?
16 A. Burglary again.
17 Q. Did you like working burglaries?
18 A. Yes, ma'am.
19 Q. Why?
20 A. Because it's -- I don't know. You're looking
21 for an unknown without -- unless you can find
22 evidence, fingerprints, motive of operandi, point of
23 entry, what they did. You document everything.
24 Q. Did you enjoy the process of trying to find
25 who was responsible through these different

Page 102

1 investigative --
2 A. Yes, ma'am.
3 Q. And how long did you work at Area 1 in
4 burglaries?
5 A. Let me see.
6 Seven years.
7 Q. So does that take us to close to like 1989?
8 A. Something like that.
9 Q. Do you remember who your supervisors were at
10 Area 1?
11 A. Well, my only supervisor I remember the most
12 was Sergeant Carl Merritt.
13 Q. And I assume none of the defendants in this
14 case were at Area 1 when you were there?
15 A. That's correct.
16 Q. Okay. When you were at Area 4 or at Area 1,
17 did you do any gang crimes investigations or
18 anything like that?
19 A. No, ma'am.
20 Q. Just all burglaries, right?
21 A. Just burglary.
22 Q. And would it be fair to say that after
23 whatever training you received in the academy to
24 become a detective, you received on-the-job
25 training after that?

Page 103

1 A. Some.
2 Q. Did you have like in-service trainings?
3 A. No, ma'am, not that much there.
4 Q. Okay. Learned by doing, I suppose?
5 A. Yeah, basically on your own.
6 Q. Okay. And when you were working at Area 4
7 and then Area 1, you were in plain clothes, I
8 assume. Right?
9 A. Yes, ma'am.
10 Q. And did you have a partner during your time
11 at Area 1 for any portion of those seven years?
12 A. Once in a while.
13 Q. Okay. Anyone that stands out as someone who
14 you were with for an extended period of time?
15 A. One guy I remember, Roman. I can't remember
16 his last name. Most of them are all dead, so...
17 Q. Okay. So after Area 1, you went to Area 5,
18 is that right?
19 A. Yes, ma'am.
20 Q. All right. What year was that?
21 A. Well, from 2007, go back 20 years, so that
22 would be seven and -- '80 something, I think it was.
23 20 years I did in Area --
24 Q. '89?
25 A. I think so, yeah. I did 20 years in Area 5.

Page 104

1 Q. Okay.
2 A. Or 27 years. Oh, no, I was 27 years as a
3 detective, I'm sorry. 20 years in Area 5.
4 Q. Okay. And when you went to Area 5 in, I'm
5 approximating, 1989, what unit were you assigned
6 to?
7 A. Property crimes.
8 Q. Okay. And at that point, there had been a
9 switch in how the areas were organized, is that
10 right?
11 A. That is correct.
12 Q. Okay. And Area 5 had a violent crimes
13 division?
14 A. Yes.
15 Q. And then it had a property crimes division?
16 A. Correct.
17 Q. And property crimes, did that involve
18 burglaries?
19 A. Yes, ma'am.
20 Q. What other type of crimes constituted
21 property crimes at Area 5?
22 A. Shoplifting theft, auto theft, a few other.
23 I don't remember all of them.
24 Q. Okay. And then violent crimes was -- were
25 homicides, right?

Page 185

1  A. No, ma'am.
2  Q. Had you ever seen the victims prior to May
3   25th of 1990?
4  A. No, ma'am.
5  Q. Are you aware of having any contacts with
6   the victims prior to May 25th, 1990?
7  A. No, ma'am.
8  Q. Now, prior to May 25th, 1999, when you
9   responded to this scene, had you had any contacts
10  with Jose Maysonet?
11      MR. BRENER: Form.
12      MR. BRUEGGEN: And just to clarify, you
13  said 1999.
14      MS. BONJEAN: Okay. My apologies. Let
15  me start over.
16      BY MS. BONJEAN:
17  Q. Prior to responding to this scene on May
18   25th of 1990, did you have any contacts with Jose
19   Maysonet?
20  A. No, ma'am.
21  Q. Did you know who Jose Maysonet was?
22  A. No, ma'am.
23  Q. Did you have any prior contacts -- strike
24   that.
25   Did you have any contacts with an individual

