# EXHIBIT 21

66 sup
9-5-90        8-27-90
              BL

☒ SCREEN FELONY
☐ ARREST WARRANT
☐ SEARCH WARRANT
☐ JUVENILE
☐ POLICE SHOOTING

Start Time: 2300  Finish Time: 0330

Date: 8/22/90  Action No: 26  Number of Defendants: 1/1  Number of Victims/Witnesses: 2V/1W  Page: 1 of 2

## DEFENDANT NUMBER 1
- Name: Last GONZALEZ  First Alfredo  Middle  Suffix
- Address: Street 1835 N. Kedzie, 1st flr  City Chicago  State IL  Zip
- Sex: M  Race: H  DOB: 13 Apr 58  LID: IR 6106917  SID:  FBI:
- AKA: Last  First 31 YOA  Country of Birth (Puerto Rico)

### CHARGES/ACTIONS DEFENDANT NUMBER
- Charge: MURDER x2  Action: approved  Reason: per Gary Howard

### STATEMENT DEFENDANT NUMBER 1
- Type: Court Reported  Date: 8/24/90  Time: 0200  Court Reporter: Janet Lupa
- Statement Witnesses: ASA Borowitz, Det Guevara
- Statement Summary: AOR Δ stated in summary that he was in the car w/ 3 other guys & they drove to the alley near St Louis, Kimball & North. Jose & Fro put up their "hoody's" which means they are going to kill. Jose had a 9mm gun. The 3 guys left the car, Δ heard 5 to 6 shots → the 3 guys came back to the car. Δ saw 2 bodies lying on the ground near North Ave. Then they drove away.

### ARREST DEFENDANT NUMBER
- RD/AR No.: N234297  CB/DCN: ?
- Place of Arrest: 5555 W. Grand Ave  Date: Aug 23, 1990  Time: 18:30
- Arrest Reason: Investigation  Means of ID: self admit  ASA Present ☐
- Arresting Agency: CPD  Area:  District:
- Arresting Officer: Det. Gawrys  Star: 16899  Assignment: A5 V/C
- Arresting Officer: Det. Halvorsen  Star: 6036  Assignment: A5 V/C
- Investigator: Det Guevara  Star: 16345  Assignment: A5 V/C

### EVIDENCE/INVESTIGATION
- Additional Investigations Requested: Bella Rosa (W1) to go to grand jury 8/24/90
- Officer Receiving Request:
- Physical Evidence | Property Number | How Recovered
- 4 -9mm shells  773257-177  3428 W. North
- 1 - Bullet slug  773257-177  From V1's undershorts
- Photos of scene  beer can - 773258177 - 3428 W. North

### INCIDENT
- On or from Date: May 25, 1990  At or between Time: 0100  Weapon type: 9 mm pistol
- to Date:  to Time:  Location: 3428 W. North Ave.
- Incident Summary: At ADTL Δ along w/ 3 co-offenders drove to the alley where V1 & V2 were and shot & killed V1 & V2.

CO-Δ previously charged = Jose Maisonet

## DEFENDANT NUMBER
- Name: Last  First  Middle  Suffix
- Address: Street  City  State  Zip
- Sex:  Race:  DOB:  LID:  SID:  FBI:
- AKA: Last  First  Country of Birth

### CHARGES/ACTIONS DEFENDANT NUMBER
- Charge  Action  Reason

### STATEMENT DEFENDANT NUMBER
- Type:  Date:  Time:  Court Reporter:
- Statement Witnesses:  ☐ ASA  ☐ P. Officer  ☐ Other
- Statement Summary:

### ARREST DEFENDANT NUMBER
- RD/AR No.:  CB/DCN:
- Place of Arrest:  Date:  Time:
- Arrest Reason:  Means of ID:  ASA Present ☐
- Arresting Agency:  Area:  District:
- Arresting Officer:  Star:  Assignment:
- Arresting Officer:  Star:  Assignment:
- Investigator:  Star:  Assignment:

### VICTIM/WITNESS NUMBER 1
- Type: Deceased  Title: (Mr)
- Name: Last Wiley  First Torrence  Middle  Suffix
- Address: Street 11 S. Parkside  City Chicago  State IL  Zip
- Home Phone:  Work Phone:  Ext.
- Sex: M  Race: B  DOB: 4-10-63  DL State:  Number:  Public Aid No.:
- Property Loss: $  Personal Injury: deceased  SS# 333606143
- Related to Defendant: No  TR# 887249  Handicap:
- Notes:  27 YOA
  GSW left chest lodged in right chest
  GSW to genitals exiting the right thigh - pellet recovered in undershorts

### VICTIM/WITNESS NUMBER 2
- Type: Deceased  Title: (Mr)
- Name: Last Wiley  First Kevin  Middle  Suffix
- Address: Street 3334 W. Maypole  City Chicago  State IL  Zip
- Home Phone:  Work Phone:  Ext.
- Sex: M  Race: B  DOB: 5-5-64  DL State:  Number:  Public Aid No.:
- Property Loss: $  Personal Injury: deceased  SS# 333607217
- Related to Defendant:  Handicap:
- Notes:  26 YOA
  GSW to the head, below & to the rear of the left ear. Apparently exiting the mouth

### NEXT EVENT/ASA
- Next event date: 8-24-90  Next event: PH  Location: BR 66
- ASA: Borowitz  Unit: FR  Approval type: ☒ Personal ☐ Telephone

DATA ENTRY  Date  Entered By  PCN  CCSAO002007