# EXHIBIT 26

```
 1                    (Witness sworn.)

 2              THE CLERK:  Be seated.

 3    WHEREUPON,

 4                    REYNALDO GUEVARA,

 5    called as a witness on behalf of the People of

 6    the State of Illinois, having been first duly

 7    sworn, under oath was examined and testified as

 8    follows:

 9                    DIRECT EXAMINATION

10              BY MS. MANDELTORT:

11         Q.   Good afternoon.  Please introduce

12    yourself to the ladies and gentlemen of the jury.

13         A.   Detective Reynaldo Guevara,

14    G-u-e-v-a-r-a.  My star number is 20861, and I'm

15    assigned to the Chicago Police Department Violent

16    Crimes Unit.

17         Q.   How long have you been a Chicago Police

18    Officer?

19         A.   Almost 23 years.

20         Q.   Sir, where specifically are you assigned

21    within the police department?

22         A.   I'm assigned to the Violent Crimes Office

23    in Area 5.

24         Q.   And how long have you been a detective in
```

O-192

MAYSONET 934

1       Area 5?

2           A.   Five years.

3           Q.   I'd like to talk to you about the 22nd of

4    August 1990.  Were you working that day in Area 5

5    Violent Crimes?

6           A.   Yes, I was.

7           Q.   And that day, sir, do you recall if you

8    were working alone or with any partners?

9           A.   I was working with several.

10          Q.   Do you recall any of their names?

11          A.   Yes.  Detective Steven Gawrys.

12          Q.   How do you spell that?

13          A.   G-a-w-r-y-s.  Detective Ernest Halvorsen,

14   H-a-l-v-o-r-s-e-n, and Sergeant Mingey.

15          Q.   And do you recall what shift you were

16   working back then?

17          A.   I was working the third watch, which is

18   from 3:00 o'clock in the afternoon to 11:30 at

19   night.

20          Q.   At some point on the 22nd of August of

21   1990, sir, did you become involved in the

22   investigation into the murders of Torrence and

23   Kevin Wiley?

24          A.   Yes, I did.

O-193

1    Q.    In fact, sir, did you take over that

2    investigation on the 22nd of August 1990 from

3    other detectives?

4    A.    Yes, I did.

5    Q.    And directing your attention to about

6    8:00 o'clock in the evening, did you have the

7    occasion, sir, to be in an interview room at

8    Area 5?

9    A.    Yes.

10    Q.    And at 8:00 o'clock, sir, other than

11    yourself, who else was present in that interview

12    room?

13    A.    The defendant, Maysonet.

14    Q.    Could you please point to him and

15    describe something he is wearing today?

16    A.    The gentleman sitting over there with the

17    suit and tie (indicating.)

18        MS. MANDELTORT:  Your Honor, may the

19    record reflect the in-court identification of the

20    defendant, Jose Maysonet.

21    BY MS. MANDELTORT:

22    Q.    And when you first spoke to Mr. Maysonet,

23    what did you say to him?

24    A.    I introduced myself to him, and this --

O-194

MAYSONET 936

```
1    before I asked him any questions, I gave him his
2    constitutional rights.
3         Q.   And was that from memory, sir, or from
4    some preprinted source?
5         A.   A preprinted card that I carry with me.
6         Q.   And, sir, did you do that in English or
7    in Spanish?
8         A.   I did it both.  I first did it in
9    English, and again, I did it in Spanish for him.
10        Q.   And did the defendant acknowledge to you
11   that he understood those rights?
12        A.   Yes, he did.
13        Q.   And did he indicate to you at that time
14   that he would be willing to talk to you?
15        A.   Yes, he did.
16        Q.   Did you then, sir, have a conversation
17   with him?
18        A.   Yes, I did.
19        Q.   Can you tell the ladies and gentlemen
20   of the jury, during that conversation, what
21   happened?
22        A.   Well at first, I asked him if -- whether
23   he wanted to speak to me in English or Spanish,
24   and he decided Spanish.  And we went into the
```

O-195

MAYSONET 937

1    conversation as to what happened.

2                And he first indicated to me he

3    was -- on the 20th of May, he was at home when

4    fellow members -- fellow gang members came over,

5    one known to him as Lluvia, and brought him a

6    gun.  They told him to save it for them, and that

7    was a nine millimeter weapon.

8                He then went on to say that on

9    the -- four days later, on the 24th of May,

10   Lluvia returned back with two other members of his

11   gang.

12       Q.   Did he give you the names --

13       A.   Yes, he did.

14       Q.   -- or refer to those individuals in any

15   way?

16       A.   Yes, he did.  He says one of them was

17   Fro.  The other one was Tino.

18       Q.   And at that point, he said that they came

19   back to get the gun, the nine millimeter.  They

20   wanted it back because they had to meet two guys

21   on Drake and North Avenue.

22       Q.   At that time, did he indicate to you

23   whether they told him what they needed to see

24   those two guys about?

O-196

MAYSONET 938

```
 1          A.    Yes.   He went on to say that they needed
 2     to see the two guys for some dope, and that's why
 3     they needed a gun.
 4          Q.    And at that time, sir, did he say
 5     anything to you about what any of those
 6     individuals was wearing when they came over to
 7     his house on the late evening of the 24th of May
 8     1990?
 9               MR. BEUKE:   Judge, I'm going to object
10     to the leading.
11               THE COURT:   Overruled.
12     BY THE WITNESS:
13          A.    Yes, he did.  As they walked out of the
14     apartment, he noticed that Lluvia was wearing a
15     black hooded sweat shirt, and he knew that to be
16     when they go out on the road.
17     BY MS. MANDELTORT:
18          Q.    When they go out on the road?
19          A.    It means to go and kill somebody or shoot
20     at somebody.
21          Q.    What did he say then?
22          A.    He then said that they asked him if he
23     wanted to drive the car, and he says, yes, he
24     would drive the car.
```

O-197

1          He then went on to say that he got

2      into the car with them, and he drove down Homan to

3      Potomac and then Potomac to St. Louis, then went

4      northbound on St. Louis to North Avenue, then left

5      on North Avenue into Drake and into the alley on

6      Drake.

7          Q.   Did he indicate to you at that time what

8      happened when he stopped the car in the alley?

