# EXHIBIT 28



90-50
90-51

RFC-Maysonet 000001

**COURT ATTENDANCE REPORT / CHICAGO POLICE**

☐ INITIAL  ☑ CONTINUANCE  ☐ FINAL  ☐ INQUEST

DATE OF THIS REPORT
30 MAR 92

INDICTMENT NO.

| DOCKET NO. | C.B. NO. 8629-892 | I.R. NO. 610697 | NO. OF DEFENDANTS 1 |
|---|---|---|---|

| DATE OF ARREST 23 Aug 90 | DATE OF COURT APPEARANCE | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS)
Gonzalez, Alfredo

SEX - RACE  M/WH   D.O.B. ▮▮▮▮   ADDRESS

COMPLAINANT
Wiley Torrence (Deceased)  ADDRESS  TELEPHONE NO.

| DEFENDANT CHARGED 1st Deg. Murder | CHARGE CHANGED TO: | BY WHOM | DIST. OF BOOKING 025 | DEFENDANT'S PLEA NOT GUILTY |
|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES ☐ NO | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

| CONTINUED TO DATE 30 MAR 92 | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

REASON FOR CONTINUANCE

| TRIAL IN CRT. BRANCH NO. 26+6AL RM 302 | JUDGE PRESIDING MORGAN | PROSECUTING ATTORNEY MAREK | DEFENDANT'S ATTORNEY Wiener |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☐ YES  ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
Det. R. Guevara 20861 652

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☑ YES  ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
Cont. To 30 MAR 92

DECISION OF
☑ JUDGE  ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

O.T. P. 24

| PROPERTY INVENTORY NO(S) | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE 5.5 |
|---|---|
| | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES ☐ NO |
| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES ☐ NO |

| REPORTING OFFICER | STAR NO. 20861 | UNIT/AREA 652 | SUPERVISOR APPROVING | STAR NO. 1093 |
|---|---|---|---|---|

CPD-11.555 (REV. 6/88)

RD NO. N 234297

RFC-Maysonet 000002

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT

INDICTMENT NO.

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

| DOCKET NO. | C.B. NO. | I.R. NO. | NO. OF DEFENDANTS |
|---|---|---|---|

| DATE OF ARREST | DATE OF COURT APPEARANCE | NO. OF CONTIUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) | SEX - RACE | D.O.B. | ADDRESS |
|---|---|---|---|

| COMPLAINANT | | ADDRESS | | TELEPHONE NO. |
|---|---|---|---|---|

| DEFENDANT CHARGED | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|

| HELD TO GRAND JURY | AMOUNT OF BOND | RELEASED ON BOND |
|---|---|---|
| ☐ YES   ☐ NO | $ | ☐ YES   ☐ NO |

| CONTINUED TO DATE | AMOUNT OF BOND | RELEASED ON BOND |
|---|---|---|
| | $ | ☐ YES   ☐ NO |

REASON FOR CONTINUANCE

| TRIAL IN CRT. BRANCH NO. | JUDGE PRESIDING | PROSECUTING ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☒ YES   ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES   ☒ NO

| DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS) | DECISION OF |
|---|---|
| | ☐ JUDGE   ☐ JURY |

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

| ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE |
|---|

| PROPERTY INVENTORY NO(S) | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES   ☐ NO |
|---|---|

| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES   ☒ NO |
|---|---|

| REPORTING OFFICER | STAR NO. | UNIT/AREA | SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|

CPD-11.555 (REV. 6/88)

RFC-Maysonet 000003

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
18 Feb 1994

INDICTMENT NO.

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

| DOCKET NO. | C.B. NO. | I.R. NO. | NO. OF DEFENDANTS |
|---|---|---|---|
| 90C821787 | 8628 287 | 772 277 | 1 |

| DATE OF ARREST | DATE OF COURT APPEARANCE | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|
| 22 Aug 1990 | 18 Feb 1994 | — | 025 |

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) | SEX/RACE | D.O.B. | ADDRESS |
|---|---|---|---|
| Jose MAYSONET | M/H | 1968 | 1302 North Homan Avenue |

| COMPLAINANT | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Kevin WILEY | DECEASED | |

| DEFENDANT CHARGED | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|
| Homicide | | | 025 | Not Guilty |

| HELD TO GRAND JURY | AMOUNT OF BOND | RELEASED ON BOND |
|---|---|---|
| ☐ YES ☐ NO | $ | ☐ YES ☐ NO |

| CONTINUED TO DATE | AMOUNT OF BOND | RELEASED ON BOND |
|---|---|---|
| 14 March 1994 | $ | ☐ YES ☐ NO |

REASON FOR CONTINUANCE
For Trial

| TRIAL IN CRT. BRANCH NO. | JUDGE PRESIDING | PROSECUTING ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| 302 | Morgan | Mandeltort | Roucke |

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)  ☐ YES  ☐ NO

WITNESSES THAT APPEARED
DNA

WITNESSES THAT FAILED TO APPEAR
DNA

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)
DNA

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
PAULNITSKY, GUEVERRA, MONTILLA

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)  ☐ YES  ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
Continued

DECISION OF  ☐ JUDGE  ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

# 3 #   1

XX          XX

0]

1.75

ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE

| PROPERTY INVENTORY NO(S) DNA | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES ☐ NO |
|---|---|
| DISPOSITION OF PROPERTY DNA | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES ☐ NO |
| REPORTING OFFICER   STAR NO.   UNIT/AREA | SUPERVISOR APPROVING   STAR NO. |

RD NO. N303737

CPD-11.555 (REV. 6/88)

3

RFC-Maysonet 000004

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
15 Dec 1993

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C BOND 9097 674 | I.R. NO. 885 625 | NO. OF DEFENDANTS |
|---|---|---|---|

| DATE OF ARREST 1 May 1990 | DATE OF COURT APPEARANCE 15 Dec 1993 | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION 025 |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) Jose MAISONET | SEX/RACE M/WH | D.O.B. 1968 | ADDRESS 1320 North Homan Avenue |
|---|---|---|---|

| COMPLAINANT Torrence WILLEY | ADDRESS DECEASED | TELEPHONE NO. |
|---|---|---|

| DEFENDANT CHARGED Homicide and related charges | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING 025 | DEFENDANT'S PLEA Not Guilty |
|---|---|---|---|---|

| HELD TO GRAND JURY ☒ YES ☐ NO | AMOUNT OF BOND $ None | RELEASED ON BOND ☐ YES | ☐ NO |
|---|---|---|---|

| CONTINUED TO DATE 17 Dec 1993 | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES | ☐ NO |
|---|---|---|---|

REASON FOR CONTINUANCE
For motions

| TRIAL IN CRT BRANCH NO. 304 | JUDGE PRESIDING Morgan | PROSECUTING ATTORNEY Mandeltort | DEFENDANT'S ATTORNEY Beuke |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
Dna  ☐ YES  ☐ NO

WITNESSES THAT APPEARED
Dna

WITNESSES THAT FAILED TO APPEAR
Dna

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)
Dna

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
Det. Paulnitsky, Det. Montilla

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES  ☒ NO

| DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS) Continued | DECISION OF ☐ JUDGE  ☐ JURY |
|---|---|

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE

| PROPERTY INVENTORY NO(S). Dna | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES  ☐ NO |
|---|---|

| DISPOSITION OF PROPERTY Dna | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES  ☐ NO |
|---|---|

| REPORTING OFFICER Det. Paulnitsky | STAR NO. 20709 | UNIT/AREA 650 | SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|

Dna

CPD-11.555 (REV. 6/88)

2

RFC-Maysonet 000005

**COURT ATTENDANCE REPORT** / *CHICAGO POLICE*

DATE OF THIS REPORT: _23 FEB 89_

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. _1622.787_ | I.R. NO. _385 69_ | NO. OF DEFENDANTS _1_ |
|---|---|---|---|

| DATE OF ARREST _23 Aug 90_ | DATE OF COURT APPEARANCE _18 Feb 89_ | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION _00_ |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) _Jose Maysonet_ | SEX - RACE _M/W_ | D.O.B. _1968_ | ADDRESS _1390 N Homan_ |
|---|---|---|---|

| COMPLAINANT _Torrence Wiley_ | ADDRESS _Deceased_ | TELEPHONE NO. |
|---|---|---|

| DEFENDANT CHARGED _Homicide_ | CHARGE CHANGED TO _Related Charges_ | BY WHOM _H. Ball_ | DIST. OF BOOKING _CA_ | DEFENDANT'S PLEA _N/G_ |
|---|---|---|---|---|

| HELD TO GRAND JURY ☒ YES ☐ NO | AMOUNT OF BOND $ _None_ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

| CONTINUED TO DATE _To be set_ | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

REASON FOR CONTINUANCE _Motions_

| TRIAL IN CRT. BRANCH NO. _300_ | JUDGE PRESIDING _Mangel Port_ | PROSECUTING ATTORNEY | DEFENDANT'S ATTORNEY _Burke_ |
|---|---|---|---|

COMPLAINANT APPEARED, & TESTIFIED (IF NO, GIVE REASON)
☐ YES  ☐ NO _DNA_

WITNESSES THAT APPEARED _DNA_

WITNESSES THAT FAILED TO APPEAR _DNA_

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT) _DNA_

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT) _Mooth Ho, C.L. 20770_

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES  ☒ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS) _Cont Set_
DECISION OF ☐ JUDGE ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE _1.5_

| PROPERTY INVENTORY NO(S). _DNA_ | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES ☐ NO |
|---|---|

| DISPOSITION OF PROPERTY _DNA_ | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES ☐ NO |
|---|---|

| REPORTING OFFICER | STAR NO. _20770_ | UNIT/AREA _610/_ | SUPERVISOR APPROVING _Sgt Steel_ | STAR NO. _47_ |
|---|---|---|---|---|

RD NO. _N-230252_

CPD-11.555 (REV. 6/88)

3

RFC-Maysonet 000006

```
A - A - 3270 Emulator

                     (START OF FELONY CASE)     PAGE:      OF  047        PROD
   DEFENDANT NAME: CHRISTOPHE   GOSSENS

001095-
NOT NOT GUILTY                                  C002
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN


001095-
NOT NOT GUILTY                                  C003
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN


001095-
NOT NOT GUILTY                                  C004
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FIND PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE:      THRU      DESTINATION
```

RFC-Maysonet 000007

RFC-Maysonet 000008

# COURT ATTENDANCE REPORT / CHICAGO POLICE

☐ INITIAL ☒ CONTINUANCE ☐ FINAL ☐ INQUEST

DATE OF THIS REPORT: 26 Aug 90

INDICTMENT NO.: 90-11587

NO. OF DEFENDANTS

DOCKET NO.

DAYS OF ARREST: 21 Aug 90

C.B. NO.: 1608-747

DATE OF COURT APPEARANCE

SEX-RACE: M-4

D.O.B

I.R. NO.: 772277

NO. OF CONTINUANCES TO DATE

ADDRESS: 1301 N. Homan

DIST. OF DETENTION

DEFENDANT (IN MORE THAN ONE, LIST IN REMARKS): May Sonif June
COMPLAINANT: Wiley Torence (Deceased)

DEFENDANT CHARGED: 1st Dog. Murder — CHARGE CHANGED TO: — BY WHOM:

HELD TO GRAND JURY: ☐ YES ☐ NO

AMOUNT OF BOND: $

DIST. OF BOOKING

RELEASED ON BOND: ☐ YES ☐ NO

TELEPHONE NO.

DEFENDANT'S PLEA

CONTINUED TO DATE: 23 May 94

AMOUNT OF BOND: $

RELEASED ON BOND: ☐ YES ☐ NO

REASON FOR CONTINUANCE: Arraignment ASA + Def. Atty

PROSECUTING ATTORNEY

DEFENDANT'S ATTORNEY: Burke

TRIAL IN CRT. BRANCH NO.: Rm 302

JUDGE PRESIDING: Mahon

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON): ☐ YES ☒ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIV. NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIV. NAME, STAR NO., UNIT AND WHETHER THEY TESTIFIED OR NOT): Moutilla (Fernald) 3 302 650

DID YOU TESTIFY THIS DATE? ☐ YES ☒ NO

DISPOSITION OF CASE

REMARKS

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
25 April 1994

☐ INITIAL    ☐ CONTINUANCE    ☐ FINAL    ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. | I.R. NO. | NO. OF DEFENDANTS |
|---|---|---|---|
| 90CR21787 | 8628 787 | 772 277 | 1 |

| DATE OF ARREST | DATE OF COURT APPEARANCE | NO. OF CONTIUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|
| 23 August 1990 | 25 April 1994 | – | 025 |

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) | SEX - RACE | D.O.B | ADDRESS |
|---|---|---|---|
| Jose MAYSONETT | M/4 | 1968 | 1302 North Homan Avenue |

| COMPLAINANT | ADDRESS | TELEPHONE NO. |
|---|---|---|
| Torrence WILEY | DECEASED | |

| DEFENDANT CHARGED | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|
| 2 counts of Homicide | | | 025 | Not Guilty |

| HELD TO GRAND JURY | AMOUNT OF BOND | RELEASED ON BOND | |
|---|---|---|---|
| XXXX YES ☐ NO | $ | ☐ YES | ☐ NO |

| CONTINUED TO DATE | AMOUNT OF BOND | RELEASED ON BOND | |
|---|---|---|---|
| 23 May 1994 | $ | ☐ YES | ☐ NO |

REASON FOR CONTINUANCE

| TRIAL IN CRT. BRANCH NO. | JUDGE PRESIDING | PROSECUTING ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| 302 | Morgan | Maneeltort | Boecke |

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☐ YES    ☐ NO
DNA

WITNESSES THAT APPEARED
DNA

WITNESSES THAT FAILED TO APPEAR
DNA

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)
DNA

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
PAULNITSKY, MONTIAL, GUEVEERA

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES    XX NO

| DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS) | DECISION OF |
|---|---|
| See Narative | ☐ JUDGE    ☐ JURY |

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)
Continued to 23 May 1994

RD NO. N- 234 297

| | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE |
|---|---|
| | 1.00 |

| PROPERTY INVENTORY NO(S). | OBTAINED PROPERTY DISPOSITION COURT ORDER |
|---|---|
| DNA | ☐ YES    ☐ NO |

| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST |
|---|---|
| DNA | ☐ YES    ☐ NO |

| REPORTING OFFICER | STAR NO. | UNIT/AREA | SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|
| PAULNITSKY | 20709 | 650 | | |

CPD-11.555 (REV. 6/88)

2

RFC-Maysonet 000009

OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

JACK O'MALLEY                          CRIMINAL DIVISION
STATE'S ATTORNEY                       2650 SOUTH CALIFORNIA AVENUE
                                       CHICAGO, ILLINOIS 60608

                    October 17, 1995


Officer R. Guerava
Star 16345    Unit 650
C P D Area 5
5555 West Grand
Chicago, IL 60639


    Dear Officer R. Guerava:

        Please be advised that on October 16, 1995, the defen-
dant in the case of People v. Jose Maysonet, case number
92CR-10146 was convicted by a jury and subsequently
sentenced to natural life in the Illinois Department of
Corrections by Judge Loretta Morgan.  If you
have any questions please call me at (312)890-3464.

        On behalf of the People of the State of Illinois we
thank you for your assistance in the prosecution.


