# EXHIBIT 31

jas 1

RE: INVESTIGATION (SHOOTING DEATHS OF TORRENCE AND KEVIN WILEY).

S T A T E M E N T

OF

JOSE MAISONET,

taken in an interview room, 2nd floor, Area 5 Violent Crimes Headquarters, 5555 West Grand Avenue, Chicago, Cook County, Illinois, on Thursday, August 23, 1990, at the hour of 9:28 a.m.

PRESENT: Mr. Frank DiFranco,
Assistant State's Attorney.

Det. Fred Montilla, #16410,
Area 5 Violent Crimes.

Reported By: Joseph A. Szybist, CSR.
BOOK NO. 9008-23

---

MS. DIFRANCO: Let the record reflect that we are in an interview room at Area 5 Violent Crimes. Today's date is August 23, 1990. The time is 9:28 a.m. Present in the room with me, Assistant State's Attorney Frank DiFranco are Detective Frank Montilla; the court reporter; and Jose Maisonet. We are here to take the statement of Jose Maisonet concerning the investigation of the shooting deaths which occurred on May 25, 1990, at 3428 North Avenue, Chicago, Illinois.

BY MR. DIFRANCO:

Q   Now, I talked to you earlier and explained that I am an Assistant State's Attorney, a lawyer working with the police and not your lawyer, is that correct?

A   Yes.

Q   And before we spoke, I advised you of your constitutional rights, is that correct?

-1-

CCSAO009754

jas 2  CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

A    Yes.

Q    I am going to advise you of your rights again.

Do you understand you have a right to remain silent?

A    Yes.

Q    Do you understand that anything you say can be used against you in a court of law?

A    Yes.

Q    Do you understand you have a right to talk to a lawyer and have him present with you while you are being questioned?

A    Yes.

Q    Do you understand if you cannot afford to hire a lawyer, one will be appointed by the court to represent you before any questioning if you wish one?

A    Yes.

Q    Understanding these rights, do you wish to talk to us now?

A    Yes.

Q    On May 20, 1990, at approximately 12:45 p.m. where were you?

A    Home.

Q    Where do you live?

A    1302 North Homan.

Q    Did anything unusual happen at that time?

A    Yes. Lluvia came to my house. He told me that if I can hide a pistol for him.

Q    What did you say to Liuvia?

A    I told him I can hide the pistol for you, but you can go to get it back as soon as possible.

Q    What did Liuvia say then?

A    He said, don't worry about it. I will pick it up as soon as possible.

CCSAO000755

Q    What kind of pistol or gun did Lluvia give?

A    .9 millimeter.

Q    On May 24, 1990, about 11:30 p.m. to 12:00 p.m., where were you?

A    Home.

Q    What if anything happened about that time?

A    Lluvia, Fro, Tino came to my house.

Q    All right. Now, I ask you to look at Exhibit One. Can you please identify who that is in this picture?

A    Lluvia.

Q    And I will ask you to look at Exhibit Two. Can you please tell us who is in that picture?

A    Fro.

Q    Do you know Fro by any other names?

A    Christopher. I forget his last name.

Q    Hernandez?

A    Yeah, Hernandez.

Q    Okay. And do you know what Tino's real name is?

A    Tino Cruz.

Q    Are these individuals the member of any gang?

A    Latin Kings.

Q    Were you a member of the Latin Kings?

A    I was a member.

Q    What happened when Lluvia and Tino came over?

A    They came over that night and they told me they needed the pistol.

Q    What did they say they needed the pistol for?

A    They got the two guys on Drake and North Avenue waiting for ~~dope~~. Something· JJ

Q    What Lluvia wearing that evening?

-3-

CCSAO000756

A   A black hooded sweat shirt.

Q   What significance does it have when a Latin King wears a black hooded sweat shirt?

A   Kill somebody, rob somebody or rob a car.

Q   All right. And what were they going to do that evening?

A   What they were going to do that evening is they were going to go to the two guys that were waiting for ~~dope~~ something. J.J.M.

Q   When you left, who drove?

A   I drove. Lluvia was in the front passenger's side.

Q   Where was Fro?

A   In the back of Lluvia.

Q   Where was Tino?

A   In my back, in the back behind the driver's seat.

Q   Who had the gun at that time?

A   Lluvia.

Q   Where did you go?

A   I go -- I took Homan to Potomac, Potomac all the way to St. Louis, St. Louis all the way to North Avenue, North Avenue to Drake and parked in the alley.

Q   When you parked in the alley, what happened then?

A   Lluvia got out of the car. He put the hood on his head and put the front seat front -- to the front, Fro came out of the car and Tino came out of the car.

Q   Was anyone else around at that time?

A   Two guys.

Q   Where were those two guys?

A   By the corner.

-4-

Q   Okay. Where was the gun at this time?

A   Lluvia got the gun in his front pocket.

Q   Okay. What did Lluvia, Fro and Tino do then?

A   They started walking towards the guys.

Q   What happened next?

A   They waited, they were talking about five minutes and then the shooting happened, shot about five to six times.

Q   What did you see when you heard the five or six shots?

A   I looked, and when I looked, the two guys was on the floor laying down, and Lluvia had -- had the .9 millimeter in his hand pointing it at the guy to see if he was going to move or not. *J.D. ⌐ J.J.M.*

Q   What happened next?

A   And then when he didn't see *them* to move, he started walking towards my car with the pistol in his hand.

Q   Where was Tino and Fro?

A   They started walking towards my car too.

Q   All right. And what happened then?

A   And they went inside the car. So then I drive all the way to 1302 North Homan.

Q   What happened when you got back home?

A   When I got back home, I got out of the car. Lluvia jumped in the driver's side and he left with the car, *and the gun. J.D. ⌐ J.J.M.*

Q   Approximately what time was it when Lluvia shot the two men?

A   About 12:30. I didn't have no watch. About 12:30.

Q   All right. When did you next seet Lluvia that day?

A   I seen Lluvia that day at 11:00 a.m.

Q   Where did you see Lluvia?

-5-

A   At Lemoyne and Spaulding.

Q   What if anything did Lluvia say to you?

A   I killed to black motherfuckers.

Q   What happened next?

A   Then they told me, you are not going to say nothing, right? I said, no, I wasn't going to say nothing. They said, keep it under your hat. Keep my mouth shut.

Q   On August 16, 1990, about 10:00 p.m., where were you?

A   Home.

Q   What if anything happened then?

A   Lluvia, Fro, Tino, Cisco, King, they came out to my house.

Q   What happened when they came to your house?

A   They put a .9 millimeter to my head.

Q   Who put the .9 millimeter to your head?

A   King.

Q   What did he say?

A   You know about the two murders. If you talk, we're going to put you six feet under.

Q   Did anyone for or threaten you to make this statement?

A   No.

Q   Are you giving this statement freely and voluntarily?

A   Uh-huh, yes.

Q   How have you been treated by the police?

A   Good.

Q   How have you been treated by myself?

A   Good.

Q   Has anyone made any promises to you for your statement?

-6-

A   No.

BY MR. DIFRANCO:   It is now 9:38 a.m., and this concludes the statement of Jose Maisonet.

------------------------------------------------

_____Jose Juan Maisonet Jr._____

WITNESSES TO SIGNATURE:

_Frank D. Franco A.S.A._

_[signature]_

-7-

CCSAO000760