# EXHIBIT 32

```
STATE OF ILLINOIS   )
                    )   SS.
COUNTY OF C O O K   )

          IN THE CIRCUIT COURT OF COOK COUNTY
          COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE        )
STATE OF ILLINOIS        )
                         )   Case No. 92-10146
     VS                  )
                         )   Before JUDGE LORETTA H. MORGAN
JOSE MAYSONET            )
                             OCTOBER 16, 1995


     Court convened pursuant to adjournment.

     Present:

          HONORABLE JACK O'MALLEY,
               State's Attorney of Cook County, by
          MS. ELLEN MANDELTORT, and
          MR. FRANK MAREK,
               Assistant State's Attorneys,
               appeared for the People;

          MR. RICHARD BEUKE,
               appeared for the defendant.
```

Paul P. Marzano, CSR, RPR
Official Court Reporter
2650 S. California, Room 4C02
Chicago, IL  60608

T-1

MAYSONET 1143

issue in this case, as I always saw it, and that is the question of whether or not Mr. Maysonet was, in fact, accountable for the actions of the individuals who ultimately went and shot these two young men that evening.

I would raise the same arguments that I raised during the course of my comments to the jury.

Judge, the only evidence that was put forth as to Mr. Maysonet's involvement in this case was the evidence that came through his statements to the police, his court-reported statement, the actual words of Mr. Maysonet that are depicted in his court-reported statement.

Judge, I think those words fall short in terms of what is required as to his personal knowledge of the actions of other individuals in order for him to be found guilty under the theory of accountability.

Judge, you have had an opportunity to read and review that statement.

I'd submit to you also, Judge, just in -- briefly that that statement was a culmination of a number of hours in custody that Mr. Maysonet endured and ask you to recall, Judge, the fact that Mr.