# EXHIBIT 33

```
1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF ILLINOIS
3                      EASTERN DIVISION
4
5
6      JOSE JUAN MAYSONET vs. REYNALDO GUEVARA, et al.
7
8                     Case No. 18 CV 2342
9
10
11         VIDEOTAPED VIDEOCONFERENCE DEPOSITION
12                     OF JOSEPH SZYBIST
13
14
15                     ON BEHALF OF THE
16          INDIVIDUAL POLICE OFFICER DEFENDANTS
17
18
19
20                      JUNE 9, 2021
21
22
23
24
```

Page 2

```
 1              I N D E X
 2                                          PAGE
 3   WITNESS
 4   For the Individual Police Officer Defendants:
 5   JOSEPH SZYBIST
 6       Examination by Mr. Brueggen.............   7
 7       Examination by Ms. Bonjean .............  37
 8
 9
10              E-X-H-I-B-I-T-S
11   No.   Description              Marked/Referenced
12
13   1     8-23-90 Statement of Jose Maysonet
14         CCSAO 754-760 ......................  25
15   2     Polaroid Photograph of Jose Maysonet,
16         CCSAO 1473-1474 ....................  33
```

Page 3

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4
 5   JOSE JUAN MAYSONET,           )
 6                                 )
 7           Plaintiff,            )
 8                                 )
 9   vs.                           ) No. 18 CV 2342
10                                 )
11   REYNALDO GUEVARA, et al.,     )
12                                 )
13           Defendants.           )
14
15
16       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF JOSEPH
17   SZYBIST, sworn and examined on behalf of the
18   individual Police Officer Defendants on June 9, 2021,
19   before RUTH S. MORRIS, an Illinois Certified Shorthand
20   Reporter, commencing at 1:06 p.m.
```

Page 4

```
 1   APPEARANCES:
         FOR THE PLAINTIFF:
 2         STEVEN A. GREENBERG, LTD.
           53 West Jackson Boulevard, Suite 1260
 3         Chicago, IL  60604
           By: Steven A. Greenberg   (via Zoom)
 4         (312) 879-9500
           steve@greenberged.com
 5       and
           BONJEAN LAW GROUP, PLLC
 6         750 Lexington Avenue, 9th Floor
           New York, NY  10022
 7         By:  Jennifer Bonjean    (via Zoom)
                Ashley Cohen        (via Zoom)
 8         (718) 875-1850
           jennifer@bonjeanlaw.com
 9
         FOR THE COOK COUNTY DEFENDANTS:
10         COOK COUNTY STATE'S ATTORNEY'S OFFICE
           50 West Washington Street, Suite 500
11         Chicago, IL  60602
           By Andrew Horvat
12         (312) 603-3362
           andrew.horvat@cookcountyil.gov
13
         FOR THE DEFENDANT CITY OF CHICAGO:
14         ROCK FUSCO & CONNELLY, LLC
           321 North Clark Street, Suite 2200
15         Chicago, IL  60654
           By:  Theresa Carney   (via Zoom)
16         (312) 494-1000
           tcarney@rfclaw.com
17
         FOR THE INDIVIDUAL POLICE OFFICER DEFENDANTS:
18         THE SOTOS LAW FIRM, P.C.
           141 West Jackson Boulevard, Suite 1240A
19         Chicago, IL  60604
           By:  David A. Brueggen  (via Zoom)
20         (630) 735-3300
           dbrueggen@jsotoslaw.com
21
         FOR THE DEFENDANT GUEVARA:
22         LEINENWEBER BARONI & DAFFADA, LLC
           120 North LaSalle Street, Suite 2000
23         Chicago, IL  60602
           By:  Michael Schalka    (via Zoom)
24         (866) 786-3705
           michael@ilesq.com
```

Page 5

