# EXHIBIT 34

STATE OF ILLINOIS    )
                                 ) SS
COUNTY OF LEE      )

## AFFIDAVIT OF VICTOR VERA

I, Victor Vera, being duly sworn, do state on oath that the following facts are true to the best of my knowledge:

1. I was born on February 12, 1971. I am currently incarcerated at Dixon Correctional Center.

2. I understand that this affidavit is being prepared for the case of *People v. Gabriel Solache,* Cook County No. 98 CR 1244003, and that this affidavit may be filed in court in that case.

3. I am making this statement of my own free will. No one has offered, promised, or given me anything in exchange for making this statement. No one has threatened me in connection with this statement.

4. I falsely confessed to the murder of Edwin Castaneda, which took place on April 23, 1989. I was subsequently tried and convicted and received a sentence of 38 years in prison.

5. I falsely confessed under coercion from Detective Reynaldo Guevara and other police officers of Area 5 of the Chicago Police Department.

6. I was a member of the Spanish Cobras gang for three years, including around the time of the murder. My nickname was "Green Eyes." Edwin Castaneda was a member of the Latin Kings, which is a rival gang of the Spanish Cobras.

JGS_MAYSONET 01866

7. After the murder, Virigilio Calderon Muñiz, another member of the Latin Kings and one of the last people to see Castaneda alive, falsely identified me as a perpetrator. I had not previously met Muñiz, though I had seen him around my high school in the past.

8. After this false identification, Detective Guevara and other police officers went to my house and took me down to the police station for questioning. I was not presented with an arrest or search warrant, and I was not read my Miranda rights. At no point did the officers state they were arresting me.

9. I was subsequently interviewed at the police station by various police officers. In response to the questioning, I consistently denied any involvement in the murder. During the questioning, the police officers threatened to lock up my brother and my parents.

10. After the questioning, I was put into a lineup, where I later learned I was falsely identified by Virgilio Muñiz and Angel Lauzerique. The other participants in the lineup were all taller and thinner than me.

11. Later that night, I was taken in a police car to Latin Kings territory. Two officers were in the front, and Detective Guevara sat in the back with me.

12. In the car, Detective Guevara stated that he could help me out and that he would set me up so that nothing would come back to me and that I would have total control over the Spanish Cobras neighborhood. Detective Guevara was well known for providing lots of favors to people in the neighborhood, but expecting something in return.

13. We drove by the homes of other suspected perpetrators of the murder and the police officers questioned me about them. I did not direct the police officers where to go, and did not provide any information when questioned.

JGS_MAYSONET 01867

14. We stopped at an intersection where it was known Latin Kings gang members hung out. When I continued to deny my involvement in the murder, the officers used the car bullhorn to announce to nearby Latin Kings members that I was in the car. The police identified me as "Green Eyes."

15. The Latin Kings had a "contract" out for my death because they knew of Castaneda's murder and because Muñiz, who was a Latin King, falsely identified me as the perpetrator. They also knew me as a Spanish Cobra and for past acts as a rival gang member.

16. Latin Kings gang members approached the police car and surrounded it after the police announced my presence. One of the police officers got out of the car, opened the back door of the police car, and tried to get me out of the car. I did not get out of the car.

17. Fearing for my life, I told the police officers right then that I would confess to the murder of Edwin Castaneda.

18. I was then taken back to the police station where I once again denied murdering Edwin Castaneda. The police subsequently threatened to lock up my parents for a hundred years. I therefore once again agreed to falsely confess to the murder.

19. Two police officers had a conversation in front of me detailing how the victim was killed and other events of the night of the murder. I understood this to mean that I was supposed to provide the same account in the false confession.

20. I provided a false confession to the Assistant State's Attorney stating that I participated in the beating.

21. Prior to signing this four-page affidavit, I have read and initialed each page, and I have made and initialed any necessary corrections to this affidavit.

JGS_MAYSONET 01868

_____
Victor Vera

AKA Victor Vera Jr.

SUBSCRIBED AND SWORN TO BEFORE ME
this 20TH day of Dec., 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 07/31/20__

-4-

JGS_MAYSONET 01869