# EXHIBIT 35

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

## AFFIDAVIT OF DAVID RIVERA

Under penalties as provided by law, the undersigned, David Rivera, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true:

1. I was born on December 9, 1965. I am currently incarcerated at Hill Correctional Center, #B42360.

2. I understand that this affidavit is being prepared for the case of *People v. Gabriel Solache & Arturo Reyes*, Cook County Case No. 98 CR 12440, and that this affidavit will be filed in court in that case.

3. I am making this statement of my own free will. No one has offered, promised, or given me anything in exchange for making this statement. No one has threatened me in connection with this statement.

4. On February 21, 1991, around midnight, Detectives Steven Gawrys and Ray Guevara arrested me for a murder committed at a 7-Eleven convenience store on February 4, 1991.

5. I was arrested several blocks away from the 7-Eleven where the crime occurred.

6. Once I arrived at the police station, Guevara took over my interview. During the interview, Guevara acted very frustrated: yelling, slamming his hands on the table, and standing over me.

7. Guevara told me that if I did not take the plea he would make sure that I served 40-50 years in prison. Guevara told me that if I accepted the plea, however, I would only have to serve a 7-year sentence.

1

JGS_MAYSONET 01883

8. After I accepted the plea, Guevara told me I had to sign some papers so that I could be released to go home.

9. Two women, I believe they were an assistant state's attorney and a court reporter, came to take my statement. Before they came in, Officer Boyle rehearsed the statement with me. Guevara said that I could not change anything about the statement.

10. At the police station, I was placed in a line-up, which was conducted by Boyle and Guevara. There were four other Latino males of all different sizes and shapes in the line-up with me.

11. After a bench trial in 1993, I was convicted of first degree murder and sentenced to 50 years' imprisonment.

12. Prior to signing this affidavit, I have read and initialed each page, and I have made and initialed any necessary corrections to this affidavit.

David Rivera

SUBSCRIBED AND SWORN TO BEFORE ME
this 22 day of Feb , 2008.

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011

NOTARY PUBLIC

2

JGS_MAYSONET 01884