# EXHIBIT 36

STATE OF ILLINOIS )
) SS
COUNTY OF ROCK ISLAND )

## AFFIDAVIT OF DANIEL RODRIGUEZ

I, Daniel Rodriguez, being duly sworn, do state on oath that the following facts are true to the best of my knowledge:

1. I was born on October 27, 1969. I am currently incarcerated at East Moline Correctional Center.

2. I understand that this affidavit is being prepared for the case of *People v. Gabriel Solache,* Cook County No. 98 CR 1244003, and *People v. Arturo De Leon Reyes*, Cook County Case No. 98 CR 12440, and that this affidavit may be filed in court in those cases.

3. I am making this statement of my own free will. No one has offered, promised, or given me anything in exchange for making this statement. No one has threatened me in connection with this statement.

4. I falsely confessed to participating in the murder of José Hernandez, also known as "Junito" or "Young Blood," which took place on March 17, 1991. I was subsequently tried and convicted and received a sentence of 25 years in prison.

5. I falsely confessed under coercion from Detectives Reynaldo Guevara and Ernest Halvorsen of Area 5 of the Chicago Police Department.

6. I had known José Hernandez since childhood. Our parents were friends and my parents used to babysit him. As we grew up we grew apart. I joined the Spanish Cobras gang, José joined a rival gang, the Latin Kings.

-1-

JGS_MAYSONET 01874

7. At the time of the murder, I was at home with my girlfriend, Gloria Rodriguez, who is now my wife. We were watching videos.

8. At the time of my arrest, I knew of Detective Guevara's reputation on the streets. People were afraid of him.

9. Two or three days before I was arrested, I was pulled over while driving on North Avenue by Detectives Reynaldo Guevara and Ernest Halvorsen. I asked Detective Guevara what I had done, and he said, "Nothing." I told Detective Guevara that I had heard on the streets that he was looking for me. Detective Guevara replied that he was not looking for me. Detective Guevara took my license information and then he let me go.

10. On May 11, 1991, I was pulled over near the college on Bryn Mawr by Detective Halvorsen and five unmarked police cruisers. The police officers had their guns drawn. I was pushed to the ground and handcuffed. I was wearing a Bart Simpson shirt. Detective Halvorsen said, "Guess what, Bart Simpson, you win!" "Win what?" I asked. "You got Junito's murder!" he replied. Detective Halvorsen placed me under arrest.

11. I was held at the scene until Detective Guevara arrived. He was driving very fast as he approached us. I was put in the back of Detective Guevara's car, and he alone drove me to Area 5. During the ride over, Detective Guevara told me that I had two choices: I could make it easy on myself by cooperating; or he would raid my house and pin anything he found there on my girlfriend, Gloria. He asked me what we would do with our child if both Gloria and I were in prison. I took the threat seriously. Based on his reputation in the community, there was no doubt in my mind that Detective Guevara would harm my family if I did not cooperate.

JGS_MAYSONET 01875

12. At Area 5, Detective Guevara put me in a small interrogation room on the second floor. I sat on a bench and was handcuffed to a ring on the wall. There was no handle on the inside of the interrogation room door. I was left alone in the room for what seemed like a long time, although it was probably only between 15 minutes and half an hour.

13. Detectives Guevara and Halvorsen came into the room. One of them said, "Your friends told on you. You are going down." Detective Halvorsen was the more vocal of the two; Detective Guevara was calm. The detectives left the room.

14. Detective Halvorsen came back into the room alone twice. Each time Detective Halvorsen did not ask any questions, he just made accusations. He said that witnesses were saying that "Fro" was the shooter, by whom he meant George Laureano, and I drove the car. Detective Halvorsen asked me, "Why are you going to go down for that piece of shit Fro?"

15. I knew George Laureano, who was also in the Spanish Cobras gang.

16. During one of the two interviews that Detective Halvorsen conducted alone, he leaned over and struck me.

17. Detectives Guevara and Halvorsen then came into the interrogation room together. They showed me statements that they said were from David Velazquez and Jason Rivera. The statements seemed to support what the police were saying my involvement was. Detectives Guevara and Halvorsen said words to the effect of, "All we want is Fro. We don't want you, you're not the shooter." At this moment I was leaning toward giving them a confession, believing that if I did I would go free.

18. The night before my arrest I had been up late taking cocaine and smoking marijuana. I had only slept for three hours and I was exhausted.

-3-

19. Detectives Guevara and Halvorsen took me to a conference room. There was a big display board holding pictures, maps and diagrams relating to the Hernandez murder. Detective Halvorsen said to me, "You can go home right now." He put my car keys on the table in front of me. The detectives wanted me to make a statement claiming that I was the driver and Fro was the shooter. I honestly believed that if I made a statement to that effect I would be allowed to go home.

20. Detective Guevara used the display board at the front of the room to show me how he believed the murder happened. He pointed to a map and showed me the route that he believed the shooter drove. Following the tutorial I was taken back to the interrogation room, where I was again handcuffed to the wall.

21. Detective Halvorsen alone entered the interrogation room again. During this interrogation, Detective Halvorsen struck me repeatedly in the chest. I broke down and started crying. I said, "All I want to do is go home. I'll do whatever you want."

22. Detective Halvorsen briefly left the room, returning with a typed statement written in the first person. The statement must have been prepared earlier, before I agreed to cooperate, because Detective Halvorsen was not gone long enough to have typed it. "This is what you're going to say," Halvorsen said. "You're going to go home tonight. You're going to be with your family."

23. After some time, I was taken back to the conference room. Present were Detectives Guevara and Halvorsen, Assistant State's Attorney Walsh, and a stenographer. My car keys were sitting on the table. The Detectives stepped out of the room momentarily, at which

-4-

point I said to Assistant State's Attorney Walsh, "They said I could go home." Walsh replied, "We'll talk about that later."

24. I gave a statement based on the type-written statement Detective Halvorsen had given me and the description of the murder that Detective Guevara had provided using the display board. After it was typed, I went through it with Assistant State's Attorney Walsh and Detective Halvorsen. At this time, Detective Halvorsen pointed out portions of the statement that deviated in any way from the prepared statement he had shown me earlier and asked, "Are you sure?" indicating that I had to stick to his version of the events. Changes were written in to the typed statement and I initialed these changes.

25. The next day, Detective Guevara alone drove me to Cook County Jail. Nothing was said during the ride over. After we arrived at the jail, Detective Guevara stayed for a while and I saw him visit with some of the personnel there.

26. I had bruises on my chest from being hit by Detective Halvorsen. I obtained a camera a week later, by which time the bruises had faded, but I photographed them anyway and sent the pictures to my attorney, James McKaren.

27. Prior to signing this five-page affidavit, I have read and initialed each page, and I have made and initialed any necessary corrections to this affidavit.

_____
Daniel Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME
this 25 day of March, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA J. HENDRICKSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-10-09

JGS_MAYSONET 01878