# EXHIBIT 37

FILED

AUG 1 3 1997

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

STATE OF ILLINOIS    )
                         ) SS:
COUNTY OF COOK      )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,    )
                               )
                Plaintiff,   )
                               )
         vs.               )   No. 93 CR 24896
                               )
ELIZER CRUZADO,             )
                               )
                Defendant.   )

MOTION TO QUASH ARREST AND SUPPRESS STATEMENTS

REPORT OF PROCEEDINGS had at the hearing of the above-entitled cause, before the Honorable LORETTA HALL MORGAN, one of the judges of said court, on Friday, the 31st day of March, A.D. 1995.

PRESENT:   HON. JACK O'MALLEY, State's
                Attorney of Cook County, by
                MS. ELLEN MANDELTORT and
                MR. MARK SHLIFKA,
                Assistant State's Attorneys,
                on behalf of the People;

                MR. DAVID S. MEJIA,
                on behalf of the Defendant.

Pamela M. Terry, CSR
Official Court Reporter
Circuit Court of Cook County
Criminal Division

A 1

MAYSONET 2413

2

1        MR. MEJIA:  I'll call Elizer Cruzado.

2        THE CLERK:  Would you raise your right hand.

3                         (Witness duly sworn.)

4                    ELIZER CRUZADO,

5    the Petitioner herein, after having been first duly

6    sworn, was examined and testified as follows:

7           D I R E C T   E X A M I N A T I O N

8                  BY MR. MEJIA:

9        Q.   Say your name.

10       A.   Elizer Cruzado, C-r-u-z-a-d-o.

11       Q.   Where do you now live?

12       A.   3521 -- Illinois Department of Corrections,

13   Joliet.

14       Q.   You'll have to speak up loudly so everyone in

15   the room can hear you.  Okay?

16       A.   Yes.

17       Q.   Now, Elizer, where did you go to school?

18       A.   Funston School.

19       MS. MANDELTORT:  Judge, I'm sorry, I couldn't

20   hear.

21       THE WITNESS:  Funston School.

22   BY MR. MEJIA:

23       Q.   Where is Funston School at?

24       A.   Armitage and Central Park.

                              B-124

MAYSONET 2414

2

1     Q.   Armitage and Central?

2     A.   Yes.

3     Q.   Spell Armitage.

4     A.   A-m-e-r-t-i-a-g-e.

5     Q.   Spell Central Park.

6     A.   C-a-n-t-r-a-l.

7     Q.   Now, how far did you go in school at Funston?

8     A.   Maybe fifth or sixth grade.

9     Q.   As you were there, tell me whether you read

10   books.

11    A.   Yes.

12    Q.   And did you do any work assignments as you

13   were a student there?

14    A.   Yes.

15    Q.   When was it, how many years ago was it that

16   you last went to Funston School?

17    A.   I don't know.  About four or five years.

18    Q.   Four or five years ago?

19    A.   Yeah.

20    Q.   How old are you now?

21    A.   Eighteen.

22    Q.   You're 18.  And you went there to about what,

23   the sixth grade?

24    A.   Yes.

MAYSONET 2415

Q. And in the time since then, since you've left Funston have you gone to school?

A. Yes.

Q. As of now, as of the present time can you read?

A. A little bit.

Q. What was the last thing you read?

A. Sequence.

Q. Sequence?

A. Yes.

Q. What is Sequence?

A. Third grade book.

Q. Where did you get that book at?

A. In Illinois Department of Corrections.

Q. When did you read it, how long ago?

A. About four months.

Q. About four months ago?

A. Yes.

Q. How many pages does this book have?

A. Twelve.

Q. Twelve pages?

A. Yes.

Q. How big are the letters, show us with your fingers?

B-126

MAYSONET 2416

1           Do you read that to yourself, or do you read

2   that aloud?

3     A.   Read it to myself.

4     Q.   What is that book about?

5     A.   About a little boy running away.

6     Q.   How old is that little boy?

7     A.   Six.

8     Q.   Before that book what was the last book you

9   read?

10     A.   Sequence.

11     Q.   Another one?

12     A.   Yes.

13     Q.   When did you read that?

14     A.   I been on Sequence every since I been down

15   there.

