# EXHIBIT 40

```
 1           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                 COUNTY DEPARTMENT-CRIMINAL DIVISION
 2

 3  THE PEOPLE OF THE STATE OF      )
    ILLINOIS,                       )
 4                                  )
           Plaintiff,               )
 5                                  )
    vs.                             )      No. 98 CR 12440
 6                                  )
    ADRIANA MEJIA,                  )
 7  ARTURO REYES and                )      Charge:  Murder
    GABRIEL SOLACHE,                )
 8                                  )
           Defendants.             )
 9  ----------------------------)

10              REPORT OF PROCEEDINGS had at the hearing

11  of the above-entitled cause before the Honorable

12  STANLEY SACKS, judge of said Court, on the 4th day of

13  February, 2000, at the hour of 12:30 p.m.

14       PRESENT:

15           HON. RICHARD DEVINE
             State's Attorney of Cook County, by
16           MR. ARTHUR HILL and
             MS. MERCEDES LUQUE-ROSALES
17              Appearing on behalf of the Plaintiff;

18           HON. RITA FRY
             Public Defender of Cook County, by
19           MS. VIOLA ARMIJO ROUSE
                Appearing on behalf of Mr. Solache;
20           MS. MARY DANAHY
                Appearing on behalf of Ms. Mejia;
21           MR. THOMAS VERDUN
                Appearing on behalf of Mr. Reyes.
22
    Paul W. O'Connor
23  Official Court Reporter
    Circuit Court of Cook County
24  County Department
```

Y-1                          533

MAYSONET 3437

1   not.  Okay.  Five minutes.

2                        (Recess taken)

3      THE COURT:  All right.  Gabriel Solache.

4      THE SHERIFF:  Coming out.

5                        (Brief pause)

6      THE COURT:  All right.  Gabriel Solache is here.  His

7   attorney, Miss Rouse, is present and both State's Attorneys are

8   here.

9      MS. ROUSE:  We would be calling the Defendant.

10     THE COURT:  Okay.  Mr. Solache, step up here.  Raise your

11  right hand please.

12                     GABRIEL SOLACHE,

13  the Petitioner herein, called as a witness on his own behalf,

14  having been first duly sworn, was examined and testified through

15  the Interpreter as follows:

16                     DIRECT EXAMINATION

17                     BY MS. ROUSE:

18     THE COURT:  Have a seat please.

19     MS. ROUSE:  Q.  State your name and spell your first and last

20  name.

21     A.  Gabriel Solache Romero.

22     Q.  And could you spell your name.

23     A.  G A R B R I E L.  (Sic)

24     Q.  And your last name is S O L A C H E?

1    A.  Yes.

2    Q.  And you're the Defendant in this case, is that correct?

3    A.  Yes.

4    Q.  Gabriel, directing your attention to April 3rd of 1998,

5 did you happen to go to a police station?

6    A.  Yes.

7    Q.  And where was that police station?

8    A.  At 63rd and St. Louis.

9    Q.  Do you remember what time you went to this police

10 station?

11    A.  Not exactly but it was in the early hours of the morning.

12    Q.  Who did you go with?

13    A.  With Arturo DeLeon, Rosauro Mejia and the little boy.

14    Q.  How did you get to the police station?

15    A.  We arrived in a car.  The car belonged to Rosauro Mejia.

16    Q.  When you arrived at this police station, did everybody go

17 in?

18    A.  Yes.

19    Q.  Who first spoke when you went inside the police station?

20    A.  Rosauro Mejia.

21    Q.  And is Rosauro Mejia related to Adriana Mejia?

22    A.  It's her husband.

23    Q.  What did Mr. Mejia say?

24    A.  That he needed an officer that spoke Spanish.

713

1    Q.  Did a Spanish speaking officer arrive?

2    A.  It was a while before he arrived.

3    Q.  And did anyone speak to the Spanish officer -- Spanish

4    speaking officer?

5    A.  Rosauro.

6    Q.  Were you present when he spoke to the officer?

7    A.  Yes.

8    Q.  After he spoke with the Spanish speaking police officer,

9    tell us what happened after that.

10   A.  He started telling them that he had gone there because he

11   had a little boy that he was taking there that had been given to

12   his wife and that they had given to her -- his wife to baby-sit

13   it while she was at the hospital where she had given birth.

14   Q.  Now, that little boy, when did you first see him?

15   A.  I saw him on a Saturday in the morning.

16   Q.  After Mr. Mejia talked to the Spanish speaking police

17   officer, did the Spanish speaking officer do anything?

18   A.  He made a phone call.

19   Q.  What happened after that?

20   A.  After that I think there were detectives, they arrived

21   there.

22   Q.  And did any of those detectives speak to you?

23   A.  No.

24   Q.  Who did they speak to?

1       A.  With the officers at the police station.

2       Q.  With the Spanish speaking police officer?

3       A.  I don't remember.

4       Q.  After the two detectives arrived, could you tell us what

5   happened?

6       A.  They spoke with them.  I don't know what they could have

7   said.  And then they told us that we had to go to a different

8   police station.

9       Q.  They told who?

10      A.  To the three of us.

11      Q.  To you, Mr. DeLeon and Mr. Mejia?

12      A.  Yes.

13      Q.  Did they take you to the other police station?

14      A.  They took us in a patrol car.

15      Q.  And was that to Grand and Central?

16      A.  Yes.

17      Q.  Do you know what time it was that they took you there?

18      A.  Not exactly but it was in the morning already.

19      Q.  When you arrived at Grand and Central, tell us what

20  happened.

21      A.  They locked us all three of us in a room and then a while

22  passed, I don't know exactly, could have been a half hour, and

23  then they separated the three of us.

24      Q.  What did they do with you?

115

MAYSONET 3441

1    A.  They locked me in a small room and that's where I stayed.

2    Q.  Could you describe that small room to us.

3    A.  Yes.  It was small like this.  From like where the

4 officer is at kind of like that.

5    Q.  From the officer to you?

6    A.  To there.

7    THE COURT:  About eight feet, eight by eight feet, Mr.

8 Solache?

9    A.  Maybe.

10    THE COURT:  Okay.

11    MS. ROUSE:  Q.  Was there any furniture in that room?

12    A.  No.

13    Q.  Was --

14    A.  A chair.

15    Q.  A chair?  And anything -- was there a bench there?

16    A.  There was a bench, a metal bench.

17    Q.  And when you were in that room, where did you sit?

18    A.  On the bench.

19    Q.  How long were you in that room until you first -- until

20 you spoke to anyone?

21    A.  It was a lot of time.  I don't remember exactly.

22    Q.  Tell us what happened when the first police person came

23 into that room.

24    A.  Some officer came in.  They checked my shoes and they

MAYSONET 3442

1    took them off.

2        Q.  Did they question you at all at that time?

3        A.  No.

4        Q.  The next time anyone came into that room, do you know who

5    that was?

6        A.  I don't remember.  An officer came in but I don't know

7    his name.

8        Q.  Did he come in alone or with anyone else?

9        A.  Alone.

10       Q.  And did he speak English or Spanish?

11       A.  Spanish.

12       Q.  And did you speak to him?

13       A.  Not inside the small room.

14       Q.  Where -- where did you go?

15       A.  He took me to a bigger room that had tables and chairs.

16       Q.  And did you see anyone that you knew when you were in

17   that room with the tables and chairs?

18       A.  No.

19       Q.  How long were you in that larger room?

20       A.  Not too long.  About 10, 15 minutes.

21       Q.  Did that Spanish speaking police officer question you?

22       A.  Yes.

23       Q.  That was not Detective Guevara, was it?

24       A.  No.

1    Q.  What did that officer question you about?

2    A.  He told me that I was being accused of some crimes.

3    Q.  And did he tell you what the crimes were?

4    A.  No.

5    Q.  After he said that to you, tell us what happened.

6    A.  I told him that -- that the -- Miss Mejia's husband told

7    me when we were at home that if I could accompany him to take the

8    little boy to the police station.

9    Q.  And is that how you happened to go to the police station

10   with Mr. Mejia?

11   A.  Yes.

12   Q.  And after you told the officer that, what happened?

13   A.  He told me -- me that -- that I was being accused of

14   something and that -- and I told him that I had nothing to do

15   with it because at that time I had been working.

16   Q.  Did he tell --

17   THE COURT:  Just a minute.  He told you you were being

18   accused of what?

19   A.  Of deaths.  Deaths.

20   THE COURT:  Of what?

21   THE COURT REPORTER:  Deaths.

22   THE COURT:  Oh, the deaths.  Fine.

23   MS. ROUSE:  Q.  Did he tell you what date the deaths

24   occurred?

1     A.  Yes.

2     Q.  And that was the day that you say you were working?

3     A.  Yes.

4     Q.  After you had that conversation with that officer, what

5  happened?

6     A.  Well, he didn't believe what I had told him.

7     MS. LUQUE-ROSALES:  Objection, Judge, move to strike.

8     THE COURT:  Well, did he say something to you about that he

9  did not believe what you said?

10     A.  Yes.

11     THE COURT:  What did he say?

12     A.  That -- that he didn't believe me.  That I should tell

13  the truth.  And in one word if not I was going to get fucked.

14     MS. ROUSE:  Q.  After he said that to you, what happened?

15     A.  I told him that that is -- that that's what I knew.

16     Q.  Did you stay in that large room?

17     A.  No.  They took -- they later -- they took me to the small

18  room.

19     Q.  To the same room you were in before.

20     A.  Yes.

21     Q.  When you were placed in that room that second time, were

22  you cuffed or not -- handcuffed or not handcuffed?

23     A.  When I exited the big room after finishing talking to

24  him, they handcuffed me and they took me to the small room.

1    Q.  And when you were in the small room, did you remain

2  handcuffed?

3    A.  Yes.

4    Q.  How much later did you next see -- how much time passed

5  before you saw the next police person?

6    A.  No, not too much time passed.

7    Q.  Who was the next police person who came in?

8    A.  Detective Guevara.

9    Q.  Tell us what happened when Detective Guevara came into

10  your room.

11    A.  He told -- he came in.  He told me that I was being

12  accused, that they were accusing me.

13    Q.  And who is they?

14    A.  He didn't tell me the names.

15    Q.  When he said that you were being accused, what did you

16  say?

17    A.  I told him that I had already spoken to -- that I had

18  already been questioned and that I had already told them what I

19  knew, that I wasn't involved.

20    Q.  After you said that to Detective Guevara, what, if

21  anything, happened after that?

22    A.  He didn't tell me.  He starting beating me.

23    Q.  And when you say he started beating you, what did he do?

24    A.  Can you repeat the question?

720

MAYSONET 3446

1    Q.  You said that he beat you.  Tell us how he beat you.

2    A.  With his open hand on my face.

3    Q.  And where did he hit you in your face?

4    A.  On the left side.

5    Q.  How many times did he hit you?

6    A.  I don't remember but it was many.

7    Q.  After he hit you, what happened?

8    A.  Then he went outside and he came back with Miss Mejia.

9    Q.  And that's Adriana Mejia?

10   A.  Yes.

11   Q.  And what happened when Adriana came into your room?

12   A.  He arrived with her and she sat on the chair that was

13   inside.

14   Q.  And what happened after she sat down?

15   A.  And then he asked me if I was still denying that I had

16   killed those people in front of her.

17   Q.  And what did you say?

18   A.  I told him that I had -- I hadn't done anything.

19   Q.  And what happened after that?

20   A.  Then he hit me.

21   Q.  He hit you in front of Mrs. Mejia?

22   A.  Yes.

23   Q.  And did he hit you with an open hand or a closed hand?

24   A.  With open hand.

MAYSONET 3447

1    Q.  And where did he hit you?

2    A.  He always would hit me on the left side because on my

3  right side it was by the wall.

