# EXHIBIT 53

| DETECTIVE DIVISION SPECIAL ORDER | DATE OF ISSUE 19 May 1986 | EFFECTIVE DATE 29 May 1986 | NO. 86-3 |
|---|---|---|---|
| SUBJECT INVESTIGATIVE FILES | | DISTRIBUTION | AMENDS |
| RELATED DIRECTIVES | | | RESCINDS Det. Div. S.O. 83-2 and Add.1 ✓ Det. Div. S.O. 83-2A ✓ Det. Div. Notice 84-6 ✓ |

I. PURPOSE

A. This order requires that an Investigative Case File Folder be initiated for:

1. all homicide investigations;
2. all felony investigations wherein an arrest has been effected and felony charges have been approved;
3. all felony investigations wherein a felony arrest warrant has been approved.

B. This order provides:

1. guidelines for the retention and preservation of documentary material gathered and generated in the course of certain criminal investigations;
2. guidelines to Division members regarding maintenance, storage, and retention of the subject files;
3. instruction for the development and proper assembly of all documents placed in the Investigative File, and continued use of the Investigative File Folder, the Miscellaneous Document Repository, the General Progress Report (CPD 23.122 (2/83), the Investigative File Inventory Sheet (CPD 23.121 (1/83), and the Investigative File Control Card (CPD 23.124 (1/83), as components of the Investigative File.

II. POLICY

It is the policy of the Chicago Police Department to conduct all criminal investigations in an impartial and objective manner and to maintain the integrity of its investigative files to ensure that the due process rights of the accused are not compromised during an investigation or any subsequent prosecution. Additionally, it is the policy of the Chicago Police Department to record and preserve information obtained by any Department member during the course of an investigation.

When assigned to an investigation, Division members will preserve and record information and materials obtained in the course of the investigation to ensure not only that information and material incriminating the accused are preserved, but that information and material which might aid in the defense of the accused are preserved as well.

III. DEFINITIONS

A. Investigative File

An Investigative File is a criminal case file pertaining to an investigation which contains official Department reports, notes, memoranda, and miscellaneous documents generated or received by a Division member during the course of an investigation. The Investigative File is designed to provide all parties engaged in a criminal proceeding, including the judge, state's attorney, defense attorney, and the assigned Department members, with the available written documentation pertaining to the criminal investigation in question.

B. Investigative File Case Folder

An Investigative File Case Folder is an 8½" by 11" folder complete with two (2) two-hole metal punch fasteners designed to secure all documents relating to the subject criminal case.

C. Miscellaneous Document Repository

A Miscellaneous Document Repository is an 8½" by 11" envelope which is utilized as a receptacle for all items and documents which are not 8½" by 11" in size. This envelope will be fastened with a two-prong metal fastener to the right hand side of the Investigative File Case Folder. It will be the first (bottom) document on the right hand side, when needed.

D. Investigative File Inventory Sheet

An Investigative File Inventory Sheet is a multi-lined 8½" by 11" sheet of paper with columns to identify and record each document that is placed into the Investigative File Case Folder. This form functions as the case index for all documents within the Investigative File Case Folder.

A copy of the Investigative File Inventory Sheet will be forwarded to the Records Division whenever felony charges are placed against a person(s) to ensure that proper notice of all existing documents pertaining to the subject investigation will be made to the State's Attorney's Office, the courts, and the defense counsel(s). (Please see Item IV-A-2.)

RFC-Maysonet 049088

E. General Progress Report

A General Progress Report is a Department form, 8½" by 11" in size, which will be utilized by all Division members. This document is designed to standardize the recording of handwritten notes and memoranda including written inter-watch communications, witness or suspect interview notes, on-scene canvass notes, and any other written personal notes normally generated by investigating Division members during the course of an investigation.

F. Investigative File Control Card

The Investigative File Control Card is a Department form designed to document the temporary removal of investigative files from the file repository.

G. Felony Charging

A felony charging, for the purpose of this directive, is any situation in which a detective is assigned to the investigation and an assistant state's attorney or an assistant deputy superintendent approves a felony charge or approves the issuance of a warrant for a felony charge.

H. Homicide cases are defined as those cases classified as Murder, Voluntary or Involuntary Manslaughter, Feticide and Justifiable Homicide.

IV. RESPONSIBILITIES AND PROCEDURES

Homicide investigations, by their very nature, generate a significant amount of documentation in addition to case and supplementary reports. In order to further ensure the integrity and completeness of the files in these cases, an Investigative File Case Folder will be initiated when the investigation commences. In felony cases, when a Detective is assigned and felony charges have been approved, an Investigative File Case Folder will be initiated. This will include cases in which an arrest warrant for a felony charge has been approved, as well as cases wherein an arrest(s) has been made.

Notes, memoranda, and other documents gathered in all other cases will be submitted by the Detectives and will be affixed to the copy of the case report in the Unit R.D. Numerical Sequence File.

