# EXHIBIT 60



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000972

PX 001-001



Hawkins, Earl

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000974



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000975



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000976



BALDWIN, PAUL, D
M/8/86  16 DEC 57
3933 S. LANGLEY #703

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000977

PX 001-006



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NP-000978



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000979

PX 001-008



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000980



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000981

PX 001-010



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000982



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000983



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000984



Island, Donald
DOB 13 Dec 63

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000985

PX 001-014



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000986



ASD Vincent Neumann

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000987

PX 001-016



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000988

PX 001-017



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000989



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000990



Smallwood, Willie

19 Oct 37

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000991

PX 001-020



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000992



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000993



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000994

PX 001-023



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000995



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000996



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000997

PX 001-026



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000998

PX 001-027



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-000999

PX 001-028



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001000

PX 001-029



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001001

PX 001-030



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168


CITY-NF-001002



(Ford - Dodge)
Beige & Cream Van
Back windows Tinted

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001003

PX 001-032



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001004



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001005



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001006

PX 001-035



Parrish, Maxine
DOB 26 may 46
AKA Crawford, Maxine

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001007

PX 001-036



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001008



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001009

PX 001-038



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001010



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001011



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001012



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001013



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001014



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001015



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168


CITY-NF-001016



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001017



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001018



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001019



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001020



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001021



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001022



INCIDENT: #
NAME: _Edward Clifford Marshall_
ADDRESS: _730 E. 79st_ _867-709_
D.O.B. _3-28-66_ I.R.# _D 4 #G24-1116_
HGT. _5'8_ WGT. _145_ COMP. _Med_
GANG 'AFFIL

CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001023

PX 001-052



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001024



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001025



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001026



CONFIDENTIAL: Produced
Pursuant to Protective Order
Entered in 10 C 1168

CITY-NF-001027



CITY-NF-001028

F.C.#
136475800

PX 001-057





CITY-NF-001029

PX 001-058



CITY-NF-001030

CITY-NF-001031

PX 001-060

**MAJOR CRIME WORKSHEET**
(VIOLENT CRIMES UNIT/DETECTIVE DIVISION)

| TYPE INCIDENT | BEAT OCCUR. |
|---|---|
| Death Investigation | |

**LOCATION OF INCIDENT:** 4227 South Oakenwald  
**TYPE LOCATION (HOUSE, STREET, ETC):** Apartment 507  
**DATE OF OCCUR.:** 29 March 84  **DAY:** Thurs  **TIME OCC:** 153

**DESCRIPTION OF VICTIM:** Decomposed  
**WEATHER/LIGHTING:**

**VICTIM'S NAME (LAST–FIRST–M.I.):** 1. BYRDS, Martha  
**SEX–RACE:** F/B  **AGE–DATE OF BIRTH:** 86  **MARITAL STATUS:**

**HOME ADDRESS:** 4227 South Oakenwald  **APT./FLOOR:** 507  
**HOME TELEPHONE:** 373-2823  **NUMERICAL IDENTIFIERS (TYPE & NO.):**

**OCCUPATION:**  **PLACE OF EMPLOYMENT–ADDRESS–TELEPHONE:**  **SECONDARY ADDRESS/TELEPHONE USED BY VICTIM:**

**INJURIES:** Partially decomposed  
**HOSPITAL TAKEN TO:** Michael Reese  
**TREATED OR PRONOUNCED BY – TIME:** Dr Phillips at 1812 ho

**MEDICAL EXAMINER'S INV.:** Pickett  
**VICTIM IDENTIFIED BY: NAME–ADDRESS–TELEPHONE–RELATIONSHIP:** Andrew Harris 5228 S. Lowe 928-0734 (Nephew)

**OFFENDER'S NAME (LAST–FIRST–M.I.):** 1.  
**SEX–RACE:**  **AGE–DATE OF BIRTH:**  **HEIGHT:**  **WEIGHT:**

**HOME ADDRESS:**  **APT./FLOOR:**  **TELEPHONE:**  **CLOTHING DESCRIPTION:**

**VEH. DESCRIPTION–LICENSE NO–V.I.N.:**  **WEAPON ☐USED ☐DISPLAYED:**

**I.R. NO.:**  **C.B. NO.:**  **WORDS USED BY OFFENDER:**

**OFFENDER'S NAME (LAST–FIRST–M.I.):** 2.  
**SEX–RACE:**  **AGE–DATE OF BIRTH:**  **HEIGHT:**  **WEIGHT:**

**HOME ADDRESS:**  **APT./FLOOR:**  **TELEPHONE:**  **CLOTHING DESCRIPTION:**

**VEH. DESCRIPTION–LICENSE NO–V.I.N.:**  **WEAPON ☐USED ☐DISPLAYED:**

PX 001-061

CITY-NF-001032

| I.R. NO. | C.B. NO. | WORDS USED BY OFFENDER | | | |
|---|---|---|---|---|---|
| OSS | | | | | |

R.D. NO. F- 112 - 868

| CRIMINAL CHARGE(S) | ☐ OVERRULED (EXPLAIN)<br>☐ APPROVED | CT. BR. | DATE | ASA | ☐ EYE ☐ C |

| NAME (LAST—FIRST—M.I.) | SEX—RACE | AGE—DATE OF BIRTH | | ☐ EYE ☐ OUTCRY |
|---|---|---|---|---|
| 1. HARRIS, Andrew | M/B | 38 | | ☐ CIRCUMSTANTIAL |

| HOME ADDRESS | APT./FLOOR | HOME TELEPHONE | NUMERICAL IDENTIFIERS (TYPE & NO.) |
|---|---|---|---|
| 5328 South Lowe | | 924-0534 | Nephew of deceased |

PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME-ADDRESS-PHONE

| NAME (LAST—FIRST—M.I.) | SEX—RACE | AGE—DATE OF BIRTH | ☐ EYE ☐ OUTCRY |
|---|---|---|---|
| 2. HIGENBOTTOM, Carrie | F/B | 66 | ☐ CIRCUMSTANTIAL |

| HOME ADDRESS | APT./FLOOR | HOME TELEPHONE | NUMERICAL IDENTIFIERS (TYPE & NO.) |
|---|---|---|---|
| 9208 South Eggleston | | 874-4112 | Sister in law of deceased |

PLACE OF EMPLOYMENT—ADDRESS—TELEPHONE | RELATIVE/FRIEND NOT LIVING WITH WITNESS: NAME-ADDRESS-PHONE

| #/ ENCE | E.I. NO. | PROP./INVENTORY NO. | DESCRIPTION |
|---|---|---|---|

| YEAR & NO. | ☐ MAIN ☐ BRANCH | ☐ INSIDE TELLER ☐ OUTSIDE WINDOW TELLER | ☐ THREAT NOTE ☐ BAIT MONEY | ☐ OTHER (DESCRIBE) |
|---|---|---|---|---|

| TYPE OF ALARM SYSTEM | GUARD PRESENT ☐ YES ☐ NO | CAMERAS ACTIVATED — LOCATION ☐ YES ☐ NO |
|---|---|---|

| TELLER INFORMATION & LENGTH OF SERVICE | GUARD INFORMATION & LENGTH OF SERVICE |
|---|---|

| PATROL BEAT UNIT ASSIGNED—OFFICERS' NAMES, STAR NOS. | ASSISTING UNITS (E.T., MOBILE CRIME LAB.) |
|---|---|
| NB - 2173, Ptlmn. Patton # 15495<br>NB - 2173, Ptlmn. Patton # 15495<br>Ptlmn. Johnson # 8937 | MB 2120 - Sgt. Breckenridge # 1537<br>UNITS NOTIFIED |

| DETECTIVES ASSIGNED (NAME — UNIT NO.) |
|---|
| Markham # 2913 |



CITY-NF-001033

CITY-NF-001034



PX 001-063

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|
| CARTER Louis J | | | | | | | | | |
| ADDRESS ARRESTEE 652 W. Garfield 3RD. | | | | | | PHONE | DATE ARRESTED | TIME ARRESTED | |
| ALIASES | | | | | | | R.D. NO. F-151 922 | C.B. NO. | |
| | | | | | | | BIRTHPLACE Chgo | I.R. NO. 645644 | |
| DOB Jll Driver's Lic C 636-5306-4/125 | AGE 19 | SEX M | RACE B | BUILD MED. | HEIGHT 6-00 | WEIGHT 150 | EYES 38W | HAIR BLK | COMPLEXION DARK | GLASSES No | NATIONALITY American |
| MARITAL STATUS Single | | EMPLOYER OR SCHOOL Unemployed | | | | OCCUPATION Laborer | | ARTICLE 38 ☐ YES ☐ NO | |
| ARRESTED WITH | | | | | | VEHICLE USED (DESCRIBE) | | PHONE | |
| COMPLAINANT NAME | | | | | | COMPLAINANT ADDRESS | | RELEASED ☐ YES ☐ NO | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | CHARGES PLACED | | | |
| ARRESTING OFFICERS Duffy | STAR NO. 5734 | | | | COURT BRANCH | DATE | DISPOSITION | | |
| Tomasek | STAR NO. | | | | | | | | |
| INVESTIGATING OFFICER Evans or Hood | STAR NO. | | | | | | | | |

GPD-11.420 (11/72)

ARREST INFORMATION / CHICAGO POLICE

Blk zippered jacket
Blk & Brown checked Y8 shirt
Black corduroy
White sock
Blk Slip on shoes
hair cut short
Mustache
Clear stone pin in lt ear

CITY-NF-001035

CITY-NF-001036



PX 001-065

| ARRESTEE NAME (LAST, FIRST, MI) | | | | | | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|
| EDWARDS  Delbert  G | | | | | | | | | | |
| ADDRESS ARRESTEE | | | | | | PHONE | | DATE ARRESTED | TIME ARRESTED | |
| 730 E 39-h ST, 709 | | | | | | 924-1110 | | | | |
| ALIASES | | | | | | | | R.D. NO. F 151 928 | C.B. NO. | |
| | | | | | | | | BIRTHPLACE Chgo | L.R. NO. E 38 827 | |
| AGE 19 | SEX M | RACE B | BUILD | HEIGHT 5-6 | WEIGHT 160 | EYES Brn | HAIR Blk | OCCUPATION Laborer | COMPLEXION Med. | GLASSES | NATIONALITY Amer |
| MARITAL STATUS Single | EMPLOYER OR SCHOOL Unemployed | | | | | | VEHICLE USED (DESCRIBE) | | SOC. SEC. NO. | |
| ARRESTED WITH | | | | | | | | | ☐ Yes ☐ No | |
| COMPLAINANT NAME | | | | | | | COMPLAINANT ADDRESS | | PHONE | |
| | | | | | | | | | RELEASED ☐ Yes ☐ No | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | | CHARGES PLACED | | | |
| ARRESTING OFFICERS | | | | | STAR NO. | | COURT BRANCH | DATE | DISPOSITION | |
| | | | | | | | | | | |
| INVESTIGATING OFFICER Evans & Nood | | | | | STAR NO. | | | | | |

ARREST INFORMATION / CHICAGO POLICE

CPD, 11.480 (11/72)

Blk sleveless T shirt
"GREAT AMERICAN" Logo

Blue jeans

Grey slip on shoes

Blue hooded zip'up sweat shirt

# tatoo on Rt hand
Dell tatoo on Lt. forearm.

Mustache & Gotee
hair worn short crop Natural.



CITY-NF-001037

PX 001-066

Case: 1:10-cv-01168 Document #: 1185-43 Filed: 02/24/17 Page 68 of 147 PageID #:34015

**REQUEST FOR IDENTIFICATION PHOTOS**
CHICAGO POLICE DEPARTMENT

**INSTRUCTIONS:** Prepare in DUPLICATE. Forward both copies by Police Document Service to Graphic Arts Section. IN EMERGENCY SITUATIONS ONLY, Request may be presented in person.

DATE: 29 APR 84

REQUESTED BY (NAME): Det J Bogdalek (STAR NO.) 14679

UNIT OF ASSIGNMENT: 612

FAX/BELL: 9-1115

NO. OF COPIES: 3

REQUEST FOR: MARK ONE BOX ONLY, COMPLETE A SEPARATE REQUEST FOR EACH PHOTO CATEGORY
[X] PHOTO
[ ] PENITENTIARY RELEASE PHOTO
[ ] REPRODUCE ATTACHED PHOTO
[ ] PHOTOG. COPY OF FINGERPRINTS
[ ] OTHER (SPECIFY)

| NAME (LAST-FIRST-MIDDLE) | SEX | RACE | I.R. NO. (UNKNOWN GIVE C.B. NO.) |
|---|---|---|---|
| GREEN GERALD | M | B | 578262 |
| BANKS RODELL | M | B | 322345 |
| STEWART EDWARD | M | B | 650810 |
| | | | |
| | | | |
| | | | |

CPD-31,951 (REV. 7/76)

APPROVED BY REQUESTING MEMBER'S COMMANDING OFFICER (SIGNATURE-RANK-STAR NO.)

FOR IDENTIFICATION SECTION USE ONLY

CITY-NF-000138

PX 001-067



730 E 39th

"Lawrence" EDWARDS
"MacHell"

709

(-) 17 yrs (-)
(-) 21 yrs (-)

Father

JUMP SUITS in SHIPPING Bag.

CITY-NF-001039

Lawrence - Marshall    Herbert & Johnnie

Edward Brothers

I Heard Them talking about
killing Freddy because of
the shooting night.

2 - Saw them about 0900
hrs. in stairwell - Lawrence
said he was going to get the
gun + that they would put
on masks + Lawrence also
said he wouldn't live through
night + marshall said
he won't be jumping on you
anymore.

CITY-NF-001040

PX 001-069

CHICAGO POLICE
MESSAGE | DATE | TIME

TO Hood- Evans

MR.
MS.

OF

| TELEPHONED | PHONE NO: |
| RETURNED YOUR CALL. | |
| WILL CALL AGAIN | ☐ PLEASE CALL  BELL ☐  CENT. ☐  FAX ☐ |
| CAME IN TO SEE YOU | WAITING TO SEE YOU- |

MESSAGE

Ronald                    Driver
                          passenger
                          of veh
Donald                    per
                          anon caller.


— STONES —

Jerome Smith

Fuddy

CPO-11.170 (REV. 6/70)    CALL RECEIVED BY



CITY-NF-001041

Hickmon 3 - 6R
1 - 5R

Smith 2 - 6R

All 9mm + Suitable
for Comparison per
Sgt. Lamoro
Firearm Id Unit, Crime Lab.

CITY-NF-001042

PX 001-071

CHICAGO POLICE
MESSAGE | DATE | TIME

TO  BOUDAHEK
MR.
MS.

OF

| ☐ TELEPHONED | PHONE NO. |
| ☐ RETURNED YOUR CALL | |
| ☐ WILL CALL AGAIN | ☐ PLEASE CALL  BELL ☐  CENT. ☐  PAX ☐ |
| ☐ CAME IN TO SEE YOU | ☐ WAITING TO SEE YOU |

MESSAGE

DetBeeT EdwARDS

1R 638827

PO-11.170 (REV. 6/70) | CALL RECEIVED BY



CITY-NF-001043

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found; who found it and its description (include Property inventory number). If property taken was seized for Operation identification, indicate I.D. number at end of Narrative. Offense description, if possible, should include name if known, i.e., C.B. or I.R. number, if known, and state "in Custody."

nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If arrested, give name, etc.

**SUPPLEMENTARY REPORT**
CHICAGO POLICE

All descriptions and statements in this entire report are approximations or memorizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 28 | MO. Apr | YR. 84 | 1017

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1. I.U.C.R OFF. CODE | 2. ADDRESS OF ORIG. INC. | | 3. ☒1 VERIFIED ☐3 CORRECTED | 2. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 706 E. 3   reet | | | 214 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☐1 YES ☒2 NO | | 4. L. VICTIM INFOR. 10 THROUGH 21. | 5. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT/ARR ASSIGNED |
|---|---|---|---|---|---|---|
| HICKMAN, Talman | | | | | | 612 |

| 6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| CHA Grounds | 123   0 | 0 | (Four) |

| 12. OBJECT/WEAPON | 13. FIREARM FIXTURES | 14. POINT/ENTRY | 15. POINT/NEXIT | 16. BURGLAR ALS. | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

| DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED | | | FILL IN THE FULL VALUE REPORTED ON THE LAST PREVIOUS SUPPLEMENTARY REPORT. THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE LAST PREVIOUS SUPPLEMENTARY REPORT. |
|---|---|---|---|
| UNK | | | |
| 1 MONEY ☐T $  ☐R | 2 JEWELRY ☐T $  ☐R | 3 FURS ☐T $  ☐R | 4 CLOTHING ☐T $  ☐R |
| 5 HOUSEHOLD GOODS ☐T $  ☐R | 6 CONSUM. GOODS ☐T $  ☐R | 7 FIREARMS ☐T $  ☐R | 8 NARC./DANGEROUS ☐T $  ☐R |
| | | | 7 OFFICE EQUIPMENT ☐T $  ☐R  8 TV, RADIO, STEREO ☐T $  ☐R  9 OTHER ☐T $  ☐R  0 NONE ☐T ☐R |

| 20. NAME (LAST—FIRST—M.I.) | 21. I.U.C.R OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN./REG. | 27. VICTIM RELL. COD |
|---|---|---|---|---|---|---|---|
| 1. HICKMON, Talmon | | | M—1—30 | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B NO. | I.R. NO., V.D.RO. OR I.O.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.U. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST, UNIT NO |
|---|---|---|---|---|---|---|---|
| OFF. | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☒1 DNA | ☐2 VERIFIED | ☐3 CONNECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)**

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | I UNIT NO. 153. STATUS | | |
|---|---|---|---|---|---|---|
| DNA | DNA | | ☐1 FIELD ☐3 SUMMARY | ☒0 PROGRESS | ☐1 SUSPENDED | ☐2 UNFOUNDED |

| STATUS CONT'D. | 5 EXC. | 6 EXC. | 7 CLSD. | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐1 CLRD. CLOSED | ☐4 CLRD. OPEN | ☐2 CLRD. CLOSED | ☐5 CLRD. OPEN | ☐8 NON- CRIM. | ☐1 ARREST & PROSEC | ☐2 DIRECTED TO JUV. CRT | ☐3 COMPL. REFUSD TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ ADULT ☐ |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**20. NARRATIVE**

VICTIM:    HICKMON, Talmon M/B 30 yrs., DOB                  , of

706 E. 39th St. Apt. 1406, phone 268-9445, single,

unemployed, S.S. #                    , CPD IR # 305644.

