# EXHIBIT 61

K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00001

INVESTIGATIVE FILE INVENTORY
CHICAGO POLICE DEPARTMENT

R.D. NO.
K371-955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | SUPP REPORT | | DORSCH /BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

*MDR: denotes Miscellaneous Document Repository. A check (√) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

R.D. NO. K371-955

Wron 00002

INVESTIGATIVE FILE INVENTORY
CHICAGO POLICE DEPARTMENT

R.D. NO.
K 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | | DATE OF ENTRY |
|---------|------------------------|------|-----------------|--|---------------|
| 1. | Original Case Report | | Leonard & McLaughlin | | 27 Aug 1988 |
| 2. | GPR's (three pages) | | Leonard & McLaughlin | | 27 Aug 1988 |
| 3. | Supplementary Report | | Leonard & McLaughlin | | 27 Aug 1988 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD & McLAUGHLIN | | 31 AUG 88 |
| 8. | HOLD OVER | | " | " | " |
| 9. | ARREST REPORT | | " | " | " |
| 10. | HOLD OVER | | " | " | " |
| 11. | SUPPLEMENDARY | | " | " | " |
| 12. | PROPERTY INV | | " | " | " |
| 13. | EVIDENCE REPORT | | " | " | " |
| 14. | FIRE ARM EVID REPORT | | " | " | " |
| 15. | GPR (1 PAGE) | | " | " | " |
| 16. | PROPERTY INV | | " | " | " |
| 17. | PRISONER RELEASE | | " | " | " |
| 18. | PRISONER RELEASE | | " | " | " |
| 19. | SUPPLEMENTARY | | " | " | " |
| 20. | LINE UP SUPP | | DORSCH /BOYLE | | 15 SEPT 88 |
| 21. | ARREST REPORT | | COPY SENT TO | | " |
| 22. | 101 | | CASE REPORT UNIT (164) RECORDS PROCESSING | | " |
| 23. | MURDER COMPLAINT | | DATE: _____ " | | " |
| 24. | EVIDENCE REPORT | | BY: _____ " | | " |
| 25. | CLOSING SUPP | | AREA 5 VIOLENT CRIMES " | | " |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

R.D. NO. 371 955

Wron 00003

K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00004

Homicide

CRIME

VALENTINE, Felix

VICTIM

M 371 955

R.D.

Wron 00005

Wron 00006



*From the desk of*

**Chief**
**Thomas M. Byrne**

# MEMO    14 October 2011

---

TO:              **Constantine Andrews**
                 **Deputy Chief**
                 **Bureau of Detectives**

                 **Attention: Joseph Salemme**
                 **Commander**
                 **Area 5 Detective Division**

SUBJECT:         **Request to Preserve Records and Evidence**
                 **RD# K371955**
                 **OLA# 2011-092**

REFERENCE:       **Wrongful Conviction of Jacques Rivera for the Murder of Felix Valentin**
                 **on 1 January 1988**

( X )            **For your Information and compliance, no report required.**

(   )            **The attached is forwarded for your investigation.**
                 **Respond through channels to the Superintendent of Polce,**
                 **Attention: William E. Bazarek, First Assistant General Counsel,**
                 **Office of Legal Affairs, by the due date below.**

                                              *Thom M Byrne*

                                              **Thomas M. Byrne**
                                              **Chief**
                                              **Bureau of Detectives**

TMB/lm

attachment

Wron 00007

**OFFICE OF THE SUPERINTENDENT**
Office of Legal Affairs

**11 OCTOBER 2011**

## CONFIDENTAL
## PRIVILEGED ATTORNEY-CLIENT WORK PRODUCT

TO:  Alfonza Wysinger
First Deputy Superintendent
Office of the First Deputy

Thomas Byrne
Chief
Bureau of Detectives

Attention:  Constantine G. Andrews
Deputy Chief
Bureau of Detectives

Joseph Salemme
Commander
Area 5

Beatrice Cuello
Chief
Bureau of Administration

Attention:  Joseph F. Perfetti
Director
Records Division

FROM:  Wlliam E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

SUBJECT:  **REQUEST TO PRESERVE RECORDS AND EVIDENCE**

This office was served with the attached Legal Hold Notice # 11975, Office of Legal Affairs # 2011-092 which require the Department to preserve records and evidence relating to RD# K371955, the wrongful conviction of Jacques Rivera for the murder of Felix Valentin on 01 JAN 1988.

The document to be preserved and sent to The Office of Legal Affairs is:

a. Area File

If there are any questions please contact Vince Caffo in the Office of Legal Affairs at 312-745-6115

William E. Bargarel

William E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

WEB:vc

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report, approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE – TIME**
DAY 27 MO. Aug YR. 88 1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN,Felix | ☒X YES ☐2 NO | ☐1 YES ☒2X NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY**

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 10 FIREARMS | 8 NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R | |

**OFFENDERS**

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 RIVERA,Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. | | | | |

| 16. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**80. NARRATIVE**

VICTIM: VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE,TIME,LOC. OF INC: 27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

DATE,TIME,LOC. OF ARREST: 15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

OFFENDER: RIVERA,Jacquez;M/WH/23;30 Apr ███;5-9,160;

AKA. RIOS,Jose;4231 W. Division 3rd. flr.

nickname, ACE;member of Latin Kings/014

CHARGES: Murder 1st. Degree;38-9-1a

COURT DATE & BRANCH: 16 Sep 88;66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| | DAY 16 | MO. Sep | YR. 88 | 0030 | Sgt. Mangey 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
|---|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | | |
| SIGNATURE | | SIGNATURE | | APPROVED (DAY-MO-YR) 16 Sep 88 | TIME 0030 |

CPD-11,411-A (REV. 8/85)    *MUST BE COMPLETED IN ALL CASES

Wron 00009

K-379955  CONTINUED ON OTHER SIDE

**CONTINUATION OF NARRATIVE**

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO. K-379955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.   SUPERVISOR'S SIGNATURE   STAR NO.   DATE (DAY-MO-YEAR)

Wron 00010

Inventory numbers. If property taken was seized for Operation identification, record I.D. number at end of narrative. Retain a photocopy if known.
nickname

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE-TIME
• DAY   MO.   YR.
15 Sept 88   1905

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED | 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| Death Investigation | 5084 | 1835 W. Harrison | | 1224 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | | |
|---|---|---|---|
| | CORRECT XX YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR- MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES XX 2 NO | 7. BEAT ASSIGNED 5537 |

VALENTINE, Felix

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Cook County Hospital | 233 | 1 | Dna |

| CIRCUMSTANCE | 11. ☐ VERI- ☐ FIED XX | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE.
T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | ☐ VERIFIED Dna ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 5 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | | | | | | |

| VICTIMS UPDATE ONLY | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN- JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | 1 OFFENDER IREL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | 1 OFFENDER IREL. CODE | 32. NO. IARREST. ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 Dna | Dna | OFF. 2 | | | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | I.V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | Dna | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | XX DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | I UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | XX 1 FIELD ☐ J SUMMARY | 652 | ☐ 0 PROGRESS   ☐ 1 SUSPENDED   XX 2 UNFOUNDED |

| STATUS CONT'D. | | | | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ 2 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. ☐ CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON- CRIM. | ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

This is part of homicide investigation listed under RD#

K-371 955. This RD number is unfounded.

K RDG 50
K 404 356

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY   MO.   YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 29 Sept 88 | 2330 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
|---|---|---|---|---|---|
| Det John Leonard | 5629 | | | | |

SIGNATURE

| 95. DATE APPROVED (DAY—MO.—YR.) | TIME |
|---|---|

CPD(11.411-B (Rev. 8/85) • MUST BE COMPLETED IN ALL CASES

Wron 00011     CRG ☐ 228

# HOSPITALIZATION CASE REPORT / CHICAGO POLICE

| 1. CLASSIFICATION (Check One) | | | | | 2. BEAT/UNIT ASSIGN. | 3. BEAT OCCUR. |
|---|---|---|---|---|---|---|
| ☐DEATH 5084 | ☐SUICIDE 5085 | ☐ATTEMPTED 5086 SUICIDE | ☐INJURY TO CITIZEN ON 5087 PUBLIC PROP. | ☐INJURY TO EMPLOYEE 5088 | ☐ACCIDENTAL 5089 INJURY | 1272 | 1824 |

| 6. ADDRESS OF OCCURRENCE | | | | APT. NO. | 7. DATE OCCURRED | TIME | 8. DATE REPORTING OFFICER ARRIVED | TIME |
|---|---|---|---|---|---|---|---|---|
| 1835 W HARRISON | | | | | 14 SEPT 88 | 1156 | 15 SEPT 88 | 1905 |

| 9. VICTIM'S NAME | SEX | RACE CODE | AGE | 10. HOME ADDRESS | | APT. NO. | 11. HOME PHONE | 12. BUSINESS PHONE |
|---|---|---|---|---|---|---|---|---|
| VALENTINE FELIX | M | 4 | 16 | 1458 N CAMPBELL | | | 2338828 | D/N/A |

| 13. PERSON REPORTING INCIDENT/TO POLICE | SEX | RACE CODE | 14. HOME ADDRESS | | APT. NO. | 15. HOME PHONE | 16. BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| INVESTIGATOR COLLINS | M | | 2121 W HARRISON | | | 6660500 | 6660500 |

| 17. PERSON DISCOVERING VICTIM | SEX | RACE CODE | 18. HOME ADDRESS | APT. NO. | 19. HOME PHONE | 20. BUSINESS PHONE |
|---|---|---|---|---|---|---|
| N | | | N | | | |

| 21. NAMES OF WITNESSES | SEX | RACE CODE | 22. HOME ADDRESS | APT. NO. | 23. HOME PHONE | 24. BUSINESS PHONE |
|---|---|---|---|---|---|---|
| N | N | | N | | | |

| 25. TYPE PREMISES WHERE OCCURRED/VICTIM FOUND | LOCATION CODE | 26. CAUSE OF INJURY (INSTRUMENT OR MEANS) | 27. REASON (ACCIDENT, ILL HEALTH, ETC.) |
|---|---|---|---|
| Cook County Hosp | 733 | Gun Shot Victim | UNK |

| 28. REMOVED BY | 29. REMOVED TO | 30. NAME OF PERSON AUTHORIZING REMOVAL |
|---|---|---|
| BT 1272 | Cook County ME | INVESTIGATOR COLLINS |

| 31. SOBRIETY OF VICTIM (CHECK ONE) | 32. EXTENT OF INJURIES (CHECK ONE) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REFUS BY VICTIM |
|---|---|---|---|
| ☐ sober   ☐ had   ☒ INTOX. | ☐1 MINOR  ☐2 SERIOUS  ☒3 FATAL | ☐1 YES  ☐2 NO | UNK |

| 35. NAME AND ADDRESS OF ATTENDING PHYSICIAN | | 36. INVENTORY NO. |
|---|---|---|
| N | N | K |

**37. NARRATIVE: (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED.)**

IN SUMMARY: ABOVE SUBJECT WAS BROUGHT INTO COOK COUNTY HOSP. BY RELIABLE AMB FROM NORWEGIAN AMERICAN HOSP. ABOVE SUBJECT WAS A VICTIM OF A GUNSHOT WOUND UNDER RD. OF K371-955 FROM ADDRESS OF 3324 W CORTLAND. WHILE SUBJECT WAS IN COOK COUNTY HOSP TRAUMA UNIT HE CONTRACTED A GERM KNOWN AS A KINCTOBACTER. WHICH CLOSED DOWN THE TRAUMA UNIT FOR 24 HRS FROM 13 SEPT 88 TO 14 SEPT 88 BETWEEN 1800 HRS TO 1800 HRS. RD'S TALKED TO COOK COUNTY HOSP ASST ADMIN STR ANDREA MUNOZ. ABOVE IS COOK COUNTY ME CASE 300. ABOVE PRONOUNCED AT 1156 14 SEPT 88 AT COOK COUNTY HOSP BY DR SARKEY

NO PERSONAL PROPERTY INVENTORY

NOTIFIED DET WEINGART 865 AREA 5 V/C

**I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE**      ☐ CONTINUED ON REVERSE SIDE

| 38. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 39. DATE INVESTIGATION COMPLETED | TIME | 42. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|
| Area 5 V/C | DAY 15  MONTH SEPT  YEAR 88 | 2010 | St Martinez | |

| 40. REPORTING OFFICER (Print or Type) | STAR NO. | 41. REPORTING OFFICER (Print or Type) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| G LETTON | 5908 | A. E. ELLIOTT | 12312 | |
| SIGNATURE | | SIGNATURE | | DATE DAY 15  MONTH SEPT  YEAR 88  TIME 2025 |

SEP 11 1988

CPD-11.406 (Rev. 9/83)    RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISP., 4-WHITE-HISP., 5-AMER. INDIAN/ALASK. NAT., 6-ASIAN/PACIFIC ISL.

