# EXHIBIT 62

| ☑ 911 ☐ OPR ☐ 744 ☐ PAX ☐ OV-RADIO | NATURE OF COMPLAINT — SERVICE | CODE | BEAT OF OCCURRENCE | Q | N-S | E-W |
| | MAN SHOT (IN CAR) | 30 | 1422 | 1258 | 32W |
| E.T. NO. | LOCATION OF INCIDENT — SERVICE     FLOOR — ROOM — APT | UNIT ASSIGNED | MAN | R.D. NO. | | |
| | 1258 N. KEDZIE | 1413 | 2 | K 3 7 1 9 5 5 | | |
| TIME COMPLAINT RECEIVED | COMPLAINANT — REQUESTER | | | AUG 27 15 44 '86 | | |
| 88. EE 5 1 22 DAY | C. T. REF | | | AUG 27 19 24 '86 | | |
| ADDRESS OF COMPLAINANT — REQUESTER | | | PHONE NO. | | | |
| to 14 | | FAOW ☐ | 486 5251 | | | |
| VERIFIED COMPLAINT ☑ | UNFOUNDED | NUMBER ARRESTED NONE ☐ [O] | RECEIVED BY YB 470 | DISPATCHER 364 | ZONE 3 |

CPD-32,500-A (7/80)     RADIO DISPATCH CARD — RADIO COMPLAINT / CHICAGO POLICE COMMUNICATIONS CENTER     4 CSI G17/05-OF

**PERMANENT RETENTION FILE**

Hickey 00001

| UNITS ASSISTING (1 MAN) | | UNITS ASSISTING (2 MAN) | | | ASSIST |
|---|---|---|---|---|---|
| Wanted: | | | | | SIMULCAST |
| 2 M/WH | | 16-18 yrs. | | | ZONE (FOR CITY WIDE ONLY) |
| one older brown | | brown 236/AB 1700 13 | | | TIME ASSIST BEGAN |
| some | | Toyota Hatch bk | | | Aug 27 15 58 '88 |
| | | | | | TIME INITIAL ASSISTING UNIT RETURNED TO SERVICE |
| | | | | | |
| | | | | | AUG 27 15 450 |

**ASSIST**

**PERMANENT RETENTION FILE**

Hickey 00002



Case: 1:12-cv-04428 Document #: 313-55 Filed: 09/19/17 Page 4 of 34 PageID #:18529

PERMANENT RETENTION FILE

Hickey 00003

CHICAGO POLICE

1. OFFENSE/INCIDENT — PRIMARY CLASSIFICATION
BATTERY

2. SECONDARY CLASSIFICATION
AGGRAVATED : HANDGUN

R.D. NO. K-371955

3. ADDRESS OF OCCURRENCE — STREET
3324 W. CORTLAND

4. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE)
STREET

5. FIRE RELATED
☐ YES ☒ NO

6. DATE OF OCCURRENCE — TIME
27 AUG 88 1545

11. DATE (E.G.) ARRIVED — TIME
27 AUG 88 1638

7. BEAT OF OCCUR. 1422

8. BEAT/UNIT ASSIGN. 143

21. NAME (LAST—FIRST—M.I.)
VALENTIN, FELIX

22. HOME ADDRESS (NO., DIR., STREET, APT. NO.)
1458 N. CAMPBELL

24. HOME PHONE 235 1821
24. BUSINESS PHONE NONE

25. SEX—RACE—AGE
M 4 16

26. TIME AVAIL. ANY

27. OCCUPATION

31. DISCOVERED WITNESSED REPORTED OFFENSE
VALENTIN, ISRAEL

32. HOME ADDRESS
1458 N. CAMPBELL

33. SEX—RACE—AGE
M 4 22

PARENT/GUARDIAN, IF JUVENILE
LOPEZ, NACHO

3324 W. CORTLAND 1ST

M Y 15

41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC)
DRIVER     N.F.D.     u — N — I — K

PASSENGER     Yellow Basketball Shirt     u — N — I — K

51. OBJECTIVE/WEAPON     USED ☐ DISPLAYED ☐ UN
☐ 01 HAND GUN ☐ 08 EXPLOSIVE
☐ 02 SHOTGUN ☐ 09 LIQUID/GAS
☐ 03 RIFLE ☐ 10 BOTTLE/GLASS
☐ 04 KNIFE ☐ 11 RAZOR
☐ 05 VEHICLE ☐ 12 PRY TOOL
☐ 06 BLUNT INSTRUMENT ☐ 13 HAND, FEET
☐ 07 THROWN OBJECT ☐ 14 OTHER
                    ☐ 15 DNA

71. DESCRIBE PROPERTY IN NARRATIVE

72. VEHICLE/LEFT     MAKE TOYOTA     BODY STYLE 2 DR     YEAR     V.I.N.
☐ STOLEN ☐ THEFT
☐ RECOVERED ☐ FROM

STAR NO. 15602

STAR NO. 7963

REPORTING OFFICERS NAME (PRINT)
E.M. CRAWFORD

76. ASSIST OFFICER (PRINT)
S. McLAIN

94. MARRATIVE (Use this page as continuation — for reports only)

IN SUMMARY, VICTIM AND WITNESS'S GIRLFRIEND, VALENTIN ISRAEL, WENT TO ABOVE ADDRESS TO PICK

UP WITNESS VALENTIN'S GIRLFRIEND, AS THEY WERE GOING TO A WEDDING. WITNESS VALENTIN WENT

UP STAIRS TO PICK UP HIS GIRLFRIEND, VICTIM WAS LEFT IN CAR BEHIND STEERING WHEEL. IN

MEANS SEAT. WITNESS VALENTIN LEFT DOWNSTAIRS AND WOULD SEE HIS BROTHER

95. SAFE BURGLARY METHOD
☐ 01 PUNCH
☐ 02 TORCH
☐ 03 EXPLOSIVE
☐ 04 DRILL
☐ 05 REMOVED
☐ 06 PEEL
☐ 07 OPEN
☐ 08 UNKNOWN
☐ DNA

