# EXHIBIT 85

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GERALDO IGLESIAS,

       *Plaintiff*,

       *v.*

REYNALDO GUEVARA, the ESTATE of
ERNEST HALVERSON, STEVE GAWRYS,
ANTHONY RICCIO, ROBERT BIEBEL,
and the CITY OF CHICAGO

       *Defendants*.

Case No. 19-cv-6508

Judge Franklin U. Valderrama

Magistrate Judge Maria Valdez

JURY TRIAL DEMANDED

# EXHIBIT 46

## *Fields* Judgment

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Nathson Fields,

Plaintiff(s),

v.

City of Chicago, et al.,

Defendant(s).

Case No.  10 C 1168
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

       which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

       Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

       Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

       Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is hereby entered as follows:  On Count 1 of the third amended complaint, in favor of plaintiff and against defendants David O'Callaghan, Joseph Murphy, and the City of Chicago; on Count 3 of the third amended complaint, in favor of defendants David O'Callaghan and Joseph Murphy and against plaintiff; on Count 4 of the third amended complaint, in favor of defendants David O'Callaghan and Joseph Murphy and against plaintiff; on Count 5 of the third amended complaint, in favor of plaintiff and against defendant David O'Callaghan, and in favor of defendant Joseph Murphy and against plaintiff.  Counts 2 and 6 of the third amended complaint are dismissed.  Judgment on Counts 7 as to the City of Chicago corresponds to the judgments on Counts 4 and 5 regarding defendants David O'Callaghan and Joseph Murphy.  Judgment on Count 8 as to the City of Chicago corresponds to the judgments on Counts 1, 3, 4, and 5 regarding defendants David O'Callaghan and Joseph Murphy.  Compensatory damages are awarded to plaintiff Nathson Fields in the amount of $22,000,000.  Punitive damages are awarded to plaintiff Nathson Fields, against defendant David O'Callaghan in the amount of $30,000.  Punitive damages are awarded to plaintiff Nathson Fields against defendant Joseph Murphy in the amount of $10,000.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:   12/16/2016

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk