IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | Case No. 18 CV 02342 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Mary M. Rowland |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, EDWARD MINGEY, | ) | |
| EPPLEN, FERNANDO MONTILLA, ROLAND | ) | JURY DEMAND |
| PAULNITSKY, FRANK DIFRANCO, CITY OF | ) | |
| CHICAGO, and COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS' LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

**Exhibit List**

Exhibit 1   Dkt. 146, Defendant Officers' Answer to Plaintiff's Amended Complaint

Exhibit 2   Certified Statement of Conviction Jose Maysonet

Exhibit 3   90CR21787 Indictment

Exhibit 4   92CR10146 Indictment

Exhibit 5   Certified Statement of Conviction Alfredo Gonzalez

Exhibit 6   Certified Statement of Conviction Justino Cruz

Exhibit 7   Certified Statement of Conviction Christopher Gossens

Exhibit 8   1995-08-10 Trial Transcript

Exhibit 9   Guevara Training Records – FILED UNDER SEAL

Exhibit 10  Gawrys Deposition

Exhibit 11     Paulnitsky Deposition

Exhibit 12     Montilla Deposition

Exhibit 13     Dkt. 116 Halvorsen Statement of Death Upon Record

Exhibit 14     Dkt. 122 Order, March 26, 2020

Exhibit 15     Halvorsen 2-6-2019 Deposition in *Montanez v. Guevara, et al.*

Exhibit 16     Mingey Deposition

Exhibit 17     Maysonet Deposition

Exhibit 18     Veras Deposition

Exhibit 19     Gonzalez Deposition

Exhibit 20     Cruz Deposition

Exhibit 21     Goossens Deposition

Exhibit 22     Bello Deposition

Exhibit 23     1992-03-26 Gonzalez Trial Transcript

Exhibit 24     1995-08-09 Trial Transcript

Exhibit 25     Richard Wiley Wortham Declaration

Exhibit 26     Ware and Kondal Supp. Report

Exhibit 27     Macias Deposition

Exhibit 28     Boyle and Brennan Supp. Report

Exhibit 29     Boyle and Tapkowski Supp. Report

Exhibit 30     Holec 7/4/1990 Supp. Report

Exhibit 31     1995-01-10 Motion to Quash Transcript

Exhibit 32     Paulnitsky 7/16/1990 Supp. Report

Exhibit 33     Maysonet July 15, 1990, Arrest Report

Exhibit 34  Paulnitsky and Bongiorno 7/15/90 Supp.

Exhibit 35  Halvorsen, Guevara, Gawrys, Paulnitsky, Montilla Supp. Report

Exhibit 36  1995-01-31 Motion to Suppress Transcript

Exhibit 37  Epplen Deposition

Exhibit 38  Bello Deposition Part II in *Gonzalez*, 22-CV-6496

Exhibit 39  Maysonet Court Reported Statement

Exhibit 40  Szybist Deposition

Exhibit 41  Bello Statement

Exhibit 42  Guevara and Halvorsen 8/24/1990 Supp. Report

Exhibit 43  Alfredo Gonzalez Court Reported Statement

Exhibit 44  Smitka & Schak 08/24/90 Supp

Exhibit 45  Dkt. 1, Plaintiff's Complaint

Exhibit 46  Justino Cruz Handwritten Statement

Exhibit 47  Perkaus Deposition

Exhibit 48  Schalk and Bogucki Supp.

Exhibit 49  *People v. Jose J. Maysonet*, Case Summary 90111987901

Exhibit 50  1992-03-27 Gonzalez Trial Transcript

Exhibit 51  1992-03-30 Gonzalez Trial Transcript

Exhibit 52  1992 Halvorsen and Guevara Supp Reports

Exhibit 53  August 4, 1992 Motion to Suppress Statements

Exhibit 54  April 22, 1994 Motion to Quash Arrest and Suppress Statements

Exhibit 55  Beuke Deposition

Exhibit 56  1995-08-11 Trial Transcript

| | |
|---|---|
| Exhibit 57 | CCSAO Impound Order |
| Exhibit 58 | 2016-10-26 Transcript |
| Exhibit 59 | 2017-10-12 Transcript |
| Exhibit 60 | 2017-11-15 Transcript |
| Exhibit 61 | 2022-08-15 Transcript |
| Exhibit 62 | Montilla Interrogatory Responses |
| Exhibit 63 | Mingey Interrogatory Responses |
| Exhibit 64 | Paulnitsky Interrogatory Responses |
| Exhibit 65 | Halvorsen Interrogatory Responses |
| Exhibit 66 | Dkt. 65, Defendant Officers' Answer to Plaintiff's Complaint |
| Exhibit 67 | Plaintiff's Amended Answers to Defendant Mingey's First Set of Interrogatories |
| Exhibit 68 | Plaintiff's Answers to Defendant Montilla's Second Set of Interrogatories |
| Exhibit 69 | Plaintiff's Answers to Defendant Paulnitsky's Second Set of Interrogatories |
| Exhibit 70 | Plaintiff's Answers to Defendant Mingey's Third Set of Interrogatories |
| Exhibit 71 | Plaintiff's Answers to Defendant Halvorsen's Second Set of Interrogatories |
| Exhibit 72 | Plaintiff's Answers to Defendant Halvorsen's First Set of Interrogatories |
| Exhibit 73 | Dkt. 136, Plaintiff's Amended Complaint |
| Exhibit 74 | Plaintiff's Amended Answer to Defendant Halvorsen's First Set of Interrogatories |
| Exhibit 75 | Gonzalez's Post-Conviction Petition |
| Exhibit 76 | Halvorsen 4-20-2018 Deposition in *Montanez v. Guevara, et al.* |
| Exhibit 77 | Grand Jury Transcript (Halvorsen) – FILED UNDER SEAL |
| Exhibit 78 | Grand Jury Transcript (Paulnitsky) – FILED UNDER SEAL |

Exhibit 79  *People v. Maysonet*, 90CR1841901 Disposition