**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR. | ) | |
| | ) | Case No. 18 CV 2342 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Mary M. Rowland |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys, that this matter has been settled between Plaintiff Jose Maysonet and Defendant Cook County, and all claims against Defendants Cook County and Frank DiFranco should be dismissed without prejudice, with the ability to reinstate any and all claims within 75 days in the event the settlement is not approved by the Cook County Board or the settlement amount is not received by Plaintiff within that time.

**AGREED TO:**

| For Plaintiff: | For Cook County: |
|---|---|
| /s/ Steven Greenberg | /s/ Kenneth Ulrich |

Prepared by:

Steven A. Greenberg
Greenberg Trial Lawyers
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 399-2711
Steve@GreenbergCD.com