UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Juan Maysonet, Jr., | ) | |
|        Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 18-CV-2342 |
| Reynaldo Guevara, et. al. | ) ) ) | District Judge Mary M. Rowland<br>Magistrate Judge Keri L. Holleb |
|        Defendants. | ) | |

**JOINT STATUS REPORT**

The Parties, by and through their respective undersigned counsel, and pursuant to this Court's Minute Order dated September 30, 2024, (Dkt. 390), submit the following Joint Status Report.

1. Deadline for Close of Limited Fact Discovery: November 4, 2024;

2. Deadline for Amended Fed. R. Civ. P. 26(a)(2)(B) Experts:

    a. Plaintiff to amend expert disclosures on or before November 18, 2024;

    b. Deadline to depose Plaintiff's experts on or before December 6, 2024; and

    c. Deadline for Defendants to disclose rebuttal expert opinions on or before December 16, 2024.

3. Parties Proposed Summary Judgment Schedule:

    a. Summary judgment to be filed on or before December 20, 2024;

    b. Responses to be filed on or before January 13, 2025; and

    c. Replies to be filed on or before February 3, 2025.

DATED: October 7, 2024

PLAINTIFF JOSE MAYSONET

By:/s/ *Ashley Cohen*
*One of Plaintiff's attorneys*

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Fl
Brooklyn, New York 11231
ashley@bonjeanlaw.com

GREENBERG TRIAL LAWYERS
Attorneys and Counselors
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 399-2711

DEFENDANT GUEVARA

By: /s/ *Tim Scahill*
*Special Assistant Corporation Counsel*
*for Defendant Guevara*

Timothy P. Scahill
Molly E. Boekello
Borkan & Scahill, Ltd.
Two First National Plaza
20 South Clark Street Suite 1700
Chicago, Illinois 60603
Telephone: (312) 580-1030
tscahill@borkanscahill.com

Respectfully Submitted,

DEFENDANTS MINGEY, EPPLEN,
MONTILLA, PAULNITSKY, &
HALVORSEN

By: /s/ *Allison L. Romelfanger*
*Special Assistant Corporation Counsel*
*for Defendants Mingey, Epplen, Montilla,*
*Paulnitsky, & Halvorsen*

James G. Sotos
Josh M. Engquist
David A. Brueggen
Allison L. Romelfanger
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
630.735.3300
aromelfanger@jsotoslaw.com

DEFENDANT CITY OF CHICAGO

By:/s/ *Eileen E. Rosen*
*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

2

**CERTIFICATE OF SERVICE**

      I, Allison L. Romelfanger, certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Monday, October 7, 2024,** I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on the below Service List.

*Attorneys for Plaintiff:*

Jennifer A. Bonjean
Ashley B. Cohen
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
(718) 875-1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

Steven A. Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 315
Chicago, IL 60604
(312)879-9500
steve@greenergcd.com

*Attorneys for Defendant DiFranco:*

Michael Stephenson
James Lydon
Robert Shannon
Michael F. Iasparro
Stephen Mehr
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com
jlydon@hinshawlaw.com
rshannon@hinshawlaw.com
miasparro@hinshawlaw.com
smehr@hinshawlaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Emily Schnidt
Graham P. Miller
Whitney Hutchinson
Molly Boekeloo
Christiane E. Murray
Amanda Guertler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
eschnidt@borkanscahill.com
gmiller@borkanscahill.com
whutchinson@borkanscahill.com
mboekeloo@borkanscahill.com
cmurray@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Patrick Moran
Stacy Benjamin
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000

3

erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
lferrise@rfclaw.com

***Attorneys for Cook County:***

Kenneth S. Ulrich
W. Kyle Walther
Goldberg Kohn, Ltd.
550 E. Monroe, Suite 3300
Chicago, IL 60603
Kenneth.ulrich@goldbergkohn.com
Kyle.walther@goldbergkohn.com

/s/ Allison L. Romelfanger
Allison L. Romelfanger