IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE JUAN MAYSONET, JR., | ) | |
| | ) | Case No. 18 CV 02342 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Mary M. Rowland |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST HALVORSEN, EDWARD MINGEY, EPPLEN, FERNANDO MONTILLA, ROLAND PAULNITSKY, FRANK DIFRANCO, CITY OF CHICAGO, and COOK COUNTY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**CITY DEFENDANTS' *OPPOSED* JOINT MOTION FOR
LEAVE TO FILE AFFIRMATIVE DEFENSE OF SET OFF**

Defendants Guevara, Halvorsen, Mingey, Montilla, Paulntisky and the City of Chicago ("City Defendants"), by their undersigned attorneys, jointly move for leave of Court to file an additional affirmative defense of set off, pursuant to Federal Rule of Civil Procedure 15(a)(2), and state:

1. This is a Section 1983 case alleging that Defendants violated Plaintiff's rights resulting in his 1995 conviction and incarceration, claims for malicious prosecution, and intentional infliction of emotional distress in addition to derivative claims. (Amended Complaint, Dkt. 136.)

2. City Defendants answered Plaintiff's complaint denying the allegations and asserting various affirmative defenses. (Dkt. 145-147.)

1

3. On July 11, 2024, Defendant DiFranco filed a joint status report with Plaintiff advising the Court that "Plaintiff and Cook County reached a settlement in principle to resolve his claims against Defendant DiFranco and Cook County, subject to Cook County Board approval." (Dkt. 348.)

4. On July 12, 2024, the Court ordered Defendant DiFranco and Plaintiff to file a stipulation to dismiss or report on settlement by August 12, 2024. (Dkt. 349.)

5. On August 12, 2024, Defendants DiFranco and Cook County and Plaintiff filed a stipulation to dismiss pursuant to settlement. (Dkt. 381.)

6. Plaintiff's settlement with Defendant DiFranco was for the same injuries (violation of rights resulting in incarceration; malicious prosecution; and intentional infliction of emotional distress), which Plaintiff seeks to recover for his claims against City Defendants, and City Defendants are entitled to a set-off. *See* Dkt. 136; *McDermott, Inc. v. AmClyde,* 511 U.S. 202, 208 (1994) ("It is generally agreed that when a plaintiff settles with one of several joint tortfeasors, the non-settling defendants are entitled to a credit for that settlement."); *Duran v. Town of Cicero, Ill.*, 653 F.3d 632, 639 (7th Case: (the plaintiff may "receive only one full compensation for his or her injuries, and double recovery for the same injury is not allowed."); *Fox ex rel. Fox*, 2013 WL 2111816, at *3 (finding Seventh Circuit precedent indicates the pro tanto approach, a dollar-for-dollar setoff similar to that allowed by Illinois' Joint Tortfeasor Contribution Act, ought to apply in § 1983 cases); 740 ILCS 100/2(c).

7. In light of the aforementioned, City Defendants respectfully request leave to file an additional Affirmative Defense, which would provide as follows:

> City Defendants assert as their additional Affirmative Defense to the allegations and claims asserted in Plaintiff's Amended Complaint, that Plaintiff's alleged damages were negligently, intentionally or otherwise caused in whole or in part by person, firms, corporations, or entities other

than these Defendants and as such, these Defendants have a right to a dollar-for-dollar set-off of any and all settlements in this matter against any judgment rendered against these Defendants.

8. Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading . . . with . . . the court's leave. The court should freely give leave when justice so requires."

9. City Defendants should be granted leave to file their Affirmative Defense so as to include a set-off for damages insofar as the pleadings would only then conform to the law and the evidence/settlement that has been discovered by the parties during the litigation of this matter.

10. Pursuant to Federal Rule of Civil Procedure 37, counsel for City Defendants contacted Plaintiff's Counsel on December 5, 2024, regarding the relief sought herein. On December 9, 2024, Plaintiff's Counsel represented that Plaintiff opposes the relief sought herein.

Dated: December 9, 2024                    Respectfully submitted,

/s/Allison L. Romelfanger                  /s/ Timothy Scahill
Allison L. Romelfanger, Atty No. 6310033   Timothy Scahill
*Special Assistant Corporation Counsel for*   *Special Assistant Corporation Counsel*
*Defendants Mingey, Montilla, Paulnitsky, &*  *For Defendant Reynaldo Guevara*
*Halvorsen*

James G. Sotos                             Timothy P. Scahill
David A. Brueggen                          Steven B. Borkan
Josh M. Engquist                           Molly Boekeloo
Allison L. Romelfanger                     BORKAN & SCAHILL, LTD.
Kyle T. Christie                           20 S. Clark St., Ste. 1700
Elizabeth R. Fleming                       Chicago, IL 60302
THE SOTOS LAW FIRM, P.C.                   (312) 580-1030
141 W. Jackson Blvd., 1240A                tscahill@borkanscahill.com
(630) 735-3300
aromelfanger@jsotoslaw.com

3

/s/Austin Rahe
AUSTIN RAHE, Atty. No. 6317608
*Special Assistant Corporation Counsel for Defendant City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren Ferrise
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
arahe@rfclaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on **Monday, December 9, 2024**, I electronically filed the foregoing **Defendants'** *Opposed* **Joint Motion for Leave to File Affirmative Defense of Set Off** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

*Attorneys for Plaintiff:*

Jennifer A. Bonjean
Ashley B. Cohen
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
(718) 875-1850
jennifer@bonjeanlaw.com
ashley@bonjeanlaw.com

Steven A. Greenberg
Greenberg Trial Lawyers
53 W. Jackson, Suite 315
Chicago, IL 60604
(312)879-9500
steve@greenergcd.com

*Attorneys for City of Chicago:*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Patrick Moran
Stacy Benjamin
Lauren Ferrise
Sabrina A. Scardamaglia
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
lferrise@rfclaw.com

sscardamaglia@rfclaw.com

*Attorneys for Defendant Guevara:*

Steven Blair Borkan
Timothy P Scahill
Emily Schnidt
Graham P. Miller
Whitney Hutchinson
Molly Boekeloo
Christiane E. Murray
Amanda Guertler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
eschnidt@borkanscahill.com
gmiller@borkanscahill.com
whutchinson@borkanscahill.com
mboekeloo@borkanscahill.com
cmurray@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

/s/ Allison L. Romelfanger
Allison L. Romelfanger