**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jose Juan Maysonet, Jr.
                Plaintiff,

v.                              Case No.: 1:18−cv−02342
                                     Honorable Mary M. Rowland

Reynaldo Guevara, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2025:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to bar the opinions and testimony of Jeffrey Noble [412] is stricken for the same reasons as previously explained. See [443]. Plaintiff was not obligated to file Daubert motions and is free to refile or amend them. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.