UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Juan Maysonet, Jr., | ) | |
|       Plaintiff, | ) | Case No. 18-CV-2342 |
| v. | ) | District Judge Mary M. Rowland |
| | ) | Magistrate Keri L. Holleb Hotaling |
| Reynaldo Guevara, et. al. | ) | |
|       Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME the parties below, by their respective counsel, and pursuant to this Court's Minute Order dated June 16, 2025, (Dkt. 490), state as follows:

1. The parties have reached an agreement on the language of a settlement agreement, and a final version is being circulated for signatures. It will then need to be submitted to the City Council for approval. The parties are requesting 30 days to file a further status report, and at that point, hope to be able to advise the Court that the agreement has been signed and is awaiting City Council approval.

2. Separately, Plaintiff anticipates filing an unopposed motion to amend the protective order in this case so that Plaintiff's counsel is permitted to produce discovery from the *Maysonet* matter in other pending reversed conviction litigations pursuant to the protective orders in those matters. This motion is brought to assist the parties in streamlining discovery in other matters to reduce the burden and costs on all parties involved. The parties are still conferring on this issue and intend to file a motion in short course.

DATED: August 18, 2025

Respectfully Submitted,

PLAINTIFF JOSE MAYSONET

By: /s/*ASHLEY COHEN*
*One of Plaintiff's attorneys*

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, New York 10279

Steven Greenberg
GREENBERG TRIAL LAWYERS
Attorneys and Counselors
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604
(312) 399-2711

DEFENDANT GUEVARA

By: s/ Timothy P. Scahill

Timothy P. Scahill
Steven B. Borkan
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
312-580-1030
Tscahill@borkanscahill.com

DEFENDANTS MINGEY, EPPLEN, MONTILLA, PAULNITSKY, & HALVORSEN

By: */s/ Allison L. Romelfanger*
*Special Assistant Corporation Counsel*
*for Defendants Mingey, Epplen, Montilla, Paulnitsky, & Halvorsen*

James G. Sotos
Josh M. Engquist
David A. Brueggen
Allison L. Romelfanger
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
630.735.3300
aromelfanger@jsotoslaw.com

DEFENDANT CITY OF CHICAGO

By:*/s/ Eileen E. Rosen*
*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*
Eileen E. Rosen
Catherine M. Barber
Austin G. Rahe
Theresa Berousek Carney
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com