Page 186

1   by the name of Alfredo Gonzalez prior to May 25th
2   of 1990?
3  A. No, ma'am.
4  Q. If I told you the nickname Lluvia or Lluvio,
5   does that ring a bell to you at all?
6  A. No, ma'am.
7  Q. Okay. What about Justino Cruz, do you know
8   if you had any contacts with him -- and when I say
9   "contacts," I mean any conversations, any -- any
10  type of interaction -- prior to May 25th of 1990?
11 A. No, ma'am.
12 Q. And what about an individual by the name of
13  Christopher Goossens?
14 A. No, ma'am.
15 Q. Okay. Do you recall having any contacts
16  with an individual by the name of Efrain Cruz prior
17  to May 25th of 1990?
18 A. No, ma'am.
19 Q. And how about Francisco Varas?
20 A. No, ma'am.
21 Q. Okay. So none of those names, as you sit
22  here today, are familiar to the extent that you
23  remember having contact with them prior to May
24  25th, 1990?
25 A. Can you repeat that again? You lost me

Page 187

1   someplace.
2  Q. Yeah, it wasn't a good question. Sure.
3   You don't remember talking to any of those
4   individuals that I've just mentioned prior to May
5   25th of 1990, right?
6  A. That's correct.
7  Q. Do you remember hearing anything about any
8   of those individuals prior to May 25th, 1990,
9   either from other detectives or other police
10  officers?
11 A. No, ma'am.
12 Q. Had you ever heard the name Jose Maysonet
13  prior to May 25th of 1990?
14 A. No, ma'am.
15 Q. Okay. You never heard his name mentioned
16  around Area 5 or anything like that?
17 A. Never.
18 Q. Okay. Now, after you left the scene of the
19  Wiley brothers' murders on May 25th, 1990, you said
20  you went back to the -- went back to Grand and
21  Central, correct?
22 A. That's correct.
23 Q. What is the next time where you heard any
24  information about this -- these murders?
25 A. No, ma'am.

Page 188

1  Q. When did you next hear anything about the
2   Wiley brothers' murders?
3  A. I don't understand.
4  Q. After May 25th, 1990 --
5  A. Yeah.
6  Q. -- did you ever receive any additional
7   information about the murders of these men?
8  A. No, ma'am.
9  Q. Never?
10 A. Never.
11 Q. Do you know who was responsible for
12  investigating this after you left the scene on May
13  25th --
14 A. No, ma'am.
15 Q. -- of 1990?
16 A. No, ma'am.
17 Q. Okay. Did any sergeant give you any
18  responsibilities to investigate this incident after
19  May 25th of 1990?
20 A. No, ma'am.
21 Q. Do you know who was assigned to investigate
22  the Wiley brothers' murders after May 25th of 1990?
23 A. No, ma'am.
24 Q. So when you left the scene in the early
25  morning hours of May 25th, 1990, you had no

Page 189

1 responsibilities as it relates to investigating the
2 case, correct?
3 A. That is correct.
4 Q. When's the next time that you heard anything
5 about this case?
6 A. At Area 5, when I was asked to do some
7 interpreting.
8 Q. Okay. Now, we know from the reports that
9 you purportedly was present for an interview with
10 Mr. Maysonet on July 15th of 1990.
11 Does that sound right to you?
12    MR. BRUEGGEN: Object, form. Go ahead.
13    THE WITNESS: That's about right.
14    BY MS. BONJEAN:
15 Q. Okay. So I want to focus on between May
16 25th, 1990, and July 15th, 1990, did you hear any
17 detectives at Area 5 discuss the investigation of
18 the deaths of these two individuals?
19 A. No, ma'am.
20 Q. Okay. Did you witness with your own eyes
21 any investigative conduct in the department related
22 to this investigation or this murder?
23 A. No, ma'am.
24 Q. For instance, did you see any detectives
25 doing any lineups between May 25th, 1990, and July