9          A.   Yes, he did.

10         Q.   What did he tell you happened then?

11         A.   He said that Lluvia, Fro, and Tino exited

12     the car and walked toward two guys that were

13     standing on the sidewalk.  He seen two guys

14     standing on the sidewalk, and they walked toward

15     them.

16         Q.   Did he tell you what happened then?

17         A.   He says approximately five minutes, he

18     heard five-to-six shots.  He turned around and

19     looked and saw two bodies, the two guys laying on

20     the sidewalk, and saw Lluvia with the nine

21     millimeter gun pointing it at them to see if

22     they moved.  He noticed that the guy did not move,

23     so then they all three came back to the car and

24     left.

O-198

MAYSONET 940

1      Q.   Did he tell you after they got back in

2  the car where they went?

3      A.   Yes, he did.  He said that he drove

4  to his house.  He got out of the car.  Lluvia

5  then jumped back into the driver's seat and drove

6  off.

7      Q.   Did he indicate to you in that

8  conversation the next time he saw Lluvia?

9      A.   Yes, he did.

10     Q.   What did he tell you?

11     A.   He says the same day, around

12  11:00 o'clock in the morning, he saw Lluvia over

13  by LeMoyne and Spaulding.  Lluvia came up to him,

14  and Lluvia told him that he had just killed the

15  two black motherfuckers.

16     Q.   Did he tell Mr. Maysonet anything else?

17     A.   He then told Maysonet not to say anything

18  about it.

19     Q.   After that conversation, sir, did you

20  have the occasion to meet a woman by the name of

21  Rosabella?

22     A.   Yes, I did.

23     Q.   Was that at Area 5 as well?

24     A.   Yes, it was.

MAYSONET 941

```
 1        Q.   And at about 9:00 o'clock, were you

 2   present for a conversation between Rosabella and

 3   the defendant, Jose Maysonet?

 4        A.   Yes, I was.

 5        Q.   And when Rosabella first came in that

 6   room with you and the defendant, what did the

 7   defendant say to Rosabella?

 8             MR. BEUKE:   Objection, Judge.

 9             THE COURT:   Basis?

10             MR. BEUKE:   Well, I'll withdraw it,

11   Judge.

12   BY THE WITNESS:

13        A.   He told Rosabella that he had already

14   told me the truth, and he wanted her to tell the

15   truth.

16   BY MS. MANDELTORT:

17        Q.   And then did you have another

18   conversation with the defendant in the presence of

19   Rosabella?

20        A.   Yes, I did.

21        Q.   And at that time, what did the defendant

22   tell you?

23        A.   He told me that he would take me and show

24   me the houses where two other guys lived.
```

O-200

MAYSONET 942

```
 1          Q.    And did you, sir, then leave Area 5 with

 2     the defendant?

 3          A.    Yes, I did.

 4          Q.    And do you recall, sir, was there anyone

 5     else in the car besides yourself and the defendant

 6     at this time?

 7          A.    At this time, it was myself; my partner,

 8     Steven Gawrys, and if I recall, Sergeant Mingey

 9     was also present with me.

10          Q.    And as you were driving with the

11     defendant, where did Jose Maysonet direct you to?

12          A.    He directed to Kedzie.

13          Q.    And when you got to Kedzie, did he point

14     out any particular structure?

15          A.    He pointed out a building.  He says, this

16     is where Lluvia lived.  And from there, he

17     directed me to 1035 North Spaulding and pointed

18     out the house 1035 and said, that's where Fro

19     lives.

20          Q.    And as you were out in the vehicle and

21     after he pointed out where Lluvia lived and where

22     Fro lived, did you see anyone on the street?

23          A.    Yes, I did.

24          Q.    Tell the ladies and gentlemen of the jury
```

O-201

MAYSONET 943

1 who you saw?

2  A. As I was going back to the office, went

3 northbound on Spaulding, and when we got to

4 Spaulding and LeMoyne, Lluvia was standing on the

5 corner. And he pointed him out and said, that's

6 Lluvia.

7  Q. At that time, did you take any action in

8 terms of arresting or apprehending Lluvia at that

9 time?

10  A. No, I did not.

11  Q. Why not?

12  A. Because I didn't want to front him off.

13  Q. When you say, front him off, what do you

14 mean, sir?

15  A. I didn't want Lluvia to see that this is

16 the guy that said he did it.

17  Q. Did there come a time, sir, when you got

18 back to Area 5?

19  A. Yes, I did.

20  Q. At that time, sir, did you show

21 Mr. Maysonet any photographs?

22  A. Yes, I did.

23  Q. And who did you show him a photograph of?

24  A. I showed him a photograph of Fro.

O-202

MAYSONET 944

1              MS. MANDELTORT:  Counsel, People's

2    Exhibit 29B.

3                   May I approach, Judge?

4              THE COURT:  Very well.

5    BY MS. MANDELTORT:

6        Q.    I'm showing you what's been marked as

7    People's Exhibit Number 29B.  Do you recognize

8    that photograph?

9        A.    Yes, I do.

10       Q.    And what do you recognize that photograph

11   to be?