*N 234297*                    Sincerely,

                              JACK O'MALLEY
                              State's Attorney of Cook County

                              *Frank Marek*
                              By:  Frank Marek
                              Assistant State's Attorney

DDM:


Note:
                    VERDICT GUILTY OF 2 COUNTS


RFC-Maysonet 000010

OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

JACK O'MALLEY                                    CRIMINAL DIVISION
STATE'S ATTORNEY                           2650 SOUTH CALIFORNIA AVENUE
                                                CHICAGO, ILLINOIS 60608

July 24, 1995

Detective E. Halvorsen
Star 20692    Unit 652
C P D Area 5 Vc
5555 West Grand
Chicago, IL 60639

Dear Detective E. Halvorsen:

Please be advised that on July 19, 1995, the defen-
dant in the case of People v. Justino Cruz, case number
90CR-21787 was convicted by a plea of guilty and subsequently
sentenced to 22 years in the Illinois Department of
Corrections by Judge Loretta Morgan.  If you have any
questions please call me at (312)890-3464.

On behalf of the People of the State of Illinois we
thank you for your assistance in the prosecution.

*N234297*

*murder*

Sincerely,

JACK O'MALLEY
State's Attorney of Cook County

By:  Frank Marek
Assistant State's Attorney

MDV:

*Cruz 03*

*Maysonett 01 See attached - still going as of 26 Jun 95*

*Gonzalez 02*

*Gosens 42/11238/01 - 3 aug 95 - Gosens not in custody, warrant issued.*

RFC-Maysonet 000011

*Still going*



```
A - A - 3270 Emulator
                    (START OF FELONY CASE)      PAGE:      OF  057           PROD
    DEFENDANT NAME: JOSE           MAYSONET
062695-
DEFENDANT IN CUSTODY
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN


062695-
PRISONER DATA SHEET TO ISSUE
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN


062695-
CONTINUANCE BY AGREEMENT           090895
MORGAN, LORETTA HALL
500      LORETTA HALL MORGAN                   0930 AM

END OF FILE



ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE:      THRU      DESTINATION
```

RFC-Maysonet 000012

OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

JACK O'MALLEY                                    CRIMINAL DIVISION
STATE'S ATTORNEY                            2650 SOUTH CALIFORNIA AVENUE
                                                   CHICAGO, ILLINOIS 60608

                              May 8, 1992

Officer Halvorsen
Star 6036    Unit A5VC
C P D Area 5 Vc
5555 West Grand
Chicago, IL 60639

Dear Officer Halvorsen:

     Please be advised that on April 30, 1992, the defen-
dant in the case of People v. Alfredo Gonzalez, case number
90CR-21787 was convicted by a jury and subsequently
sentenced to natural life in the Illinois Department of
Corrections by Judge Loretta Morgan.  If you
have any questions please call me at (312)890-3464.

     On behalf of the People of the State of Illinois we
thank you for your assistance in the prosecution.


                              Sincerely,

                              JACK O'MALLEY
                              State's Attorney of Cook County

                              _Frank Marek_

                              By:  Frank Marek
                              Assistant State's Attorney

TLD:

M452689

Note:  In addition to the above the defendant was sentenced
       to:
            FOUND GUILTY OF TWO COUNTS OF FIRST DEGREE
            MURDER FOR MURDER OF VICTIMS  KEVIN AND
            TERRENCE WILEY

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT

**29 April 1992**

XXX ☐ INITIAL ☐ CONTINUANCE ☐ FINAL ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. 8628 787 | I.R. NO. 772277 | NO. OF DEFENDANTS 2 |
|---|---|---|---|
| DATE OF ARREST 23 August 1990 | DATE OF COURT APPEARANCE 29 April 1992 | NO. OF CONTIUANCES TO DATE — | DIST. OF DETENTION 025 |

DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS)
Jose MAYSONETTE

SEX - RACE M?WH

D.O.B 1968

ADDRESS 1302 North Homan Avenue

COMPLAINANT
TORRENCE WILLEY

ADDRESS
DECEASED

TELEPHONE NO.

| DEFENDANT CHARGED homicide 2 counts | CHARGE CHANGED TO | BY WHOM | | DIST. OF BOOKING 025 | DEFENDANT'S PLEA Not Guilty |
|---|---|---|---|---|---|

HELD TO GRAND JURY
XX YES ☐ NO

AMOUNT OF BOND $

RELEASED ON BOND
☐ YES ☐ NO

CONTINUED TO DATE
Pending

AMOUNT OF BOND $

RELEASED ON BOND
☐ YES ☐ NO

REASON FOR CONTINUANCE

| TRIAL IN CRT. BRANCH NO. Grand Jury | JUDGE PRESIDING QUINN | PROSECUTING ATTORNEY DNA | DEFENDANT'S ATTORNEY |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
XX YES ☐ NO

WITNESSES THAT APPEARED
DNA

WITNESSES THAT FAILED TO APPEAR
DNA

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)
DNA

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
DET. PAULNITSKY #20709

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ XX YES ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)

DECISION OF
☐ JUDGE ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)
TRUE BILL RETURNED BY GRAND JURY

ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE

PROPERTY INVENTORY NO(S)
DNA

OBTAINED PROPERTY DISPOSITION COURT ORDER
☐ YES ☐ NO

DISPOSITION OF PROPERTY
DNA

DISPOSED OF ALL PROPERTY IN THIS ARREST
☐ YES ☐ NO

DET. PAULNITSKY   STAR NO. 20709   UNIT/AREA 652   SUPERVISOR APPROVING

# COURT ATTENDANCE REPORT / CHICAGO POLICE

DATE OF THIS REPORT: *2 Mar 92*

☐ INITIAL ☒ CONTINUANCE ☐ FINAL ☐ INQUEST

INDICTMENT NO. *90CR-21787*

| DOCKET NO. | C.B. NO. *X629-893* | I.R. NO *610697* | NO. OF DEFENDANTS *1* |
|---|---|---|---|

| DATE OF ARREST *23 Aug 90* | DATE OF COURT APPEARANCE *27 Mar 92* | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) *Gonzalez Alfredo* | SEX - RACE *M WH* | D.O.B. ▓▓▓▓ | ADDRESS *1835 N. Kedzie* |
|---|---|---|---|

| COMPLAINANT *Det. E. Halvorsen* | ADDRESS *A15 VC* | TELEPHONE NO. *746-8282* |
|---|---|---|

| DEFENDANT CHARGED *First Degree Murder (2) Counts* | CHARGE CHANGED TO | BY WHOM | | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES ☐ NO | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

| CONTINUED TO DATE | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

REASON FOR CONTINUANCE

| TRIAL IN CRT. BRANCH NO. *Rm 302* | JUDGE PRESIDING *Morgan* | PROSECUTING ATTORNEY *Frank Marek* | DEFENDANT'S ATTORNEY *Weiner* |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON) ☒ YES ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
*Det. E. Halvorsen #20692 652, R Guevara #20861*
*E. Dickinson #20682*

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION) ☒ YES ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
*Guilty of First Degree Murder (2) Counts*

DECISION OF ☐ JUDGE ☒ JURY

REMARKS (IF DISCHARGED OR DWP, GIVE REASON)
*Victims: Torrence Wiley & Kevin Wiley*

*Sentencing to Follow.*

*OT: 25*

*CT:*

RD NO. *N-232697*

| | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE *8.00* |
|---|---|

| PROPERTY INVENTORY NO(S). | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES ☒ NO |
|---|---|

| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES ☐ NO |
|---|---|

| REPORTING OFFICER | STAR NO. *20692* | UNIT/AREA *652/5* | SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|

CPD-11.555 (REV. 6/88)

2

RFC-Maysonet 000015

# COURT ATTENDANCE REPORT / CHICAGO POLICE

DATE OF THIS REPORT

**1 April 92**

☐ INITIAL ☒ CONTINUANCE ☐ FINAL ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. **8029893** | I.R. NO. | NO. OF DEFENDANTS **1** |
|---|---|---|---|

| DATE OF ARREST | DATE OF COURT APPEARANCE | NO. OF CONTIUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) | SEX · RACE **M/WH** | D.O.B. | ADDRESS

**GONZALEZ, ALFREDO**

COMPLAINANT **WILEY,** | ADDRESS | TELEPHONE NO.

| DEFENDANT CHARGED **Murder** | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES ☐ NO | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

| CONTINUED TO DATE | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|

REASON FOR CONTINUANCE
**Trial in Progress**

| TRIAL IN CRT. BRANCH NO. **Room 302** | JUDGE PRESIDING **Morgan** | PROSECUTING ATTORNEY **Merrick** | DEFENDANT'S ATTORNEY **Weiner** |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☐ YES ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)
**E. Dickinson #4588   652**

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
**E. Dutkinson #20682   652   Yes**

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☒ YES ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
**In Progress**

DECISION OF ☐ JUDGE ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

| | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE **8.00** | RO NO. N-234 297 |
|---|---|---|

PROPERTY INVENTORY NO(S).

OBTAINED PROPERTY DISPOSITION COURT ORDER
☐ YES ☐ NO

DISPOSITION OF PROPERTY

DISPOSED OF ALL PROPERTY IN THIS ARREST
☐ YES ☐ NO

| REPORTING OFFICER **E. Dickinson** | STAR NO. **20682** | UNIT/AREA **652/5** | SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|

CPD-11.555 (REV. 6/88)

RFC-Maysonet 000016

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
28 Mar 92

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

INDICTMENT NO.
90CR-21787

| DOCKET NO. | C.B. NO. 3029-893 | I.R. NO. 610647 | NO. OF DEFENDANTS 1 |
|---|---|---|---|

| DATE OF ARREST 25 Aug 90 | DATE OF COURT APPEARANCE 24 Mar 92 | NO. OF CONTIUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) GONZALEZ, ALFREDO | SEX - RACE M WM | D.O.B. ▮▮▮▮ | ADDRESS 1853 N. LEGGIE |
|---|---|---|---|

| COMPLAINANT DET. E. HALVORSEN | ADDRESS AISUC | TELEPHONE NO. 746 8282 |
|---|---|---|

| DEFENDANT CHARGED (3)Counts | CHARGE CHANGED TO First Degree Murder | BY WHOM | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES  ☐ NO | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES  ☐ NO |
|---|---|---|

| CONTINUED TO DATE 27 Mar 92 | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES  ☐ NO |
|---|---|---|

REASON FOR CONTINUANCE   JURY TRIAL IN PROGRESS

| TRIAL IN CRT. BRANCH NO. 302 | JUDGE PRESIDING MORGAN | PROSECUTING ATTORNEY + MILLER | DEFENDANT'S ATTORNEY WEINER |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☒ YES      ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT  (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT  (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
DET. E HALVORSEN # 20662   652
DET. P. GUEVARA   #20661   652

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES  ☒ NO

DISPOSITION OF CASE  (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)

DECISION OF
☐ JUDGE  ☐ JURY

REMARKS  (IF DISCHARGED OR DWP - GIVE REASON)

CT: 24

OT: 24

| | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE  6.75 |
|---|---|
| PROPERTY INVENTORY NO(S) | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES  ☒ NO |
| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES  ☒ NO |

| REPORTING OFFICER C. Fischer | STAR NO. 20662 | UNIT/AREA 6518 | SUPERVISOR APPROVING | |
|---|---|---|---|---|

CPD 11.555 (REV. 6/88)

RD NO. N-363292

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
28 MAR 92

☐ INITIAL  ☒ CONTINUANCE  ☐ FINAL  ☐ INQUEST

INDICTMENT NO.
90CR-21787

| DOCKET NO. | C.B. NO. 8629-893 | I.R. NO. 610697 | NO. OF DEFENDANTS 1 |
|---|---|---|---|

| DATE OF ARREST 23 AUG 90 | DATE OF COURT APPEARANCE 24 MAR 92 | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) GONZALEZ, ALFREDO | SEX - RACE M WH | D.O.B. | ADDRESS 1853 N KEDZIE |
|---|---|---|---|

| COMPLAINANT DET E HALVORSEN | ADDRESS AISVC | | TELEPHONE NO. 746-8252 |
|---|---|---|---|

| DEFENDANT CHARGED (2) COUNTS | CHARGE CHANGED TO FIRST DEGREE MURDER | BY WHOM | | DIST. OF BOOKING | DEFENDANT'S PLEA |
|---|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES  ☐ NO | AMOUNT OF BOND $ | | RELEASED ON BOND ☐ YES  ☐ NO |
|---|---|---|---|

| CONTINUED TO DATE 28 MAR 92 | AMOUNT OF BOND $ | | RELEASED ON BOND ☐ YES  ☐ NO |
|---|---|---|---|

REASON FOR CONTINUANCE  TRIAL TO START

| TRIAL IN CRT. BRANCH NO. 302 | JUDGE PRESIDING MORONI | PROSECUTING ATTORNEY MABER | DEFENDANT'S ATTORNEY WEINER |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☒ YES  ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
DET E HALVORSEN  20092  652
DET R GUEVARA  20861  652

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES  ☒ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)

DECISION OF
☐ JUDGE  ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

PRE TRIAL CONFERENCE

OT: 23

CT: 23

| PROPERTY INVENTORY NO(S). | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE 3.0 |
|---|---|
| | OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES  ☒ NO |
| DISPOSITION OF PROPERTY | DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES  ☒ NO |

| REPORTING OFFICER | STAR NO. 20892 | UNIT/AREA 652/5 | SUPERVISOR APPROVING | STAR NO. 176 |
|---|---|---|---|---|

RD NO. N-254297

CPD-11.555 (REV. 6/88)

# COURT ATTENDANCE REPORT / CHICAGO POLICE

DATE OF THIS REPORT
*1 APR 92*

☐ INITIAL ☒ CONTINUANCE ☐ FINAL ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. *8629-893* | I.R. NO. *610697* | NO. OF DEFENDANTS *31* |
|---|---|---|---|
| DATE OF ARREST | DATE OF COURT APPEARANCE *27 MAR 92* | NO. OF CONTINUANCES TO DATE *Various* | DIST. OF DETENTION *25* |

DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS) *Gonzalez, Alfredo*  SEX - RACE *M WH*  D.O.B.  ADDRESS *1835 N. Kenzie*

COMPLAINANT *Wiley*  ADDRESS  TELEPHONE NO. *N.G.*

| DEFENDANT CHARGED *MURDER* | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING *25* | DEFENDANT'S PLEA |
|---|---|---|---|---|

| HELD TO GRAND JURY ☒ YES ☐ NO | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☒ NO |
|---|---|---|
| CONTINUED TO DATE | AMOUNT OF BOND $ | RELEASED ON BOND ☐ YES ☐ NO |

REASON FOR CONTINUANCE *Cont. TRIAL JURY*

| TRIAL IN CRT. BRANCH NO. *301* | JUDGE PRESIDING *MORAN* | PROSECUTING ATTORNEY *MAHER* | DEFENDANT'S ATTORNEY *PD* |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON) ☐ YES ☒ NO

WITNESSES THAT APPEARED *CRUZ,*

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
*GAWRYS, GUEVARA, HALVORSEN*

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION) ☒ YES ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS) *Cont*  DECISION OF ☐ JUDGE ☐ JURY