```
 1   APPEARANCES:  (Cont.)
 2       FOR THE DEFENDANT DIFRANCO:
         HINSHAW CULBERTSON
 3       150 North Franklin Street, Suite 2500
         Chicago, IL  60606
 4       By:  V. Brette Bensinger   (via Zoom)
         (312) 704-3027
 5       bbensinger@hinshawlaw.com
 6   ALSO PRESENT:
         Haley Coolbaugh, Paralegal
 7       Brett Schatzle, Legal Videographer
         Ruth S. Morris, Certified Shorthand Reporter
 8
 9              * * * * * * *
10
11       THE VIDEOGRAPHER:  This is the beginning
12   of Media Unit 1, and we are now on the video
13   record at 1:06 p.m.  This is the videotaped
14   videoconference deposition of Joseph Szybist
15   taken on June 9th, 2021.  This deposition is
16   being taken on behalf of the Defendant in the
17   matter of Jose Juan Maysonet versus Reynaldo
18   Guevara.  The Case Number is 18 CV 2342 filed
19   in the United States District Court for the
20   Northern District of Illinois, Eastern
21   Division.
22       My name is Brett Schatzle, legal
23   videographer representing Urlaub Bowen &
24   Associates with offices at 20 North Clark
```

Page 66

1  MR. BRUEGGEN: Yeah.
2  MS. BONJEAN: Do you mind?
3  MR. BRUEGGEN: (Attorney complies.)
4  Q  (By Ms. Bonjean) Okay. Mr. Szybist, am I
5  correct that you don't independently recognize this
6  young man here, do you?
7  A  That's correct, I do not.
8  Q  Okay. And in looking at this photo, you
9  can't tell us whether he had urinated on himself,
10 can you?
11 A  That's correct.
12 Q  And you cannot tell us whether he had been
13 struck in his genitals prior to the taking of the
14 Polaroid, can you?
15 A  That's correct.
16 Q  And you cannot tell whether he had been
17 struck in his abdomen or around any part of his
18 back, is that right?
19 A  That's right.
20 Q  And you can't tell whether he had been
21 struck on -- on his -- you know, on the top of his
22 head, for instance, is that right?
23 A  That's right.
24 Q  And in looking at this photo you can't

Page 67

1  tell whether he had been threatened with physical
2  violence, right?
3  A  That's right.
4  Q  And in looking at this photo you can't
5  tell whether he -- whether anyone had threatened to,
6  for instance, take his children away or take his
7  children away from his wife or girlfriend, right?
8  A  That's right.
9  Q  And this photo doesn't tell you whether
10 this individual is frightened, does it?
11 A  That's correct.
12 Q  And this photo doesn't tell you whether or
13 not this person had a belief that he was going to be
14 released after he made this statement, right?
15 A  That's right.
16 Q  So, can we agree that it doesn't entirely
17 capture the condition of the Defendant, fair?
18 A  The picture is a picture of the person is
19 the best way I can describe it.
20 Q  Right. And unless this person had overt
21 injuries to their face or their forearms, you
22 wouldn't be able to tell whether or not he had
23 suffered any type of physical abuse, correct?
24 MS. BENSINGER: Objection, form.

Page 68

1  THE WITNESS: I don't understand that
2  question.
3  Q  (By Ms. Bonjean) Unless you could see
4  obvious and apparent injuries to his face and the
5  parts of his body that are exposed, you would have
6  no idea whether he had suffered any physical
7  injuries, correct?
8  A  Correct. If there were no bruises or
9  bleeding on his face or forearms like in this
10 picture, no, of course not.
11 Q  Okay. And you didn't ask them to take
12 their pants off to inspect other parts of their
13 bodies, right?
14 A  That's correct.
15 Q  So, when you signed the back of this
16 Polaroid, what was your purpose in doing so?
17 A  To have the person that gave the -- that I
18 took the picture of, to sign that picture to make
19 sure that's the person that I took the picture of.
20 Q  Well, were you vouching for his well-being
21 when you signed the back of it?
22 A  I wasn't vouching for anything.
23 Q  Okay. All right. If we could take one
24 minute I may be finished, if you don't mind.

Page 69

1  MR. HORVAT: Take five minutes or literally
2  one minute, Jennifer?
3  MS. BONJEAN: Do you want to take five?
4  MR. HORVAT: We don't have to. I mean it
5  just depends on how much you got. I know Mr.
6  Szybist might need to stretch his legs. It's
7  up to everybody else.
8  MS. BONJEAN: Mr. Szybist, would you like
9  to take five or would you rather just take two?
10 I'm comfortable --
11 THE WITNESS: Can I take two? I'll go to
12 the bathroom and I'll be right back.
13 MS. BONJEAN: Absolutely.
14 THE WITNESS: Thank you.
15 THE VIDEOGRAPHER: We're off the record at
16 2:26.
17 (At this time, a short break was
18 taken off the record.)
19 THE VIDEOGRAPHER: We are back on the
20 video record at 2:35.
21 Q  (By Ms. Bonjean) I just have a couple more
22 questions, Mr. Szybist, and I won't keep you much
23 longer.
24 You mentioned a couple of times throughout