16     Q.   Let me ask you, as of October of 1993, would

17   have been two and-a-half years ago?

18     A.   Yes.

19     Q.   As of that time, October 3rd of 1993, was

20   your reading as good as it is now or was it worse than

21   it is now?

22     A.   Reading a little better than it was.

23     Q.   You are reading better now?

24     A.   Yes.

MAYSONET 2417

1    Q.    As of October of '93 when you were 15 years
2    old what kind of things were you reading?
3    A.    What was that again?
4    Q.    As of October of '93, what kind of things did
5    you read?  Did you read anything?
6    A.    Some books but it was about little books.
7    Q.    Little books?
8    A.    Yeah.
9    Q.    Now, do you know how to write let's say
10   things like letters?
11   A.    A little.
12   Q.    Tell us what you can write.
13   A.    Write letters, not good but I can write.
14   Q.    You can write?
15   A.    Yes.
16   Q.    What kind of letters do you write?
17   A.    With the answers.
18   Q.    Answers?
19   A.    Yeah.
20   Q.    Tell us what you mean by that.
21   A.    Read the book and be like writing down on a
22   piece of paper answers.
23   Q.    You can do that?
24   A.    Yeah.

B-128

MAYSONET 2418

Q.   As of 1993 could you do that?

A.   No.

Q.   How have you learned and who has taught you to learn to write down answers from a book?

A.   My teacher.

Q.   The teacher where you're at now?

A.   Yes.

Q.   Let me take your attention to the day of October 5, 1993.  Do you recall being at the Chicago police station at Grand and Central on the west side of Chicago?

A.   Yes.

Q.   And do you remember talking with some men there and being under arrest?

A.   Yes.

Q.   Now, did any officer by your memory read to you from some card about what are called Miranda warnings; you have the right to a lawyer, you have a right to silence, things of that nature?

A.   No.

Q.   Now, following the time that you were -- well, during the time that you were there do you remember seeing a Detective Guevara, the man who earlier testified here in this court?

B-129

MAYSONET 2419

A.   Yes.

Q.   Did you see him?

A.   Yes.

Q.   And did you at some time talk with him about whether you would talk to another person?

MS. MANDELTORT:   Objection, Judge, leading.

THE COURT:   Sustained.

BY MR. MEJIA:

Q.   What did he say to you?

A.   He was like, what was that.

Q.   Do you remember what Detective Guevara said to you?

A.   He was like if I want to testify, that if I do, that I'll be able to see my family again.

Q.   When he said that to you who else was there?

A.   Just him.

Q.   And after that did you agree to give him a statement?

MS. MANDELTORT:   Objection, Judge, to the leading.

BY MR. MEJIA:

Q.   What did you do after he said that to you?

A.   I gave him -- Said yeah.

Q.   Why did you say yeah?

A.   Because I wanted to see my family.

B-130

MAYSONET 2420

1    Q.   And what did you believe would happen if you

2  did what this man asked you?

3    A.   I would be able to go home.

4    MS. MANDELTORT:  Objection, Judge.

5    THE COURT:  Overruled.

6  BY MR. MEJIA:

7    Q.   Before that, at any time did this man make

8  you feel afraid?

9    A.   Yes.

10   Q.   How did that happen?

11   A.   He was telling me about I'm -- if I don't

12 talk, then I'll spend the rest of my life in jail.

13   Q.   And how did that make you feel when he said

14 that to you?

15   A.   Cried.

16   Q.   And after this happened did you make a

17 decision to do or not do what he wanted?

18   A.   Yeah.

19   Q.   What did you decide?

20   A.   To do what he wanted to do.

21   Q.   And did you later see the other man, this

22 young lawyer that came in here, this Mr. Weisman, did

23 you see him later at the police station?

24   A.   Yes.

B-131

MAYSONET 2421

1    Q.   And what happened when you saw him?

2    A.   He came in there, talked to me and he was

3 like, you stay here, I'll be right back.  Then later

4 on, came back and he was like, you want something to

5 eat and that, I was like, yes, and he was like, you

6 smoke, I'm like, nah, he was like, well, we goin' take

7 a statement and that.