4    Q.  And why was your right side by the wall?

5    A.  Because the ring that was -- that was handcuffing me was

6  on my right side.

7    Q.  So when you were in that room, you were handcuffed to a

8  ring on the wall?

9    A.  Yes.

10    Q.  After Detective Guevara hit you, did he and Adriana

11  leave?

12    A.  Yes, they exited the room.

13    THE COURT:  Just a minute.  Before they left, did Adriana say

14  anything?

15    A.  Yes.  That I had helped her.

16    THE COURT:  Okay.

17    MS. ROUSE:  Q.  And when she said that you had helped her,

18  what did you say?

19    A.  I told her that it wasn't true.

20    Q.  What happened when she left the room?

21    A.  I stayed alone in the room when she exited with Detective

22  Guevara.

23    Q.  For how long were you alone?

24    A.  Couple of minutes.

1    Q.  And then what happened after those two minutes?

2    A.  Detective Guevara returned and then he started beating me

3    on my stomach.

4    MS. LUQUE-ROSALES:  Judge, for the record we're going to

5    object.  This has not been alleged with specificity either.

6    THE COURT:  Overruled.  Go ahead please.

7    MS. ROUSE:  Q.  And when you were hit in the stomach, were

8    you still cuffed to the ring on the wall?

9    A.  Yes.

10   Q.  Were you hit anywhere else?

11   A.  Another detective had kicked me and -- by my leg but that

12   was a lot earlier.

13   Q.  But we're talking about this time when Detective Guevara

14   is in your room after Adriana had left.

15   A.  No.  He didn't hit me anywhere else.

16   Q.  What happened after he hit you?

17   A.  After I was -- he hit me, I pled guilty because I

18   couldn't take -- couldn't stand the beating anymore.

19   Q.  Did you have pain anywhere on your body?

20   A.  On my stomach -- in my stomach and on my head.

21   Q.  Was there anywhere in particular on your head?

22   A.  Mainly in my ear.

23   Q.  Prior to April 3rd of 1998 were you able to hear out of

24   your left ear?

3

1      A.  Yes.

2      Q.  Can you hear out of your left ear now?

3      A.  With the device more or less but without it I can't hear

4   anything.

5      Q.  When did you get the device?

6      A.  It's been -- it's been about -- I don't remember exactly

7   but it's been about four months.

8      Q.  Did you receive that while you were here in Cook County

9   Jail?

10     THE COURT:  Just a minute.  Four months ago?

11     A.  Yes.

12     THE COURT:  Okay.

13     MS. ROUSE:  Q.  Did you receive that -- was it a hearing aid,

14   the device you're telling us?

15     A.  Yes.

16     Q.  And did you receive that while you've been here in Cook

17   County Jail?

18     A.  Yes.

19     Q.  Did you have any -- did you see any doctor or audiologist

20   prior to obtaining that hearing aid?

21     A.  Here or outside?

22     Q.  Anywhere.

23     A.  Here I saw a specialist.

24     Q.  And did you see anybody outside?

1 A. No.

2 Q. And did they -- the specialist give you any tests --

3 hearing tests?

4 A. He gave me some hearing tests.

5 Q. And is it after you had those hearing tests that you

6 received the hearing aid?

7 A. Yes.

8 Q. Now, you say that after Detective Guevara hit you you

9 confessed to this crime.

10 A. Yes.

11 Q. And after you had confessed to the crime, did anyone else

12 come in to see you?

13 A. Later -- later.  Not too much time later.  Another

14 person, a lady, a lady came in.

15 Q. And did that woman speak Spanish or English?

16 A. English.

17 Q. And when she spoke to you, who translated?

18 A. Detective Guevara.

19 Q. While she was in the room with you did she write anything

20 down?

21 A. She was taking notes on what Detective Guevara was

22 telling her.

23 Q. After she finished taking notes, what happened with the

24 papers that she wrote on?

MAYSONET 3451

1     A.  I didn't see them.  They put them away.

2     Q.  Did Detective Guevara read anything to you?

3     A.  No.

4     Q.  Did you sign any papers while you were in the room with

5  the woman and with Detective Guevara?

6     A.  I don't remember.

7     Q.  I'd like to show you what's been marked Defendant's

8  Exhibit 1 for identification purporting to be a statement.  Did

9  you see that when you were in the room with the woman and

10  Detective Guevara?

11     A.  I don't remember.

12     Q.  Is this your name at the bottom of that -- of the bottom

13  of that first page?

14     A.  Yes.

15     Q.  And in the middle of the page, is that your name?

16     A.  Yes.

17     Q.  And did you put that -- your name on those two pages on

18  April 5th of 1998?

19     A.  I don't remember.

20     Q.  And at the bottom of each one of those pages, it bears

21  your name, is that correct?

22     A.  Yes, it is my name.

23     Q.  And did you put your name on those pages that day with

24  that woman and Detective Guevara?

1       A.  I think so because he told me to put my name.

2       Q.  Showing you again Defendant's Exhibit 1.  This -- in the
3   middle there's some typewritten material, is that correct?

4       A.  Yes.

5       Q.  And that's written in Spanish, is that correct?

6       A.  Yes.

7       Q.  Now, the rest of it, is this -- the rest of it written in
8   English?

9       A.  Yes.

10      Q.  Okay.  Do you read English?

11      A.  No.

12      Q.  Do you speak English?

13      A.  No.

14      Q.  Where were you born, Mr. Solache?

15      A.  In Michoacan, Mexico.

16      Q.  And when did you come to the United States?

17      A.  In March of '96.

18      Q.  When you came to the United States, did you get a job?

19      A.  I arrived in California.  I got a job there.

20      Q.  And for how long did you stay in California?

21      A.  I was -- I was there about eight months, about eight or
22  nine months.

23      Q.  And after -- where did you go after that?

24      A.  And then afterwards I came here to Illinois.

1       Q.  And when you came to Illinois, when was that?

2       A.  I don't remember exactly.

3       Q.  When you came to Chicago, with whom did you live?

4       A.  I came to live with Miss Adriana Mejia and her husband,

5  Rosauro Mejia, for 15 days the first time.

6       Q.  And then where did you go after the 15 days?

7       A.  After -- after the first 15 days, I went downstairs in

8  the same house.  I went downstairs with her sister-in-law and the

9  husband.

10      Q.  And did you stay with them until you were arrested in

11  April of 1998?

12      A.  No.  I later moved back to their house in -- in January

13  of '98.

14      Q.  And did you stay there until April when you were

15  arrested?

16      A.  Yes.

17      Q.  While you were in Mexico had you ever been arrested?

18      A.  No.

19      Q.  When you were in California, were you ever arrested?

20      A.  No.

21      Q.  When you were in Chicago, had you been arrested prior to

22  April 3rd of 1998?

23      A.  No.

24      Q.  How long were you in -- well, how old are you now?

1      A.  Now I am 28.

2      Q.  And how old were you in April of 1998?

3      A.  26.

4      Q.  When you were brought to the -- to Grand and Central, did

5  any police officers tell you you could call the Mexican

6  consulate?

7      A.  No.

8      Q.  Did anybody call the Mexican consulate for you while you

9  were at Grand and Central?

10     A.  I don't think so.

11     Q.  Did you eventually speak to somebody from the Mexican

12  consulate?

13     THE INTERPRETER:  Your Honor, I've used a word that he is not

14  familiar with, eventually in Spanish.

15     THE COURT:  Rephrase the question, leave out the word

16  eventually.

17     MS. ROUSE:  Q.  While you were in Cook County Jail did you

18  speak to anybody from the Mexican consulate?

19     A.  Yes.

20     Q.  How long after you had arrived at the jail did you

21  first -- did you speak to somebody from the consulate?

22     A.  Like -- like a month, a month and-a-half.  I'm not too

23  sure but it was more than a month.

24     Q.  Do you know how they happened to come to the jail to

1  speak to you?

2     A.  Through the newspapers.

3     Q.  And what happened when they came to speak to you at the

4  jail?  Well, how many people came to see you at the jail?

5     A.  Two.

6     Q.  Was it men, women or a man or a woman?

7     A.  A man and a woman.

8     Q.  And what happened when they came to see you at the jail?

9     A.  They asked me a few questions like how long had I been

10  here from Mexico, how old I was, if I had family members in

11  Mexico, where had I lived in Mexico.

12     Q.  And did you answer those questions?

13     A.  Yes.

14     Q.  How long did they talk to you?

15     A.  Like 15, 20 minutes.

16     Q.  Did you speak to anyone from the Mexican consulate after

17  that?

18     A.  Later another person came.

19     Q.  To talk to you?

20     A.  Yes.

21     Q.  And do you recall when that was?

22     A.  After they talked to me the first time, it must have been

23  like eight or nine months.  I don't know exactly but it was a

24  long time.

1    Q.  And was this -- how many people came to see you the

2  second time?

3    A.  One person.

4    Q.  A man or a woman?

5    A.  A man.

6    Q.  Do you know that man's name?

7    A.  No.

8    Q.  And for how long did he speak to you?

9    A.  It was a short time.  It was like -- I don't remember

10  exactly but a very short time.

11    Q.  And what did you talk about?

12    A.  That if I was doing good, that if I needed anybody, that

13  if I needed to contact my family.

14    Q.  And if you needed to contact your family, what would he

15  do?

16    A.  That he would call my family if I needed them but I told

17  him that I could contact my family, that I would call them and

18  write to them.

19    Q.  And after that did you see anybody from the consulate?

20    A.  No.

21  MS. ROUSE:  I have nothing further.

22  THE COURT:  Okay.  State, go ahead please.

                              CROSS EXAMINATION

                              BY MS. LUQUE-ROSALES:

1    Q.  Mr. Solache, did you ever reach out to the Mexican

2  consulate?

3    A.  No.  I didn't know anything about that the Mexican

4  consulate could help me.

5    Q.  You did not know that the Mexican consulate could help

6  you, sir?  That was your answer?

7    MS. ROUSE:  Objection.  That was his answer.

8    THE COURT:  You don't need to repeat.  That's what he said.

9  Please.

10    MS. LUQUE-ROSALES:  Q.  Mr. Solache, on November 5th, 1998,

11  you were in court when my partner told you that you could reach

12  out to the Mexican consulate, isn't that correct?

13    A.  I don't remember.

14    Q.  Well, do you recall November 5th, 1998, my partner

15  advised you of your rights to contact the consulate?

16                    (Question translated)

17    MS. LUQUE-ROSALES:  If we could be clear on the date.

18  November, November 5th, 1998.

19    A.  Maybe, yes, but because my left ear I couldn't hear a lot

20  of court hearings.  I had to like position myself on the left

21  side and I couldn't hear a lot of things.

22    Q.  Well, could you hear out of your right ear, isn't that

23  correct, sir?

24    A.  Yes.

MAYSONET 3458

1    Q.  You never indicated at any point during any of these

2  proceedings to anyone that you could not hear these proceedings,

3  is that correct, sir?

4    A.  No.

5    Q.  Now, you say that two individuals from the Mexican

6  consulate came to see you about a month after you were in the

7  jail, is that correct?

8    A.  Yes.

9    Q.  They asked you questions about how old you were.

10   A.  Yes.

11   Q.  How long you'd been in the U.S.

12   A.  Yes.

13   Q.  How long you -- where you were from in Mexico.

14   A.  Yes.

15   Q.  Did they tell you anything about why you were in jail?

16   A.  Yes.

17   Q.  What did they say?

18   A.  That they saw in the newspapers that I was being accused

19  of two -- that -- that's -- sorry, deaths.