A. Detective Division Unit Commanding Officers will ensure that:

1. the proper maintenance of the Unit's R.D. Numerical Sequence File and direct administrative control of all Investigative File Case Folders are achieved.
2. a copy of the completed Investigative File Inventory Sheet is forwarded to the Records Processing/Case Report Unit (164) whenever an investigation results in a person(s) being arrested and charged with a felony.
3. all related documents, except original copies of Supplementary/Case Reports, are retained in Unit files.
4. all notes, memoranda, and miscellaneous documents of potential evidentiary value are retained in the Unit files.

B. Detective Division Supervisors will ensure that:

1. an Investigative File Case Folder is initiated immediately in all homicide cases.
2. an Investigative File Case Folder is initiated for all incidents in which a Detective is assigned, the offender is apprehended and felony charges have been approved, or a felony warrant is issued.
3. all submitted documents are reviewed and inserted into the Investigative File Case Folder and logged on the Investigative File Inventory Sheet when an Investigative File Case Folder exists.
4. in those cases wherein an Investigative File Case Folder has not been prepared, all submitted documents presented with each Supplementary Report are reviewed and those documents are attached to the photocopy of the original case report in the Unit's R.D. Numerical Sequence File.

C. Detectives are required to:

1. record and preserve relevant information as fully and accurately as possible during the course of their investigation.
2. transcribe relevant information which initially had been recorded upon General Progress Reports, Major Incident Worksheets, and other miscellaneous investigative documents, on an official Department Case Report form (Supplementary, General Offense, etc.), consistent with their Detective Division Unit format.
3. submit all handwritten notes and investigative documents generated or received to the Unit Supervisor for review and inclusion in the Investigative File Case Folder whenever an Investigative File Case Folder has been initiated.
4. preserve all handwritten and investigative documents generated or received and submit them to the Unit Supervisor with each Supplementary Report submitted whenever an Investigative File Case Folder has not been initiated.
5. sign the Investigative File Control Card when removing the Investigative File Case Folder, and assume responsibility for the contents of the Investigative File Case Folder and any documents placed within the folder during his tour of duty. The Investigative File Control Card will be inserted in the place of the removed file for the duration of the file's absence. The Investigative File Case Folder will NOT be handed over to another Division member without recording this exchange on the File Control Card. Upon return of the file, the Investigative File Control Card will, itself, become part of the Investigative File.
6. record and forward any information relating to an investigation not assigned to him to the assigned Detective for investigation and inclusion in the files.

V. DETECTIVE DIVISION FILE RETENTION

A. Homicide File Retention Schedule

The Violent Crimes Unit will keep homicide related cases separately. On a yearly basis, during the 1st Police Period, the homicide files will be reviewed for the purpose of determining retention.

1. Cleared/Closed Homicide Cases

In cleared/closed cases, upon receipt of a final court disposition of "guilty," the Investigative File Case Folder will be sent to the Records Division for post conviction retention. Files containing a final court disposition of "not guilty" will be purged.

2. Cleared/Open and Uncleared Homicide Cases

In cleared/open cases, and uncleared cases, the Investigative File Case Folder will be maintained in the unit for 10 years and then sent to the Records Division for permanent retention.

3. Justifiable Homicide Cases

In Justifiable Homicide cases, the Investigative File Case Folder will be purged if the date of review is over two years beyond the date of occurrence.

B. Investigative File Case Folder Retention Other Than Homicides

All Detective Division Units will keep Investigative File Case Folders separately in R.D. Number order. These will involve all investigations other than homicides in which felony charges have been approved. On a yearly basis, during the 1st Police Period, all Investigative File Case Folders will be reviewed for the purpose of determining retention.

1. Cleared/Closed Cases

In cleared/closed cases, other than homicides, upon receipt of a final court disposition of "guilty," the Investigative File Case Folder will be sent to the Records Division for post conviction retention. Files with final court dispositions of "not guilty" will be purged.

2. Cleared/Open Cases and Cases Suspended Due to Unserved Felony Warrants

In cleared/open cases and cases suspended due to unserved felony warrants, the Investigative File Case Folder is to be maintained in the Unit until the expiration of the Statute of Limitations of the most serious crime committed, and then purged. In cases involving unlimited Statutes of Limitations, or Statutes of Limitations extended by outstanding warrants, Investigative File Case Folders will be maintained in the Unit for 10 years and then sent to the Records Division for permanent retention.

C. R.D. Numerical Sequence File Retention

All Detective Division Units will maintain a separate R.D. Numerical Sequence File for all cases not requiring Investigative File Case Folders.

1. All Detective Division Units may remove from the R.D. Numerical Sequence File all cases that are over one (1) year old.

2. If removed from the R.D. Numerical Sequence File, these cases will be labeled and boxed. They will then be stored at the police facility at a site selected for its accessibility and security for a period of two additional years.

VI. INSPECTION

The instructions contained in this directive will be strictly adhered to. Exempt members of the Detective Division will conduct periodic, unscheduled inspections of the subject files to ensure compliance.

George McMahon, Chief
Detective Division

RFC-Maysonet 049090