ADDITIONAL VICTIM:    SMITH, Jerome aka "Fuddy" M/B 30 yrs., DOB

of 706 E. 39th St. Apt 806, phone 924-7355, single,

unemployed, S.S. #                , CPD IR # 314142.

CONTINUED
☐ OTHER SIDE

| 50. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 21. DATE THIS REPORT SUBMITTED — | TIME | 22. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal Distribution | DAY 28 | MO. Apr | YR. 84 | | | |

| 22. REPORTING OFFICER (PRINT NAME) | STAR NO. | 24. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | 95. DATE APPR'D |
|---|---|---|---|---|---|
| Det. Robert Evans 12754 | | Det. Stephen Hood 11885 | | CITY-NF-001044 | |

SIGNATURE                     SIGNATURE

CPD 11.411 (REV. 2/84 TEMP. B.I.S. USE ONLY)          * MUST BE COMPLETED IN ALL CASES

P-151
922

Detective Division                                    Homicide/Murder
Area One Violent Crimes           Page Two            HICKMON & SMITH

| | |
|---|---|
| WANTED: | Four offenders.<br><br># 1 male black, 21 to ... , 5-10 to 6-0, medium build, last ... wearing a blue jogging suit and ... skull cap.<br><br># 2 male black, 20 to 2... yrs., 5-7 to 5-9, medium build, last ... en wearing a dark colored jacket and ... dark colored skull cap. Hair worn lo... & had an earring.<br><br># 3 & 4 subjects unknown. Both stayed in the vehicle described below. |
| WANTED VEHICLE: | 1979 (approx. year) Cadillac Coup de Ville, 2 door, all medium blue in color, license number unknown. |
| INJURIES: | Victim # 1 Talmon Hickmon:<br>Gun shot wound above left ear.<br>Gun shot wound back of neck.<br>Gun shot wound right top of head.<br>Gun shot wound right side of head near ear.<br>(Fatal)<br><br>Victim # 2 Jerome Smith:<br>Gun shot wound to right rear base of skull.<br>(Fatal) |
| TAKEN TO: | Both victims transported to Michael Reese hospital and pronounced DOA by Dr. Michael Puchalsky on 28 Apr 84 at 1140 hours.<br><br>Victim # 1, Talmon Hickmon, was transported to Michael Reese by Beat 273.<br><br>Victim # 2, Jerome Smith, was transported to Michael Reese by Beat 272. These units then removed the remains to the Forensic Institute. |
| WEAPONS: | See EVIDENCE catagory this report. |
| LOCATION: | On the sidewalk in front of 706 E. 39th Street, a CHA high-rise building |
| DATE & TIME: | 28 Apr 84, Saturday, 1017 hours. |

ED # D-151 922

CONTINUED ON PAGE THREE



CITY-NF-001045

PX 001-074

Detective Division            Homicide/Murder
Area One Violent Crimes     Page Three     HICKMON & SMITH

| | |
|---|---|
| WEATHER & LIGHTING: | Warm, high 60's, and clear. Good natural lighting. |
| MANNER/MOTIVE: | Victims shot for unknown reasons. |
| IDENTIFIED BY: | Both victims identified at the scene by Otha HICKMON, M/B 26 yrs. of 706 E. 39th St. Apt. 1406, brother of Talmon Hickmon. |
| | Formal identification to be made at the Forensic Institute by the respective families on 29 Apr 84. |
| PROPERTY TAKEN: | Unknown at this time. |
| EVIDENCE: | Homicide # 84-196 |
| | Evidence Inventory # 7972 - Scene processing by Mobile Crime unit 9601 including photographs of the scene and the recovery of seven .9mm casings. |
| RECOVERED PROPERTY: | Inventory 091143 - 2nd District One Skanka AM/FM cassette radio. Inventoried by Beat 213, owner unknown but belived to belong to one of the victims. |
| NOTIFICATIONS: | Cook County Medical Examiner, Inv. Draus # 21 responded to the scene. |
| PERSONNEL ASSIGNED: | Beat 210 Sgt. McCarthy # 949 |
| | Beat 213 P.O. Mickel # 10974 |
| | Beat 212 P.O. Bailey # 13296 |
| | Beat 221 P.O. Rawls # 12862 |
| | Beat 222 P.O. Watson # 13364 |
| | Beat 272 P.O. Kostro # 13365 P.O. McLaughlin # 7313 |
| | Beat 273 P.O. Jiminez # 13798 P.O. Kolnik # 10516 |
| | Beat 2163B P.O. Droba # 16244 P.O. Golon # 7009 |

CONTINUED ON PAGE FOUR

RD # F-151 922



CITY-NF-001046

PX 001-075

Detective Division                                    Homicide/Murder
Area One Violent Crimes          Page Four            JOHNSON & SMITH

PERSONNEL ASSIGNED:(CONT.) Beat 4114 G.S. Rich    n # 3385
                                     G.S. Will     # 12571

                           Beat 4192 G.S. Duf     734
                                     G.S. Tom     5610

                           Beat 4521 P.O. Felke   # 11987
                                     P.O. Miske  n # 15258

                           Beat 9601 Tech. McKe   th # 7668
                                     Tech. Bach  ler # 12680

                           Beat 5110 Sgt. McCrae # 2207

                           Beat 5113 Det. Fields # 6424

                           Beat 5115 Det. Carroll # 5043
                                     Det. VanBerschot # 2552

                           Beat 5114 Det. Hood # 11885
                                     Det. Evans # 12754

WITNESSES:                 BENSON, Eric, M/B 9 yrs of age,
                             of 706 E. 39th St. Apt. 307, no phone.
                             (Eye-Oral)

              "Shoety"     BALL, Cleveland, M/B 19 yrs of age,
                           → of 706 E. 39th St. Apt. 309, 373-2601.
                             (Circ-Oral)

INTERVIEWED:               ROBINSON, Martha F/B 49 yrs of age,
                             of 706 E. 39th St. Apt. 109, 373-5606.
                             (Heard two gun shots but did not look
                             out of window)

                           ROBINSON, Kenya F/B 11 yrs of age,
                             of 706 E. 39th St. Apt. 109, 373-5606.
                             (Heard four gun shots and saw two
                             subjects run North from under the
                             breezeway then West around building)

                           WATTS, Inetter F/B 46 yrs of age,
                             of 706 E. 39th St. Apt. 108, 285-8579.
                             (Heard numerous shots looked out her
                             window and saw two men she knew from
                             her building laying on the sidewalk)

                           LANGSTON, Willie Mae F/B 38 yrs of age,
                             of 706 E. 39th St. Apt. 106, 373-4592.
                             (Heard some shots looked out and saw
                             two men laying on the ground)

CITY-NF-001047         CONTINUED ON PAGE FIVE

RD # F-151 922

Detective Division
Area One Violent Crimes              Page Five            :ide/Murder
                                                          ON & SMITH

INTERVIEWED:(CONT.)        BENSON, Dorthy F/B 2    of age,
                           of 706 E. 39th St. A;    , no phone.
                           (Heard shots went to     because
                           her son Eric was play    t in front
                           and saw two men layir   be ground)

                           CARTER, Louis J. M/B    yrs of age,
                           of 652 W. Garfield Blv   no phone.
                           (See INVESTIGATION cat  ry this report)

                           EDWARDS, Delbert Q. M/I 19 yrs of age,
                           DOB 7 May 64, of 730 E. 39th St. Apt.
                           709, phone 924-1110.
                           (See INVESTIGATION cata ory this report)

INVESTIGATION:             On 28 Apr 84 at about 1017 hours the
                           R/Dets. monitered a zone five simulcast
via City Wide II radio of two men shot on the street at 706 E. 39th
St.  Upon arrival the R/Dets. observed several uniformed police
vehicles on the scene and a crowd gathered around two male black
subjects laying on the ground in pools of blood.  Victim # 1,
now known to be Talmon Hickmon, was laying on his left side, head
to the North and feet to the South.  Hickmon was laying on the
sidewalk at the South breezeway entrance to the fourteen story
CHA high-rise building addressed 706 E. 39th St.  There was a
quantity of blood on the sidewalk under and around his head.
Hickmon was noted as wearing a red zippered jacket, beige striped
button shirt, brown denium type slacks, white high top gym shoes,
and a white T shirt.  Hickmon was clutching a Jet magazine in
his right hand.

                           Victim # 2, now know to be Jerome Smith,
was laying on his stomach,head to the East feet to the West.  Smith
was laying just East of Hickmon,off the sidewalk, in a puddle of
water.  There was a quantity of blood noted around Smith's head
in this water. Smith was noted as wearing a grey and blue checked
sport jacket, a black button long sleve shirt, blue corduroy
slacks, white socks, and black suede shoes tie type.  There was
a black corduroy cap laying just East of Smith's body.

                           Chicago Fire Dept. Ambulance # 19 arrived
on the scene but found no signs of life in either victim.  Officers
from various units were utilized for crowd control and crime scene
protection.

                           The R/Dets. then notified Sgt. McCrae of this
command    about    this incident who then responded to the scene
along with Detectives Carroll, VanBerschot and Fields.

CONTINUED ON PAGE SIX

RD # H-151 922

CITY-NF-001048

PX 001-077

Detective Division　　　　　　　　　　　　　　　　　Hel cide/Murder
Area One Violent Crimes　　　　Page Six　　　　　ALI MON & SMITH

INVESTIGATION:(CONT.)　　　Otha Hickman stepped　　　the crowd
　　　　　　　　　　　and identified himse.　　 Palmon
Hickmon's brother.  At this time Otha Hickman　　 identified
the second victim as Jerome Smith.  Otha Hick　　 w of no reason
why his brother was shot and was then informed　　 w to make
formal identification at the Forensic Institute.

　　　　　　　　　　The R/Dets. then proce ed to Jerome
Smith's apartment and notified the victim's fam y of this
incident and of formal identification proceedur .  Jeweline Smith,
F/B 33 yrs of age, DOB 27 Oct 50, of 706 E. 39th 3t. Apt. 805,
no phone, was interviewed re: circumstances of h r brother's death
and she related that her brother was active in g ng activity.
This information was confirmed by several reside ts of the area
who related that Jerome Smith was the leader of the "Goon Squad"
street gang.

　　　　　　　　　　Investigator Draus of the Medical
Examiner's office then arrived on the scene and authorized removal
after the scene was processed by Crime Lab unit 9601.  It should
be noted that seven 9mm casings   were recovered from the scene
along with two metal fragments by Beat 9601.

　　　　　　　　　　Cleveland BALL was interviewed and
related in essance that he heard some shots and then looked out
his apartment window and observed the two subjects listed in the
format of this report running from the breezeway across the play
lot to the parking lot.  These two subjects were carrying handguns
attempting to put them into their pockets while they ran.  Upon
reaching the parking lot they got into a blue Cadillac which
contained two other occupants.  This vehicle then went Northbound
on Langley.  Cleveland Ball further related that yesterday, 27 Apr 84,
there was an incident involving some "Goon Squad" members and
a Delbert Edwards of 730 E. 39th St. Apt. 709.  Ball added that
Edwards' younger brother got into it with some "Goon Squad" members
and then Delbert Edwards later came out and fired a gun at the
gang members.  Cleveland Ball then related that the woman who lived
in apartment 307 might have seen something also.

　　　　　　　　　　Dorthy BENSON, of apartment 307, was
interviewed and related that she heard some gun shots and then
went to the front window because her son was playing out in
front of the building and at this time she saw two men laying in
the ground.

　　　　　　　　　　Eric BENSON was then located and interviewed
by Detectives Caroll and VanDerschot.  Eric Benson related in essance

RD # P-151 922

CONTINUED ON PAGE SEVEN



CITY-NF-001049

PX 001-078

Detective Division                                              Homicide/Murder
Area One Violent Crimes          Page Seven          JACKSON & SMITH

INVESTIGATION:(CONT.)        that he was out in front of the building
                             playing and saw the two offenders (shooters)
come through the breezeway from the rear of the building.  Each
had a gun in his hand and without saying anything walked up behind
the victims and shoot each of them in the back of the head.  These
two subjects then ran back through the breezeway from the way they
came.

                        Several other building residents were
interviewed and the results are noted in the format section of
this report.

                        A flash message was sent of the description
of the wanted offenders and vehicle.

                        Detectives Carroll, VanBerschot and
Fields went to the apartment of Delbert Edwards however he was
not at home and a business card was left with the instructions
for him to contact this office.

                        The R/Dets. then toured the area for the
wanted vehicle however this met without success.

                        The R/Dets. then proceeded to the Forensic
Institute where a cursory examination of the victims revealed the
wounds listed in the format of this report.  A more thorough
examination of the victims' injuries will be noted at time of autopsy.

                        Upon returning to Area One Headquarters
the R/Dets. learned that members of the Gang Crime South unit had Louis
J. Carter who was driving a vehicle similar to the wanted vehicle
and admitted to being in the area at the time of the shootings.
It was also learned that Delbert Edwards was in the offices of
Gang Crime South, and that his father brought him in voluntarilly.

                        Louis J. CARTER was then interviewed
and he related that he was driving his father's blue Coup de Ville
Cadillac (bearing Illinois License XVT 144) on this date from
his sister's house, 625 E. 38th place, to 4037 S. Federal where
he dropped off three friends.  Then he picked up his mother from
652 W. Garfield and brought her back to his sister's house.  This
being around 1100 hours.  The R/Dets. checked with Carter's mother
and sister who confirmed his account of his actions.  Carter was
then released.

                        Delbert EDWARDS was interviewed and related
that he was shot at by members of the "Goon Squad" and that he
reported this to the police; ref: RD # F-150899, and that two
gang members were arrested on 27 Apr 84 at about 1550 hours.  Edwards
related further that he was then sent to his aunts house on

CONTINUED ON PAGE EIGHT

CITY-NF-001050

PX 001-079

Case: 1:10-cv-01168 Document #: 1185-43 Filed: 02/24/17 Page 81 of 147 PageID #:34028
Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 81 of 147 PageID #:19147

Detective Division                      Homicide/Murder
Area One Violent Crimes       Page Eight       HICKMON, & SMITH

INVESTIGATION:(CONT.)     51st and Lowe by his father and that
                      he spent the night there. Edwards related
that he did not get up this morning until 1130 hours and that
the first he heard of the shootings from his father who
picked him up at his aunt's house and brought him to the police
station. The R/Dets. verified this through Edwards family members.
It should be noted that Delbert Edwards denies any gang affiliation.
Delbert Edwards was then released to his father.

                 This investigation continues...........

Det. Robert Evans # 12754,
                 of Area One Violent Crimes
Det. Stephen Hood # 11885,

RD # F-151 922



CITY-NF-001051

PX 001-080

24 HOURS

HOOD 8 June 84

P.O. BOX 740
ONTARIO, CALIFORNIA 91761
(714) 987-5005 Business Office

(800) 73-CRIME
(800) 78-CRIME

TOLL FREE
NATIONWIDE
TOLL FREE
CALIFORNIA

PLEASE ADVISE WE T.I.P. OF ARRESTS / CONVICTIONS / DISPOSITIONS

PRIMARY AGENCY ___ CHICAGO POLICE DEPT. ___ CASE # MC 55329

ADDRESS _____ PHONE ( ) ___

CITY _____ COUNTY _____ STATE ___ ZIP ___

SECONDARY AGENCIES __ COOK CO. SHERIFF/ILLINOIS STATE POLICE ___

DATE CALL RECEIVED __ 5-24-84 __ TIME 1600 PDST __ REFERRAL MEDIA __ WIS-TV

DATE AGENCY CALLED _____ TIME _____ PHONE ( ) ___
SPOKE TO _____ AGENCY ___

SUSPECT #1 NAME __ UNK _____ AKA __ SABASH

ADDRESS __ 4100 BLOCK OF __ DREXEL _____ PHONE ( ) UNK

CITY CHICAGO _____ COUNTY COOK _____ STATE IL ___ ZIP ___

SEX M RACE BLK AGE 27 DOB UNK HAIR BLK EYES BLK HGT 6' WGT 170

MARKS __ HAS A __ TATTOO ON LEFT ARM _____ USER YES DRUG COCAINE

VEH YR 1979 MAKE CADILLAC MODEL COUPE DE VILLE COLOR BLUE LIC # UNK

MARKS/OTHER VEH __ UNK

WORK/SCHOOL/HANGOUTS __ UNK/UNK/UNK

PRIOR ARREST DATES __ YES __ CHARGE __ ATTEMPTED MURDER __ WHERE CHICAGO

crime: __ HOMICIDE _____ QUANTITIES __ UNK

CRIME LOCATION 706 E. 39TH ST. CHICAGO _____ DATE/TIME MAY 84 @ DAYTIME

PROPERTY TAKEN _____ STASHED

M.O. SPECIAL INFORMATION __ VICTIMS TOMMY & FUDDY (UNK LAST NAMES) WERE SHOT IN THE

HEAD WITH EITHER A .9mm OR .38 HANDGUN. ACCORDING TO THE INFORMANT, THE

SUSPECT KILLED THE VICTIMS FOR GANG REVENGE.

Steve, need report by 11Jun84.