Wion-00012

CRIME LABORATORY DIVISION/CHICAGO POLI

| OFFENSE OR INCIDENT | | TUCR | AREA-DIST | AT | DATE OF THIS REPORT |
|---|---|---|---|---|---|
| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | | STAR NO. | UNIT |
| VICTIM(S) NAME | | OFFENDER(S) NAME | | | |
| 1. | | | | | |
| 2. | | | | | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | CLASS CHARACTERISTICS | S NS |
|---|---|---|---|
| | SUBMITTED BY—NAME | STAR NO. DATE | |
| | NO. REC'D. | EXHIBIT(S) | |
| | FIRED BULLETS | | |
| | DISCHARGED CART. CASES | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | |
| DATE REC'D. | WADDING | | |
| | SUBMITTED BY—NAME | STAR NO. DATE | |
| | NO. REC'D. | EXHIBIT(S) | |
| | FIRED BULLETS | | |
| | DISCHARGED CART. CASES | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | |
| DATE REC'D. | WADDING | | |
| | SUBMITTED BY—NAME | STAR NO. DATE | |
| | NO. REC'D. | EXHIBIT(S) | |
| | FIRED BULLETS | | |
| | DISCHARGED CART. CASES | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | |
| DATE REC'D. | WADDING | | |

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

R. D. NO.

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
|---|---|

CPD-33.405 (Rev. 3/86)

ASVC

Wron 00014

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its distribution (include Property Inventory number)... nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age... or I.R. number, if known, and state "In Custody."

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 16 of 70 PageID #:14366

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** DAY 27 MO. Aug YR. 88 — 1545

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT** HOMICIDE/MURDER

**I.UCR OFF. CODE** 0110

**2. ADDRESS OF ORIG. INCIDENT/OFFENSE** ☐1 VERIFIED ☐2 CORRECTED
3324 W. Cortland Ave.

**3. BEAT OF OCCUR.** 1422

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT** VALENTINE, Felix

**CORRECT** ☒ YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

**6. FIRE RELATED** ☐1 YES ☒ NO

**7. BEAT ASSIGNED** 5055

**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED** In Auto/Street

**LOCATION CODE** 304

**9. NO. OF VICTIMS** 1

**10. NO. OF OFFENDERS** DNA

| CIRCUMSTANCES | 11. ☒ EVENT ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|---|

**19. DESCRIBE PROPERTY IN NARRATIVE.** T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ VERIFIED DNA | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R | |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R | |

| | 20. NAME (LAST–FIRST–M.I.) | 21. I.UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN JUR. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

**34. SERIAL NOS. OR IDENTIFICATION NOS.** ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE
D.N.A.

**50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA)** D.N.A.
**REV. CODE**
**51. METHOD CODE**
**52. METHOD ASSIGNED** ☒ FIELD ☐3 SUMMARY
**UNIT NO.** 652
**53. STATUS** ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

**STATUS CONT'D.** ☐3 CLRD. CLOSED ☐4 CLRD. OPEN 5 EXC. ☐ CLRD. CLOSED 6 EXC. ☐ CLRD. OPEN 7 CLSD. ☐ NON– CRIM.

**54. IF CASE CLEARED, HOW CLEARED** ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

**55.** ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER: 300 Sept 1988

DATE OF AUTOPSY: 16 Sept 1988

PATHOLOGIST: DR. CHOI

CAUSE & MANNER OF DEATH: MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INVESTIGATION: On todays date Dr. CHOI performed an

autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) D.N.A. | 91. DATE THIS REPORT SUBMITTED – DAY 16 MO. Sept YR. 88 | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. 73 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det. T. LAZAR | STAR NO. 5355 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
| SIGNATURE T. Lazar | | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) 20 SEP 1988 | TIME |

CPD-11.411-B (Rev. 8/85) — *MUST BE COMPLETED IN ALL CASES

Wro# 00015
LEONARD
CRC □ 228

HOMICIDE/Murder (0110)        PAGE TWO       K-371-955

VALENTINE, Felix  M/WH                               16 Sept 88


INVESTIGATION COND'T:            External and internal examination has revealed
the presence of Eleven (11) gun shot wounds;
#1, gun shot wound entrance to the back of the
head 7" below the top and at the midline, lodged.
#2, gun shot wound entrance to the upper left
back 4" to the left of midline.
#3, gun shot wound entrance to the upper left
back 2" to the left of midline.
#4, gun shot wound entrance left back 4" to the
left of midline.
#5, gun shot wound entrance left back 2" to the
left of midline.
#6, gun shot wound entrance left back 1½" to the
left of midline.
#7, gun shot wound entrance left back 1" to the
left of midline.
#8, gun shot wound entrance left back 1" to the
left of midline.
#9, gun shot wound entrance back at the midline.
#10, gun shot wound entrance back at the midline.
#11, graze wound upper right upper back.

Internal examination also revealed the presence
of Six (6) small caliber lead bullets which were
recovered by Dr. CHOI and then inventoried by
Crime Lab Personnel.

Upon complection of the autopsy Dr. CHOI has
determined that the cause of death was due to
MULTIPLE GUN SHOT WOUNDS and the manner of death
is HOMICIDE.

This is a progress report.....



Report of Det. T. LAZAR # 5355, FID

K-371955

CASE # 300 Sept 1988
VALENTINE, Felix M/WH
RD# K-884-369



1. E. CASE #: 300 Sept 1988

PATHOLOGIST: DR. CHOI

CAUSE & MANNER OF DEATH: MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INJURIES: Eleven (11) gun shot wounds(see format)



EVIDENCE: Six (6) small caliber (.22 Cal) lead bullets recovered and inventoried.

Wron 00017



PROPERTY INVENTORY - NO. 524882

| INVEN-TORY NO. | 524882 |

**DESCRIPTION OF PROPERTY**

1 SEALED BULLET IN ENVELOPE

VALENTINE FELIX M/WH/16

ME# 300 SEP 88

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

RECOVERED/SEIZED FROM - NAME: DR. CHOI-CCM

OWNER'S NAME

CHECK IF C.P.D. — CHECK ALL BOXES APPLICABLE

- HOLD FOR INVESTIGATION
- PROPERTY OWNER NOTIFIED
- TO PICK UP PROPERTY WITHIN 30 DAYS
- OR PROPERTY WILL BE DISPOSED OF

☒ FELONY  ☐ MISDEMEANOR

☐ DECEASED  ☐ ARRESTED

☒ HOMICIDE  ☐ MANSLAUGHTER

1st OFFICER'S NAME: RICK WEBER # 15300 652

STAR NO. / UNIT

2nd OFFICER'S NAME: THOMAS E. STAR NO. 16935

RECOVERING UNIT PERSONNEL: W. Calles

STAR NO. 1898  DATE 16 SEP 88  TIME 1520

VIA:
- POLICE MAIL
- E. & R.P.S. PICKUP
☒ EVID/LAB TECHNICIAN
- CRIME LABORATORY
- APPROVING DESK SERGEANT

COPY 3 — COURT COPY — ATTACH TO COURT PAPERS

Wron 00018

STATE OF ILLINOIS }
COUNTY OF COOK } ss.

### INVENTORY OF THINGS SEIZED IN SEARCH
(WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS }
COUNTY OF COOK } ss.

THE CIRCUIT COURT OF COOK COUNTY

### SEARCH WARRANT INVENTORY

On _____, 19_____ at _____ (A.M.) (P.M.)

I _____ executed a search
                        (Officer)

warrant signed by _____
                        (Judge)

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
            (premises)

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
                                                        (Judge)

on _____, 19_____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19_____

Wron 00019



**Chicago Police Department**

**Garry F. McCarthy**
Superintendent

**Ralph M. Price**
General Counsel
Office of the Superintendent

**William E. Bazarek**
First Assistant General Counsel

**Office of Legal Affairs**
3510 S. Michigan Avenue, 5th Floor
Chicago, Illinois 60653

Office: (312) 745-6115
Fax: (312) 745-6995

Date: 7 June / 2

# Office of Legal Affairs

Fax Cover Sheet

To: C | O

Area North

From: Mary Beth Majka

Fax: 4-5130

Phone:

Re: Rivera v City

12 C 4428

Number of Pages including Cover Sheet: 

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering that message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited.

If this fax has been misdirected or contains errors, please call (312) 745-6115.

Wron 00020
Opt-Out: +

## OFFICE OF THE SUPERINTENDENT/OFFICE OF LEGAL AFFAIRS
### Request for Information

To:       Commander/Commanding Officer          7 June 2012
          Area North
          Gang Crimes

From:     Mary Beth Majka
          Paralegal II
          Phone 745-6115          Pax 0245      Fax 745-6995

Case:     Rivera v. City                        12 C 4428

PLEASE FORWARD A COPY OF THE FOLLOWING ALONG WITH THIS FORM TO:

Office of Legal Affairs
3510 South Michigan Avenue, Room 5092 NE
Chicago, Illinois 60653

**Please provide a copy of the entire Area File/Investigative File
including all GPR's
RD K 371955 (1988) murder
27 August 1988
3324 W. Cortland**

Please respond by: 21 June 2012

If any of the above requested documents <u>cannot be provided</u>, please submit a
To/From Subject Report, approved by the unit commanding officer, regarding the
results no later than the date given above.