96. DATE INVEST. COMPLETED — (MO-DAY-YR)
27 AUG 88

STATE LICENSE NO.     STATE EXP/YR
U — K — TC

97. SUPERVISOR APPROVING (PRINT NAME)
Sgt. G. Taylorson

STAR NO. 1930

DATE (DAY-MO-YR)
27 AUG 88

TIME 1700

DATE APPROVED (DAY-MO-YR)
27 AUG 88     TIME 1700

K 371-955t

**CONTINUATION OF NARRATIVE**

In the car, approached and observed his buttocks
slumped across seat, bleeding. Victim was slumped
across seat, stating they shot me, they shot me
and became semi-minor. Witness [unclear] pushed
his breathing across seat and drove him to Northwest
Hospital. While enroute witness up [unclear]
shock 3 parked MV's in the 1200-1300
bLock of N. Keozie. A passer-by in another MV
came by and drew victim and witness victim to
Northwest. Victim [unclear] at Northwest Hospital to be
transferred to Northwestern Hospital.
Also unable to somewhat communicate with.

Suspect auto's 4 door model Bwc 206
possibly hatch back, Toyota clean
windows, Aero Rear Flag handsb [unclear]
Rear view mirror

Suspect offenders (1) M/wht, Latin Kirk
Comb a Filipino, driver of car N.F.D.
at this time. (2) M/wht, Latin Kirk
Comb a Filipino passenger in above
auto, [unclear] yellow baseball hat, Light
In no complexion, 16-18 yrs NFD at
this time [unclear] hardcop

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

PERMANENT RETENTION FILE

| UCR OFFENSE CODE | REV CODE | | | UCR METHOD CODE | METHOD ASSIGNED | | | INVESTIGATIVE FILE | | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 CORRECT ☐ 2 REVISED | | | | | ☐ 1 FIELD ☐ 2 SUMMARY ☐ 3 | | | ☐ 1 YES ☐ 2 NO | | ☐ 1 YES |

| OFFICER REASSIGNED / DATE | STATUS | | | | | | | STAR NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STAR NO. | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED ☐ 3 CLEARED CLOSED ☐ 4 CLEARED OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLEARED OPEN ☐ 7 CLOSED-NON-CRIMINAL | | | | | | | | | |

GENERAL OFFENSE REPORT
CHICAGO POLICE

**PERMANENT RETENTION FILE**

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: Battery
   UCR OFF. CODE: 041 A
2. SECONDARY CLASSIFICATION: Aggravated

STREET: 3324 W
8. TYPE OF LOCATION ON PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): Street

6. DATE OF OCCURRENCE — TIME: 27 June 88   1545
R.D. NO.: X-371-955
7. SEAT OF OCCUR.: 1433
8. BEAT/UNIT ASSGN.: 1413

11. DATE R.O. ARRIVED — TIME: 27 June 88   1636

10. LOCATION CODE: 3 0 4

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

21. NAME (LAST—FIRST—M.I.): COX 2 of 2

42. HOME ADDRESS

71. DESCRIBE PROPERTY IN NARRATIVE

NARRATIVE: Passenger of vehicle #1 exited Auto, walked up to victim as he sat in Auto and below struck. Victim struck 5 times in neck and chest. Victim sat in a Red 2 Door 78 Mazda, Il plate FS 8961 IL 3189 vin# LA23 S147846, that was occupied with pink carpeting tires, painted in preparation for wedding.

95. REPORTING OFFICER'S NAME PRINT: J. McHenry   STAR NO. 7963
96. REPORTING OFFICER'S NAME PRINT: Campbell   STAR NO. 156.2

Hickey 00005

R.D. NO. — K371-955

**CONTINUATION OF NARRATIVE**

CRIME CRIMES NORTH NOTIFIED Sergeant —Man

E.C. NOTIFIED

019 DESK NOTIFIED - 013 NOTIFIED

BT1400 NOTIFIED

Zone NOTIFIED - P/SA to have a car

Protect Crime Scene, Victim's Auto At

1353 N. Keeler

Crime Crimes Minit IRU- Room (4)

OY to Pillow go IRU.

Related RD# K875-233 - TRAFFIC

Accident- 10-53 N. Keeler

Crime Affiliation witness Violation Completed Res

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)
□ 1 ARREST & PROSECUTION  □ 2 DIRECTED TO FAMILY COURT  □ 3 COMPL. REFUSED TO PROSECUTE  □ 4 COMMUNITY ADJUSTMENT  □ 5 OTHER EXCEPTIONAL

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

PERMANENT RETENTION FILE

UCR OFFENSE CODE | REV. CODE | UCR METHOD CODE | METHOD ASSIGNED □ 1 FIELD □ 2 ADMIN. □ 3 SUMMARY | UNIT NO. |
□ 1 CORRECT □ 2 REVISED

STATUS □ 0 PROGRESS □ 1 SUSPENDED □ 2 UNFOUNDED □ 3 CLEARED CLOSED □ 4 CLEARED OPEN □ 5 EXC. CLRD. CLOSED □ 6 EXC. CLEARED OPEN □ 7 CLOSED

OFFICER REASSIGNED CO | DATE | STAR NO.

VICTIM NO. | REVISED NAME

VICTIM IDENTIFIERS □ 1 CORRECT □ 2 REVISED

VALUE OF PROPERTY TAKEN/RECOVERED □ 1 DNA □ 2 VERIFIED □ 3 CORRECTED

1 MONEY □ T $ □ R | 2 JEWELRY □ T $ □ R | 3 FURS □ T $ □ R | 4 CLOTHING □ T $ □ R | 5 OFFICE EQUIPMT. □ T $ □ R | 6 TV, RADIO, STEREO □ T $ □ R | 7 OFFICE EQUIPMT. □ T $ □ R | 8 TV, RADIO, STEREO □ T $ □ R | 9 HOUSEHOLD GOODS □ T $ □ R | 10 CONSUM. GOODS □ T $ □ R | (a) FIREARMS □ T $ □ R | (c) NARC/DANG. DRUGS □ T $ □ R | 5 OTHER □ T $ □ R

SERIAL NOS. OR IDENTIFICATION NOS. □ 1 DNA □ 2 VERIFIED □ 3 CORRECTED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

PREPARED BY — SIGNATURE | STAR NO. | DATE (DAY-MO.-YR.)