Page 190

1 15th, 1990, that were in connection with the Wiley
2 brothers' murders?
3 A. No, ma'am.
4 Q. Okay. So is it fair to say that between May
5 25th, 1990, and July 15th, 1990, you heard nothing
6 about the murders of Torrence and Kevin Wiley,
7 correct?
8 A. That's correct.
9 Q. And is it fair to say that you had no idea
10 who was responsible for investigating the deaths of
11 the Wiley brothers between May 25th, 1990, and July
12 15th, 1990?
13 A. That's correct.
14 Q. And do you know whether or not there were
15 any suspects in the murders of the Wiley brothers
16 that were identified between May 25th, 1990, and
17 July 15th, 1990?
18 A. That's correct.
19 Q. You did not know any?
20 A. No, ma'am.
21 Q. You knew nothing, correct?
22 A. Nothing.
23 Q. Okay. So now let's get to July 15th, 1990.
24 All right?
25 At some point you came into contact with

Page 191

1 Mr. Maysonet, is that correct?
2 A. Yes, ma'am.
3 Q. Okay. So on July 15th, 1990, do you recall
4 what shift you were working then?
5 A. I think I was working third watch.
6 Q. Okay. Which means you would have arrived to
7 Grand and Central at what time approximately?
8 A. Around 4.
9 Q. And you would have left at what time
10 approximately?
11 A. Midnight.
12 Q. Okay. So on July 15th, 1990, you had
13 occasion to have a contact with Mr. Maysonet. Tell
14 me how that came about. How did that happen?
15 A. Can you repeat that for me, please?
16 Q. Sure. On July 15th, 1990, during your
17 shift, you had an opportunity to speak with
18 Mr. Maysonet, right?
19 A. Yes.
20 Q. Okay. And how was it that you came to be in
21 a position to have a conversation with Mr. Maysonet
22 on July 15th of 1990?
23 A. Detective Paulnitsky asked me to interpret
24 for him, Spanish to English, English to Spanish. He
25 wanted to talk to a guy in the room.

Page 192

1 Q. Okay. And where were you when Detective
2 Paulnitsky asked you to interpret?
3 A. I think I was in -- I was in Area 5,
4 somewhere on the floor. I can't tell you where.
5 Q. Okay. And to the best of your knowledge,
6 was Detective Paulnitsky a Spanish speaker?
7 A. No, ma'am.
8 Q. Okay. And what did he want to question the
9 guy about to the best of your understanding at the
10 time?
11 A. About a shooting.
12 Q. Okay. And what did he say to you?
13 A. Pardon me?
14 Q. What did Detective Paulnitsky say to you?
15 A. I don't remember, ma'am, word for word or
16 anything.
17 Q. Well, not word for word, but generally what
18 did he say? How did he come up to you and --
19 A. He asked me if I want to interpret in case
20 the gentleman -- he asked a question and he wanted
21 me to interpret into Spanish in case the guy we're
22 interviewing didn't understand the questions, and I
23 would repeat it back in Spanish.
24 Q. Okay. And was it your understanding that
25 there was someone in custody who was a Spanish

Page 197

1 by Detective Paulnitsky?
2 A. I don't recall, ma'am.
3 Q. Well, do you remember him confessing to a
4 crime?
5 A. Pardon me?
6 Q. Do you remember him confessing to a crime?
7 A. Ma'am, I don't remember that interview. All
8 I know is I just translated.
9 Q. Okay. You don't remember anything about the
10 interview?
11 A. Nothing about it, no.
12 Q. Do you remember whether he indicated that he
13 wanted his attorney present for the interview?
14 A. No indication.
15 Q. Okay. If he had wanted his attorney
16 present, what would you have done?
17 A. I would have stopped the questioning, walked
18 out of the room.
19 Q. Okay. And do you remember doing that?
20 A. I was -- never.
21 Q. You don't remember stopping the interview
22 because he asked for his attorney, is that right?
23 A. I don't remember the man asking for an
24 attorney.
25 Q. Okay. But you understand that if he had

Page 198

1 asked for an attorney, it would have -- that you
2 would have been obliged to stop the interview,
3 correct?
4 A. Oh, yeah.
5 Q. And would you have stopped the interview?
6 A. Yes. Let the detective know what the man
7 said and walk out of the room.
8 Q. Okay. Okay. So correct me if I'm wrong.
9 You had a short conversation and -- when you were
10 functioning primarily as an interpreter. Is that
11 right?
12 A. Yes.
13 Q. Would you say that your function in that
14 interview was solely as an interpreter?
15 A. Yes.
16 Q. You weren't doing any investigative work in
17 connection with the questions that were asked of
18 Mr. Maysonet by Detective Paulnitsky?
19 A. That's correct.
20 Q. Okay. Now, after that interview ended or at
21 least after your portion of it ended, what did you
22 do?
23 A. I probably went back to my regular
24 investigations.
25 Q. Okay. Do you have any recollection of what