12       A.    This is the photo of Fro, the one that I

13   showed Maysonet.

14       Q.    At the time you showed Mr. Maysonet that

15   photograph, did he identify that person to you as

16   Fro?

17       A.    Yes.  He said, this is Fro, the one that

18   came to my house and the one that was with us.

19       Q.    Now, you said when you were out on the

20   street, you saw Lluvia?

21       A.    Yes, I did.

22       Q.    Did you ever determine Lluvia's real

23   name?

24       A.    After, yes, I did.

O-203

1    Q.    Did you determine that name to be Alfredo

2    Gonzales?

3    A.    Yes, ma'am.

4    Q.    I'm showing you what's been marked as

5    People's Exhibit Number 29A.  Do you recognize who

6    that is a picture of?

7    A.    This is a picture of, I believe --

8    Q.    Do you recognize that person?

9    A.    I recognize him, but the name, yeah,

10   doesn't -- but I do recognize one of them.

11   Q.    Okay.  Is that photograph a photograph of

12   the person that you saw on the street that he

13   pointed out as Lluvia that day?

14   A.    Yes.

15        MS. MANDELTORT:  If I could just have

16   one moment?

17                    (Brief pause.)

18   BY MS. MANDELTORT:

19   Q.    Sir, you have testified that the

20   defendant told you the route that he drove to

21   where the Wiley brothers got killed; is that

22   right?

23   A.    He showed me the route.

24   Q.    Sir, would using a diagram aid you in

O-204

MAYSONET 946

1    explaining your testimony to the ladies and

2    gentlemen of the jury?

3        A.    Yes.

4            THE COURT:   It's 31; right?

5            MS. MANDELTORT:   31, Judge.

6                I'm showing counsel what's

7    previously been shown to them as People's Exhibit

8    Number 31.   May I approach, Judge?

9            THE COURT:   Very well.

10   BY MS. MANDELTORT:

11       Q.    Sir, I'm showing you what's been marked

12   as People's Exhibit Number 31 for identification.

13   Do you recognize that?

14       A.    Yes.   This is a map of the 14th District

15   in the immediate area of where the shooting took

16   place.

17       Q.    And, sir, would using that diagram aid

18   you in explaining your testimony to the ladies and

19   gentlemen of the jury?

20       A.    Yes.

21       Q.    And, sir, you indicated that the

22   defendant told you the route.   Did you indicate

23   also that you drove that route?

24       A.    No, no.   He showed me the route.   He told

O-205

1    me the route.

2       Q.   Sir, could you mark with this pen --

3    first of all, you indicated the defendant said

4    that he left from his house on Homan; is that

5    correct?

6       A.   That's correct.

7       Q.   Do you see where that house would be

8    located on that map?

9       A.   Yes.   More or less, yes.

10       Q.   Could you, sir, put an X at the house --

11    at the approximate location of where the

12    defendant's house was and where they left from?

13       A.   (Indicating.)

14       MS. MANDELTORT:   Your Honor, may the

15    record reflect the witness has put an X on the map

16    on Homan very close to Potomac.

17   BY MS. MANDELTORT:

18       Q.   And, sir, could you take that pen and

19    draw the route that the defendant told you they

20    drove from his house to the alley?

21       A.   He went Homan to Potomac.   He made a

22    right on Potomac to St. Louis, made another right

23    on St. Louis, went northbound on St. Louis to

24    North Avenue, made a left on North Avenue to

O-206

MAYSONET 948

1    Drake, made a right on Drake to the alley,

2    made another right on the alley past St. Louis

3    across to the empty lot about around here

4    (indicating.)

5         MS. MANDELTORT:  Your Honor, may the

6    record reflect that the witness has, in fact, as

7    he's indicated those streets made a line with the

8    red pen.

9    BY MS. MANDELTORT:

10        Q.   Sir, do you see approximately where the

11   vacant lot is on this exhibit?

12        A.   About here (indicating.)

13        Q.   Could you take this red -- I guess we'll

14   call it a stick pin, and could you put that red

15   stick pin on the approximate location of that

16   vacant lot?

17        A.   (Indicating.)

18        MS. MANDELTORT:  Your Honor, may the

19   record reflect that the witness has, in fact, put

20   a stick pin off the alley between St. Louis and

21   Kimball off of North Avenue.

22   BY MS. MANDELTORT:

23        Q.   After that day, your involvement in the

24   murder investigation continued, did it not?  After

O-207

1    the 22nd of August 1990?

2        A.   I was there until the 23rd, about 7:15 in

3    the morning.

4        Q.   Are you aware, sir, that Lluvia or

5    Alfredo Gonzales was subsequently arrested?

6        A.   Yes.

7        Q.   And likewise, sir, Justino Cruz was

8    subsequently arrested after that day; is that

9    correct?

10       A.   Yes.

11         MS. MANDELTORT:  If I could just have

12    one moment, Judge?

13              (Brief pause.)

14         MS. MANDELTORT:  Judge, I have no

15    further questions.  I would tender the witness.

16         CROSS EXAMINATION

17         BY MR. BEUKE:

18        Q.   Detective, let me see if I understand

19    this.  You were out on the street with

20    Mr. Maysonet and Sergeant Mingey and Detective

21    Gawrys, and he pointed out an individual that

22    he told you had committed a double murder;

23    correct?

24        A.   Correct.

MAYSONET 950

1     Q.    That was this Lluvia person; correct?

2     A.    Correct.

3     Q.    And you and Sergeant Mingey and Detective

4 Gawrys let Lluvia go, let him stay out on the

5 street?