REMARKS (IF DISCHARGED OR DWP, GIVE REASON) *ON GOING JURY TRIAL*

| | RD NO. *N-234297* |
|---|---|

ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE *4.30*

PROPERTY INVENTORY NO(S).  OBTAINED PROPERTY DISPOSITION COURT ORDER ☐ YES ☐ NO

DISPOSITION OF PROPERTY  DISPOSED OF ALL PROPERTY IN THIS ARREST ☐ YES ☐ NO

REPORTING OFFICER *Guy*  STAR NO. *20809*  UNIT AREA *610*  SUPERVISOR APPROVING  STAR NO. *446*

CPD-11.555 (REV. 6/88)

RFC-Maysonet 000019

**COURT ATTENDANCE REPORT** / **CHICAGO POLICE**

DATE OF THIS REPORT
30 MAR 92

☐ INITIAL ☐ CONTINUANCE ☐ FINAL ☐ INQUEST

INDICTMENT NO.

| DOCKET NO. | C.B. NO. 8629-896 | I.R. NO. 610697 | NO. OF DEFENDANTS 1 |
|---|---|---|---|

| DATE OF ARREST 23 AUG 90 | DATE OF COURT APPEARANCE 24 MAR 92 | NO. OF CONTINUANCES TO DATE | DIST. OF DETENTION 025 |
|---|---|---|---|

DEFENDANT (IF MORE THAN ONE, LIST IN REMARKS)
GONZALEZ, ALFREDO

SEX - RACE M WH

D.O.B. ▓▓▓▓

ADDRESS

COMPLAINANT
WILEY, TORRENCE (DECEASED)

ADDRESS ▓▓▓▓

TELEPHONE NO.

| DEFENDANT CHARGED 1ST. MURDER | CHARGE CHANGED TO | BY WHOM | DIST. OF BOOKING 025 | DEFENDANT'S PLEA NOT GUILTY |
|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES ☐ NO | AMOUNT OF BOND $ | | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|---|

| CONTINUED TO DATE 25 MAR 92 | AMOUNT OF BOND $ | | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|---|

REASON FOR CONTINUANCE
FOR TRIAL

| TRIAL IN CRT. BRANCH NO. ALT-CAL RM 302 | JUDGE PRESIDING MORGAN | PROSECUTING ATTORNEY A.S.A MAREK | DEFENDANT'S ATTORNEY WIENER |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO, GIVE REASON)
☐ YES ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME, STAR NO. AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME, STAR NO., UNIT, AND WHETHER THEY TESTIFIED OR NOT)
Det. R. Guevara 20861 652

DID YOU TESTIFY ON THIS DATE? (IF NO, GIVE REASON IN REMARKS SECTION)
☐ YES ☒ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
CONT. TO 25 MAR 92

DECISION OF
☐ JUDGE ☐ JURY

REMARKS (IF DISCHARGED OR DWP - GIVE REASON)

O.T. P. 23

RO NO. N 234 297

| | ACTUAL NO. OF HOURS IN COURT THIS APPEARANCE 4.5 |
|---|---|

PROPERTY INVENTORY NO(S)

OBTAINED PROPERTY DISPOSITION COURT ORDER
☐ YES ☐ NO

DISPOSITION OF PROPERTY

DISPOSED OF ALL PROPERTY IN THIS ARREST
☐ YES ☐ NO

| REPORTING OFFICER | STAR NO. 20861 | UNIT/AREA 652 | SUPERVISOR APPROVING | STAR NO. 1093 |
|---|---|---|---|---|

CPD-11.555 (REV. 6/88)

RFC-Maysonet 000020

OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS

REPORT OF POSTMORTEM EXAMINATION

NAME  Torrance Wiley                 CASE NO.  #447 May, 1990

AGE  27  RACE Black  SEX Male        DATE OF DEATH  May 25, 1990

ADDRESS OF DECEDENT 1925 N. Drake    DATE EXAMINED  May 25, 1990

CITY & STATE  Chicago, Illinois      EXAMINED BY  Barry Lifschultz, M.D.

EXTERNAL EXAMINATION:

The body is received clothed in a black shirt, gray slack, black belt, white socks, white shoes and black boxer shorts. There are defects in the clothing corresponding to the gunshot wound to be described. The clothing shows no visible evidence of close range firing. The body is that of a young adult black male. The height is 5'8-1/2". The weight 155 pounds. Rigor is present to a moderate degree in all joints. Livor is present on the posterior dependent portions of the body. The hair is black, curly and medium length. The eyes are closed, the irides brown and the conjunctivae are not congested. The teeth are natural and in good repair. A black beard and moustache are present. The chest is symmetrical. The abdomen is mildly scaphoid. The genitals are those of a normal uncircumcised male. The fingernails are trimmed and clean. The palms of the hands are inked. The bottoms of the feet are clean. The toenails are trimmed and cleaned. On the left lower back there is a scar 1/2 inch by 1/4 inch.

EVIDENCE OF INJURY:

1.  On the left chest, 18 inches from the top of the head and 7 inches to the left of the midline, there is a gunshot wound of entrance measuring 1/4 inch by 1/4 inch with a margin of abrasion measuring 1/16 inch from 12 o'clock to 6 o'clock. The course of the wound perforates the skin, the subcutaneous tissues, the left thoracic wall anteriorly, the heart, the right lung and finally, 20 inches from the top of the head and 9 inches to the right of the midline, a deformed, medium caliber, partially metal-jacketed lead bullet is recovered from beneath the skin of the right chest. The course of the wound is from left to right. The skin shows no visible evidence of close range firing.

2.  On the left side of the shaft of the penis, 34 inches from the top of the head, there is an atypical gunshot wound of entrance measuring 3/4 inch by 3/4 inch. The course of the wound perforates the skin, the penis, the soft tissues of the lower abdomen, the muscles of the upper portion of the right leg, and finally, 33 inches

F-131

Page 2

WILEY, TORRANCE
#447 May, 1990

EVIDENCE OF INJURY (CONT'D.):

from the top of the head and 9 inches to the right of the midline, there is a lacerated gunshot wound of exit on the right hip measuring 1/4 inch by 1/4 inch. The course of the wound is from left to right and front to back. The skin shows no visible evidence of close range firing. Adjacent to the gunshot wound of the penis, there is an abrasion 1/2 inch by 1/4 inch, a laceration 1/4 inch by 1/4 inch, and an abrasion 1/4 inch by 1/4 inch and an additional abrasion 1/4 inch by 1/4 inch, all on the front of the left groin. A shattered wristwatch is recovered from the left wrist which is consistent with an intermediary target.

INTERNAL EXAMINATION:

BODY CAVITIES: The body is entered by a Y-shaped incision. All organs are present in their usual anatomic positions and present their typical anatomic relationships. There are 20 ounces of fluid blood in each chest cavity. There are 5 ounces of fluid blood in the pericardial sac.

NECK ORGANS: Layerwise dissection of the anterior muscles of the neck reveals no hemorrhage. The hyoid bone and laryngeal cartilage are intact. Special examination of the tongue reveals no bite marks.

RESPIRATORY SYSTEM: There is a previously described gunshot wound of the lung. The tracheobronchial tree is unremarkable. The lungs are dark red and otherwise smooth. On cut section, pulmonary parenchyma is dark red, poorly aerated and oozes fluid blood. The combined weight of the lungs is 1,220 grams.

CARDIOVASCULAR SYSTEM: There is a previously described gunshot wound of the heart. The heart is red-brown and otherwise smooth. The heart is serially sectioned. There is minimal coronary arteries are serially sectioned. The four cardiac valves are coronary atherosclerosis. The four cardiac valves are unremarkable. The myocardium is without special note. There are no congenital cardiac defects. The major blood vessels show no evidence of disease. The weight of the heart is 290 grams.

HEPATOBILIARY SYSTEM: The liver is red-brown and smooth. On cut section, the hepatic parenchyma is red-brown and unremarkable. The gallbladder shows no pathologic changes. A small amount of green liquid bile is present. The remainder of the biliary tree is

RFC-Maysonet 000022

WILEY, TORRANCE
#447 May, 1990

INTERNAL EXAMINATION (CONT'D.):

without special note.  The weight of the liver is 1,580 grams.

SPLEEN AND LYMPH NODES:  The spleen is red-gray and smooth.  On cut
section, the splenic parenchyma is dark red, firm and unremarkable.
The lymph nodes show no evidence of disease.  The weight of the
spleen is 90 grams.

GASTROINTESTINAL SYSTEM:  The esophagus is unremarkable.  The
gastric mucosa shows no pathologic changes.  No gastric contents
are present.  The appendix is present.  The remainder of the
gastrointestinal tract is without special note.

GENITOURINARY SYSTEM:  The kidneys are red-brown and smooth.  On
cut section, the renal parenchyma is red-brown and unremarkable.
The renal pelves are tan and smooth.  The ureters flow into the
bladder in the usual anatomic fashion.  No urine is present.  The
combined weight of the kidneys is 350 grams.

ENDOCRINE SYSTEM:  The pituitary, thyroid, adrenal glands and
pancreas are unremarkable.

MUSCULOSKELETAL SYSTEM:  There are no fractures of ribs or long
bones.  The muscles show no evidence of disease.

CENTRAL NERVOUS SYSTEM:  The scalp is reflected.  There is no
subgaleal hemorrhage.  The cranial cavity is entered.  There is no
subdural, epidural or subarachnoid hemorrhage.  The gyri of the
brain are unremarkable.  The brain is serially sectioned.  No
pathologic changes are noted in the cerebrum, cerebellum, pons,
mid-brain or medulla.  There are no skull fractures.  The spinal
cord and vertebral column are intact.

ANATOMIC DIAGNOSIS:

    1.   Multiple gunshot wounds.

    2.   Hemothorax.

    3.   Hemopericardium.

Page 4

WILEY, TORRANCE
#447 May, 1990

OPINION:

This young adult black male, TORRANCE WILEY, died as a result of
multiple gunshot wounds.

_____
Barry Lifschultz, M.D.
Deputy Medical Examiner

BL:Bkhz
7/5/90

RFC-Maysonet 000024

OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS

RESULTS OF TOXICOLOGIC ANALYSES

M.E. CASE NO. 0447 MAY 90          TOX. CASE NO. 901968

DECEASED NAME : TORRENCE  WILEY

RACE : BLACK                 SEX : MALE        AGE : 27

AUTOPSY DATE   05/25/90          REPORT DATE  06/01/90

PATHOLOGIST : BARRY D LIFSCHULTZ M.D.

| DRUG/TISSUE | RESULTS | AMOUNT | |
|-------------|---------|--------|---|
| BENZOYLECGONINE | | | |
| BLOOD | NEGATIVE | | |
| ETHANOL | | | |
| BLOOD | POSITIVE | 186 | MG/DL |
| ETHANOL | | | |
| BILE | POSITIVE | 127 | MG/DL |
| OPIATES | | | |
| BLOOD | NEGATIVE | | |

NANCY B. WU CHEN, PH.D.
TOXICOLOGIST

RFC-Maysonet 000025

*Area 5*

## OFFICE OF THE MEDICAL EXAMINER
### COUNTY OF COOK, ILLINOIS

## REPORT OF POSTMORTEM EXAMINATION

NAME __Kevin Wiley__     CASE NO. __#446 May, 1990__

AGE __26__ RACE __Black__ SEX __Male__     DATE OF DEATH __May 25, 1990__

ADDRESS OF DECEDENT __3334 W. Maypole__     DATE EXAMINED __May 25, 1990__

CITY & STATE __Chicago, Illinois__     EXAMINED BY __Barry Lifschultz, M.D.__

EXTERNAL EXAMINATION:

The body is received clothed in a black sweatshirt, a purple shirt, blue jean trousers, and print blue shorts. The body is that of a black male appearing to be a young adult. Height is 5'5-1/2". The weight is 139 pounds. Rigor is present to a moderate degree in all joints. Livor is present in the posterior dependent portions of the body. The hair is black, curly and medium length. The eyes are closed, irides brown, and the conjunctivae are not congested. A black moustache is present. The teeth are natural and in good repair. The chest is symmetrical. The abdomen is finely scaphoid. The genitals are those of a normal uncircumcised male. The fingernails are trimmed and clean. The bottoms of the feet are dirty. The toenails are trimmed and clean. The back is without special note.

EVIDENCE OF INJURY:

1.   On the left back of the neck, 6 inches from the top of the head and 2 inches to the left of the midline, there is a gunshot wound of entrance measuring 1/4 inch by 1/4 inch with a margin of abrasion measuring 1/16 inch from 8 o'clock to 12 o'clock. There are surrounding punctate abrasions over an area 2 inches by 1 inch consistent with powder stippling due to close range firing. The course of the wound perforates the skin, the subcutaneous tissues, the muscles of the neck, the larynx and finally, 8 inches from the top of the head and 2 inches to the right of the midline, a medium caliber, deformed, partially metal-jacketed lead bullet is recovered from the right mandible. The course of the wound is from back to front and left to right. The skin shows visible evidence of close range firing.

INTERNAL EXAMINATION:

BODY CAVITIES: The body is entered by a Y-shaped incision. All organs are present in their usual anatomic positions and present their typical anatomic relationships. There are no pleural or peritoneal effusions.

F-131

RFC-Maysonet 000026

WILEY, KEVIN
#446 May, 1990

INTERNAL EXAMINATION (CONT'D.):

NECK ORGANS:  Layerwise dissection of the anterior muscles of the neck reveals no additional evidence of injury.  The hyoid bone is intact.  There is a previously described gunshot wound of the larynx.  Special examination of the tongue reveals no bite marks.

RESPIRATORY SYSTEM:  There is blood in the lumen of the tracheobronchial tree.  The lungs are dark red and smooth.  On cut section, the pulmonary parenchyma is dark red, fully aerated and oozes fluid blood.  The combined weight of the lungs is 1,720 grams.

CARDIOVASCULAR SYSTEM:  The heart is red-brown and smooth.  The coronary arteries are serially sectioned.  There is minimal coronary atherosclerosis.  The four cardiac valves are unremarkable.  The myocardium is without special note.  There are no congenital cardiac defects.  The major blood vessels show no evidence of disease.  The weight of the heart is 310 grams.

HEPATOBILIARY SYSTEM:  The liver is red-brown and smooth.  On cut section, the hepatic parenchyma is red-brown and unremarkable.  The gallbladder shows no pathologic changes.  1 ounce of green liquid bile is present.  The remainder of the biliary tree is without special note.  The weight of the liver is 1,810 grams.

SPLEEN AND LYMPH NODES:  The spleen is red-gray and smooth.  On cut section, the splenic parenchyma is dark red, firm and unremarkable.  The lymph nodes show no evidence of disease.  The weight of the spleen is 80 grams.

GASTROINTESTINAL SYSTEM:  The esophagus is unremarkable.  The gastric mucosa shows no pathologic changes.  No gastric contents are present.  The appendix is present.  The remainder of the gastrointestinal tract is without special note.

GENITOURINARY SYSTEM:  The kidneys are red-brown and smooth.  On cut section, the renal parenchyma is red-brown and unremarkable.  The renal pelves are tan and smooth.  The ureters flow into the bladder in the usual anatomic fashion.  A small amount of straw colored urine is present.  The combined weight of the kidneys is 340 grams.

ENDOCRINE SYSTEM:  The pituitary, thyroid, adrenal glands and pancreas are unremarkable.

RFC-Maysonet 000027

Page 3

WILEY, KEVIN
#446 May, 1990

INTERNAL EXAMINATION (CONT'D.):

MUSCULOSKELETAL SYSTEM: There are no fractures of the ribs or long bones. The muscles show no evidence of disease.