8    Q.   Did you understand what was going on there?

9    A.   Not really.

10    Q.   Okay.  Well, let me show you what is in

11 evidence as People's Exhibit Number 2.  First look at

12 that.  I want to point you to here, the top part.  I'm

13 pointing to the top center of the page.

14    Do you recognize what I've just pointed to

15 you there?

16    A.   Yes.

17    Q.   What do you see there?

18    A.   My name.

19    Q.   And look through the pages, if you will, to

20 the bottoms of each and tell me whether you recognize

21 what's there.

22    A.   My name.

23    Q.   Look at each page, all ten of them.

24    A.   My name.

B-132

MAYSONET 2422

3

1    Q.   Do you remember putting your name there?

2    A.   No.

3    Q.   Do you recognize that as your name, though?

4    A.   Yes.

5    Q.   Did you write that by what you see as written

6    there?

7    A.   Um-üm.

8    Q.   Did you write your name that you recognize

9    there?

10   A.   Yeah.

11   Q.   Now, before you took the witness stand today

12   did I show this to you?

13   A.   Yes.

14   Q.   And did I ask you to read this to me?

15   A.   Yes.

16   Q.   Did you read People's Exhibit Number 2 out

17   loud at the police station to that detective who

18   testified, Guevara, and the state's attorney who

19   testified here, this Mr. Weisman?

20   A.   No.

21   Q.   Why not?

22   A.   'Cause I can't hardly read.

23   Q.   Did you read that to yourself?

24   A.   Yes.

B-133

MAYSONET 2423

Q.  You did.

And as you read it to yourself, could you understand the words on that paper?

A.  Some of them.

Q.  Some words you understood.  Well, I'll point to a word here, offense, o-f-f-e-n-s-e, I'm pointing to that word.

MS. MANDELTORT:  Judge, I would ask what page counsel is on.

MR. MEJIA:  I'm on page 3.

THE COURT:  That's offense.

MR. MEJIA:  That's offense.

Q.  Now, understanding, u-n-d-e-r-s-t-a-n-d-i-n-g.

A.  Understanding.

Q.  Understanding.

Now, did you know these words, offense and understanding, as of this date, October 5th of '93?

A.  No.

Q.  Do you understand them today?

A.  Yes.

Q.  Have you and I gone over this together?

A.  Yes.

Q.  And have you also had three years of

B-134

MAYSONET 2424

1     education through the Department of Corrections?

2        A.   Yes.

3        MS. MANDELTORT:  Objection, Judge.

4        THE COURT:  Counsel, it may stand.

5     BY MR. MEJIA:

6        Q.   Why did you sign your name to the bottom of

7     each of those pages?

8        A.   I thought that was a paper with my family

9     name on them.

10       Q.   When you did that who else was there?

11       A.   Besides me?

12       Q.   Yes.

13       A.   Me and three other officers.

14       Q.   As you were saying yes, sir; yes, sir; yes,

15     sir; yes, sir; yes, sir; yes, sir; yes, sir, did you

16     understand what that man was telling you?

17       MS. MANDELTORT:  Objection, Judge.

18       THE COURT:  Sustained to the form of the question.

19     BY MR. MEJIA:

20       Q.   Why did you say yes, sir to that man as he

21     was talking?

22       MS. MANDELTORT:  Objection, Judge.

23       THE COURT:  Sustained.  What man?

24

MAYSONET 2425

BY MR. MEJIA:

Q. Do you recall saying yes, sir; yes, sir to this man as he was talking to you?

A. No.

Q. You don't.

Would you recall answering him or talking back to him as he was talking to you?

A. Yes.

Q. That was Mr. Weisman, the state's attorney?

A. Yes.

Q. How much of what he said did you even understand?

MS. MANDELTORT: Objection.

THE COURT: Overruled. He may answer.

BY THE WITNESS:

A. Half.

MR. MEJIA: Half. I have nothing more.

CROSS-EXAMINATION

BY MS. MANDELTORT:

Q. Just so I'm clear, the signature on the bottom, sir, is your signature; is it not?

A. Yes.

Q. And you placed it there, did you not?

A. Yes.

MAYSONET 2426

1      Q.   And you placed it on each and every page of

2  this document, did you not?