20   Q.  And when they told you that you were being accused of two

21  deaths, did you ask them for help?

22   A.  No.

23   Q.  Did you ask them for a lawyer?

24   A.  No, because they told me that I already had an attorney,

1    that I was okay.

2        Q.  Sir, my question to you was did you ask them for a

3    lawyer?

4        MS. ROUSE:  Objection, Judge.

5        THE COURT:  He's answered it.  He said he didn't ask.  They

6    told him it was okay.  He already had a lawyer.  Next question

7    please.

8        MS. LUQUE-ROSALES:  Q.  Did you ask them for any financial

9    assistance?

10       A.  No.

11       Q.  Did you ask the Mexican consulate to do anything for you?

12       A.  No.

13       Q.  Then about eight to nine months later another attorney

14   from the Mexican consulate came to see you, is that correct?

15       A.  Yes.

16       Q.  This was a short conversation that you had with him,

17   correct?

18       A.  Yes.

19       Q.  Did you ask this individual for any assistance from the

20   Mexican consulate?

21       A.  No.

22       Q.  Other than asking you how you were and if you were

23   communicating with your family did he offer you any services?

24       A.  No.

1    Q.  Now, sir, you had been in the United States for two years
2  in April of 1998, isn't that correct?
3    A.  I don't know how much time.  From '96 to '98?  Yeah, two
4  years.
5    Q.  You came in March of '96, correct?
6    A.  Yes.
7    Q.  You went to California, correct?
8    A.  Yes.
9    Q.  How did you get to California?
10   A.  I arrived with -- with another friend.
11   Q.  Did you drive?  Did you fly?  How did you get here?
12   A.  In a car.
13   Q.  And where in California did you go?
14   A.  To Santa Paola.
15   Q.  Santa Paola?
16   A.  Yes.
17   Q.  And did you work in Santa Paola?
18   A.  Yes.
19   Q.  What kind of work did you do?
20   A.  I would get the limes.
21   Q.  And how long did you do that?
22   A.  Until I came here.  The work ended and then that's when I
23  came over here.
24   Q.  So you had one job in Santa Paola, is that correct?

1    A.  Yes, just one job.

2    Q.  And who did you work for?

3    A.  It was a private contractor.

4    Q.  What was his name?

5    A.  Marcos Rico.

6    Q.  And this is in Santa Paola, California?

7    A.  Yes.

8    Q.  Now, after that you came to Illinois, correct?

9    A.  Yes.

10   Q.  Got a job.

11   A.  Yes.

12   Q.  Where did you work?

13   A.  The first time I got a job in Franklin Park.

14   Q.  And how did you get that job in Franklin Park?

15   A.  A brother of Rosauro's got it for me.

16   Q.  What was the name of the employer, of your employer?

17   A.  Parking Materials.

18   Q.  Parking Materials?

19   A.  Yes.

20   Q.  And some of the supervisors of Parking Materials, they

21   speak English, correct?

22   A.  Yes.

23   Q.  They would talk to you in English, correct?

24   A.  There was another worker there, a manager that spoke

1    English and Spanish and he's the one that interpreted for me.

2        Q.  Sir, you speak a little bit of English, isn't that

3    correct?

4        A.  It --

5        MS. ROUSE:  Objection, Judge.  Does she mean now?

6        MS. LUQUE-ROSALES:  I can rephrase.

7        THE COURT:  All right.  Rephrase it.

8        MS. LUQUE-ROSALES:  Q.  Sir, back in April of 1998 you spoke

9    a little bit of English.

10        A.  A little bit, two or three words.

11        Q.  Only two or three words?

12        A.  Yes.

13        Q.  What were those two or three words?

14        A.  Like table, chair, apple, thank you, you're welcome.

15        Q.  So it was more than two or three words, correct?

16        A.  Yes.  It wasn't that many.

17        Q.  Sometimes would you talk to your supervisor in English?

18        A.  No, never.

19        Q.  Were there times when your supervisor would tell you to

20    do things in English?

21        A.  It was always sent through the manager that spoke

22    Spanish.

23        Q.  How long did you work for Packing Materials?

24        A.  Well, I got that job like 15 days after I arrived and I

1    worked there since then until about July.

2       Q.  And that's July of 1997?

3       A.  Exactly.

4       Q.  And then where did you work?

5       A.  Then afterwards I got out of there and they wouldn't take

6    me back so then I didn't work.  And after that I started working

7    through the labor offices.

8       Q.  Which labor office was this?

9       A.  First there was one that was over by where I used to work

10   in Franklin Park.  There I lasted about a month.

11      Q.  And what was the name of that facility?

12      A.  I don't remember exactly but it was a packing company.

13   They packed a lot of different things.

14      Q.  Then where did you work?

15      A.  And then later I changed over to the office on 47th.

16      Q.  47th and what?

17      A.  And Western.

18      Q.  And how long did you work there?

19      A.  There I worked from -- I worked there during the summer,

20   during the summer of '97.

21      Q.  Then where did you work?

22      A.  I continued working through them but they would send me

23   to different places.

24      Q.  What's the name of that facility?

758

MAYSONET 3464

1     A. They would send me to the chicken packing company. Then

2  to the -- the metal company, the one that I was working at until

3  I was arrested.

4     Q. When you say they would send me, what is the name of the

5  people that would send you?

6     A. One of them was named Bernardo.

7     Q. Now, you say you worked --

8     A. Another --

9     Q. -- until you were arrested, is that correct, sir?

10    A. Yes.

11    Q. Now, I'm going to direct your attention to April the 3rd,

12  1998, in the early morning hours you said you went to a police

13  station, correct?

14    A. Yes.

15    Q. Now, you went to this police station on 63rd and St.

16  Louis voluntarily.

17    A. Yes.

18    Q. You went with Rosauro?

19    A. With Rosauro.

20    Q. You went with Arturo?

21    A. Yes.

22    Q. And you went with a little boy.

23    A. Yes.

24    Q. And you voluntarily walked into the police station,

1    correct?

2    A.  Yes.

3    Q.  And you were there when Rosauro began to speak with the

4    police officers, correct?

5    A.  Yes.

6    Q.  Now, they made you wait for a Spanish speaking police

7    officer, is that correct?

8    A.  Yes.

9    Q.  You were waiting in the open area of the police station,

10   isn't that correct?

11   A.  Yes.

12   Q.  They did not put you in a locked room, correct?

13   A.  We were in a room but it wasn't a lunchroom.  I don't

14   know.

15   Q.  You weren't in a locked room, sir?

16   A.  No.

17   Q.  Nobody handcuffed you?

18   A.  No.

19   Q.  Nobody handcuffed Rosauro?

20   A.  No.

21   Q.  Nobody handcuffed Arturo?

22   MS. ROUSE:  Objection, Judge.  I believe it's already been

23   determined that the Defendant was arrested at 10:30 in the

24   morning.

1  THE COURT: Sustained. Please move on to something more

2 relevant. We know he wasn't arrested that particular time.

3  MS. LUQUE-ROSALES: Q. Then a Spanish speaking police

4 officer spoke with you, correct?

5  A. Not with me.

6  Q. He did not speak to you at all?

7  A. No.

8  Q. You did not ask to leave that police station, did you?

9  A. No.

10  Q. Then you were informed by the police officers that you

11 had to speak to some detectives, is that correct?

12  A. Yes.

13  Q. You waited with Rosauro and Arturo for the detectives to

14 come, is that correct?

15  A. Yes.

16  Q. Again this was in that open room where you were at

17 before, correct?

18  A. Yes. We were always there.

19  Q. In fact, they gave you some pop and some potato chips to

20 eat, isn't that correct, the police officers?

21  A. No.

22  Q. Did they offer you anything to eat or drink?

23  A. No. They just offered us some coffee. That's all.

24  Q. And when the police officers offered you coffee, did you

1   accept or did you refuse?

2     A. I accepted it.

3     Q. How many cups of coffee did you drink?

4     A. I didn't even finish the cup that they gave me.

5     Q. Did you ask for anything else?

6     A. No.

7     Q. And then the detectives came, isn't that correct?

8     A. Yes.

9     Q. And they spoke with Rosauro, isn't that correct?

10     A. The detectives? No.

11     Q. Did they speak with you?

12     A. No.

13     Q. Did they speak with Arturo?

14     A. No.

15     Q. Did any police officers tell you that you were going to

16 be going to another police station?

17     A. Yes.

18     Q. Was that the Spanish speaking police officer?

19     A. Yes.

20     Q. Did he tell you why you were going to this other police

21 station?

22     A. That they were going to question us. Just --

23     Q. They were going to ask you questions about the little

24 boy, correct?

1     A.  Yeah, that how they had received this little boy.

2     Q.  Nobody was accusing you of anything at this point.

3     A.  No.

4     Q.  They were treating you like a witness, correct?

5     MS. ROUSE:  Objection.

6     THE COURT:  Overruled.  There was this boxing referee that

7  says punch and get out.  Make your points and move on.  We'll be

8  here all night.  Please.  This is not a discovery deposition for

9  either side.  I mean he wasn't under arrest.  Eventually he wound

10  up under arrest.  Move on to something else please.

11     MS. LUQUE-ROSALES:  Q.  Sir, you didn't -- sir, you went to

12  the second police station voluntarily also, is that correct?

13     MS. ROUSE:  Objection.

14     THE COURT:  No.  That he can answer if he did or not in his

15  mind.  Overruled.  When you went to the police station at Grand

16  and Central, did you go with the police voluntarily, if you know

17  what I mean by that?

18     A.  Yes.

19     THE COURT:  All right.  His answer is yes.

20     MS. LUQUE-ROSALES:  Q.  You were cooperating with the police,

21  correct?

22     A.  Yes.

23     Q.  While you were at Grand and Central they placed you in an

24  eight by eight room as you told us, is that correct?

1    A.  I don't know exactly what the measurements were.

2    Q.  It was the measurements you showed us earlier, correct?

3    A.  Yes.

4    Q.  Now, you say that a Spanish speaking police officer came

5  into the room whose name you don't know but not Detective

6  Guevara, is that correct?

7    A.  Yes.

8    Q.  Can you tell us what that officer looked like.

9    A.  No, I don't remember what he looked like.

10    Q.  The officer that spoke to you in Spanish, you could

11  understand what he was telling you, is that correct?

12    A.  Yes.

13    Q.  That Spanish speaking officer, he told you you didn't

14  have to talk to him if you didn't want to, correct?

15    A.  No.  He didn't tell me anything.

16    Q.  Did he tell you that you -- you had a right to an

17  attorney?

18    A.  No.

19    Q.  Did he tell you whether if you couldn't -- you said that

20  he told you that you were being accused of some crimes, do you

21  remember that?

22    A.  Yes.

23    Q.  Did you ask him what crimes?

24    A.  No.

1   Q.  What did you say after he told you that you were being
2   accused of some crimes?
3       A.  I simply told him that Mr. Rosauro Mejia had asked me to
4   accompany him to the police station.
5       Q.  Thank you, sir.  Now, when the officer told you you were
6   being accused of crimes, did he tell you what crimes?
7       A.  No.
8       Q.  And you didn't ask what crimes, correct?
9       A.  No.
10      Q.  At any point did any police officer tell you what you
11  were being accused of?
12      A.  Detective Guevara.
13      Q.  What did he tell you you were being accused of?
14      A.  Of two crimes.
15      Q.  What two crimes?
16      A.  Of a man and a woman.
17      Q.  A man and a woman, what had happened to them?
18      A.  That they had killed them.  That's simply what he said.
19      Q.  And when he told you that, what was your response?
20      A.  I told him that I didn't know anything about that.
21      Q.  Did he tell you when they occurred?
22      A.  Yes.
23      Q.  What -- what did he tell -- when did he tell you they had
24  occurred?