GANG RELATED YES/BLACK P STONE WEAPONS/DOGS HANDGUNS/UNK _____ STASHED PERSON

SUSPECT #2 NAME _____ AKA ___

ADDRESS _____ PHONE ( ) ___

CITY _____ COUNTY _____ STATE _____ ZIP ___

SEX _____ RACE _____ AGE _____ DOB _____ HAIR _____ EYES _____ HGT _____ WGT ___

MARKS _____ USER _____ DRUG ___

HOW INVOLVED W/ SUSP #1 & CRIME ___

SUGGESTED TIME/METHOD OF APPROACH ___

WILL CALL BACK YES _____ CALLED BEFORE NO _____ REFERRAL # _____ REWARD NO

INFORMATION 1st HAND FROM INFORMANT _____ HEARSAY ___

ABOVE INFORMATION MAY BE INCOMPLETE, BE ADVISED THAT ALL QUESTIONS HAVE BEEN ASKED. IT IS WE TIP

PASSING INFORMATION WITHOUT SCREENING, WE TIP, INC. OPERATOR __ #29

PRIMARY AGENCY

CITY-NF-001052

PX 001-081

Case: 1:10-cv-01168 Document #: 1185-43 Filed: 02/24/17 Page 83 of 147 PageID #:34030

CITY-NP-001053

PX 001-082

VICE CASE REPORT
CHICAGO POLICE

1. OFFENSE—PRIMARY CLASSIFICATION
☐ GAMBLING  ☒ NARCOTICS  ☐ PROSTITUTION  ☐ OBSCENITY

2. SECONDARY CLASSIFICATION

1. UCR OFFENSE CODE / I.R.D. NO. 2.0.2.2.F - 7.1.1.1

3. ADDRESS OF OCCURRENCE (NO.—DIR.—STREET—APT./NO.)
820 East 39th Street

☐ LIQUOR LAW VIOLATION
☐ PUBLIC MORALS (EXPLAIN)

2 May 84 1345

FOR: Cent. 2th - Cocaine

5. BEAT/UNIT ASSIGNED
2121

6. SEAT OCCURRED
21638

LOCATION CODE
DNA

LOCATION D
B K

1a. TYPE OF LOCATION/PREMISE WHERE OFFENSE OCCURRED
☐ 94 TAVERN/LIQUOR STORE  ☐ 16B POOL ROOM  ☐ DRUG STORE  ☐ 24B HOTEL/MOTEL
☐ 95 RESTAURANT  ☐ 17B GROCERY  ☐ 1B RESIDENCE  ☐ 25B RESTAURANT

6. DATE & RO ARRIVED - TIME
2 May 84 1345

☐ 01 CHA APARTMENT
☐ 02 PRESIDENCE
☐ 03 STREET

☐ 01 CHA APARTMENT
☐ 02 CHA PARKING LOT/GROUNDS
☐ 03 CHA PARK PROPERTY

7. LICENSEE'S NAME (CORP. IF APPLICABLE)
Does Not Apply

15. BUSINESS LICENSE NO.

16. OFFENDER/COMPLAINANT'S NAME (LAST—FIRST—M.I.)
City of Chicago

39. OFFENDER
☐ IN PERSON  ☐ VIEW  ☐ DISCOVERED  ☐ WITNESSED  ☐ REPORTED OFFENSE

18. HOME ADDRESS (NO.—DIR.—STREET—APT.—M.I.)
300 East 29th Street

21. SEX—RACE—AGE
M 2206.32

22. HOME PHONE
744-8340

23. BUSINESS PHONE
Same

RACE CODES
1—BLACK  2—W
3—BLACK/HISPANIC
4—WHITE/HISPANIC
5—AMER. IND./ALASK.
6—ASIAN/PACIFIC ISLAN

17. OFFENDER'S NAME (OR DESCRIBE CLOTHING ETC.)
Haywood, Morris NMI

41. NICKNAME/A.K.A.
Eddie

18. HOME ADDRESS
3911 So. Indiana N.I.

24. BUSINESS PHONE
Same

25. SEX—RACE—AGE
25

26. WEIGHT
600

27. HEIGHT
157

28. HAIR
Brn

29. EYES
Bn

30. TIME AVAIL.
Any

COURT DATE
01 Jun 6

48. CHARGES
58-4-1402

CHARGES

CHARGES

DEFENDER'S NAME (OR DESCRIBE CLOTHING ETC.)
DNA

NICKNAME/A.K.A.

HOME ADDRESS

DEF.—RACE—AGE CODE
COURT BRANCH—CALL

DEFENDER'S NAME (OR DESCRIBE CLOTHING ETC.)
DNA

NICKNAME/A.K.A.

HOME ADDRESS

DEF.—RACE—AGE CODE
COURT BRANCH—CALL

Br. 2573

50. NO. OF ARRESTEES
1

51. TYPE OF ARREST
☒ ON VIEW  ☐ WARRANT

5. ADDRESS OF ARREST
820 EAST 39th Street

52. PROPERTY INVENTORY NO(S).
#084688

Applied for
☐ 01 VEHICLE COMPLICATED  ☒ YES  ☐ NO

STATE LICENSE NO.

STATE
D—N—A

EXPIR. MO/YEAR

52. VEHICLE USED BY
☐ OFFENDER(S)  ☒ ARRESTEE(S)

YEAR MAKE
75 Cad

BODY STYLE
2-dr

COLOR
Blue

V.I.N.
6H47859213511

56. MOTOR VEHICLE INVENTORY NO.

53. OTHER VEHICLE IDENTIFIERS
None Viewed

58. NARRATIVE (Do not duplicate or repeat information—for additional or non-explanation per applicable information print)

Fact Case:    84-232
Type:         On View Narcotics arrest
Date/Time/Location: 2 May 84 / 1345hrs. 820 East 39th St.
Arrested:     Box 41-44.
Charges/Court/Date: Box 45-48

Inventory:  # 084688-One brown envel
containing 15 folding pa
containing white powder.
ISV-9672.00 app.
Weight: 4 grams.

RD NO.
84-232

CONTINUED
☐ YES

STAR NO.
16244

22. VERIFICATION OF APPROPRIATE MOVE BY
W. Golon

UNIT NOTIFIED
GREEN

REASON NOTIFIED
Word

DATE & MO/YEAR—TIME
2 May 84

STAR NO.
84

59. REPORTING OFFICER'S NAME (PRINT)
G. E. Droba

STAR NO.
16244

34. REPORTING OFFICER'S NAME (PRINT)
W. Golon

STAR NO.
7009

35. DATE NOTIFIED COMPLETED—TIME
2 May 84 1345

STAR NO.
7009

96. SUPERVISOR APPROVING (PRINT NAME)

SIGNATURE

SIGNATURE

37. DATE SUPV./APPROVAL—TIME

APPROVAL SIGNATURE

Case: 1:10-cv-01168 Document #: 1185-43 Filed: 02/24/17 Page 84 of 147 PageID #:34031

PX 001-083

The description of offenders, suspects, vehicles, weapons and portable vehicles used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their current condition when reported. Written location at time of offense and distance from scene are the best approximation obtainable. All statements of victims, witnesses and offenders are summarizations unless otherwise indicated.

CONTINUATION OF NARRATIVE

R.D. NO.

Case History: R/Os observed a light blue Cadillac bound west bound on east 79th street at 620 east 79th. The car fit the description of a Cadillac used in a double homicide at 706 East 79th street a week earlier. This location where R/Os observed the car is approximately one block away from the scene of the homicide. The car did not have any plates, and no city sticker. R/Os curbed the vehicle to ascertain why he did not have plates and no city sticker. R/Os requested the man please open his front hood because in the past this has been a place where offenders have hidden weapons. The offender replied yes but had trouble doing so. R/Os asked him if they could assist at which time he stated yes and R/O proceeded to pull the handle marked hood. As R/Os continued to pull the hood latch, the side panel came off with the pulling motion. Out dropped a manila envelope (brown) which opened and upon impact with the floor spilled several white folding papers. R/Os inspected the folding papers and found that they contained white powder. The offender was placed under arrest for handling of valid driver's license, no plates, no sticker and possession of narcotics. He was transported to the 6th district for processing by beat 2472. R/Os field tested and narcotic.

CB-7105-465

IL 450324

Subject has driving on light blue 1973 Cadillac — No plates

Coupe DeVille — Be Connection U.C.A.

May — Be Homicide from 706 E. 39th St.

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| RES | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED | IF CASE IS CLEARED HOW CLEARED | HAVE REVIEWED THIS REPORT AND AM IN AGREEMENT WITH CONCLUSIONS REACHED OR ACTION TAKEN INDICATING THAT CASE THAT IT IS ACCEPTABLE | IN CASE IS CLEARED NOW CLEARED USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP (LIST) | ☐ ADULT ☐ JUV. |
| ☐ CLEARED OPEN | ☐ 5 SLIGHT CLEARED CLOSED | ☐ 1 ARREST & PROSECUTION | | ☐ 1 DIRECTED TO FAMILY COURT | ☐ 3 CLEAR UP PROSECUTE | |
| V-CODE EXCEPT CLEARED OPEN | ☐ CLOSED-CRIMINAL (NOT ON ORIGINAL REPORT) | FIREARMS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT) | | ☐ 2 COMPL. REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL |

PREPARED BY — SIGNATURE   STAR NO.   DATE (DAY AND YEAR)   SUPERVISOR'S SIGNATURE   STAR NO.   DATE (DAY AND YEAR)   APPROVED BY — SIGNATURE   DATE (DAY AND YEAR)

CITY-NF-001054

CITY-NF-001055

PX 001-084

CIRCUIT COURT OF COOK COUNTY - MORGAN M. FINLEY, Clerk of Court
Facsimile/Telephone REQUEST FOR BAIL - Felony, Misdemeanor, Traffic
& ORDER SETTING BAIL

Accused  MAYWOOD  MORRIS  Age  60

Address  3911  S  INDIANA  Illinois

_____ , Time Out _____ (Charges)  56  12-r902/6-101/21-2/3-4/13

**(Check One)** Complaint/Ticket No.(s) _____  I.R. Report No.  6/50124 ( 3  Sheets)

**FAX**  To: THE COMMANDING OFFICER OF THE _____  021  POLICE DISTRICT

☑ I HAVE EXAMINED ☐ the Arrest Report ☐ The I.R. Report ☐ Other

**PHONE.** ☑ I HAVE REVIEWED THE TELEPHONE APPLICATION FOR BAIL. FACTS AS FOLLOWS:

Narrative on Charge:

**(Non-Felony Only)** Warrants Outstanding  Community Ties, Remarks

Requestor _____  Star No. _____  Police District _____

**ORDER** ☑ IT IS HEREBY ORDERED that bail for the accused _____

amount of $10,000.00 Ten thousand _____ and no/100 Dollars) is set in the

on (Date) 5-3-04  at (Time) _____ ☐ a.m. ☐ p.m. ☐ a.m. ☐ p.m.

**BC USE** Br ____ Ct. Date  /  /  Bond No. _____  (Judge) _____  Star No. _____

**CON-FIRMA-TION** ☑ BAIL SET FIGURE ABOVE ☐ given on phone to _____

Police District _____ and ☐ confirmed by a copy of this form sent to the requesting district.

Entered by (Deputy Clerk) _____

CHICAGO POLICE
JUL 1984
GEN-24
00 54
STATION



CITY-NF-001056

PX-001-085

CITY OF CHICAGO ☆ PARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF   HAYWOOD, Morris          M/N

DATE          18 Sept. 75

DATE OF BIRTH          ▓▓▓▓▓▓

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 450324 | | |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Morris HAYWOOD 3911 S. Indiana ▓▓▓ ▓▓ | 7105465 | –02 May 84, Off, Droba, 21st. Dist, Poss. Cont. Sub. | | | |

CITY-NF-001057

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations
D-31.803 (rev. 10/75)  S.S. 20.331

PX 001-086

CITY OF CHICAGO DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois 60605

450324

CRIMINAL HISTORY OF  HAYWOOD , Morris    M/N

DATE  18 Sept. 1975

DATE OF BIRTH

| I.R. NO. | | FBI NO. | | I.S.B. NO. | |
|---|---|---|---|---|---|
| 450324 | | 293 376 P 5 | | 1706945 | |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| | SEE CB 4818728 | 28 Jul 77. Arm Robbery(76-6102) Finding Not guilty Judge Close. | | |
| orris HAYWOOD 911 S. Indiana | 5132676 | -15 Dec 77, Off. Medici 002nd Dist. S/A Robb 15 Dec 77, Released without Charging. | | |
| orris HAYWOOD 911 S. Indiana | 5256114 | -6 June 78, Off. Zborec, 002nd Dist., Battery 29 Sep 78 Bttry(2)(38-12-3a) PG FG, 1 Yr PROBATION Judge McDonnell | | |
| Morris HAYWOOD 3911 S. Indiana | 5519713- | 16 May 79, Off. Alfred 2nd. Dist. Agg. Battery 19 Sept 79, S/Battery (38-12-3) SOL, Judge Whitaker. | | |
| Morris HAYWOOD 911 S. Indiana | 5576708 | -19 July 79, Off. McNichols 2nd Dist. Burglary. 20 Jul 79, Burglary (38-19-1a)FPC-Trans to Chief Judge. Judge Moran 07 Aug 79, INFO#79-4806, Burglary | | |
| | | 21 Feb 80. Joliet CC# N-00883 Burglary(79-4806) PG/FG 4yrs, Judge Stillo. Rec'd 23 Feb 80, 18 Jun 81, PAROLED from Vienna Corr Cntr. | | |
| Louis HAYWOOD 5911 S. Indiana | 6407293 | -28 Mar 82 Off. Hoby 2nd Dist. Battery 20 Apr 82, Battery, (38-12-1), (2 chgs), SOL, Judge Moran | | |
| Morris HAYWOOD 3911 S. Indiana | 6489021 | - 9 Jul 82, Off Steen, GCED-S (2) Battery | | CITY-NF-001058 |
| Norris HAYWOOD 3911 S Indiana | 6498085 | -16 Jun 82, Off. Parker 2nd Dist. Battery 9 Aug 82, Battery (38-12-3) MS SOL, Judge Manning. | | |
| | SEE CB# 5576708 | Ret'd 01 Sept 82, Joliet CC#N-00883, Viol of Parole 18 Nov 82, DISCHARGED from Parole (Logan Corr Cntr) | | |
| Morris HAYWOOD 3911 S. Indiana | 6759970 | -10 Feb 83 Off. GrazianoGCED S (7th) Theft 2 Mar 83, Theft (38-16-1a) SOL, Judge Manning | | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations
1-31.603 (REV. 10/75)  S.S. 20.33).

PX 001-087

CITY OF CHICAGO / DEPARTMENT OF POLICE   1121 South State Street   Chicago, Illinois   60605
IDENTIFICATION SECTION

CITY-NF-001059

CRIMINAL HISTORY OF   HAYWOOD, Morris · · M/N

14

DATE   18 Sept 75   IR#450324

23 I00
20 OMI

DATE OF BIRTH

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Morris HAYWOOD 3911 S Indiana | 4500317 | -18 Sept 75, Off. Stephen, OO2nd Dist., Assault 29 Oct 75, Asslt(38-12-1)1 Yr. Ct. Superv, Judge Meier. | | |
| Morris HAYWOOD 3911 S. Indiana | 4600582 | -13 Jan 76, Off. Marhsll OO7th Dist. Unlawful Poss. Veh. 10 Feb 76,Unlaw Poss Motor Veh(95½-4-103), MS-SOL,Jdg Strzalka | | |
| Morris MAYWOOD 3911 S Indiana | 4657876 | -25 Mar 76, Off Tock, A#1Burg, OO2nd Dist., Burglary 26 Mar 76, Released W/O Charging | | |
| Morris HAYWOOD 3911 S. Prairie | 4666259 | -3 Apr 76 Off. Tock 2nd Dist. Burglary 12 Apr 76, Burglary (38-19-1) PG.FG. Info# 76-15049. 4 Yrs Felony PROBATION, Judge Meier. | | |
| Louis HAYWOOD 3711 S. Indiana | 4775665 | -9 Aug 76 Off. Dwyer 2d Dist. Theft 27 Aug. 76,Burglary(38-19-1)S.O.L.,Judge Meier | | |
| Morris HAYWOOD 3911 Indiana | 4818728 | -10ct76- Off. Rachal O2nd dst Robbery 14 Oct 76,Robbery(38-18-1)FPC Trans. to Presiding Judge,Criminal Division,Judge Meier 27 Oct 76, INFO#76-6102, Robbery, etc. 27 Jul 77. Viol of Prob(76-6102) Find Glty, Recommitted to Probation, Judge Close. | | |
| Morris HAYWOOD 3911 S Indiana | 4908873 | -17 Feb 77, Off. Welborn, A/1 GA (2nd) Battery 3 Mar 77, Batt (38-12-3) MS-S.O.L, Judge Moran. | | |
| Louis HATWOOD 3911 Indiana | 4919636 | -4 Mar 77 Off. Richardson 2d Dist. Robbery | | |
| Morris HAYWOOD 3911 Indiana | 4983845 | -1 June 77, Off Simmons, OO2nd Dist., Disorder 1 Jun 77,Diso(MCC)LFD,Jdg Carey. | | |
| Morris HAYWOOD 3911 S. Indiana | 5063304 | -10 Sept 77 Off. Kulkia OO2nd Dist. Theft 22 Sep 77, Theft(38-16-1A1)-SOL, Judge Thomas. | | |
| Morris HAYWOOD 3911 South Indiana | 5081191 | -3 Oct 77, Off. Rosiak, 2nd Dst. Rrmed Robery 11 Oct 77, Armed Robb(38-18-2)-MS SOL, Judge Moran. | | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF CHICAGO POLICE.