**ALSO, UPON RECEIPT OF THIS DOCUMENT, PLEASE SIGN, DATE , AND FAX TO
THE OFFICE  OF LEGAL AFFAIRS: ATTN: MARY BETH MAJKA AT (312) 745-6995**

SIGNATURE: _____DATE: _____

Wron 00021
Opt-Out: +

**CASE REPORT**
**CHICAGO POLICE**

BATTERY

**TYPE OF INCIDENT:** AGGRAVATED : HANDGUN

**IUCR CODE:** 10 4 1 A

**1. ADDRESS OF OCCURRENCE:** 3 3 2 4 W COURTLAND

**STREET:** SLEET

**2. TYPES OF LOCATION OR PREMISES WHERE OFFENSES OCCURRED**

**DATE OF OCCURRENCE – TIME:** 27 AUG 89 1545
**DATE AND ARRIVED – TIME:** 27 AUG 89 1633

K-371 9 5

**21. NAME (LAST-FIRST-M.I.):** VALENTIN, FELIX

**22. HOME ADDRESS:** 1458 N CAMPBELL

**IDENTITY VERIFIED:** B

**41. OFFENDER'S NAME (OR DESCRIBE IF UNKNOWN):**
DRIUSA, R.A.D
LOPEZ, MARIO

**42. HOME ADDRESS:**
3324 W Courtland st
1458 N Campbell

**51. OBJECT/WEAPON:** assault rifle yellow Basketball lot

**MEDICAL:** HOSPITAL, IF JUVENILE

**VICTIM AND WITNESS:** VICTIM AND WITNESS, VALENTIN ISRAEL

**PERMANENT RETENTION FILE**

**NARRATIVE:** SEE NARRATIVE

Victim Felix Valentin and his son victim Israel Valentin went to to pick up his children, victim can be in one of the three stories and building. As victim can be seen to a above address to pick up his children. Witness Upholstered was pickup ...

**54. POINT/EXIT:** K

**55. BURGLAR ALARM:**

**REPORTING OFFICER'S NAME (PRINT):** E.M. CRAWFORD
**STAR NO:** 15602

**REPORTING OFFICER'S NAME (PRINT):** S. MACHON
**STAR NO:** 7963

**DATE:** 27 AUG 89 1830

**SUPERVISOR APPROVING (PRINT NAME):**

**DATE:** 27 AUG 89 1200

Wr8rl 00022

Opt-Out: +

CONTINUATION OR NARRATIVE

K 371-955

PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

Wron 00023
Opt-Out: +



Wroh 00024

Opt-Out: +

K371-855

**PERMANENT RETENTION FILE**

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

Wron 00025
Opt-Out: +

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 27 of 70 PageID #:14377

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE - TIME**
• DAY · MO · YR.
27 AUGUST 1988 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒☒ VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A ) | 3320 W Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒☒ YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

| 11. ☐ VERI- ☒☒ FIED | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|
| ☐ UPDATE TO | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| ☐ VERIFIED ☐ DNA ☐ UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | I.) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. NO. (ID) INJD. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | 32. NO. ARREST/UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. 2 | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | 88QR1543601 | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | 53. STATUS | UNIT NO. |
|---|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | ☒☒ FIELD ☐ SUMMARY | 652 ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED | |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|
| ☐ 3 CLRD. CLOSED | ☒☒ 4 CLRD. OPEN | ☐ 5 CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON-CRIM. | ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:

RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr ▓

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010    CB# 8112-639.

ARRESTING OFFICERS:    Det. William Dorsch #4257    Area Five Violent Crimes

Det. John Boyle #6945                "

GCSp. R. Guevara #16345    Gang Crimes North

GCSp. S. Gawrys #16899                "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| nomeal | 15 Sept 88 | 2300 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. W. Dorsch | 4257 | Det. J. Boyle | 6945 | |

| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY-MO-YR.) | TIME |
|---|---|---|---|
| W. Dorsch | | 16 SEP 1988 | |

*MUST BE COMPLETED IN ALL CASES

CPD-11.411-B (Rev. 8/85)

Wron 00026

Detective Division
Area Five Violent Crimes

September 1988
RD# K 371-955

page two

Date, Time & Location of Arrest:     15 Sept 88 at 1930 hrs, 5555 W. Grand.

Charges, Ct. Branch & Date:     Murder, Chapter 38-9-1a to appear in
Branch 66 on 16 Sept 88.

Injuries:     Multiple gun shot wounds to upper body.
(see attached supplementary report)
Cook County Hospital notified this office
on 14 Sept 88 that the victim in this
incident had been pronounced dead at
1156 hrs by Dr. SHARKEY from multiple
gun shot wounds.

Notifications:     Medical Examiner Swartz ME# Sept 300
ASA Rosner
Sgt. Christian , Area Five Youth

Re-Interviewed:     LOPEZ, Orlando M/WH/age 12, dob 17 May
3320 W. Cortland, ph# 235-8434
student at Mozart School.

Investigation:     The undersigned reporting detectives
were assigned by Sgt. RINALDI #2073
of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955
upon learning that the victim in this incident had died as a result of the multiple
gun shot wounds that he received on 27 August 1988.

Upon reviewing the case file the R/S's
contacted Gang Crimes North to notify them of the death of the victim and request
there assistance in locating the offenders in this incident along with known witnesses.

On 15 Sept 88 the subject known as
Jacques RIVERA was located and requested that he accompany us into Area Five to
continue this investigation. He agreed to do so and was brought into Area Five by
GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this
incident had died of his wounds and that it was necessary to speak with him further
and request that he participate in a line up. He agreed to cooperate and was allowed
to wait in an interview room until the arrival of a witness to this incident could
arrive to view a line up.

At app 1915 hrs a line up was conducted
and the subject Jacques RIVERA was positively identified as the person who while armed
with a handgun had shot the victim numerous times. At this time he was notified of
the charges against him and advised of his rights per Miranda to which he replied
that he understood. He was asked if he wanted to cooperate further in  this
investigation at which time he stated that he wanted to speak to his lawyer. At this
time all questioning ceased.

Wron 00027

<u>page three</u>

Investigation Con't:

ASA Julie ROSNER was notified and responded to Area Five. Upon reviewing the file and interviewing the witness and police officers the charge of MURDER was approved against the subject, Jacques RIVERA.

Do to the fact that charges for Murder have been approved the undersigned requests that this case be classified as CLEARED, OPEN.

Det. William Dorsch #4257

Det. John Boyle #6945

Wron 00028

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 30 of 70 PageID #:14380

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's appearance description, if possible, should include name if known, nickname, etc.

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY — MO. — YR.
27 Aug 1988 — 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | VERIFIED / CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT [X] YES [ ] NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED [ ] YES [X] NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

**PROPERTY section:**

| CIRCUMSTANCES | 11. VERIFIED [X] / UPDATE TO | 12. OBJECT/WEAPON dna | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE INCIDENT OCCUR. |
|---|---|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | 1 MONEY [ ] T $ [ ] R | 2 JEWELRY [ ] T $ [ ] R | 3 FURS [ ] T $ [ ] R | 4 CLOTHING [ ] T $ [ ] R | 7 OFFICE EQUIPMENT [ ] T $ [ ] R | 8 TV, RADIO, STEREO [ ] T $ [ ] R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS [ ] T $ [ ] R | 10 CONSUM. GOODS [ ] T $ [ ] R | 11 FIREARMS [ ] T $ [ ] R | 5 NARC./DANGEROUS DRUGS [ ] T $ [ ] R | 5 OTHER [ ] T $ [ ] R | 6 NONE [ ] T [ ] R |

**VICTIMS UPDATE ONLY:**

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY:**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| OFF. 1 | 31. C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 33. NO. ARRESTED | ARREST/UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE [ ] USED [ ] STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | [ ] 1 DNA | [ ] 2 VERIFIED | [ ] 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED [X] 1 FIELD [ ] 3 SUMMARY | UNIT NO. 652 | 53. STATUS [X] 2 PROGRESS [ ] 1 SUSPENDED [ ] 2 UNFOUNDED |
|---|---|---|---|---|---|
| DNA | | | DNA | | |

| STATUS CONT'D. [ ] 3 CLRD. CLOSED [ ] 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED [ ] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. [ ] 3 COMPL. RFUSD. TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT. | [ ] ADULT [ ] JUV. |
|---|---|---|---|---|---|

55. [ ] FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

Wanted for Questioning:     RIOS, Jose/M-WH/24-30Apr ██ /IR 614 010
                         LKA 4448 W. Cortez, Nickname "Ace".
                         AKA RIVERA, Jaques.

Evidence:                  5 Recovered .22 cal shell casings at
                         mouth of alley. (524 226 CL)
                         Photos of Scene
                         Photos of Victim's Vehicle.

Personnel Assigned:        M.B. 9601   Tech D. Keating #8788
                                   Tech J. McDonald #6989
                              M.B. 5537   Det. J. Leonard #5629
                                   Det. G. McLaughlin #8086

Interviewed:              LOPEZ, Orlando/M-WH-3320 W. Cortland
                         N/P-12-17May ██ /Student Mozart School

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY / MO. / YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 29 Aug 1988 | 2355 | | 2073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | DATE APPROVED (DAY—MO.—YR.) | TIME |
|---|---|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard | 5629 | | 29 AUG 1988 | |

SIGNATURE _(signatures present)_

CPD (1-411-B (Rev. 8/85))    *MUST BE COMPLETED IN ALL CASES

K 371 955

Wron 00029    CRC 228

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 31 of 70 PageID #:14381

Detective Division    Page 2      29 August, 1988
Area 5 Violent Crimes            K 371 955

BATTERY/Aggravated handgun
VALENTIN, Felix

Victim's Vehicle:      1973 MAZDA 2 Door Sedan Red in Color Ser #
            S124A162930 Bearing No License/Relocated after
            accident via towtruck to vacant lot at Wabansia
            Washtenaw.

Investigation:      The undersigned detectives, in continuation of
            the investigation of the above captioned incident;
            interviewed an eye-witness who stated in essance
LOPEZ, Orlondo      but not verbatim that on date and time of this
            incident; LOPEZ was coming from the store at corner
of Kimball and Cortland. LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland. The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland. LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle. Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand. LOPEZ believed he heard three (3) shots but indicated
that they were not very loud. LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

      LOPEZ informed R/D's that LOPEZ could identify
      the shooter because LOPEZ recognized the shooter
      as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions. LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings. LOPEZ then viewed
books and made an identification of one RIOS, Jose (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim. At this time there is no identifi-
cation of the driver.

      The scene was processed by 9601 and five (5)
      .22 cal shell casings were found and photographs
      were taken. The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident. A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building. 3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

      An active search of the suspect shooter is being
      undertaken by R/D's and GCSP. This investigation
      continues.......

Wron 00030

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname...
Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 32 of 70 PageID #:14382

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 27  MO. Aug  YR. 1988  1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | (3320) W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | I CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR. MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

| CIRCLE/CHANGES | 11. ☒ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | dna | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

| PROPERTY | 19. ☐ VERIFIED ☐ UPDATE TO | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED |
|---|---|---|

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 1 I FIREARMS ☐ T $ ☐ R | 8 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T $ ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. ARMED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. ORT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

Victim: VALENTIN, Felix/16-05Jan█/1458 N. Campbell
235-1821/ Student Diego School/CAMPBELL BOY

Wanted: #1-M/WH/18-22/brn eyes/dk hair/black jean
type jacket/dark pants/gym shoes

#2-M/WH/18-22-no further description at
this time (driver)

Injuries: 10 GSW in back/2 exit wounds front chest
6 pellets lodged in chest cavity
Critical Condition

Taken To: Norwegian American Hospital where victim

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 27 August 1988 | 2355 | S.A.TPU | 2056 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
|---|---|---|---|---|---|
| Gillian McLaughlin | 8086 | John A. Leonard | 5629 | | |

SIGNATURE [signature] [signature]

*MUST BE COMPLETED ON ALL CASES

95. DATE APPROVED (DAY–MO.–YR.) 30 AUG 1988  TIME 1625

CPD-11.418 (Rev. 8/85)

K 3371 955 *25. R.D. NO.