APPROVED BY — SIGNATURE | STAR NO. | DATE (DAY-MO.-YR.)

OFFICER ASSIGNED | STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | SUPERVISOR'S SIGNATURE | DATE (DAY-YR.)

INVESTIGATIVE FILE □ 1 YES □ 2 NO | REASSIGNED □ 1 YES

REVISED PHONE NO. □ HOME □ BUSINESS

Hickey 00006

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, with whom, who had possession. In Custody – Inventory property
Inventory numbers). If property was taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's complete description, if possible, should include name if known,
nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 27 MO. Aug YR. 1988 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1.UCR OFF. CODE 041 A | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE 1 VERIFIED 2 CORRECTED | 3. BEAT OF OCCUR. 1422 |
|---|---|---|---|

BATTERY/Aggravated Handgun — 041 A — (3320) W. Cortland

CORRECT [X] YES [ ] NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. — 6. FIRE RELATED [ ] 1 YES [X] NO — 7. BEAT ASSIGNED 5537

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT |
|---|

VALENTIN, Felix

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

| 11. [X] VERIFIED [ ] UPDATE | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 16. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|
| | CODE | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. dna

T = TAKEN; R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

[ ] VERIFIED [ ] UPDATE TO

| | 1 MONEY [ ]T $ [ ]R | 2 JEWELRY [ ]T $ [ ]R | 3 FURS [ ]T $ [ ]R | 4 CLOTHING [ ]T $ [ ]R | 7 OFFICE EQUIPMENT [ ]T $ [ ]R | 8 TV, RADIO, STEREO [ ]T $ [ ]R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS [ ]T $ [ ]R | 0 CONSUM. GOODS [ ]T $ [ ]R | I-1 FIREARMS [ ]T $ [ ]R | & NARC./DANGEROUS DRUGS [ ]T $ [ ]R | 5 OTHER [ ]T $ [ ]R | 6 NONE [ ]T [ ]R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I.UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**PERMANENT RETENTION FILE**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | OFF. 2 | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| [ ] USED [ ] STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. [X] 1 DNA [ ] 2 VERIFIED [ ] 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 652 | 53. STATUS | [ ] 1 SUSPENDED | [ ] 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|
| DNA | | DNA | [X] FIELD [ ] 3 SUMMARY | | [X] 0 PROGRESS | | |

STATUS CONT'D. [ ] 3 CLRD. CLOSED [ ] 4 CLRD. OPEN [ ] 5 EXC. CLRD. CLOSED [ ] 6 EXC. CLRD. OPEN [ ] 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED [ ] 1 ARREST & PROSEC. [ ] 2 DIRECTED TO JUV. CRT. [ ] 3 COMPL. RFUSD. TO PROSECUTE [ ] 4 COMMUNITY ADJUSTMENT [ ] 5 OTHER EXCEPT. [ ] ADULT [ ] JUV.

55. [ ] FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

Victim:

VALENTIN, Felix/16–05Jan█/1458 N. Campbell
235-1821/ Student Diego School/CAMPBELL BOY

Wanted:

#1–M/WH/18-22/brn eyes/dk hair/black jean
type jacket/dark pants/gym shoes

#2–M/WH/18-22–no further description at
this time (driver)

Injuries:

10 GSW in back/2 exit wounds front chest
6 pellets lodged in chest cavity
Critical Condition

Taken To:

Norwegian American Hospital where victim

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal | 91. DATE THIS REPORT SUBMITTED – DAY 27 MO. August YR. 1988 TIME 2355 | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. |
|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Gillian McLaughlin STAR NO. 8086 | 94. REPORTING OFFICER (PRINT NAME) John J. Leonard STAR NO. 5629 | SIGNATURE |
| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY-MO.-YR.) 28 AUG 1988 TIME |

K 371 955

Hickey 00007

CPD-11.413-B (Rev. 8/85) — MUST BE COMPLETED IN ALL CASES — CRC

Detective Division        Page 2                27 August, 1988
Area 5 Violent Crimes                              K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

# PERMANENT RETENTION FILE

**Taken To: cont.**

was stabilized and then transfered to Cook County Hospital. Victim taken to Hospital by brother, Israel. Dr. Perez treated victim at Norwegian American Hospital.

**Weapon:**

Unknown type handgun

**Location:**

ALLEY adjoining 3320-22 N. Cortland

**Date & Time:**

27 August, 1988/1545 hours

**Weather & Lighting:**

Overcast-Raining/Natural

**Manner/Motive:**

Multiple Gun Shot Wounds/Gang Retaliation

**Vehicle Used:**

Older Model GM type car (medium-full size) copper color

**Evidence:**

None at this time (victim's car not processed)

**Personnel Assigned:**

| M.B. | 1413 | P.O. E. Crawford | 15602 |
| | | P.O. S. Machain | 7963 |
| M.B. | 4629 | GCSP D. Noon | 5410 |
| | | GCSP J. Guzman | 8728 |
| M.B. | 4626 | GCSP J. Sparks | 14879 |
| | | GCSP P. Zacharias | 15994 |

**Interviewed:**

VALENTIN, Israel/1458 N. Campbell/235-1821
DOB 1 June ▓▓/CAMPBELL BOYS

**Investigation:**

On today's date at approximately 1715hrs, R/D's received a radio assignment to go to Norwegian American Hospital on a man shot. The undersigned responded accordingly and upon arrival located beat personnel who informed R/D's that they had been called to the hospital and had not been to the original scene. It should be noted that an Evidence Tech was not called to the scene because the victim's car is missing; Family members may have relocated car but this cannot be confirmed. The beat personnel also indicated that the victim was in critical condition and unable to verbalize but was motioning yes and no to questions.