Page 199

1 you did?
2 A. No, ma'am.
3 Q. Okay. And that was on July 15th, 1990?
4 A. If it's on the report, apparently, yes.
5 Q. All right. What happened next?
6 A. Next to what, ma'am?
7 Q. Anything else in connection with
8 Mr. Maysonet that day?
9 A. No, ma'am.
10 Q. That was it?
11 A. That was it.
12 Q. And do you remember Mr. Maysonet saying
13 anything of substance during that interview?
14 A. No, ma'am.
15 Q. As you sit here today, you just remembered
16 it was about a shooting?
17 A. Yes, ma'am.
18 Q. Okay. And you made no reports whatsoever,
19 correct?
20 A. That's correct.
21 Q. And did you prepare a GPR?
22 A. No, ma'am.
23 Q. Did you see Detective Paulnitsky preparing a
24 GPR?
25 A. I don't know, ma'am.

Page 200

1 Q. I mean, I'm asking if you remember.
2 A. No, I don't remember.
3 Q. And do you know whether he prepared any
4 supplemental reports?
5 A. I don't know, ma'am.
6 Q. Okay. Did you ever have an occasion to
7 speak with Mr. Maysonet after July 15th, 1990?
8 A. Yes.
9 Q. Okay. And where did that conversation take
10 place?
11 A. Sergeant Mingey asked me to go with him to 26
12 and Cal. He wanted to interview a gentleman out
13 there that was in custody.
14 Q. Uh-huh.
15 A. And that's when I responded there with him.
16 Q. Okay. What did you know about the
17 investigation of the Wiley brothers prior to August
18 1st, 1990?
19 A. Nothing.
20 Q. Okay. But you do remember Sergeant Mingey
21 saying he wanted to go interview somebody?
22 A. Yes.
23 Q. And he wanted you to interpret?
24 A. Yes.
25 Q. Was Sergeant Mingey a Spanish speaker?

Page 225

1  I'm just interpreting. It's hard to write as you're
2  interpreting.
3  Q. Right. And you didn't prepare any report
4  after you interpreted during this interview between
5  Paulnitsky and Mr. Maysonet, right?
6  A. That's correct.
7  Q. And if you were working the third watch,
8  what time would you have left work that day?
9  A. Midnight.
10 Q. Okay. Do you recall, as you sit here today,
11 what time you left work?
12 A. No, ma'am.
13 Q. All right. Are you positive you worked the
14 third watch or you just don't recall?
15 A. I'm not sure. I'd have to look at reports,
16 see what watch I worked, you know.
17 Q. Okay. Fair enough.
18    Now, prior to going to interpret this
19 interview with Paulnitsky and Mr. Maysonet, had you
20 had an opportunity to review any reports related to
21 the Wiley brothers' murders?
22 A. No, ma'am.
23 Q. Okay. And it sounds to me, based on your
24 testimony, that prior to every interview with
25 Mr. Maysonet, you did not review any reports.

Page 226

1  Right?
2  A. That is correct.
3  Q. And you had no knowledge about what was
4  happening with the investigation of the Wiley
5  brothers' murders, correct?
6  A. That's correct.
7  Q. Now, did you have an occasion to come in
8  contact with Mr. Maysonet again?
9  A. Probably. I don't know.
10 Q. After the interview with Paulnitsky?
11 A. I think later on that night. I'm not sure.
12 Q. Okay. And what's the next thing you
13 remember?
14 A. Pardon me?
15 Q. What's the next thing that you remember as
16 it relates to Mr. Maysonet?
17 A. Ma'am, I'd have to look at reports to see
18 what went on. I can't recall. That's a long time
19 ago.
20 Q. No, I understand. I was -- I'm not looking
21 for specifics.
22    Do you remember being present with Detective
23 Guevara at some point?
24 A. That, I don't recall, ma'am. I have -- I
25 don't know.