6     A.    Yes, we did.

7     Q.    And your testimony is that you did

8 that for the express purpose of not fronting

9 off Mr. Maysonet to Lluvia out on the street;

10 correct?

11    A.    Not only to Lluvia, to the rest of the

12 guys that were standing there with him, yes.

13    Q.    Well, were there -- did you have a radio

14 in your car?

15    A.    Yes, I did.

16    Q.    Did you ever consider calling another car

17 and asking him to go over there and pick up

18 Lluvia?

19    A.    No, I did not.

20    Q.    You guys drove back into the station?

21    A.    That's correct.

22    Q.    And let Lluvia stay out on the street?

23    A.    That's correct.

24    Q.    Later on that day, Lluvia at some point,

MAYSONET 951

1    I think you have indicated, was brought in to Area

2    5; correct?

3        A.    Yes.

4        Q.    And Mr. Maysonet was shown Lluvia;

5    correct?

6        A.    Yes, he was.

7        Q.    And that was in an interview room at Area

8    5; correct?

9        A.    That's correct.

10       Q.    Do you think that fronted him off?

11             MS. MANDELTORT:  Objection, Judge.

12             THE COURT:  Sustained.

13   BY MR. BEUKE:

14       Q.    Well, a couple of hours earlier, you were

15   real concerned about Mr. Maysonet's situation as

16   to how things looked with these other gang

17   members; correct?

18       A.    Correct.

19       Q.    And then in the station a couple of hours

20   later, you put him either in the same interview

21   room or in front of the door of the same interview

22   room where this guy was; correct?

23       A.    Yes.

24       Q.    And at that time, Lluvia was in custody?

O-210

```
 1        A.    Correct.

 2        Q.    When did you lose this concern about

 3   Mr. Maysonet's safety?

 4              MS. MANDELTORT:  Objection, Judge.

 5              THE COURT:  Sustained.

 6   BY MR. BEUKE:

 7        Q.    Well, Detective, let me see if I get this

 8   right.  Before August 22nd of 1990, you had no

 9   involvement in this investigation; correct?

10        A.    Correct.

11        Q.    You had not prepared one report; correct?

12        A.    Correct.

13        Q.    You had not read one report; correct?

14        A.    Correct.

15        Q.    You had not read one progress report

16   note; correct?

17        A.    Correct.

18        Q.    You didn't know anything about where the

19   bodies were found, how the people had been shot,

20   whether or not there had been any witnesses, none

21   of that; correct?

22        A.    No, I did have knowledge as to where the

23   shooting took place.  Yes, I did.

24        Q.    All right.  The general knowledge of 3428
```

O-211

MAYSONET 953

1       Q.   Tell the ladies and gentlemen what

2   reports you read?

3       A.   The reports, the supplementary report

4   that had been prepared on the day of the

5   shooting.

6       Q.   Well, that was the report from May 25th

7   of '90; correct?

8       A.   That's correct.

9       Q.   There were no reports that were done by

10   anybody after that date; correct?  In May?

11       A.   I don't recall that there were any other

12   reports made after the May 20th.

13       Q.   Well, do you recall if there were any

14   reports dated May 26th or 27th or 28th?

15       A.   I don't recall if there were any.

16       Q.   Tell the ladies and gentlemen how many

17   reports you read.

18           MS. MANDELTORT:  Objection, Judge.

19           THE COURT:  Sustained, Counsel.

20   Counsel, number one, the objection is sustained.

21           MR. BEUKE:  I'm sorry, Judge.

22           THE COURT:  And number two, where are

23   you going?

24           MR. BEUKE:  Well, do you want to have a

MAYSONET 954

1       sidebar, Judge?

2               THE COURT:  No, I just want you to ask

3       the question and move on.

4               MR. BEUKE:  Okay.

5       BY MR. BEUKE:

6           Q.   Detective, do you know how many reports

7       you read?

8               MS. MANDELTORT:  Objection, asked and

9       answered.

10              THE COURT:  No, he didn't answer that

11      question because I interjected.

12                  If you know, you may answer.

13      BY THE WITNESS:

14          A.   Supplementary report, whatever was in the

15      file.  I don't know exactly how many.

16      BY MR. BEUKE:

17          Q.   Were there any reports that you read when

18      this investigation was turned over to you that

19      indicated Jose Maysonet was a suspect in this

20      case?

21          A.   That I learned from the detectives that

22      turned the case over to me.

23          Q.   Now, that would have been Detective

24      Montilla; correct?

O-214

1          A.    I believe so.

2          Q.    Okay.  Detective Montilla had been

3     speaking to Mr. Maysonet, you learned, earlier

4     that afternoon and earlier that morning;

5     correct?

6          A.    Correct.

7          Q.    Okay.  And did Detective Montilla tell

8     you what Mr. Maysonet had told him or not?

9          A.    I believe Mr. Maysonet had not told

10    Detective Montilla anything at that point.

11         Q.    Okay.  So sometime around 8:00 o'clock

12    that evening, you show your face to Mr. Maysonet

13    for the very first time; correct?

14              MS. MANDELTORT:  Judge, object to the

15    form of the question.

16              THE COURT:  Sustained to the form of the

17    question.

18    BY MR. BEUKE:

19         Q.    What time, Detective, did you first meet

20    Jose Maysonet?

21         A.    Approximately about 8:00 o'clock at

22    night.

23         Q.    Prior to that, you had never seen this

24    man before; correct?

O-215

1     A.   No, I have seen Jose Maysonet many times

2  before.

3     Q.   Well, prior to 8:00 o'clock at night, you

4  had never seen Mr. Maysonet at Area 5; correct?