CENTRAL NERVOUS SYSTEM: The scalp is reflected. There is no subgaleal hemorrhage. The cranial cavity is entered. There is no subdural, epidural or subarachnoid hemorrhage. The gyri of the brain are unremarkable. The brain is serially sectioned. No pathologic changes are noted in the cerebrum, cerebellum, pons, mid-brain or medulla. There are no skull fractures. The spinal cord and vertebral column are intact. The weight of the brain is 1,290 grams.

ANATOMIC DIAGNOSIS:

1. Gunshot wound of neck.

2. Blood in lumen of tracheobronchial tree.

OPINION:

This young adult black male, KEVIN WILEY, died as a result of a gunshot wound of the neck.

Barry Lifschultz, M.D.
Deputy Medical Examiner

BL:Bkhz
7/5/90

RFC-Maysonet 000028

OFFICE OF THE MEDICAL EXAMINER          PAGE 1 OF 1
COUNTY OF COOK, ILLINOIS

RESULTS OF TOXICOLOGIC ANALYSES

M.E. CASE NO.  0446 MAY 90          TOX. CASE NO.  901967

DECEASED NAME : KEVIN WILEY WILEY

RACE : BLACK                 SEX : MALE        AGE : 26

AUTOPSY DATE    05/25/90        REPORT DATE  06/01/90

PATHOLOGIST : BARRY D LIFSCHULTZ M.D.

| DRUG/TISSUE | RESULTS | AMOUNT | |
|---|---|---|---|
| BENZOYLECGONINE | | | |
| BLOOD | NEGATIVE | | |
| ETHANOL | | | |
| BLOOD | POSITIVE | 332 | MG/DL |
| ETHANOL | | | |
| URINE | POSITIVE | 478 | MG/DL |
| ETHANOL | | | |
| BILE | POSITIVE | 365 | MG/DL |
| OPIATES | | | |
| BLOOD | NEGATIVE | | |

NANCY B. WU CHEN, PH.D.
TOXICOLOGIST

RFC-Maysonet 000029

Wiley, Torrence J.
Area 5-014 Dist.
Homicide/Murder

R.D. NO. N 234297
25 May 90
Hom. file#90-293

| DETECTIVE ASSIGNED | STAR NO. | DATE & TIME |
|---|---|---|
| B From Body: | 9 mm - 5 - R | |
| REASSIGNED | STAR NO. | DATE & TIME |
| C m - P From Scene: | A 9 mm -5-R Lab Case# 90-830 ENW | |
| ☐ CLEARED | ☐ UNFOUNDED | DATE FILED |
| PROGRESS REPORTS | DATE | DATE |
| | DATE | DATE |

CPD-11.418 (Rev. 8/82)       CASE ASSIGNMENT SLIP/CHICAGO POLICE

Wiley, Kevin
Area 5-014 Dist.
Homicide/murder

R.D. NO. N 234297
25 May 90
Hom. file#90-294

| DETECTIVE ASSIGNED | STAR NO. | DATE & TIME |
|---|---|---|
| A From Body: | 9 mm - 5 R | |
| REASSIGNED | STAR NO. | DATE & TIME |
| C m - P From Scene: | A - 9 mm -5-R Lab Case# 90-830 ENW | |
| ☐ CLEARED | ☐ UNFOUNDED | DATE FILED |
| PROGRESS REPORTS | DATE | DATE |
| | DATE | DATE |

CPD-11.418 (Rev. 8/82)       CASE ASSIGNMENT SLIP/CHICAGO POLICE

RFC-Maysonet 000030

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name; sex, race code, etc., C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY 25 | MO. May | YR. 90 | 0100

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT **HOMICIDE/MURDER**  I-UCR OFF. CODE **0110**  2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ 1 VERIFIED ☐ 2 CORRECTED **3428 W. North ave**  3. BEAT OF OCCUR. **1422**

5. VICTIM'S NAME AS SHOWN ON CASE REPORT **WILEY, Torrence**  ☐ CORRECT ☐ 1 YES ☐ 2 NO  IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 21.  6. FIRE RELATED ☐ 1 YES ☒ NO  7. BEAT ASSIGNED **5055**

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED **Street** X  LOCATION CODE **304**  9. NO. OF VICTIMS  10. NO. OF OFFENDERS **DNA**

This is a **CAUSE OF DEATH REPORT:**

| | |
|---|---|
| **MEDICAL EXAMINERS CASE NUMBER:** | Case # 447 May 1990 |
| **DATE OF AUTOPSY:** | 25 May 1990 |
| **PATHOLOGIST:** | Dr. Lifschultz |
| **CAUSE & MANNER OF DEATH:** | Multiple Gunshot Wounds / Homicide |

**INVESTIGATION:** Victim sustained a gunshot wound to the left chest, 18" B.T.H. & 7" L.M.L. ( entrance-lodged) and a G.S.W. to the penis which entered the abdomen and exited out the right hip 33" B.T.H.. ** One medical partially jacketed lead bullet (deformed) was recovered from victims body:

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) **D.N.A.**
91. DATE THIS REPORT SUBMITTED — DAY **25** MO. **May** YR. **90** TIME **1315**
92. SUPERVISOR APPROVING SUBMITTED REPORT NAME **MINGEY #1791**

93. REPORTING OFFICER (PRINT NAME) **Robert Wasmund**  STAR NO. **9666**
94. REPORTING OFFICER (PRINT NAME)  STAR NO.
95. DATE APPROVED (DAY / MO. / YR.) **21 MAY 1990  2113**

CPD-11.411-B (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

RFC-Maysonet 000031



#1. G.S.W
(18" B.T.H)
7" L.M.L
(ENT. LOD)

G.S.W.
#2 ENT.

G.S.W
#2 EXT

33 EXIT

3 4". B.T.H
(LFT. SHAFT)
(INTO
ABDOMEN)
(OUT THE HIP)

CASE #: 447 MAY 1990

PATHOLOGIST: DR. LIFFCHULTZ

CAUSE/MANNER : MULTIPLE GUNSHOT WOUNDS/HOMICIDE

INJURIES: #1. G.S.W. LEFT CHEST, 18" B.T.H. 7" L.M.L (ENT. LODGED)
#2. G.S.W. PENIS, EXITED OUT RIGHT HIP

1 MED. CAL. PROT, ALLEY,
TACTIED LEAD   BULLET RECOVERED
(DEFORMAN)

RFC-Maysonet 000032

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME |||
|---|---|---|
| • DAY | MO. | YR. |
| 25 | May | 90 | 0100 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 3428 W. North ave | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Kevin | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | 1. LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | DNA |

| 11. ☒ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE | 18. IF RESIDENCE WHERE WERE OCCUP. CODE |
|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE.  T = TAKEN   R = RECOVERED

| PROPERTY | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. |
|---|---|---|

DNA

| ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 5 FIREARMS ☐ T $ ☐ R | 8 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T $ ☐ R |

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJ. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| OFFENDERS UPDATE ONLY | 31. C.B. NO | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | | | | |
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|
| D.N.A. | |

| | 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒ FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☒ X PROGRESS | ☐1 SUSPENDED | ☐2 UNFOUNDED |
|---|---|---|---|---|---|---|---|---|
| STATUS UNIT | D.N.A. | | | | | | | |

| | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|
| ☐3 CLRD. CLOSED ☐4 CLRD. OPEN 5 EXC. CLRD. CLOSED 6 EXC. CLRD. OPEN 7 CLSD. NON-CRIM. | ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

### THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:     Case # 446 May 1990

DATE OF AUTOPSY:     25 May 1990

PATHOLOGIST:     Dr. Lifschultz

CAUSE & MANNER OF DEATH:     Gunshot Wound Of Neck / Homicide

INVESTIGATION:     Victim sustained a gunshot wound to the left side of the neck approximately ½" below and 1" behind the left ear lobe. ( entrance-lodged ).  ** One medium cal partially metal jacketed lead bullet( defrored ) was recovered from victims head.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — | | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|---|---|
| D.N.A. | • DAY 25 | MO. May | YR. 1990 | 1445 | MIDGE MAN |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | | SIGNATURE |
| Robert Wasmund | 9666 | | | | |
| SIGNATURE | | SIGNATURE | | | 95. DATE APPROVED (DAY, MO., YR.) 21 MAY 1990  2110 |

CPD-11.411B (Rev. 8/85)          *MUST BE COMPLETED IN ALL CASES          CRC ☐ 228

RFC-Maysonet 000033



CASE #: 446 MAY 1990 KEVIN WIKEY

PATHOLOGIST: DR. L. FSCHULTZ

CAUSE/MANNER: GUNSHOT WOUND OF NECK

INJURIES: #1. G.S.W. LEFT SIDE OF NECK APPROXIMATELY 1/2" BELOW & 1" BACK OF LEFT EAR LOBE (ENTRANCE - LODGED)

& 1 DEFORMED PARTIALLY METAL JACKETED, MED. CAL. LEAD BULLET RECOVERED.

#1
G.S.W.
1/2 BELOW
1" BEHIND
LFT. EAR
LOBE
(ENTRANCE
LODGED
(R. W.)

Identify and describe all property or possible evidence recove... the end of the Narrative in column form. Show exactly where found, ... found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operat... entification, indicate I.D. number at end of Narrative. Offender's app... ate description, if possible, should include name if known, nickname, ex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
* DAY   MO.   YR.
25 May 1990   0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 1 VERIFIED | 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 3428 W. North Ave. | | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | X 1 YES  2 NO | | 1 YES  X 2 NO | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | 4 |

19. CIRCUMSTANCES: VERIFIED / UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NOS. | | | |

PROPERTY: VERIFIED / UPDATE TO

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R |
| 5 HOUSEHOLD GOODS | 6 CONSUM. GOODS | 11 FIREARMS | & NARC./DANGEROUS DRUGS | 9 OTHER | 6 NONE |
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T / R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES/NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. GOSENS, Christopher | Illinois State Penitentiary Menard | M/4/20 | 6-00 | 175 | Brn | Blk | Med |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | 1 OFFENDER IREL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | 32. NO. ARREST. ARRESTED/UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1   9097-674 | 885625 | OFF. 2 | | | | 1   652 |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED / STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | X 1 DNA | 2 VERIFIED | 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | 53. STATUS |
|---|---|---|---|---|
| DNA | | | X 1 FIELD  3 SUMMARY | 652 |

| | 0 PROGRESS | 1 SUSPENDED | 2 UNFOUNDED |
|---|---|---|---|

STATUS CONT'D.

| X 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | |
|---|---|---|---|---|---|---|
| | | | | | X 1 ARREST & PROSEC.  2 DIRECTED TO JUV. CRT.  3 COMPL. RFUSD. TO PROSECUTE  4 COMMUNITY ADJUSTMENT  5 OTHER EXCEPT. | X ADULT  JUV. |

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

### 80. NARRATIVE

IN CUSTODY:    GOSENS, Christopher  M/WH/Age 20, DOB ▮▮▮▮

AKA FERNANDEZ, Christopher, known member of the

Latin Kings Street Gang, nickname of "FRO", Currently

incarcerated at the Illinois State Penitentiary Menard,

Inmate #B-19893

ARRESTING DETECTIVES:    Det. E. HALVORSEN #20692, Area Five Violent Crimes

Det. R. GUEVARA  #20861,        "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – * DAY  * MO.  * YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|
| | May  92 | 1700 | BIEBEL  1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| * Det. E. HALVORSEN | #20692 | * Det. R. GUEVARA | #20861 | Biebel |

SIGNATURE ... SIGNATURE ...

95. DATE APPROVED (DAY–MO.–YR.)
02 MAY 1992   1045

CPD-11.411-8 (REV. 8/85)   * MUST BE COMPLETED IN ALL CASES

35. R.D. NO.  N-234297

RFC-Maysonet 000035

```
DETECTIVE DIVISION                                      1 MAY 1992
AREA FIVE VIOLENT CRIMES                                RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                            PAGE (2)
VICTIM: WILEY, Torrence
```

DATE, TIME, LOCATION          14 April 92, 1200 hrs.  2600 S. California
OF ARREST:

CHARGES, COURT BRANCH        First Degree Murder, Chp. 38-9-1a2, per Warrant
AND DATE:                        CT8697, Br. 66, 14 Apr. 92, A.S.A. REGIS, Felony
                                    Review approving.

NOTIFICATIONS:              A.S.A. Sue REGIS, Felony Review

INVESTIGATION:             On 14 April 92, the R/Dets. took custody of Christopher
GOSENS at Br. 66, 2600 S. California.  GOSENS was
arrest processed on the previously issued warrant, charging him with First Degree Murder
in the homicides of Torrence and Kevin WILEY.  A.S.A. Sue REGIS, Felony Review was
contacted and gave final approval for these charges.

                        With the arrest of Christopher GOSENS, all four persons
                        involved in the murders of Torrence and Kevin WILEY
have been arrested and charged.

                        It is requested that this case be filed, CLEARED BY
                        ARREST/CLOSED.

Det. E. HALVORSEN #20692
Det. R. GUEVARA   #20861

RFC-Maysonet 000036

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operati ntification, indicate I.D. number at end of Narrative. Offender's app ate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, lexion, scars, marks, etc. If suspect is arrested, give name, sex, race c ge, C.B, or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY 25 MO. May YR. 1990 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 3428 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | 4 |

**PROPERTY / CIRCUMSTANCES**

11. ☐ VERIFIED  ☐ UPDATE TO  12. OBJECT/WEAPON  13. FIREARM FEATURES  14. POINT/ENTRY  15. POINT/EXIT  16. BURGLAR ALARM  17. SAFE BURGLARY METHOD  18. IF RESIDENCE WHERE WERE OCCUP

19. DESCRIBE PROPERTY IN NARRATIVE – T: TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED / ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 1-1 FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. WD | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A NO. | 10 OFFENDER I.REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. | OFFENDER I.REL. CODE | 32. NO. ARRESTED/UNIT NO. | STATE |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

DATA ENTERED DD AREA 5

| 33. OFF'S. VEHICLE ☐ USED ☒ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | LICENSE NO. | STATE |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒1 FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|
| DNA | | | | | |

STATUS CONT'D.
☐3 CLRD. CLOSED  ☒4 CLRD. OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLRD. OPEN  ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☒1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☒X ADULT  ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

WANTED:

GOSENS, Christopher, AKA FERNANDEZ, Christopher, M/B/Age 20

DOB ▨ Known member of the Latin Kings Street Gang,

Nickname of "FRO", Currently incarcerated at Illinois

State Penitentiary, Menard, Inmate #B-19893

WARRANT INFORMATION:    On 24 Mar. 92, the R/Dets. appeared before Judge

Robert BASTONE, presiding in Branch 66, and obtained

an arrest warrant for Christopher GOSENS.