3      A.   Yes.

4      Q.   And on the last page, did you not?

5      A.   Yes.

6      Q.   Now, you say you signed it after you read

7  this to yourself, is that right, yes or no?

8      A.   I read it to myself.

9      Q.   And you signed it after you read it to

10  yourself, is that right?

11      A.   No.

12      Q.   Did you sign it before you read it to

13  yourself?

14      A.   I signed a piece of paper.

15      Q.   Well, actually, sir --

16      A.   It only had my family's name on it.

17      Q.   Your signature appears on the bottom of each

18  and every page, isn't that right?

19      A.   Yes.

20      Q.   And this is the way these pages looked when

21  you put your name there, isn't that right, yes or no?

22      A.   Yes.

23      Q.   That's a picture of you, is it not?

24      A.   Yes.

B-137

MAYSONET 2427

4

1        Q.   And that's how you looked after the

2   court-reported statement, isn't that right?

3        A.   That was taken before, I think.

4        Q.   But it was taken in the early morning hours?

5        A.   Yes.

6        Q.   And that's the way you looked that night,

7   isn't that right?

8        A.   Yes.

9        Q.   When you were in the sixth grade, sir, did

10  you know how to write your name then?

11       A.   Yes.

12       Q.   Do you remember when you learned how to write

13  your name?

14       A.   Yes.

15       Q.   When did you first learn to write your name?

16       A.   Second.

17       Q.   Second grade.

18            Now, you said that at no time on the evening

19  of October 4th, 1993, and into the early morning hours

20  of October 5th of 1993, no one advised you of your

21  constitutional rights, is that right?

22       A.   Yes.

23       Q.   Nobody said you have the right to remain

24  silent, is that right?

B-138

MAYSONET 2428

1    A.    Yes.

2    Q.    Nobody said you have a right to have an

3    attorney present during questioning, is that right?

4    A.    Yes.

5    Q.    Nobody said that if you could not afford to

6    hire an attorney, one would be appointed for you, is

7    that your testimony?

8    A.    Yes.

9    Q.    Do you recall someone advising you that

10   because of the nature of the crime, the nature of the

11   offense, you would be tried as an adult, do you

12   remember them telling you that?

13   A.    No.

14   Q.    Well, sir, you had received your Miranda

15   warnings before that date, hadn't you?

16   A.    No.

17   Q.    Is it your testimony that as of October of

18   1993 you had never been advised of your rights?

19   A.    No.

20   Q.    Now, you say that you gave the statement to

21   the police because you wanted to go home, is that

22   right?

23   A.    Yes.

24   Q.    And they told you you would see your family

B-139

MAYSONET 2429

1     again, is that right?

2         A.   Yes.

3         Q.   Well, sir, you've confessed to the police

4     before, have you not?

5         A.   No.

6         Q.   You've never admitted a crime to the police

7     and not gone home?

8         A.   No.

9         Q.   Well, sir, do you recall --

10             If I may have one moment, Judge.

11                       (Short pause.)

12    BY MS. MANDELTORT:

13        Q.   On September 30, 1992, you were committed to

14    the Juvenile Department of Corrections, were you not?

15        A.   Yes.

16        Q.   And that was for a charge of possession of

17    stolen motor vehicle, isn't that right?

18        A.   I think so, yes.

19        Q.   And that crime actually happened, you were in

20    that car on April 25th of 1992, isn't that right?

21        A.   Yes.

22        Q.   Do you recall, sir, being chased by a female

23    police officer named Mittler that day?

24        A.   No.

                          B-140

5

1    Q.   Do you recall, sir, being advised of your

2    rights by Officer Mittler?

3    A.   No.

4    Q.   I'm sorry?

5    A.   No.

6    Q.   Officer Mittler never advised you of the

7    right to have an attorney, the right to remain silent,

8    none of those rights?

9    A.   No.

10   Q.   Do you recall, sir, telling Officer Mittler

11   that you were driving the car that she caught you in,

12   do you remember telling her that?

13   A.   No.

14   Q.   Well, do you recall, sir, on October 29,

15   1991, receiving probation and 30 days in the Audy Home

16   for a burglary, do you recall that?

17   A.   Yes.

18   Q.   And on that case, sir, you were arrested June

19   7th of 1991, were you not?