MAYSONET 3471

1    A.  I don't remember exactly but I think he told me that they

2    had occurred on like a Friday, Friday the 28th of March.

3    Q.  Did he tell you where in the city they had occurred?

4    A.  No.

5    Q.  Did he tell you what had happened to the man and the

6    woman?

7    A.  No, no.  Just that they had killed them.  That's all.

8    Q.  Now, you say you were then taken into a small room and

9    you were handcuffed, correct?

10   A.  No, no, no.  That happened in the small room he told me

11   that.

12   Q.  Were you handcuffed in that small room?

13   A.  Yes.

14   Q.  How were you handcuffed?

15   A.  By my right hand to a ring from the wall.

16   Q.  And where were you sitting?

17   A.  On the metal bench.

18   Q.  Now, you say that this detective, Detective Guevara, hit

19   you, is that correct?

20   A.  Yes.

21   Q.  How did he strike you?

22   A.  After I came out of the big room that they had taken me

23   to, then they took me to the small room.  They handcuffed me and

24   that's where Detective Guevara came.  That he told me that they

246

MAYSONET 3472

1    were accusing me of these -- the deaths and I should tell the

2    truth.

3        Q.  And what did you respond?

4        A.  And I told him, Detective Guevara, that I had already

5    told the other officer, I don't know his name, that I -- what I

6    knew and where I had been.

7        Q.  And is that when you say Detective Guevara hit you?

8        A.  Yes.

9        Q.  And you've testified that he hit you how, sir?

10       A.  With his hand.

11       Q.  And where did he hit you?

12       A.  On my face, on my left side.

13       Q.  How many times did he strike you?

14       A.  I don't know exactly but it was many.  It was many.

15       Q.  More than five?

16       A.  Many more than five.  I don't remember.

17       Q.  Well, more than ten?

18       A.  Yes.

19       Q.  More than 15?

20       A.  Maybe 15, 20 times.  I don't know exactly.

21       Q.  Now, on these 15 or 20 occasions when Detective Guevara

22   hit you, how far back did he pull his arm?

23       A.  Well, he was right in front of me.

24       MS. LUQUE-ROSALES:  Judge, may the witness stand up?

1      THE COURT: Sure, he could stand up.

2      MS. LUQUE-ROSALES:  Q.  Show us with your hand how Detective

3  Guevara hit you.

4      A.  Like this.

5      Q.  His hand started at about here?

6      A.  Like this.

7      Q.  His hand started from behind his body?

8      A.  He would hit me hard.  I could feel it.  It would hurt

9  me.

10     Q.  Sir, my question to you is his hand started from behind

11  his body.

12     A.  I couldn't see how far he would take his hand but he

13  would hit me.

14     Q.  Well, you're looking at him when he's hitting you,

15  correct?

16     A.  I would -- I would close my eyes so that --

17     Q.  Well, did you ever raise your other hand to cover your

18  face?

19     A.  No.

20     Q.  You just sat there and let him slap you 15 to 20 times.

21     MS. ROUSE:  Objection, Judge, to let him.

22     THE COURT:  All right.  Sustained.  He's testified to his

23  version of events.  He's not going to say anything different on

24  cross.  Please.

1    MS. LUQUE-ROSALES:  Q.  Did you try to cover yourself up in

2   any way?

3     A.  No.

4     Q.  After Detective Guevara struck you 15 or 20 times, did

5   you ever have occasion to touch your face?  Judge, the witness

6   can actually sit down.

7     THE COURT:  Yes, sit down please.  After he hit you according

8   to you, did you put your hand on your face to feel if your face

9   was warm or not?

10     A.  No, I didn't touch my face.

11    MS. LUQUE-ROSALES:  Q.  Never felt your face to see if it was

12   swollen?

13    MS. ROUSE:  Objection, Judge.  He said he never touched his

14   face.

15    THE COURT:  All right.  That's about being swollen as opposed

16   to being warm.  Overruled.  You got pictures of the man.  Did you

17   put your hand on your face to feel if it was swollen?

18     A.  No.

19    MS. LUQUE-ROSALES:  Q.  Was your mouth bleeding?

20     A.  No.

21     Q.  Was your nose bleeding?

22     A.  No.

23     Q.  Was your ear bleeding?

24     A.  The ears don't bleed.

1    Q.  Was yours bleeding?

2    A.  No.

3    Q.  Now, you say that before Detective Guevara hit you you

4 could hear from your left ear?

5    A.  Yes.

6    Q.  And it's your testimony that he struck you so many times

7 and so hard that you have lost your hearing, is that correct,

8 sir?

9    A.  Well, yes.

10   Q.  Did any other detective other -- or police officer other

11 than Guevara hit you?

12   A.  A white guy, he hit me with the tip of his foot.

13   Q.  Was it by accident or did he kick you on purpose?

14   A.  I was -- I was sitting on the metal bench because they

15 had taken my shoes and the floor was so cold so that I brought up

16 a chair so that I could put my feet up on it and he was passing

17 by.  He poked his head in and he took the chair and he threw it

18 somewhere and then he kicked my leg with the tip of his foot.

19   Q.  But you don't know who this police officer is.

20   A.  I don't know his name.

21   Q.  Now, sir, while you were at the police station you were

22 allowed to use the bathroom, correct?

23   A.  Once.

24   Q.  You were given three sandwiches to eat, correct?

1     A.   No.

2     Q.   Were you given any food to eat?

3     A.   One sand -- one sandwich only.

4     Q.   Were you given any water to drink?

5     A.   Once.

6     Q.   Were you given any pop to drink?

7     A.   They gave me a -- a pop to drink after they had finished,

8  after they had taken the statement.

9     Q.   You just said statement.   Is that another English word

10 you know?

11     A.   I have learned some more now in this time that I've been

12 here.

13     Q.   In fact, sir, you graduated from high school in Mexico,

14 isn't that correct?

15     A.   Yes.

16     Q.   And while in high school you took an hour of English

17 class once a week, isn't that correct?

18     A.   Yes.

19     Q.   While you were at the police station they gave you

20 cigarettes to smoke, correct?

21     A.   One.

22     Q.   And, in fact, at no time while you were at the police

23 station were you under the influence of drugs or alcohol, is that

24 correct?

MAYSONET 3477

1    A. No.

2    Q. Now, sir, you --- you have an injury to your head, isn't

3    that correct, an old scar to your head?

4    A. Yes.

5    Q. How did you get that?

6    A. An accident.

7    Q. What kind of accident?

8    A. Car.

9    Q. When was that?

10   A. In '97.

11   Q. Where was that at?

12   A. On the expressway.

13   Q. Here in the United States?

14   A. Yes.

15   Q. Did you report that to the police?

16   A. No. I wasn't driving the car.

17   Q. Did you receive any medical attention for that?

18   A. Yes.

19   Q. Where?

20   A. In Cook County Hospital.

21   Q. Sir, did you go through the windshield?

22   A. I don't know exactly what happened.

23   Q. Isn't it true that you hit your ear during that accident?

24   A. No.

1    Q.  You had no injury to your ear during that accident.

2    A.  No.

3    MS. LUQUE-ROSALES:  Judge, may I approach the witness?

4    THE COURT:  Sure.

5    MS. LUQUE-ROSALES:  Q.  I'm going to show you what I've

6    marked as People's Exhibit Number F for March 3rd, 2000.  Sir,

7    could you please look at this exhibit and tell us if you see your

8    initials on that first page.

9    A.  Yes.

10   Q.  Who put those initials there?

11   A.  I don't know.

12   Q.  Is that your writing?

13   A.  This one, yes.

14   Q.  The initials, is that your writing?

15   A.  Not the initials.

16   Q.  The Spanish word si, S I, is that your writing?

17   A.  No.

18   Q.  Did you sign this document, sir, at the bottom of the

19   page?

20   A.  Yes, I did sign that.

21   Q.  I'm going to show you every page of the nine pages.  Is

22   this your signature on Page 2, on Page 3?

23   A.  Yes.

24   Q.  Is this your signature on Page 4?

153

MAYSONET 3479

1       A.  Yes.

2       Q.  On Page 5?

3       A.  Yes.

4       Q.  On Page 6?

5       A.  Yes, yes.

6       Q.  Is this your signature on Page 7?

7       A.  Yes.

8       Q.  Is this your signature on Page 8?

9       A.  Yes.

10      Q.  Is this your signature on Page 9?

11      A.  Yes.

12      Q.  This document was read to you -- was translated to you,

13  isn't that correct, sir?

14      A.  To Spanish?

15      Q.  Yes.

16      A.  No.

17      Q.  Was it read to you in English?

18      A.  I was never read this document.

19      Q.  This typed portion on the first page that's in Spanish,

20  did you read that?

21      A.  No.

22      Q.  And finally, sir, I'm going to show you what has been

23  previously marked as People's Exhibit Number E and F for March

24  3rd of 2000.  Those are two pictures of you, isn't that correct?

1    A. Yes.

2    Q. That's how you looked after this statement, isn't this

3 correct?

4    A. Afterwards? No. Before.

5    Q. The State's Attorney took these pictures, sir, isn't that

6 correct?

7    A. I don't know. I don't remember.

8    Q. Well, is this your signature on the back of both

9 photographs?

10    A. Yes.

11    Q. And were you there when the female State's Attorney wrote

12 her name underneath yours?

13    A. I was there but I didn't see whether she wrote her name.

14    Q. She took these pictures, isn't that correct?

15    A. I don't remember.

16 MS. LUQUE-ROSALES: Judge, may I have just a moment?

17 THE COURT: Sure.

18                  (Brief pause)

19 MS. LUQUE-ROSALES: I just have a few more questions.

20    Q. Sir, did you see the female State's Attorney write out

21 this document? For the record it's the handwritten statement of

22 Gabriel Solache.

23    A. I saw that she was writing something but I didn't see

24 because I was -- I was over here. I was like next -- I was over

55

1    here.  She was like in front of me but not straight in front of

2    me.  Like a little bit to the side.

3         Q.  How far away from you was she?

4         A.  A bit far away.

5         Q.  Point to something in the courtroom that shows how far

6    away she was from you.

7         A.  From here to like where the lady is.

8         MS. LUQUE-ROSALES:  Judge, about maybe four, five feet.

9         THE COURT:  All right.  Five feet, somewhere around there.

10        MS. ROUSE:  I'll stipulate it was five feet.

11        THE COURT:  All right.

12        MS. LUQUE-ROSALES:  Q.  And she's writing on the table, isn't

13   that correct?

14        A.  Yes.

15        Q.  And she wrote out this entire document that I just

16   read --- showed you in front of you.

17        A.  I was there and she was writing.

18        Q.  In fact, sir, they gave you a pen, isn't this correct?

19        A.  I don't have it.

20        Q.  Did they ever give you a pen?

21        A.  (Shaking head)

22        Q.  I am sorry, sir.  You have to answer out loud.

23        A.  No.

24        Q.  No one ever gave you a pen at the police station, is that

756

1    correct?

2        A.  Detective Guevara lent me one when he asked me to put my

3    name on in.

4        Q.  And once you were done signing did he take the pen away

5    from you?