CPD - 31.903 (8/71)

1p

KD# F-151 922

CITY OF CHICAGO/DEPARTMENT OF POLICE   1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF   SMITH, Jerome          M/N        ISSUED ON INQUIRY  IOO    (18
                                                        MAR 19  IIO
DATE        12 Aug 1971          IR#314142              MAR 27 1984

DATE OF BIRTH [redacted]                                BY NAME CHECK ONLY

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Jerome SMITH 1353 So. Fairfield | 3339355 | – 12 Aug 71, Off. Bartosik TF#4 (10thdst) 3 Nov 71, Batt. (38-12-3), Strong Robb. (38-18-1 S.O.L., Judge Crowley. | | | |
| Jerome SMITH 1353 S.Fairfield | 3620216 | –25 Aug 72,Ruskey 10th Dist. 11 Oct 72. Petty Theft(38-16-1a1) SOL, Judge Strza | | | |
| Jerome SMITH 706 E. 39th St. | 5115006 | –18 Nov 77. Off. Sveintek, 21st Dist, Theft. 02 Feb 78, Retail Theft (38-16-32) PG/JW/FG 1yr superv., Judge Cusack | | | |
| Jerome SMITH 706 E. 39th | 5903466 | –17 Aug 80 Off. Jones 002nd Dist. (CD) Crim Tres to Land Dis. 3 Feb 81, CTTL (38-21-3a) St. Diso. Cond. (38-26-1a1) MS/SOL Judge Manning. | | | |
| Jerome SMITH 706 So. Pershing | 6771092 | –21 Feb 83. Off. Cooley, PHD-S, 2nd Dist, Battery 16 Mar 83, FPC transf to Chief Judge, Judge Manning (Docket No. 83 100018) 6 Apr. 83, INFC#83-3540, Agg Battery, A/Viol. 28 Apr 83, Agg. Batt (83-3540) Plea Glty 30 Mos PROBATION, 60 days HOC, Judge Bailey | | | |
| Jerome SMITH 706 E. 39th St. | 6953282 | –4 Oct. 83 Off. Bone PHD S (02) Dis Cond 5 Oct 83, Disord (MCC) Non Suit, Judge McCormick (Doc No. 83284386) | | | |
| Jerome SMITH 706 E. 39th St. | 6994466 | – 27 Nov. 83 Off. Mann GCED-S (002) Dam. to Prop. | | | |
| Jerome SMITH 706 E. 39th St. | 7000554 | – 06 Dec 83 Off. Wilindez GCED-S (002) Battery | | | |
| Jerome SMITH 706 E. 39th St. | 7073804 | –20 Mar 84 Off. Peck 2nd dist Battery | | | |
| Jerome SMITH 706 E. 39th #806 | 7074731 | –21 March 84 Off. Garner GCB S. (02) Battery Wrt. | | | |
| Jerome SMITH 706 E. 39th St. | 7096217 | –19 Apr 84 Off. Mann GCED-S (2) Agg. Assault | | | |

CITY-NF-001060

cts

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEP_____ BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD-22.460 (REV.6/70)

"CAMEO"

SIMEON JOHNSON

M/B/18 DOB [redacted]

5'8-160 BRN BLK MED

SS [redacted] - PHONE- 63 6080

1236 E 46ᵗ 1ST. APT A7.

BORN CHICAGO, SINGLE

EMPLOYED CHURCH'S CHICKEN ᵜ 1E35ᵗ ST

DLN-J525-7906-5162    PH-326-2400


FRITZ, JOSEPH NMI (Both hands crippled)

20 JAN 62- 22

12755. ST. LOUIS

427 E OAKWOOD 2.

S3 [redacted]

BORN CHICAGO,


JHN ROBERT 20 [redacted]

SS [redacted] 48 - 8637 So. YATES, HRE. / 5153 MILK
                                              FORMER ADD.

437 E OAKWOOD

B.P.S. RIGHT ARM

PH. 624-7418

CHAMPAYNE GLASS LEFT CHEST

5'9-150 BRN B)R 0.150

Faye Baldwin 3732 So. Prairie 373-4886
[mother of Ricky Baldwin (Hom Vic 245-183
(                                    ) 3822 So Langley
                                       Hom 83-86]

Girl friend of offender Jimmie Greene in Baldwin
                              (Goon Squad)
hom is Linda Smith, 706 E 39th St Apt. 806,
sister of Jerome Smith (our Victim one)

Chico - 40th & Drexel

Cameo

CITY-NF-001062

| JAN.-FEB.-MAR. | | APR.-MAY-JUNE | | | JULY-AUG.-SEPT. | | | OCT.-NOV.-DEC. | | | 77 |

| NAME (LAST) | (FIRST) | (MIDDLE) | SEX M / F | RACE W / N / I / J / C / O | DATE OF BIRTH DAY MONTH YEAR | Y.O. NO. |
|---|---|---|---|---|---|---|
| Brown | Mark | | X | X | 133248 | |

ADDRESS 5400 S. State St. 2605 So. Indiana Ave.  
AKA 51.00 S. STATE ST.--601

DISTRICT OF RES. 21  
PRINTS & PHOTOS 15 APR 75

| FATHER'S NAME Earl (Dec.) | MOTHER'S NAME Mary 538-2736 |
|---|---|

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | CA | DISPOSITION POLICE REF | OCT | DIS | COURT PRO | GOC | YEAR | DOCKET NUMBER NUMBER | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5Aug72 | Dis. cond. | 02 | Moore 4824 | X | CSC | | | | | | | |
| 3Aug72 | Dis. cond. | 01 | Norris 12049 | X | | CSC | Area #1 | | | | | |
| 29 Sep72 | Dis. conduct | 02 | Dammons 7268 | X | CSC | | | | | | | |
| Dec72 | Att.S/A robb. | 02 | M-488276 Mohrs 2850 | | X | | | | | | | |
| D c72 | S/A robbery | 02 | M-486561 Walker 12184 | | X | | | | | | | |
| Jan-73 | Armed Robbery/Gun | 21 | N-014778 Fuller 4725 | | X | | | Case clo. o. C | | | | 22 Jan 73 |
| 7Feb73 | Theft of Serv.CTA | 1 | Mulcahy 11781 | X | CSC | | | | | | | |

CP6-24.424 (5/71)    370       **JUVENILE RECORD SUMMARY/** YOUTH DIVISION CHICAGO POLICE

CITY-NF-001063

PX 001-092

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | DISPOSITION POLICE | | | COURT | | | | DOCKET NUMBER | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CA | REF | DET | DIS | PRS | DOC | T-AR | NUMBER | | |
| )Mar73 | S/A Robbery | 2 | N-084235 Drake    10082 | | X | | | | | M/5 | | | /Jun 73 |
| 2 Feb73 | Curfew | | | X | | | | | | | | | |
| Mar73 | Curfew | | | X | | | | | | | | | |
| )Mar73 | Curfew | | | X | | | | | | | | | |
| 7Mar73 | Curfew Invest. | 02 | Moody    2299 | | No | Citation | Issued | | | | | | |
| -May-73 | Burgla-y(Res.) | 02 | Fuller  4725 | | | X | DOC | 72 | 2 6 5 8 6 | | | | 23May73 |
| -Jun74 | S/A/Robbery | 2 | P 232764 How 11 7147 | | X | Ko0c4 | 74 | DU)P | | | | | |
| 5 Apr75 | S/A Robbery | 2 | T139479 Lis    11636 | | | X | M | 75 5 | 22 S | | | | |
| 5-Jun76 | Victim-Gunshot | 2 | Mohrs    2850 | X | | | | | | | | | |
| )-Jan76 | Victim-Gun Shot | 2 | X 209220 Butts    9255 | X | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |



CITY-NF-001064

CITY OF CHICAGO / **DEPARTMENT OF POLICE** · 1121 South State Street  Chicago, Illinois  60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF  **BALDWIN, Paul D**  M/N

DATE  28 Jan 75  IR#427822

32 000  0
32 OII

DATE OF BIRTH  ▓▓▓▓▓▓

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Paul D BALDWIN<br>4130 S Calumet | 4277212 | -17 Jan 75, Off Koegel, L-3-B, 002nd Dist., Poss marijuana | | |
| Paul D BALDWIN<br>4130 S Calumet | 4286574 | -28 Jan 75, Off Boyd, 002nd Dist.<br>13 Feb 75, Batt.(38-12-3) SOL., S/A.Robb.(38-18-1<br>3 Yr. PROBATION., Judge Pompey. | | |
| Paul BALDWIN<br>4130 S. Calumet | 4310490 | -26 Feb.75, Off.Roberts 7th.Dist.(2nd.Dist.)<br>Asslt.,Tresp.<br>10 Mar 75, Asslt (38-12-1) Trespass (38-21-2)<br>BFW, Judge Pompey | | |
| Paul D. BALDWIN<br>4130 S. Calumet | 4339661 | -31 Mar 75, Off White 002nd Dist. Batt. Warrant<br>17 Apr. 75,Assault Wrt.(BF)(38-12-1)PG/FG 10 days<br>E/C C.S.=A.S.,Judge Higgins | | |
| BALDWIN, Paul D.<br>4130 S. Calumet | 4344228 | - 6 April 75 Off. WIKSTER 002 Poss. Stolen Veh.<br>5 May 75, Poss Stln Mtr Veh(95½-4-103A)CTTV<br>(38-21-2)State Curfew(23-2371)MS-SOL, Judge<br>Strzalka | | |
| Paul BALDWIN<br>4130 S. Calumet | 4405438 | -9 Jun 75; Off.Flyn 2nd Dst; Robbery<br>10 June 75, Robb.(38-18-1)Held to the Grand Jury.<br>Judge Higgins.<br>16 Jul 75. G.J. Ind#75-4746, Robbery. | | |
| | | 20 Feb. 76, Joliet ISP,C-60689  Robbery(75-4746)<br>Plea Glty 1-2 yrs., Judge Mackoff Rec'd 27 Feb 76<br>30 Dec 76, PAROLED from Pontiac C.C.#C-60689 | | |
| Paul D. BALDWIN<br>3833 So. Langley<br>Apt. #703 | 5198947 | -27 Mar 78, Off. Block 051-TS-S.; (02) U.U.W.<br>18 Apr 78, UUW (38-24-1a10), UUW (MCC), State ID (38-83-2a),<br>Fail to reg (MCC) FPC Transf to chief judge, Judge Sodini | | |
| | | 27 Apr 78, INFO#78-2034, UUW<br>22 May 78. Joliet CC# C-60689  UUW(78-2034) Plea<br>Glty, 2yrs, Judge Wendt.<br>Rec'd 11 Jul 78, Joliet CC#C-60689 | | |
| Paul BALDWIN<br>3833 S. Langley | 5561148 | -02 July 79, Off. Hayes A2/roub (11) Dist. Armed Robb.<br>10 July 79, Armed robbery(38-18-2)Burglary(38-19-2) Home<br>Invasion(38-12-11-a1)PFC Transf to Chief Judge, Judge Shield | | |
| | | 26 Jul 79. INFO#79-4489, Armed Robbery. | | |

CITY-NF-001065

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

1p

IR 427802

WANTED

BY C.C.S.P.

UNIT C.C.S.P. 4 FEB 1976 DATE

CHARGE Robbery

WARRANT REGISTER 75-102

CANCELLED

DATE FEB 18 1977 BY Reg

---

WANTED

BY Antiochus 620

RBY JUL 02, 1979

UNIT Area Robbery

CHARGE Burglary

WARRANT REGISTER NO.

CANCELLED

DATE 2-31-79 BY M 16mm

---

ISSUED ON INQUIRY

APR 27 1984

BY NAME CHECK ONLY



CITY-NF-001066

PX 001-095

638827

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

| CRIMINAL HISTORY OF | EDWARDS, Delbert | W/B 21) 9 T IM (14 |
|---|---|---|
| DATE | 13 May 82 | 1 R I00 |
| DATE OF BIRTH | ▆▆▆▆ | |

| I.R. NO. 638827 | FBI NO. | I.S.B. NO. |
|---|---|---|

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Delbert EDWARDS 730 E. 39th Street | 6456905 | -13 May 82, Off. Zbella, (CD), 01st Dist., Assault, Dam to Prop. 10 Jun 82, Aslt (38-12-1) CDTP (38-21-1) SOL, Judge Sodini. |
| Delbert EDWARD 730 East 39th St. | 6485426 | - 6 Jun 82  Off. Tallman  2nd Dist.  Poss. cont. Subs: 17 June 82. Poss cannabis M. (56½-704c) BFW Judge Zelezinsk 9 Sep 82, Poss Cannabis (56½-704) P$/6 Mos 710 PROBATION Judge Zelezinski |
| Delbert EDWARDS 730 E. 39th St. | 7013358 | - 28 Dec 83 Off. Davis 007 Dist. Battery 29 Dec 83, Batt., (38-12-3a), SOL, Judge Woods, (Dock #8337: 44) |

CITY-NF-001067

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulati

CPB-31.903(REV. 10/75)  S.S. 20.33).                    KK



ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001068

PX 001-097

| GENERAL PROGRESS REPORT | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| DETECTIVE DIVISION/CHICAGO POLICE | DAY: 28 MONTH: Apr YEAR: 84 | DAY: 29 MONTH: Apr YEAR: 84 WATCH: 2 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOMICIDE / Murder | HICKMAN, Talman | DESK |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

R/O received a phone call from a male/black who stated that RODELL BANKS was the person who had shot the people on 39TH St. This caller refused to give and further info about himself and BANKS. Call received at 1305 Hrs.

CITY-NF-001069

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|
| Davis 9532 | | |

CPD-23.122 (Rev. 2/83)

PX 001-098

| ARRESTEE NAME (LAST - FIRST - MI) B ANKS, Rodell V. | | | | | | DISTRICT OF ARRES 002 | | ARRESTING UNIT 10 | | AREA 1 | DISTRICT 002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS-ARRESTEE 341 E. kenwood 202 8253 S. MARSHFIELD | | | | | | PHONE | | DATE ARRESTED May 82 | | TIME ARRESTED 1210 | |
| ALIASES "H San" | | | | | | | | R.D. NO. D- 39470 | | C.B. NO. 6487-229 | |
| | | | | | | | | BIRTHPLACE Chicago | | I.R. NO. 322345 | |
| AGE 26 | SEX M | RACE B | BUILD heavy | HEIGHT 5'11 | WEIGHT 230 | EYES brn | HAIR black | COMPLEXION med/bru | GLASSES no | NATIONALITY American | |
| MARITAL STATUS | EMPLOYER OR SCHOOL el Rufkins | | | | | OCCUPATION | | | | SOC. SEC. NO. | |
| ARRESTED WITH dna | | | | | | VEHICLE USED (DESCRIBE) dna | | | | ARTICLE 36 ☐ YES ☐ NO | |
| COMPLAINANT NAME ROGERS, Brian (deceased) | | | | | | COMPLAINANT ADDRESS 3504 S. Calumet 2nd fl | | | | PHONE dna | |
| LOCATION OF ARREST (COMPLETE ADDRESS) 3901 S. Calumet (street) | | | | | | CHARGES PLACED MURDER | | | | RELEASED ☐ YES ☑ NO | |
| ARRESTING OFFICERS PO A. LETT #5563 GCS | | | | STAR NO. | | COURT BRANCH 66 | DATE 24MAY82 | DISPOSITION | | | |
| POR. PECK#5254 GCS | | | | | | | | *Replaced* | | | |
| PO G. RODRIGUEZ 13862 GCS | | | | | | | | G887-16-P | | | |
| INVESTIGATING OFFICER WASHER 12475 ROBERTS#4967 | | | | STAR NO. | | | | | | | |

CPD - 11,430 (11/72)  **ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001070

CITY OF CHICAGO / **DEPARTMENT OF POLICE** / 1121 South State Street
IDENTIFICATION SECTION     Chicago, Illinois   60605

| CRIMINAL HISTORY OF | BALDWIN, Shawn | M/N |
|---|---|---|

| DATE | 09 Feb 80 |
|---|---|

DATE OF BIRTH

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 571461 | 877 223 | 2145221 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Shawn BALDWIN<br>3833 S. Langley | 5745701 | 09 Feb 80- | Off. Marrato 12th Dist. Inv Robb, D/C<br>11 Feb 80, Disord Cond (MCC) Non-Suit, Judge Devine | | |
| Shawn BALDWIN<br>3833 S. Langley | 5776754 | 26 March 80, | Off. Woten, 3rd dist., C.T.T.V.<br>27 Mar 80, C.T.T.V(38-21-2) PG/PG 1 Yr PROBATION,Judge Sodini | | |
| Shawn BALDWIN<br>3833 S. Langley | 6383544 | -03 Mar 82- | Off. Ryan 2nd UUW,<br>11 April 82,Damage to prop(38-21-1a),UUW(38-24-1a10<br>SOL(2),Sate Firearm ID(38-83-2a),Fail to reg(MCC)Non<br>Suit(2),Judge Manning | | |

CITY-NF-001071

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation*

CPD-31.993 (REV. 10/75) *S.S. 20.33).*



CITY-NF-001072

BALDWIN, Timothy I.

**5100 So Wentworth**  AGE 20

**District Station**  DIST/VEH 02

#99

3522 So Rhodes

Il/ Chgo  No - Dr. Lic. - Light

6'00  175  Brn  Brn  Light

None visible  2945

**Illinois State**

**Student**

Ch. 38 sec. 12-3

**MORRISSETTE, G.**  Sgt. FITZGERALD  A1/VC  2100

HILL, Mark, R.

D

Battery

**NARRATIVE**

This is an arrest by Beat 262 C :

The above named arrested in regards to a Aggravated Battery which occurred

the 26 Sep 82 at app. 1500 hours. This incident reported under CPD RD# D347 970.

The arrestee while armed with a B B Gun discharge that weapon causing a pallet

forced through the weapon striking the victim complainant in the head and the

arm. The arrestee advised of his U. S. Constitutional rights in the presents

of his mother Mary BALDWIN.

Det. Romie 18170

CITY-NF-001073

MORRISSETTE, G?  3593  002  262C  2  UNDERWOOD, C.  15118  002  262C

7439  00

**COURT SERGEANT/PERMANENT RECORD COPY**

PX 001-102





CITY-NF-001074

PX 001-103

To:                              Hood and Evans

From:                            Minogue and Bogdalek

Subject:                         Smith and Hickman Murder


1. No time to leave a supp. We interviewed LANGSTON, James M/B/Age 14,
of 706 E. 39th St. apt. #106. He witnessed the murders. He was playing
baseball across the street from the scene. He said that the offenders
were wearing skull caps pulled over their faces to conceal their idenity.
He saw the offenders fleeing in a blue cadillac. He said the car went south
on Langley then west on 39th. He said that there were four men in the
car. The person setting next to the driver in the front seat was the
brother of Ricky Baldwin, aka: "Rick Dog" who was murdered last summer.
(File #83-86, RD# E 274304). See our notes for more details.


2. We showed photos of two Baldwin brothers Shawn and Paul. He recognized
Shawn as one of the Baldwins but not the person in the car.