Wron 00031   CRC ☐ 228

Detective Division                 Page 2                          27 August, 1988
Area 5 Violent Crimes                                              K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Taken To: cont.                    was stabilized and then transfered to Cook
                                   County Hospital. Victim taken to Hospital
                                   by brother, Israel. Dr. Perez treated victim
                                   at Norwegian American Hospital.

Weapon:                            Unknown type handgun

Location:                          ALLEY adjoining 3320-22 N. Cortland

Date & Time:                       27 August, 1988/1545 hours

Weather & Lighting:                Overcast-Raining/Natural

Manner/Motive:                     Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:                      Older Model GM type car (medium-full size)
                                   copper color

Evidence:                          None at this time  (victim's car not processed)

Personnel Assigned:                M.B.  1413  P.O. E. Crawford  15602
                                               P.O. S. Machain    7963
                                   M.B.  4629  GCSP D. Noon       5410
                                               GCSP J. Guzman     8728
                                   M.B.  4626  GCSP J. Sparks    14879
                                               GCSP P. Zacharias 15994

Interviewed:                       VALENTIN, Israel/1458 N. Campbell/235-1821
                                   DOB 1 June    /CAMPBELL BOYS

Investigation:                     On today's date at approximately 1715hrs, R/D's
                                   received a radio assignment to go to Norwegian
                                   American Hospital on a man shot. The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene. It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing; Family members may have relocated car but this cannot be confirmed. The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and not to questions.

                                   R/D's went into the emergency room and spoke with
                                   Dr. Perez who informed R/D's that in his opinion,
                                   the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity. Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity. Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Wron 00032

Detective Division                     Page 3                          27 August 1988
Area 5 Violent Crimes                                                  K 371-955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation:                         Dr. Perez further indicated that if the victim
                                       survived his injures he would most likely be
                                       paralyzed from the waist down.  The victim was
spoken to briefly concerning identification and number of offenders.  Victim indicated
by nodding  to simple questions.  Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.

                                       R/D's then interviewed the brother of the victim
VALENTIN, Israel                       who stated in essance but not verbatim that on
                                       date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding.  ISRAEL indicated that the victim was driving.  Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address.  A few
minutes later; not more than five (5), ISRAEL came back outside to the car.  As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible.  ISRAEL then ascer-
tained that his brother had been shot.  ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment.  ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother:
to the hospital.  At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233).  ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.

Investigation Continues.........

Wron 00033

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
* DAY  NO.  YR.
27 Aug 1988 | 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated  Handgun | 041 A | 3320 W. Cortland ☒1 VERIFIED ☐2 CORRECTED | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

| CIRCUM-STANCES | 11. ☒VERI-FIED ☐UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | CODE NOS | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO | CODE NO. |
| 19 dna | | | | | | | | |

| PROPERTY | | 20. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED | | | | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT |
|---|---|---|---|---|---|---|---|
| ☐ VERIFIED | 1 MONEY ☐T S ☐R | 2 JEWELRY ☐T S ☐R | 3 FURS ☐T S ☐R | 4 CLOTHING ☐T S ☐R | 7 OFFICE EQUIPMENT ☐T S ☐R | 8 TV, RADIO, STEREO ☐T S ☐R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐T S ☐R | 6 CONSUM. GOODS ☐T S ☐R | (1 FIREARMS ☐T S ☐R | 6 NARC./DANGEROUS DRUGS ☐T S ☐R | 5 OTHER ☐T S ☐R | 6 NONE ☐T ☐R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| OFF. | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER I REL. CODE | C.B. NO. | I R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER I REL. CODE | 32. NO. ARRESTED/UNIT NO. | ARREST. |
|---|---|---|---|---|---|---|---|---|
| | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 53. STATUS |
|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 ☒IN PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

| STATUS CONT'D. | | | | | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐3 CLRD. CLOSED | ☐4 CLRD. CLOSED | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV. |

59. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

In Custody:

RIVERA, Jacques/M-WH-30Apr█/AKA-ACE/4238 W.
Division/5'10/180/brn/brn/med/Employed:
Humboldt Park Inst-Maintenance  IR#614 010
CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N.
Spaulding 1st South/5'10/120/brn/blk/light
IR# 861-858  CB# 8101-405

Arresting Officers:

RIVERA:  Det. John Leonard  5629
Det. G. McLaughlin  8086
GCSP R. Guevara  16345
GCSP J. Fallon  5351
GCSP J. Sparks  14879
GCSP P. Zacharias  15994

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY  MO.  YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 1 Sept 1988 | 0100 | | ☒73 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | | |
|---|---|---|---|---|---|
| Gillian McLaughlin  8086 | | John Leonard  5629 | | DATE APPROVED (DAY–MO.–YR.) 02 SEP 1988 | |

SIGNATURE: 8086 / John Leonard

CPD-11/11.6 (Rev. 8/85)  MUST BE COMPLETED IN ALL CASES

Wron 00034

CRC ☐ 228

Detective Division                    Page 2                                    1 Sept, 1988
Area 5 Violent Crimes                                                           K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Arresting Officers:                   RODRIGUEZ:   P.O. LETRICH 6198   014
                                                   P.O. MORIARITY 16633 014
                                                   P.O. VERGARA    14416 014
                                                   P.O. WOJCIK      4408 014

Date, Time & Location of Arrest:      RIVERA:      30 Aug, 1988/2300/3300 N. Beach

                                      RODRIGUEZ:   31 Aug, 1988/0100/2040 N. Spaulding

Evidence:                             544008 (652)  Photos

Investigation:                        The undersigned detectives were assigned to
                                      the continuing investigation of the above cap-
                                      tioned incident.  Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5.  Due to the lateness of the hour, the parents of the
witness  indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

                                      The undersigned had been informed that another
                                      suspect was in custody (014) and hold papers
                                      had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up.  The lateness
of the hour also prevented an interview with victim who is in surgical intensive care.

                                      On today's date, attempts were made to locate
                                      the eye witness, LOPEZ, Orlondo, in order to
                                      have subject view a line-up.  Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim; Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature.  R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication.  R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

                                      R/D's returned to Cook County Hospital with six
                                      photos (Inv. #544-008 652).  It should be noted
                                      that the photos were numbered from one to six
but the were not shown numerically to the victim.  The victim does not have use of his
limbs and is basically paralyzed from the neck down.  Therefore photos were individually
held for victim to view (random order).  As photo's were being shown to victim it appeared

Wron 00035

Detective Division                        Page 3                              1 Sept., 1988
Area 5 Violent Crimes                                                         K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation Cont.:                         that the victim was having a difficult time
                                             focusing of the photos.  Victims eyes were con-
                                             stantly tearing and R/D's inquired of the staff
of victim's medication at the time.  R/D's learned that victim had been placed on a
morphine drip for the pain.  It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia.  It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

                                             The following is the numerical order and names
                                             of subjects in photos.

#1   VILLAFANE, Angel/M-WH/23   21July█  / 1619 N. California

#2   OLIVERO, Carlos/M-WH/18    14May█   / 2478 N. Albany

#3   RIVERA, Jacques/M/WH/23    30Apr█   / 4238 W. Division

#4   RUIZ, George/M-WH/19       28Jan█   / 2453 N. Francisco

#5   RAMON, Lopez/M-WH/20       22Sep█   / 1424 N. Washtenaw

#6   RODRIGUEZ, Jose/M-WH/23    30Apr█   / 2040 N. Spaulding

                                             Due to the above facts and circumstances both
                                             subjects were released.  This investigation con-
                                             tinues........



Wron 00037



Wron 00038

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 40 of 70 PageID #:14390

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OR ORIG. OCCURRENCE — TIME
27 Aug 88    1545

| 1. INCIDENT OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | IUCR OFF CODE | 2 ADDRESS OF ORIG INCIDENT OFFENSE | VERIFIED | CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|---|
| BATTERY:Aggravated,Handgun | XXX041A | 3324 W. Cortland | X | | 1422 |

| 5. VICTIM'S.SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | X YES — 2 NO | — 1 YES X 2 NO | 1464B |

| 8. VICTIM'S.SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE    T = TAKEN;    R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV. RADIO. STEREO | PROPERTY INVENTORY NO·S· |
|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | H FIREARMS | & NARC. DANGEROUS DRUGS | S OTHER | 6 NONE | |
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |

11. OFFENDER'S NAME (OR DESCRIBE CLOTHING ETC.)

| | 11. OFFENDER'S NAME | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ, Jose | 2040 N. Spaulding    1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 | NIEVES, Felipe    Unk | | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

OFFENDERS

| 14. C.B. NO. | I.R. NO.. Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO.. Y.D. NO. OR J.D.A. NO. | OFFENDER 15. NO. REL. CODE | ARREST. ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN Unk | | Toyota | 2dr | Brn | UNK | UNK | |

80. NARRATIVE

IN SUMMARY: R/O's had occassion to interview above victim regarding above RD#. Victim related that the person who shot him and the driver were members of the Imperial Gangster street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above victim picked out offender#1 as the person who shot him and offender#2 as the driver of the vehicle used. Offender#1 taken into custody,advised rights per Miranda in Spanish and English and processed in 014.

Additional Arresting Ofcers:WOJCIK#4408,VERGARA#14416

CONTINUED ☐ OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 31 Aug 88 | 0230 | | |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| C.LETRICH | 6198 | J.MORIARTY | 16633 | | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) | TIME |

CPD-11.411-A (REV. 8/85)    •MUST BE COMPLETED IN ALL CASES

Wron 00039

SUPPLEMENTARY REPORT
CHICAGO

| 1. INCIDENT, OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | | | | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT? | NSE | VERIFIED | CORRECTED | 3. BEAT OF OCC.? |
|---|---|---|---|---|---|---|---|---|---|
| Murder/Homicide | | | | 0110 | 3320 W. Cortland | | | | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. SEAT ASSIGNED |
|---|---|---|---|
| VALENTIN,Felix | X YES ☐ NO | ☐ YES X NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. | DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN, R = RECOVERED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY

| 1 MONEY ☐T s ☐R | 2 JEWELRY ☐T s ☐R | 3 FURS ☐T s ☐R | 4 CLOTHING ☐T s ☐R | 7 OFFICE EQUIPMENT ☐T s ☐R | 8 TV, RADIO, STEREO ☐T s ☐R | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T s ☐R | 0 CONSUM. GOODS ☐T s ☐R | (-) FIREARMS ☐T s ☐R | & NARC/DANGEROUS DRUGS ☐T s ☐R | 5 OTHER ☐T s ☐R | 6 NONE ☐T ☐R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| RIVERA,Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER 15. NO. REL. CODE | ARREST, ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 | OFF. 2 | | | |

| 16. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

80. NARRATIVE

VICTIM:                  VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

                                Deceased, former member of the Campbell Boys/014

DATE,TIME,LOC. OF INC:     27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

LATE,TIME,LOC. OF ARREST:   15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

OFFENDER:               RIVERA,Jacquez;M/WH/23;30 Apr ▮;5-9,160;

                                AKA. RIOS,Jose;4231 W. Division 3rd. flr.