R/D's went into the emergency room and spoke with Dr. Perez who informed R/D's that in his opinion, the victim had ten (10) GSW in back; two (2) exit wounds in chest (front left) and six (6) pellets remained in chest cavity. Dr. Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest cavity. Dr. Perez further indicated that the victim had to be relocated to another facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Hickey 00008

Detective Division                     Page 3                         27 August 1988
Area 5 Violent Crimes                                                 K 371-955

AGGRAVATED BATTERY/Handgun         **PERMANENT RETENTION FILE**
VALENTIN, Felix

Investigation:                 Dr. Perez further indicated that if the victim
                               survived his injures he would most likely be
                               paralyzed from the waist down.  The victim was
spoken to briefly concerning identification and number of offenders.  Victim indicated
by nodding  to simple questions.  Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.


                               R/D's then interviewed the brother of the victim
VALENTIN, Israel               who stated in essance but not verbatim that on
                               date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding.  ISRAEL indicated that the victim was driving.  Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address.  A few
minutes later; not more than five (5), ISRAEL came back outside to the car.  As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible.  ISRAEL then ascer-
tained that his brother had been shot.  ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment.  ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother
to the hospital.  At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233).  ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.


      Investigation Continues.........

Hickey 00009

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 27 MO. Aug YR. 1988 — 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1.UCR OFF.CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐2 CORRECTED | 3. BEAT OF OCC'R./I.R. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

**11. CIRCUMSTANCES** ☒1 VERIFIED ☐UPDATE TO — 19. dna

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |

**DESCRIBE PROPERTY IN NARRATIVE.** T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | (d FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | PERMANENT RETENTION FILE | | | | | |
| 3. | | | | | | | |

**OFFENDERS UPDATE ONLY**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. / ARREST ARRESTED / UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. | | | OFF. 2 | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|
| DNA | | | | |

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 | ☒2 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.** ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED** ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. — ☐ADULT ☐JUV.

**55.** ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

### 80. NARRATIVE

**Wanted for Questioning:**
RIOS, Jose/M-WH/24-30Apr█/IR 614 010
LKA 4448 W. Cortez, Nickname "Ace".
AKA RIVERA, Jaques.

**Evidence:**
5 Recovered .22 cal shell casings at mouth of alley (524 226 CL)
Photos of Scene
Photos of Victim's Vehicle

**Personnel Assigned:**
M.B. 9601 Tech D. Keating #8788
Tech J. McDonald #6989
M.B. 5537 Det. J. Leonard #5629
Det. G. McLaughlin #8086

**Interviewed:**
LOPEZ, Orlando/M-WH-3320 W. Cortland
N/P-12-17May█/Student Mozart School

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 29 Aug 1988 | 2355 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |
|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard | 5629 | |
| SIGNATURE | | SIGNATURE | 95. DATE APPROVED (DAY-MO-YR) 29 AUG 1988 | TIME 1530 |

CPD 11.411-B (Rev. 8/85) — MUST BE COMPLETED IN ALL CASES — CRC □ 226

K 371 955

55. RD NO.

Hickey 00010

Detective Division                    Page 2                            29 August, 1988
Area 5 Violent Crimes                                                   K 371 955

BATTERY/Aggravated handgun
VALENTIN, Felix                 **PERMANENT RETENTION FILE**

Victim's Vehicle:               1973 MAZDA 2 Door Sedan Red in Color Ser #
                                S124A162930 Bearing No License/Relocated after
                                accident via towtruck to vacant lot at Wabansia
                                Washtenaw.

Investigation:                  The undersigned detectives, in continuation of
                                the investigation of the above captioned incident;
                                interviewed an eye-witness who stated in essance
LOPEZ, Orlondo                  but not verbatim on date and time of this
                                incident; LOPEZ was coming from the store at corner
of Kimball and Cortland.  LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland.  The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland.  LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle.  Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand.  LOPEZ believed he heard three (3) shots but indicated
that they were not very loud.  LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

                                LOPEZ informed R/D's that LOPEZ could identify
                                the shooter because LOPEZ recognized the shooter
                                as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions.  LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings.  LOPEZ then viewed
books and made an identification of one RIOS, Jose  (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim.  At this time there is no identifi-
cation of the driver.

                                The scene was processed by 9601 and five (5)
                                .22 cal shell casings were found and photographs
                                were taken.  The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident.  A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building.  3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

                                An active search of the suspect shooter is being
                                undertaken by R/D's and GCSP.  This investigation
                                continues......

Hickey 00011

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarization unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME
DAY 27 MO. Aug YR. 88 — 1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I.UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY:Aggravated,Handgun | 041A | 3324 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT ☒ YES ☐ NO | 6. FIRE RELATED ☐ YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | | | 1464B |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN; R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY
- 1 MONEY ☐T $ ☐R
- 2 JEWELRY ☐T $ ☐R
- 3 FURS ☐T ☐R
- 4 CLOTHING ☐T $ ☐R
- 7 OFFICE EQUIPMENT ☐T $ ☐R
- 8 TV, RADIO, STEREO ☐T $ ☐R
- 9 HOUSEHOLD GOODS ☐T $ ☐R
- 0 CONSUM. GOODS ☐T $ ☐R
- (-) FIREARMS ☐T $ ☐R
- & NARC./DANGEROUS DRUGS ☐T $ ☐R
- 5 OTHER ☐T $ ☐R
- 6 NONE ☐T ☐R

PROPERTY INVENTORY NO(S).

OFFENDERS

| | 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ, Jose | 2040 N. Spaulding    1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 | NIEVES, Felipe | Unk | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| | 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | 8101-405 | | 024 | OFF. 2 | | | 1 | 1464B |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☒ USED ☐ STOLEN | Unk | Toyota | 2dr | Brn | UNK | UNK | |

80. NARRATIVE

IN SUMMARY: R/O's had occassion to interview above victim regarding above RD#. Victim related that the person who shot him and the driver were members of the Imperial Gangster street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above ~~victim picked out offender#1 as the person who shot him and offender#2 as the driver of~~ the vehicle used. Offender#1 taken into custody,advised rights per Miranda in Spanish and English and processed in 014. Victim interviewed at Cook County Hospital.