Page 227

1  Q. Okay. Do you remember being present and
2  acting as an interpreter -- strike that.
3     Do you remember being present during any
4  interview of Mr. Maysonet by Detective Guevara?
5  A. No, ma'am.
6  Q. Okay. Do you remember serving as an
7  interpreter during an interview with Detective
8  Guevara?
9  A. No, ma'am.
10 Q. Would you have served as an interpreter for
11 Guevara given the fact that Guevara spoke Spanish?
12 A. If he spoke Spanish, I don't have to do an
13 interview with him.
14 Q. Okay. Do you ever remember serving as an
15 interpreter between Guevara and Mr. Maysonet?
16 A. No, ma'am.
17 Q. Okay. And as you sit here today, you don't
18 have an independent recollection of being present
19 during an interview between Detective Guevara and
20 Mr. Maysonet, right?
21 A. That's correct.
22 Q. At some point do you remember being present
23 during a statement that Mr. Maysonet gave with a
24 court reporter?
25 A. I might have. I don't recall. I might have

Page 228

1  been there.
2  Q. Okay. Well, I'm going to show you some
3  documents in a minute, okay, and we'll maybe get --
4  A. Okay.
5  Q. -- some clarity on this, but I first am just
6  trying to probe whatever you can remember from this
7  incident, although I know it's a long time ago.
8     After the interview with Detective
9  Paulnitsky in which you served as an interpreter,
10 do you have an independent recollection of any
11 additional interviews with Mr. Maysonet?
12 A. I had some later, I think.
13 Q. Okay.
14 A. I just can't recall what times or...
15 Q. Okay. Well, what do you remember? Tell me
16 what you do remember about those later interviews.
17 A. Being with State's Attorney DiFranco.
18 Q. Okay. So you do remember State's Attorney
19 DiFranco?
20 A. Yes, ma'am.
21 Q. Okay. Do you remember being present for any
22 interviews of Mr. Maysonet with any other Assistant
23 State's Attorney?
24 A. I don't recall. I might have been. I'm not
25 sure.

**Page 257**

1  page.
2  A. This, okay.
3  Q. That page is fine. Do you see some names
4  over here?
5  A. Yeah. Oh, here.
6  Q. Take a look at that and tell me what you
7  recognize those names to be, if anything.
8  A. Nothing.
9  Q. Okay. And as you sit here and read this,
10 does this bring back any recollection or ring any
11 bells that you ever looked at this before?
12 A. No, ma'am.
13 Q. Okay. First time you've ever seen this to
14 the best of your knowledge?
15 A. Yes.
16    MR. BRUEGGEN: Objection, asked and
17 answered. Go ahead.
18    BY MS. BONJEAN:
19 Q. Okay. Let's go -- then keep going, and
20 we're going to look at RFC-Maysonet 63 and 64.
21 Yeah.
22 A. Okay.
23 Q. You see this is another supplemental report,
24 correct?
25 A. Yeah.

**Page 258**

1  Q. It looks like the reporting officer was
2  Detective Boyle?
3  A. Yes. Boyle and Brennan.
4  Q. Right. And supervising -- or approving was
5  Mingey?
6  A. Yes.
7  Q. Do -- does this report -- take a look at it.
8  Just take as much time as you want and tell me if
9  you have any recollection of after having seen this
10 report previously.
11 A. No, ma'am.
12 Q. No?
13 And I'll represent, you can disagree, but --
14 or take your time reading it, if you don't take my
15 word for it, that this -- this seems to be
16 interviews with family members of the victims. It
17 says brother of victim, brother of victim.
18 A. Seems like it.
19 Q. Right. And does it ring a bell for you that
20 you ever looked at any reports --
21 A. No, ma'am.
22 Q. -- regarding interviews with family?
23 A. No, ma'am.
24 Q. All right. Okay. I'm going to have you
25 look at RFC-Maysonet 55.

**Page 259**

1  This is another supplemental report,
2  correct?
3  A. Yes.
4  Q. And it involves again the Wiley brothers'
5  murder on North Avenue?
6  A. Yes.
7  Q. And in the narrative section, it says this
8  is a canvass report, correct? In the narrative
9  section.
10 A. I got to look where -- I don't see where it
11 says a canvass -- oh, canvass continued, yeah, okay.
12 Canvass report, okay.
13 Q. Right there.
14 A. Yeah, I gotcha.
15 Q. Okay. What is a canvass report?
16 A. You go out on the -- you go out on the street
17 and you knock on doors, try to find people, if they
18 saw anything or heard any shots. And when you -- if
19 you speak with somebody, you put it on the report
20 and you type it down and it goes with the file.
21 That's all a canvass report is.
22 Q. All right. I meant to ask you this earlier.
23 When you spoke to Mr. Maysonet in Spanish, were you
24 able to understand him in Spanish?
25 A. Yes.