5     A.   Correct.

6     Q.   You walked in; correct?

7     A.   Yes.

8     Q.   You introduced yourself to him; correct?

9     A.   Correct.

10    Q.   You determined that he felt more

11  comfortable speaking in Spanish than in English;

12  correct?

13    A.   No, he determined that.

14    Q.   Well, you advised him of his rights in

15  English and in Spanish; correct?

16    A.   Correct.

17    Q.   And at that point, Mr. Maysonet did what?

18    A.   At that point, he decided to speak to me

19  in Spanish.

20    Q.   Well, what did he tell you at that point?

21    A.   At that point, he told me that he prefers

22  to talk to me in Spanish.

23    Q.   Okay.  And then you had a conversation

24  with him in Spanish; correct?

O-216

MAYSONET 957

1      A.   Yes.  Yes, I did.

2      Q.   And that conversation was -- what did he

3  start out telling you?  What was the first thing

4  he said?

5      A.   The first thing he said was the 20th --

6  the May 20th incident when they came over to the

7  house, Lluvia came over to the house and gave him

8  the gun and asked him to put it away, to save it

9  for him.

10     Q.   Okay.  So you walk in there, give him his

11 rights, start speaking to him in Spanish, and for

12 the first time, this man decides to lay everything

13 out for you; correct?

14          MS. MANDELTORT:  Objection, Judge.

15          THE COURT:  Sustained, Counsel.

16 Counsel, don't repeat the testimony.

17 BY MR. BEUKE:

18     Q.   Did you ever talk to him about his wife,

19 Rosabella?

20     A.   No, I did not.

21     Q.   Did you ever talk to him about his

22 family?

23     A.   No, I did not.

24     Q.   Did you ever talk to him about a nervous

O-217

MAYSONET 958

1    condition that he had?

2    A.   No, sir.

3    Q.   Did you ever go down and speak to any

4    member of his family about pills?

5    A.   No, sir.  I don't recall that I ever did,

6    no.

7    Q.   Do you ever recall asking somebody or

8    giving Mr. Maysonet some pills?

9    A.   I don't recall.

10    Q.   Well, do you recall some pills being

11    brought to Area 5 by a member of Mr. Maysonet's

12    family?

13    A.   I don't remember, Counsel.

14    Q.   Well, you have testified in a prior

15    hearing on this case, have you not, Detective?

16    A.   Yes.

17    Q.   And when you testified on that date, you

18    were under oath; correct?

19    A.   Correct.

20    Q.   You were asked certain questions by the

21    attorney for Mr. Maysonet and the attorneys for

22    the prosecutors; correct?  Miss Mandeltort and

23    Mr. Marek; correct?

24    A.   Correct.

O-218

1               MR. BEUKE:  Judge, can I have a moment?

2                   (Brief pause.)

3   BY MR. BEUKE:

4      Q.   Page 62.  Sir, do you recall testifying

5   at a hearing in this case on January 31st of

6   1995?

7      A.   Yes.

8      Q.   And that was in front of Judge Morgan;

9   correct?

10     A.   Correct.

11     Q.   Do you recall being asked these questions

12  and giving these answers?

13           "Question:  It was Rosabella

14       that told you at 2100 hours, I got to give

15       him his pills?

16           "Answer:  Somewhere around that

17       time, yes.

18           "Question:  And you let her?

19           "Answer:  I believe I gave it to

20       him."

21           Do you recall giving those answers

22  to those questions?

23     A.   Yes, 2100 hours.

24     Q.   9:00 o'clock; correct?

MAYSONET 960

1      A.   Correct.

2      Q.   For the ladies and gentlemen?

3      A.   Correct.

4      Q.   You gave him pills that evening?

5           MS. MANDELTORT:  Objection, asked and

6    answered.

7           THE COURT:  Sustained.

8    BY MR. BEUKE:

9      Q.   Well, do you recall giving Mr. Maysonet

10   nerve pills?

11     A.   At this time, I don't recall.

12          THE COURT:  That was his answer before.

13   BY MR. BEUKE:

14     Q.   You gave those answers to those questions

15   back on January 31st of 1995; correct?

16          MS. MANDELTORT:  Objection, asked and

17   answered.

18          THE COURT:  Sustained.

19   BY MR. BEUKE:

20     Q.   Well, Detective, that 8:00 o'clock

21   conversation that you had with Mr. Maysonet lasted

22   approximately how long?

23     A.   Oh, I would say about 35, 40 minutes.

24     Q.   And it was just you and him; correct?

O-220

1      A.   Yes.

2      Q.   There was nobody else in there?

3      A.   No.

4      Q.   And would you tell the ladies and

5 gentlemen of the jury how many notes you took

6 about that conversation -- during that

7 conversation?

8      A.   Not one note.

9      Q.   And did you prepare any general progress

10 report note concerning that conversation that you

11 say you had with Maysonet on August 22nd or 23rd

12 of 1990?

13     A.   I haven't prepared a progress report in

14 23 years.

15     Q.   You don't use -- you didn't write any of

16 what Mr. Maysonet told you down at that time;

17 correct?

18     A.   Correct.

19     Q.   This was a person who, according to you,

20 was confessing to some involvement in this case;

21 correct?

22     A.   That's correct.

23     Q.   And according to you, at some point,

24 Mr. Maysonet was taken out to the scene and asked

O-221

1    to point out certain houses; correct?

2        A.   Correct.

3        Q.   He was cooperating with you; correct?

4        A.   That's correct.

5        Q.   He was giving you all the information you

6    needed to solve this crime; correct?

7        A.   That's correct.

8        Q.   He was taking you to where the shooter

9    lived; correct?

10       A.   Correct.

11       Q.   According to you, he pointed out the

12   shooter to you; correct?