36. R.D. NO. N-234297

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY 1 MO. April YR. 1992  TIME 1700 | 92. SUPERVISOR APPROVING (PRINT NAME) John A. KOANIE STAR NO. 146 |
|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det. E. HALVORSEN #20692 | 94. REPORTING OFFICER (PRINT NAME) Det. R. GUEVARA #20861 | SIGNATURE |
| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) 2 April 92  TIME 1590 |

CPD-11.411-B (Rev. 8/85)    * MUST BE COMPLETED IN ALL CASES

```
DETECTIVE DIVISION                                      1 APRIL 1992
AREA FIVE VIOLENT CRIMES                                RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                            PAGE (2)
VICTIM: WILLEY, Torrence
```

WARRANT INFORMATION:        The warrant charged Christopher GOSENS
                            with (2) counts of First Degree Murder.
                            Warrant #CT8697, Docket #92CR-112381,
                            Bond, none, Returnable to Br. 66.
                            Warrant approved by A.S.A. Chris DONELLY,

NOTIFICATIONS:              A.S.A. Chris DONELLY, Felony Review

INVESTIGATION:              On 24 Mar. 92, the R/Dets. were informed
                            by A.S.A. Frank MAREK of the Felony Trial
Division, that Justino CRUZ had agreed to testify for the state in the murder trial
of his uncle Alfredo GONZALEZ. Justino CRUZ also agreed to testify against Christopher
GOSENS. Christopher GOSENS had previously been implicated in this case, but insuffici-
ent evidence existed at that time to bring charges.

                            Armed with the testimony of Justino CRUZ,
                            A.S.A. Frank MAREK instructed the R/Dets.
to obtain an arrest warrant for Christopher GOSENS.

                            On 24 Mar. 92, the R/Dets. obtained approval
                            for an arrest warrant from A.S.A. Chris DONELY,
Felony Review. The R/Dets. then had this warrant signed by Judge Robert BASTONE.

                            The R/Dets. were aware that Christopher GOSENS
                            was currently an inmate at Menard State Prison,
serving a sentence for an un-related murder. The R/Dets. contacted the Writs Unit of
the States Attorney's Office, and obtained Writ #18-49. to have Christopher GOSENS
brought to Branch 66.

                            Christopher GOSENS is writed into Branch 66,
                            on 14 Apr. 92. At that time he will be taken
into custody for the new warrant, and arrest processed at the States Attorney's Office.


Det. E. HALVORSEN #20692
Det. R. GUEVARA  #20861

RFC-Maysonet 000038

Identify and describe all property or possible evidence recovered at the end of the Narrative in column inion. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Ide ... tion, indicate I.D. number at end of Narrative. Offender's approxir ... scription, if possible, should include name if known, nickname, sex, race, code, age, height, weight, color eyes & hair, complex ... scars, marks, etc. If suspect is arrested, give name, sex, race code, a ... , or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME | | |
|---|---|---|
| * DAY | MO. | YR. |
| 25 | May | 90 | 0100 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE, 1st. Degree Murder | 0110 | 3438 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5532 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | 4 |

| 11 ☒ VERIFIED ☐ FIXED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15.POINT/EXIT | 16.BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|
| | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | | CODE NO. |

19.

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | Dna ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20.NAME (LAST—FIRST—M.I.) | 21.I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL.CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28.OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | 29. HOME ADDRESS | 30.SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | GOSENS, Christopher | | 2033 W. Diversey | M 4 18 | 6-0 | 175 | Brn | Blk | Dk |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I.OFFENDER I.REL CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER I.REL. CODE | 32. NO. ARRESTED | ARREST/UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | 8703-496 | 885625 | 24 | OFF. 2 | | | 1 | 652 |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☒1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | ☒X FIELD ☐1 SUMMARY | 652 | ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | |
|---|---|---|
| ☒X3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON- CRIM. | ☐1 ARREST ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☒ ADULT ☐ JUV. |

| 55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION. |
|---|

80. NARRATIVE

IN CUSTODY:      GOSENS, Christopher AKA FERNANDEZ, Christopher, Street Name "Fro", M/WH/18, ▮▮▮▮▮ 2033 W. Diversey, 6-0, 175 lbs., Brn. Blk. Dark Comp. IR# 885625.

ARRESTING OFFICERS:      Det. J. Bogucki #16640, A/5 V.C.
     Det. R. Schalk #14250, A/5 V.C.
     P.O. J. Colon #17820, 019 Dist. Tact.
     P.O. J. Delpilar #3902, 019 Dist. Tact.

DATE, TIME, LOCATION OF ARREST:      23 Nov 90, 1630 hours at 2801 N. Damen on the street

CHARGES & COURT:      Released without charging

NOTIFICATIONS:      ASA Cenar & ASA Eannace, Felony review

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | * DAY 24 MO. Nov 90 YR. | 2100 | J. Kuhn | 1013 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. J. Bogucki | 16640 | Det. R. Schalk | 14250 | |
| SIGNATURE J. Bogucki | | SIGNATURE R. Schalk | | 95. DATE APPROVED (DAY—MO.—YR.) 24/11/90 TIME 0945 |

CPD-11.411-a (Rev. 8/85)      *MUST BE COMPLETED IN ALL CASES

35. R.O. NO. N-234 297

RFC-Maysonet 000039

```
Detective Division A/5 V.C.            Page 2                    24 Nov 90
HOMICIDE, 1st. Degree Murder
Torrence & Kevin WILEY                                          RD# N-234 297
```

STATEMENT:            Christopher GOSENS

INVESTIGATION:       The R/Dets. were made aware that the before mentioned 019 Dist. officers had who they believed to be "Fro" in custody. This subject had identified himself as Christopher GOSENS. This subject was transported to Area 5 for further investigation. The R/Dets. observed that the picture of "Fro", which was in the street file, looked identical to Christopher GOSENS. The R/Dets. obtained the arrest record of GOSENS and found that he had used the last name of FERNANDEZ on his last arrest.

GOSENS denied that he had ever been called "Fro" or that he had ever used the name FERNANDEZ. He did state that he at one time lived at 1035 N. Spaulding. The R/Dets. interviewed Mirta COTTO who is the girlfriend of GOSENS and was with GOSENS at the time of his arrest. She stated that she thought his name to be GOSENS, but knew that his sister's name was FERNANDEZ.

The R/Dets. advised Christopher GOSENS of his rights per Miranda afterwhich he stated the following in essense:

Christopher GOSENS:   GOSENS again denied that he had ever been called by the street name of "Fro". He again denied that he ever used the name of FERNANDEZ. He stated that he had no knowledge of this incident. When the R/Dets. asked GOSENS if he knew Jose MAYSONET, Justino CRUZ, or Alfredo GONZALEZ. He replied that he did not know any of these subjects. GOSENS also stated that he had no idea what he was doing on 25 May 90 at about 0100 hours.

The R/Dets. asked GOSENS if he would be willing to take a polygraph test. He stated that he would. Arrangements were then made for GOSENS to be tested. At about 0100 hours, polygraph examiner TOVAR advised GOSENS of his rights per Miranda afterwhich he was tested. Following the polygraph test, GOSENS admitted knowing Jose MAYSONET, Justino CRUZ & Alfredo GONZALEZ to Tech. TOVAR. He told TOVAR that he was a Latin King and that those three subjects were Latin Kings from a different faction than he. GOSENS was transported back to Area 5 by the R/Dets. at which time the Felony Review Unit was notified. It was the opinion of Examiner Tovar that GOSENS was being untruthful, and was a participant in the homicides.

The R/Dets. further interviewed GOSENS, who now also told the R/Dets. what he told Examiner Tovar. He further related that he is known by the nickname "Fro". He stated that after the police had gone to his house on Spaulding Ave., he moved to Diversey Ave. He continued to deny any participation in the homicides, or ever going to  Jose MAYSONET & Rosa BELLO's apartment on 24/25MAY90.

ASA Cenar arrived at Area 5 and was advised of the facts of the case. After reviewing all the reports, ASA Cenar interviewed Christopher GOSENS. ASA Cenar advised GOSENS of his rights and questioned him regarding the homicides. GOSENS continued to deny his participation, and related the same account as last told the R/Dets. ASA Cenar then consulted with ASA John Eannace and GOSENS was subsequently held in the 025 District lock-up pending further investigation and interviews.

On 24NOV90, ASA Cenar and the R/Dets. interviewd Rosa BELLO. She related the same account as in her written statement which was previously taken.

Continued on Page 3

RFC-Maysonet 000040

Detective Division A/5 V.C.      Page 3           24 NOV 90
HOMICIDE, 1st Degree Murder
Torrence & Kevin WILEY                       RD# N-234-297

INVESTIGATION:      Christopher GOSENS was again interviewed by ASA Cenar and the
R/Dets.  He then continued to deny any knowledge or partici-
pation.

        ASA Cenar again contacted ASA John Eannace, who rejected charges
on Christopher GOSENS due to insufficient evidence.  GOSENS was subsequently released
from custody.

        The R/Dets. request that this previously Cleared by Arrest
case be now considered Closed, with the apprehension of the final offender.

        Det. R. Schalk#14250
        Det. J. Bogucki#16640

RFC-Maysonet 000041

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY  MO.  YR.
25 May 1990  0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| Homicide/First Degree Murder | | 0110 | 3428 W. North Ave. | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☒2 NO / X | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | 4 |

| | 11. ☒ VERIFIED XX UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NO. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T - TAKEN; R - RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | () FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T $ ☐ R |

| | 20. NAME (LAST—FIRST—M.I.) | 21. 1 UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. JURD. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| #3) | CRUZ, Justino | 3337 W. Pierce | M/4/21 | 5-8 | 175 | Brn | Blk | Med. |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | 32. OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | 8630-335 | 871356 | | | | OFF. 2 | 3 | 652 |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒ FIELD ☐ SUMMARY | 1 UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | | | 652 | ☐0 PROGRESS  ☐1 SUSPENDED  ☐2 UNFOUNDED |

| STATUS CONT'D. | | | | 54. IF CASE CLEARED, HOW CLEARED | |
|---|---|---|---|---|---|
| ☐3 CLRD. CLOSED | ☒4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | ☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

IN CUSTODY:

CRUZ, Justino  M/WH/Age 21, DOB ▓▓▓▓▓▓

3337 W. Pierce, Admitted member of the Latin

Kings Street Gang, Nickname of "Tino", IR# 871356,

CB# 8630-335

ARRESTING OFFICERS:  Det. R. GUEVARA  #16345, Area Five VC

Det. E. HALVORSEN  #6036,  "

Det. F. MONTILLA  #16410,  "  PC

GCSP P. ZACHARIAS  #  Gang Crimes North

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|
| N0rmal | 24 Aug..90 | | *E.L.GN  850* |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
|---|---|---|---|---|
| Det. E. HALVORSEN | #6036 | Det. R. GUEVARA | #16345 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) 27 AUG 1990 |

*MUST BE COMPLETED IN ALL CASES

CPD-11.414-B (Rev. 8/85)

CRC □ 22B

RFC-Maysonet 000042

DETECTIVE DIVISION                                          24 AUG. 1990
AREA FIVE VIOLENT CRIMES                                    RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                                PAGE (2)
VICTIM: WILEY, Torrence


DATE, TIME, LOCATION          24 Aug. 0500, 5555 W. Grand Ave.
OF ARREST:

CHARGES, COURT BRANCH         GONZALEZ, Alfredo
AND DATE:                     (2) counts of First Degree Murder, Chp. 38-9-1a2,
                              Br. 66, 24 Aug. 90, Charges approved by A.S.A.
                              Jennifer BOROWITZ, Felony Review


                              CRUZ, Justino
                              Charges are pending at this time

NOTIFICATIONS:                A.S.A. Jennifer BOROWITZ, Felony Review

INVESTIGATION:                On 23 Aug. at 0928 hrs. Jose MAYSONET  gave a court
                              reported typed statement.  In this statement MAYSONET
identified Alfredo GONZALEZ, AKA Lluiva, as the person he witnessed kill the two victims.

                              A.S.A. Frank DIFRANCO defered charging MAYSONET at
                              this time until all efforts had been exhausted to
locate the other two individuals named in MAYSONET'S statement.  A.S.A. DiFRANCO also
wanted MAYSONET returned to the scene of the murders and re-create the events that he
observed.

                              During the second watch detectives were not successful
                              in locating, the other two wanted offenders.    On
23 Aug. 90, at 1800 hrs. A.S.A. DIFRANCO approved charging Jose MAYSONET with two counts
of First Degree Murder.

                              Alfredo GONZALEZ had been in the office of Area Five
                              due to the allegation made against him by MAYSONET.
On 23 Aug. 90, at 1830 hrs. Alfredo GONZALEZ was informed that MAYSONET had signed a
statement implicating GONZALEZ as the person who killed the two victims.  GONZALEZ again
stated that he did not know anything about these murders.  GONZALEZ was placed in custody
based on the statement of Jose MAYSONET.

                              During the 3rd watch on 23 Aug. 90, Dets. E. HALVORSEN,
                              and R. GUEVARA searched to find the two remaining
named offenders, Chris CRUZ, AKA "Tino", and Chris FERNANDEZ, AKA "Fro".

                              At 2300 hrs. the R/Dets. returned to Area Five to
                              interview Alfredo GONZALEZ further.  GONZLEZ was
given a copy of the statement signed by Jose MAYSONET to read.  After reading this
statement GONZALEZ anounced, that Jose MAYSONET was a liar, and that GONZALEZ wanted
to tell the true story.

GONZALEZ, Alfredo             in summary acknowledged understanding his Miranda
                              rights as they were read to him by Det. R. GUEVARA
from a pre-printed card.  GONZALEZ stated that he wanted to talk with the detectives.

Continued On Page (3)

RFC-Maysonet 000043

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

24 AUG. 1990
PAGE (3)

HOMICIDE/FIRST DEGREE MURDER
VICTIM: WILEY, Torrence

RD# N-234297

<u>GONZALEZ, Alfredo</u>   He is a member of the Latin Kings. On 24 May 90, about 2330 hrs. he was walking to his house. He was at LeMoyne and Spualding. He saw a blue car and recognized, "Fro" inside the car and told him to stop. The car stopped. The car was a midsize, two door model. Also in the car were Jose, and Tino. "Fro", Jose and Tino are also members of the Latin Kings Street Gang. Tino is his nephew. Jose was driving the car. Jose was wearing a dark blue hoodie. "Fro" was wearing a black hoodie. Tino was weaing a white hoodie. GONZALEZ got into the car and asked for a ride home. They did not drive him home but instead drove to an alley by North ave. and St. Louis. Jose was carrying a gun. The gun was 9mm automatic. They parked in the alley. Jose, Tino and "Fro" all got out of the car. They all put their hoodies up. GONZALEZ now realized that they were going to do a "Roll", and try to kill someone. They walked away and disappeared. The nect thing he heard was five to six gunshots. All three guys got back into the car. As they drove off he looked and saw two bodies on the sidewalk on North ave. They then drove him home.

The R/Dets. contacted A.S.A. J. BOROWITZ, Felony Review who arrived at Area Five. A.S.A. BOROWITZ was familiar with this investigation, having previously interviewed Jose MAYSONET. A.S.A. BOROWITZ in company with Det. R. GUEVARA interviewed Alfredo GONZALEZ. After this interview GONZALEZ agreed to give a court reported typed statement.

On 24 Aug. 90 at 0200 hrs.Alfredo GONZALEZ gave a court reported typed statement. Present for this statement were Det. R. GUEVARA, A.S.A. J. BOROWITZ and court reporter J. LUPA . Alfredo GONZALEZ subsequently read and signed his statement. After signing this statement Alfredo GONZALEZ was charged by A.S.A. J. BOROWITZ with two counts of First Degree Murder.

At 0330 hrs. on 24 Aug. 90, detectives located Justino CRUZ, AKA Chris CRUZ on the street at Kimball and North Ave. He was known on sight by Det. R. GUEVARA. CRUZ was informed of the statements given by Jose MAYSONET and Alfredo GONZALEZ, implicating him in these murders. CRUZ stated that it was a lie and agreed to come to Area Five and confront his accusers.