20   A.   Yes.

21   Q.   By an Officer Pena, isn't that right?

22   A.   Yes.

23   Q.   And after you were arrested didn't Officer

24   Pena advise you of your constitutional rights?

B-141

MAYSONET 2431

5

1      A.   Yeah.

2      Q.   Told you that you had the right to remain

3 silent, did he not?

4      A.   Yes.

5      Q.   And he told you that you had the right to

6 have an attorney present before any questioning, isn't

7 that right?

8      A.   I didn't really hear all that.

9      Q.   Did he also tell you that if you could not

10 afford an attorney, one would be appointed for you,

11 did Officer Pena tell you that?

12      A.   Nah.

13      Q.   After he told you, sir, the part that you

14 remember, you made a statement to him, did you not?

15      A.   I don't remember.

16      Q.   You didn't go home, you went to the Audy

17 Home, didn't you?

18      A.   Yeah.

19      Q.   Do you remember in June of 1991 being found

20 delinquent of possession of stolen motor vehicle and

21 burglary and getting two years' probation, do you

22 remember that?

23      A.   What was that again?

24      Q.   That was in, I'm sorry, October 29th of 1991,

B-142

MAYSONET 2432

1    do you remember getting probation for another burglary

2    and possession of stolen motor vehicle?

3         A.   Yes.

4         Q.   Do you remember getting arrested on May 20th

5    of 1991 on that offense by an Officer Blecka and

6    Burzinski, do you remember them?

7         A.   No.

8         Q.   When you were arrested at that time, sir, do

9    you recall whether you were advised of your

10   constitutional rights?

11        A.   I don't remember.

12        Q.   Do you remember if you made a statement to

13   them?

14        A.   No.

15        Q.   Well, those weren't your only times when you

16   were arrested by the police, is that right?

17        A.   Hum?

18        Q.   Those are not the only times you were

19   arrested by the police, is that right?

20        A.   Yes.

21        Q.   You were arrested several times, isn't that

22   right?

23        A.   Yes.

24        Q.   You had several station adjustments, did you

MAYSONET 2433

1   not?

2      A.   Yes.

3      Q.   As well as those findings of delinquency,

4   isn't that right?

5      A.   Yes.

6      Q.   Is it your testimony that none of those times

7   were you ever advised of your constitutional rights?

8      A.   Either I was -- every time they would catch

9   me I was either high, so I didn't really pay attention

10   to none of that.

11      Q.   Well, is it possible, sir, you were advised

12   of your rights and you just don't remember?

13      A.   I don't know.

14      Q.   Would it be fair to say, sir, that in your 18

15   years you've heard the constitutional rights recited a

16   lot, haven't you?

17      A.   I don't know.

18      Q.   Several times?

19      A.   Could be.

20      MS. MANDELTORT:  If I could have one moment,

21   Judge.

22               (Short pause.)

23   BY MS. MANDELTORT:

24      Q.   And it was your testimony that you confessed

MAYSONET 2434

1  to your involvement in the murder of Ovidio Lopez

2  because the police told you you could go home?

3      MR. MEJIA:  Objection, objection.

4      THE COURT:  Overruled.

5      MR. MEJIA:  Judge, I object to the form of the

6  question.  He agreed to speak.

7      THE COURT:  Counsel, I have overruled.  If he

8  understands the question, he may answer.

9  BY MS. MANDELTORT:

10      Q.  Is it your testimony, sir, that you gave that

11  court-reported statement because the police told you

12  you could go home?

13      A.  Yeah.

14      MS. MANDELTORT:  Could I have a moment?

15                      (Short pause.)

16      MS. MANDELTORT:  Judge, I have nothing further.

17      MR. MEJIA:  Nothing further.  Please step down.

18      THE COURT:  Thank you, sir.  You may step down.

19                      (Witness excused.)

20      MR. MEJIA:  The movant rests.

21      MS. MANDELTORT:  Judge, I have rebuttal.  I don't

22  know if you want a brief break.

23      THE COURT:  Just a brief one.

24      MS. MANDELTORT:  There's three brief witnesses,

B-145

MAYSONET 2435

23

MAYSONET 2436