6        A.  Of course.

7        Q.  They never let you sit there holding the pen?

8        A.  No.

9        Q.  Why don't you tell us what's in your hand in People's

10   Exhibit Number E.

11       A.  It's a cigarette.

12       Q.  Isn't that the pen they gave you?

13       A.  No.  I don't remember.

14       Q.  You don't remember.  No further questions, Judge.

15   THE COURT:  Anything else, Miss Rouse?

16                          REDIRECT EXAMINATION

17                          BY MS. ROUSE:

18       Q.  Mr. Solache, you said that while you were at Grand and

19   Central from April 3rd to April 5th you only used the bathroom

20   one time?

21       A.  Yes.

22       Q.  Did you have to use the bathroom more than one time while

23   you were there?

24       A.  I had to use the bathroom but I used it in a jar that was

1   inside that room that was there because they wouldn't let me use

2   the bathroom.

3       Q.  And while you were there prior to getting that one

4   sandwich did anybody offer you any food?

5       A.  No.

6       Q.  Now, when the person from the Mexican consulate first

7   came to see you at Cook County Jail, I was already your lawyer,

8   wasn't I?

9       A.  Yes.

10      THE COURT:  Just a second now.  Miss Rouse, was your lawyer

11  at that time, correct, Mr. Solache?

12      A.  Yes.

13      THE COURT:  You were happy with her as your lawyer?

14      A.  Yes.

15      THE COURT:  You didn't ask the consulate to get you a

16  different lawyer?

17      A.  No, because the consulate told me that she -- they had

18  worked well with her and she was a good attorney so.

19      THE COURT:  They didn't suggest you get somebody else.

20      A.  No.

21      THE COURT:  They didn't volunteer to get you somebody else.

22      A.  No.

23      THE COURT:  You didn't ask for anybody else.

24      A.  No.

1      THE COURT:  All right.  Very well.  Go on.

2      MS. ROUSE:  Q.  But it was after you were in the jail when

3  you first talked to them, correct?

4      A.  Yes.  I was here at the jail.

5      MS. ROUSE:  I have nothing further.

6      THE COURT:  Okay.  Maybe Johnny Cochran wasn't available that

7  time.  You can step down.  All right.  Other than the fact that

8  you may attempt to call Adriana Mejia if she chooses to testify

9  about the one issue about the bringing her into the room, her

10  making the comment about whatever she made the comment about and

11  being brought into the room so she can be a witness to a beating

12  do you plan on calling anybody else, Miss Rouse, other than her

13  if she chooses to testify?

14      MS. ROUSE:  No, Judge.

15      THE COURT:  Okay.  I just am curious talking off the top of

16  my head.  These motions started June 23rd of last year.  Next

17  week will be March the 7th of this year so that means we've gone

18  on give or take pretty close to nine months and haven't gotten

19  all these various motions concluded.  Hopefully we will pretty

20  soon.  If at this pace it takes us nine to ten months or so to

21  get the motions done, if we get to trial on Solache and the other

22  Defendants one at a time or maybe two at one time and one at

23  another, how long does everybody think these trials will take, a

24  year or two?  State?

MAYSONET 3486

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    reason the decision is ultimately made in this case.

2    That will be the basis.  Please.

3                  You may begin your examination.

4           MS. MAKOWSKY:  Thank you.

5                       GABRIEL SOLACHE,

6    called as a witness on his own behalf herein, having

7    been first duly sworn, testified through an interpreter

8    as follows:

9                     DIRECT EXAMINATION

10                   BY MS. MAKOWSKY:

11      Q.   Can you please state your name for the Court.

12      A.   Gabriel Solache.

13      Q.   Can you please spell your last name.

14      A.   S-o-l-a-c-h-e.

15      Q.   How old are you, Mr. Solache?

16      A.   Forty-two.

17      Q.   And where were you born?

18      A.   Mexico.

19      Q.   What year did you come to the United States?

20      A.   In '96.

21      Q.   And how old were you then?

22      A.   Twenty-four.

23      Q.   Why did you come to the United States?

24      A.   For the American dream and a better life.

MAYSONET 3487

┌─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1    Q.   What year did you come to Chicago?

2    A.   Like November of '96.

3    Q.   And how old were you then?

4    A.   Twenty-five.

5    Q.   Mr. Solache, what's your native language?

6    A.   Spanish.

7    Q.   When you were in Mexico, did you attend school?

8    A.   Yes.

9    Q.   And how old were you when you stopped attending

10   school in Mexico?

11   A.   Thirteen or fourteen years old.  I don't

12   remember exactly.

13   Q.   What did you do in Mexico after you stopped

14   attending school?

15   A.   Work.

16   Q.   When you came to the United States in 1996, did

17   you speak any English?

18   A.   No.

19   Q.   When you came to the United States in 1996, did

20   you read English?

21   A.   No.

22   Q.   When you came to the United States in 1996, did

23   you write English?

24   A.   No.

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1       Q.   I would like to direct your attention to
2  March of 1998.  Where were you --
3            THE INTERPRETER:  I'm sorry, March what?
4            MS. MAKOWSKY:  I'm sorry.  1998, the year.
5  BY MS. MAKOWSKY:
6       Q.   Where were you living at the time?
7       A.   6234 South Mozart.
8       Q.   Was this in Chicago?
9       A.   Yes.
10      Q.   And who were you living with?
11      A.   With Adrianna Mejia, Rosauro Mejia, Carlos
12  Martinez, and Arturo DeLeon.
13      Q.   Did Rosauro and Adrianna Mejia have any
14  children?
15      A.   No.
16      Q.   In March of 1998 was Adriana pregnant?
17      A.   She told everyone that she was pregnant.
18      Q.   And was Carlos Martinez related to anybody else
19  in the house?
20      A.   Brother to Adriana.
21      Q.   In March of 1998 were you working?
22      A.   Yes.
23      Q.   Where were you working?
24      A.   At a factory that's on 47th, in the middle of

MAYSONET 3489

1  Pulaski and Cicero.  I don't remember the name but it's

2  a metal company.

3       Q.   Would that be Reedy Manufacturing?

4       A.   Yes, it could be.

5       Q.   And how many hours a day did you work?

6            MR. PAPA:  Objection; relevance.

7            THE COURT:  Overruled.

8            THE WITNESS:  Normally we would work eight

9  hours, but when they would give us overtime, we would

10 work ten.

11 BY MS. MAKOWSKY:

12      Q.   And how many days a week did you work?

13      A.   Five days.

14      Q.   I want to direct your attention to Friday,

15 March 27, 1998.  Did you work that day?

16      A.   Yes.

17      Q.   What time did you start work that day?

18      A.   At 4:30 in the afternoon.

19      Q.   And what time did your shift end?

20      A.   Usually I would get off like at 12:30 or

21 1 o'clock, but on that day I worked extra hours and I

22 got off at 2:30 or 3 o'clock on Saturday.  I don't

23 exactly remember.

24      Q.   What time did you get home that morning?

MAYSONET 3490

42

┌─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1      A.   Well, when I got out of work, I stayed with my

2   co-workers in the parking lot, and one of them was the

3   one who would give me a ride home.  So I got home around

4   4:30 or 5 o'clock in the morning.  I don't know exactly.

5      Q.   What did you do when you got home?

6      A.   I went to go sleep, but when I passed by

7   Carlos' bedroom, I had a conversation with Carlos.  I

8   don't remember exactly about what, and then I went to

9   sleep.

10      Q.   And what time did you wake up later that day?

11      MR. PAPA:  Objection.

12      THE COURT:  Overruled.

13      THE WITNESS:  Like 12 o'clock in the afternoon.

14   BY MS. MAKOWSKY:

15      Q.   And what did you do when you woke up?

16      A.   I woke up because I heard a boy -- a child

17   crying, and I went to look to see what was going on, and

18   I saw that everyone was looking at Adrianna's brand new

19   baby girl.  I went to go cash my check.  I came back

20   home and then I left out with my friends.

21      Q.   Was there anyone else at the house who was new?

22      A.   Yes, there was another boy.

23      Q.   And did Adrianna say anything about the little

24   boy?

MAYSONET 3491

43

—DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL—

1    A.    Well, she didn't tell me anything but I --

2          THE COURT:  Then the question has been

3    answered; no, she didn't tell him.

4    BY MS. MAKOWSKY:

5    Q.    I would like to direct your attention to

6    April 3, 1998.  Did you work that day?

7    A.    Yes.

8    Q.    What time did you get home from work that day?

9    A.    Like at 1:30.

10   Q.    That would be in the morning or in the

11   afternoon?

12   A.    In the morning, early morning hours.

13   Q.    And what did you do when you got home?

14   A.    I went to the kitchen so I could make myself

15   something to eat, and then after a while Adrianna and

16   Rosauro came out of their room.  They were having a

17   discussion that Guadalupe had seen on TV, that they had

18   killed some parents of the little boy that they had at

19   the house.

20   Q.    And what happened next?

21   A.    They were arguing for a while there.  Rosauro

22   wanted to take the boy to the police station and

23   Adrianna did not want him to.  And then at one moment

24   Rosauro asked me if I could accompany him, and I told

MAYSONET 3492

44

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    him, yes, that there was no problem.

2        Q.   And did you accompany Rosauro to the police

3    station?

4        A.   Yes.

5        Q.   Who else went with you?

6        A.   Arturo DeLeon and the boy.

7        Q.   And what police station did you go to?

8        A.   I don't know the name of the police station,

9    but it's on St. Louis and 63rd.

10       Q.   Before April 3, 1998, had you ever been to a

11   police station before?

12       A.   No.

13       Q.   Before April 3, 1998, had you ever been

14   arrested in Chicago?

15           MR. PAPA:  Objection.

16           THE COURT:  Overruled.

17           THE WITNESS:  No.

18   BY MS. MAKOWSKY:

19       Q.   Before April 3, 1998, had you ever been

20   arrested in the United States?

21           MR. PAPA:  Objection.

22           THE COURT:  Overruled.

23           THE WITNESS:  No.

24

MAYSONET 3493

45

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1   BY MS. MAKOWSKY:

2       Q.   What happened when you got to the police

3   station at 63rd and St. Louis?

4       A.   Rosauro had a conversation with someone that

5   was at the desk, and I asked him what they had said to

6   each other, and he said that he had asked for someone

7   who spoke Spanish.  And we waited for the officer that

8   spoke Spanish.  I don't know exactly how much time, but

9   we were there until he arrived.

10      Q.   And what happened next?

11      A.   He arrived and he started to have a

12  conversation with Rosauro.  I don't know exactly what

13  they were saying.  A lot of time passed and then one of

14  the family members of the little boy arrived.  And then

15  after a while some other officers showed up, and they

16  told is we had to go to another police station.

17      Q.   Were you handcuffed at this time?

18      A.   No.

19      Q.   Did you go to another police station?

20      A.   Yes.

21      Q.   Which police station did you go to?

22      A.   Area Five.

23      Q.   What happened when you got to Area Five?

24      A.   They put Rosauro, Arturo, and myself in the

MAYSONET 3494

46

1    same room.

2        Q.    And then what happened?

3        A.    We were there together for about 30 minutes.

4    Then they separated us.  They put me in a room similar

5    to the one we were in.  In the room there was a metal

6    bench, a plastic chair, and there was a ring on the

7    wall.

8        Q.    When you were put in this smaller room, were

9    you handcuffed?

10       A.    No.

11       Q.    What happened after you were put in the small

12   room?

13       A.    I stayed there for a long time.  I don't know

14   exactly how much time.  Then the officers arrived.  They

15   looked at my shoes and they took them.

16       Q.    Did they return them?

17       A.    No.

18       Q.    What happened after that?

19       A.    Then they took me out of there, and they put me

20   in a bigger room where there was a big counter and there

21   was a chalkboard, computers.  And officers started

22   asking me questions.  He told me that they were accusing

23   me of some crimes.  He told me when they had happened.