3. Sandra Langston F/B/Age 19, (same as above), said she was talking
to Fuddy just before the shooting. She was speaking to him from her
2nd fl. bedroom window. He walked into the breezway. She saw two
M/B follow him. #1. M/B/Age 20s, red ski hat, white jacket, lt. complex-
ion. #2. M/B/20s, blue jacket, lt. complexion. She then heard series
of shots.

4. Rnady Langston M/B/A e 15 (same as above). He was also playing ball
and saw the shooting. Saw one offender with red mask shooting the victims.
He saw him roll up the mask (ht) and flee.

5. Minnie White F/B/Age 50. She heard the shots. Ahe saw the vitims
laying on the ground and called the police.

6. Baldwin photos and sheets in the file. Call one of us at nome if
you need more details.

Carlos Willis

Shiela Allen 285-3628



CITY-NF-001075

Willis, Carlos M/B 14yrs
3846 So Langley 2nd flr Apt 635
Ph 548-6089

CB 7048165
PRINTED
UUW

CITY-NF-001076

CB60

SSTL 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

Single (STUDENT @ Kennedy.
Kim,

8637 S. Yates Ave

437 E Oakwood Blvd Fl 608
AKA Bay

Rogers, John A. M/B 20yr

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY · MONTH · YEAR | DATE OF THIS REPORT<br>DAY · MONTH · YEAR · WATCH |
|---|---|---|
| | 28 \| Apr \| 84 | 1 \| May \| 84 \| 3rd |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide/Murder | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, in-cluding: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

| TO: | All Watches |
|---|---|
| From: | Det's. Minogue & Bogdalek |
| Subject: | Smith & Hickman Hemicide |

The following information was provided to the R/Ds by Mr. David Minnifield M/B/Age 26, who is the utility janitor at Dearborn Homes, 2960 S. Federal, ph. 791 8573. On 29 Apr 84, 2010 hrs. he received an anonymous phone call from a youthful M/B. The called said he saw a phone number on television (791 8573) for persons with information regarding this homicide. The caller told Minnifield that Edward Stewart was driving the car used in the murder and that Stewart was in the company of Darryl Baldwin and "Chico". He also said that Stewart was living with Olivia Wallace at 4716 S. Cottage Grove, apt. #220. He had no further information.

Olivia Wallace F/B/Age 20 dob: 28 Oct 64, 4716 S. Cottage Gr. apt. #20, no phone, IR# 631685. Olivia Wallace stated that she has not seen Stewart since January of 1984. She has obtained a paternity warrant against him (see attached computer print out). She said that Darryl Baldwin lives at 3833 S. Langley, he is about 28 yrs. of age. She knows "Chico" on sight but does not know his name. She says that all three men hang togethe5. She thinks that Stewart and Chico are livng at 1255 N. Central with Stewart's aunte, Carmen and Duchie, at 1255 NO. Central Ave. She said that Stewart drives a Chevrolet Camero, a 73.

Edward Stewart was located at 1255 N. Central, 1st fl. This is his sisters apartment. Her name is Carmen Bradley F/B/Age28, ph. 378 2676. Stewart lives at 703 No. Central, 1st fl. He lives with his girlfriend Bettina Davis F/B/Age 21 and another friend by the name of Jackie Cramer M/B/Age 21. On the date and time of the murder he left his apartment at about 0930 hrs. and went to work. He works at the McDonalds in Water Tower Place, Chicago & Michigan. He took the El to work and began his shift at 1030 hrs. We could not verify his alibi; McDonalds was closed. He said that he has not seen Darryl Baldwin in 7or 8 months nor has he seen Chico. He does not know Chico's real name. He said that he lives in the vicinity of 40th & Drexel. As far as he knows neither Chico or Darryl own a Cadillac. He owns a 73 Camero, white in color. No plates.

The other anonymous call that alleged that Lawrence and Marshall Edwards were the killers was checked out. Both were interviewed and stated they were home at the time of the shooting in the company of other family members. Their photos with their dob, address and description are in the file.

Stewars photo and sheet are also in the file. There is not a record for Darryl Baldwin in the alpha file.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| 13871 | | | |

CPD-23.122 (Rev. 2/82)

Detective Division
Area One Violent Crimes

5 May 1984

TO:        Firearms Identification Unit, Crime Laboratory Division
           Attention Sgt. Lomoro

FROM:      Det. Robert Evans # 12754, Area One Violent Crimes

SUBJECT:   Request for Firearms Evidence Comparison

           The undersigned requests that the firearms evidence
recovered in the shootings of Jerome Smith and Talmon Hickmon recorded
under R.D. number F-151922, Firearms Unit Crime Lab number 84-560, be compared
against the firearms evidence recovered in the shooting of Lee McCollum
recorded under R.D. number F-070217 and Firearms Unit Crime Lab number
84-352.

Detective  _Robert Evans_
           Robert Evans # 12754



CITY-NF-001078

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | | DISTRICT | ARREST | ARRES UNI | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GREEN Andre NMI | | | | | | | 0?? | | 004 | | 1 | 002 |
| ADDRESS ARRESTEE | | | | | | | | PHONE | DATE ARRESTED | | TIME ARRESTED | |
| 3833 So. LANGLEY #504 | | | | | | 624- | | | 14 MAY 81 | | 0355 | |
| ALIASES | | | | | | | | | R.D. NO. E-, =9 8?? I L | | I.B. NO. 6860357 | |
| | | | | | | | | | BIRTHP E IL | | I.R. NO. | |
| DOB | AGE 24 | SEX M | RACE B | BUILD THN | HEIGHT 5'7" | WEIGHT 150 | EYES N | | COMPLEX ME | GL | NATIONALITY | |
| MARITAL STATUS SNGL | EMPLOYER OR SCHOOL NOT | | | | | | OCCUPATION | | | | SEC. NO. | |
| ARRESTED WITH Alone | | | | | | | VEHICLE USED 73 Buick | CR DEL L. Sabre | | 4 4 | ARTICLE 36 ☐ YES ☒ NO | |
| COMPLAINANT NAME Theresa Johnson | | | | | | | COMPLAINANT ADDRESS 3833 Sw. LANGLEY | | | | PHONE 93- -625 | |
| LOCATION OF ARREST (COMPLETE ADDRESS) 3833 S. LANGLEY 504 | | | | | | | CHARGES PLACED | | | | RELEASED ☐ YES ☐ NO | |
| ARRESTING OFFICERS | | | | | STAR NO. | | COURT BRANCH | DATE | DISPOSITION | | | |
| C. Johnson | | | | | 15737 | | 66 | 13-?? | | | | |
| C. Paluch | | | | | 13175 | | 66 | — | | | | |
| INVESTIGATING OFFICER Wilkosz | | | | | STAR NO. | | | | | | | |

CPD - 11.430 (11/72)    ARREST INFORMATION/ CHICAGO POLICE

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|
| GREEN, Gerald | | | | | | | 002 | 4121 | 1 | 002 |
| ADDRESS ARRESTEE | | | | | | | PHONE | DATE ARRESTED | TIME ARRESTED | |
| 622 East 38th St. | | | | | | | | 7 May 81 | 2245 | |
| ALIASES | | | | | | | | R.D. NO. G-165 616 | C.B. NO. 6111351 | |
| | | | | | | | | BIRTHPLACE | I.R. NO. 575 2662 | |
| DOB | AGE 18 | SEX M | RACE N | BUILD med | HEIGHT 5-9 | WEIGHT 158 | EYES brn | HAIR blk | COMPLEXION med | GLASSES | NATIONALITY |
| MARITAL STATUS | EMPLOYER OR SCHOOL | | | | | | OCCUPATION | | SOC. SEC. NO. | |
| ARRESTED WITH Alone | | | | | | | VEHICLE USED (DESCRIBE) | | ARTICLE 38 ☐ YES ☐ NO | |
| COMPLAINANT NAME A/Os | | | | | | | COMPLAINANT ADDRESS SOG | | PHONE | |
| LOCATION OF ARREST (COMPLETE ADDRESS) 706 E. 39th St. | | | | | | | CHARGES PLACED Felony UUW (sawed off shotgun) | | RELEASED ☐ YES ☒ NO | |
| ARRESTING OFFICERS | | | | | STAR NO. | | COURT BRANCH | DATE | DISPOSITION | |
| Bogdalek | | | | | 14674 | | 48-4 | 12 May 81 | | |
| Murphy | | | | | 14857 | | | | | |
| INVESTIGATING OFFICER | | | | | STAR NO. | | | | | |

CPD - 11,430 (11/72)    ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001079

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | DISTRICT OF ARREST | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GREEN, Gerald | | | | | | 002 | | 00 | | 1 | 002 |

| ADDRESS ARRESTEE | | | | | | | | DATE ARRESTED | | TIME ARRESTED |
|---|---|---|---|---|---|---|---|---|---|---|
| 706 E. 39th Apt#1109 | | | | | | | | 20 | | 1715 |

| ALIASES | | R.D. NO. | C.B. NO. |
|---|---|---|---|
| | | C 3 016 | 6209 677 |
| | | BIRTHPLACE | I.R. NO. #578262 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | M | N | med | 5'9 | 140 | brn | blk | med | no | Amer. Negr |

| MARITAL STATUS | EMPLOYER OR SCHOOL | | OCCUPATION | | SEC. NO. |
|---|---|---|---|---|---|
| single | Unemployed | | | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| self | dna | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| LANG, Dorothea | 706 E. 39th #602 | 548-5081 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 622 E. 38th St. | Battery | ☑ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| D. DeYoung | 4742 | Br. 34-2 | 25 Aug 81 | |
| D. Novak | 7053 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Dorociak & Bolda | |

CPD - 11,436 (11/72)    **ARREST INFORMATION/** CHICAGO POLICE

---

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | DISTRICT OF ARREST | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GREEN, GERALD | | | | | | 002 | | 223 | | 1 | 002 |

| ADDRESS ARRESTEE | | | | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|---|---|
| 622 E 38th ST | | | | 265-2823 | 13 NOV 53 | 0500 |

| ALIASES | | R.D. NO. | C.B. NO. |
|---|---|---|---|
| 2354 E 70 ST | | E-478999 | 6954045 |
| | | BIRTHPLACE | I.R. NO. 578262 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21 | M | B | MED | 5'9" | 155 | BRN | BLK | MED | — | BK BLK |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | | SOC. SEC. NO. |
|---|---|---|---|---|
| Single | Nose | None | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | None | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Dorothea Lang 76572 MU | 655 E 38th ST | 225 5085 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 730 E 38th | Home Invasion | ☐ YES ☑ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| P.O. Rolling | 5370 | | | |
| P.O. Dean Veri | 13432 | BR 46 | 17 NOV 53 | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| L'ffer | 10976 |

CPD - 11,436 (11/72)    **ARREST INFORMATION/** CHICAGO POLICE

CITY-NF-001080

| ARRESTEE NAME (LAST - FIRST - MI) | | | | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| BALDWIN, Timothy I. | | | | 002 | 002 | 1 | 002 |
| ADDRESS ARRESTEE | | | | PHONE | DATE ARRESTED | TIME ARRESTED | |
| 3522 South Rhodes | | | | 548-1989 | 26 Sep 82 | 2045 | |
| ALIASES | | | | | R.D. NO. D-347970 | C.B. NO. 6623965 | |
| | | | | | BIRTHPLACE Chgo, Il. | I.R. NO. None | |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 20 | M | B | Med. | 6'1" | 175 | Brn. | Blk. | Light | No | Afro-Amer. |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | Illinois State | Student | UNK. |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Self | DNA | ☐ DNA ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| HILL, Mark R. | 3510 S. Rhodes #301 | 373-3216 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 5101 S. Wentworth | None | ☒ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Underwood, C. | 15118 | Victim Refused to Sign Complaints | | |
| Morrissette, G. | 3553 | | | |
| Rosaic, J. | 18?30 | | | |
| INVESTIGATING OFFICER | STAR NO. | | | [redacted] |

CPD - 11.420 (11/77)

ARREST INFORMATION / CHICAGO POLICE

CITY-NF-001081

CITY OF CHICAGO / DEPARTMENT OF POLICE   1121 South State Street   Chicago, Illinois   60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF   BANKS, Rondell   M/N

DATE   2 Nov. 71   IR#322345

DATE OF BIRTH

INQUIRY

15 R 000   24
26 R III
1964

BY NAME CHECK ONLY

322345

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Rondell BANKS 730 E. 39th St. | 3406292 | -2 Nov. 71, Off. Stahl, R61, 2nd Dist. 4 Jan. 72, Armed Robbery(38-18-2)BFW, Judge White 18 Apr. 72, G.J. IND#72-868, Robbery 21 May 73, Armed Robbery etc(72-868)plea glty plai robbery and agg. Asslt, 4 yrs. PROBATION, 1st year, 6 months and 19 days County Jail, Served, Judge Strayhorn |
| Rodell BANKS 7116 S. Harvard | 3822144 | -6 Jun 73, Off. Chase, 7th Dist. 6 Jun 73, Released W/O Charging |
| James HENDERSON 8718 S. Burley | 3952798 | -12 Nov. 73, Off. Crowley, R-61, 7th Dist. 5 Feb. 74, Armed Robb(38-18-2), Robb(38-18-1)NPC/ Disch., Judge Casey 27 Feb. 74, Burg. Wrt.(38-19-1)S.O.L., Judge Durham |
| Roh BLACK 6757 S. Marshfield | 4066775 | -25 Apr. 74, Off. Davis, 21st Dist. 12 Jul 74, G.J. IND#74-3665, Armed Robb. etc. |
| Rhodell BANK 6601 S. Damen | 4248452 | -10 Dec. 74, Off. Glynn, R61, 2nd Dist. 30 Dec. 74, Murder Wrt.(38-9-1a1)Held to the Grand Jury, Judge Machala |
| | | 21 Jan.75, G.J. IND#75-393, Murder 8 Sept 75, Murder(75-393)find not glty. Judge Garippo. |
| | SEE CB 3406292 | 10 Feb 75, Joliet ISP#80285, Viol of Probation (72-868)find glty, 2-6 years. Judge Strayhorn. Rec'd 29 May 75. Out on Writ from Pontiac#34478 1 Oct. 75 |
| | SEE CB 4066775 | 1 Oct 75, Joliet ISP#80285 Arm Robbery(74-3665) Plea Glty, 2-6yrs cc with 72-868, Judge Massey. 1 Oct. 75 Returned from Writ to Pontiac#34478 20 Apr 77, PAROLED from Menard C.C.#C-10176 |
| Rodell BANKS 730 E. 39th St. | 5057415 | -03 Sep 77, Off. Eichler CCID-S(002nd Dist.)Poss Cont Sub 12 Oct 77, Poss Cont. Subs(56½-1402)SOL, Judge Zelezinski. |
| Rodell BANKS 2056 E. 73rd St. | 5145158 | -5 Jan 78 Off. Smith OO2nd Dist. Dis 25 Jan 78, Disorderly Conduct(MCC)Leave to File Complaint Denied, Judge Houtsma. |
| Rodell BANKS 2056 E. 73rd | 5209137 | -8 Apr 78 Off. Betts 902nd Dist. Poss Cont Sub 10 Apr 78, Poss. Cont. Sub. (56½-1402) S.O.L., Judge Zelezinski. |

I.R. NO.

FBI NO.   512 975 J2

S.B. NO.

CPD - 31.903 (6/71)

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CITY-NF-001082

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois  60605

| | | |
|---|---|---|
| CRIMINAL HISTORY OF | BANKS, Rondell   M/N | 6 |
| DATE | 02 Nov 71     IR#322345 | 15 R 00D |
| | | 26 R II I |
| DATE OF BIRTH | | |

**ISSUED ON INQUIRY**
APR 26 1984
BY NAME CHECK ONLY

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 322345 | 512 975 J2 | 1588994 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Rodell BANKS 2056 E. 73rd Street | 5239171 | – 16 May 78, Off. Medici 002nd Dist. Unlawful Use of Weapon 9 June 78, UUW.Fel (38-24-1a4) PG.FG. Info#78-16460. 3 Years Ill.Dept of Corr., Fail to Regis F/A (MCC), Fail to Produce (MCC) Non Suit, | | | |
| | | Unlawful Poss F/A & Ammo. (38-83-2a),Theft-Misd (38-16-1d3) S.O.L, Judge Moran. Rec'd 14 Jul 78, Jol et C.C.#C-10176 17 Jan 80, PAROLED from Menard CC#A-10176 | | | |
| Rodell BANKS 4243 S. Marshfield | 6244521 | – 25 Sep 81- Off. Ratcliff 6th Battery Wrt. 15 Oct 81, Battery Wt (38-12-3) SOL, Judge Manning | | | |
| Rondell V BANKS 6417 S. Kenwood | 6467229 | –21 May 82 Off. Lett GCED S (2nd) Inv. Murder 17 June 82, INFO#82-4887, Murder, A/Viol. | | | |
| Rodell BANKS 8243 S. Marshfield 2nd fl | 6911768 | –15 Aug. 83 Off. Williams GSU S (02) Robbery 12 Dec 83, Poss Marij (56½-704a), SUPERCEDED BY IND#, TRANSFER TO CHIEF JUDGE, Judge Zelezinski, Doc#83-1259329 | | | |
| Rodell BANKS 8243 S. Marshfield | 6981431 | –9 Nov 83 Off. Spencer 6th dist Agg. Assault 19 Jan. 84, Agg. Assault(38-12-1a)Damage Prop.(38-21 1a)SOL,Judge Macellaio | | | |
| odell V. BANKS 056 E. 73St. | 7013254 | 28 Dec. 83 Off. Garner GCID-S (02 Dist) Agg Assault 16 Feb. 84,Agg. Ass. WRT.SOL,Judge Sherard | | | |
| | See CB# 6911768 | 03 Jan84, GJ IND#83C-12987, Poss of Cannabis with intent to deliver | | | |

CITY-NF-001083

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations . D-31.903 (REV. 10/75)  S.S. 20.33).

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION / Chicago, Illinois 60605

| | | |
|---|---|---|
| CRIMINAL HISTORY OF | GREEN, Gerald C. | M/N |
| DATE | 15 May 80 | |
| DATE OF BIRTH | | |

ISSUED ON INQ...