                                nickname, ACE;Member of Latin Kings/014

CHANGES:               Murder 1st. Degree;38-9-1a

COURT DATE & BRANCH:      16 Sep 88;66-2

INVESTIGATION:        Reporting officers along with other Gang Crime

                                Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D,page 40   X CONTINUED ☐ OTHER SIDE

<div style="writing-mode: vertical">K-371955 R.D. NO.</div>

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 16 Sep 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
|---|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | | |
| SIGNATURE Gawrys | | SIGNATURE R. Guevara | | 95. DATE APPROVED (DAY-MO.-YR.) 16 Sep 88 | TIME 0030 |

CPD-11.411-A (REV. 8/81)    *MUST BE COMPLETED IN ALL CASES

Wron 00040

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

| I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO.-YEAR) |
| --- | --- | --- | --- |

R.D. NO. K-371955

Det. Dorsch

A/B V.C

Wron 00042

Case: 1:12-cv-04428 Document #: 313-4 Filed 09/19/17 Page 44 of 70 PageID #:14394

BATTERY

1. OFFENSE/WORK — ILL OFFENSE/WORK — 0.4.1.A AGGRAVATED: HANDGUN

K-3.7.1.7.55

21. NAME (LAST—FIRST—M.I.): VALENTIN, FELIX

22. HOME ADDRESS: 1458 N CAMPBELL

31. NAME (LAST—FIRST—M.I.): VALENTIN, ISRAEL

32. HOME ADDRESS: 1458 N CAMPBELL

23. SEX: M / 24. AGE: 22 / RACE: 4 / HEIGHT: 235 / WEIGHT: 1821 / EYES: NONE / HAIR: NONE

M / 4 / 16 / 235 / 1821 / NONE / NONE / AN

26. TIME AVAIL: AN

6. DATE/TIME OF OCCURRENCE: 27 AUG 88 / 1545

B.O.4 / 27 AUG 88 / 1638

STAR NO. 15602 — CRAWFORD, J.M.
STAR NO. 7963 — MCLAIN, S.

REPORTING OFFICERS NAME (PRINT): J.M. CRAWFORD
S. MCLAIN

Narrative:
On this date R/O's CRAWFORD and WITNESS DI TONOTA ... VICTIM AND WITNESS ... VALENTIN ISRAEL, went to answer address to a wedding. Witness Valentin obtains Valentin's girlfriend, as they were going to a wedding. Witness Valentin, victim also being in car, drives to address to pick up his brother ... SEE NARRATIVE

Wron 00043

Wron 00044

**EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | | | OTHER NO. | | RD NO. K 371 9554 | |
|---|---|---|---|---|---|---|---|---|

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | | | DATE RECEIVED | TIME |
|---|---|---|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 5th | 025 | 5548 | 15 Sep 88 | 1710 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| LINE UP PHOTOS | 652 | MILLER | 15 Sep 88 | 1915 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| AREA FIVE VIOLENT CRIMES | BOYLE | 15 Sep 88 | 1920 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTIN, FELIX | M WH 16 | 1458 N Campbell | NONE |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐ DNA ☐ NO | ☑ YES ☐ NO | | | | |

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐ MALE ☐ FEMALE | RACE | ☐ ADULT ☐ JUVENILE | IDENT. SECTION | ☐ SUITABLE ☐ NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

**PHOTOS TAKEN**

| A E.I. BOARD | E DIRECT | RIGHT PROFILE |
|---|---|---|
| B EII. BOARD | F LEFT PROFILE | J RIGHT PROFILE |
| C DIRECT | G LEFT PROFILE | K |
| D | H | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| | | | | |
| | | | | |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DETAILS OF CASE**

| POSITION | NAME | C.B.# |
|---|---|---|
| 1 | SANCHEZ, SANTIAGO | NONE |
| 2 | CRUZ, EFRAM | NONE |
| 3 | RIVERA, JACQUES | |
| 4. | TORRES FELIX | NONE |
| 5. | DELGADO, ISRAEL | NONE |

*(right margin: RD NO. K 371 955)*

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | 652 | DNA | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| P.O. John Miller | 5482 | Sgt a. Weingart | 865 |

CPD-33.103 (Rev. 11/85)

Wron 00045

Wron 00046

66 -2          16 Se ember 1988

(Court Branch)       (Court Date)

FELONY                                                        (1-82) CCMC1-216

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois          COMPLAINT FOR PRELIMINARY EXAMINATION
      Plaintiff

      v.                                NO. .......................................

JACQUES RIVERA
..........................
      Defendant

Felix Valentin .................................................................... complainant, now appears before
           (Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

JACQUES RIVERA ....................................................................... has, on or about
                    (defendant)

27 August 1988 ............... at ........ 3320 W Cortland .........................
    (date)                                      (place of offense)

committed the offense of HOMICIDE/ 1st Degree Murder ............................ in that he

Killed Felix Valentin without legal justification by shooting him Felix

Valentin 10 times with a hand gun with the intent to kill Felix Valentin

.......................................................................................

.......................................................................................

.......................................................................................

in violation of Chapter ... 38 .......................................... Section .. 9-1(a)(1)

ILLINOIS REVISED STATUTES

                                    *William P. Dorsch*
                                      (Complainant's Signature)

                                 5555W Grand       744-8364

STATE OF ILLINOIS             (Complainant's Address)       (Telephone No.)
               } ss.
COUNTY OF COOK             Det. William Dorsch
                                   (Complainant's Name Printed or Typed)

being first duly sworn, on .......... his ...................., oath, deposes and says that he has read the foregoing
complaint by him subscribed and that the same is true.

                                  *William P. Dorsch*
                                   (Complainant's Signature)

Subscribed and sworn to before me .................................. 15 September, 19 88

                                       (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that
there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,     Judge ..........................................................
     or
Warrant Issued,     Bail set at ......................................................
     or
Bail set at ........................................... Judge ......................................
                                                      Judge's No.

**MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY** Wron 00047

FELONY MINUTE SHEET - FORM 101

ASSISTANT STATE'S ATTORNEY: (For State's Attorney Use Only)
Enter each continuance here. In cases of multiple defendants indicate which
defendants, if any, did not join in the continuance. Also indicate dates of
all demands for trial, and by whom demands were made.

COURT BRANCH: 66                          R.D.# K 371 955

| IR NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|-----------|------------|-----|----------------|--------|
| 614 010 | Jacques Rivera | 23 | 15 Sept 1988 | 38-9-(1)(a) |
| | | | | |
| | | | | |
| | | | | |

DATE OF OFFENSE: 27 Aug 1988 TIME:03:45 ( )am xxxpm PLACE: 3320 W Cortland Ave

Chicago/Cook County, Illinois
The facts briefly stated are as follows: The victim while seated in his
vehicle at 3320 W Cortland was attacked by the arrestee Jacques Rivera who
shot him ten times. The victim died of his wounds on 14 September 1988.
The arrestee was identified by photos by the witness Orlando Lopez. On
15 September Jacques Rivera accompanied the arresting officers into Area Five
where a line up was conducted. RIVERA was positively identified by the
witness as the subject who shot the victim.

WITNESSES: Spell out first & last name; First name first. Also furnish
address & phone number of each witness.

| PROSECUTING WITNESS | ADDRESS | HOME PHONE | BUS. PHONE |
|---------------------|---------|------------|------------|
| Orlando Rivera | | | |
| GCSP R. GUEVARA | 2452 W Belmont | 744-8260 | |
| GCSP S. Gawrys | 2452 W Belmont | 744-8260 | |
| Det. W. Dorsch | 5555 W Grand | 744-8260 | |
| Det. J. Boyle | 5555 W Grand | 744-8260 | |
| | | | |

A.S.A. Rosner                      APPROVED FELONY CHARGE(S)

Wron 00048

BOND, $                            ASST. STATE'S ATTY._____ DATE

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 50 of 70 PageID #:14400

**SUPPLEMENTARY REPORT**
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

| 4. DATE OF ORIG. OCCURRENCE - TIME | | |
|---|---|---|
| • DAY | MO. | YR. |
| 27 | AUGUST | 1988 | 1545 |

1. OFFENSE CLASSIFICATION - LAST THIS - THIS REPORT

2. IUR: 0110

7. ADDRESS OF ORIG. INCIDENT OFFENSE **XX** VERIFIED ... 2 CORRECTED

3. BEAT OF OCCUR. 1422

HOMICIDE/ 1st DEGREE                    3320 W Cortland

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

CORRECT **XX** YES ... 2 NO

IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED — 1 YES **XX** NO

7. BEAT ASSIGNED 5548

VALENTIN, FELIX

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE O...

LOCATION CODE: 092

9. NO. OF VICTIMS: 1

10. NO. OF OFFENDERS: 2

ALLEY

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP:     15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER:     P.O. John Miller # 5482  UNIT # 650

R.D. #:     K 371  955

PERSONS CONDUCTING LINE UP     Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| NORMAL | • DAY | MO. | YR. | | |
| | 15 SEPTEMBER 1988 | | 2030 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. John Boyle | 6945 | Det. William Dorsch | 4257 | |

95. DATE APPROVED (DAY-MO.-YR.)
16 SEP 1988

CPD-11.411-B (Rev. 8/85)

Wron 00049

K 371 955

DETECTIVE DIVISION

AREA FIVE VIOLENT CRIMES                                    15 SEPTEMBER 1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

PERSONS PRESENT DURING           1. Det. William Dorsch #4257 Area Five Violent Crimes
LINE UP:                         2. Det. John Boyle #6945 Area Five Violent Crimes

                                 3. GCSP. Ray Guevara #16345 Gang Crimes North
                                 4. GCSP. Steve Gawrys # 16899 Gang Crimes North

PERSONS VIEWING LINE UP:         1. Orlando LOPEZ  RD# K 371 955

PERSONS PARTICIPATING IN         1. SANCHEZ, Santiago M/WH/19 12 May
LINE UP:                            Volunteer.

                                 2. CRUZ, Efram M/WH/20 26 March
                                    Volunteer

                                 3. RIVERA, Jacques M/WH/23 5'9" 160
                                    CB#

                                 4. TORRES, Felix M/WH/22 29 October
                                    Volunteer

                                 5. DELGADO, Israel M/WH/21 25 June
                                    Volunteer

PERSONS IDENTIFIED IN            Position # 3 RIVERA, Jacques
LINE UP:

INVESTIGATION:                   The Reporting Detectives conducted a line-up in the
                                 offices of Area Five Violent Crimes pursuant to this
                                 investigation.  Subject #3  Jacques RIVERA was positively
identifed by the witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any statement.

Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

Wron 00050

ARREST REPORT

| | | | | |
|---|---|---|---|---|
| | | | | RIVERA Jack, JZ | M WM 30 APR 65 |

| 1. ADDRESS OF ARREST | | 7. ALIAS (LAST) | FIRST | MIDDLE |
|---|---|---|---|---|
| 5555 W. Grand | 23 | RIUS Jose | | |

| 9. INTERLOCK OR NATURE OF CHARGES | 11. DET. TER. | 12. RESIDENCE ADDRESS | | 13. TIME PHOTO | 14. RD NO |
|---|---|---|---|---|---|
| 292 | 025 | 4231 W Division | | | K-371-955 |

| 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO | STATE | 20. IR NO |
|---|---|---|---|
| IL. | R160-4206-5123 | | 614010 |

| 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|
| 5'9 | 160 | Brn | Brn | Med | |

| 28. GLASSES | 29. BUILD | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. SEAT OF | 32. DATE OF ARREST / TIME | 33. FINAL CT. DATE & BRANCH |
|---|---|---|---|---|---|
| | MEDIUM | Ace/on left arm | 2522 15 | Sept. 88 1930 | |

MURDER First Degree

| 14. WHERE EMPLOYED | 1. 38-9-1a | | | |
|---|---|---|---|---|

OFFENSES — DISPOSITIONS

| 36. PERSON IN VEHICLE/NVE HNT NOTIFIED | 41. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|
| SGT. Weingart | A/5VC 1630 Lt. A Wymick' #4400 | DAY MONTH YEAR | | |

VICTIM/COMPLAINANT: VALETIN, Felix ( DEFENDANT)

| 47. ARRESTEE TRANSPORTED TO/BY | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
|---|---|---|---|
| A/5VC GUEVARA & GAWRYS 16345 | 4627 | 1500 | DNA |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

This is a gang crimes north arrest by 4627 and 5548 A/5VC. for Murder. Above subject arrested for Murder after being placed in a line-up and pick out by the witness as the shooter in this Homicide.

CHARGES APPROVED PER ASA ROSNER

ADDITIONAL ARRESTING OFFICERS: DET. D. DORSCH 4257 & Det. J. BOYLE 6945 Beat 5548 and GCSP. S. GAWRYS # 16899 Beat 4627

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

| FIRST ARRESTING/APPEARING OFFICERS SIGNATURE | DEPUTY CLERK |
|---|---|

| 50. DEGREE CHARGE DATE | CHARGE | 51. COURT SGT TO HANDLE | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL ASSIST NAME |
|---|---|---|---|---|---|
| 16 Sept. 88 66-2 | | | | | |

| FIRST ARRESTING/APPEARING OFFICERS SIGNATURE | | | | | |
|---|---|---|---|---|---|
| GCSP. R. GUEVARA | 16345 760 | 4627 | 7 | Gcsp R Guevara 16345 760 9427 | |

| JUVENILE DATA | | | | | | | |
|---|---|---|---|---|---|---|---|

Wron 00051

COURT SERGEANT - PERMANENT RECORD COPY

RELEASE OF PERSON IN CUSTODY    CHICAGO POLICE

INSTRUCTIONS:   Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| TODAY'S DATE | C.B. NO. |
|---|---|
| 31 Aug 1933 | 3301 323 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RIVERA, Jacques | 23 | 4233 W. Division | 025 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 30 Aug 1933 | 2300 HRS | Guevara | 16345 | Gang Crimes North |

## REASON FOR ARREST

Identified in a photo by witness as the person that shot Felix

Valentin.

## REASON FOR RELEASE

the undersigned were unable to locate the witness for a line-up.

## CHECK ACCOMPLISHED PROCEDURES

| | | | |
|---|---|---|---|
| ☒ PRINTS TAKEN | ☐ VIEWED BY VICTIM | ☐ WEAPONS TESTED | ☐ OTHER (SPECIFY) |
| ☒ PHOTO TAKEN | ☐ VIEWED BY COMPLAINANT | ☐ TOOLS TESTED | |
| ☐ LINE-UP | ☐ ALIBI CHECKED | ☐ VEHICLE TESTED | |

## PERSONS WHO VIEWED SUBJECT

| | NAME | ADDRESS | PHONE NO. |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes |

| APPROVING SIGNATURE DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3rd Watch Comm. |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 25th district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | 2230 HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00052

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| 28 AUG 88 | 27 AUG 88 3 |

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

N06BATT | VALENTIN, felix | 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

LOPEZ, ORLONDO
12 - JET MAY7 - ■
MOZART
STANDING 3324
Shooting - 3322.
18 yoa - KINGS - HASseen BEFORE
235-3373 - Neighboe

#1  BLACK JackeT  —
Dark PANTS
gym shoes

#2 #
By STORE - CAR CAME through
Alley - TURNED EAST AND STOPPED Shootee
GOT OUT STARTED to walk THEN
RAN - VICTIM LEANED BENT OVER iN CAR YO pick
AND WAS shot - ₳Possible
BRONZE
COPPER COLOR MED size CAR-Chev.
SilenceR - E ON CORT -South on SpaulDING

PRINTED CP
S81 S ID - 7355106
S'8 - 145 -

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY MONTH YEAR

John J. Leonard #8679  | #8096 | 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00053

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
~8 Aug 88

DATE OF THIS REPORT
27 Aug 88 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT
Agg Battery

VICTIM'S NAME AS SHOWN ON CASE REPORT
VALENTIN, FELIX

BEAT/UNIT ASSIGNED
5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

9601
D. KOATING # 8788
J. McDONALD # 6989

3300 -3318- ABANDON BUILDING
3322 - 1, 2, 3, HOMED OR SEEN
NOTHING
3301 - 3319 - VACANT LOT

3321 - SEEN NOTHING -

5 RECOVERED 22 CAL
SHELL CASINGS
MOUTH OF ALLEY

PHOTO'S OF SCENE
PHOTO'S OF VICTIMS CAR

RD. NO. K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO. 5629
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO.-YR.-TIME 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00054

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 56 of 70 PageID #:14406

CITY OF CHICAGO, DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION      Chicago, Illinois   60605



CRIMINAL HISTORY OF **RIOS, Jose**    M/WH

DATE            29 July 1981

DATE OF BIRTH   30 April 

I.R. NO.   614010        FBI NO. 970150 AA5     I.S.B. N 24 23 8 29

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST ARRESTING OFFICER & DIST. CHARGE DISPOSITION |
|---|---|---|
| Jose RIOS<br>3449 W. North<br>30 April | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct. |
| Jacques RIVERA<br>3335 W. Beach<br>30 Apr | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery<br>28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a),<br>FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini<br>14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. |
| Jack RIVERA<br>335 W Beach<br>30 Apr | 6851273 | - 02 Jun 83 Off Gruber Summer Mobile Force (14) UUW<br>24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail<br>Poss. I.D. (38-83-2a) LFW, Judge Laurie (Docket No.<br>83235069) |
|  | SEE CB<br>6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln<br>Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. |
|  | SEE CB<br>6857273 | -20 Aug 83, UUW (38-24-1a10) Fail to Exhibit Reg (MCC) Fail<br>Poss ID Card (38-83-2a) SOL, Judge Macellaio (Docket No. 8323<br>50 9) |
| aques RIVERA<br>3032 W. Division<br>30 Apr | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine<br>17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2),<br>SOL, Judge Kowalski, (PId#85-1172594) |
| acques RIVERA<br>32 W. Division<br>) Apr | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt.      vmd<br>10 Aug 87, Battery(38-12-3) SOL Judge Chrones<br>(Doc# 8718 1956) |
| Jacques RIVERA<br>4448 W. Cortez<br>30 Apr. , | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. |

ISSUED ON INQUIRY

AUG 27 1988

BY NAME CHECK ONLY

Wron 00055

CONFIDENTIAL – Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued must be destroyed. (U.S. Dept. of Justice Rules & Regulations

P___ ( CLEARLY -- This is the official Department rec__ J

| HICAGO POLICE **ARREST REPORT** PD-11.420 (Rev. 11/87) | MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) RIVERA | (FIRST) Jacques | | (MIDDLE) M | 2. SEX WH | 3. RACE | 4. DATE OF BIRTH DAY 30 | MONTH Apr. | YEAR |
|---|---|---|---|---|---|---|---|---|---|

ADDRESS OF ARREST: 3300 BEACH   APT. NO. 23   5. AGE: 23

6. NO. OF CHARGES: 1

ENTER LOCATION CODE FOR NATURE OF PREMISES: 304   7. ALIAS (LAST): ACE   (FIRST)   (MIDDLE) 8   C.B. NO. 11 0 1 3 3

11. DIST./RES. 025   12. RESIDENCE ADDRESS: 4238 W. Division   13. TIME PHOTO.   14. R.D. NO. K-371-955

3. RESISTED ARREST YES   16. ASSAULTED OFFICER YES   17. OFFICER INJURED YES   18. SOBRIETY HBD INTOX   19. STATE/PLACE OF BIRTH Chicago   DRIVERS LICENSE NO. Unk   STATE   20. I.R. NO. 614 010

1. WEAPON: RIFLE / SHOT-GUN / PISTOL REVOLVER / KNIFE / GUN   OTHER (SPECIFY) Bna   22. HEIGHT 5'10   23. WEIGHT 180   24. EYES Brn   25. HAIR Brn   26. COMPLEXION Med.   27. FINGERPRINT CLASSIFICATION

5. GLASSES YES   29. BUILD SLENDER / MEDIUM / HEAVY   30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. Goatee   31. BEAT OF 4422   32. DATE OF ARREST MONTH Aug.   YEAR 88   TIME 3:00   33. FINAL CT. DATE & BRANCH

Ch. 38 Sec. 12-4   Agg. Battery

1. WHERE EMPLOYED: Imblt. Park Inst

5. OCCUPATION: laintenance

1. NO. ARRESTED 1   37. TIME FINGERPRINTED

38. REFERENCES (CHAPTER ARTICLE SECTION)   39. OFFENSES   40. DISPOSITIONS

1. PERSON IN INVESTIGATIVE UNIT NOTIFIED: gt. Czarnecki   UNIT NOTIFIED A/5 V.C.   TIME 3:00   42. INITIAL APPROVAL OF PROBABLE CAUSE   43. DATE CHARGED DAY MONTH YEAR   TIME   44. APPROVAL OF CHARGES

5. VEHICLE OF ARRESTEE: Does   STATE LICENSE NO.   DISPOSITION OF VEHICLE: Not   Apply

6. VICTIM/COMPLAINANT NAME: Felix VALENTIN   SEX M   RACE WH   HOME ADDRESS 1458 N. Campbell   PHONE NO.

7. ARRESTEE TRANSPORTED TO/BY: A/5 V.C. | Sparks & Fallon   STAR NO.   HOW TRANSPORTED Bt. 4626   TIME 2255   PROPERTY INVENTORY NO(S). D__ N/A

8. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)   DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☐ NO   IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

bove subject arrested after being identified by a witness as the person who

hot the victim, Felix VALENTIN, on 27 Aug. 88 at 3320 W. Cortland.

dditional Arresting Officers: G.C.Sps.Paul Zacharias # 15994, Joseph Sparks
                              # 14879, Joseph D. Fallon # 5351
                              Dets. John Leonard # 5629, Gillian McLaughlin #8086

iold papers submitted to Capt. Duggan due to the fact that the witness is not
ivailable to view a physical line-up which will be held on 31 Aug. 88.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

ARRESTING/APPEARING OFFICER'S SIGNATURE   DEPUTY CLERK   T. Czarnecki   2056

OR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE   APPROX. WEIGHT/NO. PK   EST. STREET VALUE = CALL ORG. CRIME. FAX 6-662 $   TEL. NO. CALLED   TIME OF CALL   FOR COURT USE — COURT DOCKET NO.