## PERMANENT RETENTION FILE

Additional Arresting Ofcrs:WOJCIK#4408,VERGARA#14416

K-371955

☐ CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY 31 MO. Aug YR. 88 | TIME 0230 | 92. SUPERVISOR APPROVING (PRINT NAME) VARA | STAR NO. 1662 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) C.LETRICH   STAR NO. 6198 | 94. REPORTING OFFICER (PRINT NAME) J.MORIARTY   STAR NO. 16633 | | SIGNATURE | |
| SIGNATURE | SIGNATURE | | 95. DATE APPROVED (DAY, MO., YR.) 31 Aug 88 | TIME 1730 |

PD-11.411-A (REV. 8/85)    *MUST BE COMPLETED IN ALL CASES

Hickey 00012

CONTINUATION OF NARRATIVE

PERMANENT RETENTION FILE

R.D. NO.

-1 SEP 1988 22   54

I HAVE REVIEWED THIS REPORT AND BY MY
SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO. | DATE (DAY-MO.-YEAR)

Hickey 00013

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, describe property, if property Inventory number(s), if property taken was seized for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY: 27   MO: Aug   YR: 1988   1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1. UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE X 1 VERIFIED 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, Felix

CORRECT X 1 YES 2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED: 1 YES X 2 NO
7. BEAT ASSIGNED: 5537

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

11. VERIFIED X / UPDATE TO: dna

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/ENTRY CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUR. CODE NO. |

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

T = TAKEN;   R = RECOVERED

| PROPERTY | | | |
|---|---|---|---|
| 1 MONEY T $ / R | 2 JEWELRY T $ / R | 3 FURS T $ / R | 4 CLOTHING T $ / R |
| 7 OFFICE EQUIPMENT T $ / R | 8 TV, RADIO, STEREO T $ / R | | |
| 9 HOUSEHOLD GOODS T $ / R | 0 CONSUM. GOODS T $ / R | (-) FIREARMS T $ / R | & NARC./DANGEROUS DRUGS T $ / R |
| 5 OTHER T $ / R | 6 NONE T / R | | |

## VICTIMS — UPDATE ONLY

| 20. NAME (LAST–FIRST–M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES/NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**PERMANENT RETENTION FILE**

## OFFENDERS — UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | OFF. 2 | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED / STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. XX 1 DNA   2 VERIFIED   3 CORRECTED    LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) DNA | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED DNA | UNIT NO. 652 | 53. STATUS XX PROGRESS | 1 SUSPENDED | 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|

64. IF CASE CLEARED, HOW CLEARED: X 1 FIELD   3 SUMMARY

STATUS CONT'D.: 3 CLRD. CLOSED / 4 CLRD. OPEN / 5 EXC. CLRD. CLOSED / 6 EXC. CLRD. OPEN / 7 CLSD. NON-CRIM. / 1 ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. RFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. / ADULT / JUV.

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

## 80. NARRATIVE

In Custody:

RIVERA, Jacques/M–WH–30Apr█/AKA–ACE/4238 W.
Division/5'10/180/brn/brn/med/Employeed:
Humboldt Park Inst–Maintenance   IR#614 010
CB# 8101–323

RODRIGUEZ, Jose Antonio/AKA–Chequin/2040 N.
Spaulding 1st South/5'10/120/brn/blk/light
IR# 861–858  CB# 8101–405

Arresting Officers:

| | | |
|---|---|---|
| RIVERA: | Det. John Leonard | 5629 |
| | Det. G. McLaughlin | 8086 |
| | GCSP R. Guevara | 16345 |
| | GCSP J. Fallon | 5351 |
| | GCSP J. Sparks | 14879 |
| | GCSP P. Zacharias | 15994 |

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) Normal | 91. DATE THIS REPORT SUBMITTED – DAY 1   MO. Sept   YR. 1988 | TIME 0100 | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. 20 / 3 |
|---|---|---|---|---|

| 93. REPORTING OFFICER (PRINT NAME) Gillian McLaughlin | STAR NO. 8086 | 94. REPORTING OFFICER (PRINT NAME) John Leonard | STAR NO. 5629 | 95. DATE APPROVED (DAY–MO.–YR.) 02 SEP 1988 | TIME 120 |
|---|---|---|---|---|---|

SIGNATURE / SIGNATURE / SIGNATURE

CPD-11.411-B (Rev. 8/85)   MUST BE COMPLETED IN ALL CASES

CRC 228

Hickey 00014

Detective Division                    Page 2                              1 Sept, 1988
Area 5 Violent Crimes                                                     K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

# PERMANENT RETENTION FILE

Arresting Officers:                   RODRIGUEZ:   P.O. LETRICH 6198   014
                                                   P.O. MORIARITY 16633 014
                                                   P.O. VERGARA    14416 014
                                                   P.O. WOJCIK      4408 014

Date, Time & Location of Arrest:      RIVERA:      30 Aug, 1988/2300/3300 N. Beach

                                      RODRIGUEZ:   31 Aug, 1988/0100/2040 N. Spaulding

Evidence:                             544008 (652)  Photos

Investigation:                        The undersigned detectives were assigned to
                                      the continuing investigation of the above cap-
                                      tioned incident.  Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5.  Due to the lateness of the hour, the parents of the
witness  indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

                                      The undersigned had been informed that another
                                      suspect was in custody (014) and hold papers
                                      had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up.  The lateness
of the hour also prevented an interview with victim who is in surgicial intensive care.

                                      On today's date, attempts were made to locate
                                      the eye witness, LOPEZ, Orlondo, in order to
                                      have subject view a line-up.  Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim; Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature.  R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication.  R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

                                      R/D's returned to Cook County Hospital with six
                                      photos (Inv. #544-008 652).  It should be noted
                                      that the photos were numbered from one to six
but the were not shown numerically to the victim.  The victim does not have use of his
limbs and is basically paralyzed from the neck down.  Therefore photos were individually
held for victim to view (random order).  As photo's were being shown to victim it appeared

-3 SEP 1988    11 26



Hickey 00015

Detective Division                  Page 3                          1 Sept., 1988
Area 5 Violent Crimes                                                K 371 955

AGGRAVATED BATTERY/Handgun          **PERMANENT RETENTION FILE**
VALENTIN, Felix

Investigation Cont.:                that the victim was having a difficult time
                                    focusing of the photos.  Victims eyes were con-
                                    stantly tearing and R/D's inquired of the staff
of victim's medication at the time.  R/D's learned that victim had been placed on a
morphine drip for the pain.  It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia.  It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

                                    The following is the numerical order and names
                                    of subjects in photos.