**Page 260**

1  Q. Okay. And when he spoke in English, did he
2  have a Puerto Rican accent?
3  A. Yes.
4  Q. Pretty thick, right?
5  A. Yeah.
6  Q. Okay. Were you able to understand him when
7  he spoke in English?
8  A. Yeah.
9  Q. Okay. All right. Now, this canvass report
10 has some names of individuals that appear to have
11 been either in the area or some type of occurrence
12 witnesses, is that fair?
13 A. Apparently, yes.
14 Q. Okay.
15 A. It's written here.
16 Q. Right. Please take as much time as you
17 want, look at this report and tell me if you have a
18 recollection of ever having seen this report
19 previous to today.
20 A. Ma'am, I've never seen this report.
21 Q. You're confident of that?
22 A. Yes, ma'am.
23 Q. Okay. Now, I'm going to draw your attention
24 specifically to the narrative section again, to an
25 interview with Alma -- I think it says Preceeo?

Page 329

1  A. That's 4 -- 4:30.
2  Q. Okay. And would you have been getting off
3  work around that time?
4  A. I don't remember if I was working days or
5  afternoons. I don't remember.
6  Q. Okay. But --
7  A. If I was working days, I would be getting off
8  at that time when they're coming there.
9  Q. Okay. So let's -- let's use common sense
10  here. You allegedly were with Detective
11  Paulnitsky, interviewing Jose Maysonet on August
12  22nd, 1990, right?
13  A. Yeah.
14  Q. Okay. And according to this report in that
15  first paragraph, you were there when Mr. Maysonet
16  made these statements. And, again, you were
17  serving an interpreter and not an investigator,
18  correct?
19  A. Yeah.
20  Q. Okay. And then that same day, it says the
21  investigation was passed off to Halvorsen, Guevara
22  and Gawrys. Do you see that?
23  A. Yeah.
24  Q. Okay. So would that lead you to believe
25  that you were not working the third watch?

Page 330

1  A. It would lead me to believe. I don't know.
2  That's -- they're violent crime guys. They were
3  handling the case, so...
4  Q. Right.
5  A. And on this day, I don't know what --
6  Q. Well, you were present for interviews that
7  preceded the third watch, right?
8  A. Yeah. Right, yeah.
9  Q. At least according to this?
10  A. Yeah.
11  Q. And this is the bible, right?
12  A. I understand, yeah.
13  Q. Okay. You were present, so do you know --
14  do you have a -- does it lead you to believe that
15  maybe you would have been getting off work at that
16  time?
17  A. Yeah, I --
18  Q. Okay.
19  A. -- believe, yeah.
20  Q. And then it says, "at 2000 hours" -- what
21  time is that?
22  A. 8:00. 8 p.m.
23  Q. -- "Jose Maysonet was interviewed by
24  Detective Guevara, who speaks English. During this
25  interview" --

Page 331

1      MR. BRUEGGEN: Speaks Spanish.
2      BY MS. BONJEAN:
3  Q. -- "who speaks Spanish. During this
4  interview, Jose Maysonet agreed to tell all he
5  knew," right? Do you see that?
6  A. Yeah.
7  Q. Okay. Do you remember being present for
8  that interview?
9  A. No.
10  Q. Okay. And does the report say you were
11  present for that interview?
12  A. I don't think so.
13  Q. Okay. Now, there's a summary of what
14  Mr. Maysonet purportedly told Detective Guevara,
15  correct?
16  A. Yes.
17  Q. Okay. Now, during this interview, you
18  weren't present, so you don't know whether
19  Detective Guevara beat Mr. Maysonet, right?
20  A. That's correct.
21  Q. Okay. You did not see it, right?
22  A. Right.
23  Q. And would you agree that it would be
24  improper, in fact illegal, to beat Mr. Guevara --
25  to beat Mr. Maysonet in order to coerce him into