13       A.   Yes, he did.

14       Q.   Now, you testified that Mr. Maysonet

15   subsequently told you where it was that -- or the

16   route that he took; was that your testimony,

17   Detective?

18       A.   Yes.

19       Q.   Okay.  Now, I believe you testified that

20   he said he took Homan to Potomac; correct?

21       A.   Correct.

22       Q.   Potomac to St. Louis; correct?

23       A.   Correct.

24       Q.   St. Louis to North Avenue; correct?


O-222


MAYSONET 963

```
 1          A.   Correct.

 2          Q.   And he turned left on North Avenue;

 3    correct?

 4          A.   Correct.

 5          Q.   So he would have been going west?

 6          A.   Correct.

 7          Q.   Okay.  Where is St. Louis from the

 8    intersection of -- well, strike that.

 9                    When he turned left onto North

10    Avenue, he was going to Drake; correct?

11          A.   Correct.

12          Q.   And he turned onto Drake; correct?

13          A.   Correct.

14          Q.   And he pulled into the alley behind

15    Drake; correct?

16          A.   He turned into the alley.

17          Q.   Okay.  And he parked?

18          A.   No, he didn't say he parked.

19          Q.   Well, you at some point collaborated with

20    other detectives in the preparation of a police

21    report in this case; correct?

22          A.   Collaborated with -- I didn't collaborate

23    with no one.

24                    THE COURT:  Counsel --
```

O-223

```
 1                    MR. BEUKE:  Well, is there a police
 2      report --
 3                    THE COURT:  Counsel, you must let the
 4      witness answer your question.
 5                         I didn't hear the end of that,
 6      Miss Court Reporter, when the witness was
 7      answering.
 8                         (WHEREUPON, the record was
 9                          read as requested.)
10                    THE COURT:  Very well.
11      BY MR. BEUKE:
12          Q.   Well, who prepared the police report
13      concerning your involvement with this
14      investigation, and when was that prepared?
15          A.   It was probably prepared by my partner,
16      because I didn't prepare it either.
17          Q.   Did you assist him in preparing them?
18          A.   Oh, yes.
19          Q.   How?
20          A.   By telling him what I have learned from
21      Maysonet.
22          Q.   When?
23          A.   Everything that Maysonet told me.
24          Q.   When did you tell him that?
```

O-224

1    A.    It was probably done the next day or the

2  same day.  I couldn't tell you exactly unless I

3  look at the report.

4    Q.    Well, okay.  I'm going to show you what I

5  believe has been previously marked State's Exhibit

6  Number 27 and ask you to take a look at that

7  document and tell the judge and the ladies and

8  gentlemen of the jury if you recognize it, sir,

9  and if you do, what you recognize it to be?

10    A.    This was prepared on the 23rd of August

11  1990.

12    Q.    Okay.  And that would have been

13  sometime after you had talked with Mr. Maysonet;

14  correct?

15    A.    Correct.

16    Q.    That was approximately a day later;

17  correct?

18    A.    Correct.

19    Q.    And you, according to you, gave your

20  information as to what Maysonet told you to

21  who?

22    A.    To my partner.

23    Q.    Well, you were working with several

24  guys?

O-225

```
 1         A.   Yeah, my partner, Detective Halvorsen.
 2         Q.   So Halvorsen is the person who typed this
 3    report up; correct?
 4         A.   Correct.
 5         Q.   Now, you have had an opportunity to
 6    review it a number of times since you have been
 7    involved in this case, haven't you, Detective?
 8         A.   Very little.
 9         Q.   Pardon?
10         A.   Very little time.
11         Q.   I'm sorry.  I didn't hear you?
12         A.   I said, very little time.
13              THE COURT:  Very little time.
14    BY MR. BEUKE:
15         Q.   Very little time?
16         A.   Mm-hmm.
17         Q.   You have had an opportunity certainly to
18    review it before you testified today?
19         A.   I had the opportunity to look through it,
20    yes.
21         Q.   You had an opportunity to speak with
22    Miss Mandeltort and Mr. Marek prior to testifying
23    here today?
24         A.   Yes, I have.
```

O-226

1      Q.    You had an opportunity to discuss with

2    them your testimony; correct?

3      A.    Correct.

4      Q.    Okay.  In the portion of the police

5    report that alludes to your conversation with

6    Maysonet, nowhere in that report does it indicate

7    that Maysonet told you that he drove into the

8    alley and then continued to drive past St. Louis

9    and park next to the vacant lot, does it?

10     A.    Well, he told me he went into the alley.

11   Whether he stopped there -- he stopped there -- in

12   fact, he says he went down the alley, but there's

13   nowhere in there that's said.

14     Q.    Well, if he would have told you that,

15   Detective, was that something that you would

16   have thought important to include in the police

17   report?

18            MS. MANDELTORT:  Objection.

19            THE COURT:  Sustained.

20   BY MR. BEUKE:

21     Q.    Well, that's not in the report, is it?

22     A.    Right.

23     Q.    You have had an opportunity to see

24   Mr. Maysonet's court-reported statement, haven't


O-227

1 you?

2  A. No, I haven't.

3  Q. You have not?

4  A. I have not seen the court-reported

5 statement.

6  Q. According to you, Detective, Mr. Maysonet

7 told you that when Fro and Tino and Lluvia came

8 over to his house, they told him that they had

9 something to do with two guys at Drake and North

10 Avenue; correct?

11  A. Correct.

12  Q. That involved dope?

13  A. Correct.

14  Q. He never told you that they told him they

15 were going over there to shoot them, did he?

16  A. No.

17  Q. You said that he told you Lluvia was

18 wearing a black hooded sweat shirt; correct?