After arriving at Area Five Justino CRUZ was seen by both Alfredo GONZALEZ, and Jose MAYSONET and identified by both of these persons as being the "Tino" they spoke of.

On 24 Aug. 90 at 0500 hrs. Justino CRUZ was arrested for these murders. Due to the late hour CRUZ was allowed to sleep in an interview room at Area Five.

At 0900 hrs. the R/Dets. turned this investigation over to Dets. R. Schak and R. Smitka. Their investigation is reported under a seperate Supp. Report.

Det. E. HALVORSEN #6036
Det. R. GUEVARA   #16345

RFC-Maysonet 000044

(Inventory numbers). If property taken is scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, and C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME | | | |
|---|---|---|---|
| DAY 25 | MO. May | YR. 90 | 0100 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 3438 W. North | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐ 1 YES ☒ NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5549 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | Two | (4) |

| CIRCUMSTANCES 11. ☒ VERIFIED | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE INJURY OCCUR. |
|---|---|---|---|---|---|---|---|
| ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE ONLY | |

19.
DESCRIBE PROPERTY IN NARRATIVE.     T – TAKEN;     R – RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|---|
| ☐ VERIFIED | | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ |
| | | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |
| ☐ UPDATE TO | | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 1) FIREARMS | 5 NARC./DANGEROUS DRUGS | 6 OTHER | 6 NONE |
| | | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T |
| | | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN JURY YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | CRUZ, Justino | 3337 W. Pierce | M/4/21 | 5'8 | 175 | brn | blk | med |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO. / Y.D. NO. OR J.D.A. NO. | OFFENDER (REL. CODE) | C.B. NO. | I.R. NO. / Y.D. NO. OR J.D.A. NO. | OFFENDER (REL. CODE) | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| 1. | 8630335 | | 024 OFF. 2 | | | | 1 | 652 |
| 2. | | | | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒ NA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|

| 50. ALTERNATE CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒ FIELD ☐ 3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|
| D N A | | | | | | | |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|
| ☐ 3 CLSD. CLOSED | ☒ CLR.D. OPEN | 5 EXC. CLR.D. CLOSED | 6 EXC. CLR.D. OPEN | 7 CLSD. NON-CRIM. | ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☒ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

In Custody :    CRUZ, Justino M/WH [redacted] age 21, resides at

3337 W. Pierce.  Subject is 5'8, 175 lbs. blk/brn.


Arrested By :    Dets. GUEVARA #16345 A/5 VC & GCSP ZACHARIAS #.


Subject was taken into custody on 24 Aug. 90 at 0500hrs
at A/5 Hdqtrs. after he was implicated in the
double homicide by two other offenders in this
matter.

Charges/Court :    Br. 66 on 27 Aug. 90
2 – First Degree Murder Complaints

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|---|
| | DAY 24 | MO. Aug. | YR. 90 | 1700 | | 810 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. R. Smitka | 5577 | Det. R. Schaak | 5333 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) TIME 25 Aug 90 2150 |

CPD-11.411-B (Rev. 8/89)    * MUST BE COMPLETED IN ALL CASES

CRC ☐ 22B

RFC-Maysonet 000045

Page   Two

Detective Division                                           24 August 90
Area 5 Violent Crimes
                                                            R.D. # N-234297

Homicide/First Degree Murder
WILEY, Torrence

Investigation :                     In Continuance of the above captioned
                                    investigation conducted by Dets.
                                    HALVORSEN #6036, PAULNITSKY #6503,
                                    GAWRYS #16899 & GUEVARA #16345 and super-
vised by Sgt. E. MINGEY, It had been established that there were four individuals respon-
sible for the above captioned double homicide.  Two subjects, GONZALEZ, Alfredo and
MAYSONET, Jose had previously been taken into custoy and charged.  Both implicated CRUZ,
JUSTINO as having been present and involved.  Efforts then continued to locate and app-
rehend the two named subjects, HERNANDEZ and CRUZ.  On this date at 0500 hrs. CRUZ was
taken into custody and processed.

                                    The undersigned detectives, working the
                                    2nd. Watch were then subsequently assigned
the follow-up in this matter.  After having been informed again of his Rights, CRUZ indic-
ated that he wished to tell his side of the story.

CRUZ, Justino                       In a subsequent statement to the under-
                                    signed, CRUZ stated that he and the other
offenders, MAYSONET, GONZALEZ & HERNANDEZ all met at MAYSONET's residence.  At that time,
they picked up the 9mm automatic machine  pistol and then left to go out and do a shooting.
They rode around for a short time, MAYSONET drove, GONZALEZ rode in the front passenger
seat, HERNANDEZ in the rear passenger seat and CRUZ in the rear passenger seat behind the
driver.  After a short while they pulled into an alley in the vicinity of North and St.
Louis, at which time GONZALEZ, HERNANDEZ and CRUZ got out.  MAYSONET remained with the
vehicle, continued to keep it running, CRUZ walked a short distance with the other two
subjects and acted as a lookout in case the police came by.  GONZALEZ & HERNANDEZ then
walked over to the two victim stood and remained there for a few minutes.  At that time
CRUZ heard 5-6 shots and GONZALEZ and HERNANDEZ came running back to the car, GONZALEZ
was carrying  the machine pistol and they all got back into the vehicle in their respect-
ive places and drove off.  They just drove around after that and finally, split up some
time later.

                                    ASA John PERKAUS of Felony Review
                                    responded to Area 5 Headquarters after
the necessary notifications.  He then reviewed the file, interviewed CRUZ who reiterated
what he had told the undersigned. ASA PERKAUS then prepared a handwritten statement con-
cerning what CRUZ had stated concerning his knowledge and involvement in this incident.
After reviewing this statement, CRUZ then signed same, with the undersigned witnessing.

                                    ASA PERKAUS then approved the charging
                                    of Justin CRUZ with two counts of First
Degree Murder in this matter.  Until the apprehension of the 4th. wanted offender, HERNAN-
DEZ, the undersigned would request that this matter remain CLEARED/OPEN.

Det. Robert Smitka    #5577
Det. Richard Schak    #5333

RFC-Maysonet 000046

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME • DAY MO. YR.
25 May 1990 | 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE X 1 VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 3428 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES X 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | (4) |

28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)

| 28. OFFENDER'S NAME | 29. HOME ADDRESS | 30. SEX–RACE–AGE HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|
| MAYSONET, Jose J. | 1302 N. Homan | M/4/22 5-11 | 160 | Brn | Blk | Med. |
| GONZALEZ, Alfredo | 1835 N. Kedzie | M/4/31 5-10 | 150 | Brn | Blk | Med. |

| 31. C.B. NO. | | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED ARRESTED UNIT NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 8628-787 | 772277 | | OFF. 2 8629-893 | | 610697 | | 2 652 | |

34. SERIAL NOS. OR IDENTIFICATION NOS. XX DNA ☐ 2 VERIFIED ☐ 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | | X 1 FIELD ☐ 3 SUMMARY | 652 | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED
☐ 1 CLRD. ☐ 4 CLRD. XX OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. CLOSED | 7 CLSD. NON-CRIM. | XX 1 ARREST PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | X ADULT ☐ JUV.

55. FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

IN CUSTODY:

MAYSONET, Jose J.   M/WH/Age 22, DOB ▮▮▮▮

1302 N. Homan Ave.  Married Unemployed, Admitted

Member of the Latin Kings Street Gang, CB# 8628-787,

IR# 772277

GONZALEZ, Alfredo  M/WH/Age 31, DOB ▮▮▮▮

1835 N. Kedzie 1st fl. Single, Unemployed, Admitted

Member of the Latin Kings Street Gangs, AKA  "Lluvia"

CB# ▮▮▮▮  IR# 610697

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – • DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 23 Aug. 90 | | E. PALEN | 890 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. E. HALVORSEN | #6036 | Det. R. GUEVARA | #16345 | 95. DATE APPROVED (DAY-MO.-YR) TIME |
| Det. S. GAWRYS | #16899 | Det. R. PAULNITSKY | #6503 | 04 Aug 90  23:45 |

CPD-11.411-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

CRC # 228

RFC-Maysonet 000047

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

23 AUG. 1990
RD# N-234297

PAGE (2)

HOMICIDE/FIRST DEGREE MURDER
VICTIM: WILEY, Torrence

WANTED:

Tino, Possible name of Chris CRUZ,
M/WH/Age 20-25, 5-07, Muscular build
Known Latin King

FERNANDEZ, Chris  M/B/Age 20-25,
1035 N. Spualding, House
Known Latin King, nickname of "FRO"

ARRESTING OFFICERS:

MAYSONET
Det. R. PAULNITSKY        #6503
Det. F. MONTILLA          #16410

GONZALEZ
Det. S. GAWRYS            #16899
Det. E. HALVORSEN         #6036
Det. R. GUEVARA           #16345

DATE, TIME, LOCATION,
OF ARREST:

MAYSONET
22 Aug. 90, 1200 hrs. 5555 W. Grand Ave.

GONZALEZ
23 Aug. 90, 1830 hrs. 5555 W, Grand Ave.

CHARGES, COURT BRANCH
AND DATE:

MAYSONET
First Degree Murder, (2) Counts, Br. 66,
24 Aug. 90, Charges approved per A.S.A.
Frank D.FRANCO, Felony Review

GONZALEZ
Charges are pending at this time.

Continued On Pagae (3)

RFC-Maysonet 000048

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (3)
VICTIM: WILEY, Torrence


WEAPON:                    9mm Automatic pistol, 4" barrel, B/S,
                           Not Recovered.


MANNER/MOTIVE:             Victims who were male black youths were
                           standing on the street when they were
                           approached by the offenders who are Latin
                           and members of the Latin Kings.  Offenders
                           shot victims to death.  Motive was gang
                           rivalry.


VEHICLE USED:              Older model Pontiac Bonv. 2 Dr. Light
                           blue top/over dark blue bottom.  This
                           car is alleged to belong to a Latin King
                           first name Jeffery.


NOTIFICATIONS:             A.S.A. Jennifer BOROWITZ, Felony Review
                           A.S.A. Frank DiFRANCO, Felony Review


STATEMENTS:                MAYSONET
                           Has provided a court reported typed
                           statement.


INTERVIEWED:               BELLO, Rosa  F/WH /Age 24, DOB █████████
                           1302 N. Homan, Wife of Jose MAYSONETT
                           Ph# 235-4081    SS# █████████


INVESTIGATION:          On 15 July 90, Sgt. E. MINGEY #1713, Area
Five Violent Crimes, became aware of an offender charged in a shooting
incident, in which three persons were shot on the street. This person
was Jose MAYSONET, IR# 772277.


Continued On Page (4)


RFC-Maysonet 000049

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (4)
VICTIM: WILEY, Torrence


This shooting incident was reported under RD# N-303737. Recovered from the scene of this shooting were three fired cartridge casings, with a class of 9MM 00. These casings were inventoried under Inventory #784562.

Sgt. MINGEY was aware of the fact that the weapon used to kill Torrence and Kevin WILEY was a 9mm automatic pistol. Sgt. MINGEY believed that there might be a connection between these two seperate shooting incidents.

On 15 July 90, Sgt. MINGEY in company with Det. F. MONTILLA #16410, Area Five Propety Crimes, interviewed Jose MAYSONET while he was at Area Five. Det. F. MONTILLA speaks Spanish. Det. E. MONTILLA advised Jose MAYSONET of his Miranda Rights in Spanish. Jose MAYSONET acknowledged understanding these rights and agreed to speak with these detectives. Jose MAYSONET indicated that he did have some knowledge of the murders of the two black youths on North Av. He stated that on the night the blacks were shot, three Latin Kings came by his house and wanted to get a 9mm automatic pistol that he had been given by the gang to hold. He gave the gun to these guys and they left. The next day he learned about the shooting of the two blacks on North Ave. and assumed that the Kings he gave the gun to must have done this shooting. Jose MAYSONET declined to provide the names of the individuals who had the gun.

Jose MAYSONET was thereafter locked up in the Cook County Jail. On 1 Aug. 90, Sgt. MINGEY and Det. MONTILLA went to interview Jose MAYSONET at the Cook County Jail. Jose MAYSONET signed the required attorney waiver form and agreed to be interviewed. Jose MAYSONET stated that he was involved in the murders of the two black youths. He stated that he was not the shooter but was present when the shooting occured. He stated that he knew who the shooter was and the other persons with him. He stated that he would not co-operate in this investigation unless a deal was cut to get him out of jail. Jose MAYSONET was informed by Sgt. MINGEY that no deal would be made even if possible.

On 22 Aug. 90, Det. R. PAULNITSKY was in court and saw that Jose MAYSONET had made bond and was also in court. Det. R. PAULNITSKY was aware of the previous admissions that Jose MAYSONET had made and asked Jose MAYSONET to come with him to Area Five for additional investigation of these murders.

Continued On Page (5)

RFC-Maysonet 000050

```
DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                              PAGE (5)
VICTIM: WILEY, Torrence
```

At Area Five, Jose MAYSONET was advised of his Miranda Rights by Det. F. MONTILLA. Jose MAYSONET acknowledged understanding each of his rights and agreed to talk with the detectives. Jose MAYSONET again repeated his previous statements about supplying the gun used in these murders and the fact that he knew who the offenders were. Jose MAYSONET stated that he could not provide an further information because he had been threatened by Latin King Gang Members with the death of himself, his wife and child, if he informed to the police. Jose MAYSONET was informed that he was being placed in custody for these murders.

On 22 Aug. 90, Dets. E. HALVORSEN, R. GUEVARA, and S. GAWRYS, arrived at Area Five to work the third watch. This investigation was passed on to these detectives.

On 22 Aug. 90, at 2000 hrs. Jose MAYSONET was interviewed by Det. R. GUEVARA, who speaks Spanish. During this interview Jose MAYSONET agreed to tell all he knew.

MAYSONET, Jose in summary acknowledged understanding his Miranda Rights as they were read to him by Det. GUEVARA, from a pre-printed paper. Jose MAYSONET agreed to make a statement. On 20 May 90, some members of the Latin Kings came by his house. He is a member of the Latin Kings. One of the Latin Kings was a guy called "Lluiva" He was asked by "Llviva" to hide a gun at his house. He agreed to do so. "Lluiva gave him a 9mm automatic pistol, 4' barrel, 15 shot, dark finish. On 24 May between 2330-0000, he was at home with his wife Rosa BELLO. Three Latin Kings came to his apartment. One of the Kings was "Lluiva. The other two guys were "Fro" and "Tino" They told him that they needed the pistol They told him they had something to do with two guys at Drake and North Ave. that involved dope and they wanted the pistol. He saw that "Lluiva was wearing a black hooded sweatshirt, which ment that they planed on doing a "Roll". He walked out of his apartment and they asked him if he wanted to drive the the car they had. He recognized the car as being the older model, light blue over dark blue, Pontaic Bonv. that belonged to another Latin King named Jeffery. He agreed to drive the car. He drove down Homan to Potomac, then turned and went down Potomac to St. Louis, and went down St. Louis to North Ave. He then drove from North Ave. to Drake and parked in the alley.