24   I told them that at that moment I had nothing to do with

MAYSONET 3495

47

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1   that because I had -- I was working.

2       Q.   Did the officer in this room -- what language

3   did he speak to you in?

4       A.   Spanish.

5       Q.   What happened next?

6       A.   Well, he asked me a lot of questions.  I don't

7   remember exactly, but at the end he did not believe what

8   I had told him.

9       Q.   How do you know that he did not believe you?

10      A.   Because he told me.

11      Q.   What happened when that officer was done

12  speaking with you?

13      A.   He put me back in the room and then he

14  handcuffed me to the wall.

15      Q.   How did he handcuff you to the wall?

16      A.   With my right hand.

17      Q.   What happened next?

18      A.   Like five minutes later the detective, Guevara,

19  entered, and he hit me in my face and he asked me why I

20  had done it.  And I said, Why I have done what?  And he

21  said he didn't want anymore lies because something bad

22  was going to happen to me.  I told him that I had

23  already spoken with the other detective, and I had

24  explained where I had been.  And he did not believe me

MAYSONET 3496

48

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    and he beat me.

2        Q.   I just want to take a step back.  When

3    Detective Guevara came into your room, what language did

4    he speak to you in?

5        A.   In Spanish.

6        Q.   And was Detective Guevara the same officer who

7    you had spoken to in the other room?

8        A.   No.

9        Q.   You said that Detective Guevara hit you.  Can

10   you describe how he hit you?

11       A.   He was hitting me with the open hand hard

12   (indicating.)

13           THE COURT:  The record may reflect Mr. Solache

14   took his right hand, stretched it out away from his

15   body, and moved it in a slapping motion across his body.

16   BY MS. MAKOWSKY:

17       Q.   And where did he hit you?

18       A.   On my left side.

19       Q.   And how many times did he hit you?

20       A.   I don't remember.

21       Q.   Was it more than once?

22       A.   I don't remember.  I didn't count them.

23       Q.   What happened next?

24       A.   He went out and then he went to get Adrianna.

MAYSONET 3497

1    He came back with Adrianna and he sat her down in the

2    plastic chair and he asked me if I was going to keep

3    denying the crime in front of the lady.

4        Q.    What did you say in response?

5        A.    I told him that I had no idea what they were

6    talking about and that I had done nothing.

7        Q.    Did Detective Guevara hit you in front of

8    Adrianna?

9        A.    He slapped me once in front of her.

10       Q.    What happened next?

11       A.    He went out with Adrianna and then I don't know

12   where he put her, wherever he brought her from.  And

13   then he came back and he continued to hit me in my

14   stomach.  Then that's when I told him, yes, that I had

15   done it.

16       Q.    I just want to take a step back.  You said

17   Detective Guevara hit you in your stomach.  How did he

18   hit you?

19       A.    With his fist.

20       Q.    How many times did he hit you in your stomach?

21       A.    I don't remember.

22       Q.    And you said that he hit you in your stomach,

23   and you said that you did it?

24       A.    Yes.

MAYSONET 3498

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    Q.    Why did you say that you did it?

2    A.    Because he was hitting me and I couldn't take

3    it.

4    Q.    After you said, I did it, did you provide

5    Detective Guevara any details of the crime?

6    A.    No.

7    Q.    Did Detective Guevara hit you after you said, I

8    did it?

9    A.    No.

10    Q.    What happened next?

11    A.    He took me out of that room and he put me into

12    the bigger room again.

13    Q.    Who was in the bigger room?

14    A.    He was there and a woman.

15    Q.    Did you know who the woman was?

16    A.    At the moment, no.

17    Q.    Do you now know who the woman was?

18    A.    Yes.

19    Q.    Who was she?

20    A.    The State's Attorney.

21    THE WITNESS:  I don't know how to pronounce the

22    last name.

23    THE COURT:  He's saying in English he doesn't

24    know how to pronounce the last name.  If you're going to

MAYSONET 3499

51

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    use the interpreter, speak only in Spanish.

2         THE WITNESS:  Well, I can't pronounce her last

3    name in Spanish.

4         THE COURT:  All right, if you can pronounce it

5    in English, you may.

6         THE WITNESS:  Brualdi.

7         THE COURT:  Brualdi.

8         THE WITNESS:  Something like that.

9    BY MS. MAKOWSKY:

10        Q.   Can you describe what happened in the room with

11   Detective Guevara and the female attorney?

12        A.   They were talking.  I don't know what they were

13   talking about, and then Detective Guevara started asking

14   me questions, and he was like directing me like if I had

15   done this, if I had done that.  And I told him, yes.

16        Q.   I want to take a step back.  You said that

17   Detective Guevara and the female attorney were talking.

18   Could you understand what they were saying?

19        A.   No.

20        Q.   Were they speaking Spanish?

21        A.   In English.

22        Q.   And you said that Detective Guevara asked you

23   questions.  What language did he ask you questions in?

24        THE INTERPRETER:  I'm sorry?

MAYSONET 3500

52

1    BY MS. MAKOWSKY:

2        Q.   I'm sorry.

3             What language did he use to ask you

4    questions?

5        A.   In Spanish.

6        Q.   And then you said that Detective Guevara

7    directed you about certain things?

8        A.   About the crime, yes.

9        Q.   About the crime.

10            Did you ever speak to the female attorney

11   directly?

12       A.   No.

13       Q.   Did Guevara translate for you?

14       A.   Yes.

15       Q.   What was the female attorney doing while you

16   were talking with Guevara, Detective Guevara?

17       A.   She was writing.

18       Q.   And what happened next?

19       A.   She finished writing.  She gave what she was

20   writing to Detective Guevara, and he told me to place my

21   name on the pages.

22       Q.   Did you sign those pages?

23       A.   Yes.

24       Q.   Was what you signed -- what language was what

MAYSONET 3501

53

┌─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1   you signed written in?

2       A.   I believe in English.  I didn't read it.

3       Q.   Mr. Solache, in April of 1998, did you read

4   English or could you read English?

5       A.   No.

6       Q.   Could you speak English in 1998?

7       A.   Some few words.

8       Q.   And could you write English in April of 1998?

9       A.   No.

10      Q.   Did Detective Guevara read the statement to you

11  in Spanish?

12      A.   No.

13      Q.   Did you know what the statement said?

14      A.   No.

15      Q.   Why did you sign the statement?

16      A.   He told me to sign it.

17      Q.   And why did you follow his instructions?

18      A.   Well, he had already hit me, and I had to do

19  whatever he said.

20      Q.   Mr. Solache, how many hours were you at the

21  police station?

22      A.   I don't know.  I don't remember.

23      Q.   Were you allowed to use the bathroom while you

24  were at the police station?

MAYSONET 3502

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    A.   Once.

2    Q.   What would you do if you had to relieve

3  yourself the other times?

4        MR. PAPA:  Objection.

5        THE COURT:  Overruled.

6        THE WITNESS:  In the room that I was at there

7  was an empty soda can, and that's where I used the

8  bathroom.

9  BY MS. MAKOWSKY:

10   Q.   Were you given anything to eat at the police

11  station?

12   A.   A sandwich.

13   Q.   When you were at Area Five, did anyone tell you

14  you had the right to an attorney?

15   A.   No.

16   Q.   When you were at Area Five, did anyone tell you

17  you had the right to the Mexican consulate?

18        MR. SMITKO:  Objection.

19        THE COURT:  Sustained.

20  BY MS. MAKOWSKY:

21   Q.   Did you tell anyone at Area Five that Detective

22  Guevara hit you?

23   A.   Well, no, because the only person that spoke my

24  language was the one that was beating me up.  There was

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1   no one else to tell.

2       Q.   Did you -- who was the first person you told

3   about Detective Guevara?

4       A.   To my attorney, Viola Rouse.

5       Q.   Mr. Solache, did you know Mariano Soto?

6       A.   No.

7       Q.   Had you ever met him?

8       A.   No.

9       Q.   Had you ever been to his house?

10      A.   No.

11      Q.   Did you know Jacinta Soto?

12      A.   No.

13      Q.   Had you ever met her?

14      A.   No.

15      Q.   Had you ever been to her home?

16      A.   No.

17      Q.   Did you kill Mariano Soto?

18      A.   No.

19      Q.   Did you kill Jacinta Soto?

20      A.   No.

21      Q.   Did you kidnap their children?

22      A.   No.

23           MS. MAKOWSKY:  No further questions.

24           THE COURT:  Cross.

MAYSONET 3504

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    MR. VAIL:  Your Honor, just so the record is

2  clear, on behalf of Petitioner Reyes, we adopt.

3    THE COURT:  All right.  That will be kind of

4  just a standing assumption on all of the --

5    MR. VAIL:  It is, your Honor, unless I say

6  differently.

7    THE COURT:  That's fine.

8                CROSS EXAMINATION

9                BY MR. PAPA:

10   Q.  Mr. Solache, if I heard you correctly, you just

11 said that while you were at Area Five, no one told you

12 that you had a right to an attorney, correct?

13   A.  Yes.  They never told me anything.

14   MR. PAPA:  Judge, may I approach?

15   THE COURT:  You may.  And you need not ask my

16 permission.

17   MR. PAPA:  Thank you.

18 BY MR. PAPA:

19   Q.  Mr. Solache, I'm going to show you People's

20 Exhibit number -- I'll call it 3, No. 3.  And I'll mark

21 it today's date, which is April 9, 2013.  This is a

22 copy --

23   MR. VAIL:  Can I see it, Counsel?

24   THE COURT:  All right, Counsel has been shown a

MAYSONET 3505

57

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1   copy of the exhibit that Mr. Papa is displaying to the

2   witness.

3   BY MR. PAPA:

4       Q.   This is a copy of the handwritten statement

5   that you ultimately signed, correct?

6       A.   Yes.

7       Q.   And the -- there is a portion in the middle of

8   the first page of the document, correct?

9       A.   Yes.

10      Q.   And that portion that is pre-printed --

11      A.   Yes.

12      Q.   -- is in Spanish?

13      A.   Yes.

14      Q.   I believe you already told us you can read

15  Spanish?

16      A.   Yes, I read Spanish.  It's my language.

17      Q.   Okay.  Your signature appears in the -- at the

18  bottom of the pre-printed area, correct?

19      A.   Yes.

20      Q.   And then you actually have your initials above

21  your signature, correct?

22      A.   Yes.

23      Q.   Why don't you read that for us.

24      A.   Right now?

MAYSONET 3506

58

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1    Q.    Yes.

2          MR. VAIL:  Objection; relevance, your Honor.

3          THE COURT:  Overruled.

4    BY MR. PAPA:

5    Q.    If you want to hold it, go ahead.

6    A.    You have the right to remain silent.  Whatever

7    thing you have to state can be used in a courtroom.  You

8    have the right to speak with an attorney today and --

9    right now and have him present during the interrogation.

10   If you do not have the funds to obtain the services of

11   an attorney, one will be obtained before they ask

12   questions.

13         THE COURT:  All right, the record should just

14   reflect, which I'm sure it probably already does, that

15   the witness read the paragraph in his native language,

16   Spanish, and the interpreter translated it into English.

17         All right, go ahead.

18   BY MR. PAPA:

19   Q.    And then there is a number right directly below

20   that paragraph, correct?

21   A.    One and two.

22   Q.    Read number one.

23   A.    Do you understand all the rights I have

24   explained.

MAYSONET 3507

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1   Q.   And then that's when it says, Si, GS?