APR 20 1984

RES. NAME CHECK ONLY

| I.R. NO. | FBI NO. | |
|---|---|---|
| 578262 | 48 337 W7 | 2176094 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Gerald C. GREEN 3033 St. Lawrence | 5818371 | -15 May 80, Off. Hartfield, 4th Dist., Poss Stolen Auto 16 May 80, Poss Stolen Veh. Red 95½-4-103a) PG/FG 1 yr. SS Superv. Judge Devine | | |
| Gerald K. GREEN 8033 St. Lawrence | 5843446 | - 12 Jun 80, Fischer 6, Theft. 27 Jun 80, Theft Of Service(38-16-3a) BFW, Judge Casey. | | |
| Gerald E. GREEN 8033 S.St Lawrence | 5844490 | -13 June 80. Off. Fischer, 6th Dist, Criminal Tresp to Vehicle 1 Jul 80, C.T.T.V(38-21-2) BFW, Judge Casey 29 Jul 80, Crim tresp to veh (38-21-2) SOL, Judge Joyce | | |
| Freeman GREEN 706 E. 39th #1109 | 5852581 | -21 Jun 80, Off. Roberson, 02nd Dist., CDTP 2 Jul 80, CDTP (38-21-1a) BF/SOL, Judge Moran | | |
| Gerald GREEN 8033 S. St. Lawrence | 5871515 | - 12 Jul. 80 Campbell 622-06th. Burg. 29 Jul 80, BF theft wrt (38-16-1al), BF crim tresp wrt (38021-1) SOL, Judge Joyce | | |
| Gerald K. Green 3033 S. St. Lawrence | 6010096 | 31 Dec 80, Off. Kieth, 003, Theft. 18 Feb 81, Theft (38-16-a3a) Wrt. SOL, Judge Handy. | | |
| Gerald GREEN 122 E. 38th St | 6111351 | -07 May 81- Off. Murphy SOG-S (02) UUW. 12 may 81 UUW Sawed Off(F)(38-24-1a7) INFO/#81-16870, 2 Yrs (P) PROBATION 7 Days HC Judge Moran | | |
| Gerald GREEN 706 E. 39th St | 6209677 | -20 Aug 81- Off. Novak 2nd Rape. | | |
| rald GREEN 177 Drexel | 6671557 | -11 Nov 82 Off. Fecke Pat. Div Adm (02) Viol Prob | | |
| Gerald GREEN 3816 S. King Dr. | 6847692 | - 29 May 83, Off. Basile A2VC (05) Rape Attempt 10 Jun 83, Sim Battery(38-12-3)PG/FG 20 days tcs, Judge Sheridan(Docket No 83 312095) | | |
| ray GREEN 354 E. 70th. St. | 6984048 | -13 Nov 83, Off. Dean 02nd. Dist. Home Inv. Robb. 14 Nov 83, Home Inv. Robbery(12-11-82)FPC Transfer to Chief Judge, Judge Moran(Docket No 83 340567) 5 Dec 83, INFO#83-12006, Home Inv., Res. Burg, Agg. Batt., A/Viol | | |

CITY-NF-001084

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden, When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 2023).
-0-31.903 (REV. 10/75)

Chico    40th & Drexel

Poncho    40th & Drexel

Court way Building
3rd floor

Case: 1:12-cv-04428 Document #: 313-76 Filed: 09/19/17 Page 116 of 147 PageID #:19182

CITY-NP-001086

PX 001-115

**REPORT** ASSAULT

AGGRAVATED-HANDGUN

10 5 7 4

CHA GROUNDS

730 W. 39TH ST

LOCATION OF OCCURRENCE: 730 W. 39TH ST 709

DATE OF OCCURRENCE: 27 APR 84 1520

| 25. SEX | 24. AGE | HGT | WGT | EYES | HAIR | | |
|---|---|---|---|---|---|---|---|
| M | 1 19 | | | | | | |

24-HOUR PHONE 924-1110

DNA

ANY

24. TIME AVAIL. 1540

27. OCCUPATION DNA

231 APR 84

24

OFFENDER: JENKINS

LEAKS, CUNDELL T.

1837 No. KILLS APT 401

MARTY, PAUL

706 E. 39TH ST APT 505

| | SEX | AGE | HGT | WGT |
|---|---|---|---|---|
| N | M | 18 | 6'1 | 140 |
| N | M | 23 | 5'12 | 135 |

BLACK BRN M BLK

BRN BLK M H

54646641

7020030

BSGOOM SQUAD

27 APR 84 1830
DATE/DAY/MO/YR

VICTIM: DELBERT M/B/19YRS/730 E. 39TH ST., APT 709.924-1110.

JENKINS, DELBERT M/B/19YRS

LOCATION OF INCIDENT
730 E. 39TH ST

INVESTIGATION SOUTH INCIDENT 84-6-1330

STAR NO. 8140

STAR NO. 16770

APR 84 1200

CITY-NF-001087

PX 001-116

**OFFENDERS**

HALEY, PAUL.M/B/23YRS. .706 E.39TH ST.APT 805.UNEMPL.
5-2-75FILED CONV.IR/F080050.

LEAKS(CHONDEL).M/B/18YRS. 5037 SO. ELLIS.APT 401. UNEMPL.
6-1-140.RED COMPL.IR/F646641.

**GANG AFFILIATION**

BLACK GANGSTER GOON SQUAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

**ARRESTING OFFICERS**

| OFF. A. WOODS | #15648 | 002 |
| OFF. R. BARNES | #9236 | 002 |
| OFF. E. MCCANN | #3449 | 715 |
| OFF. J. BROCK | #4026 | 715 |
| OFF. J. PALMER | #9700 | 715 |
| DET. BANN | #16770 | 141S |
| DET. WILINDEX | #8140 | 141S |

**date & time of arrest**

FRI.27APR84.1600HRS.

**PLACE OF ARREST**

720 E. PERSHING

**COURT & CHARGES**

34-2 31MAY84.AGG ASSAULT

GANG INVESTIGATION SECTION SOUTH  84-S-1330                    27APR84
F150899  AGG ASSAULT

NOTIFICATIONS                        SGT. KUROWSKI
                                     SGT. MURPHY

NARRATIVE                            IN SUMMARY R/I'S ... ...DED TO C.O.S. ALERT

OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD ... ... BEEN SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SA... ... HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK ...STER GOON SQUAD BE-
CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE S... GANG.

                                     R/I'S PLACED THE OFFE...ERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001088

Case: 1:10-cv-01168 Document #: 1185-43 Filed: 02/24/17 Page 119 of 147 PageID #:34066

CITY-NP-001089

PX 001-118

E. REPORT  
FAUD POLICE  
PRIMARY CLASSIFICATION  
ASSAULT  

UOR DEFINITION  
0 5 1 4  

AGGRAVATED-HANDGUN

OHA GROUNDS

LEANS, CUNDULL, P.  
HALEY, PAUL

2837 NO. ELLIS APT 401  
706 E. 39TH ST APT 805

VICTIM  
EDWARD, DELBERT, M/B/19YRS, 730 E. 39TH ST. APT 709, 924-1110.

DATE & TIME OF INCIDENT  
JUL-27-1984, 4570HRS.

LOCATION OF INCIDENT  
730 E. 39TH ST.

680100-NP-001089

CITY-NF-001060

**OFFENDERS**

HALEY, PAUL.M/B/23YRS. ,706 E.39TH ST.APT. 805.UNEMPL.
9-2-75-MED CONPL.IN-702050.

LEAKS,CHUNDELL.M/B/16YRS. 3627 SO. ELLIS.APT 401. UNEMPL.
611.140.MED COMPL.IN-546641.

**GANG AFFILIATION**

BLACK GANGSTER GOON SQUAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

**ARRESTING OFFICERS**

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BAKER | #9226 | 002 |
| OFF. E. MCCANN | #3419 | 715 |
| OFF. J. BROCK | #4036 | 715 |
| OFF. J. PALMER | #9700 | 715 |
| DET. MANN | #16770 | 141S |
| DET. W.LINDER | #8140 | 141S |

**date & time of arrest**     FRI.27APR84.1600HRS.

**PLACE OF ARREST**     720 E. PERSHING

**COURT & CHARGES**     31.4-2 3-UA284.AGG ASSAULT

**SEE CONTINUATION SHEET**

SUPERVISOR'S SIGNATURE     R. J. WOOD/R.

DATE (DAY/MO/YR)     27. A.

PX 001-119

GANG INVESTIGATION SECTION SOUTH  84-S-1330                                      27APR84
F150899  AGG ASSAULT


NOTIFICATIONS                              SGT. KUROWSKI
                                           SGT. MURPHY


NARRATIVE                                  IN SUMMARY R/I'S ___ _____ TO C.O.S. ALERT

OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD ___ ____ SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SAID ____ HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK _____ GOON SQUAD BE-
CABESE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAME GANG.

                                      _____
                                      R/I'S PLACED THE OFFE_____ERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001091

I#105004

| ARRESTEE NAME (LAST - FIRST - MI) | | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| HAWKINS, | Earl | mi. | 003 | 091 | | one | |

| ADDRESS ARRESTEE | PHONE | ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 345 E. 134 Th Street | None | 09 Oct 1981 | 2245 |

ALIASES

| | I.D. NO. | C.B. NO. |
|---|---|---|
| | C-217-651 | 6257-650 |
| | BIRTHPLACE | I.R. NO. |
| | Chicago | 444722 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | M | B | Med. | 5-08 | 140 | Brn | Blk | Lt. Brn | No | Americanegro |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | Unemployed | Laborer | Unk |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 35 |
|---|---|---|
| TWENTY THREE OTHERS RD#C382-507 I#103002 | Una | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Willie BIBBS(Deceased) State of I'LL | Heaven?????? | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 6417 S. Kenwood ave. | Murder Warrent #C-018134 | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Sgt. J. Halpin#1411 | | 66-3 | 13Oct 1981 | |
| Det. C. Steen | | | | |
| Assisting Third Watch 091 | | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| | |

CPD - 11.420 (11/72)

ARREST INFORMATION/ CHICAGO POLICE

CHICAGO POLICE

| ARRESTEE'S NAME (LAST - FIRST - MI) | | |
|---|---|---|
| DOYLE, William A. III | | |

| ARRESTEE'S ADDRESS | BEAT OF ARREST | ARRESTING UNIT | R.D. NO. |
|---|---|---|---|
| 8314 S. Indiana | 1023 | 710 | NONE |

| ALIASES | PHONE | DATE ARRESTED | FILE NO. |
|---|---|---|---|
| | NONE | 8 Feb 83 | DNA |

| NICKNAME | | TIME ARRESTED | C.B. OR J. NO. |
|---|---|---|---|
| | | 1455 | 675C-231 |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | BIRTHPLACE | | I.R. OR Y.O. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | B | Med | 5'1 | 180 | Brn | Blk | Chicago,Ill | | 332820 |

| MARITAL STATUS | EMPLOYER OR SCHOOL | | OCCUPATION | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|
| S | unempl. | dope dealer | | Med | No | NV |

| ARRESTED WITH | HOME ADDRESS | SOCIAL SECTION |
|---|---|---|
| DNA | | |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | |
|---|---|---|
| El Rukn | City Wide | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | | PHOTO |
|---|---|---|
| 2640 S. California | | |

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | BOOK |
|---|---|---|---|---|---|---|---|
| | DNA | | | | | | PAGE/NO. |

| COMPLAINANT | ADDRESS | STATE | MO./YR. EXPIR. |
|---|---|---|---|
| R.I.s | 5101 S. Wentworth | | |

| | CHARGES: D/C & Traffic Violati |
|---|---|

| ARRESTING OFFICER - STAR NO. | | COURT BR. COURT DATE |
|---|---|---|
| Cullom # 14685 | | Br. 27-2 - |

| ARRESTING OFFICER - STAR NO. | |
|---|---|
| O'Neill # 12128 | |

CPD-45.105 (Rev. 1/82)

GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001092

PX 001-121

Brown,

CITY-NF-001093

PX 001-122

705. So LANGLY 27 6848-456

#526 6417 So KENWOOD 085

ILLINOIS H-252-2005-5232 444 722

5-09 150 BRN BLK MED O 31 MIC
I 28 OOI

BEARS 95½ 4-102.2 3/2 30 MAY V3:30 TAM P. AUTO

Released after
Clearing BofI

0200

71 DODGE 120 818 R/V TOWED TO POUND

A/05

03 DIS. CRITTLE + CO BEAT 377 02 30

THE ABOVE SUBJECT WAS ARRESTED BY P/O'S
FOR BEING IN CONTROL OF A POSSIBLE STOLEN
VAN. THE ABOVE NAME SUBJECT WAS SEEN
INSIDE AND AROUND THE VEHICLE AND ALSO
TAMPERING UNDER THE HOOD WHEN ASKED TO
PRODUCE OWNERSHIP DOCUMENTS THE SUBJECT
WAS UNABLE TO DO SO. HE WAS THEN PLACED
UNDER ARREST ADVISED OF HIS RIGHTS AND
TRANSPORTED TO THIRD DISTRICT FOR PROCESSING

INSUFFICIENT EVIDENCE TO BE RELEASED PERSON
CLEARING D of I DR#3567 667-7919 0800

3 30-MAY-83 0300

W. WILLIS SR 9452 003 314 24 W. BRENCIS 14003 314

H. Muller 16364 03 P 67 044 APR 2 1

C. Hill 345448

COURT SERGEANT/PERMANENT RECORD COPY

CITY-NF-001094

PX 001-123

CPD 11.428 (REV. 2/87)

DOYLE WILLIAM A.

**ADDRESS OF ARREST:** 6400 S. WOODLAWN  APT. NO. 4  AGE 28

**ALIAS (LAST)** (FIRST) (MIDDLE)  C.B. NO. 0649 291

**TEN LOCATION CODE FOR NATURE OF PREMISES:** HALLWAY  DIST./RES. 006

**RESIDENCE ADDRESS:** 8314 S. INDIANA  TIME PHOTO: NONE  R.D. NO

**STATE/PLACE OF BIRTH:** ILL  **DRIVERS LICENSE NO:** D-400-9215-41278 ILL  STATE 332820

**HEIGHT:** 5'11"  **WEIGHT:** 180  **EYES:** BRN  **HAIR:** BLK  **COMPLEXION:** DARK  17 W

**DAY OF ARREST:** 315  **DAY:** 20  **MONTH:** OCT  **YEAR:** 82  **TIME:** 2700  **FINAL CL. DATE & BRANCH:** NS  17 U

**HIRE EMPLOYED:** 193-1A ✓

UNEMPLOYED

OCCUPATION: LABOR

**TIMES FINGERPRINTED:** 16  18

DEFENSES: DISORDERLY

**BLANCHIE MANNING**  NOV 2 1982

PROPERTY TRANSPORTED TO BY: 903  J.T. THOMAS  14137  BT-373  1715

**NARRATIVE**

ABOVE SUBJECT WAS ARRESTED FOR
DISORDERLY CONDUCT WHEN HE WAS OBSERVED
CREATING A DISTURBANCE BY YELLING LOUD
OBSCENITIES AND GANG SLOGANS. SUBJECT
REFUSED TO MOVE ON WHEN ASKED TO BY
R/O's. SUBJECT IS AN ADMITTED MEMBER
OF THE "EL RUKIN'S" STREET GANG. REQUEST
PRINTS FOR I.D.

**BLANCHIE MANNING**  NOV 3 1982

C38062 64

**TEL. NO. CALLED** 375-6915  **TIME OF TELEPHONE CALL** 20 45

CITY-NF-001095

**VEHICLE ASSIGNED:** 3  ONE ✓ TWO MAN CAR

**DESIRED COURT DATE:** 3-NOV 82  **BRANCH:** 343  **COURT SGT. TO HANDLE:** ✓ YES NO  **DATE RECEIVED:** 20 OCT

**ARRESTING OFFICER:** C. GRADY  **STAR NO:** 3642  **UNIT NO:** 0083  **BEAT NO:** 331

**CHECKING OFFICER:** 948

**ARRESTEE SEARCHED BY:** HILL  **STAR NO:** 34579

**PROPERTY RECEIPT NO:** 

**BONDED-DATE:** 20 OCT 82

IDENTIFICATION SECTION



FPC:O 31 MIO 19
I 28 OOI

CRIMINAL HISTORY OF   Earl HAWKINS    M/N

DATE    24 Jul 75

DATE OF BIRTH ▓▓    IR#444722

| NAME & ADDRESS | C.R. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE | DISPOSITION |
|---|---|---|---|
| Earl HAWKINS<br>345 E. 134th St. | 4446871 | -24 Jul 75, Off Smith 5th Dist., Inv. Burg.<br>24 July 75, Released W/O charging | |
| Earl HAWKINS<br>345 East 134th St. | 4470473 | -17 Aug 75, Off. Love, 21st Bist., Intimidation<br>15 Sept. 75, Intimidation(38-12-6a1)Held to the<br>Grand Jury, Judge Higgins<br>8 Oct 75. G.J. Ind#75-6485, Intimidation. | |
| Earl HAWKINS<br>915 E 42nd Pl. | 4526239 | -15 Oct 75;Off.Murphy TSA A-1 (21st Dst)Agg.Battery<br>22 Jan 76,Battery(38-18-3)FNPC Disch. Judge Meier. | |
| Earl HAWKINS<br>345 E 154th St | 4563909 | 25 Nov 75, Off. Murphy, TSA A/1, 2nd Dist.,<br>Intimidation<br>4 Dec 75, Intimidation(38-12-6)Batt(38-12-4)FPC<br>Trans to Chief Judge, Judge Meier | |
| Earl HAWKINS<br>324 E. 39th St. | 4895044 | - 26 Jan 77, Off. Conwell 2nd dist. - Disord.<br>14 Feb 77, Disorderly(HCC)LFD, Judge Palmer | |
| Earl HAWKINS<br>345 E. 135th St. | 4911729 | - 21 Feb 77, Off. Breckenridge GCID-S (002) Disord.<br>8 Mar 77, Disord Cond(MCC)Non suit, Judge Zelez-<br>inski. | |
| | SEE CB<br>4470473 | 24May 77, Intimidation(75-6485) Finding Not Guilty,<br>Judge Watt. | |
| Earl HAWKINS<br>345 E. 134th St. | 5148064 | -9 Jan 78, Off. Williams 002nd Dist, UUW<br>11 Apr 78, Fail to Prod (MCC), Fail to Reg (MCC) Theft<br>(38-16-2) Discharge, UUW (MCC), UUW (38-24-1a10) PNJ/PNG,<br>Judge Sodini | |
| Earl HAWKINS<br>345 E. 134th St. | 5173645 | -20 Feb. 78, Off. Brannigan, GCID-South, (002)Dis.<br>20 Feb 78, Disord Cond(MCC)LFD, Judge DiVito. | |
| Earl HAWKINS<br>6724 Stony Island | 5196262 | -22 Mar 78 Off. Alexander VCD-N (CD) Del Cont Subst<br>& Poss Cont Subst<br>19 May 78, Del. cont subs(56½-1401)Poss cont subs(56½-1402)<br>SOL, Judge Zelezinski | |
| Earl HAWKINS<br>345 E. 134th St. | 5205355 | -4 April 78, Off. Bonner VCD-G (CDS) Patron<br>17 Apr 78, Patron (MCC) Non-Suit, Judge Zelezinski. | |
| Earl HAWKINS<br>6724 S Stony Island | 5413784 | -16 Dec 78, Off Roland, VCD-N ~~Poss~~ cont sub<br>22 Mar 79 Poss Cont Sub(56'-1402) SOl Viol Cont Sub Act(56½-1-<br>06) PG PG   2 Days DC Ts, Judge Zelezinski | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR
OTHER GOVERNMENTAL AGENCIES, THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE
CHICAGO POLICE.    BY NAME CHECK ONLY