9. VEHICLE ASSIGNED: ONE MAN / TWO MAN / OTHER   3   50. DESIRED COURT DATE   BRANCH   51. COURT SGT. TO HANDLE YES ☒ NO   52. DATE RECEIVED LOCKUP   TIME   53. FINAL JUDGE'S NAME

5. ARRESTING/APPEARING OFFICER - PRINT: teynaldo Guevara   STAR NO. 16345   UNIT NO. 760   BEAT NO. 4627   D.O. GRP. 7   ARRESTING OFFICER'S SIGNATURE Guevara   STAR NO. 16345   UNIT NO. 760   BEAT NO. 4627

6. BOOKING OFFICER   STAR NO.   UNIT   57. PROPERTY RECEIPT NO.   58. INITIAL COURT DATE   BRANCH

9. ARRESTEE SEARCHED BY   STAR NO.   UNIT   60. BONDED DATE   TIME   Wron 00056

IUVENILE 61. Y.O. NO.   62. RELIGION   63.   TEMP. 64. NO. ADULTS   65. DATE OF OFFENSE   TIME   73. COMM.   74. JUVENILE CODE

Detective Division
Area Five Violent Crimes

30 Aug 88

To:            Watch Commander, ___1st___ Watch, ___025___ District.

From:          Det. ~~J. Leonard #5629~~ , Area Five Violent Crimes

Subject:       Request to hold prisoner(s) past regular court call.

1. The undersigned respectfully requests that:

~~Jacques Rivera~~                                    CD#

_____              CD#

_____              CD#

be held in the lock-up of the ___025___ District past the regularly
scheduled court call.

2. The reason for this request is: **the witness to this case will not be
available until tomorrows date, and Felony review will not approve
charges until they can interview the witness.**

3. This investigation is recorded under RD# __K 371 955__ and the victim
is ~~Felix Valentin~~ . It is expected that the prisoner will be
charged with __Aggravated Battery__ upon completion of the investigation
at __1900 s__ hours on __31 Aug 88__

4. Presented to the ___025 ___ District Watch Commander at _____ hours
on __3 A   18__

                                              Det.

APPROVED:

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (Rev. 11/87)

MISDEM./DROM. COURT KEY :lony

1. NAME (LAST) RODRIGUEZ (FIRST) Jos (MIDDLE) Antonio 2. SEX 3. RACE

4. DATE OF BIRTH M 4 30 APR

5. ADDRESS OF ARREST 2040 N Spaulding 1st South   APT. NO.   6. AGE 22

7. ALIAS (LAST) "Chequin" (FIRST) (MIDDLE) 8. C.B. NO. S 1 0 1 4 0 5

9. NO. OF CHARGES 1

10. BETTER LOCATION CODE FOR NATURE OF PREMISES 290   11. DIST./RES. 014

12. RESIDENCE ADDRESS 2040 N Spaulding 1st South

13. TIME PHOTO 14. R.D. NO. K-371-955

15. RESISTED ARREST YES ☑ NO   16. ASSAULTED OFFICER YES ☑ NO   17. OFFICER INJURED YES ☑ NO   18. SOBRIETY HBD ☑ INTOX

19. STATE/PLACE OF BIRTH P.R.   DRIVERS LICENSE NO.   STATE

20. I.R. NO. 861 - 858

21. WEAPON ☐ PISTOL ☐ REVOLVER ☐ RIFLE ☐ SHOT-GUN ☐ GUN ☐ KNIFE OTHER (SPECIFY) DNA

22. HEIGHT 5-10   23. WEIGHT 120   24. EYES Brn   25. HAIR Blk   26. COMPLEXION Lt

27. FINGER/PRINT CLASSIFICATION

28. GLASSES ☑ YES ☐ NO   29. BUILD ☐ SLENDER ☑ MEDIUM ☐ HEAVY   30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.

31. BEAT OF ARREST 1413   32. DATE OF ARREST DAY 31 MONTH AUG YEAR 88 TIME 0100

33. FINAL CT. DATE & BRANCH

34. WHERE EMPLOYED Great America

1-Ch.-38:12-4a   Agg. Battery

35. OCCUPATION Laborer

36. NO. ARRESTED one   37. TIME FINGERPRINTED

38. REFERENCES (CHAPTER ARTICLE SECTION)   39. OFFENSES   40. DISPOSITIONS

41. PERSON IN INVESTIGATIVE UNIT NOTIFIED LAWLER   UNIT NOTIFIED A/5 VC   TIME 0115   42. INITIAL APPROVAL OF PROBABLE CAUSE J. S Villarreal #3/12

43. DATE CHARGED DAY MONTH YEAR TIME   44. APPROVAL OF CHARGES

DISPOSITION OF VEHICLE

45. VEHICLE OF ARRESTEE   YEAR   MAKE N-----O-----N-----E   STATE LICENSE NO.

46. VICTIM/ COMPLAINANT NAME VALENTIN, Felix   SEX M   RACE 4   HOME ADDRESS 1458 N Campbell   PHONE NO. 235-182?

47. ARRESTEE TRANSPORTED TO: 014 BY LETRICH   STAR NO. 6198   HOW TRANSPORTED 1464 B   TIME 0105   PROPERTY INVENTORY NO(S).

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)   DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☑ NO   IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is an arrest / investigation by Bts. 1464 BC
Of the 014th District Tactical Unit.

Above taken into custody after he was tentatively identified by the victim/complain-
ant as the individual who shot the victim (5) times. This occured on 27 AUG 88
under above RD#. Identification made from photos in the "Imperial Gangster" photo-
book.

Arresting Officers:      MORIARITY 16633, VERGARA 14416, WOJCIK 4408

ARRESTING/APPEARING OFFICER'S SIGNATURE   I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.
WOJCIK LETRICH   DEPUTY CLERK

FOR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE   APPROX. WEIGHT/NO. PILLS DNA   EST. STREET VALUE— CALL ORG. CRIME, PAX. 0-662 $   TEL. NO. CALLED   TIME OF CALL   FOR COURT USE – COURT DOCKET NO.

49. VEHICLE ASSIGNED ☐ ONE 3 ☐ TWO MAN 2 ☐ TWO MAN ☑ OTHER   50. DESIRED COURT DATE   BRANCH   51. COURT SGT. TO HANDLE LOCKUP ☐ YES ☐ NO   52. DATE RECEIVED   TIME   53. FINAL JUDGE'S NAME

55. ARRESTING/APPEARING OFFICER - PRINT LETRICH   STAR NO. 6198   UNIT NO. 14   BEAT NO. 64B   O.O. GRP S/M   ARRESTING OFFICER'S SIGNATURE   STAR NO. 6198   UNIT NO. 14   BEAT NO. 64B

56. BOOKING OFFICER   STAR NO.   UNIT   57. PROPERTY RECEIPT NO.   58. INITIAL COURT DATE   BRANCH

59. ARRESTEE SEARCHED BY   STAR NO.   UNIT   60. BONDED DATE   TIME

JUVENILE DATA   61. Y.D. NO.   62. RELIGION   63. DETAINED 1 ☐   TEMP. RELEASE 2 ☐   64. NO. ADULTS ARRESTED   65. DATE OF OFFENSE DAY MO. YEAR   TIME   73. COMM. AREA NO.   74. JUVENILE CODE

COURT SERGEANT - PERMANENT RECORD COPY

Wron 00058

Detective Division
Area Five Violent Crimes

Date: 31 Aug 88

To:      Watch Commander, 1st      Watch, 14      District

From:    Detective   P. Boyle 14633   R. Tapkowski 15665
         Area Five Violent Crimes

Subject: Request To Hold Prisoner(s) Past Regular Court Call

    1. It is requested that the below listed prisoner(s) be held past the regularly scheduled court call.

RODRIGUEZ, Jose _____, CB Number 8101 405

_____, CB Number _____

_____, CB Number _____

    2. The reason for this request is: A line-up must be viewed by the witness in this case.

    3. This investigation is recorded under RD Number   K 371 955   , and the victim is VALENTIN, Felix _____. It is expected that the prisoner will be charged with   Agg. Battery   when the investigation is completed at   0100   hours on 2 Sep 88   (date).

Detective   Boyle 14633   Tapkowski 1566

Approved: _____

Wron 00059

# PROPERTY INVENTORY NO.

**CHICAGO POLICE**
CPD-34.523 (Rev. 8/82)

INVEN-TORY NO. **524226**

| DATE PREV. ERED | DAY | MONTH | YEAR | R.D. NO. |
|---|---|---|---|---|
| | | | | K-371 |

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

CRIME LABORATORY NO.

UNIT

CROSS REFERENCE

NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER/CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM B804 8:00 A.M. TO 4:00 P.M. MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6274 OR 744-6275 TO ARRANGE TO PICK UP BULKY ITEMS.

ARRESTEE INFORMATION

SEIZURE WITHOUT SEARCH WARRANT (III. Rev. Stat. Chap. 38, Sec. 108-2):

GIVE THIS COPY TO ARRESTEE. IF NONE ACCEPTED, ATTACH TO COPY 5.

SEIZURE WITH SEARCH WARRANT (III. Rev. Stat. Chap. 38, Sec. 108-10):

ATTACH THIS COPY TO SEARCH WARRANT

## DESCRIPTION OF PROPERTY

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | 1 | John Evidence Envelope |
| 2 | | Cont. inside (5) Shots II |
| 3 | | Blue Covered Cases |
| 4 | | |
| 5 | | |
| 6 | | Ace Battery |
| 7 | | Victim Folly Valentine |

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| U.S.C. ONLY | CENTS |
|---|---|
| $ | |

TOTAL CASH U.S.C. ..........

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE DEPOSITED
☐ HELD IN ORIGINAL FORM – DO NOT DEPOSIT –

STATE CHARGE(S)
☐ MISDEMEANOR ☐ JUVENILE
☒ FELONY

☐ C.P.D. CONTINGENCY FUND MONEY

☐ GAMBLING RAID SEIZURE
☐ HOMICIDE ☐ MANSLAUGHTER ☐ ARSON ☐ NARCOTICS & RELATED

☐ MEDICAL EXAMINER'S PROPERTY

RECOVERED/SEIZED FROM – NAME
☐ DECEASED ☐ ARRESTED     AT 3330 W. Roosevelt

ADDRESS

OWNER'S NAME    UNK Juan

FOUND BY – NAME    Kenneth McDonald
☐ CHECK
☐ F C.P.D.

INVESTIGATING OFFICER    Kenneth McDonald STAR NO. UNIT

1st OFFICER'S NAME    Chatter...    STAR NO. 5629

HOLD FOR INVESTIGATION ☒ AND/OR EVIDENCE (or NOT NEEDED FOR INVESTIGATION)

DAY | MONTH | YEAR

SIGNATURE    AIS VC    UNIT 652

☐ PROPERTY OWNER NOTIFIED ON
☐ TO PICK UP PROPERTY WITHIN 30 DAYS
☐ OR PROPERTY WILL BE DISPOSED OF
☐ NON NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

2nd OFFICER'S NAME    STAR NO.    UNIT

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

SIGNATURE    PROPERTY ASSIGNMENT

INTAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION ☒ CRIME LABORATORY ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.