#1  VILLAFANE, Angel/M-WH/23   21July█  / 1619 N. California

#2  OLIVERO, Carlos/M-WH/18    14May█  / 2478 N. Albany

#3  RIVERA, Jacques/M-WH/23    30Apr█  / 4238 W. Division

#4  RUIZ, George/M-WH/19       28Jan█  / 2453 N. Francisco

#5  RAMON, Lopez/M-WH/20       22Sep█  / 1424 N. Washtenaw

#6  RODRIGUEZ, Jose/M-WH/23    30Apr█  / 2040 N. Spaulding

                                    Due to the above facts and circumstances both
                                    subjects were released.  This investigation con-
                                    tinues.......

-3 SEP 1988   11 26



Hickey 00016

**SUPPLEMENTARY REPORT**

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME: 27 Aug 88  1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ 1 VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN,Felix | ☒ YES ☐ 2 NO | ☐ 1 YES ☒ NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. DESCRIBE PROPERTY IN NARRATIVE   T = TAKEN:   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THIS LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY:

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | S OTHER | 6 NONE | |
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1  RIVERA,Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED UNIT NO. | I ARREST. |
|---|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

PERMANENT RETENTION FILE

80. NARRATIVE

VICTIM: VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE,TIME,LOC. OF INC: 27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

DATE,TIME,LOC. OF ARREST: 15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

OFFENDER: RIVERA,Jacquez;M/WH/23;30 Apr ███;5-9,160;

AKA. RIOS,Jose;4231 W. Division 3rd. flr.

nickname, ACE;member of Latin Kings/014

CHARGES: Murder 1st. Degree;38-9-1a

COURT DATE & BRANCH: 16 Sep 88;66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D,page 40

K-371955

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)

| 91. DATE THIS REPORT SUBMITTED – | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|
| 16 Sep 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. |
|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 |
| SIGNATURE: S. Gawrys | | SIGNATURE: R. Guevara | |

DATE APPROVED (DAY–MO–YR): 16 Sep 88   TIME: 0030

*MUST BE COMPLETED IN ALL CASES

D-11.411-A (REV 8/85)

Hickey 00017

19

CONTINUATION OF NARRATIVE

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

**PERMANENT RETENTION FILE**





R.D. NO. X-371955

HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE    SUPERVISORS SIGNATURE    STAR NO.    DATE (DAY-MO.-YEAR)

Hickey 00018    20

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY  MO.  YR.
27  Aug  88  1545

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT**
HOMICIDE/MURDER

**I.UCR OFF. CODE** 0110

**2. ADDRESS OF ORIG. INCIDENT/OFFENSE** ☐1 VERIFIED ☐2 CORRECTED
3324 W. Cortland Ave.

**3. BEAT OF OCCUR.** 1422

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT**
VALENTINE, Felix

CORRECT ☒ YES ☐2 NO
IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

**6. FIRE RELATED** ☐1 YES ☒ NO
**7. BEAT ASSIGNED** 5055

**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED**
In Auto/Street

**LOCATION CODE** 304

**9. NO. OF VICTIMS** 1

**10. NO. OF OFFENDERS** DNA

| 11. ☒ VERIFIED ☐ UPDATE | 12. OBJECT/WEAPON CODE | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE |
|---|---|---|---|---|---|---|---|

**19. DESCRIBE PROPERTY IN NARRATIVE.** T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | | | | | | |
|---|---|---|---|---|---|---|
| ☐ VERIFIED DNA | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**PERMANENT RETENTION FILE**

| 20. NAME (LAST—FIRST—M.I.) | 21. I.UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

**34. SERIAL NOS. OR IDENTIFICATION NOS.** ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED
LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

**50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA)** I REV. CODE
D.N.A.

**51. METHOD CODE**

**52. METHOD ASSIGNED** ☒ FIELD ☐3 SUMMARY

**UNIT NO.** 652

**53. STATUS** ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

**STATUS CONT'D.** ☐3 CLRD. CLOSED ☐4 CLRD. OPEN 5 EXC. ☐ CLRD. CLOSED 6 EXC. ☐ CLRD. OPEN 7 CLD. ☐ NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED** ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT.  ☐ ADULT ☐ JUV.

**55.** ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

### THIS IS A CAUSE OF DEATH REPORT:

**MEDICAL EXAMINERS CASE NUMBER:** 300 Sept 1988

**DATE OF AUTOPSY:** 16 Sept 1988

**PATHOLOGIST:** DR. CHOI

**CAUSE & MANNER OF DEATH:** MULTIPLE GUN SHOT WOUNDS/HOMICIDE

**INVESTIGATION:** On todays date Dr. CHOI performed an

autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

**90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)**
D.N.A.

**91. DATE THIS REPORT SUBMITTED –** DAY MO. YR.  TIME
16 Sept 88

**92. SUPERVISOR APPROVING (PRINT NAME)** STAR NO.
2073

**93. REPORTING OFFICER (PRINT NAME)** STAR NO.
Det. T. LAZAR  5355

**94. REPORTING OFFICER (PRINT NAME)** STAR NO.

SIGNATURE  T. hazar

**95. DATE APPROVED (DAY–MO.–YR.)** TIME
20 SEP 1988

*MUST BE COMPLETED IN ALL CASES

Hickey 00018

**SUPPLEMENTARY REPORT**

CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY    MO.    YR.
27 AUGUST 1988   1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | IUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 3320 W Cortland | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

VALENTIN, FELIX

6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED

ALLEY

LOCATION CODE 092

8. NO. OF VICTIMS 1

10. NO. OF OFFENDERS 2

80. NARRATIVE

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP:   15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER:   P.O. John Miller # 5482  UNIT # 650

R.D. #:   K 371 955

PERSONS CONDUCTING LINE UP   Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY  MO.  YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 15 SEPTEMBER 1988 | 2030 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | Det. William Dorsch | 4257 | 16 SEP 1988 | 2100 |

CPD-11.411-B (Rev. 8/85)