Page 332

1  making this statement, right?
2  A. Yes.
3  Q. Okay. We can keep going on.
4  Now...
5      (Off stenographic record discussion.)
6      BY MS. BONJEAN:
7  Q. Okay. So Mr. Maysonet's statements to
8  Detective Guevara are summarized at the top or
9  continued onto the first half of this narrative,
10  right, on this page?
11  A. Yeah.
12  Q. And then it says, "on August 22nd, 1990, at
13  2100."
14  A. Yeah.
15  Q. What time is that, 9?
16  A. 9 p.m.
17  Q. Okay. "Maysonet's wife arrived at Area 5."
18  Do you see that?
19  A. Yes.
20  Q. Okay. Were you present when she arrived?
21  A. No, ma'am, not that I know of.
22  Q. Okay. All right. Now -- but then it says,
23  "Rosa Bella in summary stated the following on
24  the" -- do you see that?
25  A. Yeah.

Page 333

1 Q. Were you present when she made these
2 statements?
3 A. I don't recall, ma'am.
4 Q. Okay. You saw earlier you identified a
5 handwritten statement that you were supposedly --
6 A. Yeah.
7 Q. -- present for --
8 A. Yeah.
9 Q. -- the following day?
10 A. Yeah, I saw that.
11 Q. But do you know whether you were present for
12 whatever is reported here?
13 A. Yeah.
14 Q. Do you know if it's the -- this summary is
15 based on your conversation with her or some other
16 conversation?
17 A. I have no idea, ma'am.
18 Q. Okay. Now, I'm going to keep going. Okay.
19 Let's go down to August 23rd at 4:30. Do you see
20 that?
21 A. Yep.
22 Q. That's the next day at 4:30 p.m., right?
23 A. Yeah.
24 Q. It says, "ASA Jennifer Borowitz, felony
25 review, was assigned to this investigation. She

Page 334

1 had been in the office at Area 5 on an unrelated
2 investigation and was familiar with this homicide
3 investigation." Do you see that?
4 A. Yes.
5 Q. "An interview was conducted with Jose
6 Maysonet. Present for this interview was ASA
7 Borowitz and Detectives Guevara and Montilla." Do
8 you remember that now?
9 A. Yes. Yes.
10 Q. You didn't have -- you don't have an
11 independent recollection of that, right?
12 A. No, not all independent, but I was there with
13 Borowitz.
14 Q. You remember seeing Borowitz, the --
15 A. Yeah. The young lady, yeah.
16 Q. Okay. And during this interview, according
17 to this report, Mr. Maysonet basically confessed
18 again, right?
19 A. Yeah.
20 Q. Okay. And, again, you don't have an
21 independent recollection of that, but you're
22 assuming that because it's in the report, it
23 happened, right?
24 A. Yes.
25 Q. Or as you sit here today, you don't remember

Page 335

1 being there, listening to Mr. Maysonet's
2 confession, right?
3 A. No.
4    MR. BRUEGGEN: Object to form.
5    BY MS. BONJEAN:
6 Q. But because it's in the report, you assume
7 it happened, right?
8 A. Yes.
9 Q. All right. "At the conclusion of this
10 interview, Jose Maysonet agreed to provide a
11 court-reported typed statement." Do you see that?
12 A. Yeah.
13 Q. But "due to the amount of time these
14 statements take, a second Assistant State's
15 Attorney was assigned to replace ASA Borowitz." Do
16 you see that?
17 A. Yeah.
18 Q. Okay. How many times has Mr. Maysonet
19 confessed by August 23rd at 4:30? It seems like a
20 lot of times, yeah?
21 A. Yeah, a few times.
22 Q. Confessed at the Cook County Jail, right?
23 A. He made a statement there, yes.
24 Q. Well, he said he was there, right --
25 A. Yeah.

Page 336

1 Q. -- and he was involved? That's a
2 confession, right?
3 A. Yeah. He made a statement.
4 Q. And then he made it again on August 22nd,
5 when Paulnitsky interviewed him with you,
6 correct --
7 A. Correct.
8 Q. -- according to the report?
9 And then he made it again to Detective
10 Guevara, right?
11    MR. BRUEGGEN: Object to foundation.
12    BY MS. BONJEAN:
13 Q. According to this, right?
14    MR. BRUEGGEN: Read the report.
15    MS. BONJEAN: Huh?
16    MR. BRUEGGEN: I told him to read the
17 report --
18    MS. BONJEAN: Oh.
19    MR. BRUEGGEN: -- because he clarified
20 that he wasn't present, so...
21    MS. BONJEAN: Right.
22    THE WITNESS: On which?
23    BY MS. BONJEAN:
24 Q. This was -- according to the report at
25 least, he made another statement to Guevara on