19  A. Correct.

20  Q. What was Tino wearing?

21  A. I don't think he mentioned anything that

22 Tino was wearing.

23  Q. Did you ask him?

24  A. No.

O-228

MAYSONET 969

1      Q.  What was Fro wearing?

2      A.  He didn't mention that either.

3      Q.  Did you ask him?

4      A.  No.

5      Q.  He said that they were using a light blue

6  over dark blue Pontiac; correct?

7      A.  Correct.

8      Q.  And that car belonged to a Latin King

9  named Jeffrey?

10     A.  Correct.

11     Q.  Did you ever go looking for Jeffrey?

12     A.  No, sir.

13     Q.  Did you ever go looking for a light blue

14  over dark blue Pontiac Bonneville?

15     A.  No, sir.

16     Q.  When Miss Mandeltort or you were giving

17  some answers to her questions concerning

18  Mr. Maysonet's statement to you, did you talk

19  about Mr. Maysonet's visit from -- on August 16th

20  of 1990?

21     A.  Yes.

22     Q.  According to you, Mr. Maysonet told you

23  that he was visited by some people; correct?

24     A.  That's correct.

O-229

1          Q.    And the people that he was visited by

2    were Lluvia, Fro, Tino, Cisco, and King;

3    correct?

4          A.    Correct.

5          Q.    Did you ever go looking for Cisco?

6          A.    No.

7          Q.    Did you ever go looking for King?

8          A.    No.

9          Q.    He told you that when they came by his

10   house, King put a gun to his head and told him

11   that if he ever talked about the two murders he'd

12   be six feet under; correct?

13         A.    Correct.

14         Q.    Do you recall who gave you his pills?

15         A.    No.

16              MS. MANDELTORT:  Objection, Judge.

17              THE COURT:  Counsel, he really has

18   answered that for you twice.  Anything else,

19   Counsel?

20   BY MR. BEUKE:

21         Q.    Detective, you went to the scene;

22   correct?

23         A.    No, I did not.

24         Q.    Well, have you been out to that scene?

O-230

MAYSONET 971

1    You have been a Chicago Police Officer for 20-some
2    years; correct?
3        A.    Correct.
4        Q.    Prior to being at Area 5 Violent Crimes,
5    you were assigned to Gang Crimes North for a
6    number of years; correct?
7        A.    Correct.
8        Q.    You're familiar with that whole area, are
9    you not, Detective?
10       A.    That's correct.
11       Q.    You were familiar with that area back in
12   May of '90; correct?
13       A.    That's correct.
14       Q.    You're familiar with it today; correct?
15       A.    Correct.
16       Q.    When you turn into the alley on Drake,
17   okay, going westbound or eastbound through that
18   alley, can you see the front sidewalk in front of
19   3428 West North Avenue?
20       A.    Yes, you can.
21       Q.    When is the first time that you become
22   able to see that sidewalk after you turn in the
23   alley off Drake?
24       A.    You turn in the alley, you go down the

O-231

MAYSONET 972

```
 1    alley.  You have to --
 2         Q.   I'm talking about when you first enter
 3    the alley; okay?  Off Drake?
 4         A.   No, you wouldn't be able to.
 5         Q.   There are businesses up and down the
 6    north side of North Avenue; correct?  Buildings?
 7         A.   Correct.
 8         Q.   Some are even two, three stories high
 9    correct?
10         A.   Not three stories.  Two stories I think
11    is the highest.
12         Q.   And behind those buildings behind Drake
13    Street, a lot of those buildings have garages;
14    correct?
15         A.   Some of them.
16         Q.   If you parked in the alley behind Drake
17    Street, you could not see the sidewalk at 3428
18    North -- West North Avenue; correct?
19              MS. MANDELTORT:  Objection, Judge.  It
20    depends where you park.
21              THE COURT:  Sustained.
22              MR. BEUKE:  Well, I'm asking him, Judge.
23              THE COURT:  Counsel, that's not properly
24    put.  That's the objection.  The objection is
```

MAYSONET 973

```
1    sustained.

2              MR. BEUKE:  All right.

3    BY MR. BEUKE:

4        Q.    When you first turn into the alley at

5    the westmost point of that alley -- do you

6    understand?

7        A.    Correct.

8        Q.    -- can you see that address, the street

9    on North Avenue?

10       A.    Immediately turning the alley --

11   immediately turning the alley, no, you cannot see.

12       Q.    How about when you go in one door, one

13   lot?

14       A.    No.

15       Q.    How about the second lot, the third lot,

16   the fourth lot?

17       A.    You have to drive through past St. Louis

18   to 3428.

19       Q.    Okay.  All right.  So you can't see the

20   front sidewalk of 3428 West North Avenue at any

21   point as you go down the alley between Drake and

22   St. Louis; fair to say?

23       A.    Until you get to the empty lot.

24       Q.    Well, the empty lot is not between Drake
```

MAYSONET 974

1    and St. Louis, is it?

2        A.    No, it's between St. Louis and Kimball.

3        Q.    Okay.  Now, let's take you across the

4    street, across St. Louis.  When you get first into

5    the alley, going eastbound in that alley going

6    towards Kimball -- okay?

7        A.    Correct.

8        Q.    -- when you park in the very first lot

9    behind the very first building, you can't see that

10   sidewalk, can you?

11       A.    No, not if you park right on the

12   immediate corner there.

13       Q.    Okay.  The second lot, you can't see that

14   sidewalk; correct?

15       A.    It's about the third house down, the

16   third building down.  Then you can see.

17       Q.    Okay.  The empty lot that you're talking

18   about is approximately halfway between Kimball and

19   St. Louis; correct?

20       A.    It's approximately three buildings down,

21   yes.