Continued On Page (6)

RFC-Maysonet 000051

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

23 AUG. 1990
RD# N-234297

HOMICIDE/FIRST DEGREE MURDER
VICTIM: WILEY, Torrence

PAGE (6)

MAYSONET, Jose "Lluiva", "Fro", and "Tino" all got out of
the car. "Lluiva" pulled the hooded sweatshirt over his head.
MAYSONET saw two guys standing on the street. "Lluiva", "Fro", and
"Tino"started walking towards the guys. They waited about five
minutes and then he heard five or six gunshots. He looked and saw
that the two guys were on the ground. "Lluiva" had the 9mm pistol in
his hand pointing the gun at the guys to see if they still moved.
When no one moved, all three guys started to walk back towards the
car. All three guys got back into the car and he drove off. He drove
back to his home at 1302 N. Kimball. He got out of the car. "Lluiva"
got into the drivers seat and drove off. That same morning the
shooting occurred, he saw "Lluiva" about 1100 hrs. He met up with
"Lluiva" at LeMoyne and Spualding. "Lluiva said, "I killed two black
motherfuckers". MAYSONET was told to keep his mouth shut and not say
nothing. MAYSONET was then locked up on 15 July 90, that involved a
different shooting. MAYSONET stayed in the Cook County Jail until he
was able to make bond on Thrusday 16 Aug. 90. That same day about
2200 hrs. he was at home. "Lluiva", "Fro", "Tino", "Cisco", and
"King" all came by his house. "Tino" and "King" are brothers. "King"
showed MAYSONET that he was carrying a gun, the same gun used in the
murders. "King" put the gun to MAYSONET'S head and told him that if
he ever talked about the two murders he would be six feet under.

On 22 Aug. 90, at 2100 hrs. MAYSONET"s wife
Rosa BELLO arrived at Area Five. She was allowed to talk with
MAYSONET, in the presence of detectives. MAYSONET told her to tell
the truth about the night the blacks were killed. She agreed to do
so.

BELLO, Rosa in summary stated the following. On the
evening of 24 May 90, at about 2330 hrs. she was at home with Jose
MAYSONET. Three of Jose's friends she knows as, "Lluiva", "Fro", and
"Tino"came to the apartment. "Lluiva" asked Jose for the gun. She
saw the gun, and knows about guns. She recognized the gun as being a
9mm automatic pistol 15 shot. The gun was wrapped in a towel and Rosa
put the gun in a plastic bag. Jose handed the gun to "LlUiva" All
four men left the apartment. Jose returned about 0100 hrs. Jose
told her that he had been out with the guys, and that he had been
driving. Jose later told her that two guys had been shot.

Continued On Page (7)

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                              PAGE (7)
VICTIM: WILEY, Torrence


          Jose MAYSONET stated that he knew where both "Lluiva" and "Fro" lived. He offered to show detectives these addresses. MAYSONET also stated that he knew that "Tino's" last name was CRUZ. MAYSONET identified an apartment building on Kedzie as being where "Lluiva" stayed. He also identified a house at 1035 N. Spualding as where "Fro" lived. While MAYSONET was being driven around he spotted "Lluiva" at the corner of LeMoyne and Spualding. MAYSONET was returned to Area Five. At Area Five MAYSONET was shown loose candid photos of Latin King menbers. He identified a photo of Chris FERNANDEZ as being "Fro".

          The R/Dets. and Sgt. E. MINGEY spent the next hours searching the neighborhood for all three offenders. During the early morning hours of 23 Aug. 90, "Lluiva" was seen on the street by Det. S. GAWRYS. and Sgt. E. MINGEY. "Lluiva" was now identified as being Alfredo GONZALEZ. GONZALEZ was informed of the allegation made against him by Jose MAYSONET. GONZALEZ was asked to come to Area Five and be interviewed. GONZALEZ stated that he would and was driven to Area Five.

          At Area Five GONZALEZ denied any knowledge of the murders or of knowing Jose MAYSONET.

          At Area Five Jose MAYSONET saw Alfredo GONZALEZ. He again identified GONZALEZ as being "Lluiva", and the person he saw shoot and kill the victims.

          On 23 Aug. at 0430 hrs. A.S.A. Jennifer BOROWITZ, Felony Review was assigned to this investigation. She had been in the office at Area Five on an unrelated investigation and was familiar with this homicide investigation. An interview was conducted with Jose MAYSONET. Present for this interview were A.S.A. BOROWITZ, and Dets. GUEVARA and MONTILLA. Jose MAYSONET repeated his previous statement.

          At the conclusion of this interview Jose MAYSONET agreed to provide a court reported typed statement. Due to the amount of time these statements take a second Assistant States Attorney was assigned to replace A.S.A. BOROWITZ.


Continued On Page (8)


RFC-Maysonet 000053

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (8)
VICTIM: WILEY, Torrence


On 23 Aug. 90, at 0630 hrs. A.S.A. Frank DIFRANCO arrived and conducted his first interview with Jose MAYSONET. Also present for this interview were Dets. R. GURVARA and F. MONTILLA. MAYSONET repeated his previous statements.

On 23 Aug. 90 at 0710 hrs. MAYSONET was moved from the interview room he was at to the conference room. Another interview was then conducted by A.S.A. DIFRANCO. Present for this interview were Dets. R. GUEVARA and F. MONTILLA.

On 23 Aug. 90 at 0928 hrs. another interview was conducted with MAYSONET for the purpose of taking his court reported typed statement. Present for this interview were A.S.A. DIFRANCO, Det. F. MONTILLA, and court reporter Joseph SZYBIST.

Jose MAYSONET thereafter read his statement which he signed.

A.S.A. DIFRANCO requested that Jose MAYSONET be driven to the scene of the murder to corroborate the statement that he had just given. A.S.A. DIFRANCO, accompanied by Dets. R. PAULNITSKY and F. MONTILLA, drove Jose MAYSONET to 3428 W. North Ave. where he demonstrated the facts set forth in his statement.

A.S.A. DIFRANCO defered formal charging of Jose MAYSONET pending additional interviews with Alfredo GONZALEZ.

On 23 Apr. 90, at 1800 hrs. A.S.A. DIFRANCO charging Jose MAYSONET with two counts of First Degree Murder. Charges against Alfredo GONZALEZ are pending at the time of this report.

With the arrest and charging of one of the four offenders in this crime, it is requested that this case be filed, CLEARED BY ARREST/OPEN FOR ADDITIONAL INVESTIGATION.


Det. E. HALVORSEN        #6036
Det. R. GUEVARA          #16345
Det. S. GAWRYS           #16899
Det. R. PAULNITSKY       #6503
Det. F. MONTILLA         #16410

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair,    lexion, scars, marks, etc. If suspect is arrested, give name, sex, race co    e, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE - TIME**
DAY 25 | MO. May | YR. 90 | 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE X□1 VERIFIED □2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/Murder First Degree | 0110 | 3428 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT XX□ YES □2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED □1 YES X□2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5526 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| On Street | 304 | Two | Unknown |

CIRCUM-STANCES XX□VERIFIED | □UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP.

19. PROPERTY □VERIFIED DNA □UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = Taken; R = Recovered

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY □T $ □R | 2 JEWELRY □T $ □R | 3 FURS □T $ □R | 4 CLOTHING □T $ □R | 7 OFFICE EQUIPMENT □T $ □R | 8 TV, RADIO, STEREO □T $ □R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS □T $ □R | 8 CONSUM. GOODS □T $ □R | (-) FIREARMS □T $ □R | 8 NARC./DANGEROUS DRUGS □T $ □R | 5 OTHER □T $ □R | 6 NONE □T $ □R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARREST. ARRESTED/UNIT NO. |
|---|---|---|---|---|---|---|
| □OFF. | | | OFF. | | | |

| 33. OFF'S. VEHICLE .YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|
| □USED □STOLEN | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. □1 DNA □2 VERIFIED □3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | X□1 FIELD □3 SUMMARY | 652 | XX□ PROGRESS □1 SUSPENDED □2 UNFOUNDED |

STATUS CONT'D: □3 CLRD. CLOSED | □4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED: □1 ARREST & PROSEC. □2 DIRECTED TO JUV. CRT. □3 COMPL. RFUSD. TO PROSECUTE □4 COMMUNITY ADJUSTMENT □5 OTHER EXCEPT. □ADULT □JUV.

95. □FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

THIS IS A CANVASS REPORT:

PERSONS INTERVIEWED:  HERNANDEZ, Alicia F/WH/ a barmaid at the Jose POBRE Tavern 3409 W. North Ave. related that there were no male black patrons in the tavern the evening of 25May90.

PRECEEO, Alma F/WH/ 3419 W. North Ave. related that she was awakened 2400 hrs. by the sound of two male english voices that were engaged in an argument. PRECEEO stated that she could only hear bits of the conversation. (I am trying to help you— I am going to kill you— I am going to kill you first— you said that we would get the last bus) The total argument lasted for about an hour. After hearing four shots, PRECEEO called the police. PRECEEO then gave R/Dets. her sister's MACIAS, Carmen business telephone number. 243-1300 who was also home when the incident occured.

MILAN, David M/WH/ 3429 W. North Ave. Staff member Solder of God Church. Only heard four shots.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY 25 | MO. May | YR. 90 | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|---|---|
| Normal | | | | | MINSEY #1781 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. WARE, Willie | 7428 | Det. KONDAL Joseph | 4620 | |

SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY—MO.) 28 MAY 1990 1715

CPD-11.418 (Rev. 8/85) | *MUST BE COMPLETED IN ALL CASES | CRC □ 228

R.O. NO. N-234,297

RFC-Maysonet 000055

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

25 May 1990
N-234297

WILEY, Torrence
WILEY, Kevin
First Degree Murder

Page four

CANVASS CONTINUED.. MACIAS, Carmen F/WH/ 3419 W. North Ave. was contacted by telephone at place of employment 243-1300, related that she was awakened around 2400 Hrs. 24May90 by the sound of two male blacks having an argument. One had a very calm voice, the second had a loud abrasive type of voice and sounded as if he may have been drunk. MACIAS was only able to hear parts of the argument, that lasted for at least an hour. Both subjects refered a number of times to someone called Lulu Dog, and also had some disagreement about a bus. MACIAS did not call the police after hearing shots because she did not have a telephone in her apartment, but considered going downstairs to her father (INOCENCI who was also interviewed) apartment and using his telephone #235-7409 to call the police. MACIAS later looked out of her window and saw the two victim's down on the street.

ALVARDO, Rosa F/WH/ 3428 W. North Ave heard nothing.
GOZMAN, Maria F/WH/ 3417 W. North Ave heard nothing.
MOJICA, Minerva F/WH/ 3432 W. North Ave heard nothing.
No answer was received at 3419, 21, 23, W. North Ave. The R/Dets. went to each open tavern and liquor store in the area trying to determine if any male blacks had purchased any Milwaukee's Best beer, with negative results. End of canvass report.
Dets. WARE,W & KONDAL J. #7428/4620

RFC-Maysonet 000056

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it, and its description (include Property Inventory numbers). If property taken as scribed for Operation ?entification, indicate I.D. number at end of Narrative. Offender's appro?mate description, if possible, should include name if known, ...kname, sex, race code, age, height, weight, color eyes & hair ...lexion, scars, marks, etc. If suspect is arrested, give name, sex, race ... e, C.B. or I.R. number, if known, and state "in Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 25  MO. May  YR. 1990  0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/1st degree Murder | 0110 | 3428 W. North | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☒X 1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|---|
| WILEY, Torrence | | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 2 | unknown |

CIRCUMSTANCES ☒OVER ☒IED
12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WAS OCCUP.

☐UPDATE TO
19. CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO.

PROPERTY ☒X☒ VERIFIED / ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC/DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. (R) JU/RD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARREST. ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒X☒ DNA  ☐2 VERIFIED  ☐3 CORRECTED     LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 52. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| dna | | dna | ☒X 1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
| 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLRD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

FIELD INVESTIGATION:        PROGRESS REPORT

INTERVIEWED:    1.   Richard Wiley WORTHAM (brother of victims) M/B/32 ████

████ of 440 N Drake unemployed laborer single residing at

440 N Drake    IR # 444 668

2.   Zearl WILEY (brother of victims) M/B/24 ████

9177 S South Chicago single and unemployed, home phone

# 375 3578

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 25 May 90 | 1630 | | |
| 93. REPORTING OFFICER (PRINT NAME) STAR NO. | 94. REPORTING OFFICER (PRINT NAME) STAR NO. | | SIGNATURE | |
| Det. J. Boyle   6945 | Det. B. Brennan   14888 | | | |
| SIGNATURE | SIGNATURE | | 96. DATE APPROVED (DAY—MO.—YR.) | TIME |

CPD-11.411-B (Rev. 8/85)          *MUST BE COMPLETED IN ALL CASES          CHG ☐ 228

RFC-Maysonet 000057

```
DETECTIVE DIVISION                              RD    #    N   234   297
AREA FIVE VIOLENT CRIMES                         25        May        1990

HOMICIDE /  1st DEGREE MURDER
WILEY, Torrence
WILEY, Kevin
```

                                        PAGE TWO

INTERVIEWED:

3. Jolanda WILEY (sister of victims) single and
   unemployed, residing at 1925 N Drake 3rd Floor
   Rear  11 June 1960

4. Sandra MONTOYA F/WH/38 years 8 November  1951
   single and residing at 2168 Wildwood Lane
   Hanover Pk. Ill, home phone 708-213 8797
   a Supervisor for United Cerebral Palsy
   4540 W Washington Blvd (fiancee of Torrence
   Wiley and his co-worker)

INVESTIGATION:

The Reporting Detectives in the continuing investi-
gation into the above captioned incident were con-
tacted by Sgt. Biebel of this command.  He related
that the sister of the victims had called the office of Area Five Violent Crimes and
requested to speak with the undersigned.  The undersigned responded to the residence of
Ms. Wiley and met with her and several members of her family.  The undersigned requested
that a member of the family accompanied them to the Medical Examiner office.  The victims
two brothers Richard and Zearl along with Sandra Montoya  went to the Medical examiners
office and positively identified the two victims as Torrence and Kevin Wiley.

                     The undersigned returned to the residence of
Jolanda  Wiley and spoke with several members of the family who related the following in
essence but not verbatim.

RICHARD WILEY WORTHAM                   stated that he last saw his brother Torrence on
                                        24 May 1990 at 2145 hours.   Torrence left Richard
                                        residence stating that he was on his way to Jolanda
house.  He could add nothing more

JOLANDA WILEY                           stated that her brother Torrence came to her
                                        house at about 2200 hours on 24 May 1990.  He stayed
                                        for a while speaking with their brother Kevin.
Kevin and Torrence left together sometime after 2300 hours.   They did not say where they
were going other than saying that they had to go out.   She could add nothing more other
than to say that she knew of no one who would do this to her brothers.

ZEARL WILEY                             stated that he heard about his brothers on the
                                        radio this morning(25 May 1990).   He stated that
                                        he hadn't seen his brothers in several days and
could add nothing more.

SANDRA MONTOYA                          stated that she is the fiancee of Torrence WILEY
                                        She stated that she first met him on 26 June 1989
                                        when he came to work at United Cerebral Palsy.
She stated that she last saw Torrence on Wednesday 23 May 1990.   She could add nothing
more other than to say that Torrence was a very gentle man and would not hurt anyone.

                     The undersigned will attempt to locate any
witness to this incident.   Any information garnered will become the subject of a future
appropriate report.   This investigation continues................