2   A.   Yes.

3   Q.   So we're all clear, si means yes, correct?

4   A.   Yes.

5   Q.   You wrote si?

6   A.   Detective Guevara told me to put it there.

7   Q.   I know but that's your handwriting, si?

8   A.   Yes.

9   Q.   Number two, read that.

10  A.   Now I understand in consideration these rights.

11  Do you want to speak with us.

12  Q.   And then it also says, si, GS?

13  A.   Yes.

14  Q.   You wrote si again?

15  A.   Yes.

16  Q.   You wrote GS?

17  A.   Yes.

18  Q.   You were given a pen by either the State's

19  Attorney, the female lawyer, or Detective Guevara for

20  you to write your name there?

21  A.   When they finished, he gave me this sheet so I

22  could put my initials here and this here.

23  Q.   Okay, so answering my question, either the

24  State's Attorney or the detective gave you a pen to

MAYSONET 3508

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    place your name at that location?

2        A.   Detective Guevara.

3        Q.   You read that paragraph at the police station?

4        A.   No, I never read it.  He just said to put my

5    name here and my initials here and this here.

6        Q.   In April of 1998, you could read English?

7        A.   No.

8        Q.   I'm sorry, not English.  I apologize.

9            You could read Spanish?

10       A.   Yes.

11       Q.   You're saying you chose not to read that?

12       MR. VAIL:  Objection; mischaracterizes.

13       THE COURT:  You may answer.

14       THE WITNESS:  He never told me to read it.  He

15    just said to put my name there and my initials.

16    BY MR. PAPA:

17       Q.   The female prosecutor was in the room with you

18    when you signed your name to every page of this

19    document, correct?

20       A.   Yes, she was there.

21       Q.   She would ask questions in English.  Detective

22    Guevara would then speak to you in Spanish?

23       A.   She would speak with Guevara and then Guevara

24    would translate for me, yes.

MAYSONET 3509

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    Q.    And then you would say something in Spanish?

2    A.    Well, Guevara would ask me some questions, and

3    I would say yes or no, depending on the question.

4    Q.    So are you saying, Mr. Solache, that you either

5    said the words si or no the entire time the female

6    prosecutor was in the room with you?

7    A.    Yes.

8    Q.    When the female prosecutor was in the room with

9    you, did you ever point to the place on your face where

10   you got slapped?

11   A.    No.

12   Q.    Did you ever try to say anything to the female

13   prosecutor to tell her that Detective Guevara had hit

14   you in any way?

15   A.    No.

16   Q.    At some point after that, Mr. Solache, you were

17   taken from the second floor at Area Five and brought

18   down to the lockup area, correct?

19   A.    Yes.

20   Q.    This is a different location than where

21   Detective Guevara was talking to you, correct?

22   A.    Yes.

23   Q.    Detective Guevara was nowhere around the lockup

24   area when you were brought down there?

MAYSONET 3510

62

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1        MR. VAIL:  Objection.  How would he know?

2        THE COURT:  Well, he's got eyes.  Overruled.

3        THE WITNESS:  Well, I didn't see him.

4   BY MR. PAPA:

5        Q.   You didn't see him anywhere there, correct?

6        A.   No.

7        Q.   And in the lockup there was another officer who

8   started asking you some questions, correct?

9        A.   I don't remember.

10       Q.   Well, it was an officer by the name of Basurto,

11  B-A-S-U-R-T-O?

12       A.   I don't remember.

13       Q.   That --

14       A.   I don't remember his name.

15       Q.   Okay, but you remember speaking to an officer?

16       A.   There was an officer there, but I don't

17  remember his name.  He never told me his name.

18       Q.   Do you remember talking to him?

19       A.   Yes, he was there.  We spoke.

20       Q.   He spoke Spanish?

21       A.   I don't know.  I don't remember.

22       Q.   You just told us you were speaking to this

23  officer.

24       A.   But I don't remember what he said.

MAYSONET 3511

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    Q.   You said you had -- you were speaking with him.
2  I'm not asking what he said to you.
3           THE COURT:   Ask a question.
4  BY MR. PAPA:
5    Q.   For you to understand him and have a
6  conversation with him, it means he was talking to you in
7  Spanish?
8           MR. VAIL:   Objection.
9           THE COURT:   Rephrase your question, Mr. Papa.
10 BY MR. PAPA:
11   Q.   Was he talking to you in Spanish?
12   A.   I don't remember.
13   Q.   This officer in the lockup that you remember
14 speaking to, you never told that officer that Detective
15 Guevara had slapped you?
16   A.   No.
17   Q.   You never told that officer who you were
18 speaking with that he had punched you, Detective Guevara
19 had punched you?
20   A.   No, I didn't tell him.
21   Q.   You made no complaint to him -- to this officer
22 of Detective Guevara doing anything to you, correct?
23   A.   At that moment, no.
24   Q.   Well, when you say at that moment, the entire

MAYSONET 3512

64

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1    time you were in the lockup, you made no complaints?

2        A.   No.

3        Q.   As a matter of fact, Mr. Solache, you -- a

4    picture, a photograph was taken while you were in the

5    lockup -- when you went down to the lockup, correct?

6        A.   I don't know.  There were a lot of photographs

7    they took.

8        Q.   When you were --

9        A.   I don't know.

10       Q.   When you were booked, they took a photograph of

11   you?

12       A.   I don't remember.

13       Q.   Mr. Solache, I'm now going to show you People's

14   Exhibit No. 4.  Who is that a photograph of?

15       A.   It's me.

16       Q.   That's what you were wearing when you went to

17   the police station, correct?

18       A.   Yes.

19       Q.   That's how you appeared when you were in police

20   custody on April 4th and April 5th of 1998?

21            MR. VAIL:  Objection.

22            THE COURT:  Basis?

23            MR. VAIL:  Vague.  He was cuffed for over two

24   days.  That's how he appeared over the two-day period.

MAYSONET 3513

65

┌─ DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL ─

1    We'll stipulate that that's what he looks like in the

2    picture.

3              THE COURT:  Well, the witness will be able to

4    answer the question.  The objection will be overruled.

5    You may answer.

6    BY MR. PAPA:

7         Q.   That's how you looked?

8         A.   Yes.

9         Q.   And this picture of you was taken after you had

10   spoken to Detective Guevara?

11        A.   I don't know.

12        Q.   This picture was taken after you spoke to the

13   female prosecutor?

14        A.   I don't know when they took it.

15        Q.   This picture was taken after you signed your

16   name to that handwritten statement?

17             MR. VAIL:  Objection.  He's answered twice he

18   doesn't know when it was taken.

19             THE COURT:  Overruled.  He may answer.

20             THE WITNESS:  No, I don't know when they took

21   the photograph.

22   BY MR. PAPA:

23        Q.   When you're looking at it, Mr. Solache, you can

24   see the left side of your face, correct?

MAYSONET 3514

66

┌─ DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL ─

1    A.   Yes, part of it.

2    Q.   Do you see anywhere on this photograph any

3  mark, any swollen area, anything that depicts that you

4  were struck by Detective Guevara?

5    A.   Can you repeat?

6        MS. DANIEL:  I object.  It calls for a

7  conclusion.

8        THE COURT:  Rephrase the question.  The witness

9  doesn't understand.

10 BY MR. PAPA:

11   Q.   Do you see anywhere on here that shows an

12 injury?

13   A.   No.

14   Q.   Now, you demonstrated for us the one time where

15 Guevara raised his arm back and slapped you, correct?

16   A.   Yes.

17   Q.   And you said, I believe, that it hurt?

18       MS. DANIEL:  Objection.  I don't believe -- he

19 did not say that.

20 BY MR. PAPA:

21   Q.   Well, did it hurt?

22   A.   It would hurt me when he would hit me, yes.

23   Q.   And each time he hit you he wound up and hit

24 you across the face?

MAYSONET 3515

67

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1     A.   Yes.

2     Q.   And you don't remember how many times he hit

3  you, he hit you so many times?

4     A.   I don't remember how many times he hit me.

5     Q.   Well, it was definitely more than one time?

6     A.   I don't remember.

7     Q.   And each of those times that he was winding up

8  and hitting you across your face, did it cause your lip

9  to bleed?

10    A.   No.

11    Q.   How about your nose?

12    A.   No.

13    Q.   How about your ear?

14    A.   My ear was like sounding but it was not

15  bleeding.

16    Q.   I'm asking you was it bleeding?

17          THE COURT:  He said it was not bleeding.

18          THE WITNESS:  No.

19  BY MR. PAPA:

20    Q.   Any part of your skin on your cheek, after all

21  of those times that he wound up and hit you across the

22  face, did he cause any part of your cheek, the skin to

23  bleed?

24    A.   No.

MAYSONET 3516

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    Q.    Was -- did it get red?  Did your face get red?

2          MS. DANIEL:  Objection.  How could he possibly

3    know that?

4          THE COURT:  Well, I'll let him answer.

5          THE WITNESS:  Well, there wasn't a mirror there

6    to look at myself.

7    BY MR. PAPA:

8    Q.    How about swollen?  Did it get swollen after

9    all of those times that he slapped you across the face?

10   A.    No.

11   Q.    Does your hair appear to be out of place at all

12   in this photograph?

13   A.    I don't know what you mean by that.

14   Q.    That is how you wore your hair back in April of

15   1998?

16   A.    I don't remember.

17   Q.    Now, after being at the police station you then

18   get transported, taken -- well, actually, to this

19   building, correct?

20   A.    Yes.

21   Q.    You appeared in front of a judge in this

22   building?

23   A.    Yes.

24   Q.    You had a lawyer appointed to you for a bond

┌─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1      hearing?

2          A.   Yes.

3          Q.   A lawyer that was not Ms. Rouse?  A lawyer who

4      was not Ms. Rouse?

5          A.   Yes.  I don't know their name.

6          Q.   But it wasn't the woman who represented you

7      during the trial?

8          A.   No.

9          Q.   When you were brought before the judge to have

10     your bond hearing, you had a Spanish interpreter like

11     you do today?

12         A.   Yes.

13         Q.   Somebody that was interpreting English to

14     Spanish, correct?

15         A.   Yes.

16         Q.   So that you understood everything that was

17     going on in the courtroom?

18         A.   Yes.

19         Q.   You never told that judge, hey, I got beat at

20     the police station, correct?

21         A.   Yes, that's correct.

22         Q.   Okay.  After that you then were brought over to

23     the jail, to the Cook County Jail, correct?

24         A.   Yes.

MAYSONET 3518

─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1      Q.   And at the jail you met with a paramedic that

2   worked for the jail at intake?

3      A.   No.

4      Q.   You met with a person by the name of Johnny

5   Musa, M-U-S-A?

6      A.   No.

7      Q.   And he started asking you some questions?

8      A.   No.  I don't remember.

9      Q.   You made no complaints --

10          MR. VAIL:  Objection, your Honor.

11          THE COURT:  Let him finish his question.

12   BY MR. PAPA:

13      Q.   You made no complaints to Mr. Musa about abuse,

14   physical abuse by Detective Guevara?

15          MR. VAIL:  Objection.  He testified that he

16   doesn't remember.  He doesn't remember this person nor

17   this conversation.

18          THE COURT:  Well, it's still an appropriate

19   area to go into cross examination.  Obviously the State

20   would then have the burden to prove up their

21   impeachment, that there was such a conversation with

22   particular individuals; but in order for the State to be

23   in a position of doing that, they almost have a duty

24   here to confront the witness with the conversation that

MAYSONET 3519

┌─DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL─

1   they intend to eventually put in.  So the objection is

2   overruled.