CPD - 31.903 (8/71)

Continued on Page 2



CITY-NF-001096

PX 001-125

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION       Chicago, Illinois  60605

| CRIMINAL HISTORY OF | HAWKINS, Earl | M/N |
|---|---|---|
| DATE | 24 Jul 75 | |
| DATE OF BIRTH | ▓▓▓▓ | |

| I.R. NO. | | FBI NO. | | I.S.B. NO. |
|---|---|---|---|---|
| 444722 | | 453 218 L5 | | 1908225 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE | DISPOSITION |
|---|---|---|---|
| 1 HAWKINS<br>24 S Stony Island | 5718390 | -02 Jan 80, Off Brooks, 021stDist., UUW<br>16 Jan 80 UUW(38-24-1a10) Fail Prod(38-83-2a)<br>Fail Reg(MCC) BFW Judge Whitaker | |
| 1 HAWKINS<br>4 Stony Island | 5959746 | -22 Oct 80- Off. Williams 21st Dist UUW Wrt<br>31 Oct. 80, UUW Wrt. PG/FG. 2 Days Time Cons. Served,<br>Judge Manning | |
| Earl HAWKINS<br>345 E 134th St. | 6257650 | -10 Oct 81, Off. Steen GC-S-2nd Dist. Murder.<br>3 Nov 81, G.J. Ind#81-C7743, Murder, Arm Violence.<br>10 Sep 82, Murder, A/Viol. (81-7743) FINDING NOT GUILTY<br>Judge Joyce | |
| rl HAWKINS<br>17 Kenwood | 6649292 | - 20 Oct 82 Off. Parks 3rd Dist. Disorderly<br>03 Nov 82, Dis Cond., (MCC), Non Suit, Judge Manning | |
| 1 HAWKINS<br>12 S Kenwood | 6848456 | - 30 May 83 Off Willis 3 dist Tamp w/auto<br>30 May 83, RELEASED WITHOUT CHARGING | |

CITY-NF-001097

ISSUED ON INQUIRY

APR 27 1984

BY NAME CHECK ONLY

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

1.903 (rev. 10/75)

OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
– IDENTIFICATION SECTION          Chicago, Illinois  60605

CRIMINAL HISTORY OF   DOYLE, William A      M/N          17 W MII          5

DATE          03 Mar 72                                  17 U III

DATE OF BIRTH

| I.R. NO. 332820 | | FBI NO. 799 641 J 5 | | L.S.B. NO. 1887013 | |
|---|---|---|---|---|---|
| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
| William DOYLE 8314 S Indiana | 5194619 | -20 Mar 78, Off Cahan, 003rd Dist., Disorderly 5 Apr 78, Diso. Cond (MCC) LFD. Judge Houtsma. | | | |
| illiam DOYLE 314 S. Indiana | 5253194 | -02 June 78, Off. Davino 021st Dist. Poss. Marij. 20 Jul 78, Poss Cannabis (56½-704) MS SOL Judge Zelezinski 28 Jul 78, Fail Reg Weap (38-83-2a) SOL, Fail Reg & FailCarry ID (MCC) Non Suit, Judge Petracca | | | |
| illiam DOYLE 314 S. Indiana | 5291510 | -18 July 78 Off. Kuffel GCID S (02) Dis (State) 30 Aug.78, Diso.Cond. (38-26-1A1) SOL.Judge Whitaker | | | |
| William DOYLE 724 Stoney Island | 5991808 | -04 Dec 80, Off Shelton, 021st Dist., Battery 12 Jan 81, Battery (38-12-3) SOL, Judge Manning | | | |
| lliam A. DOYLE 14 S. Indiana | 6046867 | -20 Feb 81 Off. Bauer GCSS (02) Poss Marij 10 Aug 81, Poss Marij. (56½-704) PG/PG 2 Days Time Cons. Served & $90 Fine, Judge McNulty | | | |
| William DOYLE 8314 S. Indiana | 6356300 | -01 Feb. 82, Off. Schmidt GCED-West (011) Diso. Cond. | | | |
| illiam A. DOYLE 314 S Indiana | 6461614 | -17 May 82, Off. Gricus 9th Dist. Poss. Cont. Sub, (felony 26 Jul 82, Poss Of Cont Subs., (56½-1402), FNPC, Judge Campion | | | |
| illiam DOYLE 314 S. Indiana | 6641345 | -12 Oct. 82 Off. Pamon 21st. Poss. Marij. 30 Dec.82, Poss. Marij. (56½-704a) SOL, Judge Zelezinski | | | |
| William DOYLE 314 Indiana | 6649294 | - 20 Oct 82 Off Brady 3 dist Dis. 03 Nov 82, Diso. (MCC) Non Suit, Judge Manning. | | | |

DOING TIME W/ JEFF FORT
FOR DRUG DEAL
IN
MISSISSIPP,

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CONFIDENTIAL – Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

903 (REV. 10/75)          dm          dn

CITY-NF-001098

PX 001-127

IDENTIFICATION SECTION

1121 South State Street Chicago, Illinois 60605



CRIMINAL HISTORY OF **DOYLE, William A.**     M/N          17 W MII (5
                                                            17 U III
DATE         3 Mar 1972         IR#332820

DATE OF BIRTH         ▮▮▮▮▮▮

| NAME & ADDRESS | C.R. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE — DISPOSITION |
|---|---|---|
| William A. DOYLE 8314 So. Indiana | 3491822 | – 3 Mar 72, Off. Boston Intell. Div. (5thdst) 11 May 72, Agg.Batt.(38-12-4a)(2cts)SOL, Judge Casey |
| William A. DOYLE 8314 S Indiana | 3651705 | –4 Oct 72 Off. Wallace YDA#2 Dist. 005 9 Feb 73. UUW(38-24-1a4) SOL; Fail to Reg(MCC)(2dts Fail to Carry Cert(MCC) Fail to Carry Cert(MCC) Non Suit., Judge Walton. |
| William A. DOYLE 8314 S. Indiana | 3656043 | –10 Oct. 72 Pylman SOG#2 05th Dist. 20 Jan 73, Burg.(38-19-1)SOL, Judge Walton |
| William A DOYLE 8314 Indiana | 3818184 | –1 Jun 73 Dostal 5th dst 1 June 73, Released Without Charging. |
| William A. DOYLE 2710 E.83rd St. | 4089805 | –24 May74– Zelazo 4th dst Poss.of Marijuana 24 May 74, Poss.Marij.(56½-704)9 mos. PROBATION.Judge Murphy |
| William A. DOYLE 631 E. 92nd St. | 4269449 | –7 Jan 75 Off. Mahon 5th Dist. 7 Jan 75, Released without chargeing |
| William A DOYLE 2710 E 83rd St | 4295669 | –8 Feb 75 Off Springer 04th Dist. Agg Assault 22 Oct 75,Agg Asslt(38-12-2al)Reckless Cond(38-12-5) Disord(MCC)Discharged,Fail to Reg(MCC)Non Suit,Fail to Carry(38-83-2a)SOL,Judge McDonnell |
| William A.DOYLE 2710 E.83rd St. | 4304263 | –18 Feb.75, Off.McQuaid (04), Robbery. 18 Feb 75, Released W/O Charging |
| William A. DOYLE 2710 E. 83rd St. | 4340098 | –31 Mar 75, Off. Sigler CGID (06st Dist.) UUW-Poss. of Marij. 15 May 75, UUW(38-24-1a10) Unl. Poss(38-83-2a)Poss Marij.(56½-704) Fail to Reg.(MCC) SOL, Judge Murphy |
| William A. DOYLE 8314 S. Indiana | 4503735 | –22 Sept 75, Off Wiggins, 02 Dist, Dis Conduct 7 Oct 75,Disord Wt.,DWP,Jdg Jordan |
| William DOYLE 8314 S Indiana | 4791313 | –28 Aug 76, Off. Eckles, 6th Dist, State Disorderly 13 Sept 76, Disc.Conduct (38-26-1a1)ISSUED ON Judge Garnett.   ISSUED ON INQUIRY.   APR 27 1984 BY NAME |
| William DOYLE 8314 S. Indiana | 5088010 | –12 Oct 77 Off. May 3d UUW 3 Aug 78, UUW(3 -24-1a4),DG FG 1 Yr PROBATION & 2 Days HC TS, No State ID(38-83-2a)-SOL Fail Reg&Fail Carry(MCC)Non Suit, Judge Banks. |

cts
0 - 31.803 (8/71)

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

(CONTINUED ON NEXT PAGE)

CITY-NF-001099





CITY-NF-001100

PX 001-129





CITY-NF-001101

ARREST REPORT
CPD-11.420 (Rev. 2/83)

1 OF 2

5 STEWART EDWARD W M B

6:9:1-1-0:6:6

3. ADDRESS OF ARREST: 5400 W. LAKE   APT NO   6 AGE 21   7 ALIAS (LAST)

IX. ENTER LOCATION CODE FOR NATURE OF PREMISE   09   11 DIGI-RES 15   12 RESIDENCE ADDRESS 6139 S. KIMBARK   13 TIME PHOTO HTS

12 STATE PLACE OF BIRTH ILL.   DRIVERS LICENSE NO.   STATE   20 I R NO 650810

226 N. PINE

15. RESISTED ARREST YES/NO   16 ASSAULTED OFFICER YES/NO   17 OFFICER INJURED YES/NO   18 SOBRIETY SOBER/HBD/INTOX   D. N. A.

21. WEAPON: RIFLE/SHOT-GUN/PISTOL-REVOLVER/KNIFE/OTHER   22 HEIGHT 5'9   23 WEIGHT 137   24 EYES BRN   25 HAIR BLK   26 COMPLEXION MED   27 FINGERPRINT CLASSIFICATION 21 II

28 GLASSES YES/NO   29 BUILD SLENDER/MEDIUM/HEAVY   30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC   31 SEAT OF ARREST 1521   32 DATE OF ARREST 30 NOV 85 1530   1 TIME   33 FINAL CT. DATE & BRANCH FEB 1 4 1984   27 000

34. WHERE EMPLOYED: UNEMPLOYED
35. OCCUPATION: LABORER
36. NO ARRESTED 1603   37. TIME FINGERPRINTED

56½-704   1. POSS. OF MARIJ.

38. REFERENCES (CHAPTER, ARTICLE, SECTION) 39   OFFENSES   40   DISPOSITIONS

41. OFFICER NOTIFYING INVESTIGATIVE UNIT   42 PERSON NOTIFIED N.A.   UNIT NOTIFIED   TIME   43 DATE CHARGED DEC 83 0011   TIME   44. APPROVAL OF CHARGES FDC

45. VEHICLE OR ARRESTEE   YEAR 1973   MAKE CHEV.   STATE LICENSE NO APP FOR WARRANT's   DISPOSITION OF VEHICLE TURNED OVER TO 750 N. LOREL   STAR # 13481 - 6 DIST

46. NAME   SEX   RACE   HOME ADDRESS   PHONE NO.
VICTIM-COMPLAINANT   STAR # 13481 - 6 DIST

47. ARRESTEE TRANSPORTED TO: BY 15TH : G. ALM #10007 66.33   HOW TRANSPORTED   TIME 1545   PROPERTY INVENTORY NO(S) D. N. A.

48. NARRATIVE
ON VIEW SQUAD #6633 ARREST OF ABOVE FOR
A CRIMINAL WARRANT & TRAFFIC WARRANTS
WARRANT: # C D025682
DOCKET! # 82552083
CHARGE: # 56½-704-POSS: OF MARIJUANA —FELONY
BOND: $ 10,000.00
COURT: BRANCH #25

ISSUED ON INQUIRY.
APR 20 1984
BY NAME CHECK ONLY

POSTED TO I. R. RECORDS

A/O'S HAVE NO KNOWLEDGE OF WARRANT.
GANG CRIMES NORTH ARREST

TEL. NO. CALLED 373-2963   TIME OF TELEPHONE CALL 1610

FOR NARCOTIC ARREST   APPROX WEIGHT NO FILES   EST STREET VALUE—CALL VICE CONTROL, PAX 5 9191   FOR COURT USE—COURT/DOCKET NO.
☐ CANNABIS   ☐ CONTROLLED SUBSTANCE   S

49. VEHICLE ASSIGNED 3   ☐ ONE 2 TWO MAN CAR ☒ MAN CAR ☐ OTHER   51 DESIRED COURT DATE 2 DEC 83   BRANCH 25   51 COURT NO? 70 HANDLE ☐ YES ☒ NO   92 DATE RECEIVED LOCKUP BLDG 30 NOV 83   TIME VCSD   53 FINAL JUDGE'S NAME WREAN

55. ARRESTING/APPEARING OFFICER J. O'CONNELL 12699   961   6633   STAR NO G. ALM 10007   961   6633

56. BOOKING OFFICER   10313   0 15   57 PROPERTY RECEIPT NO. NONE   58. INITIAL COURT DATE 1 DEC 83   BRANCH 25

55. ARRESTEE SEARCHED BY K. KACZAK 4652   01   60 BONDED OUT   TIME

JUVENILE DATA   61 T G S   62 CITIZEN   63 DETAINED/RELEASED ☐1 ☐2   64 DATE OF OFFENSE DAY/NO/YEAR   65 DATE OF OFFENSE DAY/NO/YEAR   TIME   75 COMM. AREA NO   74 JUVENILE CODE

CITY-NF-001102

1121 South State Street
Chicago, Illinois 60605

STEWART Edward                    M/B

13 Sept. 82

650810

Edward STEWART          6563247    - 7 Aug. 82, Off. Compton. 006th. Dist. Poss Marij.
8042 S. Ellis

Edward STEWART          6607631    - 13 Sept. 82, Off. Fressett 021st. Dist. BFW Poss Marij.
6139 S. Kimbark

Edward W. STEWART       6996066    -30 Nov 83 Off. Alm GSU N (15) Wtts CC025682
226 N. Pine                        14 Feb. 84, Poss. of Marlj.(5E1-704)Non Suit,Judge
                                   Wrenn

ISSUED ON INQUIRY

APR 00 1984

BY NAME CHECK ONLY

CITY-NF-001103

sdg

NS434   *868ANZKCX LDS/H8407392 WANTED
OFF/3809 FAMILY OFFENSE DOW/012484
NAM/STEWART,EDWARD   SEX/M RAC/B POB/US
DOB/090763 AGE/20 HGT/507 WGT/152 HAI/XXX EYE/BRO SKN/LGT
DLS/IL DLN/S76302047255 DLY/00
HIS/PATERNITY/83M1905510/$1000 D BOND
LKA/326 N PINE CHGO      SNF NR 041091  JUDGE LIBNTON BR 53
312/580-3171
DCA/H04488A
URA/SO COOK CO CHILD SUPP ENF ENT/KAT OPR EJ TRS/7544 BT/TW/2004

*print ØB- 6563247 (RED LINED No 1R)*

*1 R 6J0810*

CITY-NF-001104

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | | DISTRICT OF | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Over Ed, Edward | | | | | | 3-7B | | 90/615 | | 1 | |
| ADDRESS ARRESTEE | | | | | | | PHONE | DR ARRESTED | | TIME ARRESTED | |
| 1340 W. 64thSt. | | | | | | | None | Jan 10 | | 2000 | |
| ALIASES | | | | | | | | NO. | | C.B. NO. | |
| | | | | | | | | 5225 | | | |
| | | | | | | | | INPLACE | | I.R. NO. | |
| | | | | | | | | C5,6 | | YY 152200 |
| AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY | |
| 18 | M | | Med. | 5-7 | 170 | | Bl. | Med. | none | American | |
| MARITAL STATUS | EMPLOYER OR SCHOOL | | | | | OCCUPATION | | SOC. SEC. NO. | | | |
| Single | School one Academy | | | | | Student | | | | | |
| ARRESTED WITH | | | | | | VEHICLE USED (DE | | TIME) | | ARTICLE 46 | |
| Derrick HICKETT & John HAYES | | | | | | | No | | | ☐ YES ☐ NO | |
| COMPLAINANT NAME | | | | | | COMPLAINANT ADD | | TAG | | PHONE | |
| Sanders, Richard | | | | | | 94.6 W. 5 | | diam | | None | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | CHARGES PLACED | | | | RELEASED | |
| 1340 W.64th St. | | | | | | Robbery | | | | ☐ YES ☐ NO | |
| ARRESTING OFFICERS | | | STAR NO. | COURT BRANCH | | DATE | DISPOSITION | | | | |
| Inv. D. Mulcahy | | | 13850 | Juv. Ct. | | | T.O.T.I.D. | | | | |
| Inv. R. Contino | | | 14741 | | | | | | | | |
| (Stop Order) | | | | | | | | | | | |
| INVESTIGATING OFFICER | | | STAR NO. | | | | | | | | |