APPROVING DESK SERGEANT    STAR NO.    DATE    TIME

VIA ☐ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL
☐ E. & R.P.S. PICKUP ☒ EVID./LAB. TECHNICIAN

COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

Wron 00060

# EVIDENCE REPORT
CRIME LABORATORY DIVISION/CHICAGO POLICE

OTHER NO.

RD NO. K 371 955

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | DATE RECEIVED | TIME |
|---|---|---|---|---|
| Aggravated Battery | 0 4 4 0 | 5 014 1422 | 28 | 1932 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| CS | 9601 | McDonald | Aug | 1955 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| 3320 W. Cortland & 2732 W. Wabansia | 5537 | 88 | 2200 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTINE, Felix | M/WH/16 | 1458 N. Campbell | |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | | | | |

FINGERPRINTS

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |

PHOTOS TAKEN

A O/A exterior of auto (5)E   I

B O/A interior of auto (2)F   J

C north alley at O/A 3320 W. Cortland (5) G   K

D O/A cartridge cases (4) H   L

VEHICLE(S)

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 73 | Mazda RX3 | Red | None | S124A162930 |
| | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

PHYSICAL EVIDENCE

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 524 226   177 | (1) sealed evidence envelope containing (5) cartridge cases recovered from the northwest corner of the mouth of the alley at 3320 W. Cortland. All cases are marked with the letter "U". | FA |

DETAILS OF CASE Reporting Technicians were requested to process the above listed vehicle, in which the victim was allegedly sitting when shot. The auto was processed for all pertinent physical evidence as was the scene of the shooting with the above listed results.

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Leonard | 5629 | A/5/VC | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| J. McDonald | 6989 | | |
| D. Keating | 8788 | | |

CPD-33.103 (Rev. 11/85)

Wron 00061


# PROPERTY INVENTORY NO. 544008

CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

INVEN-TORY NO. 544008

| DATE RECV'D/ERED: | DAY 21 | MONTH 11 | YEAR 88 | R.D. NO. X 271 455 | | UNIT | |

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

CROSS REFERENCE

## NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

## NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION.

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

## ARRESTEE INFORMATION

SEIZURE WITHOUT SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-2).

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

SEIZURE WITH SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-10).

ATTACH THIS COPY TO SEARCH WARRANT.

## DESCRIPTION OF PROPERTY

| LINE NO. | QUANTITY | | U.S.C. ONLY |
| --- | --- | --- | --- |

## EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C.

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM — DO NOT DEPOSIT
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR ☐ FELONY STATE CHARGE(S)
☐ JUVENILE
☐ HOMICIDE ☐ MANSLAUGHTER
☐ GAMBLING
☐ ARSON ☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME
☐ DECEASED ☐ ARRESTED
AT ADDRESS

OWNER'S NAME ADDRESS TELEPHONE NO.

FOUND BY - NAME
☐ CHECK
☐ I.F.C.P.D.

TELEPHONE NO.

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE
INVESTIGATING OFFICER - STAR NO. - UNIT
1st OFFICER'S NAME STAR NO.

☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR
☐ PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
☐ HIGH NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL
SIGNATURE UNIT

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
2nd OFFICER'S NAME STAR NO.

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION
☐ MEDICAL EXAMINER
☐ CRIME LABORATORY ☐ AUTO POUND NO.:
SIGNATURE UNIT

APPROVING DESK SERGEANT STAR NO. DATE TIME

VIA ☐ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL
☐ E & R.P.S. PICKUP ☐ EVID./LAB. TECHNICIAN

**COPY 4 — GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Wron 00062

RELEASE OF PERSON IN CUSTODY    CHICAGO POLICE

INSTRUCTIONS:  Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| | | | TODAY'S DATE | C.B. NO. |
|---|---|---|---|---|
| | | | 31 Aug 1933 | 3101 405 |

| NAME OF ARRESTEE | | AGE | ADDRESS | | DISTRICT OF DETENTION |
|---|---|---|---|---|---|
| RODRIGUEZ  Jose  Antonio | | 22 | 2040 J. Spaulding | | 014 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1933 | 0100 HRS | Letrich | 6193 | 14h district |

## REASON FOR ARREST

identified in a photo by the victim, from his hospital bed.

## REASON FOR RELEASE

victim was unable to identify the defendant, due to being heavily

sedated for pain.

## CHECK ACCOMPLISHED PROCEDURES

| | | | |
|---|---|---|---|
| ☒ PRINTS TAKEN | ☐ VIEWED BY VICTIM | ☐ WEAPONS TESTED | ☐ OTHER (SPECIFY) |
| ☒ PHOTO TAKEN | ☐ VIEWED BY COMPLAINANT | ☐ TOOLS TESTED | |
| ☐ LINE-UP | ☐ ALIBI CHECKED | ☐ VEHICLE TESTED | |

### PERSONS WHO VIEWED SUBJECT

| 1. NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes. |

| APPROVAL SIGNATURE-DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH COMM, |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 014 district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | HRS. |
| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00063

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 27 / Aug / 88
DATE OF THIS REPORT: 31 / Aug / 88  3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 1466 BATTERY
VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX
BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1   VILLAFANE, ANGEL  M/WH/23
     21 JULY ▓         1619 N. CALIFORNIA

#2   OLIVERO, CARLOS  M/WH/18
     14 MAY ▓          2478 N. ALBANY

#3   RIVERA, JACQUES  M/WH/23
     30 APR ▓          4238 W. DIVISION

#4   RUIZ, GEORGE  M/WH/19
     28 JAN ▓          2453 N. FRANCISCO

#5   RAMON, LOPEZ, M/WH/20
     22 SEPT ▓        1424 N. WASHTENAW

#6   RODRIGUEZ, JOSE  M/WH/30 APRIL ▓
     28       2040 N. SPAULDING

R.D. NO.
K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO.  5607
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.
DAY—MO.—YR.  TIME

CPD-23.122 (Rev. 2/83)

Wron 00064

PRELIMINARY
CRIME LABORATORY DIVISION/CHICAGO P

| OFFENSE OR INCIDENT | | | UCR | AREA-DI.  .BEAT | DATE OF THIS REPORT |
|---|---|---|---|---|---|
| | | | | 5 - 01 1 | |
| LOCATION OF OFFENSE/INCIDENT | | LOC. CODE | INVESTIGATOR | | STAR NO. UNIT |
| | | | | | 5629 |
| VICTIM(S) NAME | | | OFFENDER(S) NAME | | |
| 1. | | | | | |
| 2. | | | | | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | | CLASS CHARACTERISTICS | S / NS |
|---|---|---|---|---|
| | SUBMITTED BY–NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | 5 DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |
| | SUBMITTED BY–NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |
| | SUBMITTED BY–NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |

CONCLUSIONS–IN THE OPINION OF THE EXAMINER

FIREARMS EXAMINER (PRINT)

FIREARMS EXAMINER (SIGNATURE)

CPD-33.405 (Rev. 3/86)

ASVC

Wron 00066

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION        Chicago, Illinois    60605

CRIMINAL HISTORY OF RIOS, Jose    M/WH

DATE    29 July 1981

DATE OF BIRTH    30 April

I.R. NO.    614010    FBI NO 970150   AA5    I.S.B. NO 24423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Jose RIOS 3449 W. North 30 April | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist. Disorderly Conduct. | | | |
| Jacques RIVERA 3335 W. Beach 30 Apr | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery 28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a), FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini 14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. | | | |
| Jack RIVERA 3335 W Beach 30 Apr | 6851273 | - 02 Jun 83 Off Gruber Dummer Mobile Force (14) UUW 24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I,D. (38-83-2a) BFW, Judge Laurie (Docket No. 83235069) | | | |
| | SEE CB 6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | | | |
| | SEE CB# 6857271 | -29 Aug 83, UUW (38-24-1a10) Fail to Exhibit Reg (MCC) Fail Poss ID Card (38-83-2a) SOL, Judge Macellaio (Docket No. 8323 5089) | | | |
| Jaques RIVERA 4032 W. Division 30 Apr | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine 17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2) SOL, Judge Kowalski, (Dk#85-1172594) | | | |
| Jacques RIVERA 4032 W. Division 30 Apr | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt. 10 Aug 87, Battery(38-12-3) SOL Judge Chrones (Doc# 8718 1956) | | | ymd |
| Jacques RIVERS 4448 W. Cortez 30 Apr. | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | | | |
| Jacques RIVERA 4238 W. Divison 30 Apr. | 8101323 | -30 Aug. 88, Off. Guevarra, GCU-N (25th) Dist. Agg. Batt. (c | | | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was Issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation.) S.S. 20,331).    E3    Wron 00067

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY ___ MONTH ___ YEAR ___ WATCH
27 | Aug 88

DATE OF THIS REPORT
DAY ___ MONTH ___ YEAR ___ WATCH
27 Aug 88 | 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT
466 BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT
VALONTIN, FELIX

BEAT/UNIT ASSIGNED
5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix Valentin

DR Perez

8 in chest          2 in LeFT ARm

5 in chest
6 shots
6 bullets

10 holes in back only 2 holes
IN front - 6 bullets in chest

REPORTING OFFICER'S SIGNATURE—STAR NO.
John J. Leonard 5629
8056

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY ___ MO ___ YR ___
29 AUG 1988

CPD 23.422 (Rev. 2/83)

R.D. NO.
K 371 955

Wron 00068

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 27 | Aug | 88
DATE OF THIS REPORT: 27 | Aug | 88   3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: AGG BATTERY
VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX
BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix 16  5537
DOB 14 38 N. Campbell
Diego School
Campbell Boy

VALENTIN, ISRAEL
1458 N. Campbell
235-1821
DOB June 1 ▮▮▮▮
SS#

1545  DROVE-UP TO 3324 W. CORLAND -ISRAEL (MOE)
WENT TO GET DATE - NO GO YOU WORRING - GONE FOR APPROX
5 MIN - CAME DOWN WITHOUT GIRLFRIEND DIDNT SEE
BROTHER WALKED TO CAR SAW FELIX SLUMPED OVER IN PASSENGER
SIDE - (F HAD BEEN DRIVING) - PUSHED FELIX OVER - SOUR GIRLFRIEND
TO QUIP AND CALL MRS VALENTIN - MOE TOOK OFF FOR HOSPITAL
HAD ACCIDENT #875233 +TRAFFIC - UNKNOWN MOTORISTS
BROUGHT VICTIM - MOE TO NORWEGIAN -

GIRLFRIEND'S BROTHER - Macho Lopez -13yoa
SAW INCIDENT - HAS NOT BEEN INTERVIEWED -
KINGS-
Campbell Boy-
BROTHER - A/M -

R.D. No. K371 955

REPORTING OFFICER'S SIGNATURE—STAR NO.
RECEIVED BY, SUPERVISOR'S SIGNATURE—STAR NO.
DAY 20 MONTH AUG YEAR 1988

CPD-23.125 (Rev. 2/83)

Wron 00069