PERMANENT RETENTION FILE

Hickey 00020

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

RD #  K 371  955
15 SEPTEMBER  1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

PERSONS PRESENT DURING
LINE UP:

1. Det. William Dorsch #4257 Area Five Violent Crimes
2. Det. John Boyle #6945 Area Five Violent Crimes

3. GCSP. Ray Guevara #16345 Gang Crimes North
4. GCSP. Steve Gawrys # 16899 Gang Crimes North

PERSONS VIEWING LINE UP:

1. Orlando LOPEZ  RD# K 371 955

PERSONS PARTICIPATING IN
LINE UP:

1. SANCHEZ, Santiago M/WH/19 12 May ███
   Volunteer.

2. CRUZ, Efram M/WH/20 26 March ███
   Volunteer

3. RIVERA, Jacques M/WH/23 5'9" 160
   CB#

4. TORRES, Felix M/WH/22 29 October ███
   Volunteer

5. DELGADO, Israel M/WH/21 25 June ███
   Volunteer

PERSONS IDENTIFIED IN
LINE UP:

Position # 3 RIVERA, Jacques

INVESTIGATION:

The Reporting Detectives conducted a line-up in the
offices of Area Five Violent Crimes pursuant to this
investigation.  Subject #3  Jacques RIVERA was positively
identifed by the  witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any  statement.

Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

**PERMANENT RETENTION FILE**

RD # K 371 955

Hickey 00021

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was seized for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY · MO. · YR.
27 AUGUST 1988 1545
☒ VERIFIED ☐ CORRECTED

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A ) | 3320 W Cortland | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT — VALENTIN, Felix
CORRECT ☒ YES ☐ NO  IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED ☐ 1 YES ☒ NO
7. BEAT ASSIGNED 5548

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED — ALLEY
LOCATION CODE 092
9. NO. OF VICTIMS 1
10. NO. OF OFFENDERS 2

| 11. ☐ VERIFIED ☒ FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|
| | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. ☐ VERIFIED DNA ☐ UPDATE TO — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | | | |
|---|---|---|---|
| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R |
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 6 FIREARMS ☐ T $ ☐ R | 8 NARC./DANGEROUS DRUGS ☐ T $ ☐ R |
| | | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
| | | 6 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

PERMANENT RETENTION FILE

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. 2 | | | | |

33. OFF'S. VEHICLE  YEAR  MAKE  BODY STYLE  COLOR  V.I.N.  ☐ USED ☐ STOLEN
STATE LICENSE NO.  STATE

34. SERIAL NOS. OR IDENTIFICATION NOS.  ☐ 1 DNA  ☐ 2 VERIFIED  ☐ 3 CORRECTED  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | ☒ FIELD ☐ SUMMARY | 652 | ☐ 0 PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

54. IF CASE CLEARED, HOW CLEARED
STATUS CONT'D. ☐ 3 CLRD. CLOSED  ☒ CLRD. OPEN  5 EXC. CLRD. CLOSED  6 EXC. CLRD. OPEN  7 CLSD. NON-CRIM.  ☐ 1 ARREST & PROSEC.  ☐ 2 DIRECTED TO JUV. CRT.  ☐ 3 COMPL. RFUSD. TO PROSECUTE  ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPT.  ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:  RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr ▮▮

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010  CB# 8112-639.

ARRESTING OFFICERS:  Det. William Dorsch #4257  Area Five Violent Crimes

Det. John Boyle #6945  "

GCSp. R. Guevara #16345  Gang Crimes North

GCSp. S. Gawrys #16899  "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY · MO. · YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| nomeal | 15 SEPT 88 | 2300 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. W. Dorsch | 4257 | Det. J. Boyle | 6945 | |

SIGNATURE  W. Dorsch

95. DATE APPROVED (DAY-MO.-YR.) 16 SEP 1988  TIME 2100

K 371-955

25. R.D. NO.

CPD-11.411-B (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

Hickey 00022

CRC 226

Detective Division                                              15 September 1988
Area Five Violent Crimes                                        RD# K 371-955

<u>page two</u>

## PERMANENT RETENTION FILE

Date, Time & Location of Arrest:          15 Sept 88 at 1930 hrs, 5555 W. Grand.

Charges, Ct. Branch & Date:               Murder, Chapter 38-9-1a to appear in
                                          Branch 66 on 16 Sept 88.

Injuries:                                 Multiple gun shot wounds to upper body.
                                          (see attached supplementary report)
                                          Cook County Hospital notified this office
                                          on 14 Sept 88 that the victim in this
                                          incident had been pronounced dead at
                                          1156 hrs by Dr. SHARKEY from multiple
                                          gun shot wounds.

Notifications:                            Medical Examiner Swartz ME# Sept 300
                                          ASA Rosner
                                          Sgt. Christian , Area Five Youth

Re-Interviewed:                           LOPEZ, Orlando M/WH/age 12, dob 17 May
                                          3320 W. Cortland, ph# 235-8434
                                          student at Mozart School.

Investigation:                            The undersigned reporting detectives
                                          were assigned by Sgt. RINALDI #2073
of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955
upon learning that the victim in this incident had died as a result of the multiple
gun shot wounds that he received on 27 August 1988.

                                          Upon reviewing the case file the R/S's
contacted Gang Crimes North to notify them of the death of the victim and request
there assistance in locating the offenders in this incident along with known witnesses.

                                          On 15 Sept 88 the subject known as
Jacques RIVERA was located and requested that he accompany us into Area Five to
continue this investigation. He agreed to do so and was brought into Area Five by
GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this
incident had died of his wounds and that it was necessary to speak with him further
and request that he participate in a line up. He agreed to cooperate and was allowed
to wait in an interview room until the arrival of a witness to this incident could
arrive to view a line up.

                                          At app 1915 hrs a line up was conducted
and the subject Jacques RIVERA was positively identified as the person who while armed
with a handgun had shot the victim numerous times. At this time he was notified of
the charges against him and advised of his rights per Miranda to which he replied
that he understood. He was asked if he wanted to cooperate further in  this
investigation at which time he stated that he wanted to speak to his lawyer. At this
time all questioning ceased.