Page 337

1  August 22nd, right?
2  A. Yeah.
3  Q. And then again he confessed again to you
4  with ASA Borowitz, right?
5  A. Yeah.
6  Q. Correct? Okay.
7  And now, if you turn the page, August 23rd
8  at 6:30, ASA Frank DiFranco arrived and conducted
9  his first interview with Jose Maysonet, and also
10 present was Detective Guevara and Montilla, and
11 again he -- he confessed again, right?
12 A. Yeah.
13 Q. Where are we at, five or six times now?
14 A. I don't know. I didn't count all, so...
15 Q. Okay. Quite a few times, though, right?
16 A. Yeah.
17 Q. All right. And each time the detective
18 would be making a GPR, right?
19    MR. BRUEGGEN: Object to form,
20 foundation.
21    MS. CARNEY: Foundation.
22    MR. SCHALKA: Foundation.
23    THE WITNESS: I assume.
24    BY MS. BONJEAN:
25 Q. I mean, you would as a detective, correct?

Page 338

1  A. I would have as a detective, yes.
2  Q. Right. I mean, you have someone confessing
3  to a double homicide. You would want to be taking
4  down what he's saying, right?
5  A. Yes.
6  Q. Not just because it might be evidence
7  against him or used to convict him, but to take
8  that information and follow other leads, right?
9  A. That is correct.
10 Q. I mean, he told you about three other
11 offenders. You want to find them, too, right?
12 A. That is correct.
13 Q. Okay. So you would expect there to be
14 reports that have documented all of this valuable
15 information that Mr. Maysonet is providing, right?
16 A. That's --
17    MR. BRUEGGEN: Object to form.
18    THE WITNESS: That is correct.
19    BY MS. BONJEAN:
20 Q. Okay. Now, on August 23rd at -- August
21 23rd, 1990, at 7:10, he's now in a conference room,
22 and you're present, Reynaldo Guevara's present,
23 right? Do you see that?
24 A. Yeah. Yeah.
25 Q. It looks like that was another time. And

Page 339

1  then we have the 9:28 a.m., which resulted in the
2  court-reported statement, correct?
3  A. Uh-huh.
4     MR. BRUEGGEN: Is that a yes?
5     BY MS. BONJEAN:
6  Q. Was that a yes?
7     MR. BRUEGGEN: Yes?
8     THE WITNESS: Yes.
9     BY MS. BONJEAN:
10 Q. Okay. Now, just to be clear, the
11 interviewing that was conducted by Guevara when
12 Mr. Maysonet confessed to him before you arrived,
13 you -- you have no knowledge about that, right?
14 A. That is correct.
15 Q. Do you know Mr. Maysonet alleges that he was
16 physically abused during that interrogation?
17 A. I heard that.
18 Q. Okay. And you don't know one way or another
19 whether that happened, right?
20 A. That is correct.
21 Q. So after the court-reported statement, it
22 looks like ASA DiFranco requested that Jose
23 Maysonet be driven to the scene. Do you see that?
24 A. Where at?
25 Q. The next paragraph. It says, "Jose Maysonet

Page 340

1  thereafter read his statement, which he signed."
2  Do you see that?
3  A. Thereafter, after they read his statement
4  here?
5  Q. Yeah. And then it looks like this was when
6  you-all went to the scene?
7  A. Pardon me?
8  Q. You-all went to the scene, then, after that?
9  A. Yeah.
10 Q. Okay. But earlier you thought you went to
11 the scene before he made his court-reported
12 statement, but --
13 A. Yeah.
14 Q. -- this suggests that you went to the scene
15 after the court-reported --
16 A. After.
17 Q. Okay. And you would rely on this?
18 A. Yes.
19 Q. Okay. And then it says, "ASA DiFranco
20 deferred formal charging of Jose Maysonet pending
21 additional interviews with Alfredo Gonzales."
22 Any idea why ASA DiFranco deferred formal
23 charging after Jose Maysonet purportedly confessed
24 about eight times prior to April -- I'm sorry,
25 August 23rd in the morning?