22       Q.    Is it fair to say it's approximately

23   halfway?

24       A.    It's a small block, yes.


                              O-234


MAYSONET 975

1    Q.   So I'm clear, Detective, did you ever

2   make any report that indicated that Mr. Maysonet

3   told you he parked the car directly behind that

4   vacant lot in the alley between St. Louis and

5   Kimball?

6          MS. MANDELTORT:  Judge, objection, asked

7   and answered.

8          THE COURT:  Sustained.  He said he never

9   made a report at all, so it seems to me that

10   that's a fair conclusion, Counsel.

11         MR. BEUKE:  Okay.

12  BY MR. BEUKE:

13    Q.   After you finished speaking with

14  Mr. Maysonet, Detective, did you have a number of

15  other conversations with him that evening?

16    A.   Personally me talking with him?

17    Q.   Yes.

18    A.   No.

19    Q.   Now, at some point, the investigation was

20  turned over the next morning to a

21  state's attorney; correct?

22         MS. MANDELTORT:  Objection to the form

23  of the question, Judge.

24         THE COURT:  Sustained.

O-235

```
 1    BY MR. BEUKE:

 2         Q.   Well, Mr. DiFranco, you know who he is,

 3    don't you?

 4         A.   Yes.

 5         Q.   And you're aware of the fact that

 6    Mr. DiFranco took a court-reported statement from

 7    him; correct?

 8         A.   Yes.

 9         Q.   Were you ever present at 6:30 a.m. with

10    Detective Montilla and Mr. DiFranco and

11    Mr. Maysonet when a conversation was had between

12    Mr. DiFranco and Mr. Maysonet?

13         A.   Yes, I was.

14         Q.   Do you recall interpreting that

15    conversation?

16         A.   I never interpreted anything.

17         Q.   So if Detective Montilla indicated that

18    you interpreted --

19              MS. MANDELTORT:  Objection, Judge.

20              THE COURT:  Sustained.  Sustained.

21    That's an improper question, Counsel.

22    BY MR. BEUKE:

23         Q.   Well, did you have another conversation

24    at 7:10 with Mr. Maysonet and Montilla and the
```

MAYSONET 977

1    state's attorney?

2       A.   I did not have another -- I was present.

3    I did not have.

4       Q.   You were present for a conversation?

5       A.   Yes.

6       Q.   Where did that conversation take place?

7       A.   In an interview room.

8       Q.   Was it in a different interview room than

9    the one you had spoken to him earlier?

10      A.   I don't remember if it was or not.  I

11   believe it was the same.

12      Q.   Anything that would refresh your

13   recollection?

14      A.   I believe it was the same room.

15      Q.   You believe it was the same room?

16      A.   Yes.

17      Q.   Do you recall again, Detective,

18   contributing to the preparation of the police

19   report that was done regarding your involvement

20   in this investigation on August the 22nd and

21   23rd?

22      A.   Yes.

23      Q.   You have had an opportunity, have you

24   not, Detective, to review that report?


                          O-237


MAYSONET 978

1      A.   Yes, I have.

2      Q.   I'm going to show you that report and ask

3  you to look at Page 8 at the very top?

4      A.   Yes.

5      Q.   Okay.  Does that report indicate whether

6  or not Mr. Maysonet was moved from the first

7  interview room at the 6:30 conversation to another

8  room?

9      A.   No, it does not.

10     Q.   What does it say regarding where that

11  second 7:10 conversation occurred?

12     A.   He was moved.

13     Q.   So it says he was moved?

14     A.   Yes.

15        MR. BEUKE:  Judge, can I have one

16  moment, please?

17              (Brief pause.)

18        MR. BEUKE:  Nothing further.

19        MS. MANDELTORT:  Judge, if I can just

20  have a moment?

21              (Brief pause.)

22     MS. MANDELTORT:  Judge, I have no

23  further questions based on the cross.

24        MR. RUECKERT:  Judge, may I approach the

O-238

MAYSONET 979

1    bench?

2                    THE COURT:  Sure.

3                    MR. RUECKERT:  Thank you.

4                            (WHEREUPON, a discussion was

5                            had off the record outside the

6                            hearing of the jury and

7                            court reporter.).

8                            (WHEREUPON, the following was

9                            had in open court, outside the

10                           presence of the jury:)

11                   MS. MANDELTORT:  Judge, for the record,

12   at this time, the People would be offering --

13                   THE COURT:  You've got 1 through 31.

14                   MS. MANDELTORT:  One is a police report.

15                   THE COURT:  1 through 26 and 28 through

16   31.

17                   MR. RUECKERT:  Judge, when the state

18   rests, is it okay if Chris goes back and I go?

19                   THE COURT:  I don't have a problem with

20   that.

21                   MS. MANDELTORT:  Judge, at this time,

22   the People would be offering 1 through 26 into

23   evidence and 28 through 31 and ask that the

24   identification symbols be stricken.  We're asking

O-239

MAYSONET 980

1    STATE OF ILLINOIS  )

2                   ) SS:

3    COUNTY OF C O O K  )

4         I, JO ANN KROLICKI, an Official Shorthand

5    Reporter for the Circuit Court of Cook County,

6    County Department, Criminal Division, do hereby

7    certify that I reported in shorthand the

8    proceedings had in the above-entitled cause, and

9    that the foregoing is a true and correct

10   transcript of my shorthand notes so taken before

11   Judge Loretta Hall Morgan on August 10, 1995.

12

13   _____

        JO ANN KROLICKI, CSR, RPR

14   OFFICIAL COURT REPORTER

15

16

17

18

19

20

21

22

23

24

O-284

MAYSONET 1025