Det. John Boyle # 6945
Det. Bernard Brennan  # 14888
DDA FIVE VIOLENT CRIMES

RFC-Maysonet 000058

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operal_____ entification, indicate I.D. number at end of Narrative. Offender's ap_____ nate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair_____plexion, scars, marks, etc. If suspect is arrested, give name, sex, race c_____age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT

CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY | MO. | YR.
25 | May | 90 | 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE   MURDER FIRST DEGREE | 0110 | 3428 W. North Ave. | |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | ☐ CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | XX | | XX | 5522 |

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS
STREET | 304 | Two | Unknown

**PROPERTY section:**

| 11. RECOVERED □ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WEAPON OCCUR. |
|---|---|---|---|---|---|---|---|
| | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED
DNA
☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 0 FIREARMS ☐T $ ☐R | 8 NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY:**

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**OFFENDERS UPDATE ONLY:**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED    LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) DNA | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☐3 SUMMARY XX | UNIT NO. 652 | 53. STATUS ☐0 PROGRESS XX | ☐1 SUSPENDED | ☐2 UNFOUNDED |
|---|---|---|---|---|---|---|---|

STATUS CONT'D
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

```
FIELD INVESTIGATION:                          Progress Report

VICTIM:                 WILEY, Torrence M/B/27
                        11 S. Parkside   SSN/████████
                        IR# 887249


                        WILEY, Kevin M/B/26 DOB.
                        3334 W. Maypole   SSN/████████
                        IR# 636256


                   continued on page # 2
```

continued on page # 2

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|
| Normal | 25 May 90 | 0800 | LINDSEY #1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. |
|---|---|---|---|
| Det. R.S. Tapkowski   #15665 | | Det. P. Boyle   #14633 | |

SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO–YR)
26 MAY 1990   1650

25. R.D. NO.
N-234297

CPD-11.411-B (Rev. 8/86)          *MUST BE COMPLETED IN ALL CASES          CRC ☐ 228

RFC-Maysonet 000059

```
DETECTIVE DIVISION                                    25 May 90
AREA FIVE VIOLENT CRIMES                              N 234 297
WILEY, Torrence
WILEY, Kevin
MURDER FIRST DEGREE                                   Page Two
```

WANTED:

INJURIES:

TAKEN TO:

WEAPON:

LOCATION:

DATE and TIME:

WEATHER and LIGHTING:

MANNER and MOTIVE:

IDENTIFIED BY:

EVIDENCE:

NOTIFICATIONS:

Unknown at this time.

Torrence WILEY
GSW to the left chest, lodged in Rt. chest.
GSW to the genitals exiting the right thigh
pellet recovered in under shorts.

Kevin WILEY
GSW to the head below and to the rear of the
left ear. Apparently exiting the mouth.

FIFM by MB 1472, pronounced at the scene
by ME Thompson #53, Torrence WILEY at
0217hrs ME case 447 May. Kevin WILEY at
0215hrs ME case 446 May.

A 9MM weapon possibly a handgun.

Torrence WILEY was found on the street
at 3428 W. North Ave.
Kevin WILEY was found on the street at
3426 W. North Ave.

25 May 90 @ 0100hrs Fri.

Temp. in the low 60s, good visibility,
good overhead street lighting.

The victims were shot on the street. Motive
unknown at this time.

IDPA cards found on the persons of the
victims.

Photos of the victims and scene.
Four shell casings 9MM
One can of Beer, Milwaukee's Best
One bullet recovered from Torrence WILEY's
under pants at FIFM.

First Dep office, MEs office, Crime lab

N 234 297

Continued to page three...

```
DETECTIVE DIVISION                                                    25 May 90
AREA FIVE VIOLENT CRIMES                                              N 234 297

WILEY, Torrence
WILEY, Kevin
MURDER FIRST DEGREE                                                   Page Three

PERSONNEL ASSIGNED:                      Sgt Peterson #2111              MB 1420

                                         PO  Montalvo #13102             MB 1422
                                         PO  Dones #5457

                                         PO  Horodny #17759             MB 1421
                                         PO  Magnus #10609

                                         PO  Heyn #6626                  MB 1472
                                         PO  Maxwell #5954

                                         Tech Bacheder #12680           MB 9601
                                         Tech Butler # 10448

                                         Det Boyle #14633               MB 5522
                                         Det Tapkowski #15665

                                         Det Dickinson #4588            MB 5535
```

WITNESS:                                 NEGRON, Isabella F/WH 30yrs DOB ████
                                         3445 W. North Ave. 2nd Ph 384-6037 (Circ)

CANVASS:                                 In included in this report.

INVESTIGATION:                           The R/Ds were assigned to investigate the
                                         homicide at 3428 W. North Ave. by Sgt.
Cappitelli of this command. The R/Ds proceeded to that address and interviewed the original
reporting officers who related essentially the same as contained on their report. The mobile
crime lab arrived and processed the scene as the R/Ds were collecting information from the
officers. The R/Ds then took the clothing discriptions and identification from the victims.
                                         The scene is on West North Ave. and consists
                                         of street level busniesses with residences
on the second floors. The street is four lanes wide and the sidewalk abuts with the street.
at 3428 W. North Ave is Star wars video store, on the sidewalk in front of this busniess
is Torrence WILEY. His head is to the South and at the curb of the street. His feet are to the
North. The torso of this victim is twisted to the right and his arms are outstreched. There
is a key ring with three keys next to the victims right hand. Torrence WILEY is wearing a
black sweater, black belt, grey pants, black under shorts, white socks with blue trim, and
white shoes.
                                         The scene where Kevin WILEY is found is Approx.
                                         20 Ft. East of where Torrence is found. This
location si at 3426 W. North Ave. This address is a vacant lot which was graded. There is
a sidewalk (Passageway) running North to South on the West edge of this lot and abuting with
the building at 3428 W. North Ave. The rest of this lot is dirt. Three shell casings are
found on the sidewalk (Passageway) Approx. 8 Ft. North of the North Ave sidewalk. There is
another casing in the dirt just to the East of these casings. Kevin WILEY is found on the
sidewalk of North Ave. lying tward the vacant lot with his head to the East and feet to the
West. He is lying on his back with his left arm along side his body and the right arm extended
above his head. There is a large quantity of blood running from the head to the street.
Kevin WILEY is wearing a black sweat shirt, purple Tee shirt, black belt, blue jeans, purple
under shorts, grey socks with blue and red trim, and white grey and black gym shoes.
                                         The R/Ds were then informed that paramedics
                                         were at the scene prior to the R/Ds arrival
and had moved the bodies of the victims to some extent.
                                         As the R/Ds were conducting this part of the
                                         investigation Det. Dickinson of this command
was conducting a canvass of the area and interviewing the person who called the police
NEGRON, the witness in this case.
Continued to page four...

DETECTIVE DIVISION                                          25 May 90
AREA FIVE VIOLENT CRIMES                                    N 234 297

WILEY, Torrence
WILEY, Kevin
MURDER FIRST DEGREE                                         Page Four

INVESTIGATION Cont..

      The R/Ds then proceeded to the office of the ME to ascertain the injuries to the victims. and get the physical statistics. The results of this examination are contained in the format of this report. The R/Ds were then met by Det. Dickinson who gave the R/Ds the results of his canvass which are as follows.

      NEGRON, Isabella the witness in this case related that she heard three shots, looked out the window and saw a body on the sidewalk across the street. She called the police.

      GONZALEZ, Jenny F/WH 21yrs DOB ███████ 3443 W. North Ave Ph 276-7241. Related that she heard a shot followed by a pause then three shots fired in succession. She didn't look out untill police arrived.

      FELACIANO, Aurelio M/WH 36yrs DOB ███████ 3425 W. North Ph 486-7457. Related that he was asleep and didn't see or hear anything.

      WINSON, Nelson M/W 37yrs DOB ███████ 3406 W. North Ave. Night Mgr. DUK'S Ph 384-459 Related that he starts at 0001 hrs and he didn't see or hear anything.

      The following addresses on North Ave were no answers.
3428 W. North
3423 W. North
3420 W. North
3417 W. North
3419 W. North
3432 W. North

      The R/Ds then proceeded to this office and attempted to confirm the identities of the victims and notify relatives. The addresses listed in the format of this report are the last known addresses of the victims. The address at 11 S. Parkside was answered by a resident who denied knowing the victim Torrence. Kevin's address at 3334 W. Maypole is a multi unit building and entry could not be gained.

END

Det Boyle 14633
Det R.S. Tapkowski 15665

Identity and describe all property of possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operations Identification, indicate I.D. number and Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair complexion, scars, marks, etc. If suspect is arrested, give name, sex, race age, C.B. or I.R. number, if known, and state "in Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE—TIME |
| DAY | MO. | YR. |
| 25 May | 1990 | 0100 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | HUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
| HOMICIDE/1st degree Murder | | 0110 | 3428 W. North | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
| WILEY, Torrence | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
| street | | 304 | 2 | unknown |

| CIRCUM. ☒☒1 IED ☐UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | | 17. SAFE BURGLARY METHOD | | 18. IF RESIDENCE WHERE WERE OCCUP. |
| | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | | CODE NO. | | |

19. DESCRIBE PROPERTY IN NARRATIVE
T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY ☒☒ VERIFIED / ☐UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 6 FIREARMS ☐ T $ ☐ R | 8 NARC/DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJ. YES NO | 27. VICTIM REL. CODE |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| OFF. | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
| ☐USED ☐STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒☒ DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
| dna | | dna | ☒ FIELD ☐ SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

| STATUS UNIT | ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
| | | | | | | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

95. ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

FIELD INVESTIGATION:        PROGRESS REPORT

INTERVIEWED:       1.  Richard Wiley WORTHAM (brother of victims) M/B/32 ▮

               ▮ of  440 N Drake unemployed laborer single residing at

               440 N Drake  IR #  444 668

               2.  Zearl WILEY (brother of victims) M/B/24 ▮

               9177 S South Chicago single and unemployed, home phone

               # 375 3578

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
| normal | 25 May 90 | 1630 | MINGEY #731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
| Det. J. Boyle | 6945 | Det. B. Brennan | 14888 | E. L. Mingey |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) 26 MAY 1990 710 |

CPD-11.411-B (Rev. 8/85)        *MUST BE COMPLETED IN ALL CASES        CRC ☐ 228

19. R.D. NO. N 234 297

RFC-Maysonet 000063

```
DETECTIVE DIVISION                              RD   #  N  234  297
AREA FIVE VIOLENT CRIMES                        25      May  1990

HOMICIDE / 1st DEGREE MURDER
WILEY, Torrence
WILEY, Kevin
```

                                        PAGE TWO

INTERVIEWED:                    3. Jolanda WILEY (sister of victims) single and
                                   unemployed, residing at 1925 N Drake 3rd Floor
                                   Rear  11 June 1960

                                4. Sandra MONTOYA F/WH/38 years ███████
                                   single and residing at 2168 Wildwood Lane
                                   Hanover Pk. Ill, home phone 708-213 8797
                                   a Supervisor for United Cerebral Palsy
                                   4540 W Washington Blvd (fiancee of Torrence
                                   Wiley and his co-worker)

INVESTIGATION:                  The Reporting Detectives in the continuing investi-
                                gation into the above captioned incident were con-
                                tacted by Sgt. Biebel of this command.  He related
that the sister of the victims had called the office of Area Five Violent Crimes and
requested to speak with the undersigned.  The undersigned responded to the residence of
Ms. Wiley and met with her and several members of her family.  The undersigned requested
that a member of the family accompanied them to the Medical Examiner office.  The victims
two brothers Richard and Zearl along with Sandra Montoya went to the Medical examiners
office and positively identified the two victims as Torrence and Kevin Wiley.

                                The undersigned returned to the residence of
Jolanda Wiley and spoke with several members of the family who related the following in
essence but not verbatim.

RICHARD WILEY WORTHAM           stated that he last saw his brother Torrence on
                                24 May 1990 at 2145 hours.  Torrence left Richard
                                residence stating that he was on his way to Jolanda
house.  He could add nothing more

JOLANDA WILEY                   stated that her brother Torrence came to her
                                house at about 2200 hours on 24 May 1990.  He stayed
                                for a while speaking with their brother Kevin.
Kevin and Torrence left together sometime after 2300 hours.  They did not say where they
were going other than saying that they had to go out.  She could add nothing more other
than to say that she knew of no one who would do this to her brothers.

ZEARL WILEY                     stated that he heard about his brothers on the
                                radio this morning(25 May 1990).  He stated that
                                he hadn't seen his brothers in several days and
could add nothing more.

SANDRA MONTOYA                  stated that she is the fiancee of Torrence WILEY
                                She stated that she first met him on 26 June 1989
                                when he came to work at United Cerebral Palsy.
She stated that she last saw Torrence on Wednesday 23 May 1990.  She could add nothing
more other than to say that Torrence was a very gentle man and would not hurt anyone.

                                The undersigned will attempt to locate any
witness to this incident.  Any information garnered will become the subject of a future
appropriate report.  This investigation continues.................

Det. John Boyle # 6945
Det. Bernard Brennan  # 14888
DDA FIVE VIOLENT CRIMES

RFC-Maysonet 000064

RFC-Maysonet 000065

Classification: HOMICIDE

Beat of Occurrence: 2337

Offense: VEHICLE — ILLEGALLY PARKED

Type of location: MURDER

Name (Last, First M.I.): SANCHEZ, GLORIA

Home address: 4647 N. KEYSTONE

Sex: F  Race: W  Age: 49

Offender: ANDRES G. JUARILLA

ASSY BT 7507 → 1705

Occupation: CLEANING LADY

Make: 7507

Star No: 13374

Officer's Name: GUZMAN

**NARRATIVE:**
R/O WAS HANDLING A FOLLOW-UP ON A MISSING PERSON REPORTED ON 25 MAY 90 073
WAS UNDER RD# N 34197. UPON R/O's ARRIVAL RELATIVES ON SCENE INFO. TAKEN
BY 7507 TWO RELATIVES RETURNED HOME. VICTIM FOUND IN TRUCK OF ...

RFC-Maysonet 000066

...UTO WITH A PLASTIC BAG OVER HER HEAD. WEARING ONLY A BRA AND N-235.

VICTIMS PANTS PULLED DOWN. VEH/ REG TO BROTHER-IN-LAW VALENDEN SANTOS O...

3647 N. KEYSTONE. RELATIVES STATED VICTIM WAS NOT BEEN SEEN SINCE 22M.

ON 24 MAY 90 AT 2355 HRS. MS. LAUREN SENDEE OF 3339 W. HOLLYWOOD.

PHONE # 4783643 PHONED 911 THAT A FIRE WAS STARTED BY THE AUTO

PARKED AT 3334 W. HOLLYWOOD. FIRE AND POLICE RESPONDED. THE FIRE WAS N-

AND 010 NO DAMAGE THE VEH. THIS OWNER NOT ON SCENE + VEH. REG. CLEAR

ALL NOTIFICATIONS MADE. NULSEEN 017 ASSK. ALSO ON SCENE 1790 170 1722. 1

7C09.7000.7501.7503 VC SS 39.1772 MC 9 AT 459 MAY 90. REMOVAL MADE BY 172

PER M.E. AT 1445 HRS. TOW ORDERED BY R/O FOR POUND 7 BT 1722 STAYED

ON SCENE WAITING ARRIVAL OF TOW TRUCK.