3          MR. VAIL:  May I reserve that objection

4   requiring the State to put in that testimony for

5   Mr. Musa?  Otherwise, there is no foundation, your

6   Honor.

7          THE COURT:  Repeat your objection, sir.

8          MR. VAIL:  My objection, if they are going to

9   prove this up, they are going to need to call Mr. Musa

10   to testify to this conversation.  And without that, I

11   move to strike this testimony.

12          THE COURT:  Well, it's too soon to strike it

13   because we're not in the State's case where they are

14   calling any witnesses just yet.  So you, perhaps --

15          MR. VAIL:  I preserve it, your Honor.

16          THE COURT:  Well, I mean, if they -- if they

17   rest without proving up what Mr. Papa is going into now,

18   then you should make your motion at that time.

19          MR. VAIL:  Thank you, your Honor.

20   BY MR. PAPA:

21     Q.   When you had your conversation with Mr. Musa,

22   you made no complaints to him of any physical abuse by

23   Detective Guevara, correct?

24     A.   I don't remember having a conversation with

MAYSONET 3520

72

1   him.

2       Q.   Well, do you remember speaking to anybody as

3   you were coming into the jail as to how -- as to -- in

4   regards to a medical history?

5       A.   No one asked me anything, but if they did ask

6   me, I don't remember.  I don't -- I didn't hear.  I

7   don't remember.

8       Q.   And as you went into the jail, another

9   photograph was taken of you, correct?

10      A.   Yes.

11      Q.   People's Exhibit No. 5.  That is a picture of

12   you, correct?

13      A.   Yes.

14      Q.   That's a picture of you that has your name on

15   there, correct?

16      A.   Yes.

17      Q.   And it has the date 4-06-1998?

18      A.   Yes.

19      Q.   This was a picture that was taken of you when

20   you were booked into the Cook County Jail, correct?

21      A.   Yes.

22      Q.   Do you see any injuries on your left side of

23   your face in this photograph?

24      A.   No.

MAYSONET 3521

73

┌─────────────────────────────────────────────────────
│ DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1      Q.    I'm going to show you People's Exhibit No. 6.

2    Who is that an exhibit of?

3      A.    It's a picture of me.

4      Q.    Do you know when this picture was taken?

5      MS. RALEY:  Your Honor, we don't have a

6    photograph.  We don't have a copy of that photograph.

7      THE COURT:  All right, you've seen it, though?

8      MS. RALEY:  I don't know -- I've read about it

9    in the transcript.  I don't know that I've seen it.

10     THE COURT:  Well, let's go on with the

11   questioning and then try to provide a copy of that as

12   soon as possible, State, to both parties.

13     THE WITNESS:  No, I don't remember when they

14   took it.

15   BY MR. PAPA:

16     Q.    That's at the police station?

17     A.    Yes.

18     Q.    Clearly this is after you have -- they took

19   your shoes, correct?

20     A.    Yes.  I don't have shoes.

21     Q.    Okay.  In it -- in this photograph you have a

22   pen in your right hand?

23     A.    Yes.

24     Q.    What's in your left hand?

MAYSONET 3522

74

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    A.    It could be a cigarette.

2    Q.    And this is in that room that you had said the

3    police had put you in that had the chalkboard in it?

4    A.    Yes.

5    Q.    This is the room -- well, was this the room

6    where the female State's Attorney was at speaking with

7    you?

8    A.    Yes.

9    Q.    This is taken at the time that the handwritten

10   statement was done?

11   A.    I don't know if it was when it was -- at that

12   time, but I was in that room in that picture.

13   Q.    Well, how many times were you given a pen?

14   A.    I don't remember but I was in that room twice.

15   Q.    The first time were you given a pen?

16   A.    I don't remember.

17   Q.    Mr. Solache, just as I'm standing next to you,

18   I can see some injuries to your head, correct?

19   A.    Yes.

20   Q.    Where did you get those injuries?

21   A.    It was an incident that I had.

22   Q.    What type of accident?

23   A.    Someone beat me up.

24   Q.    You said someone beat you up?

MAYSONET 3523

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1      A.    Yes.

2      Q.    Punching?

3      A.    No, with a pole --

4            THE INTERPRETER:  I'm sorry, your Honor, with a

5      brick.

6      BY MR. PAPA:

7      Q.    When?

8      A.    In June or July of '97.  I don't remember

9      exactly.

10     Q.    You're saying another person beat you with a

11     brick over your head?

12     A.    Yes, that's correct.

13     Q.    Do you know who that was?

14     A.    Yes.

15     Q.    Who was it?

16     A.    A cousin.

17     Q.    You would have known that back when you

18     testified before Judge Sacks on March 3rd of 2000,

19     correct?

20     A.    Yes.

21     Q.    You would have known that it was your cousin

22     that caused the injury to your head?

23     A.    This is an operation and he hit me here in

24     front.

MAYSONET 3524

76

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    Q.    What's the operation from?

2    A.    The reconstructive surgery from the blow.

3    Q.    You pointed to the left side of your forehead,

4    correct?

5    A.    Yes.  He hit me here and the -- they went

6    inside, the pieces, so then they had to open up my

7    forehead in order for them to scrape and to fix this

8    area.

9    Q.    And as -- you have -- that operation went from

10   your left ear to your right ear?

11   A.    That's correct.

12   Q.    And all from a beating from your cousin in June

13   or July of 1997?

14   A.    Yes.

15   Q.    When you -- do you remember testifying before

16   Judge Sacks in a motion to suppress your statement,

17   correct?

18   A.    Yes.

19   Q.    When you testified, that was on March 3rd of

20   2000, correct?

21   A.    I don't remember but it could be, yes.

22   Q.    And when you testified, you did the same thing

23   that you did today, you raised your hand and you took an

24   oath to tell the truth?

MAYSONET 3525

77

┌─ DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL ─

1      A.   Yes.

2      Q.   And much like today there is a -- there was a

3  Spanish interpreter interpreting English to Spanish and

4  then your answers from Spanish to English, correct?

5      A.   Yes.

6      Q.   And you were asked on cross examination by the

7  female prosecutor about the injury to your head,

8  correct?

9      A.   Yes.

10     Q.   You were asked this series of questions and you

11  gave this series of answers:

12          "Question:  Now, sir, you, you have an

13  injury to your head, isn't that correct, an old scar to

14  your head?"

15          And you answered yes.

16          That's correct?

17     A.   Yes.

18     Q.   "Question:  How did you get that?

19          "Answer:  An accident.

20          "Question:  What kind of accident?

21          "Answer:  Car."

22          You were asked those questions and you

23  gave those answers?

24          MR. VAIL:  Objection.  It does not impeach his

MAYSONET 3526

78

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1      testimony.

2              THE COURT:  Overruled.

3              THE WITNESS:  Yes.

4      BY MR. PAPA:

5          Q.   You were then asked these questions:

6                  "Question:  When was that?

7                  "Answer:  In '97.

8                  "Question:  Where was that at?

9                  "Answer:  On the expressway.

10                 "Question:  Here in the United States?

11                 "Answer:  Yes."

12             You were asked those questions and you

13     provided those answers?

14         A.   Yes.

15         Q.   When the prosecutor was asking you those

16     questions, she was asking you questions about the injury

17     to your forehead and the scar that goes from your left

18     ear to your right ear, correct?

19         A.   Yes.

20         Q.   You made no mention at all about some beating

21     you received from your cousin, correct?

22         A.   Yes.

23         Q.   You didn't tell the truth?

24         A.   Well, I didn't want my cousin to go to jail.

MAYSONET 3527

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1    It was a family member and I couldn't do that.

2        Q.   You lied?

3        A.   Yes.

4            MS. STACK:  Let the record indicate that the

5    witness shrugged his shoulders a little bit when he

6    said, "si".

7            MR. VAIL:  Objection, your Honor.

8            THE COURT:  I didn't see what he did with his

9    shoulders.

10   BY MR. PAPA:

11       Q.   Mr. Solache, as a result of that injury, from

12   wherever you got it from, from 1997, you spent how many

13   days in the hospital?

14       A.   Eighteen.

15       Q.   And you had, I believe you already said, an

16   operation as a result of it, correct?

17       A.   Yes.  They operated so they could fix that.

18       Q.   Did you lose hearing in your left ear from that

19   injury with the brick?

20       A.   No.

21       Q.   Did you have any problem whatsoever with your

22   left ear?

23       A.   No, I could hear.

24       Q.   Did you have any problem with your ear, your

MAYSONET 3528

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1   left ear?

2      A.  I was able to hear.  I don't know what you're

3   referring to, if I could hear.

4      Q.  Well, when you testified at the trial before

5   Judge Sacks, that was on June 19th of 2000, again, you

6   took an oath to tell the truth, correct?

7      A.  Yes.

8      Q.  And again, when you testified, there was a

9   Spanish interpreter, correct?

10      A.  Yes.

11      Q.  Translating English to Spanish and then Spanish

12   to English, correct?

13      A.  Yes.

14      Q.  Your lawyer asked you this question and you

15   gave this answer:  "Question:  When you were released

16   from Cook County Hospital, could you hear from your left

17   ear?

18           "Answer:  I had a little problem with it

19   but I could hear."

20      MS. DANIEL:  Objection; not impeaching.

21      THE COURT:  Overruled.

22      MR. VAIL:  Join, your Honor.

23      THE COURT:  Overruled.

24

MAYSONET 3529

81

┌─ DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL ─┐

1  BY MR. PAPA:

2      Q.   What was the little problem?

3      A.   I don't know how much I could hear, but I could

4  still hear.

5      Q.   So does that mean you lost hearing in your left

6  ear as a result of whatever happened to you in 1997?

7      A.   No.

8          MR. PAPA:  Judge, I have no further questions.

9          THE COURT:  All right, redirect.

10         MS. MAKOWSKY:  No further questions, your

11 Honor.

12         THE COURT:  All right.  Then -- and you were

13 not going to ask --

14         MR. VAIL:  No.

15         THE COURT:  All right.

16         All right, does the -- does Mr. Solache

17 want to return tomorrow?

18         MS. RALEY:  Yes, your Honor.

19         THE COURT:  All right.  I'll extend his writ

20 until tomorrow.  And how many witnesses do you have

21 lined up for tomorrow?

22         MS. DANIEL:  We have two or three, Judge.

23         THE COURT:  All right, let's try to get as many

24 as you can to try to move it along because I did clear a

MAYSONET 3530

DAILY COPY - TRANSCRIPT NOT CERTIFIED FOR USE ON APPEAL

1   lot of space up here. I would like to fill it up as

2   much as possible.

3           All right, the hearing will be commenced

4   and continued until tomorrow, as previously agreed by

5   the parties. The I.D.O.C. writ will be extended.

6           Thank you, officers.

7           MS. DANIEL: Judge, I guess there is one other

8   matter that we could potentially do today and that is we

9   filed a motion to admit the prior testimony of four --

10          MS. STACK: I'm sorry. I can't hear what

11  you're saying.

12          THE COURT: In the courtroom, no matter who's

13  talking, it's hard to hear in this place.

14          MS. DANIEL: Well, we could take up the matter.

15  We filed a motion to submit, as exhibits, testimony --

16          THE COURT: He can go, right?

17          MS. RALEY: Sure.

18          THE COURT: You can take him back.

19          (Petitioner Solache exits courtroom.)

20          MS. DANIEL: (Continuing) -- to admit prior

21  testimony of four witnesses. And we served the motion

22  on the State. They had an objection, although I believe

23  the objection was based on the prior unamended Rules of

24  Evidence. So they may or may not still have that

MAYSONET 3531