CPD - 11.450 (11/72)          **ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001105

| ARRESTEE NAME | (LAST - FIRST - MI) | | | | DISTRICT | | | RESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stewart | Eddie | | | | 00 | | | 251A | | 1 | C02 |

| ADDRESS ARRESTEE | | | | | PH - | | | TE ARRESTED | | TIME ARRESTED | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6620 S.Harper | | | | | None | | | 10 Aug 81 | | 1210 | |

| ALIASES | | | | | | | NO. | | C.B. NO. | |
|---|---|---|---|---|---|---|---|---|---|---|
| "Sarra Baka" | | | | | | | C299375 | | 6200317 | |

| | | | | | | THPLACE | L.R. NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | Chgo. | 416417 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | PLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | M | D | Med | 5'9 | 170 | Bro | Blk | Med | Yes | Negro |

| MARITAL STATUS | EMPLOYER OR SCHOOL | | OCCUPATION | | SOC. SEC. NO. |
|---|---|---|---|---|---|
| Single | 210 E.51st St.-Jewelry Store | | Salesman | | |

| ARRESTED WITH | | VEHICLE USED (DESCR ) | | ARTICLE 36 |
|---|---|---|---|---|
| D N A | | D N A | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | | PHONE |
|---|---|---|---|
| Katrina Moore | 283 E.59th Street | | None |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | | RELEASED |
|---|---|---|---|
| 210 E.51st Street | Ind.Lib.With a Child | | ☐ YES ☑ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Freeman | 16530 | 66 | 11Aug | |
| Boyd | 8602 | | | |

| INVESTIGATING OFFICER | STAR NO. | | | |
|---|---|---|---|---|
| Jack Stewart | 13029 | | | |

CPD - 11.430 (11/72)    ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001106

| ARRESTEE'S NAME (LAST - FIRST - MI) | | | | | | BEAT OF ARREST | | | STING UNIT | | FILE NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * FRANCES DAMIEN | | | | | | 923 | | | 181 | | 82-S-450 | |
| ARRESTEE'S ADDRESS | | | | | | PHONE | | D. | ARRESTED | | TIME ARRESTED | |
| * 1148 W. 51ST ST. | | | | | | NONE | | | MAR 82 | | 2145 HRS | |
| ALIASES | | | | | | | | R. O. | | | C.B. OR J. NO. | |
| * | | | | | | | | | 291972 | | | |
| NICKNAME | | | | | | | | BIR PLACE | | | I.R. OR Y.D. NO. | |
| * CHICO | | | | | | | | | 10. | | * | |
| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COM | LEXION | GLASSES | TATTOO/MARKS | |
| * | *M | *B | MED | *62 | *170 | *BRN | *BLK | M 20 | * | | | |
| MARITAL STATUS | EMPLOYER OR SCHOOL | | | | | OCCUPATION | | | | SOCIAL SECURITY NO. | | |
| SINGLE | Unemployed | | | | | D - N - A | | | | | | |
| ARRESTED WITH | | | | | | HOME ADDRESS | | | | | | |
| CARL T. DAVIS | | | | | | 7312 S HALSTED | | | | | | |
| ARRESTEE'S GANG AFFILIATION | | | | | | GANG LOCATION/DISTRICT | | | | PHO | | |
| * | | | | | | * | | | | RO | | |
| LOCATION OF ARREST (COMPLETE ADDRESS) | | | | | | CHARGES PLACED | | | | PAGE/NO. | | |
| 1148 W. 51ST ST. | | | | | | Released Per A.SA | | | | | | |
| VEH: YR. MAKE | | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | | | | STATE | MO./YR. EXPIR. | |
| * | * | * | * | | | * | | | | * | A | |
| REMARKS | | | | | | | | | | | | |
| | | | | | | 9th Dist. | | | | | | |
| | | | | | | Show up | | | | | | |
| | | | | | | #75 | | | | | 9 | |

| ARRESTING OFFICER - STAR NO. | | ARRESTING OFFICER - STAR NO. | |
|---|---|---|---|
| J. LYNCH | 6323 | J. O'MARRAH | 8696 |

CPD-45.105 (11/81)   GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001107

NICKNAME

Chico
FULL NAME (LAST)              (FIRST)

Prince, Damien
ADDRESS

1148 N. 51st St.
DATE OF BIRTH
DAY     MONTH     YEAR          ☐ LEADER     ☐ MEMBER

ASSOCIATE OF

ADDRESS

DATE OF BIRTH
DAY     MONTH     YEAR

CPD-61.504 (3/71)   NICKNAME INDEX/ CHICAGO POLICE

---

NICKNAME

Chico                          (B C D)
FULL NAME (LAST)     (FIRST)                    (M.I.)

Rey, Mertel
ADDRESS

3833 So Longley  2 - 406
DATE OF BIRTH

AS              ☐ LEADER     ☒ MEMBER

ADDRESS

DATE OF BIRTH
DAY     MONTH     YEAR

CPD-61.504 (3/71)   NICKNAME INDEX/ CHICAGO POLICE

---

"Chico" = Greg, Cousin to Prowl Baldwin

28/29, 5-00, 180, Lt. comp.

3833 Long #709

CITY-NF-001108

WALLACE, Olivia          F/B

22 Feb 1982

631685                    617 913 X 10          235 2837

Olivia WALLACE       6374016  -21 Feb 82. Off. Howard, 7th Dist (2nd) Battery.
4716 Cottage Grove              31 Mar 82, Battery (38-12-3a) FG/FG $55.00 Fine &$35.00 Cost
                                Judge Ellis

ISSUED ON INQUIRY.

ARR 30 1988

BY NAME CHECK ONLY

CITY-NF-001109

ES

ARREST REPORT
CPD-11.420 (REV. 9/80)

Wallace, Olivia

**1. ADDRESS OF ARREST:** 5628 So Wood Street

**6. AGE:** 17

**10. NATURE OF CHARGES:** Street

**12. RESIDENCE ADDRESS:** 4716 So Cottage Gr Apt 1138

**14. STATE/PLACE OF BIRTH:** MISS **DRIVERS LICENSE NO:** NONE

**22. HEIGHT:** 5-3 **23. WEIGHT:** 128 **24. EYES:** BRN **25. HAIR:** BLK **26. COMPLEXION:** MED

**IR NO:** 631685

**CB NO:** 637401

**30. MARKS, SCARS, DEFORMITIES, ETC:** N/V

**32. DATE OF ARREST:** 31 May

**34. NO. ARRESTED:** 1

**37. TIME FINGERPRINTED:** 2135

Ch 38 12 3A Battery Pg 155

ISSUED ON INQUIRY

BY NAME CHECK ONLY

**45. VEHICLE OF ARRESTEE YEAR:** Mother Emma Clay **MAKE:** AMS Chevy

**46. VICTIM/COMPLAINANT:** Olivia Wallace **SEX:** F **RACE:** B **HOME ADDRESS:** 5649 So Wood  H-737-6481 W-934-0015

**47. ARRESTEE TRANSPORTED TO:** 007 **BY:** Monegan & Co 9154 **HOW TRANSPORTED:** Via 772 Cat 67

**48. NARRATIVE:**

Above subject arrested on signed complaint from victim for battery in that subject accosted victim as they alighted from a CTA Bus, and replied "that victim had told lies about her, during the brief struggle victim sustained a cut over her right eye, as a result of the fight.

POSTED TO L & RECORDS        82 416595

Beat 773 transported arrestee from 007 to 002nd Dist. Women Lockup

Transport to 002 Lock-up 1910        CITY-NF-001110

Checked I.Dent 0610 hrs

NO PURSE

**49. VEHICLE ASSIGNED:** 2 **DISPO:** 5 Mar 82 48-2 **51. COURT SGT TO HANDLE:** yes **52. DATE RECEIVED:** 21 Feb 82 **TIME:** 2125

Megan 9154 (00) 714 **ARRESTING OFFICER:** Howard 3339 007 714

**56. BOOKING OFFICER:** Novak 7053 02 **57. PROPERTY RECEIPT NO:** NONE

Campbell, Jeffries

DATA

PX 001-139

KAY MARTEL 213 5116 D 486 927

ARRESTEE'S ADDRESS
3833 S. LANGLEY 709
PHONE 6243406
DATE ARRESTED Dec 82
FILE NO. 82-5-2925

ALIASES
AKA "Chico"
TIME ARRESTED 1300
C.B. OR J. NO.

NICKNAME
TATTOO LEFT ARM (c)
BIRTHPLACE Chicago
I.R. OR Y.D. NO.

DOB
SEX M RACE N BUILD Slim HEIGHT 5'00 WEIGHT 100
EYES Bra HAIR Blk COMPLEXION DARK GLASSES No
TATTOO/MARKS LEFT ARM Meder Lib

MARITAL STATUS Single EMPLOYER OR SCHOOL Phillips H.S.
OCCUPATION Student
SOCIAL SECURITY NO.

ARRESTEE WITH 6 others

GANG LOCATION/DISTRICT 002 DIST.
PHOTO BOOK _____

ARRESTEE'S GANG AFFILIATION BGDN (C-NOTES)
PAGE/NO.

LOCATION OF ARREST (COMPLETE ADDRESS)
324 E 39 ST.

VEH. YR. MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR.

COMPLAINANT | ADDRESS
CHARGES Trumey
COURT BR. - COURT DATE

ARRESTING OFFICER - STAR NO. McCarthy 15218
ARRESTING OFFICER - STAR NO. 8 Gerr 5254

CPO-45.105 (Rev. 1/82)
GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001111

ARRESTEE'S NAME (LAST - FIRST - MI)
KAY MARTEL
BEAT OF ARREST 214
ARRESTING UNIT 710/6112
R.D. NO. D-29294

ARRESTEE'S ADDRESS
3833 So. LANGLEY APT 406
PHONE
DATE ARRESTED 19 AUG 82
FILE NO. 82-5-1819

ALIASES
TIME ARRESTED 1030
C.B. OR J. NO.

NICKNAME
CHICO - C-NOTES
BIRTHPLACE CHGO
I.R. OR Y.D. NO.

DOB
SEX M RACE B BUILD MED HEIGHT 4-6 WEIGHT 110
EYES BRN HAIR BLK COMPLEXION DARK GLASSES No
TATTOO/MARKS NONE

MARITAL STATUS SINGLE EMPLOYER OR SCHOOL WENDELL PHILLIPS
OCCUPATION STUDENT
SOCIAL SECURITY NO.

ARRESTED WITH KAY, DERRICK
HOME ADDRESS 3833 So. LANGLEY IN C.

ARRESTEE'S GANG AFFILIATION B.G.D.
GANG LOCATION/DISTRICT 730 E. 39 ST
PHOTO BOOK #722

LOCATION OF ARREST (COMPLETE ADDRESS)
3830 So COTTAGE GROVE.
PAGE/NO.

VEH. YR. MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR.

COMPLAINANT STEPHANIE WATSON
ADDRESS 730 E. 39 ST
CHARGES BATTERY
COURT BR. - COURT DATE JUV. CT.

ARRESTING OFFICER - STAR NO. 11105
ARRESTING OFFICER - STAR NO. MA Lund-11 02118

PX 001-140

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 28 | APR | 84 | 1 | MAY | 84 | 3⁴ |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Hom / Mur. | SMITH + HICKMAN | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Clifford Marshall- Spent night with grandmother.
Fanny DANZLER, APT #606, Cousin- Joanne Marshall-19
Auntie- Juanita Talbot.

Lawrence Edward- Home at time of shooting, with mother
Barbra

                5732 S. Lowe

DARRYL BALDWIN - NOT SEEN IN 7/8 MO. 3833 Langley
"CHICO" 24/25 - 5-10, STOCKY, 40ᵀᴴ + DREXEL

703 No. CENTRAL 1ˢᵀ ph. N/P 378-2676 Carmen Brooks 20
leave as / Jackie Cromer 21, + BETTINA DAVIS-21
Left apt. went to work, Betty Fang Mc Donald, Walter Trice
stocked at 1030 hrs.
73 WHITE CAMERO (LIC APPL. FOR)

CITY-NF-001112

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| 13871 | | | |

CPD-23.120 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | | DATE OF THIS REPORT | |
|---|---|---|---|---|
| | DAY | MONTH | YEAR | DAY MONTH YEAR WATCH |
| | 28 | Apr | 84 | 29 Apr 84 3 |

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

HOM | SMITH & HICKMAN | 5134

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

FRITZ, Joseph M/B/22 - DOB: ▮▮▮▮
1225 S. St. Louis - HSE - 427 OAKWOOD #2 N/P
MECHANIC / ▮▮▮ ▮▮▮▮▮ 624-7418
JIMMIE ROGERS
SIMEON OWNS BLUE CAD. 437 OAKWOOD

AT 64TH & Normal from 2030/2100 on FRI. 27 Apr to
0800-0900, SAT 28 Apr. Went 67 Normal. With Eddie &
ARNOLD 19 MC KESSON, 64TH & Normal.

HEARD THAT STONES WORKING NORM'S KILLED SOME GOONS.

ROGERS, JOAN ("BAY") AUNTIE BARBRA ADDR - 41.
LIVED 706 E. 39, 708, 2 YRS
AGO. NOW AT 65TH BLACKSTONE

STAYED AT BROS. UP AT 0800 - WENT TO 49 MICH AT ABOUT
0500, GAVE $20 TO MICHELLE JACKIS, GRAND MOTHER, LEFT
HER AT 0545/0630. WENT TO SISTER, JACKIE ROGERS, ▮
4937 MICH, 2ND FL. 2 KISS AND BREAKFAST / OFF 1015
WENT BROS ON OAKWOOD - ARRIVED 1045

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR
J. Mircovee, 13871
CPD-23.122 (Rev. 2/86)

| ARRESTEE'S NAME (LAST - FIRST - MI) | BEAT OF ARREST | ARRESTING UNIT | I.R.D. NO. |
|---|---|---|---|
| KAY DERRICK | 214 | 710/6112 | D-29294 |
| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | FILE NO. |
| 3833 So. LANGLEY APT 403 | | 19 AUG 82 | 82-5478 |
| ALIASES | | TIME ARRESTED | C.B. OR J. NO. |
| | | 1030 | |
| NICKNAME | | BIRTHPLACE | I.R. OR Y.D. NO. |
| BoLo | | CHGO | |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | B | MED | 4-4 | 98 | BRN | BLK | DARK | NO | NONE |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| SINGLE | M.L. KING. H.S. | STUDENT | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| MARTEL RAY | 3833 So. LANGLEY ING. |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO |
|---|---|---|
| B.G.D | 730 E. 39 | BOOK #? |

| LOCATION OF ARREST (COMPLETE ADDRESS) | PAGE/NO. |
|---|---|
| 5700 So. VINCENNCES | |

| VEH. YR. MAKE | BODY STYLE Top | COLOR Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|
| | | | | |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| STEPHANIE WATSON | 730 E. 39 St | BATTERY |
| | | COURT BR. - COURT DATE |
| | | JUV. CT. |

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. | |
|---|---|---|
| P. DUKIRI 14498 | R. MAXWELL | 9348 |

CPD-45.109 (Rev. 1/82)          GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001114

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory number). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** | DAY | MO | YR.

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ 1 VERIFIED ☐ 2 CORRECTED | | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☐ 1 YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☐ 2 NO | 7. BEAT/UNIT ASSIGNED |
|---|---|---|---|---|---|

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|---|

| ORIGINAL CODES | 11. ☐ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|---|

| 19. | | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. | | | |
|---|---|---|---|---|---|---|
| PROPERTY | ☐ VERIFIED ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 5 FIREARMS ☐ T $ ☐ R | 6 NARC/DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 9 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | | 20. NAME (LAST–FIRST–M.I.) | 21. EACH OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. COD |
|---|---|---|---|---|---|---|---|---|---|
| | 1. | | | | | | | | |
| | 2. | | | | | | | | |
| | 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COM |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | | | | | | | | | |
| | 2. | | | | | | | | | |
| | | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
| | OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)**

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐ 1 FIELD ☐ 3 SUMMARY | UNIT NO. | 53. STATUS ☐ 0 PROGRESS | ☐ 1 SUSPENDED | ☐ 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|

| STATUS CONT'D. ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. ☐ CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD ☐ NON– CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. REFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV |
|---|---|---|---|---|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

CITY-NF-001115

☐ CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|

| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|---|---|

CPD-11.411 (REV. 2/84  TEMP. B.I.S. USE ONLY)       MUST BE COMPLETED IN ALL CASES

PX 001-144

PX 001-145
CITY-NF-001116



The guy driving car was
Ed. Stewart. w/ Daryl Baldwin.
and Chico.
    Baldwin his girl Olivia Wallace
    4716 Cott. Gr. 220. Apt. 20

David Mansfield - 26 - 2 npu.
791-8573 - 2860 Fed-,
C. H. A. Dearborn, Utility janitor
Call recieved at 2010 hrs. 29 Apr. 78
M/B/teenager

021 Tact. Sgt. Giltmeyer. Investigat-
ing this tip. Notified by Zone #4.
Off. Varallo, Zone #4.

ANONYMOUS TIP

Y5114  483Y9HZXCX LDS/N7622962 WANTED
OFF/J915 FAILURE TO APPEAR. SEE MIS: NUB/660773
NAM/BROWN,MARK R   SEX/M RAC/U
DOB/120759 ADE/24 HGT/507 WGT/115 HAI/XXX EYE/XXX
AMU/04-N76A120088B
MIS/FAILED TO APPEAR, CAPIAS HELD WILL CO JOLIET IL BOND 2000 DOLLARS OR
10 PER CENT LKA 5100 STATE ST CHICAGO IL

URA/SN JOLIET IL ENT/OPD UPR/MG 1ME/1892 DIE/061176

Y1114  48325N
SDS  042984  1616
SOC/NO VALID ILLINOIS LICENSE
STA/NO VALID IL LIC
BROWN MARK R
5100 S STATE  CHICAGO  60609
SEX/M DOB/120759
OLN/B650-5565-9348
REV/NONE
NO STOPS IN EFFECT
NO CONV LAST 12 MO
END



CITY-NF-001117