Hickey 00023

Detective Division
Area Five Violent Crimes

15 September 1988
RD# K 371-955

page three

Investigation Con't:

ASA Julie ROSNER was notified and responded to Area Five. Upon reviewing the file and interviewing the witness and police officers the charge of MURDER was approved against the subject, Jacques RIVERA.

Do to the fact that charges for Murder have been approved the undersigned requests that this case be classified as CLEARED, OPEN.

## PERMANENT RETENTION FILE

Det. William Dorsch #4257

Det. John Boyle #6945



19 SEP 1988 13   47

Hickey 00024

HOMICIDE/Murder (0110)

VALENTINE, Felix  M/WH

<u>PAGE TWO</u>

K-371-955

16 Sept 88

PERMANENT RETENTION FILE

INVESTIGATION COND'T:

External and internal examination has revealed the presence of Eleven (11) gun shot wounds;
#1, gun shot wound entrance to the back of the head 7" below the top and at the midline, lodged.
#2, gun shot wound entrance to the upper left back 4" to the left of midline.
#3, gun shot wound entrance to the upper left back 2" to the left of midline.
#4, gun shot wound entrance left back 4" to the left of midline.
#5, gun shot wound entrance left back 2" to the left of midline.
#6, gun shot wound entrance left back 1½" to the left of midline.
#7, gun shot wound entrance left back 1" to the left of midline.
#8, gun shot wound entrance left back 1" to the left of midline.
#9, gun shot wound entrance back at the midline.
#10, gun shot wound entrance back at the midline.
#11, graze wound upper right upper back.

Internal examination also revealed the presence of Six (6) small caliber lead bullets which were recovered by Dr. CHOI and then invantoried by Crime Lab Personnel.

Upon complection of the autopsy Dr. CHOI has determined that the cause of death was due to MULTIPLE GUN SHOT WOUNDS and the manner of death is HOMICIDE.

This is a progress report.....

Report of Det. T. IAZAR # 5355, FID

Hickey 00025

CASE # 300 Sept 1988
VALENTINE, Felix  M/WH
RD#-K-884-369

K371955





I. E. CASE #:  300 Sept 1988

ATHOLOGIST:      DR. CHOI      **PERMANENT RETENTION FILE**

AUSE & MANNER OF DEATH:   MULTIPLE GUN SHOT WOUNDS/HOMICIDE

NJURIES: Eleven (11) gun shot wounds(see format)

EVIDENCE:   Six (6) small caliber (.22 Cal) lead bullets revewed and inventoried.

Hickey 00026

23

**INVESTIGATIVE FILE INVENTORY**
**CHICAGO POLICE DEPARTMENT**

R.D. NO. 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Original Case Report | · | Leonard & McLaughlin | 27 Aug 1938 |
| 2. | GPR's (three pages) | | Leonard & McLaughlin | 27 Aug 1938 |
| 3. | Supplementary Report | | Leonard & McLaughlin | 27 Aug 1938 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD + McLAUGHLIN | 31 AUG 88 |
| 8. | HOLD OVER | | " " | " |
| 9. | ARREST REPORT | | " " | " |
| 10. | HOLD OVER | | " " | " |
| 11. | SUPPLEMENTARY | | " " | " |
| 12. | PROPERTY INV | | **PERMANENT RETENTION FILE** | |
| 13. | EVIDENCE REPORT | | " " | " |
| 14. | FIRE ARM EVID REPORT | | " " | " |
| 15. | GPR (1 PAGE) | | " " | " |
| 16. | PROPERTY INV | | " " | " |
| 17. | PRISONER RELEASE | | " " | " |
| 18. | PRISONER RELEASE | | " " | " |
| 19. | SUPPLEMENTARY | | " " | " |
| 20. | LINE UP SUPP | | DORSCH / BOYLE | 15 SEPT 88 |
| 21. | ARREST REPORT | | COPY SENT TO / CASE REPORT UNIT (164) | " |
| 22. | 101 | | RECORDS PROCESSING | " |
| 23. | MURDER COMPLAINT | | DATE: ____ " | " |
| 24. | EVIDENCE REPORT | | BY: ____ " | " |
| 25. | CLOSING SUPP | | AREA 5 VIOLENT CRIMES | " |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

Hickey 00027

CPD-23.121 (1/83)

Records Division

PERMANENT FILE

Hickey 00028

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO.
*K 371 - 955*

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|------------------------|------|-----------------|---------------|
| 1. | SUPP REPORT | · | DORSCH / BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

PERMANENT RETENTION FILE

16 SEP 1988 27

R.D. NO. *K 371 - 955*

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

Hickey 00029

CPD-23.121 (1/83)

PERMANENT PERSONNEL FILE

To: UNIT 164

FROM: A/S/UC

Hickey 00030

300                                       (3-81) Form. Crim. Div. No. 66

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
                   v.

JACQUES RIVERA

No. ..88.CR.15436.............

### SUBPOENA - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON Keeper..of.REcords:.Chicago.Police....

........Department.1121.S...State.Street,.Chicago,.Illinois.................

to appear to testify before the Honorable ..Judge.Presiding....................

on .......November..21.................,19.88. in Room .Br..25..., Circuit Court, 26th Street and

California Avenue, Chicago, Illinois, at .9:30. .a. .m.

          YOU ARE COMMANDED ALSO to bring the following:

                    Any and all police reports relating to the above-captioned
           case including B. of I:

           IR# 614010, CB# 8112639 and RD# K371955

in your possession or control.   **PERMANENT RETENTION FILE**

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-
MENT FOR CONTEMPT OF THIS COURT.

WITNESS...........................19..

*Morgan M. Finley*

                                         Clerk of Court

Atty No.     **John R. DeLeon**
Name       **33 W. Jackson Blvd**
Attorney for   **Suite 1430**
Address     **Chicago, IL 60604**
City        **(312) 347-0627**
Telephone

DIRECT INQUIRIES TO: MORGAN M. FINLEY
                       Clerk of the Circuit Court
                       Criminal Division
                       2650 South California, Chicago, Illinois 60608

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT

                                                  Hickey 00031  (OVER)

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



Hickey 00032

Hickey 00033